UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>      Plaintiffs,<br><br>    v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT AND MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>      Defendants. | 17 Civ. 8943 (CS) (JCM) |

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the annexed Declaration of Claudia T. Salomon, and upon the separately bound Memorandum of Law and Declarations referenced in the oral argument request, the undersigned, on behalf of Plaintiffs, hereby move this Court, before the Honorable Cathy Seibel, United States District Judge, in Courtroom 621 of the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for an order granting a preliminary injunction and for such other relief as this Court deems just and proper, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants East Ramapo Central School District ("East Ramapo" or the "District") and MaryEllen Elia, in her capacity as the Commissioner of Education of the State of New York, from holding elections for

members of the District's Board of Education (the "Board") until the District's voting system no longer violates Section 2 of the Voting Rights Act, 52 U.S.C. § 10301(a).

Dated: December 7, 2017
      New York, New York.

Respectfully submitted,

/s/ Claudia T. Salomon
Claudia T. Salomon
Corey A. Calabrese
Elizabeth A. Parvis
Claudia.Salomon@lw.com
Corey.Calabrese@lw.com
Elizabeth.Parvis@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200

Arthur Eisenberg
Perry Grossman
Kevin Jason
aeisenberg@nyclu.org
pgrossman@nyclu.org
kjason@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329

*Attorneys for Plaintiffs*