# EXHIBIT 2

EAST RAMAPO                                                                                                2120

## BOARD MEMBER ELECTIONS

 Members of the Board of Education are elected at the district's annual meeting and election.

 Three members of the nine-member Board are elected each year, each for a three-year term.  Additional members may be elected at this time to serve the balance of unexpired terms of members who have resigned, been removed from office, or have died.

 There is no limit to the number of times a person may serve a three-year term on the Board of Education.

Ref:  Education Law §§2012; 2013; 2014; 2018; 2018-a; 2019-a; 2035

Date Adopted:  9/2/03