# EXHIBIT 3

EAST RAMAPO                                                                                                   2120.1

## CANDIDATES AND CAMPAIGNING

*Nominations*

Candidates for the office of Trustee of the Board of Education shall be nominated by petition.  Such petition shall be directed to the District Clerk and shall contain the signatures and addresses of at least 25 qualified voters of the school district or 2 percent of the voters who voted in the previous election, whichever is greater.  Each petition shall be filed with the District Clerk between the hours of 9:00 a.m. and 5:00 p.m. not later than 30 days preceding the annual meeting and election at which the candidates so nominated are to be elected.  The Board may reject nominations if the candidate is ineligible or has declared an unwillingness to serve.

The District Clerk shall inform those requesting nominating petitions the law requires that petitions must contain the name and address of the candidate and a description of the vacancy on the Board for which the candidate is nominated, which description shall include at least the length of the term of office and the name of the last incumbent, if any.  No person shall be nominated by petition for more than one separate office.

Candidates for a specific Board of Education seat shall be listed in a vertical fashion under the seat designation on the ballot.  The order of listing shall be dictated by the outcome of a lottery conducted by the District Clerk.  The date and time of the lottery shall be set by the District Clerk in accordance with Education Law.  Ample notice shall be given by the Clerk to the candidates.  The candidates, or their personally-selected alternates, may attend the lottery.  A candidate who cannot appear at the lottery may designate the alternate, in writing, to the District Clerk at least 24 hours before the lottery.

*Electioneering*

No individual or group of individuals shall be permitted to electioneer within 100 feet of an official poll entrance during the hours designated for voting at the annual meeting or special district meeting.  This shall include prohibition of display and/or distribution of all written or printed matter, except that issued or approved by the Board of Education.

The District Clerk shall instruct the Inspectors of Election as to their proper duties and responsibilities in this matter.  Such Election Inspectors shall report any violation of this policy to the District Clerk, who shall take whatever action is required to enforce the regulations provided herein.

EAST RAMAPO                                                                                           2120.1

*Poll Watchers*

      Each candidate for the Board of Education shall be allowed one watcher per poll.  The District Clerk shall provide certificates for poll watchers to present to the Chief Election Inspector upon arrival at the poll.  Poll watchers must observe rules and regulations as set forth by the District Clerk.

Date Adopted:  9/2/03