# EXHIBIT 4

EAST RAMAPO                                                                                           2121

## BOARD MEMBER QUALIFICAITONS

A person is eligible to serve on the Board of Education if he meets all of the following qualifications.

- Must be able to read and write
- Must be a qualified voter of the district (U.S. citizen, at least 18 years old, and not adjudged incompetent)
- Must be and have been a resident of the district for a continuous and uninterrupted period of at least one year prior to the election
- May not have been removed from any school district office within the preceding one year
- May not reside with another member of the same school board as a member of the same family
- May not be a current employee of the school board
- May not simultaneously hold another incompatible public office

<u>Ref</u>:   Education Law §§2102; 2103

Date Adopted:  9/2/03