# EXHIBIT 6

# lohud.
PART OF THE USA TODAY NETWORK

SUBSCRIBE NOW
to get full access

HOME | NEWS | ROCKLAND | WESTCHESTER | SPORTS | SUBSCRIBE | HEALTH | USA TODAY | THANKSGIVING | MORE

# Bill passed to restore 2-year term of East Ramapo trustee

Kimberly Redmond, The Journal News    Published 6:44 p.m. ET Jan. 18, 2017 | Updated 1:11 p.m. ET Jan. 19, 2017

*The bill will still need the sign-off of Gov. Andrew Cuomo.*


Buy Photo
(Photo: Steve Lieberman/The Journal News)

CONNECT | TWEET | LINKEDIN | 3 COMMENT | EMAIL | MORE

Albany legislators have approved a bill to restore the full term of an East Ramapo school trustee after it was cut in half due to a technical error.

On Tuesday, the state Assembly unanimously passed a bill to correct the mistake and allow Sabrina Charles-Pierre to serve the two-year term she was elected to last May. The state Senate signed off on the measure last week, and it is now needs the signature of Gov. Andrew Cuomo to take effect.

A spokesman for Cuomo's press office said the bill had not yet reached the governor's desk and could not comment on when the governor would consider it.

**EARLIER COVERAGE:** Legislative fix proposed for E. Ramapo school board member's halved term

**RALLY:** 100 rally over E. Ramapo school board seat

**PETITION:** Calls for E. Ramapo's school board president to step down

Charles-Pierre could not be reached for comment Wednesday afternoon.

Although Charles-Pierre ran unopposed for a two-year seat that expires in June 2018, the school board voted in late July 2016 to invalidate the term because she had not been sworn in within 30 days of the election results being certified. She was then appointed to a seat that expires this May.

Over the summer, supporters of Charles-Pierre rallied at school board meetings, demanding trustees restore the term she was elected to, or, for Board President Yehuda Weissmandl to take responsibility for the mistake and step down.

## FROM THE USA TODAY NETWORK


**Bill Belichick apologizes to Sean McDermott for Gronk's dirty hit: 'It was (…**
For The Win


**Florida State QB's message to former coach Jimbo Fisher: 'You could of said**
For The Win


**3 emergency kits Costco sells like it's no big deal**
Allthemoms.com

*These sites are part of the USA TODAY NETWORK. Their content is produced independently from our newsrooms.*



**Signs at an East Ramapo school board meeting following the halving of Sabrina Charles-Pierre's seat.** *(Photo: Kim Redmond)*

Local education advocates, along with the Spring Valley NAACP and the New York Civil Liberties Union, accused trustees of shortchanging Charles-Pierre, a woman representing the interests of public school parents on a board dominated by men who send their children to yeshivas.

Weissmandl has said what happened was "a simple error in complying with an arcane law," was not "intentional or improper" and that the situation "has been blown out of proportion."

Because Charles-Pierre was filling an unexpired seat, she needed to take the oath of office by July 11 to continue serving. However, she was sworn in three days later, at the July 14 reorganization meeting, a mistake flagged after the fact by District Clerk Cathy Russell, Weissmandl has said.

Following the Assembly's vote, Senator David Carlucci, who sponsored the bill, called Charles-Pierre "a tireless advocate for all children of East Ramapo."

"The East Ramapo school district will benefit greatly from her effort now that this problem has been solved," he added.

Assemblywoman Ellen Jaffee, also a sponsor of the bill, called it "a significant step in ensuring that Sabrina Charles-Pierre, a strong advocate for the public school students of East Ramapo, would serve her full term." The assemblywoman said she has urged Cuomo to sign the bill in order to correct a mistake "that disenfranchised the voters of East Ramapo."

On Wednesday afternoon, Weissmandl issued a statement thanking the sponsors of the measure and urging Cuomo to sign it "post haste."

"When all East Ramapo stakeholders work together, we see the outcomes we need in an expedited fashion that better serves the students of this community," he said.

If the governor signs the bill, it would likely negate the need of state Education Commissioner MaryEllen Elia to consider two appeals filed regarding Charles-Pierre's

seat. The NYCLU had challenged the board's actions on the grounds the district was discriminating against Charles-Pierre, while the East Ramapo school board appealed to the state for a reversal, claiming trustees were only following the law.

*Twitter: kr0618*

     
CONNECT  TWEET  LINKEDIN  3 COMMENT  EMAIL  MORE

AD CONTENT                                   Sponsored Links by Taboola


**Celebs Who Looked Different Before They Became Super Famous**
Livingly


**What Bernadette From 'The Big Bang Theory' Looks Like In Real Life …**
EternalLifeStyle


**18 Pets Who Realized They're Going To The Vet**
Give It Love


**Body Gestures You Should Avoid in the Workplace (22 Examples)**
Work + Money

**Do You Come From Royal Blood? Your Last Name May Tell You.**
Ancestry


**We Can Guess Your Education Level With This Quiz**
Definition

MORE STORIES


Attorney: Man's death caught on Greenburgh PD video
LOHUD.COM | 3 days ago


Stony Point man chases thief from driveway: Cops
LOHUD.COM | 6 days ago


Attorney general will investigate death of Yonkers politician's nephew
LOHUD.COM | 6 days ago


Wrestling: Results from the Section 1 Dual Meet Championships on Wednesday