EXHIBIT 8



**lohud.**

HOME   NEWS   ROCKLAND   WESTCHESTER   SPORTS   SUBSCRIBE   HEALTH   ● USA TODAY   MORE





This story is part of the series

# East Ramapo metal detectors perpetuate stereotypes: Letter

**The Journal News** | Published 11:49 a.m. ET March 21, 2017 | **Updated** 5:32 p.m. ET March 22, 2017

*No other school district in Rockland utilizes metal detectors. The policy marginalizes students of color.*



Buy Photo

*(Photo: File photo by The Journal News)*

     
CONNECT   TWEET   LINKEDIN   4 COMMENT   EMAIL   MORE

Re "East Ramapo: Clergy concerned about metal detector use," March 17 article:

The East Ramapo School Board recently passed a policy authorizing the use of metal detecting devices at school events and on school grounds. According to officials, the policy is not a response to a specific incident — there have been none — but rather a precautionary measure.

The state-appointed monitor, Chuck Szuberla, indicated the policy is intended to send a message to kids that "hey, if we need it, we've got it." The Journal News reports there are no other schools in Rockland County that have authorized the use of metal detector devices.



FROM THE USA TODAY NETWORK



**Bill Belichick apologizes to Sean McDermott for Gronk's dirty hit: 'It was (...**
For The Win



**Florida State QB's message to former coach Jimbo Fisher: 'You could of said**
For The Win



**3 emergency kits Costco sells like it's no big deal**
Allthemoms.com

*These sites are part of the USA TODAY NETWORK. Their content is produced independently from our newsrooms.*

East Ramapo Schools monitor Charles Szuberla talks about metal detectors policy during a visit to Elmwood Elementary School in Monsey, Thursday, Feb. 16, 2017. Peter Carr/The Journal News

We hold precious the safety and welfare of students, faculty, staff and guests, and can appreciate the use of metal detectors in schools if, and when, appropriate. But we are cognizant of the disproportionate stereotyping of persons of color as being disposed to violent and antisocial behavior.

Making East Ramapo the only Rockland district out of eight with a metal detector policy, without demonstrating any need for such a policy, perpetuates stereotypes and further marginalizes our students.

**EAST RAMAPO: Metal detector use approved in schools**

**EDITORIAL SPOTLIGHT: East Ramapo monitors could be model**

**VOTING: East Ramapo holds off on poll changes**

Hence, Rockland Clergy for Social Justice cannot support this policy. We call for the policy to be rescinded; and for the district to establish a transparent process to determine the safety needs of all East Ramapo students. We recommend the process include students, board members, parents, faculty and representatives from community organizations including the NAACP.

**Rev. Weldon McWilliams IV, Ph.D.,** *First Baptist Church of Spring Valley*

**Rabbi Paula Mack Drill,** *Orangetown Jewish Center*

**Trustee Azeem Farooki,** *Islamic Center of Rockland*

*The writers are members of Rockland Clergy for Social Justice.*

 CONNECT  TWEET  LINKEDIN  4 COMMENT  EMAIL  MORE

AD CONTENT                                        Sponsored Links by Taboola



**Celebs Who Looked Different Before They Became Super Famous**
Livingly



**What Bernadette From 'The Big Bang Theory' Looks Like In Real Life …**
EternalLifeStyle



**18 Pets Who Realized They're Going To The Vet**
Give It Love



**Do You Come From Royal Blood? Your Last Name May Tell You.**
Ancestry



**Body Gestures You Should Avoid in the Workplace (22 Examples)**
Work + Money



**We Can Guess Your Education Level With This Quiz**
Definition