# EXHIBIT 10

The Journal News

http://lohud.newspapers.com/image/165768296

Case 7:17-cv-08943-CS   Document 16-10   Filed 12/07/17   Page 2 of 2

The Journal News (White Plains, New York) · Fri, May 20, 2011 · Page 3

Printed on Dec 7, 2017

## ...n right road

taken the boys to book signings and museums, cleaned up local roads and taught them everything from computer and job-seeking skills to how to engage in polite conversation and tying a necktie.

"A forgotten art," said McGloster, 53, an international tax accountant from Chestnut Ridge who has mentored a half-dozen young men he keeps in touch with by weekly phone calls. "When I was in college everyone wore a clip-on."

McGloster said ROAD would award scholarships to students at North Rockland, Nyack, Ramapo and Spring Valley high schools.

The lunch will also feature two speakers: Malik Kirkland, a New York City police detective, and Clyde Cole, a director at New Leaders for New Schools, a nonprofit that trains principals in 12 urban school districts across the U.S.

"It's been very meaningful, as well as humorous," Tevin said, adding he appreciated trips to the YMCA as well as the group camaraderie and guy talk. "They've taught me a lot of things."

## Wieder faces election charge

### E. Ramapo official blocked polling entrance, cops say

**By James O'Rourke**
jorourke@lohud.com

NEW CITY — Aron Wieder, East Ramapo Board of Education vice president and special assistant to the Spring Valley mayor, was charged with violating state election law Thursday after turning himself in to Clarkstown police.

Wieder is accused of blocking the entrance to a polling station at Hillcrest Elementary School during Tuesday's school district elections, said Sgt. Brian Gorsky of the Clarkstown police, adding that two unknown men are believed to have assisted Wieder.

Wieder was arrested after voluntarily arriving at Clarkstown police headquarters in New City along with East Ramapo School District attorney Albert D'Agostino about 2:30 p.m. Thursday, Gorsky said.

The board vice president was charged with a misdemeanor count of violating section 17-152 of state Election Law, conspiracy to promote or prevent election.

Clarkstown police were summoned to Hillcrest Elementary on Addison Boyce Drive in New City on Tuesday after a poll watcher accused Wieder of photographing and otherwise intimidating voters, and of blocking the entrance to the school, preventing voters from entering the polling station.

D'Agostino, who said he is not representing Wieder on behalf of the school district, but is volunteering his services, denied the accusations.

"He, as an elected official, had a right to go to that location in response to complaints that he was getting from constituents who felt that they were being deprived of their right to vote," D'Agostino said.

D'Agostino said residents had told Wieder that poll watchers prevented mothers from the neighboring village of New Square from bringing baby carriages into the school and were being overly critical when analyzing voting signatures at the polling station.

Wieder has served as an assistant to Spring Valley Mayor Noramie Jasmin since December 2009 and has acted as East Ramapo board president since former President Nathan Rothschild resigned in April. Wieder chose not to seek re-election to the school board seat he has held since 2008.

His name was not on Tuesday's ballot.

Wieder was released without bail.

He is due in Clarkstown Town Court at 9:30 a.m. June 15.

Copyright © 2017 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers™