# EXHIBIT 11



## Where to Vote

There are 10 polling places for school district voting. They are not the same as your polling place for other Rockland County votes.

District polling places are located at:

Lime Kiln Elementary School
Summit Park Elementary School
Kakiat School
Ramapo High School
Avir Yakov Girls School (formerly Hillcrest Elementary School)
Louis Kurtz Civic Center
Spring Valley High School
Margetts Elementary School
Chestnut Ridge Middle School
Hempstead Elementary School

You must vote in the poll designated for your address. If you do not know your school district poll, you can find it by:

- Using our lookup utility.  Put only the name of your street into the search bar.  (For example, "Beaver", not "14 Beaver".)
- Looking up your address in our poll finder
- Calling the District Clerk's office at 577-6015

EAST RAMAPO CENTRAL SCHOOL DISTRICT
105 South Madison Avenue Spring Valley, NY 10977 | Phone: (845) 577-6000