# EXHIBIT 2



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK

Commissioner of Education
President of the University of the State of New York
89 Washington Avenue, Room 111
Albany, New York 12234

E-mail: commissioner@nysed.gov
Twitter:@JohnKingNYSED
Tel: (518) 474-5844
Fax: (518) 473-4909

November 26, 2014

Yehuda Weissmandl
President, Board of Education
East Ramapo Central School District
105 South Madison Avenue
Spring Valley, NY 10977

Dear Mr. Weissmandl:

     As you know, on June 10, 2014, I appointed Henry M. Greenberg as Fiscal Monitor for the East Ramapo Central School District ("District"). Mr. Greenberg was charged with reviewing the District's fiscal practices, conduct and history and recommending ways in which the State can ensure that the District provides appropriate educational programs and services for all its students and properly manages and accounts for State and federal funds received.

     On November 17, 2014, after a thorough and comprehensive five-month review, Mr. Greenberg delivered his findings and recommendation to the New York State Board of Regents ("Regents") and the State Education Department ("Department"). A copy of this report is attached for your convenience. Mr. Greenberg's presentation to the Regents made clear that a fiscal, social and human crisis exists in the District, requiring a strong and immediate response. Mr. Greenberg recommends – and the Regents and Department fully support – a multi-faceted approach for addressing this complex problem. Included among Mr. Greenberg's six recommendations were the following:

> ➤ The District's Board of Education ("Board") should immediately participate in and complete a training session concerning the Open Meetings Law conducted by the staff of the Committee on Open Government and provide proof of same to the Commissioner. The Board should also continue to participate in annual update sessions and trainings conducted by the staff of the Committee.

> ➤ The Board should immediately participate in and complete diversity training aimed at increasing cultural awareness, knowledge and communication skills.

The Regents and Department support these recommendations as necessary steps in addressing the crisis currently facing the District. As a result, representatives from the Committee on Open Government will be contacting Superintendent Klein within the next week to arrange for Open Meetings Law training, which must be completed by Superintendent Klein and all members of the Board no later than January 15, 2014. A signed certification of such completion by each Board member and Superintendent Klein must be provided to my office no later than January 29, 2015.

In addition, the District must consult Mary Jean Marsico, District Superintendent of the Rockland Board of Cooperative Educational Services ("BOCES"), to develop a plan for the completion of a high-quality live diversity training program. Such plan must ensure completion of this training and submission to my office of a signed certification of completion by each Board member and Superintendent Klein no later than February 13, 2015. The plan must include a detailed description of the course and its curriculum and syllabus as well as the credentials of the provider, and must be submitted to my office for review and approval no later than December 31, 2014.

We look forward to working with you to ensure that the Board and Superintendent immediately complete this critical training.

Sincerely,

John B. King, Jr.
Commissioner

Enclosure