# EXHIBIT 4

EAST RAMAPO                                                                                                         2122

## BOARD MEMBER OATH OF OFFICE

      Board of Education members-elect take the oath of office at the reorganization meeting of the Board which is held in accordance with Education Law, Section 1707.

      The Oath of Office is administered by the District Clerk.

      When taking the Oath of Office, the Board member-elect will raise the right hand and repeat the following statement:

      "I do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of New York, and that I will honestly, faithfully and impartially discharge my duties as School Board member to the best of my ability."

      If a member-elect is of a religious sect which prohibits oaths, the same statement is used except that the word "swear" is replaced by the word "affirm.

<u>Ref</u>:   Education Law §1707
         Public Officers Law §§10; 30

Date Adopted:  9/2/03