# EXHIBIT 5

EAST RAMAPO								2210

## BOARD REORGANIZATIONAL MEETING

Date, Time and Place

    The annual reorganization meeting of the Board of Education shall be held in the boardroom of the Administration Building at 105 South Madison Avenue, Spring Valley, New York, on the first Tuesday in July of each year unless it shall be a legal holiday in which event the meeting shall be held on the first Wednesday in July.  The Board may determine, by resolution, to hold the meeting on another date during the first 15 days of July.  The meeting will begin at 7:30 p.m.

Agenda

    The agenda for the Reorganizational Meeting shall be as follows:

1. Call to Order by the District Clerk

2. Pledge of Allegiance

3. Administration of Oath to Newly-Elected Members

4. Election of Officers
   a. Temporary Chairman
   b. President of the Board
   c. Vice President of the Board
   d. Administration of Oath to Newly-Elected Officers

5. Appointment of Officers to the Board
   a. District Clerk
   b. District Treasurer
   c. Deputy Treasurer
   d. Internal Claims Auditor
   e. Administration of Oath to Officers of the Board

6. Other Appointments
   a. School Attorney
   b. Bond Counsel
   c. Central Treasurers (Extra-Curricular Activities Fund)
   d. Faculty Auditors (Extra-Curricular Activities Fund)
   e. Chief Faculty Counselors (Extra-Curricular Activities Fund)

EAST RAMAPO                                                                                            2210

   7. Designations
       a. Official Bank Depositories
       b. Regular Meetings
       c. Official Newspapers

   8. Authorizations
       a. Certification of Payrolls
       b. Purchasing Agent
       c. Petty Cash Funds
       d. Authorized Signatures on Checks

   9. Bonding of Personnel
       a. District Treasurer, Deputy Treasurer, Board President
       b. Internal Claims Auditor
       c. Other Employees

   10. Other Items
       a. Mileage Reimbursement Rate
       b. Rate of Pay: Home Tutors, Substitute Employees (noncertified)

   11. Adjournment

Cross-ref:    1230 Public Participation at Board Meetings
              2342 Agenda Preparation and Dissemination

Ref:   New York State Constitution, Article XIII, §1
       Public Officers Law §§10; 13
       Education Law §§1707; 1804(4); 2130

Date Adopted:  9/2/03