UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, <br><br> Defendants. | 17 Civ. 8943 (CS) (JCM) |

## DECLARACIÓN DE JOSÉ VITELIO GREGORIO[1]

JOSÉ VITELIO GREGORIO, conforme al Título 28 del Código de los Estados Unidos (United States Code, U.S.C.) § 1746, declara bajo pena de perjurio lo siguiente:

*Antecedentes*

1. Soy ciudadano de los Estados Unidos. Tengo 59 años. Soy un hombre latino.

2. Mi dirección es 26 Gerardine Place, New City, Nueva York 10956. Vivo en el Distrito Escolar East Ramapo Central ("East Ramapo" o el "Distrito").

3. He vivido en el Distrito durante los últimos diez años.

4. Actualmente trabajo como contratista residencial.

5. Soy un votante registrado en el Distrito.

---

[1] This declaration was executed in Spanish. An English version of the declaration and certificate of translation is attached as Exhibit 1 hereto.

### *Votación y falta de representación en el Consejo*

6. Durante los últimos diez años, he votado en la mayoría de las elecciones para los miembros del Consejo de Educación del Distrito (el "Consejo").

7. Desde el 2008, ningún candidato para el cual he votado ha ganado una elección disputada para un cargo en el Consejo. Los únicos candidatos para los cuales voté quienes ganaron sus elecciones eran Sabrina Charles-Pierre en el 2016, JoAnn Thompson en el 2011, y Steve Price y Suzanne Young-Mercer en el 2010, pero todos se postularon como titulares sin oposición.

### *Calidad de las escuelas*

8. Tengo dos hijos biológicos y un hijastro que asisten o asistieron a escuelas públicas de East Ramapo. N.G., de diez años, asiste a la Escuela Primaria Kakiat. K.G., de siete años, asiste a la Escuela Primaria Summit Park. Michele, de 21 años, asistió a la Escuela Secundaria Ramapo.

9. El Consejo ha tomado numerosas decisiones que han afectado negativamente la calidad de la educación de mis hijos. Por ejemplo, en el 2012, el Consejo tomó la decisión de recortar fondos para la programación de preescolar de día completo. Mi hija, N.G., asistió a preescolar en el Distrito cuando se redujo de día completo a medio día. Solo asistió a la escuela alrededor de dos horas cada día en ese momento, lo que requería que mi esposa y yo pagáramos por servicios adicionales de guardería. Entre 2009 y 2012, el Consejo recortó los fondos para programas de arte y música. Mis hijos perdieron la educación artística y la educación musical en sus escuelas. Después de que el Distrito despidiera a muchos maestros, aumentaron los tamaños de las clases de mis hijos.

### *Falta de capacidad de respuesta del Consejo ante las preocupaciones de los latinos*

10.    Hace tiempo me ha preocupado que no haya representación de los latinos en el Consejo o en el liderazgo del Distrito.

11.    La primera vez que me involucré como padre con las escuelas públicas fue alrededor de 2010, cuando mi hijastra estaba en la escuela secundaria, porque me preocupaba que la escuela no le proporcionaba a ella y a otros alumnos latinos un buen entorno de aprendizaje.  En ese momento, la escuela tenía una trabajadora social de habla hispana, la Sra. Esquivel, que animó a mi esposa y a mí a organizar a otros padres con el fin de intentar hacer cambios positivos para nuestros hijos.  Mi esposa y yo éramos empleados, pero pasamos gran parte de nuestro tiempo restante trabajando en la organización de los padres latinos para que tengan una voz en las escuelas públicas y la educación de nuestros hijos.

12.    Alrededor de 2010 y 2011, fui uno de los organizadores de un grupo de padres latinos principalmente de habla hispana llamado "Padres Unidos" que trabajaba para involucrar a las partes interesadas de la escuela pública a fin de apoyar a nuestros hijos y responsabilizar al Distrito por una educación de escuela pública de calidad. Con la ayuda del Sr. Pedro Santana, quien era Superintendente Auxiliar en ese momento, coordinamos eventos como "Noche Latina", que era una celebración de la cultura latina.  En la Noche Latina, me dirigí a un auditorio de 500 padres y alumnos sobre la importancia de apoyar a los alumnos latinos en las escuelas públicas y para que los latinos se involucren con la educación de sus hijos.  Mi hija traducía para mí.

13.    A mi leal saber y entender, durante los diez años en los que he vivido en el Distrito, el Sr. Santana era el único funcionario del distrito de la herencia latina.  El Sr. Santana era muy popular con la comunidad de la escuela pública y en particular con la comunidad

latina. Sirvió como un modelo a imitar para los alumnos negros y latinos, y a menudo les decía que no permitieran que sus circunstancias los definieran. Después de que el Sr. Santana fuera despedido como Superintendente Auxiliar en el 2011, yo estaba entre los muchos padres minoritarios, incluyendo a otros miembros de Padres Unidos, que expresaron la oposición a su despido, y abogaron para que él siguiera trabajando como director en el Distrito.

14. En general, el Distrito ha hecho muy poco para apoyar a los alumnos latinos y sus familias. A pesar de que los latinos ahora componen más de la mitad de la población estudiantil del distrito, no estoy al tanto de que el Consejo o el Distrito hagan ningún esfuerzo serio para contratar a un funcionario del distrito latino desde que el Sr. Santana fue despedido en el 2011. Por otro lado, cuando los recortes presupuestarios del Consejo llevaron al Distrito a despedir a todos los trabajadores sociales en las escuelas públicas, el Sr. Esquivel fue despedido, y la comunidad latina perdió uno de sus recursos clave en el Distrito.

15. En ocasiones, el Distrito ha sido hostil hacia las necesidades de la comunidad latina. Por ejemplo, en el 2014, el Superintendente en ese entonces, Joel Klein, hizo algunos comentarios despectivos sobre los alumnos latinos que decían: "[q]uieren aprender el idioma. Quieren almuerzo y desayuno gratis, y cualquier otra cosa que puedan conseguir. Saben que no pueden obtener un diploma". Protesté con otros padres latinos y pedí que el Sr. Klein renunciara. El Sr. Klein no fue destituido de su cargo durante otro año.

Declaro bajo pena de perjurio que lo anterior es auténtico y correcto.

Fecha:     Ciudad de Nueva York, Nueva York

         12/4         de 2017

                                                          _____
                                                          José Vitelio Gregorio