**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                Plaintiffs,<br><br>    v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                Defendants. | 17 Civ. 8943 (CS) (JCM) |

**DECLARACIÓN DE WASHINGTON SÁNCHEZ[1]**

WASHINGTON SÁNCHEZ, conforme al Título 28 del Código de los Estados Unidos (United States Code, U.S.C.) § 1746, declara bajo pena de perjurio lo siguiente:

*Antecedentes*

1. Soy ciudadano de los Estados Unidos. Tengo 46 años. Soy un hombre latino.

2. Mi dirección es 10 Sebring Street, Spring Valley, Nueva York 10977. Vivo en el Distrito Escolar East Ramapo Central ("East Ramapo" o el "Distrito").

3. Nací en Ecuador y el español es mi lengua materna. Inmigré a los Estados Unidos cuando tenía 25 años, y me convertí en ciudadano de los Estados Unidos en julio de 2015.

---

[1] This declaration was executed in Spanish. An English version of the declaration and certificate of translation is attached as Exhibit 1 hereto.

4. He vivido en el Distrito durante los últimos 20 años.

5. Actualmente trabajo en restauración.

6. Soy un votante registrado en el Distrito.

### *Votación y falta de representación en el Consejo*

7. He votado en cada elección para miembros del Consejo de Educación de East Ramapo (el "Consejo") desde que he sido elegible para hacerlo.

8. Desde el 2016, no fueron elegidos ninguno de los candidatos del Consejo para los cuales voté, excepto Sabrina Charles-Pierre que se postuló sin posición en el 2016. En el 2016, voté para Jean Fields, Kim Foskew y Natashia Morales, cada uno de los cuales perdió sus campañas. En el 2017, voté para Eric Goodwin, Chevon Dos Reis y Alexandra Manigo, quienes todos perdieron.

9. En el 2016 y 2017, vi a los candidatos para los cuales voté hacer campaña en barrios minoritarios, incluyendo mi barrio, que principalmente consta de familias latinas. También vi sus avisos de campaña publicados en mi barrio. No vi avisos de campaña para Mark Berkowitz, Harry Grossman, Joel Frielich o Yehuda Weissmandl en mi barrio.

10. Los candidatos para los cuales he votado han hecho esfuerzos para atraer a los votantes latinos, incluyendo el suministro de materiales de campaña en español. Por ejemplo, en mayo de 2017, asistí a un acto de campaña para la Sra. Dos Reis, la Sra. Manigo y el Sr. Goodwin en el Memorial Park en Spring Valley. El evento fue anunciado en español. Muchas personas latinas y negras asistieron y hablaron en el evento en inglés y en español.

11. De los tres miembros negros del Consejo, solo voté por la Sra. Charles-Pierre. No voté para el Sr. Charles ni para el Sr. Germain. No sé de ningún votante negro o latino que haya votado para el Sr. Charles ni para el Sr. Germain. No recuerdo al Sr. Charles ni al Sr. Germain

haciendo campaña en ningún barrio negro o latino, ni haciendo ningún esfuerzo para atraer a los votantes negros o latinos.

12. En el actual sistema electoral del Consejo, siento como si mi voto no contara, pero voto de todos modos porque es mi responsabilidad como miembro de la comunidad. Muchas personas en mi comunidad no votan aunque sean elegibles porque me dicen que también se sienten como si su voto no contara. He tratado de decirles a esas personas que voten de todos modos, pero me dicen que sus votos no importarán porque ya saben quién va a ganar la elección.

13. Si el Distrito tuviera un sistema de distritos electorales, la gente de mi comunidad tendría más probabilidades de votar. En un sistema de distritos electorales, pensaría en postularme para un cargo en el Consejo porque sentiría que si pudiera ganar y hacer una diferencia como miembro del Consejo.

### *Calidad de las escuelas públicas del Distrito*

14. Tengo un hijo, B.S., que tiene diez años. Asistió a una escuela pública en East Ramapo desde preescolar hasta el 5.º grado.

15. En el 2010, cuando mi hijo tenía cuatro años, quería inscribirlo en el programa de prekínder público del Distrito, pero no habían plazas disponibles. En cambio, inscribí a mi hijo en un prekínder privado, que le costó a mi familia aproximadamente $130 por semana. Esto fue un gasto significativo para nosotros, y tuvimos que comprar comida y ropa de menor calidad para dar cabida al gasto adicional.

16. En el 2011, cuando B.S. era elegible para preescolar, fue enviado a un programa de preescolar de medio día, que duraba menos de tres horas. Quería que mi hijo estuviera en un programa de preescolar de día completo porque pensaba que eso le brindaría una mejor oportunidad de aprendizaje. Para asegurarme de que B.S. recibiera la educación adecuada como

3

un niño en edad preescolar, lo inscribimos en un programa de preescolar privado que comenzaba después de que terminara el programa público a las 10:30 a. m. Eso también era un gasto significativo para mi familia, pero como valoramos la educación, hicimos el sacrificio.

