# EXHIBIT 1



# Spring Valley Branch NAACP
P.O. Box 156
Spring Valley, New York 10977

March 23, 2011

Mr. Aron Wieder
East Ramapo Central School District
105 S. Madison Avenue
Spring Valley, NY 10977

Dear Mr. Wieder:

I am writing with regard to your February 24, 2011 letter responding to concerns raised in my February 16, 2011.

1. You indicate the district's interest to ensure the continued education of a large number of special education students in the event that a particular private school closes. It appears you are talking about RISE where 100 percent of its students and almost 100 percent of its faculty are white. It is our understanding the district earlier explored, but the State Education Department denied, purchasing or leasing RISE. Perhaps you can understand our concern over the district establishing all-white special education classes/program.

2. Your February 24 letter refers to the administration's having discussions in the event that a particular private school closes. However, on January 5, 2011, the district posted job openings for Yiddish/Hebrew speaking teachers, assistants, custodians and bus drivers on its website. And, on January 10, 2011, the director of RISE wrote to her staff that the district had officially worked out a three-year agreement for RISE to be a public bi-lingual special education program under the auspices of ERCSD. In light of the above, are you not able to understand how your statements can be perceived as disingenuous and misleading?

You also state the reason for moving parent participation to the end of board meetings is to allow the board to "complete its essential business."

1. However, you and Mr. Rothschild stated at a November 18, 2010 Human Rights Commission meeting that moving parent participation to the end of board meetings was done for punitive reasons resulting from parents criticizing certain board actions. Are you not able to understand how these contradictory statements can be perceived as disingenuous and misleading?

2. As the NAACP previously noted 90 percent of ERCSD parents are people of color. Requiring them to remain until the very end of meetings to speak discourages parent involvement and participation and is counter to the district's Communication Policy #1000. This practice stands in contrast to the standard practice of almost every other school district in New York State.

Our concerns continue to be the board's lack of transparency, its misleading information, and its deliberately discouraging parent input at board meetings, all of which have an adverse impact our children's education.

Sincerely yours,


Willie J. Trotman, President

cc:   Governor Andrew Cuomo
      Hazel Dukes, President, New York State NAACP
      Wilbur Aldridge, Mid Hudson Director, NAACP
      David Steiner, Commissioner, New York State Education Department
      Dr. Ira Oustacher
      ERCSD Board