# EXHIBIT 2



Spring Valley Branch NAACP
P.O. Box 156
Spring Valley, New York 10977

April 15, 2011

Mr. Aron Wieder
East Ramapo Central School District
105 S. Madison Avenue
Spring Valley, NY 10977

Dear Mr. Wieder:

I am writing in response to your April 5, 2011 letter. There are several statements you made that need clarification.

1. You indicate you discussed the idea of informal round table chats with Dr. Cohen and Ms. Watkins and received no reply to your November email to them. Please be advised that as Branch president I am the spokesperson for the Spring Valley Branch NAACP. If you wish to recommend activities involving the NAACP kindly direct those requests to me.  Please note that I have written to you and the school board several times concerning the tension and inadequate dialogue that exists between the board and community. I have made recommendations for improving relations between the school board and the East Ramapo community on numerous occasions this school year including December 15,  February 2, February 15, March 16, March 20, March 23, April 8, and April 11.  On more than one occasion I have recommended a formal reconciliation process be initiated to bring together community groups, including the NAACP and school board to address the tensions and conflict over the education of children in the district. So far, you have rejected that idea.

2. You indicate the reconciliation process recommended by the NAACP last December would be time consuming and costly. The board's $100,000 increase for the interim superintendent, bringing his salary to approximately $240,000, and $250,000 salary for the director of special education suggests it has the capacity to find money for purposes it judges worthy. Time and cost towards addressing and resolving community differences are essential actions that the board must take and the NAACP has a long and respected history of employing reconciliation strategies to resolve community conflicts.  The board appears to be unaware of the role, history and goals of the NAACP, an internationally respected civil rights organization focused on peaceful resolutions to human rights violations.

3. The two sessions led recently by the Human Rights Commissioner for board members, administration and NAACP had moments of civility, but in general were characterized by tension, anger, defensiveness and suspicion, feelings unlikely to dissipate by informal coffee chats. We are dealing with complicated, sensitive issues requiring ongoing and consistent dialogue in a structured and formal way.

4. You indicate the district is not intending to establish segregated all-white special education classes.  We would appreciate the board's clear and unequivocal explicit policy that all children in ERCSD schools will be racially and ethnically integrated in academic and non-academic classes such as physical education, art, music and recess and in activities prior to and after the formal school day. [1]

5. Your comment that the time for public comment at board meetings was not moved to the close of business because parents were critical of the board, but because the board had important business to complete, is disingenuous because of its inconsistency with past representations. At the November 18 Human Rights Commission meeting President Rothschild stated, in the presence of you and board attorney Mr. D'Agostino, that was the reason for moving the time for public participation. [2]

---

[1] In accordance with IDEA and other federal regulations

[2] Other attendees included R. Fisher, P. Santana, E. Wizman, S. Dineo, J. Klein, I. Oustacher, W. Trotman, L. Watkins, O. Cohen, R. Nagabundi

6. You state correctly there are ways other than public comment for parents to communicate with board members such as emails and written communication. However, it is important for the board to be aware that some parents do not have access to email nor have they had access to education to feel confident in corresponding in writing. Therefore, public comment is the only means to participate in their children's education. As previously suggested, an immediate resolution to this issue would be to place public comment on the agenda twice, at the beginning of the meeting for agenda-related topics and again at the end for open issues, a common practice in many school districts.

Sincerely yours,


Willie J. Trotman, President

cc:     Governor Andrew Cuomo
        Hazel Dukes, President, New York State NAACP
        Wilbur Aldridge, Mid Hudson Director, NAACP
        David Steiner, Commissioner, New York State Education Department
        Dr. Joel Klein
        ERCSD Board