# EXHIBIT 5

From: "Emilia White" <happykcc@hotmail.com>
To: firgodj@aol.com
Sent: 3/2/2012 12:30:21 AM
Subject: Emilia White formal complaint re: E Ram voting practices

Emilia White
10 Garden Place
Spring Valley, NY 10977
845-356-0363

The NAACP
C/O Mr. Willie Trotman
Spring Valley Branch President
Post Office Box 156
Spring Valley, NY 10977

March 2, 2012

Dear Mr. Trotman,

My name is Emilia White; I reside in the East Ramapo School District. My first born son graduated from the School district and my seventeen year old son is a senior at Spring Valley High.

My husband Steven and I are very active members of the community. We participate in many affairs concerning our community. We both ran for the School board (Steve in 2008, myself in 2009) we did not make it to the board, but we remain steadfast advocates for children, because we strongly believe that every child deserve an adequate education.

In this district, every school board election is a struggle because we (those of us whose children are in the public schools) have to compete (with those who chose to separate their children from ours by putting their children in Yeshivas).

For the past 3 years I have been speaking with students, parents, teachers, and concerned individuals in our community and beyond, everyone feels disenfranchised and beaten by the system and the board members who control (dominate) the board.

Accommodations are made for white voters but not for Black voters. The following practices are discriminatory because they either make it easier for white voters or more difficult for voters of color, or both:
1. Polls are open an hour later than other districts (from 7:00 AM to 10:00 PM) to accommodate white voter's hour at which services in the private school congregations end around 9:00 PM. Similar accommodations (such as opening at 6:00AM) are not made to accommodate voters of color, who often has two jobs and must start their shift at 7:00 AM, when the polls are just opening.
2. Poll workers are generally unhelpful to voters of color and much more helpful to white voters.

- White voters are allowed often bring others, including children, with them into the voting area. Members of the white community 'hang out' and 'help' voters without being supervised by the poll workers.
- Voters of color, including the elderly, are not allowed to bring anyone, not even a child, into the voting area to help them. Many poll workers refuse to help, even when asked directly by the voter. Persons of color who are not currently voting are quickly asked to leave the polling place. There is no 'hanging out' and 'helping' allowed.
- White voters who cannot remember their address or how their name is spelled receive assistance looking through the book for their name and address.
- A voter of color who has the same problem does not receive this kind of help. If there is anything unclear, they are dismissed. (example: a middle name has been recorded as the last name) Often they are sent to another location in error. Sometimes voters go back and forth to several locations trying to vote.
- Voters of color are often asked for ID.
- White voters are usually not asked for ID.

3. Poll workers in majority white locations tend to be knowledgeable and efficient. In polling places serving mostly people of color, there are poll workers who are very slow, have difficulty reading voter's names, and don't seem to fully understand the process.
4. The school district fails to adequately notify communities of color about the upcoming election process. Lack of information is a major barrier to participation by people of color.
    - School board members know white voters are fully informed of all aspects of the election through their private schools.
    - Public school students are 90% people of color. Their parents rely on timely and complete notifications from the school system for information about registering to vote, absentee ballots, directions to voting locations and hours. The efforts to provide this information to the public have been superficial.

After the school board election, votes are not counted at the polling place at the end of the night. The votes are counted in a private room at central administration. The school board president only allows certain selected individuals in the room where the votes are counted. The public school candidates are not allowed in the room to witness the counting of the results. This system does not ensure the validity of the process. Why be so secretive if the process is not tainted?

The district clerk is in charge of school board election, but the clerk serves at the discretion of the school board, the members of which have a personal interest in the outcome of the election. Also the clerk must rely on the district lawyer, who also serves at the discretion of the board. This allows the school board to manipulate the election.

Poor signage, confusing instructions, overcrowding at the polls, understaffing, and lack of adequate public notification all favor a white community which is enabled by a well organized system of private schools, and disenfranchise the people of color.

Sincerely,

Emilia White
845-356-0363/ cell 845-269-5002