# EXHIBIT 1

THE OFFICIAL

# DOCUMENTS OF COMPLAINT

## PRESENTED BY THE SPRING VALLEY HIGH SCHOOL NAACP CLUB

Student voices…*heard*

## 1. Scheduling

"I have three study halls and two lunch periods, how am I supposed to learn?" *Jocenelle*

"I want my Advanced Regents Diploma when I graduate. A seven period day will inhibit this achievement." *Medjine*

"They do not sell lunch in the morning so I have to leave class early to eat because I couldn't get a lunch period in my schedule." *Olivia*

"I have <u>four</u> free periods; two lunch periods and two study halls." *Keanna*

"I have <u>four</u> lunch periods and a study hall!" *Anonymous*

"I don't have a lunch period." *Franky*

"Students have too many study hall periods in their schedule because there are no more electives." *Anonymous*

"I don't have a lunch period." *Stephanie*

"There are too many study halls in my schedule." *Anonymous*

"I don't have a lunch period." *Andre*

"I have two study halls in one day." *Altina*

"I started with three study halls because the classes were too full." *Rashelly*

"Because of scheduling, teachers are forced to give students permission to get lunch during the period because they do not have a lunch period." *Vlad*

## 2. Supplies

"Our textbooks for my psychology class are many editions behind, as well as falling apart and are twelve years old." *Brittney*

"There are not enough textbooks!" *Anonymous*

Teachers do not have supplies like dry erase markers." *Anonymous*

"I cannot take my economics textbook home. There is not enough for everyone." *Jean*

"Teachers do not have materials like chalk or expo-markers" *Anonymous*

"The equipment for gym is ancient and the calculators in math class do not work." *Jocenelle*

"Some of our textbooks were made before we were!" *Jocenelle*

"Textbooks are needed." *Ralph*

The AP Calculus class doesn't have <u>any</u> available lab hours or supplies for the students." *Jocenelle*

"We have outdated AP History and AP Calculus textbooks." *Altina, Olivia*

"My teachers complain about spending their own money on supplies. They need to be supplied with materials. Ms. ___ can't staple her papers anymore." *Travis*

Our music instruments are fragile and falling apart." *Melissa*

"Music is supposed to motivate others. How can we do that with outdated equipment?" *Kaheem*

"The school library is not funded enough." *Josh*

## 3. Programs That Were Cut

"Without extra-curricular activities, many students will not be accepted into good colleges." *Anonymous*

"If there is no music in school, my brother wouldn't come to school." *Anonymous*

There aren't any business classes anymore." *Dylan*

"I do not like the budget cuts on AP classes." *Anonymous*

"There is a lack of school events and programs." *Stephanie*

"We need WISE back." *Rashelly*

"We need ART and MUSIC because there are many talented students that need support." *Kevin*

"AP English is gone for senior year." *Stephanie*

"The foreign language classes no longer offer AP classes in the language I am taking." *Anonymous*

"There are not any technical classes for me to take anymore—keyboarding, business school, etc…" *Travis*

Without thespians, where will I be accepted? How do I express myself?" *Jocenelle*

"I still want orchestra next year. I enjoy it." *Medjine*

"With all of these cuts, what student is coming to school?" *Daisha*

"If music classes are combined, it will be harder to learn." *Medjine*

Without electives, my GPA will not go anywhere." *Anoymous*

"There aren't any business classes anymore." *Andre*

"DON'T cut BOCES!" *Medjine*

"Students need to be challenged more. We need the Advanced Regents Diploma to get into top colleges." *Vladimir*

"Our college applications will be a joke compared to other applicants because of no activities!" *John*

"As a senior, my involvement in extracurricular activities and advance classes has allowed me to be admitted to some of the top universities in the country and world. If these programs continue to be cut, my siblings and classmates won't have the same opportunities that I did." *Anonymous*

