# EXHIBIT 2

# SPRING VALLEY HIGH SCHOOL

# STUDENTS

# SPEAK OUT

# ABOUT

LACK OF ELECTIVES, CUTS IN ADVANCE PLACEMENT CLASSES AND CUTS IN SUBJECT CLASSES.

RESULTING IN EXCESSIVE STUDY HALLS, LUNCHES, AND SCHOOL COMMUNITY SERVICE ASSIGNMENTS.

## Impact of Staff Cuts on High School Student Schedules

This packet contains 5 different class schedules from SVHS students for the academic year of 2012-2013. The students have given their consent for the use of their schedules; however specific information has been blacked out for their privacy. These schedules illustrate the impact of staff cuts on education when elective courses are replaced with multiple study halls, lunches, and 'community service' periods. We further discuss how these programmatic changes result in overcrowded hallways, fights, and a general feeling of disenchantment towards education.

**Explanation of terms**: The high school schedule is designed so that student can alternate between classes every other day during a particular period (i.e. 4th period on "A" days a student has Gym and on B days the student has Lunch). Also, some classes only run for one semester (i.e. 4th period first semester a student may have Health and second semester the student has Speech). Classes run for 42 minutes with 4 minutes in between for students to navigate the hallways. At SVHS there are two Cafeterias, Cafeteria A and Cafeteria B. Cafeteria B is the Senior Lounge, and is used during certain period for classes. So the majority of students are sent to Cafeteria A.

**Student A:** Student A is a senior at SVHS. This student has 2 lunches each A day, during periods 6 & 7. That means that for 88 minutes (the 4 minute period in between classes is included) each day, Student A is sitting Cafeteria A eating lunch.



**Student B**: Student B is a junior at SVHS. This student has 2 lunch periods each B day, one during 3rd and 6th period. Although they may have two classes in between, Student B will also be spending 88 minutes in Cafeteria A. Please bear in mind that students are only allowed to purchase lunch once. So during one of those periods, Student B will be sitting in Cafeteria A doing nothing. Instead of having a steady flow of classes, Student B will be interrupted by having to make a second trip to Cafeteria A, and will be less likely to get back into the "groove" of learning come periods 7&8.

2

**Student C**: Student C is a senior at SVHS. This student has 4 lunches and 1 study hall every A day, periods 2-5 & 7. Basically, on "A" days, they will spend 126 minutes in class, 176 minutes eating lunch, and 42 minutes in study hall. There is clearly a problem here. 5/8 of the day (A days) is NOT spent learning. Remember, you can only purchase lunch once a day, so what exactly is student C doing in Cafeteria A for the remaining 3 lunch periods?

**Spring Valley High School**
**2012-2013 Student Program Card**

| | A Day | | | B Day | | |
|---|---|---|---|---|---|---|
| Per 1 | ENVIRNMTL SCIENCE | | | | | |
| Per 2 | STUDY HALL | | | | | |
| Per 3 | LUNCH | | CAFA | WEIGHT TRAINING | | |
| Per 4 | LUNCH | | CAFA | FITNESS COOP SPORT | | |
| Per 5 | LUNCH | | CAFA | | | |
| Per 6 | PUBLIC AFFAIRS PA | | | | | |
| Per 7 | LUNCH | | CAFA | | | |
| Per 8 | ALGEBRA 2/TRIG A | | | | | |

**Student D:** Student D is a senior at SVHS. Their schedule indicates that during each semester they will have 4 periods of community service. Now this may not seem like a bad thing, but this student only chose to take Community Service because the only other alternatives were either lunch or study hall. Instead of taking an elective class, Student D is spending half of the day doing community service for teachers that rarely have work to give them.

