# EXHIBIT 1

EAST RAMAPO CENTRAL SCHOOL DISTRICT



# East Ramapo Insider

VOLUME 3, ISSUE 4     APRIL 2009

## A Message from the Superintendent

INSIDE THIS ISSUE:

| | |
|---|---|
| Message from the Superintendent | 1 |
| Budget Vote 2009 | 2 |
| PTA Corner | 3 |
| Cablevision Programming | 4 |
| Health & Learning Symposium | 4 |
| East Ramapo's Dress Shop | 4 |
| Relay for Life | 5 |
| K12 Alerts | 5 |
| Your Opinion Counts | 6 |

April 2009

Dear Parents and Residents:

   Spring Greetings!  We certainly have had April showers—we look forward to the May flowers!

   As we come to the closing months of the school year, there are many happenings in the district.  We are finding out what the federal stimulus package means for our district.  The Board of Education has decided on the closing of one elementary school, Colton Elementary, for next year.  The Board of Education is in the process of adopting its budget which will be voted upon on Tuesday, May 19th.  This is a particularly difficult budget year in a particularly difficult economic climate.  We are caught between doing the best for all the children of our district and having the money to pay for it.

   Your input is always welcome on items before the Board of Education.

Most sincerely,

*Ira E. Oustatcher*

Ira E. Oustatcher, Ed.D.
Superintendent



**Superintendent of Schools
Dr. Ira E. Oustatcher**

**THE BOARD OF EDUCATION**
School board decisions affect our children's education and the well-being of our entire community.  Our trustees can best represent their constituents when residents take the time to observe their Board in action, express their opinions, and raise questions.  We encourage your participation in this uniquely democratic process.
The East Ramapo Board conducts regularly scheduled meetings on the first and third Wednesday of every month, except on or immediately preceding holidays.  All meetings are held in the boardroom, of the Senator Eugene Levy/Dr. Jack R. Anderson Education Center (105 S. Madison Ave, Spring Valley), beginning at 7:30pm, unless otherwise announced.  Special meetings may be called as necessary.
The Board also conducts study sessions to discuss district-related matters without taking formal action.  Additionally, public hearings and other informational meetings are held as necessary, as are those of the Board's various committees.  Your Board also meets in executive session to discuss personnel item, negotiations and other matters of a confidential nature.

# School Budget/Trustee Vote set for Tuesday, May 19th, 2009
# 7:00am—10:00pm

## Who can vote?

In order to vote you must be a citizen, 18 years of age or older, a resident of the School District for *at least* 30 days prior to the date of the vote, and registered to vote.

If you voted in a school district election in the past four years, or in a November general election, you need not register again. If you are uncertain whether you are registered, or need to learn how to register, please call the District Clerk at 577-6015.

## How to register

You can register in the District Clerk's Office on any day that school is in session through Thursday, May 14. Voter registration is also scheduled for all ten polling locations between 4:00pm - 8:00pm on Tuesday, May 12. You must bring photo identification with you that shows your current East Ramapo address.

For more information on the District's Budget/Trustee vote, please visit our website at:

## Absentee Voting

If you are not going to be in Rockland County during the hours the polls are open, you may vote by absentee ballot.

You can download an application for an absentee ballot from the District website or call 577-6015 and request that one be mailed to you. If the ballot is mailed to you, an application must be received at the District Clerk's office (105 S. Madison Avenue, Spring Valley, NY 10977) by Tuesday, May 12, 2009. Absentee ballots may be picked up in person until the day before the vote.

In order to be counted, all Absentee Ballots must be received at the District Clerk's office by 5pm on Tuesday, May 19, 2009.

### *East Ramapo Polling Places*
Chestnut Ridge Middle School
Hempstead Elementary
Hillcrest Elementary
Lime Kiln Elementary
Margetts Elementary
Ramapo Freshman Center
Ramapo High School
RCC Annex
Spring Valley High School
Summit Park Elementary

---

*"The East Ramapo Central School District budget is an expression of the community's commitment to public and non-public students. Our goal is to maintain the quality of our existing programs coupled with responsible fiscal management. Toward that end, we remain committed to achieving greater efficiencies through our operations, while seeking new sources of revenue and support." Dr. Ira E. Oustatcher, Superintendent of Schools*



ACADEMICS   ARTS   ACHIEVEMENT   MUSIC   CHARACTER   SPORTS   SUCCESS



*Reflections* is a program of National PTA, whose purpose it is to provide an opportunity for students to use their creative talents by expressing themselves through their own original works. As reported earlier, seven East Ramapo students won at the Region level and moved on to the State level for judging. The works of two East Ramapo students received awards at the State level.

