# EXHIBIT 2

# Education Matters

*A newsletter from the*
*East Ramapo Central School District*
*for non-public school parents*

*105 South Madison Avenue. Spring Valley, NY 10977*
*Dr. Ira Oustatcher, Superintendent of Schools     Susie Grama, Editor*

APRIL 2010                                                                                  VOLUME IX   NUMBER 6

## From the Superintendent



Dr. Ira Oustatcher

April showers bring May flowers and it is surely a beautiful Spring.  Enjoy this time of year before the hot weather joins us.

May also brings the Budget and Trustees vote.  Tuesday, May 11, is the date of the school election.  May 6th is the last day to register to vote, and May 3rd is the last day to mail in asking for an absentee ballot (although you can walk-in for the absentee ballot up to the day before the vote).  If you register at the County Board of Elections in New City, you are eligible for both school and all other elections (town, state and national), whereas signing up at our office (105 South Madison Avenue) only makes you eligible for school votes.

This has been a particularly difficult budget year.  The state aid picture reflects the downturn of the economy.  Our public school enrollment has grown each of the last two years.  Our contractual, insurance, and utility costs continue to increase.  Our taxpayers share the burden that our whole nation is feeling.  The only time we vote on an increase in taxes is for our schools.  When the town or state or federal government raises our taxes - we do not vote on it.  When our grocery bills go up or the price of gasoline goes up – we do not vote on it.  The Board of Education and the administration spent months putting forward what we think is the best budget for our community – attempting to balance the ability of our community to pay and the needs of all our students - public and private.  That is the budget before you on May 11th.  **Come out to vote.**

Happy Spring!

## 5th Professional Development Day



**Registration**

Hundreds of non-public school teachers and administrators attended the Professional Development Day event.



**The team that made it happen**

The staff of the Office of Funded Programs organized the event: (top) Ellen Reiman; Elie Wizman, Director; Merritte Mellion, Director, Title III; bottom: Nancy Hall; Ann Quigley; Miriam Maybloom, Assistant, Title III.


1

# Just a little taste of the

An air of enthusiasm filled the halls of Ramapo High School on February 17, 2010, as about 600 non-public school (NPS) administrators and teachers of all grade levels, representing 33 NPS schools, joined in the East Ramapo Central School District's fifth annual Professional Development Day. Most of the teachers shared the same problem: which of the 40 workshops, led by 15 exciting, experienced, knowledgeable presenters, should they attend? There were workshops on pedagogic methodology in the core curriculum subjects– reading, writing, math, social studies, and science, as well as on behavior management, classroom management, and social problems. The workshops ranged in interest for teachers of class levels from pre-kindergarten through high school. Most of the presenters were familiar to the NPS teachers either from past Professional Development Days or from individual workshops that are provided by the ERCSD throughout the year.

The sessions started at 9 am and ran until 5 pm, with an assembly for all the participants at 12:25 and a lunch break at 1:00. Most of the sessions were an hour-and-a-half long; several were double sessions, lasting three hours.

At the assembly, Elie Wizman, Director of the Office of Funded Programs, welcomed the teachers and gave an overview of the event. Merritte Mellion, Title III Coordinator, addressed the teachers, emphasizing the importance of teachers being sensitive to the students' feelings in all their dealings with them, even when marking their papers.

The staff of the Office of Funded Programs was responsible for making this day happen. They are Elie Wizman, Director of the Office of Funded Programs; Merritte Mellon, Director, Title III; Miriam Maybloom, Assistant, Title III; and the dedicated OFP staff—Ellen Reiman, Nancy Hall, and Ann Quigley. They worked long and hard. Their efforts were well worth it—and are greatly appreciated.

Unfortunately, we cannot give the complete scope of each workshop, so we attempted to give you a small sampling of the huge fountain of information that was presented at this fantastic event.



Rabbi Joel Kramer spoke about self-organization and classroom management. He said that every lesson is made up of a menu. The "appetizer" is the motivation. He stressed the importance of the appearance of the classroom as the displays in the room are an extrinsic type of motivation. He said that teachers should try to stimulate the five senses in their teaching.

His dynamic presentation included his inviting several participants to present their views on educational issues.



