UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT AND MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>      Defendants. | 17 Civ. 8943 (CS) (JCM) |

## DECLARATION OF DR. STEVEN P. COLE

Dr. Steven P. Cole, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I have been retained by Latham & Watkins LLP and the New York Civil Liberties Union Foundation, counsel for Plaintiffs in the above-captioned litigation, to prepare an expert opinion regarding the existence and extent of racially-polarized voting in the East Ramapo Central School District, located in Rockland County, New York.

3. Annexed to this Declaration as Exhibit 1 is a copy of my preliminary expert report. My findings and conclusions are contained in the attached report.

4. Annexed to this Declaration as Exhibit 2 is a copy of my curriculum vitae, which sets forth my qualifications, including a list of all publications I have authored within the past 10 years and a listing of cases in which I have served as an expert or a consultant.

5. I am compensated at the rate of $150 per hour for my work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2017
Yorktown Heights, New York

*Steven P. Cole*
_____
STEVEN P. COLE