EXHIBIT 2

**STEVEN PARKER COLE**

Director of Research
Research Design Associates, Inc.
1315 Baptist Church Road
Yorktown Heights, NY 10598
914.962.0610
ResearchDesignAssociates.com
spc@cloud9.net

**ACADEMIC HISTORY**

Ph.D.   Emory University, 1985, Human Experimental Psychology

M.A.    Columbia University, 1976, Developmental Psychology

B.A.    University of Virginia, 1969, Psychology

**CURRENT AREAS OF INTEREST**

Statistics and quantitative methods; research design; general
and experimental psychology; design, development and evaluation
of test and measurement procedures; perceptual and memory
processes; eyewitness identification; voting behavior;
developmental psychology; mind-body research; dance and body
image; language acquisition; recovery audit methodologies;
sustainable agriculture.

**EXPERIENCE**

2016 – Present   Primary Investigator, Northeast Sustainable
                 Agriculture Research & Education Grant,
                 University of Vermont: Residual doramectin in
                 alpaca manure compost.

2012 - Present   Adjunct Professor, Department of Theater and
                 Dance, Emory University, Atlanta, Georgia

1993 – Present   Adjunct Professor, Department of Psychology,
                 Emory University, Atlanta, Georgia

1982 - Present   Director of Research, Research Design
                 Associates, Inc., Decatur, Georgia and Yorktown
                 Heights, New York

S. Cole                                                                    2

| | |
|---|---|
| 2009 – 2011 | Adjunct Professor, Department of Health and Physical Education, Emory University, Atlanta, Georgia |
| 2001 – 2009 | Adjunct Professor, Department of Health, Physical Education and Dance, Emory University, Atlanta, Georgia |
| 1987 - 1995 | Consultant, Atlanta University Center, Minority Access to Research Careers Program; research design, applied computer data analysis |
| 1992 - 1994 | Adjunct Professor, Division of Educational Studies, Emory University, Atlanta, Georgia |
| 1985 - 1991 | Adjunct Professor, Emory University School of Law, Atlanta, Georgia |
| 1977 - 1983 | Research and Teaching Assistant; data base management, research design and data analysis consultation, Department of Psychology, Emory University, Atlanta, Georgia |
| 1980 - 1982 | Project Coordinator, Community Stroke Study: Effect of Methysergide on Infarction, Phelps Memorial Hospital, Sleepy Hollow, New York |
| 1974 - 1977 | Assistant Chief, Dept. of Electrocardiology; Supervisor, Kavy Pacing Center, Phelps Memorial Hospital, Sleepy Hollow, New York |
| 1969 - 1974 | Administrative Assistant, Senior Technician, Dept. of Electrocardiology and Electro-encephalography, Phelps Memorial Hospital |

**COURSES TAUGHT**

    Computer Analysis of Scientific Data
    Psychology of Eyewitness Identification
    Research Methods
    Statistics

S. Cole                                                          3

**PROFESSIONAL ORGANIZATIONS**

> Georgia Psychological Association
>    Chair, Psychology and Public Interest Committee (1993-94)
> American Psychological Association
> Northeast Organic Farming Association


**CONSULTING EXPERIENCE**

**Research Design, Statistics, Test and Measurement Procedures; Memory and Perception; Experimental and Developmental Psychology:**

Department of Psychiatry, Texas Tech Health Sciences Center School of Medicine, Midland TX; 2016-present; reliability and validity of the HERO mental wellness scale.

School of Human Ecology, University of Wisconsin (Madison); 2015-present; effect of whole-body hyperthermia on major depression.

Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta, GA; 2015-present; predictors of remission in depression to individual and combined treatments (PReDICT).

New York State Department of Health; American Heart Association/American Stroke Association; 2014-present; survey of NY State Designated Stroke Centers to assess informed consent procedures for IV-tPA administration in stroke.

American Civil Liberties Union, State of Maryland, 2013-2015; analysis of voting behavior.

Phelps Memorial Hospital Center, Sleepy Hollow, NY, 2013-present; effectiveness of a pain support group in treating chronic pain.

Garrison Institute, Garrison, NY; JPB Foundation; 2013-present; Climate, Mind and Behavior Initiative; "Building Resilience: Integrating Climate Change and Social Systems."

National Center for Complementary and Alternative Medicine;
University of Arizona School of Medicine, Tucson, AZ; Emory
University School of Medicine; 2011-present; inflammation,
stress, and social behavior: using ecological assessments and
model systems to enhance relevance to health outcomes.

National Institute of Health; University of Arizona School of
Medicine, Tucson, AZ; Emory University School of Medicine; 2011-
2015; effects of prolonged cytokine exposure associated with
interferon treatment for hepatitis C virus infection on
interpersonal behavior.

Georgia Resource Center, Atlanta, GA; 2011-present; reliability
of eyewitness identifications.

Centurion Ministries, Princeton, NJ; 2011-present; reliability
of eyewitness identifications.

Department of Psychiatry and Behavioral Sciences, Emory
University School of Medicine, Atlanta, GA; 2011-present;
effects of meditation, stress, and cross-racial conditions on
perception, cooperation and psychological state.

Atlanta Research Center, Atlanta, GA; 2010-present; treatment of
osteoarthtritis of the knee.

Georgia Department of Human Resources; Department of Psychiatry
and Behavioral Sciences, Emory University School of Medicine,
Atlanta, GA; 2010-present; cognitively-based compassion training
to enhance health and emotional well-being in adolescents in
foster care.

National Institute of Health, National Center for Complementary
and Alternative Health; Department of Psychiatry and Behavioral
Sciences, Emory University School of Medicine, Atlanta, GA;
2009-2014; mechanisms of meditation: comparison of behavioral
interventions to improve physical health and emotional well-
being.

Agnes Scott College, Decatur, GA; 2007-present; statistical
analysis for studies of attachment styles, social skills, and
depression in college women.

U.S. Pony Club; USEF Safety Summit (June 2008); five-year study of safety (horse and rider), speed, and course completion in upper level event competition.

University of Pennsylvania, Department of Romance Languages; 2007-2009; statistical analysis for a study of global simulation and writing self-beliefs of intermediate French college students.

Emory University Department of Psychiatry, Atlanta, GA; 2006-2008; statistical analysis for NIMH study of sleep changes, and neuropsychiatric and neurocognitive symptoms associated with interferon treatment for hepatitis C; predictors of remission in depression.

Emory College Language Center, Emory University, Atlanta, GA, 2004-present; research design and evaluation in studies of foreign language acquisition.

Emory University Departments of Psychiatry and Behavioral Sciences; Health, Physical Education and Dance; Psychology; Religion; and Anthropology; 2005-present; research design and statistical analysis for studies of compassion meditation as a strategy for reducing depressive symptoms and physiological stress reactivity.

American Civil Liberties Union, Voting Rights Project, 1989-present; analysis of voting behavior; June 2003: exit poll of City of Martin, South Dakota voters for County School Board and City Council; June 2004: exit poll of City of Martin voters for City Council and U.S. Representative.

Vanderbilt University and Middle Tennessee State University; 2001-2005; assessment of effectiveness of case-based instruction to enhance learning.

Southern Regional Council, Atlanta, GA, 2001; assessment of voting equipment disparities in Georgia counties.

National Science Foundation; EduTech Institute and College of Computing at the Georgia Institute of Technology; 2000-2007; evaluation of the Learning by Design Project, a design-based curriculum for middle school science education; influence of classroom practices and culture on scientific reasoning.

S. Cole                                                                    6

Southern Poverty Law Center, Montgomery, AL; 2000-2002; analysis
of voting behavior.

Rocky Mountain University of Health Professions, Provo, UT;
2000-present; supscapularis syndrome: clinical examination,
magnetic resonance imagery, and shoulder impingement; comparison
of traditional physical therapy with and without static
progressive stretch following open rotator cuff repair; use of a
wrist extension brace to increase the velocity and accuracy of
baseball pitching.

