UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                 Plaintiffs,<br><br>     v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                 Defendants. | 17 Civ. 8943 (CS) (JCM) |

## DECLARATION OF WILLIAM S. COOPER

William S. Cooper, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I have been retained by Latham & Watkins LLP and the New York Civil Liberties Union Foundation, counsel for Plaintiffs in the above-captioned litigation, to prepare an expert opinion regarding the demographics, population, and redistricting proposals for the East Ramapo Central School District located in Rockland County, New York.

3. Annexed to this Declaration as Exhibit 1 is a copy of my preliminary expert report, which contains my findings and conclusions.

4. Annexed to this Declaration as Exhibit 2 is a summary of my qualifications, including a list of all voting-related cases filed in federal courts in which I have testified at trial or by way of a declaration as an expert. I am compensated at the rate of $150 per hour for my work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2017
Bristol, Virginia

*William S. Cooper*

WILLIAM S. COOPER