17. Los tamaños de las clases de B.S. en la escuela pública han sido constantemente demasiado grandes. El año pasado, en la Escuela Primaria El Dorado, la clase de 4.º grado de B.S. contaba con 32 alumnos. En 3.º grado, estaba en una clase con más de 30 alumnos. Desde preescolar hasta el 2.º grado, sus clases también eran muy grandes, lo cual afectó negativamente el tiempo que los maestros podían dedicar a cada alumno.

18. La educación artística es muy importante para mí porque mi hijo disfruta mucho del arte y aprende bien a través de las clases de arte. Cuando mi hijo estaba en prekínder y preescolar, recibía educación artística. B.S. no recibía ninguna educación artística entre el 1.º y 3.º grado. Para asegurar que B.S. recibiera al menos alguna educación artística en 3.º grado, lo inscribí en un programa de arte extraescolar en el Martin Luther King Jr. Center en Spring Valley. El año pasado, me dijeron que el arte sería restablecida para el 4.º grado de mi hijo, pero que no había artículos de arte, a pesar de que había un maestro de arte, por lo que los alumnos veían películas y leían, pero no hacían ningún proyecto de arte real.

19. Este año, para el 5.º grado, mudé a B.S. de la escuela pública a una escuela privada católica porque la educación que recibía en las escuelas públicas de East Ramapo era tan mala. En su escuela privada, B.S. está en una clase con solamente 21 niños; recibe buena atención de sus maestros; se le da la tarea y lo hace por su cuenta porque entiende el material, y recibe educación artística, lo cual le gusta mucho.

### *Falta de capacidad de respuesta del Consejo*

20. He asistido regularmente a las reuniones del Consejo durante los últimos cuatro años. Asisto a las reuniones del Consejo porque creo que es importante saber lo que está sucediendo en el Distrito y apoyar a los alumnos, padres y miembros de la comunidad que abogan en nombre de las escuelas públicas.

21. Durante varias reuniones del Consejo, he observado a los miembros de la comunidad expresar sus preocupaciones acerca de la calidad de las escuelas y la falta de educación de calidad y programas extraescolares para los alumnos, pero con frecuencia, el Consejo no parece escuchar las preocupaciones de la comunidad.

22. En ocasiones, el Consejo ha sido abiertamente hostil hacia los alumnos latinos de las escuelas públicas. En junio de 2014, Joel Klein, el superintendente en ese momento, expresó que los alumnos inmigrantes "Quieren aprender el idioma. Quieren almuerzo y desayuno gratis, y cualquier otra cosa que puedan conseguir. Saben que no pueden obtener un diploma. [. . .] Es un problema muy importante". Después de ese comentario, la comunidad latina se reunió para protestar ante los comentarios del Sr. Klein y exigir la renuncia del Sr. Klein. El Sr. Klein no fue destituido de su cargo durante más de un año.

23. En ocasiones, el Consejo ofrece servicios de traducción inadecuados para los asistentes de habla hispana de las reuniones del Consejo. Las reuniones del Consejo no contaban con ninguna traducción al español sino hasta diciembre de 2014, después de varios meses de protestas en respuesta a los comentarios del Sr. Klein sobre los alumnos inmigrantes, aunque hay muchas personas de habla hispana en el Distrito y muchos de los alumnos del Distrito son latinos. Durante el período de audiencias públicas, los miembros del Consejo a menudo fueron irrespetuosos con la gente de habla hispana. Los miembros del Consejo tienen audífonos a través de los cuales reciben servicios de traducción, pero algunos miembros del Consejo no se los

5

pusieron en las orejas, o se quitaron los audífonos mientras un miembro del público hablaba español. En una ocasión, recuerdo que el Distrito tenía solo aproximadamente 30 audífonos de traducción disponibles para una reunión a la que asistieron más de 200 padres que necesitaban servicios de traducción.

24. He sido miembro de un grupo llamado Padres Unidos, que incluye a padres de los alumnos de escuelas públicas de muchos países. Este grupo trabaja para apoyar las escuelas públicas y los alumnos del Distrito. Le hemos pedido al Consejo que se reúna con nosotros en nuestro barrio, para que más personas de la comunidad de escuelas públicas puedan asistir y expresar sus preocupaciones. Sin embargo, el Consejo solo se compromete a reunirse con algunos miembros de nuestro grupo y solo en privado.

Declaro bajo pena de perjurio que lo anterior es auténtico y correcto.

Fecha: Spring Valley, Nueva York

4 de diciembre de 2017

_____
Washington Sánchez