### 4. Overcrowding

"There are too many students in my class; I am not learning." *Jocenelle*

"The hallways are too crowded." *Anonymous*

There are too many students in the hallways." *Rashelly*

"Our buses are way too crowded!" *Anonymous*

"Fifth period lunch is overcrowded." *Olivia*

"My class is overcrowded! That is a safety hazard!" *Anonymous*

"Our buses are crowded, sometimes four people to a seat." *Rashelly*

"Our AP Micro and Physics classes are packed!" *Altina, Olivia*

"Ms.____'s class had ten students for "community service"." *Jocenelle*

"There are too many students in my classes and we need individual attention." *Travis*

## 5. Facilities

"Our school is dirty, our bathrooms are dirty, and our water fountains are broken." *Kevin*

"Our bathrooms are dirty." *Stephon*

"The school bleachers are hazardous and need to be repaired in time for the Fall sports season." *Anonymous*

"Many of the water fountains do not work." *Olivia*

"The dance studio is always leaking whenever it rains or snows...always." *Medjine*

"The water fountains don't always work." *Altina*

"Our bathrooms and floors are hazardous." *Demetrius*

"There are not any female sanitary supplies in the girls' bathroom." *Rashelly*

"There are broken ceilings and light fixtures." *Anoymous*

"We need better gym equipment. In our archery unit, the material we used was a paper box." *Medjine*

"The doors are broken in the boys' bathroom." *Jean*

"The mirrors in the school bathrooms have been cracked for years." *Olivia*

"The school is falling apart. No one wants to go to an unkempt school." *Anoymous*

### 6. Technology

"How can we be expected to keep up in this modern world if the technology in our schools isn't even up to date?" *Olivia*

"The computer systems in Mr.___'s class are outdated." *Jean*

"We need new amplifiers and microphones!" *Rob*

"We need updated, better computers." *Medjine*

"Our computers are slow!" *Stephon*

"The Smartboard equipment in many of the classrooms does not work properly." *Anonymous*

"We have broken computers." *Anonymous*

### 7. Sports

"Sports are often the factor that determines whether a student will be admitted to a top-tier college or university. It shows that they are a well-rounded individual, and can work with others. Cutting these sports will destroy many students' hopes of getting into these top colleges and universities. It just isn't fair." *Olivia*

"Some students rely on getting athletics scholarships. We need sports." *Kevin*

"We need the sports that were cut." *Andre*

"Athletic scholarships allow students to be able to go to a college that they wouldn't be able to afford on their own. Cutting sports will keep many kids from having access to a post-high school education." *Olivia*

"Our volleyball team is joined with our rivals." *Rebecca*

"Some students rely on getting athletics scholarships. We need sports." *Kevin*

"The sports equipment and uniforms are outdated." *Joshua*

"We want to keep girls winter cheerleading." *Olivia*

We need a long distance coach for track. Our athlete's deserve specialized coaching." *Travis*

"The girls' soccer team is combined." *Altina*

"Sports are another outlet of self-expression. If sports are cut, students will not be able to express themselves properly." *Anonymous*

"An increase in combined sports means that there will be more kids on a team with fewer coaches. It also means that there will be less equipment, and healthy rivalries will be lost." *Anonymous*

"Afterschool sports programs keep kids occupied and off of the streets. If sports continue to be cut, fewer kids will have something productive to do with their time. The rest will look for other outlets to relieve their boredom- most of which will end

## 8. Random

"Where **IS** the money going?" *Anonymous*

"The school vending machines charge too much!" *Anonymous*

"The price for lunch was raised again, yet the serving size has not changed!" *Anonymous*

"The school lunches? I pay too much for so little!" *Jocenelle*

"The prices for summer school are unreasonable." *Anonymous*

"We need the school psychologists!" *Anonymous*

"There are not enough guidance counselors." *Rashelly*

**"Who ARE the board members of our school district? Why don't they ever come visit our schools to see the state of our classrooms and buildings? They continue to make cuts, yet they RARELY, if ever, come and spend a day in our schools in order to see how these cuts affect us."** *The Students.*