**Course**

| Days | Period | Term | Room | Course# | Course | Sec | Teacher |
|---|---|---|---|---|---|---|---|
| A,B | 1 | 1,2 | | 23010 | ALGEBRA 2/TRIG A | 6 | |
| A | 2 | 1,2 | | 99120 | SCHL&COMM SERV A/B | 76 | |
| B | 2 | 1,2 | | 76420 | CONCERT BAND A/B | 2 | |
| A,B | 3 | 1 | | 11202 | ENGLISH 12 H | 2 | |
| A,B | 3 | 2 | | 11650 | SPEECH | 1 | |
| A | 4 | 1,2 | | 82600 | CHOREOGRAPHY | 1 | |
| B | 4 | 1,2 | | 99120 | SCHL&COMM SERV A/B | 67 | |
| A,B | 5 | 1,2 | | 35160 | FORENSIC SCIENCE | 2 | |
| A,B | 6 | 1 | GU OF | 99110 | SCHL&COMM SERV | 3 | |
| A,B | 6 | 2 | | 41212 | ECONOMICS H | 1 | |
| A,B | 7 | 1,2 | | 99120 | SCHL&COMM SERV A/B | 86 | |
| A,B | 8 | 1 | | 41223 | PUBLIC AFFAIRS PA | 1 | |
| A,B | 8 | 2 | DEAN | 93000 | EARLY DSMSSL | 82 | |

3

**Student E:** Student E is a senior at SVHS. According to their schedule, they have two lunches and two study halls per day (A days). Half of their day is NOT spent learning. The fact that they have these breaks in the middle of the day makes it harder for Student E to remain focused and attentive throughout their classes. Again, please keep in mind that you can only purchase lunch ONCE during the day, so the second lunch period is merely just a waste of time.



**Conclusion:**  In four out of five of the schedules, the students are spending 2-5 periods in either lunch or study halls. This problem can be directly traced back to the lack of electives. Before many elective classes were cut, students were able to fill their schedules with different classes that fit their interests, like Business classes, SAT Prep, child psychology, or African American studies. Since so many of the electives have been cut, the few remaining classes are often packed to maximum capacity, forcing students to fill up their schedules with study halls or lunches. Instead of spending 42 minutes in a classroom being productive, students are being funneled into study halls or lunches, where they have nothing stimulating to do. If you can only eat lunch ONCE a day, what are you supposed to do during your remaining 3 lunch periods? Or if you have 2 study halls and you finish all of your homework during the first one, what are you going to do during your second one?

As it turns out, students have found different answers to these questions. Some students decide that since there is nothing to do within the Cafeteria or Study Hall classroom, they will take to the hallways in order to find some "entertainment". If you were to walk into the hallways during a class period you will find that the hallways are full of students who are just "hanging out". Teachers and security guards clear the hallways, but they always fill right back up. Students wandering the halls are more likely to start altercations, because they are bored. Other students will see a fight brewing, and will instigate the conflict until you have a full blown fight. And all this is because students were bored in study hall or lunch.

A second solution to the problem is to make the lunch period "live" or fun. Sometimes, this may mean starting a food fight, a fist fight, or just causing trouble. Lunch periods become packed with other students who leave their study halls, and soon there is barely enough room to sit down. These lunch periods become so packed, that it is hard to maintain order, something that could be extremely dangerous during an emergency.

These numerous study halls and lunch classes don't just affect those particular students, they affect everyone. Instead of it taking just 2 or 3 minutes to get to class it now takes 4 or 5 because of students who have been wandering the hallways all day long instead of going to their lunch/study hall. They have gotten used to strolling through the hallways, and are in no rush to get to their next lunch/study hall, so they will stop in the middle of your path in order to talk to their friends, or just look for something to do. Sometimes, they are so full of energy and tired of doing nothing, that if

4

you accidentally bump into them, step on their shoe, or even say excuse me, they will retaliate in anger. You can hardly blame them though, because they have spent the whole day doing nothing productive.

Also, if they have spent half of their day sitting in these study halls or lunches, there is less chance that they will actually show up to the three or four actual classes that they do have. If they do, they will probably show up late and take a while to settle down and get back into the groove of learning. This constant switch from an actual class to a lunch is not beneficial to the student.  If the student's schedule is constantly being broken up by unproductive study halls and lunches, then you can't possibly expect them to be 100% attentive in class. It just doesn't work that way.

The lack of electives has created this problem, and yet more and more elective classes are being cut. The outcome is predictable.  The hallways will continue to be crowded, fights will continue to occur, and students will continue to lose interest in going to their actual classes. Faculty members see the problem escalating, and yet they have no power to change anything. We need our electives back. Without them, we can't possibly hope to keep up with students around the world. We have already fallen behind enough by being stuck in these lunch classes and study halls. The time has come for the community to step up and fix this, or if they are unwilling then the state government must intervene on behalf of the education of the youth of East Ramapo.

Sincerely,

The Students of Spring Valley High School

5