Twelve-year old Wren Stueck, a seventh grader at Pomona Middle School, received an Award of Excellence for her submission in the photography category of a photo entitled "Sunset in Grand Tetons". National winners will be announced in May.

Lionel Delva, a senior at Spring Valley High School received an Award of Merit for his work in the category of Visual Arts. His submission will be displayed at the NYS PTA Convention held later this year.



The Reflections Program is a cultural arts program open to children in grades Preschool – 12 highlighting the fact that the arts are an important part of every child's education. And, just as important, the Reflections Program is a fun project that can involve students, parents, teachers, and the community.



*Founders Day* is a reminder of the substantial role that PTA has played in supporting parent involvement and working on behalf of all children and families. Each year, East Ramapo's PTAs honor those individuals who have been a powerful voice for all children and a strong advocate for public education.

This year, two individuals were honored with the *Distinguished Service Award*. This award is given to PTA members who have served faithfully, but it is reserved chiefly for those who have devoted *exemplary* service to the maintenance and growth of the PTA. This year's recipients are **May Neils**, a Teaching Assistant at Spring Valley High School and parent within the District and **Therese Calvano**, a Teacher at Margetts Elementary School.

In addition, *Honorary State Life Memberships* were given to individuals in honor of their recognition to the welfare of children and youth. Those individuals are:

**PTA Council** ▪ Honorable Ellen Jaffee (former Teacher)
**Colton Elementary School** ▪ Michael Siegel (Teacher) and Germaine Gales (Custodian)
**Chestnut Ridge Middle School** ▪ Maxine Simon (Teacher) and Jimmie Neal (Security)
**Eldorado Elementary School** ▪ Susan Tasch (Parent) and Robin Lubatkin (Teacher)
**Elmwood Elementary School** ▪ Christine Perry (Parent) and Jessica Cataldo (Teacher)
**Fleetwood Elementary School** ▪ Florcy Raymond (Teacher) and Debbie Guerra (Family Resource Coord.)
**Grandview Elementary School** ▪ Andrea Holland (Teacher) and Shannon Rosenberg (Parent)
**Hempstead Elementary School** ▪ Michelle Dorfman (Parent), Susan Martin (Parent), Felicia Vaccaro (Teacher) and Hazel Ortiz (Asst. Prinicpal)
**Hillcrest Elementary School** ▪ Patti Trout (Parent) and Angela Alexander (Asst. Principal)
**Lime Kiln Elementary School** ▪ Lissette Acevedo (Parent), Lori Hochheiser (Teacher), Nicole Colarte (Teacher) and Anna DeSoiza (Social Worker)
**Margetts Elementary School** ▪ Mary Pugliese-Cobb (Parent)
**Pomona Middle School** ▪ Linda Common (Librarian) and Kim Salveggi (Secretary)
**Ramapo High School** ▪ Rosanne Hughes (Teacher) and William Pettiford (Security)
**Ramapo Freshman Center** ▪ Kevin Bullock (Teacher)
**Spring Valley High School** ▪ Lisa Acosta (Parent) and Karen Pinel (Asst. Principal)
**Summit Park Elementary School** ▪ Harriet Cummings (Foster Grandparent) and Cynthia Norman (Teacher)
**Tiny Scholar Kids** ▪ Elaine Trotta (Child Care Resources of Rockland)

## East Ramapo &



East Ramapo has added a second show to its Cable TV line-up.

*"Highlights of East Ramapo"* was created as another way of reaching out to the community and sharing some of its' success stories. The format will include interviews given by Dr. Ira E. Oustatcher, Superintendent of Schools, and will air every Wednesday and Friday @ 7:30pm on Cablevision Channels 77 & 78.

Also on Cablevision is East Ramapo's long-running "*Video Magazine*", information segments produced by Ramapo and Spring Valley High Schools.
Ramapo High School's "*Video Magazine*" airs on Cablevision Channel 78 on Mondays @ 7:30pm and on Wednesdays and Thursdays @ 5:30pm.
Spring Valley High School's "*Video Magazine*" airs on Cablevision Channel 77 on Mondays @ 8:30pm, Wednesdays @ 6:30pm and on Thursdays @ 5:30pm.

## You're Invited!

The **3rd Annual Rockland County School Symposium on Connecting Health with Learning**
will be held on

Thursday, April 30, 2009 from 4-7pm
at the Jewish Community Campus in West Nyack

The event will highlight local school successes and have workshops for teachers, administrators and parents, as well as a presentation on childhood obesity.