Nancy Silberman Zwiebach is a popular presenter who, in her workshops, focuses on developing self-esteem—in children and in teachers. She offered many relaxation techniques and tips for teachers to build self-esteem. She said,

"The mind is an amazing tool…Negative thoughts deplete our energy; positive thoughts enhance our energy." She suggested that when a person has a negative thought, s/he should think "CANCEL!" two times to eliminate the thought.



Mike Dreiblatt's informative workshop was titled "How to Stop Bullying and Social Aggression." He said that assertiveness is not aggression, rather that it is a respectful, effective communication. It is characterized by its body language, a calm demeanor, ego control, a neutral tone of voice, and choice of words.

To stop bullying, the teacher should interrupt the behavior and publicly comment on the harassment. S/he focuses on the behavior, not the student and identifies it ("That was name-calling."). Then the teacher reminds the child about the school's behavioral expectations. Examples of these reminders are: "We don't treat people this way at school." "We want everyone to feel safe." "Be aware of others' feelings."



Maxine LaRaus is a long-time favorite on the NPS workshop scene. Expert in many areas of education, at this event, she discussed Strategies for Building Vocabulary Understanding. She presented many pointers for effective vocabulary instruction and guided teaching. She taught methods of nonlinguistic representations and strategies for imparting information through contextual clues. She gave the participants much helpful information for maximizing students' abilities to read, comprehend, and write.



Helen Pashley gave two Science workshops—one in Biology for grades 7-12, one for kindergarten - grade 6. They were filled with ideas for making science real and exciting. She presented ideas for experiments made from easily accessible materials and presented methods for developing the students' investigative ability.



Mary Behr Altieri presented two math workshops: "Solving Math Word Problems," for grades 1-7 and "Fractions Are Numbers, Too," for grades 3-8.

# Professional Development Day



Rabbi Jonathan Rietti, who always imparts much information in a most entertaining manner, spoke about "Discipline Without Resorting to Discipline." He noted that "all children are gifted" and are anxious to learn. Teachers should stimulate the children's creativity and not inhibit it by rules of spelling and grammar. Those are to be taught separately. Teachers should be aware of each child's strengths and use them to foster learning.



Marc Hoberman is another well-liked veteran workshop presenter. He gave four presentations, each on a different subject: Differentiated Instruction, Writing for Secondary School Students, Using Graphic Organizers to Enhance Learning, and English as a Second Language Reading and Writing.

In the Graphic Organizers session, he showed diagrams of several types of graphic organizers, which are visual tools that help a person clarify his thoughts or graphically record information.



Dr. Sue Heinz, the beloved director of the Summer Slingerland Program, who has graced our community with her presence for the past eight summers, gave two workshops: Developing Reading Comprehension Through Slingerland and Spelling—An Essential Skill for Writing. She went through the steps that develop good spelling skills and the goals of spelling instruction.

Her handouts included spelling rules and a spelling inventory.



Zipora Schuck drew large audiences for both of her workshops. One was on Making the Classroom a Stress-free Environment, one was on Solving Social Problems in Grades 1-5.

She discussed identifying problems and supporting the students. The support includes helping children become more organized, develop good health and study habits, and practice social skills.



Rabbi Doniel Frank has been a regular presenter at the PDD. This year, he spoke about the Role of Recess, which should be viewed as a subject like the academic ones, with goals and strategies. Besides offering a break, which facilitates learning after it, recess also gives children the opportunity to develop social skills and for the teacher to see more aspects of the child's personality. It is also a chance for relaxed interaction between the students and teachers.



Rabbi Dani Staum's talk was for teachers of all grades on the topic of the ADHD Student—understanding him/her, dealing with him/her in the classroom, and helping him/her achieve success. He noted that there are three types of ADHD diagnosis: predominantly inattentive, predominantly hyperactive-compulsive, and a combination of both.

He discussed many pertinent points that would help teachers identify the different types of behavior and work with the children in a way that would minimize stress and failure—for the teacher as well as the student.



Mike Londino's enthusiasm about his topic was obvious as he showed teachers of K-grade 6 the magic of modern teaching technology. He concentrated on the Smart Board, a white board that has computer properties. That means that teachers could save material written on the board, move to "different pages," save work from the board on a computer, and download information from a computer. The possibilities are vast and make teaching and learning even more exciting.