Annenberg/Corporation for Public Broadcasting Project; Florence
Gould Foundation; Emory, Wellesley, and Yale Universities;
Teachme.com, Inc.; 2000-2002; alpha and beta evaluations of
French in Interaction, a computer-assisted, interactive
curriculum for teaching French.

Henley Healthcare, Texas, and U.S. Food and Drug Administration;
2000-2001; efficacy of low level laser in the treatment of
carpal tunnel syndrome.

University of Bristol, Emory University, and the National
Institutes of Health, 1997-2003; Avon Longitudinal Study of
Pregnancy and Childhood; antecedents of nonverbal ability.

The Modern Language Journal, University of Wisconsin-Madison,
1996-present; review of manuscripts in the areas of statistics
and research design.

University of Southern Florida, Florida Mental Health Institute,
1995-2002; psychological aspects of cancer in older persons; age
differences in control and coping processes.

ParaOlympics, 1996; training and maintenance of horses for para-
athletes.

Emory University, Department of Psychology, 1992-2015; child and
adult perception of facial, voice, and gesture stimuli; child
and adult cross-racial face perception; emotional perceptive
abilities and subclinical psychopathy; changes in locus of
control over time.

S. Cole                                                                    7

New York Medical College, 1991-present; pain management; effects
of high-impact aerobics on the inner ear; noninvasive laser
neurolysis and homeopathy in treatment of carpal tunnel
syndrome; cerebral hemodynamic changes and tracheal intubation;
magnetic stimulation in diabetic peripheral neuropathy;
neuromagnetic treatment of pain in refractory carpal tunnel.

Crisis Management International, Inc., Atlanta, Ga., 1990-2005;
impact of psychological stress on human performance; efficacy of
crisis management following the Oklahoma City bombing and the
September 11th attack.

Lawyers' Committee for Civil Rights Under Law, Washington, DC,
1992-present; analysis of voting behavior.

Federal Defender Program, Atlanta, Ga., 1990-present;
reliability of eyewitness identification.

United States Combined Training Association, University of
Georgia, University of Tennessee, 1991-1996; study of the
climatic and physical factors that affect horses on cross-
country courses in preparation for the 1996 Olympics.

Emory University, Department of French and Italian, 1992-
present; classroom empirical research investigating how children
and college students acquire a foreign language; integration of
media technology into foreign language instruction; effects of
question wording on accuracy of recall and recognition memory.

Emory University, Departments of Theater and Dance, and Health
and Physical Education; 1988-present; body image, personality,
depression, exercise and physical fitness; relationship of self-
perceived weight to actual weight, body image, and health
behaviors; physical fitness as a function of psychological and
situational factors; body image, health, and personality factors
in dancers and non-dancers.

Emory University, Department of Psychology, 1995-1997; child
language development.

University of Pennsylvania, Graduate School of Education,
1993-1995; risk and resilience in child and adolescent
development.

S. Cole                                                                    8

Project Interconnections, Georgia Department of Human
Resources and Georgia Housing and Finance Authority, 1992-1995;
Project Director for an assessment of the residential,
employment and service needs of Atlanta's homeless mentally
ill.

Ford Foundation, W.T. Grant Foundation and Division of
Educational Studies, Emory University, 1992-1995; longitudinal
study of persistent poverty of African American youth.

Georgia Justice Project, Atlanta, Ga., 1992-1995; jury
composition.

Center for Constitutional Rights, Jackson, Miss., 1992-1994;
analysis of voting behavior.

Stanford University School of Medicine and Emory University
Department of Health and Physical Education, 1991-1994; design
and implementation of AIDS information survey; assessment of
safe sex knowledge and sexual practices in college men and
women.

Florida Rural Legal Services, Tallahassee, FL, 1990-1995;
analysis of voting behavior.

Emory University, Division of Educational Studies, 1991-1995;
school staff development and cultural diversity.

Social Science Research Council, New York, 1990-1995;
developmental outcomes as a function of neighborhood and family
characteristics.

Emory University, Department of Psychology, 1990-1994; effects
of maternal depression on child development.

American Leprosy Mission, Greenville, SC, 1990-1994; efficacy of
teaching programs for the treatment of leprosy.

New York State Advisory Council on Bias in Standardized Testing;
1989-1994.

Neuropsychology Program, Wesley Woods Geriatric Hospital, Emory
University, 1989-1994; head injury, Alzheimer's disease and drug
protocols.

Emory University Research Committee Grant, 1990-91; the
relationship of body image and locus of control to physical
fitness in college men and women.

Carnegie Foundation, 1988-1991; The Parent-Child Development
Centers: A Five to Thirteen Year Follow-up.

Morehouse School of Medicine, Department of Psychiatry,
1988-1990; maternal drug use.

Association of Law Enforcement Officers of Dekalb County, Ga.,
1988-1993; training of police officers for promotional exams.

DeKalb County, Ga., 1986-87; an evaluation of the Multi-Agency
Troubled Children's Home Project.

Spencer Foundation, Chicago, 1986-89; African American
children's competence formation.

National Institutes of Mental Health, Division of Educational
Studies, Emory University, 1984-89; development of profiles and
coping factors for children influenced by Atlanta's missing and
murdered children case.

Physical Therapy Associates of Metro Atlanta, 1988-1995;
reliability and validity of test and measurement procedures.

U.S. Department of the Interior, 1986-92, minority hiring and
promotion.

Emory University, School of Nursing, 1988; national survey of
hospitals to determine incidence of neonatal herpes.

Georgia Legal Services Program, 1986; statistical analysis of
school achievement data.

Gwinnett County Public Schools, Georgia, 1986; test
construction, validation and statistics; evaluation of Gwinnett
Educational Measurement System test; development and analysis of
language arts curriculum survey.

Fulton County Health Department, Georgia, 1985-89; Parent-
Infant Intervention Project.

University of Pennsylvania, School of Veterinary Medicine,
1985-86; statistical model for prediction of survival of horses
with colic.

Atlanta Institute for Family Studies and Georgia State
University, 1985-86; psychological implications of infertility.

Emory University, College of Arts and Sciences, 1985-86;
reliability and validity of test instruments used to evaluate
courses and instructors.

Emory University, School of Nursing, 1983-87; reliability and
validity of instruments used to define characteristics of nurses
employed in selected practice settings.

Georgia Consumers' Utility Counsel, 1978-79; consumer
reactions and consumption following load management projects.

Federal Trade Commission, Division of Marketing Practices, 1974;
electronic pacemaker function and warranty policy.


**Statistical Analysis in Medicare and Medicaid Recovery Audits**

> Arnall Golden Gregory LLP; Atlanta, GA

> Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC;
> Atlanta, GA

> Bass, Berry & Sims, PLC; Nashville, TN

> Cornelius & Collins, LLP; Nashville, TN

> Drescher Heller Pieper Martin, PC; Nashville, TN

> Fulbright & Jaworksi, LLP; Dallas, TX

> Health Law Firm; Little Rock, AR

> Jayaram Law Group; Atlanta, GA

> Kelly Law Firm; Atlanta, GA

> King & Spaulding; Washington, DC

S. Cole                                                                11

    McAfee & Taft; Oklahoma City, OK

    O'Connell & Aronowitz; Albany, NY

    Reinhart Boerner Van Deuren; Madison, WI

    Saints Medical Group; Oklahoma City, OK

    Sullivan Stolier Kovata Knight LC; New Orleans, LA


**Research in Consumer Behavior**

    Fifteen Hundred Club, Inc., Atlanta, GA

    Pegasus Studio, Inc., Covington, LA

    Allen, Bazan and Nyrop, State College, PA

    Homequity, Inc., Greenwich, CN

    United States Pony Clubs, Inc.