The evening is sponsored by Rockland 21C, Rockland Teachers' Center Institute and Rockland School Health & Wellness Coalition.

For more information on the symposium contact CarrieSteindorff at 845-364-2360 or steindoc@co.rockland.ny.us

To register, call Rockland Teachers' Center at 845-942-7600.

## East Ramapo's DRESS SHOP

Going to the Prom doesn't have to mean breaking the bank...especially if you're a student in East Ramapo.

The *Dress Shop* is the brainchild of Lorraine Knabe, a secretary at Ramapo High School, who felt there had to be a way for young girls to wear beautiful dresses to their proms without spending a ridiculous amount of money. The program began four years ago when Ms. Knabe wrote to dress shops in Rockland, Westchester and New York City asking for donations. The result was an outpouring of support with Fontana's of Scarsdale donating over $25,000 worth of dresses. Inventory at the *Dress Shop* now includes new shoes and jewelry

Located in Ramapo High School, the shop carries dresses in sizes 2 to 26 and is open to all East Ramapo students. Students are charged a $15 rental fee and all dresses must be returned.

Karen Hunt, also a secretary at Ramapo High School, assists in setting up appointments with the students to come and try on gowns. "Thanks to Ms. Knabe who saw a great need for our students to save money. She had the vision to reach out for our students. Because the *Dress Shop* has well over 1,000 dresses and there is such a great selection, no dress has been worn twice!"

Anyone wanting to donate items or in need of a prom dress, please call Karen Hunt at 845-577-6401.







Rockland County's 12th Annual

## Relay For Life

Saturday, June 13th (12noon) — Sunday, June 14th, 2009 (6am)

Because Relay For Life is a community gathering (rather than an athletic event), everyone is invited to participate. Relay is an overnight event, about 18 hours in length, with teams camping out and taking turns walking around the RCC track.

Only registered team members may stay after 10:00 PM. There will be live entertainment throughout the day, food, games, music and plenty of activities, like: team competitions, midnight pizza party, haircuts for 'Locks for Love', a lip sync contest and a Children's Tent with activities for the younger crowd.

Join **East Ramapo**—the school district with the most number of teams!

For information, or to register, contact:

Rebecca Montesa @ 845-738-2413 or Rebecca.montesa@bmwfs.com

### relayforlife.org/rocklandNY



K12 Alerts® is an emergency messaging platform for school districts that enables them to send real-time emergency messaging to parents, community residents and staff. The system notifies participants anytime, anywhere through 3 modes of communication, including email, test messaging to cellphones and by telephone.

With the creation of K12 Alerts®, schools and districts are able to communicate important messages to parents in a matter of seconds. The *platform* supports multiple languages so that parents who speak a different language may sign-up online and designate their language of choice.

K12 Alerts was established in 2001 after the aftermath of 9/11 to find a better way for large groups of people to communicate during a crisis. School administrators can easily record, send and track targeted messages to groups in minutes keeping students safe and families informed. k12 also provides electronic student emergency cards that parents can update providing doctor, allergy and other critical student information.

To sign up, or for additional information, visit the District's website and click on the icon K12alerts® on the front page.

# *Comments?  Questions?  Suggestions?*

- *Do you know of a student or district employee noteworthy of writing about?*
- *Would you like to see articles written on particular topics?*
- *Would you like to ask the Superintendent a question?*

**Your input is important to us.  Let us know what you're thinking!**

## Contact us at **eti@ercsd.k12.ny.us**

*Si usted desea que la informacion que aparece en esta carta sea traducida y explicada en espanol, favor de llamar a las Senora Zoraida Arroyo   845-577-6056.*

*Si ou ta vie nou esplike w enfomasyon ki nan jounal sa a an kreyok, rele Jodi Georges nan nimewo sa a 845-577-6056.*



**East Ramapo Central School District**

**105 South Madison Avenue**
**Spring Valley, NY  10977**

BOARD OF EDUCATION
Nathan Rothschild, President
Stephen Price, Vice President
Solomon Akerman, Trustee
Mimi Calhoun, Trustee
Akiva Feinsod, Trustee
Moshe Hopstein, Trustee
Richard Stone, Trustee
Aron Wieder, Trustee
Suzanne Young-Mercer, Trustee

SUPERINTENDENT OF SCHOOLS
Dr. Ira. E. Oustatcher
EDITOR
Eti Znamirowski-LeMoullec

Non-Profit 0rg.
U.S. Postage
PAID
Permit No. 7025
Monsey, NY

www.eram.k12.ny.us