Rona Novick's subject was Positive Behavior Support. She said that behavior should be modified by teaching, not by punishing, and that positive behavior should be the goal of the school, the classroom, and the individual. Teachers should realize that not all students require the same type of support, and that each child should be treated according to his/her needs. She gave guidelines for when a teacher should change his/her techniques, as indicated by the results of the students' behavior.

Her session was packed with information for understanding different types of behavior and dealing with them in a positive way.

3



*(Professional Development Day - cont. from page 3)*
Dr. Joel Dickstein presented "Memory – The Overlooked Learning Tool, and Don't You Forget It!" for teachers of grades 1-9. This workshop addressed techniques that both teachers and students can use to address the fundamental task of becoming better "rememberers."

**National School Nurse Day: May 12**
East Ramapo thanks all of the District's school nurses for the great job that they do. Kudos to the school nursing staff for a job well done!



## JOB POSTINGS
*East Ramapo Central School District*

**Certificated Positions**            **Effective Date of Position**
CPSE Chairperson (.6)
Director of Special Student Services
Instructional Supervisor-School Psychologist/ Social Workers
Athletic Director/Instructional Supervisor-Phys. Ed.-Health

> All of the certificated positions are available immediately

> The number in parentheses indicates the portion of full-time employment; one of the openings is a part-time position.

**Non-Certificated (Classified) Positions**
Senior Clerk Typist..............................................................Immediate
Family Resource Center Coordinator................................Immediate
Clerk Typist-Spanish speaking.............................................Immediate
Clerk Typist—Seasonal.........................................................06/07/10—08/31/10
Clerk-Typist—Seasonal.........................................................07/01/10—08/31/10
Clerk-Typist—Seasonal.........................................................09/01/10—06/30/11
Monitors—Seasonal..............................................................07/01/10—08-06-10

> **State Education Department Requirements**
> A civil service test is required to hold the non-certificated positions.

To apply, please submit a letter of interest and resumé (hard copies only) to Margaret E. Contaldi, Personnel Office, East Ramapo Central School District Administration Building, 105 South Madison Avenue, Spring Valley, NY 10977
For certified positions, please also apply on the BOCES On-Line Application System, www.olasjobs.org.

**Coaching Positions**
Girls Varsity Basketball                 2010-11 School Year

To apply for a coaching position, please submit a letter of interest and resume to the Athletics Office,

### Non-Public Schools Administrators Meeting

At the March administrators meeting, Elie Wizman, Director, Office of Funded Programs, announced that the summer food program will be continued this year. Free breakfast and lunch will be served at participating camps to anyone under the age of 18, whether he is part of the camp program or not.

School Superintendent Dr. Oustatcher and Coordinator of Health Services Chris Healy spoke about the mumps outbreak in the community. The consensus of the group was that the worst is over. Ms. Healy noted that complete immunizations must accompany UPK applications before they can be accepted.

Because stimulus money will not be granted for the 2010-2011 school year, high schools will not be included in the Title I program. Kindergarten will continue to be included, but because of the great increase in enrollment, per pupil allocations will be probably be smaller.

Mr. Wizman has requested, and received verbal approval for, a Title I-LEP (Limited English Proficient) grant to assist schools who have a Yemenite refugee population. There are currently 30-40 such students enrolled in NP schools, with about 100 more expected shortly. In the public schools, the same is being done for the Haitian refugee population. Dr. Oustatcher asked non-public administrators and parents to write to legislators to request focus on funds for the two refugee communities.

Mr. Wizman thanked Merritte Mellion and Ellen Reiman for their hard work in making the Professional Development Day a huge success.

Ms. Mellion discussed the NYSESLAT program. Training for test administrators was done in March and student testing will take place in April and May.

The Summer Slingerland Program will take place again this summer. There are 38 slots available for teachers to attend. The costs are covered by a portion of the stimulus money.

### The New York State English as a Second Language Achievement Test
training was conducted by Merritte Mellion, Title III Coordinator, for school staff who will administer the testing. The NYSESLAT tests are given annually to students in the Title III program for English language learners. There are five levels of testing, divided by grades, and there are four subtests: listening, speaking, reading, and writing. The children's growth in proficiency is measured, then it is determined whether or not they need to continue in the program.

### Reminder: School Budget Vote - Tuesday, May 11