    United Research, Inc., Morristown, NJ

    Turtles, Inc., Atlanta, GA

    Vista Development, Atlanta, GA

    Value Music, Atlanta, GA

    Binders, Atlanta, GA and Dallas, TX


**Statistics and Research Design Related to Litigation:**

    **Employment**

    *Dudley v. City of Macon,* M.D. Ga., No. 76-190-MAC

    *EEOC v. Federal Mutual Insurance Co.,* N.D.Ga. No.C75-1925-A

    *Jackson v. Sears, Roebuck & Co.,* N.D. Ga., No. 79-32-N

    *Smith v. State of Georgia.,* N.D. Ga., No. 817811

S. Cole                                                          12

*Georgia Association of Retarded Citizens v. McDaniel,* N.D. Ga., No. 78-1950-A

*Allison v. Western Union Telegraph Co.,* N.D. Ga., No. 78-1081-A

*Amey v. Delta Airlines, Inc.,* N.D. Ga., No. 78-718-A

*EEOC v. Crown Liquors,* S.D. Fla., No. 76-6285-NCR

*Geer v. General Motors Corp.,* N.D. Ga., No. 81-1273-A

*Nation v. Winn Dixie,* N.D. Ga., No. 80-1468-A

*Cullens v. Georgia Department of Transportation,* M.D., Ga., No. 81-84 MAC

*Crawford v. Colonial Baking Co.,* M.D. Ga., No. 81-78-MAC

*EEOC v. Trust Company of Columbus,* M.D. Ga., No. 77-39-COL

*Bentley v. City of Thomaston,* M.D. Ga., No. 79-235-MAC

*Golden Rule Life Insurance Co. v. Mathias,* Cir Ct., Sagamon County, Ill., No. 419-76, 408 N.E., 2d 310 (Ill. Appl, 1980)

*Watkins v. Georgia Kaolin Co.,* M.D. Ga., No. 79-286-MAC

*Hubbel v. Old Ben Coal Co.,* S.D. Ind., No. EV-78-12-C

*Flowers v. Blue Cross Association,* N.D. Ill., No. 81C3544

*Kilgo v. Bowman Transportation, Inc.,* N.D. Ga., No. C74-674A

*EEOC v. Ford Motor Co.,* W.D.N.C., No. CC-75-231

*Kennedy v. Crittendon,* M.D. Ga., No. 77-200-MAC

*EEOC v. Western Electric,* E.D. Mich., No. 80-30012

*EEOC v. H.S. Camp & Sons, Inc.,* M.D. Fla., No. 77-69-CIV-OC

*Communications Workers of America v. Southern Bell*

S. Cole                                                                    13

*Telephone and Telegraph Co.,* N.D. Ga., No. 83-1169-A

*Bledsoe v. L.B. Foster Co.,* N.D. Ga., No. C84-1469-A

*Dantzler v. Southern Aggregates Co.,* S.D. Ga., No.CV-185-213

*Reed v. Andy's of America,* E.D. Ark., No. LR-C-84-897

*Phillips, et al. v. County of Dekalb, Department of Public Safety,* N.D. Ga., No. C83-651A

*Webb, et al. v. Missouri Pacific Railroad,* E.D. Ark., LR-C-75-189

*Dekalb Minority Fire-Medical Association, Inc., et al. v. County of Dekalb Department of Public Safety,* N.D. Ga., No. C83-2583A

*Hamer, et al. v. City of Atlanta, et al.,* N.D. Ga., Nos. C75-1809A, C75-2315A

*McFadden, et al. v. Arkansas State Hospital,* E.D. Ark., No. LR-C-78-153

*Shelling v. Southern Railway Co., et al.,* N.D. Ga., No. C85-2558A

*Craig v. Westinghouse Electric Corporation,* M.D. Ga., No. 84-64-ATH

*Wagner v. Westinghouse Electric Corporation,* M.D. Ga., No. 84-17-ATH

*Johnson, et al. v. Webb,* M.D. Fla., No. 73-702-CIV-J-M

*Ashcraft v. Georgia Department of Natural Resources,* N.D. Ga., No. 86-1119A

*Mack v. U.S. Department of Health and Human Services,* N.D. Ga., No. 1:86-CV-2202-GET

*Cooper v. U.S. Department of the Interior, Office of Surface Mining,* EEOC No. 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X

**S. Cole**                                                                 14

*Goldman v. Marsh,* E.D. Ark., No. PB-75-C-36

*Puhy v. Delta Air Lines, Inc.,* N.D. Ga., No. 1:91-CV-1630-RCF

*Meeker, et al. v. Unisys Corporation,* N.D. Ga., No, 1:92-CV-246-ODE

*Fraternal Order of Police, et al. v. City of Smyrna, Georgia, et al.,* N.D. Ga., No. 1:92-CV-JEC

*Shaw Nicholas Tucker v. Harvest Foods, Inc.,* W.D. Ark., U.S.D.C. No. 93-2074

*Cecile L. Maddow, et al. v. Proctor & Gamble Co.,* N.D. Ga., No. 1:93-CV-2790-JTC

*Addae et al., v. Sky Climber and Administaff,* N.D. Ga.

*George Steube and Department of Health and Human Services*, EEOC Hearing No, 110-A1-8017X, Agency Case No. CDC-OD-ESO-015-99

*Zebulum Matthews, Jr. v. Ann Veneman*, EEOC Nos. 110-A1-8203X and 110-A-8495X


**Voting Rights**

*Zenobia Sellars, et al. v. Board of Commissioners of Lee County, North Carolina, et al.,* M.D. N.C., No. C-89-294-0

*Tyrone Brooks, et al. v. State Board of Elections, et al.,* N.D. Ga., No. CV288-146

*Tyrone Brooks, et al. v. Zell Miller, et al.,* N.D. Ga., 1-90-CV-1001-RCF

*Louise Sewell, et al. v. Town of Smithfield, et al.,* E.D. N.C., No. 89-360-CIV-5

*Edna C. Hines, et al. v. Hertford County Board of Elections, et al.,* E.D. N.C., No.89-62-CVI-2-BO

*Brenda M. Johnson v. DeSoto County Board of Commissioners and School Board,* M.D. Fla., No. 90-366-CIV-FTM-15

*Jesse Robinson v. Hendry County Board of Commissioners and School Board,* M.D. Fla., No. 91-13-CIV-FTM-15(D)

*Helen Washington v. Arcadia City Council,* M.D. Fla., No. 91-40-CIV-FTM-15(D)

*Marvin Howard, et al. v. Commissioner of Wheeler County, Georgia, et al.,* S.D. Ga., No. CV-390-057

*Miguel de Grandy, et al. and Gwen Humphrey, et al. v. T.K. Wetherall, et al.; T.K. Wetherall, et al. v. William P. Barr; Florida Chapter NAACP, et al. v. Lawton Chiles, et al.,* N.D. Fla., No. TCA 92-40015-WS

*Domingo Green, et al. v. Charles F. Bragg, et al.,* S.D. Ga., No. 691-078

*Coleman, et al. v. Ft. Pierce City Comm., et al.,* M.D. Fla., CA 92-14157-CVI-ZLOCH

*Rural West Tennessee African American Affairs Council, Inc., et al., v. McWherter,* W.D. Tenn., No. 92-2407-TURBO; 877 F.Supp. 1096 (W.D.Tenn. 1995); *RWTAAAC v. Sundquist*, 29 F.Supp.2d 448 (W.D. Tenn. 1998), Nos. 98-6719 & 98-6778

*Maxine B. Cousin, et al., v. Ned McWherter, et al.,* E.D. Tenn., No. CVI-1-90-339; *Cousin v. Sundquist*, 145 F.3d 818 (6th Cir. 1998)

*Askew v. City of Rome, Georgia,* N.D. Ga., No. 4:93-CV-0028-HLM

*Davida Johnson, et al., v. Zell Miller, et al., and Lucious Abrams, Jr., et al., United States of America,* S.D. Ga., No. 4-008   CV 194-008

*Thurmon Gause, et al., v. Brunswick County, North Carolina, et al.,* E.D. N.C., No. 93-80-CIV-7-D

*Otis L. Wilson, et al., v. Mayor and Board of Alderman of St. Francisville, Louisiana, et al.,* M.D. La., Civ. Action No. 92-765-B-M-1

*Arthur Cuthair, et al., v. Montezuma-Cortez School District No. RE-1, et al.*, D. Colo., No. 89-C-964

*Lillie Burton, et al., v. City of Belle Glade, et al.*, S.D. Fla., CA No. 95-8356-Civ-RYSKAMP

*Moon, et al., v. Meadows, et al.*, E.D. Va., C.A. No. 3:95CV942

*Barbara T. Leonard and Matthew B. Wallace, Jr. v. David M. Beasley, et al. and John Drummond and Arthur McFarland, Poiette McGill, Louis Fleming, and Robert Curry*, D. S.C., No. 3:96-CV3640.

*Clark v. Putnam County*, M.D. Ga., C.A. No. 5:97-CV-622-3

*Alden, et al. v. Board of County Commissioners of Rosebud County, Montana, et al.*, D. Mont., No. CV 99-95-M-DWM

*Love v. York County School Board District No. 1*, D. S.C., Civ. No. 0-00-0442 19

*Steven C. Emery, et al. v. Roger Hunt, et al.*, D. S.D., No. 00-3008

*Willie J. Williams v. Baldwin County Commission, et al.*, S.D. Ala., No.00-0082-CB-S

*Billie Thompson and Patricia Brown v. Glades County Commission and School Board, et al.* M.D. Fl., C.A. No. 2:00-CV-212-FTM-29D

*Old Person v. Brown*, D. Mont., No. CV-96-004-GF

*William Wright, et al. v. Dougherty County, et al.,* M.D. Ga., No. 1:02-CV-56-4

*Alfred Bone Shirt, et al. v. Joyce Hazeltine, et al.*, D. S.D., No. 01-3032

*Cottier, et al. v. City of Martin, et al.*, D. S.D., No. 02-5021-KES

*Blackmoon  v. Charles Mix County*, D. S.D., No. CIV 05-4017

S. Cole                                                                    17

*Large, et al. v. Fremont County,* D. Wyo., No. 2:05-CV-270-ABJ

*Steve Kelley, et al. v. Brad Johnson,* D. Mont., No. 09-25.

*Eileen Janis and Kim Colhoff v. Chris Nelson, et al.,* D. S.D., CV 09-5019.

*Voketz v. City of Decatur, et al.,* N.D. Ala., No. 5:2014cv00540.

*NAACP v. East Ramapo Central School District and Maryellen Elia, Commissioner of the Board of Education of the State of New York,* S.D. N.Y., No. 7:17-cv-08943.


## Education

*Johnson v. Sikes,* S.D. Ga., No. 479-323-SAV

*Georgia State Conference of Branches of NAACP v. State of Georgia,* S.D. Ga., No. CV-482-233

*Little Rock School District v. Pulaski County Special School District No. 1, et al.,* S.D. Ark., No. LR-C-82-866

*United States v. State of Texas, et al.,* No. 5281

*Pitts, et al. v. Freeman, et al.,* N.D. Ga., No. 11946

*Prather, et al. v. Freeman, et al.,* N.D. Ga., No. 11946-WCO

*Coger, et al. v. Board of Regents of the State of Tennessee, et al.,* W.D. Tenn., No. 89-2374-GA


## General Statistics

*Davis v. West Community Hospital,* W.D. Texas, No. LR-C-81-431

*Winfrey v. Hardy,* Sup. Ct., Wilkes County, Ga., No. 85CV13625

S. Cole                                                                          18

### Jury Composition

*Alderman v. Zant,* S.D. Ga., No. CV 488-122

*State of Georgia v. Marvin Winston, Jr.,* Sup. Ct., Fulton County, Ga., Nos. Z-42545, Z-42546

*State of Georgia v. Timothy Woodrow Pruitt,* Sup. Ct., Lumpkin County, Ga., No. 93-CR-116DB

*State of Georgia v. Scotty Morrow*, Sup. Ct., Hall County, Ga.; Scotty Morrow v. State of Georgia, Supreme Court No. S00P0112

*State of Georgia v. Kenneth Earl Swanson*, Sup. Ct., Towns County, Ga., No. 98-CR-5-DB

*State of Georgia v. Parnell*, Sup. Ct., Cobb County, Ga., 1998

Fulton County, Georgia, Grand Jury analyses, 2001-present

### Perceptual and Memory Processes, and Eyewitness Identification Related to Litigation:

*State of Georgia v. Johnny Clark,* Sup. Ct., Bibb County, Ga., No. 27542

*State of Georgia v. Myron Harrison,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Tim Webb,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Willie Porter, Steven Scott,* Sup. Ct., Fulton County, Ga., No. A-81636

*State of Georgia v. Winston Brown,* Sup. Ct., Fulton County, Ga. No. 88418

*State of Georgia v. Timothy Moore,* Sup. Ct., Fulton County, Ga.

S. Cole                                                          19

*State of Georgia v. Michael Long,* Sup. Ct., Fulton County,
Ga.

*State of Georgia v. Charles Foster,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. Jonathan Jarrells,* Sup. Ct., Chattooga
County, Ga.

*State of Georgia v. Gregory J. Cox,* Sup. Ct., Fulton
County, Ga. No. Z-01095

*State of Georgia v. Tommy Lee Wing,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. William Norris,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. Chester Deracho,* Sup. Ct., Fulton
County, Ga.

*United States v. Ronnie Poulnott,* N.D. Ga., No. CR89-01A

*State of Georgia v. William Anthony Brooks,* Sup. Ct.,
Muscogee County, Ga. Nos. 38888, 54606

*United States v. Stephen Allen,* N.D. Ga.

*State of Georgia v. Paul Mobley,* Sup. Ct., Fulton County,
Ga. No. Z-23342

*State of Georgia v. Keith Johnson,* Sup. Ct., Fulton County,
Ga.

*State of Georgia v. John Lupoe,* Sup. Ct., Fulton County,
Ga.

*United States v. Charles Gates,* N.D. Ga., 20 F.3d 1550
(11th Cir. 1994)

*State of Georgia v. John Sawyers,* Sup. Ct., Fulton County,
Ga.

*State of Florida v. Robert Lee Bennett, Jr.,* Circuit Court,
Hillsborough County, Fla.

S. Cole                                                                    20

*State of Mississippi v. Randy Bevill,* Circuit Court, Tate
County, Miss.

*United States v. Paul E. Butts,* N.D. Ga., No. 1:92-CR-104-
01

*State of Georgia v. Dennis Craver,* Sup. Ct., Cobb County,
Ga.

Mercer University School of Law, Macon, Ga., Clinical
Program

*United States v. Charles Preston,* N.D. Ga.

*State of Georgia v. Franklin Derundo Tillery,* Circuit Ct.,
Catoosa County, Ga.

*State of Georgia v. Henry Hamilton,* Sup. Ct., Fulton
County, No. A-67369

*United States v. Byron Heflin,* N.D. Ga.

*United States v. Henry Allen Davis,* N.D. Ga.

*State of Georgia v. Jaron Anthony Clark*, Sup. Ct., Cobb
County

*United States v. Loc Lam, et al.,* N.D. Ga., No. 1:96-CR-161

*State of Georgia v. Michael Evans*, Sup. Ct., Fulton County,
No. Z80092

*United States v. Charles Williams, Jr.*, N.D. Ga., No. 1:97-
CR-058

*United States v. Gerald Glover*, N.D. Ga.

*United States v. Kaba, Sayanai, and Delawalla*, N.D. Ga.,
No. 1:97-CR-388

*State of Georgia v. Charles Williams, Jr.,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. Ervin Head,* Sup. Ct., Fulton County, Ga., No. Z93963

*State of Georgia v. John Chambliss*, Juvenile Ct., DeKalb County, Ga., No. 044-97J-09502A.

*United States v. Tyrone Wendell Bush*, N.D. Ga., No. 1:97-CR-459-01-CC

*United States v. Arizmendi Nunez Corria*, N.D. Ga., No. 1:98-M-793

*State of Georgia v. David Boyd,* Sup. Ct., Fulton County, Ga., No. Z89515

*State of Georgia v. J. Brodre Brodes,* Sup. Ct., Fulton County, Ga., No. Z85658; *J. Bodre Brodes v. State of Georgia*, 250 Ga.App.323 (2001)

*State of Georgia v. Stewart A. Pullin,* Sup. Ct., Dekalb County, Ga.

*Keith Johnson v. State of Georgia*, 272 Ga. 254, 526 S.E.2d 549 (2000)

*State of Georgia v. Raefael Davis,* Sup. Ct., Fulton County, Ga., No. Y16085

*State of Georgia v. Brenda Werts,* Sup. Ct., Cobb County, Ga., No. 99-9-0251

*State of Georgia v. Derrick Edward Robinson,* Sup. Ct., Douglas County, Ga., No. 99-CR-2081

*State of Georgia v. Terry Charles Parks,* Sup. Ct., Griffin, Ga. Judicial Circuit

*State of Georgia v. Turrance Robinson,* Sup. Ct., Bibb County, Ga., No. 51468

*State of Georgia v. Tabborious Thompson,* Sup. Ct., Fulton County, Ga., Y20360

*State of Georgia v. Freeman Salahuddin,* Sup. Ct., Fulton County, Ga., Y03707

S. Cole                                                                22

*State of Georgia v. Sonny Joe Brown,* Sup. Ct., Fulton
County, Ga., Y05375

*State of Georgia v. Curtis Newsome,* Sup. Ct., Fulton
County, Ga., Y23195

*State of Georgia v. Joseph Wright,* Sup. Ct., Fulton
County, Ga., 00SC07836

*State of Alabama v. Levi Pace,* Morgan County CC 92-609.80

*State of Georgia v. Alvaro Tenorio*, Sup. Ct., Gwinnett
County, Ga., No. 00B-2909-7

*State of Georgia v. Patrick Willis,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. Tony Young,* Sup. Ct., Fulton
County, Ga.

*State of Georgia v. Robert Brunson,* Sup. Ct., Fulton
County, Ga., No. 01SC12927

*State of Georgia v. Ricardo Ramirez Lopez,* Sup. Ct.,
Gwinnett County, Ga., No. 00-B-1013-7

*State of Georgia v. Bobby Bridges,* Sup. Ct., Fulton
County, Ga., No. 01SC04040

*State of Georgia v. Roberto Falcon,* Sup. Ct., Cobb County,
Ga., Ind. No. 0190375133

*State of Georgia v. Anthony Gardner,* Sup. Ct., Fulton
County, Ga., No. 01SC08721

*State of Georgia v. Lawillie Hayes,* Sup. Ct., Fulton
County, Ga., No. 02SC08459

*State of Georgia v. Keland Ware,* Sup. Ct., Cobb County, Ga.

*State of Georgia v. Robert Lee Poole, Jr.* , Sup. Ct., Bibb
County, Ga.

*State of Georgia v. Marcus Davis,* Sup. Ct., Fulton County,

Ga., 03SC01500; 03SC04521; 03SC02414.

*State of Georgia v. David Rasheed,* Sup. Ct., Fulton County, Ga., 02SC07598.

*State of Georgia v. Timothy Bolden,* Sup. Ct., Fulton County, Ga., 01-SC-14062.

*State of Georgia v. Charles Williams,* Sup. Ct., Fulton County, Ga., Z85809

*State of Georgia v. Damion Price,* Sup. Ct., Fulton County, Ga.

*United States v. Omar A. Walker*, N.D. Ga., No. 1:03-CR-749-BBM

*State of Georgia v. Quinn T. Ware*, Sup. Ct., Fulton County, Ga., No. 02SC09176

*State of Georgia v. Paul Mathis and Martell Riddle*, Sup. Ct., Fulton County, Ga., No. 03SC11428

*State of Georgia v. Charles Patten*, Sup. Ct., Fulton County, Ga., No. 02SC03662

*State of Georgia v. Keith McBurrows*, Sup. Ct., Fulton County, Ga., Nos. 03SC05896, 03SC05926

*State of Georgia v. Samdeep Bharadia*, Sup. Ct., Chatham County, Ga., No. CR03-0561-BA

*State of Georgia v. Jeffrey Newell*, Sup. Ct., Fulton County, Ga., No. 04SC23321

*State of Georgia v. Damion Price,* Sup. Ct., Fulton County, Ga., No. 03SC10777

*State of Georgia v. Marco Thomas*, Sup. Ct., Fulton County, Ga., No. 04SC21802

*State of Georgia v. Adrian Ash*, Sup. Ct., Cobb County, Ga., No. 04-3460-05

*State of Georgia v. Prentice Morgan*, Sup. Ct., Fulton

**S. Cole**                                                                    24

County, Ga., No. 04SC23135

*State of Georgia v. James Haynes*, Sup. Ct., Fulton County, Ga., No. 04SC225544

*State of Georgia v. Michael Bateman*, Sup. Ct., Fulton County, Ga., No. 05SC31296

*State of Georgia v. Willie Jenkins*, Sup. Ct., Chatham County, Ga., No. CR03-2463-AB

*State of Georgia v. Kenneth Webster*, Sup. Ct., Fulton County, Ga., No. 05SC31982

*State of Georgia v. Ferrard Fallon,* Sup. Ct., Fulton County, Ga., No. 06SC41628

*United States v. Christopher Jackson,* N.D. Ga.

*State of Georgia v. Kenneth Anthony Williams*, Sup. Ct., Gwinnett County, Ga., No. 08B-1178-4

*State of Georgia v. Carlos Fonseca*, Sup. Ct., Fulton County, Ga., No. 09SC76600

*State of Georgia v. Deandre Tucker*, Sup. Ct., Cobb County, Ga., No. 09-90-3069-34

*State of Georgia v. Jordan Cooper,* Fulton County, Ga.

*Kenneth Gardiner*, *Mark Jones, Dominic Lucci v. Jason Medlin, Warden, and Brian Owens, Commissioner*, Sup. Ct., Wheeler County, Ga., Nos. 12-CV-107, 12-CV-104, 12-CV-132.

*Marcus Ray Johnson v. Stephen Upton, Warden, Georgia Diagnostic & Classification Prison; State of Georgia v. Marcus Ray Johnson*, Sup. Ct., Dougherty County, Ga., 94R-639

*United States v. LaQuan Xavier Smith,* N.D. Ga., No. 1:12-CR-128

*State of Georgia. v. Rodney Gresham,* DeKalb County, Ga.

*Commonwealth v. Larry Walker*, Philadelphia, PA, MC 8305-

1335

**TECHNICAL AND RESEARCH REPORTS**

Zazzali, M., Donatelli, R., Cole, S.P., Wilkes, J., & Bernard, R. (2006, July). *Role of subscapularis in shoulder pain.* BioMechanics healthcare publication.

Herron, C., Cole, S.P., Barnum, C., Dubreil, S., & Corrie, C. (2001). *French in Interaction Alpha Test Final Report.* Atlanta, Georgia: Corporation for Public Broadcasting; Florence Gould Foundation; Emory, Wellesley, and Yale Universities; Teachme.com, Inc.

Spencer, M.B., McDermott, P.A., Burton, L., & Cole, S.P. (1996). *An alternative approach to assessing neighborhood effects on early adolescent achievement and problem behavior.* New York: Social Science Research Council.

Cole, S.P. (1994). *An assessment of the housing, employment, and service needs of Atlanta's homeless mentally ill: Final report.* Atlanta, Georgia: Project Interconnections, Inc., Georgia Department of Health and Human Services, and the Georgia Housing and Finance Authority.

Cole, S.P. (1994). *A review of interpersonal cognitive problem solving training with children.* Atlanta, Georgia: Georgia Psychological Association.

Adame, D.D., Johnson, T.C., Cole, S.P., & Matthiasson, H. (1991). *The impact of physical fitness on self-concept and locus of control.* Atlanta, Georgia: Emory University Research Committee.

Barsalou, L.W Cole, S.P. (1985). *Evaluation of the new teaching evaluation form developed by the Emory Ad Hoc Committee on Teaching Evaluation.* Atlanta, Georgia: Emory University, College of Arts and Sciences.

Cole, S.P. (1974). *Individual and group heart rate response to psychological stress.* New York: Columbia University.

**S. Cole**                                                                    26

Cole, S.P.  (1973). *A 44-month review of permanent cardiac pacing at Phelps Memorial Hospital.*  Sleepy Hollow, New York: Phelps Memorial Hospital, Department of Medicine.

**PUBLICATIONS AND PAPERS**

Dunlop, B.W., Cole, S.P., Nemeroff, C.B., Mayberg, H.S., & Craighead, C.E. (In press). Differential change on depressive symptom factors with antidepressant medication and cognitive behavior therapy for major depressive disorder.  Journal *of Affective Disorders.*

Radell, S.A., Keneman, M.L., Mandradjieff, M.P., Adame, D.D., & Cole, S.P. (2017). Comparison study of body image satisfaction levels between beginning and advanced-level female ballet students. *Journal of Dance Medicine & Science*, *21(4)*, 135-143.

Jain, S., Cole, S.P., Girad, T., Raison, C., & Jain, R. (2017, September). HERO Wellness Scale: Examining the validity and reliability of a new mental wellness scale.  Poster presented at the 30th Annual Psych Congress, New Orleans, LA.

Weintraub, M.I., Colello, A.D., Johnson, S.A., McClellan, F., Cole, S.P., Benesch, C., Rudolph, S.H. and Levine, S.R.  (2017). Informed consent for intravenous tissue plasminogen activator in New York State designated stroke centers. *Journal of Stroke and Cerebrovascular Diseases, 26(6)*, 1274-1279.

Janssen CW, Lowry CA, Mehl MR, Allen JJB, Kelly KL, Gartner DE, Medrano A, Begay TK, Rentscher K, White JJ, Friedman A, Roberts LJ, Robbins ML, Hanusch K, Cole SP, Raison CL,. (2016). Whole-body hyperthermia for the treatment of major depressive disorder: a randomized clinical trial. *JAMA:Psychiatry,* 73(8):789-795.

Weintraub, M.I., Colello, A.D., Johnson, S.A., McClellan, F., Cole, S.P., Benesch, C., Rudolph, S.H. and Levine, S.R.  (2016, February). Informed consent for IV tPA in New York State designated stroke centers: a current snapshot. Poster presented at the International Stroke Conference, Los Angeles, CA.

Radell, S.A., Keneman, M.L., Adame, D.D., & Cole, S.P. (2014). My body and its reflection: A case study of eight dance students and the mirror in the ballet classroom. *Research in Dance Education,* DOI:10.1080/14647893.2013.879256.

Sidhu, P., Groth-Marnay, G., Rapgay, L., Raison, C.L., & Cole, S.P. (2013, July). Efficacy of mindfulness meditation in increasing the attention span in children with ADHD.  Paper presented at the annual meeting of the American Psychological Association, Honolulu, Hawaii.

Pace, T.W., Negi, L.T., Dodson-Lavelle, B., Ozawa-de Dilva, B., Reddy, S., Cole, S.P., Danese, A., Craighead, L., & Raison, C.L. (2013). Engagement with Cognitive-based Compassion Training is associated with reduced salivary C-reactive protein from before to after training in foster care program adolescents. *Psychoneuroendocrinology, 38,* 294-299.

Reddy, S., Negi, L.T., Dodson-Lavelle, B., Ozawa-de Dilva, B., Pace, T.W., Cole, S.P., Raison, C.L., & Craighead, L. (2013). Cognitive-based Compassion Training: A promising strategy for at-risk adolescents. *Journal of Child and Family Studies, 22,* 219-230.

Viakinnou-Brinson, L. Herron, C., Cole, S.P., & Haight, C. (2012). The effect of target language and code-switching on the grammatical performance and perceptions of elementary-level college French students. For*eign Language Annals, 45,* 72-91.

Radell, S.A., Adame, D.D., Cole, S.P, & Blumenkehl, N. (2011). The impact of mirrors on body image in high and low performing female ballet students.  *Journal of Dance Medicine & Science, 15(3),* 108-115.

Viakinnou-Brinson, L. & Cole, S.P. (2011). Effect of PowerPoint and nongraphic paired list presentations on the vocabulary production and recognition of elementary-level college French students.  *Northeast Conference on the Teaching of Foreign Language Review, 67,* 51-67.

Vogel, S., Herron, C., Cole, S.P, & York, H. (2011). Effectiveness of a guided inductive *versus* a deductive approach on the learning of grammar in the intermediate-level college French classroom.  *Foreign Language Annals, 44,* 353-381.

Zimmerman, F.H., Fass, A.E., Katz, D.R. & Cole, S.P. (2010). Safety of spectator sports: Blood pressure and heart rate responses in baseball and football fans. *Journal of Clinical Hypertension*, *12(10)*, 816-817.

Cooley, E.L., Van Buren, A., & Cole, S.P. (2010). Attachment styles, social skills, and depression in college women. *Journal of College Counseling, 13*, 50-62.

Pace, T., Negi, L.T., Sivilli, T.I., Issa, M.J., Cole, S.P., Adame, D.A., Brown, T.D., & Raison, C.L. (2010). Innate immune, neuroendocrine and behavioral responses to psychosocial stress do not predict subsequent compassion meditation practice time. *Psychoneuroendocrinology, 35(2)*, 310-315.

Weintraub, M.I., Herrmann, D.N., Smith, G., Backonja, & Cole, S.P. (2009). Pulsed electromagnetic fields to reduce diabetic neuropathic pain and stimulate neuronal repair: A randomized controlled trial. *Archives of Physical Medicine and Rehabilitation, 90(7),* 1102-1109.

Pace, T., Negi, L.T., Adame, D.A., Cole, S.P., Sivilli, T., Brown, T.D., Issa, M.J., & Raison, C.L. (2009). Effect of compassion meditation on neuroendocrine, innate immune and behavioral responses to psychosocial stress. *Psychoneuroendocrinology*, *34(1)*, 87-98.

Weintraub, M.I., & Cole, S.P. (2008). A randomized controlled trial of the effects of a combination of static and dynamic magnetic fields on carpal tunnel syndrome. *Pain Medicine, 9,* 493-504.

Adame, D.D., Cole, S.P., & Raison, C. (2008, October). Effect of compassion meditation on body image and amount of exercise in a pretest-posttest study of college freshmen women and men. Paper to be presented at the annual meeting of the American Public Health Association, San Diego, CA.

Weintraub, M.I., Khoury, A., & Cole, S.P. (2007). Biologic effects of 3 Tesla (T) MR imaging comparing traditional 1.5 T and 0.6 T in 1,023 consecutive patients. *Journal of Neuroimaging, 17,* 241-245.

Haight, C.E., Herron, C., & Cole, S.P. (2007). The effects of guided inductive instructional approaches on the learning of grammar in the elementary foreign language classroom. *Foreign Language Annals, 40(2),* 288-301.

Herron, C., York, H., Corrie, C., & Cole, S.P. (2006).  A comparison study of the effects of a story-based video instructional package versus a text-based instructional package in the intermediate-level foreign language classroom. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *23(2)*, 281-307.

Herron, C.A., Cole, S.P., Corrie, C., & Dubreil, S.  (2005). Using instructional video to teach culture to beginning foreign language students.  In Y. Zhao (Ed.), *Research in technology and second language learning: developments and directions* (pp. 191-223).  Greenwich, CT: Information Age Publishing.

Weintraub, M.I., & Cole, S.P. (2005).  Time-varying, biaxial magnetic stimulation in refractory carpal tunnel syndrome: A novel approach. A pilot study.  *Seminars in Integrative Medicine, 3,* 123-128.

Weintraub, M.I., & Cole, S.P. (2005).  Pulsed magnetic field therapy in refractory carpal tunnel syndrome: Electrodiagnostic parameters - pilot study.  *Journal of Back and Musculoskeletal Rehabilitation, 18,* 79-83.

Weintraub, M.I., Steinberg, R.B., & Cole, S.P.  (2005). The role of cutaneous magnetic stimulation in failed back syndrome. *Seminars in Integrative Medicine, 3,* 101-103.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (2005, February). Change in amount of exercise, body image, locus of control and depression in college freshmen women and men.  Paper presented at the annual meeting of the American Association of Health Behavior, Charleston, South Carolina.

Radell, S.A., Adame, D.D., & Cole, S.P.  (2004).  The impact of mirrors on body image and dance performance in female college ballet dancers.  *Journal of Dance Medicine & Science, 8*, 47-52.

Dubreil, S., Herron, C.A., & Cole, S.P.  (2004).  An empirical investigation of whether authentic websites facilitate intermediate-level French language students' ability to learn culture.  *CALICO Journal* (Computer Assisted Language Instruction Consortium), *22*.

Weintraub, M.I., & Cole, S.P. (2004, January 3). Tactile stimulation of insoles and balance control in elderly people. [Letter to the editor]. *The Lancet*, pp. 84-85.

Weintraub, M.I., & Cole, S.P. (2004). Pulsed magnetic field therapy in refractory neuropathic pain secondary to peripheral neuropathy: electrodiagnostic parameters - pilot study. *Neurorehabilitation and Neural Repair*, *18(1),* 42-46.

Mills, N., Herron, C.A., & Cole, S.P. (2004). Teacher-assisted versus individual viewing of foreign language video: Relation to comprehension, self-efficacy, and engagement. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *21,* 291-316.

Radell, S.A., Adame, D.D., & Cole, S.P. (2003). Effect of teaching with mirrors on ballet dance performance. *Perceptual and Motor Skills, 97,* 960-964.

Weintraub, M.I., Wolfe, G.I., Barohn, R.A., Cole, S.P., Parry, G.J., Hayat, G., Cohen, J.A., Page, J.C., Bromberg, M.B., & Schwartz, S.L. (2003). Static magnetic field therapy for symptomatic diabetic neuropathy: A randomized, double-blind, placebo-controlled trial. *Archives of Physical Medicine and Rehabilitation, 84,* 736-746.

Radell, S.A., Adame, D.D., & Cole, S.P. (2002). Effect of teaching with mirrors on body image and locus of control in women college ballet dancers. *Perceptual and Motor Skills, 95,* 1239-1247.

Herron, C.A., Corrie, C., & Dubreil, S., & Cole, S.P. (2002). A classroom investigation: Can video improve intermediate-level french language students' ability to learn about a foreign culture. *The Modern Language Journal, 86,* 36-53.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2002). Amount of exercise, body image, and reasons for exercise as a function of gender and locus of control in college women and men [Abstract]. *Research Quarterly for Exercise and Sport* (March Suppl.).

Adame, D.D., Johnson, T.C., Nowicki, S., Cole, S.P., & Matthiasson, H. (2001). Physical fitness and self-reported physical exercise among college men and women in 1987 and 1997. *Perceptual and Motor Skills*, *93,* 599-566.

Radell, S.A., Adame, D.D., & Cole, S.P. (2001, November). *The effect of mirrors on body image and locus of control in women college dancers: A pretest-posttest design.* Paper presented at the annual meeting of the International Association for Dance Medicine and Science, Alcala de Henares, Spain.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2001, October). *Locus of control and gender as moderators of body image and physical fitness in freshman college women and men.* Paper presented at the annual meeting of the American Public Health Association, Atlanta, GA.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2001, March). *Body image and physical fitness as a function of locus of control and gender in college women and men.* Paper presented at the annual meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Cincinnati, Ohio.

Weintraub, M.I., & Cole, S.P. (2000). Neuromagnetic treatment of pain in refractory carpal tunnel syndrome: An electrophysiological and placebo analysis. *Journal of Back and Musculoskeletal Rehabilitation*, *15*, 77-81.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2000, November). *Physical fitness in relation to physical activity level in college students: A ten year comparison.* Paper presented at the annual meeting of the American Public Health Association, Boston, MA.

Herron, C.A., Dubreil, S., Cole, S.P., & Corrie, C. (2000). Using instructional video to teach culture to beginning foreign language students. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *17*, 395-427.

Herron, C.A., Cole, S.P., Corrie, C., & Dubreil, S. (1999). The effectiveness of a video-based curriculum in teaching culture. *The Modern Language Journal, 83*, 518-533.

Herron, C.A., Corrie, C., Cole, S.P., & Henderson, P. (1999). Do prequestioning techniques facilitate comprehension of French Video? *The French Review, 72*, 1076-1090.

Bailey, W., Nowicki, S., & Cole, S.P. (1998). The ability to decode nonverbal information in African-American, African and Afro-Caribbean, and European-American adults. *Journal of Black Psychology, 24*, 418-431.

Parr, J., Cole, S.P., Rockey, M., Overcash, J., Extermann, M., & Balducci, L. (1998). The reliability and validity of the comprehensive social network scale (CSNS) among older cancer patients and their primary support persons. *(Abstract). Annual Meeting of the Institute on Aging*, University of South Florida, Tampa, Florida.

Herron, C.A., Cole, S.P., York, H., & Linden, P. (1998). A comparison study of student retention of foreign language video: Declarative versus interrogative advance organizers. *The Modern Language Journal, 82*, 237-247.

Parr, J., Overcash, J., Cole, S.P., Perry, M., Matthiasson, H., Externum, M., & Balducci, L. (1997). The relative impact of illness, social support and personal resources on the perceived stress and quality of life of older cancer patients. *(Abstract). Annual Meeting of the Gerontological Society of America*, Cincinnati, Ohio.

Nowicki, S., Adame, D.D., Johnson, T.C., & Cole, S.P. (1997). Physical fitness as a function of psychological and situational factors. *Journal of Social Psychology, 137*, 549-558.

Spencer, M.B., J.L., Cole, S.P., Jones, S.A., & Swanson, D.P. (1997). Neighborhood and family influence on young urban adolescents' behavioral problems: A multisample, multisite analysis. In J. Brooks-Gunn, G.J. Duncan, & L.L. Aber (Eds.), *Neighborhood poverty: Context and consequences for children* (Vol. 1, pp. 200-218). New York: Russell Sage Foundation.

Halpern-Fisher, B.L., Connell, J.P., Spencer, M.B., Aber, J.L., Duncan, G.J., Clifford, E., Crichlow, W.E., Usinger, P.A., Cole, S.P., Allen, L., & Seidman, E. (1997). Neighborhood and family factors predicting risk and attainment in African American and white children and adolescents. In J. Brooks-Gunn, G.J. Duncan, & L.L. Aber (Eds.), *Neighborhood poverty: Context and consequences for children*. New York: Russell Sage Foundation.

Donatelli, R., Cole, S.P., Greenfield, B., Wooden, M., Wilkes, J.S., & Lackey, C. (1996). Open and closed kinetic strength training verse functional exercises to improve performance in patients with ACL reconstructed knees: a prospective study. *Isokinetics and Exercise Science, 6*, 7-13.

Parr, J., Overcash, J., Perry, M., Externum, M., Cole, S.P., & Balducci, L. (1996). The relative impact of illness, social support and personal resources on the perceived stress and quality of life of older cancer patients *(Abstract). Conference on Cancer in the Elderly*, University of South Florida College of Medicine, Tampa, Florida.

Herron, C.A., Hanley, J.E.B., & Cole, S.P. (1995). A comparison study of two advance organizers for introducing beginning foreign language students to video. *The Modern Language Journal, 79,* 387-395.

Hanley, J.E.B., Herron, C.A., & Cole, S.P. (1995). Using video as an advance organizer to a written passage in the FLES classroom. *The Modern Language Journal, 79*, 57-66.

White, S.L., Williamson, L.H., Maykuth, P., Cole, S., & Andrews, F. (1995). Heart rate and lactate concentration during two different cross country events. *Equine Veterinary Journal, Supplement 18*, 463-467.

Goodman, S.H., Adamson, L.B., Riniti, J., & Cole S.P. (1994). Mothers' expressed attitudes: Associations with maternal depression and children's self-esteem and psychopathology. *Journal of the American Academy of Child and Adolescent Psychiatry*, *33*, 1265-1274.

Lee, P.D., & Cole, S.P. (1994). *Housing needs as a function of gender among Atlanta's homeless mentally ill.* Paper presented at the meeting of the Southeast Psychological Association, New Orleans, LA.

White, S., Maykuth, P., Cole, S.P., & Andrews, F. (1994, July). *Comparison of plasma lactate concentration and heart rates in advanced horse trial horses advanced three-day horses competing in the cross-country phase*. Paper presented at the annual meeting of the International Conference on Equine Exercise Physiology, Brisbane, Australia.

Adame, D.D., Johnson, T.C., Nowicki, S., & Cole, S.P.  (1994).
*Using social learning theory and level of fitness activity to
predict physical fitness*.  Paper presented at the southeast
regional meeting of the American Alliance for Health, Physical
Education and Dance, Nashville, TN.

Spencer, M.B., Cole, S.P., DuPree, D., Glymph, A., & Pierre, P.
(1993).  Self-efficacy among urban African American early
adolescents:  Exploring issues of risk, vulnerability and
resilience.  Special Issue: Milestones in the development of
resilience.  *Development and Psychopathology, 5,* 719-739.

Radell, S.A., Adame, D.A., Johnson, T.C., & Cole, S.P.  (1993).
The effects of dance experiences on body image and personality
among college students:  A comparison of dancers and nondancers.
*Perceptual and Motor Skills, 77,* 507-513.

Spencer, L., Kurnia, D., & Cole, S.P.  (1993). *An evaluation
instrument for leprosy training.*  Paper presented at the
International Leprosy Congress, Orlando, FL.

Cole, S.P., DuPree, D., & Pierre, P.  (1993). High risk
neighborhoods and minority mental health:  Alternative analyses
of adolescents' internalizing and externalizing behavior.  In M.
Summerville (Chair), *Child and adolescent behavior problems:
The influence of socioeconomic status and culture.*  Symposium
conducted at the meeting of the Society for Research in Child
Development, New Orleans, LA.

Murphy, R.M., & Cole, S.P.  (1993).  *Assessment of the
residential and service needs of Atlanta's homeless mentally
ill.*  Paper presented at the meeting of the Southeast
Psychological Association, Atlanta, GA.

White, S.L., Williamson, L.H., Maykuth, P., Cole, S., & Andrews,
F.  (1993).  Heart rate and plasma lactate concentration of
horses competing in the endurance phase of 3-day combined
training events.  *Proceedings of the American Association of
Equine Practitioners, 39*, 191-192.

Radell, S.A., Adame, D.A., Cole, S.P., Melito, A.R., & Johnson, T.C. (1992). *The effects of dance experiences on body image and personality among college students: a pre-post design study.* Paper presented at the meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Indianapolis, IN.

Gray, J.T. and Cole, S.P. (1992). *Measuring implicit theories of intelligence.* Paper presented at the Conference on Human Development, Atlanta, GA.

Adame, D.D., Cole, S.P., Johnson, T.C., Nowicki, S., & Matthiasson, H. (1991). *Using the social learning theory to predict physical fitness.* Paper presented at the meeting of the American Alliance for Health, Physical Education, Recreation and Dance, San Francisco, CA.

Adame, D.D., Radell, S.A., Johnson, T.C., & Cole, S.P. (1991). Physical fitness, body image, and locus of control in college women dancers and nondancers. *Perceptual and Motor Skills, 72,* 91-95.

Adame, D.D., Frank, R., Serdula, M., Cole, S.P., & Abbas, M.A. (1990). The relationship of self-perceived weight to actual weight, body image and health behaviors of college freshmen. *Wellness Perspectives: Research, Theory and Practice, 7,* 31-40.

Adame, D.D., Johnson, T.C., Cole, S.P., Matthiasson, H. & Abbas, M.A. (1990). Physical fitness in relation to amount of physical exercise, body image and locus of control among college men and women. *Perceptual and Motor Skills, 70,* 1347-1350.

Adame, D.D., Johnson, T.C., & Cole, S.P. (1990). *Physical fitness as a function of gender and fitness activity level among college freshman men and women.* Paper presented at a meeting of the American Alliance for Health, Physical Education, Recreation & Dance, New Orleans, LA.

Adame, D.D., Johnson, T.C., & Cole, S.P. (1989). Physical fitness, body image and locus of control in college freshmen men and women. *Perceptual and Motor Skills, 68,* 400-402.

Cole, S.P.  (1985).  Effects of lineup size, similarity of lineup members and target distinctiveness upon eyewitness identification  (Doctoral dissertation, Emory University, 1985). *Dissertation Abstracts International, 46(9-B)*, 3245.

Mapou, R.L., Ayers, J., & Cole, S.P.  (1983).  An analysis of problem areas and counseling experiences of gay white males. *American Journal of Community Psychology, 11,*323-336.

Butler, S.F., Foulkes, D., Maykuth, P.L., Kerr, N.H., Irwin, K., Schmidt, M., & Cole, S.P.  (1980).  Correlates or report extensity (word count) on laboratory awakenings at ages 13-14. *Sleep Research, 9,* 130.

Foulkes, D., Maykuth, P., Butler, S.F., Kerr, N.H., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's laboratory REM-dream reporting at different ages. *Sleep Research, 9,* 133.

Irwin, K., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H, Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  How does dreaming develop?  Correlates of an interpretation of children's REM reports at ages 5-8.  *Sleep Research, 9,* 135.

Kerr, N.H., Foulkes, D., Maykuth, P.L., Butler, S.F., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  How does dreaming begin?  Correlates of an interpretation of children's REM reports at ages 3-4.  *Sleep Research, 9,* 136.

Maykuth, P.L., Foulkes, D., Butler, S.F., Kerr N.H., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's laboratory rates of NREM and sleep-onset reporting at different ages.  *Sleep Research, 9,* 139.

Ponder, C., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H., Irwin, K., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's REM-dream content from ages 9-12.  *Sleep Research, 9,* 141.

Schmidt, M., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H., Irwin, K., Ponder, C., & Cole, S.P.  (1980).  Correlates of REM-dream content at ages 13-14.  *Sleep Research, 9,* 143.

**S. Cole**                                                                    37

Cole, S.P.  (1980).  Perception of form in the human infant.
Unpublished manuscript, Department of Psychology, Emory
University, Atlanta, Georgia.


December 2017