EXHIBIT 1

(Part 2 of 2)

# EXHIBIT A

## Exhibit A – Methodology and Sources

1.      In the preparation of this report, I analyzed population and geographic data from the 1990 to 2010 decennial Censuses, as well as 2016 U.S. Census Bureau ("Census Bureau") population estimates. I also reviewed and used data from the 5-year 2011-2015 American Community Survey ("ACS") conducted by the Census Bureau. In addition, I used the 2011-2015 ACS Special Tabulation of citizen population and voting age population prepared by the Census Bureau for the U.S. Department of Justice available from the link below:

https://www.census.gov/rdo/data/voting_age_population_by_citizenship_and_race_cvap.html

2.      For my demographic and redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

3.      The U. S. Census geographic boundary files that I used with *Maptitude* are created from the 2010 and 2016 TIGER (Topologically Integrated Geographic Encoding and Referencing) files prepared by the Census Bureau.

4.      I used population data from the U. S. Census 1990, 2000 and 2010 PL 94-171 data files.  The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting.  The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts or election districts (called voting districts or "VTDs" by the Census Bureau) and census blocks.

5. The *Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen. The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

6. I developed the illustrative plans presented in this report at the census block level using *Maptitude for Redistricting*. A census block is the smallest geographic tabulation area from the decennial Census. A block may be as small as a regular city block bounded by four streets, or as large as several square miles in a rural area. Generally, a census block is bounded on all sides by visible features such as streets, rivers, and railroad tracks.

7. I obtained GIS shapefiles depicting Rockland County 2016 Election Districts ("EDs") and the current Rockland County Legislature Plan from the Rockland County GIS Department via the link below:

https://geopower.jws.com/rockland/DataPage.jsp

8. In addition, the plaintiffs' attorneys gave me a 2013 registered voter file with addresses for ERCSD voters and, as a secondary source, additional recent residential addresses for current Board of Education incumbents. I geocoded these addresses using *Maptitude*.

9. I disaggregated the 2011-2015 ACS Special Tabulation of citizenship by race and ethnicity (noted in ¶1 above) to the block level in order to report citizenship by district in the plans I analyzed or developed.

10. I also used the disaggregated ACS citizenship data to determine citizen voting age by race and ethnicity for the 10 polling place areas used in East Ramapo Central School District ("ERCSD") elections. Pre-2012 EDs and 2016 EDs were used to produce an on-screen polling place map –consolidating EDs to one of the 10 polling places. (A list of ED assignments by polling place was provided to me by Dr. Stephen Cole.)

11.     I obtained 2015-2016 public school enrollment and associated academic statistics from the New York Department of  Education via the links below:

https://data.nysed.gov/enrollment.php?year=2016&instid=800000039112

12.     I geocoded public school locations in ERCSD based on address information from the National Center for Education Statistics via the links below:

https://nces.ed.gov/ccd/schoolsearch/school_list.asp?Search=1&DistrictID=3627810

# # #

# EXHIBIT B

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 700 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

From 1986 to 2017, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

## Post-2010 Redistricting Experience

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in seven states (Alabama, Florida, Georgia, Kentucky, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights.

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received

Section 5 preclearance from the U.S. Department of Justice (DOJ).

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board. Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received DOJ preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for a Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia)*.

In 2016, two federal courts granted summary judgment to the plaintiffs based in part on my *Gingles 1* testimony: *Navajo Nation v. San Juan County, Utah* (C.D. Utah. February

19, 2016); and NAACP v. *Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016). Remedial plans have not yet been adopted in these two cases.

Also in 2016, based in part on my analysis, the City of Pasco, Washington admitted to a Section 2 violation. As a result, in *Glatt v. City of Pasco* (E.D. Wash. Jan. 27, 2017), the court ordered a plan that created three Latino majority single-member districts in a 6 district, 1 at-large plan.

In 2017, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding the 32nd Judicial District in Louisiana, based in part on my *Gingles* 1 testimony in *Terrebonne Parish Branch NAACP et al. v. Jindal et al* (M.D La. August 17, 2017).

In December 2015, I was retained as a redistricting consultant by the City of Wenatchee, Washington with the charge to prepare a district-based plan which would replace the current at-large system. In June 2016, the Electoral Process Committee presented a seven single-member district plan that I developed to the City Council, with a recommendation that the City of Wenatchee switch to single-member districts as soon as practicable. I am currently preparing redistricting plans for the Wenatchee City Council.

I currently serve as a redistricting consultant and expert to the City of Decatur, Alabama (V*oketz v. City of Decatur*) and to the State of Maryland (*Benisek v. Lamone).*

Pursuant to a court order in *Alabama Legislative Black Caucus et al. v. Alabama* (N.D. Ala. Jan. 20, 2017), I developed statewide legislative remedial plans on behalf of the ALBC plaintiffs.

I am currently a redistricting consultant and expert for the plaintiffs in six voting cases –*Navajo Nation v. San Juan County, Utah*; *Terrebonne Parish Branch NAACP et al. v. Jindal et al.*; *Missouri State Conference NAACP et al. v. Ferguson-Florissant School District; NAACP v. Gwinnett County, Georgia; Alabama State Conference NAACP et al. v.*

*Alabama*; and *Georgia State Conference NAACP et al v. Georgia,*

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative and to Demos for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work with these two organizations.

## Post-2010  Demographics Experience

My trial testimony in Section 2 lawsuits usually includes presentations of U.S. Census data with charts, tables, and/or maps to demonstrate socioeconomic disparities between non-Hispanic Whites and racial or ethnic minorities.

I have also served as an expert witness on demographics in non-voting trials. For example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (Case no.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale, Ala.,  the court made extensive reference to my testimony.

 I also serve as an expert consultant to the NAACP LDF in another Alabama desegregation case (*Ellison, et al. v. Madison County Board of Education, et al.* (5:63-cv-00613) and to the NAACP LDF in *Sheff v. O'Neil* – a school desegregation case in Connecticut state court involving the City of Hartford.

I provide technical demographic and mapping assistance to the Food Research and Action Center (FRAC) in Washington D.C and their constituent organizations around the country. Most of my work with FRAC involves the Summer Food Program and Child and Adult Care Food Program. Both programs provide nutritional assistance to school-age children who are eligible for free and reduced price meals. As part of this project, I developed an online interactive map to determine site eligibility for the two programs that has been in continuous use by community organizations and school districts around the

country since 2003.  The map is updated annually with new data from a Special

Tabulation of the American Community Survey prepared by the U.S. Census Bureau for

the Food and Nutrition Service of the U.S. Department of Agriculture.

**Historical Redistricting Experience**

In the 1980s and 1990s, I developed voting plans in about 400 state and local

jurisdictions – primarily in the South and Rocky Mountain West.  During the 2000s, I

prepared draft election plans involving about 300 state and local jurisdictions in 25 states.

Most of these plans were prepared at the request of local citizens' groups, national

organizations such as the NAACP, tribal governments, and for Section 2 or Section 5

litigation.

Election plans I developed for governments in two counties – Sussex County,

Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the

U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was

precleared in August 2005. A county supervisors' plan I produced for Bolivar County,

Mississippi was precleared in January 2006.

In August 2005, a federal court ordered the State of South Dakota to remedy a

Section 2 voting rights violation and adopt a state legislative plan I developed (Bone Shirt v.

Hazeltine).

A county council plan I developed for Native American plaintiffs in a Section 2

lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South

Dakota in November 2005. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania

(*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted

in March 2009. Plans I developed for minority plaintiffs in Columbus County, North

Carolina and Cortez-Montezuma School District in Colorado were adopted in 2009.

Since 1986, I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses). I also filed declarations and was deposed in most of these cases.

**Alabama**
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish* (1995)
*Wilson v. Town of St. Francisville (1996)*
*Terrebonne Parish NAACP v. Jindal, et al. (2017)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland  (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Fairley v. Hattiesburg (2014)*
*Fairley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County   (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (2002)*

**Montana**
*Old Person v. Cooney (1998)*
*Old Person v. Brown (on remand) (2001)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

*New York*
*Arbor Hills Concerned Citizens v. Albany County (2003)*
*Pope v. County of Albany (2015)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*
*Smith v. Brunswick County (1991)*

*Wyoming*
*Large v. Fremont County (2007)*

In addition, I have filed expert declarations or been deposed in the following

cases that did not require trial testimony. The dates listed indicate the deposition date or

date of last declaration or supplemental declaration:

**Alabama**
*Voketz v. City of Decatur (2014)*
*Alabama State Conference of the NAACP v. Alabama (2017)*

**Florida**
*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

**Georgia**
*Georgia NAACP et al. v. Gwinnett County, GA (2017*
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*
*Knighton v. Dougherty County (2002)*
*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana***)*
*NAACP v. St. Landry Parish Council (2005)*
*Rodney v. McKeithen (1993)*
*Prejean v. Foster (1998)*

**Maryland**
*Fletcher  v. Lamone (2011)*
*Benisek v. Lamone (2017)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Clark v. Calhoun County (on remand)(1993)*
*Houston v. Lafayette County (2002)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*
*Teague v. Attala County (on remand)(1993)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**Rhode Island**
*Davidson v. City of Cranston (2015)*

**South Carolina**
*Vander Linden v. Campbell (1996)*

**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Utah**
*Navajo Nation v. San Juan County (2016)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Montes v. City of Yakima (2014)*
*Glatt v. City of Pasco (2016)*

# # #

EXHIBIT C-1



AMERICAN FactFinder

B05006 | PLACE OF BIRTH FOR THE FOREIGN-BORN POPULATION IN THE UNITED STATES

Universe: Foreign-born population excluding population born at sea
2011-2015 American Community Survey 5-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

**Tell us what you think.** Provide feedback to help make American Community Survey data more useful for you.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

|  | East Ramapo Central School District (Spring Valley), New York | |
|---|---|---|
|  | Estimate | Margin of Error |
| Total: | 30,452 | +/-1,129 |
| Europe: | 4,431 | +/-520 |
| Northern Europe: | 700 | +/-169 |
| United Kingdom (inc. Crown Dependencies): | 539 | +/-141 |
| United Kingdom, excluding England and Scotland | 235 | +/-92 |
| England | 299 | +/-101 |
| Scotland | 5 | +/-7 |
| Ireland | 107 | +/-70 |
| Denmark | 4 | +/-7 |
| Norway | 7 | +/-10 |
| Sweden | 32 | +/-44 |
| Other Northern Europe | 11 | +/-18 |
| Western Europe: | 779 | +/-221 |
| Austria | 126 | +/-57 |
| Belgium | 208 | +/-147 |
| France | 131 | +/-68 |
| Germany | 245 | +/-72 |
| Netherlands | 0 | +/-27 |
| Switzerland | 69 | +/-55 |
| Other Western Europe | 0 | +/-27 |
| Southern Europe: | 376 | +/-156 |
| Greece | 63 | +/-79 |
| Italy | 197 | +/-90 |
| Portugal | 38 | +/-39 |
| Azores Islands | 0 | +/-27 |
| Spain | 78 | +/-85 |
| Other Southern Europe | 0 | +/-27 |
| Eastern Europe: | 2,570 | +/-408 |
| Albania | 81 | +/-107 |
| Belarus | 13 | +/-14 |
| Bulgaria | 22 | +/-25 |

| | East Ramapo Central School District (Spring Valley), New York | |
|---|---|---|
| | **Estimate** | **Margin of Error** |
| Croatia | 0 | +/-27 |
| Czechoslovakia (includes Czech Republic and Slovakia) | 126 | +/-83 |
| Hungary | 350 | +/-127 |
| Latvia | 23 | +/-26 |
| Lithuania | 0 | +/-27 |
| Macedonia | 0 | +/-27 |
| Moldova | 19 | +/-21 |
| Poland | 868 | +/-277 |
| Romania | 148 | +/-81 |
| Russia | 357 | +/-163 |
| Ukraine | 376 | +/-130 |
| Bosnia and Herzegovina | 35 | +/-42 |
| Serbia | 17 | +/-21 |
| Other Eastern Europe | 135 | +/-67 |
| Europe, n.e.c. | 6 | +/-10 |
| Asia: | 4,756 | +/-491 |
| Eastern Asia: | 577 | +/-194 |
| China: | 331 | +/-142 |
| China, excluding Hong Kong and Taiwan | 243 | +/-125 |
| Hong Kong | 79 | +/-49 |
| Taiwan | 9 | +/-14 |
| Japan | 13 | +/-20 |
| Korea | 233 | +/-146 |
| Other Eastern Asia | 0 | +/-27 |
| South Central Asia: | 1,341 | +/-313 |
| Afghanistan | 14 | +/-16 |
| Bangladesh | 47 | +/-61 |
| India | 916 | +/-276 |
| Iran | 52 | +/-39 |
| Kazakhstan | 4 | +/-5 |
| Nepal | 0 | +/-27 |
| Pakistan | 210 | +/-115 |
| Sri Lanka | 59 | +/-65 |
| Uzbekistan | 39 | +/-42 |
| Other South Central Asia | 0 | +/-27 |
| South Eastern Asia: | 1,338 | +/-335 |
| Cambodia | 40 | +/-63 |
| Indonesia | 0 | +/-27 |
| Laos | 24 | +/-39 |
| Malaysia | 0 | +/-27 |
| Burma | 0 | +/-27 |
| Philippines | 1,114 | +/-290 |
| Singapore | 0 | +/-27 |
| Thailand | 26 | +/-24 |
| Vietnam | 134 | +/-142 |
| Other South Eastern Asia | 0 | +/-27 |
| Western Asia: | 1,481 | +/-295 |
| Iraq | 8 | +/-13 |
| Israel | 1,206 | +/-246 |
| Jordan | 0 | +/-27 |
| Kuwait | 0 | +/-27 |
| Lebanon | 0 | +/-27 |
| Saudi Arabia | 19 | +/-33 |
| Syria | 0 | +/-27 |
| Yemen | 100 | +/-97 |
| Turkey | 72 | +/-55 |
| Armenia | 31 | +/-50 |
| Other Western Asia | 45 | +/-33 |

| | East Ramapo Central School District (Spring Valley), New York | |
|---|---|---|
| | Estimate | Margin of Error |
| Asia,n.e.c. | 19 | +/-28 |
| Africa: | 679 | +/-242 |
| Eastern Africa: | 64 | +/-59 |
| Eritrea | 21 | +/-33 |
| Ethiopia | 0 | +/-27 |
| Kenya | 6 | +/-9 |
| Somalia | 0 | +/-27 |
| Other Eastern Africa | 37 | +/-45 |
| Middle Africa: | 0 | +/-27 |
| Cameroon | 0 | +/-27 |
| Other Middle Africa | 0 | +/-27 |
| Northern Africa: | 83 | +/-61 |
| Egypt | 21 | +/-27 |
| Morocco | 62 | +/-55 |
| Sudan | 0 | +/-27 |
| Other Northern Africa | 0 | +/-27 |
| Southern Africa: | 60 | +/-48 |
| South Africa | 60 | +/-48 |
| Other Southern Africa | 0 | +/-27 |
| Western Africa: | 389 | +/-163 |
| Cabo Verde | 0 | +/-27 |
| Ghana | 166 | +/-106 |
| Liberia | 0 | +/-27 |
| Nigeria | 165 | +/-115 |
| Sierra Leone | 43 | +/-65 |
| Other Western Africa | 15 | +/-28 |
| Africa, n.e.c. | 83 | +/-118 |
| Oceania: | 22 | +/-23 |
| Australia and New Zealand Subregion: | 22 | +/-23 |
| Australia | 22 | +/-23 |
| Other Australian and New Zealand Subregion | 0 | +/-27 |
| Fiji | 0 | +/-27 |
| Oceania, n.e.c. | 0 | +/-27 |
| Americas: | 20,564 | +/-949 |
| Latin America: | 20,096 | +/-928 |
| Caribbean: | 10,532 | +/-817 |
| Bahamas | 22 | +/-33 |
| Barbados | 0 | +/-27 |
| Cuba | 60 | +/-56 |
| Dominica | 0 | +/-27 |
| Dominican Republic | 548 | +/-226 |
| Grenada | 0 | +/-27 |
| Haiti | 7,288 | +/-777 |
| Jamaica | 2,388 | +/-515 |
| St. Vincent and the Grenadines | 15 | +/-27 |
| Trinidad and Tobago | 136 | +/-110 |
| West Indies | 7 | +/-13 |
| Other Caribbean | 68 | +/-46 |
| Central America: | 6,431 | +/-823 |
| Mexico | 683 | +/-290 |
| Belize | 27 | +/-25 |
| Costa Rica | 5 | +/-8 |
| El Salvador | 1,430 | +/-474 |
| Guatemala | 4,058 | +/-882 |
| Honduras | 175 | +/-114 |
| Nicaragua | 0 | +/-27 |
| Panama | 53 | +/-60 |
| Other Central America | 0 | +/-27 |

| | East Ramapo Central School District (Spring Valley), New York | |
|---|---|---|
| | **Estimate** | **Margin of Error** |
| South America: | 3,133 | +/-696 |
| Argentina | 93 | +/-57 |
| Bolivia | 0 | +/-27 |
| Brazil | 66 | +/-36 |
| Chile | 52 | +/-61 |
| Colombia | 165 | +/-112 |
| Ecuador | 2,414 | +/-631 |
| Guyana | 96 | +/-75 |
| Peru | 92 | +/-87 |
| Uruguay | 23 | +/-37 |
| Venezuela | 132 | +/-116 |
| Other South America | 0 | +/-27 |
| Northern America: | 468 | +/-140 |
| Canada | 468 | +/-140 |
| Other Northern America | 0 | +/-27 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2011-2015 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2011-2015 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

# EXHIBIT C-2


AMERICAN FactFinder

B03001 | HISPANIC OR LATINO ORIGIN BY SPECIFIC ORIGIN
Universe: Total population
2011-2015 American Community Survey 5-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

**Tell us what you think.** Provide feedback to help make American Community Survey data more useful for you.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| | East Ramapo Central School District (Spring Valley), New York | |
|---|---|---|
| | Estimate | Margin of Error |
| Total: | 118,776 | +/-1,171 |
| Not Hispanic or Latino | 99,817 | +/-1,370 |
| Hispanic or Latino: | 18,959 | +/-1,139 |
| Mexican | 1,570 | +/-496 |
| Puerto Rican | 2,671 | +/-444 |
| Cuban | 448 | +/-281 |
| Dominican (Dominican Republic) | 1,339 | +/-507 |
| Central American: | 8,062 | +/-1,287 |
| Costa Rican | 228 | +/-273 |
| Guatemalan | 5,266 | +/-1,103 |
| Honduran | 333 | +/-240 |
| Nicaraguan | 0 | +/-27 |
| Panamanian | 68 | +/-77 |
| Salvadoran | 2,167 | +/-720 |
| Other Central American | 0 | +/-27 |
| South American: | 4,091 | +/-1,095 |
| Argentinean | 116 | +/-74 |
| Bolivian | 0 | +/-27 |
| Chilean | 52 | +/-61 |
| Colombian | 145 | +/-83 |
| Ecuadorian | 3,672 | +/-1,090 |
| Paraguayan | 0 | +/-27 |
| Peruvian | 55 | +/-71 |
| Uruguayan | 29 | +/-38 |
| Venezuelan | 19 | +/-23 |
| Other South American | 3 | +/-4 |
| Other Hispanic or Latino: | 778 | +/-337 |
| Spaniard | 124 | +/-101 |
| Spanish | 19 | +/-26 |
| Spanish American | 0 | +/-27 |
| All other Hispanic or Latino | 635 | +/-334 |

08/23/2017

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2011-2015 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2011-2015 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

EXHIBIT D-1



# ERCSD by 2010 Block Groups

**Census Place**

Water Area
Highway
% Minority

0.% to 5%
5% to 20%
20% to 40%
40% to 50%
50% to 60%
60% to 80%
80% to 100%

North

Miles
0   .4   .8   1.2

# EXHIBIT D-2



**ERCSD by 2010 Block Groups**

Census Place
Water Area
Highway
% Minority

- 0.% to 5%
- 5% to 20%
- 20% to 40%
- 40% to 50%
- 50% to 60%
- 60% to 80%
- 80% to 100%

Miles
0 .4 .8 1.2

South

EXHIBIT E-1

# Selected Socio-Economic Data

## East Ramapo Central School District (Spring Valley), New York

### Single-Race African Americans and Latinos vis-à-vis Non-Hispanic Whites

**Data Set: 2011-2015 American Community Survey 5-Year Estimates**

**C02003.DETAILED RACE - Universe: TOTAL POPULATION**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
| | Population | Margin of Error (+/-) | % of Total |
|---|---|---|---|
| **Total:** | **118,776** | **1171** | **100.0%** |
| Population of one race: | 116,297 | 1,332 | 97.9% |
| White | 74,501 | 1,342 | 62.7% |
| Black or African American | 24,356 | 1,130 | 20.5% |
| American Indian and Alaska Native | 140 | 100 | 0.1% |
| Asian alone | 4,266 | 545 | 3.6% |
| Native Hawaiian and Other Pacific Islander | 7 | 12 | 0.0% |
| Some other race | 13,027 | 1,263 | 11.0% |
| Population of two or more races: | 2,479 | 567 | 2.1% |
| Two races including Some other race | 1,087 | 416 | 0.9% |
| Two races excluding Some other race, and three or more races | 1,392 | 341 | 1.2% |
| Population of two races: | 2,392 | 566 | 2.0% |
| White; Black or African American | 454 | 194 | 0.4% |
| White; American Indian and Alaska Native | 171 | 198 | 0.1% |
| White; Asian | 231 | 135 | 0.2% |
| Black or African American; American Indian and Alaska Native | 213 | 135 | 0.2% |
| All other two race combinations | 1,323 | 468 | 1.1% |
| Population of three races | 76 | 53 | 0.1% |
| Population of four or more races | 11 | 16 | 0.0% |

Note: Hispanics may be of any race. See Table B03002 and chart.

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



**Population by Race**

**East Ramapo Central School District (Spring Valley), New York**

- White: 62.7%
- Black or African American: 20.5%
- American Indian and Alaska Native: 0.1%
- Asian alone: 3.6%
- Native Hawaiian and Other Pacific Islander: 0.0%
- Some other race: 11.0%
- Population of two or more races: 2.1%

Source: C02003.DETAILED RACE - Universe: TOTAL POPULATION
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
| --- | --- | --- | --- |
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | 118,776 | 1171 | **100.0%** |
| Not Hispanic or Latino: | 99,817 | 1370 | 84.0% |
| White alone | 70,315 | 1,317 | 59.2% |
| Black or African American alone | 23,481 | 1,121 | 19.8% |
| American Indian and Alaska Native alone | 111 | 92 | 0.1% |
| Asian alone | 4,176 | 556 | 3.5% |
| Native Hawaiian and Other Pacific Islander alone | 7 | 12 | 0.0% |
| Some other race alone | 425 | 213 | 0.4% |
| Two or more races: | 1,302 | 350 | 1.1% |
| Two races including Some other race | 303 | 158 | 0.3% |
| Two races excluding Some other race, and three or more races | 999 | 299 | 0.8% |
| Hispanic or Latino | 18,959 | 1139 | 16.0% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



**Non-Hispanic by Race and Hispanic Population**

**East Ramapo Central School District (Spring Valley), New York**

| Category | Value |
|---|---|
| White alone | 59.2% |
| Black or African American alone | 19.8% |
| American Indian and Alaska Native alone | 0.1% |
| Asian alone | 3.5% |
| Native Hawaiian and Other Pacific Islander alone | 0.0% |
| Some other race alone | 0.4% |
| Two or more races: | 1.1% |
| Hispanic or Latino | 16.0% |

Source: B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 18,959 | 1139 | **100.0%** |
| White alone | 4,186 | 771 | 22.1% |
| Black or African American alone | 875 | 299 | 4.6% |
| American Indian and Alaska Native alone | 29 | 46 | 0.2% |
| Asian alone | 90 | 111 | 0.5% |
| Native Hawaiian and Other Pacific Islander alone | 0 | 27 | 0.0% |
| Some other race alone | 12,602 | 1,244 | 66.5% |
| Two or more races: | 1,177 | 444 | 6.2% |
| Two races including Some other race | 784 | 385 | 4.1% |
| Two races excluding Some other race, and three or more races | 393 | 241 | 2.1% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



**Hispanic or Latino Origin by Race**

**East Ramapo Central School District (Spring Valley), New York**

- White alone — 22.1%
- Black or African American alone — 4.6%
- American Indian and Alaska Native alone — 0.2%
- Asian alone — 0.5%
- Native Hawaiian and Other Pacific Islander alone — 0.0%
- Some other race alone — 66.5%
- Two or more races: — 6.2%

Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **24,356** | **100.0%** | **18,959** | **100.0%** | **70,315** | **100.0%** |
| Under 18 years | 5,749 | 23.6% | 5,914 | 31.2% | 31,569 | 44.9% |
| 18 to 64 years | 15,703 | 64.5% | 12,404 | 65.4% | 31,955 | 45.4% |
| 65 years and over | 2,904 | 11.9% | 641 | 3.4% | 6,791 | 9.7% |
| Male: | 11,251 | 46.2% | 10,108 | 53.3% | 35,228 | 50.1% |
| Under 18 years | 2945 | 12.1% | 2810 | 14.8% | 15,961 | 22.7% |
| 18 to 64 years | 7,187 | 29.5% | 7,062 | 37.2% | 16,268 | 23.1% |
| 65 years and over | 1,119 | 4.6% | 236 | 1.2% | 2,999 | 4.3% |
| Female: | 13,105 | 53.8% | 8,851 | 46.7% | 35,087 | 49.9% |
| Under 18 years | 2,804 | 11.5% | 3,104 | 16.4% | 15,608 | 22.2% |
| 18 to 64 years | 8,516 | 35.0% | 5,342 | 28.2% | 15,687 | 22.3% |
| 65 years and over | 1,785 | 7.3% | 405 | 2.1% | 3,792 | 5.4% |

Table title: East Ramapo Central School District (Spring Valley), New York

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see http://www.census.gov/acs/www/UseData/index.htm



**Population by Age**

**East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Lattino
- Non-Hispanic White

**Under 18 years**
- African American: 23.6%
- Lattino: 31.2%
- Non-Hispanic White: 44.9%

**18 to 64 years**
- African American: 64.5%
- Lattino: 65.4%
- Non-Hispanic White: 45.4%

**65 years and over**
- African American: 11.9%
- Lattino: 3.4%
- Non-Hispanic White: 9.7%

Source:   B01001. SEX BY AGE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

# B05003. SEX BY AGE BY CITIZENSHIP STATUS

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total by Age | Latino | % of Latino Total by Age | White, Not Hispanic | % of NHW Total by Age |
| Total: | 24,356 | 100.0% | 18,959 | 100.0% | 70,315 | 100.0% |
| **Under 18 years:** | **5,749** | **100.0%** | **5,914** | **100.0%** | **31,569** | **100.0%** |
| Native | 5,160 | 89.8% | 5,283 | 89.3% | 31,356 | 99.3% |
| Foreign born: | 589 | 10.2% | 631 | 10.7% | 213 | 0.7% |
| Naturalized U.S. citizen | 169 | 2.9% | 19 | 0.3% | 90 | 0.3% |
| Not a U.S. citizen | 420 | 7.3% | 612 | 10.3% | 123 | 0.4% |
| **18 years and over:** | **18,607** | **100.0%** | **13,045** | **100.0%** | **38,746** | **100.0%** |
| Native | 8,683 | 46.7% | 3,758 | 28.8% | 32,171 | 83.0% |
| Foreign born: | 9,924 | 53.3% | 9,287 | 71.2% | 6,575 | 17.0% |
| Naturalized U.S. citizen | 6,004 | 32.3% | 1,829 | 14.0% | 4,453 | 11.5% |
| Not a U.S. citizen | 3,920 | 21.1% | 7,458 | 57.2% | 2,122 | 5.5% |
| **Male:** | 11,251 | 46.2% | 10,108 | 53.3% | 35,228 | 50.1% |
| **Under 18 years:** | **2945** | **100.0%** | **2810** | **100.0%** | **15961** | **100.0%** |
| Native | 2,661 | 90.4% | 2,535 | 90.2% | 15,861 | 99.4% |
| Foreign born: | 284 | 9.6% | 275 | 9.8% | 100 | 0.6% |
| Naturalized U.S. citizen | 63 | 2.1% | 11 | 0.4% | 35 | 0.2% |
| Not a U.S. citizen | 221 | 7.5% | 264 | 9.4% | 65 | 0.4% |
| **18 years and over:** | **8,306** | **100.0%** | **7,298** | **100.0%** | **19,267** | **100.0%** |
| Native | 3,985 | 48.0% | 1,955 | 26.8% | 16,127 | 83.7% |
| Foreign born: | 4,321 | 52.0% | 5,343 | 73.2% | 3,140 | 16.3% |
| Naturalized U.S. citizen | 2,590 | 31.2% | 918 | 12.6% | 2,145 | 11.1% |
| Not a U.S. citizen | 1,731 | 20.8% | 4,425 | 60.6% | 995 | 5.2% |

## East Ramapo Central School District (Spring Valley), New York

| | African American | % of AA by Age | Latino | % of Latino by Age | White, Not Hispanic | % of NHW by Age |
|---|---|---|---|---|---|---|
| **Female:** | 13,105 | 53.8% | 8,851 | 46.7% | 35,087 | 49.9% |
| **Under 18 years:** | **2,804** | **100.0%** | **3,104** | **100.0%** | **15,608** | **100.0%** |
| Native | 2,499 | 89.1% | 2,748 | 88.5% | 15,495 | 99.3% |
| Foreign born: | 305 | 10.9% | 356 | 11.5% | 113 | 0.7% |
| Naturalized U.S. citizen | 106 | 3.8% | 8 | 0.3% | 55 | 0.4% |
| Not a U.S. citizen | 199 | 7.1% | 348 | 11.2% | 58 | 0.4% |
| **18 years and over:** | **10,301** | **100.0%** | **5,747** | **100.0%** | **19,479** | **100.0%** |
| Native | 4,698 | 45.6% | 1,803 | 31.4% | 16,044 | 82.4% |
| Foreign born: | 5,603 | 54.4% | 3,944 | 68.6% | 3,435 | 17.6% |
| Naturalized U.S. citizen | 3,414 | 33.1% | 911 | 15.9% | 2,308 | 11.8% |
| Not a U.S. citizen | 2,189 | 21.3% | 3,033 | 52.8% | 1,127 | 5.8% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Citizenship Status of Voting Age Population (18 and Over)**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

Not a U.S. citizen: 5.5%, 57.2%, 21.1%
Naturalized U.S. citizen: 11.5%, 14.0%, 32.3%
Foreign born: 17.0%, 71.2%, 53.3%
Native: 83.0%, 28.8%, 46.7%

Source:    B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **24,114** | **100.0%** | **18,498** | **100.0%** | **68,368** | **100.0%** |
| Same house 1 year ago | 21,703 | 90.0% | 15,518 | 83.9% | 64,173 | 93.9% |
| Moved within same county | 1,676 | 7.0% | 2,432 | 13.1% | 2,452 | 3.6% |
| Moved from different county within same state | 376 | 1.6% | 83 | 0.4% | 831 | 1.2% |
| Moved from different state | 93 | 0.4% | 52 | 0.3% | 573 | 0.8% |
| Moved from abroad | 266 | 1.1% | 413 | 2.2% | 339 | 0.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Geographical Mobility in the Past Year (Population 1 Year and Over)

## East Ramapo Central School District (Spring Valley), New York



Source: B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN
THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **East Ramapo Central School District (Spring Valley), New York** | | | | | | |
| **Total:** | 12331 | **100.0%** | 9034 | **100.0%** | 21024 | **100.0%** |
| Car, truck, or van - drove alone | 8941 | 72.5% | 3719 | 41.2% | 12081 | 57.5% |
| Car, truck, or van - carpooled | 1409 | 11.4% | 2411 | 26.7% | 2658 | 12.6% |
| Public transportation (excluding taxicab) | 1424 | 11.5% | 1589 | 17.6% | 1998 | 9.5% |
| Walked | 171 | 1.4% | 596 | 6.6% | 2292 | 10.9% |
| Taxicab, motorcycle, bicycle, or other means | 227 | 1.8% | 518 | 5.7% | 377 | 1.8% |
| Worked at home | 159 | 1.3% | 201 | 2.2% | 1618 | 7.7% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



**Means of Transportation to Work (Workers 16 Years and Over)**

**East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Latino
- Non-Hispanic White

**Car, truck, or van - drove alone**
- 72.5%
- 57.5%
- 41.2%

**Car, truck, or van - carpooled**
- 11.4%
- 26.7%
- 12.6%

**Public transportation (excluding taxicab)**
- 11.5%
- 17.6%
- 9.5%

**Walked**
- 1.4%
- 6.6%
- 10.9%

**Taxicab, motorcycle, bicycle, or other means**
- 1.8%
- 5.7%
- 1.8%

**Worked at home**
- 1.3%
- 2.2%
- 7.7%

Source:   B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | | |
|---|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 23624 | **100.0%** | 18575 | **100.0%** | 69724 | **100.0%** |
| In family households | 21980 | 93.0% | 16972 | 91.4% | 66219 | 95.0% |
| In nonfamily households | 1644 | 7.0% | 1603 | 8.6% | 3505 | 5.0% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Household Type for Population in Households**

**East Ramapo Central School District (Spring Valley), New York**

Source: B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | | |
|---|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **19,865** | **100.0%** | **13,882** | **100.0%** | **43,104** | **100.0%** |
| Never married | 8,259 | 41.6% | 6,331 | 45.6% | 12,814 | 29.7% |
| Now married (except separated) | 8,285 | 41.7% | 5,736 | 41.3% | 26,381 | 61.2% |
| Separated | 590 | 3.0% | 617 | 4.4% | 378 | 0.9% |
| Widowed | 1,168 | 5.9% | 251 | 1.8% | 1,716 | 4.0% |
| Divorced | 1,563 | 7.9% | 947 | 6.8% | 1,815 | 4.2% |
| **Male:** | **9,009** | **45.4%** | **7,702** | **55.5%** | **21,414** | **49.7%** |
| Never married | 3,838 | 19.3% | 3,736 | 26.9% | 6,841 | 15.9% |
| Now married (except separated) | 4,119 | 20.7% | 3,132 | 22.6% | 13,204 | 30.6% |
| Separated | 264 | 1.3% | 257 | 1.9% | 142 | 0.3% |
| Widowed | 282 | 1.4% | 120 | 0.9% | 394 | 0.9% |
| Divorced | 506 | 2.5% | 457 | 3.3% | 833 | 1.9% |
| **Female:** | **10,856** | **54.6%** | **6,180** | **44.5%** | **21,690** | **50.3%** |
| Never married | 4,421 | 22.3% | 2,595 | 18.7% | 5,973 | 13.9% |
| Now married (except separated) | 4,166 | 21.0% | 2,604 | 18.8% | 13,177 | 30.6% |
| Separated | 326 | 1.6% | 360 | 2.6% | 236 | 0.5% |
| Widowed | 886 | 4.5% | 131 | 0.9% | 1,322 | 3.1% |
| Divorced | 1,057 | 5.3% | 490 | 3.5% | 982 | 2.3% |

Source: U.S. Census Bureau, 2011-2015 American Community

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Marital Status for the Population 15 Years and Over

## East Ramapo Central School District (Spring Valley), New York



Source: B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **15,978** | **100.0%** | **10,884** | **100.0%** | **32,103** | **100.0%** |
| Less than high school diploma | 2,347 | 14.7% | 4,889 | 44.9% | 4,468 | 13.9% |
| High school graduate, GED, or alternative | 4,278 | 26.8% | 2,144 | 19.7% | 11,007 | 34.3% |
| Some college or associate's degree | 5,343 | 33.4% | 2,262 | 20.8% | 6,592 | 20.5% |
| Bachelor's degree or higher | 4,010 | 25.1% | 1,589 | 14.6% | 10,036 | 31.3% |
| Male: | 7,066 | 44.2% | 6,072 | 55.8% | 15,906 | 49.5% |
| Less than high school diploma | 828 | 5.2% | 2,840 | 26.1% | 2,389 | 7.4% |
| High school graduate, GED, or alternative | 2,024 | 12.7% | 1,376 | 12.6% | 5,168 | 16.1% |
| Some college or associate's degree | 2,621 | 16.4% | 1,122 | 10.3% | 3,094 | 9.6% |
| Bachelor's degree or higher | 1,593 | 10.0% | 734 | 6.7% | 5,255 | 16.4% |
| Female: | 8,912 | 55.8% | 4,812 | 44.2% | 16,197 | 50.5% |
| Less than high school diploma | 1,519 | 9.5% | 2,049 | 18.8% | 2,079 | 6.5% |
| High school graduate, GED, or alternative | 2,254 | 14.1% | 768 | 7.1% | 5,839 | 18.2% |
| Some college or associate's degree | 2,722 | 17.0% | 1,140 | 10.5% | 3,498 | 10.9% |
| Bachelor's degree or higher | 2,417 | 15.1% | 855 | 7.9% | 4,781 | 14.9% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Educational Attainment for the Population 25 Years and Older**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

Less than high school diploma: African American 14.7%, Latino 44.9%, Non-Hispanic White 13.9%

High school graduate, GED, or alternative: African American 26.8%, Latino 19.7%, Non-Hispanic White 34.3%

Some college or associate's degree: African American 33.4%, Latino 20.8%, Non-Hispanic White 20.5%

Bachelor's degree or higher: African American 25.1%, Latino 14.6%, Non-Hispanic White 31.3%

Source: C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **22,795** | **100.0%** | **16,685** | **100.0%** | **60,256** | **100.0%** |
| Speak only English | 12,506 | 54.9% | 2,144 | 12.8% | 26,592 | 44.1% |
| Speak another language | 10,289 | 45.1% | 14,541 | 87.2% | 33,664 | 55.9% |
| Speak English "very well" | 5,638 | 24.7% | 5,506 | 33.0% | 17,392 | 28.9% |
| Speak English "less than very well" | 4,651 | 20.4% | 9,035 | 54.2% | 16,272 | 27.0% |
| Native: | 12,350 | 54.2% | 6,807 | 40.8% | 53,485 | 88.8% |
| Speak only English | 9,613 | 42.2% | 1,988 | 11.9% | 25,246 | 41.9% |
| Speak another language | 2,737 | 12.0% | 4,819 | 28.9% | 28,239 | 46.9% |
| Speak English "very well" | 2,459 | 10.8% | 3,864 | 23.2% | 14,742 | 24.5% |
| Speak English "less than very well" | 278 | 1.2% | 955 | 5.7% | 13,497 | 22.4% |
| Foreign born: | 10,445 | 45.8% | 9,878 | 59.2% | 6,771 | 11.2% |
| Speak only English | 2,893 | 12.7% | 156 | 0.9% | 1,346 | 2.2% |
| Speak another language | 7,552 | 33.1% | 9,722 | 58.3% | 5,425 | 9.0% |
| Speak English "very well" | 3,179 | 13.9% | 1,642 | 9.8% | 2,650 | 4.4% |
| Speak English "less than very well" | 4,373 | 19.2% | 8,080 | 48.4% | 2,775 | 4.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Speak English "Less than Very Well" (Population 5 Years and Over) East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Latino
- Non-Hispanic White

- 20.4%
- 54.2%
- 27.0%

Speak English "less than very well"

Source: B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

### East Ramapo Central School District (Spring Valley), New York

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **5,472** | **100.0%** | **3,603** | **100.0%** | **13,988** | **100.0%** |
| Income in the past 12 months below poverty level: | 479 | 8.8% | 924 | 25.6% | 3,868 | 27.7% |
| Married-couple family: | 117 | 2.1% | 433 | 12.0% | 3,661 | 26.2% |
| With related children under 18 years | 92 | 1.7% | 399 | 11.1% | 3,223 | 23.0% |
| Other family: | 362 | 6.6% | 491 | 13.6% | 207 | 1.5% |
| Male householder, no wife present | 77 | 1.4% | 150 | 4.2% | 44 | 0.3% |
| With related children under 18 years | 77 | 1.4% | 150 | 4.2% | 18 | 0.1% |
| Female householder, no husband present | 285 | 5.2% | 341 | 9.5% | 163 | 1.2% |
| With related children under 18 years | 285 | 5.2% | 329 | 9.1% | 136 | 1.0% |
| level: | 4,993 | 91.2% | 2,679 | 74.4% | 10,120 | 72.3% |
| Married-couple family: | 3,162 | 57.8% | 1,844 | 51.2% | 9,100 | 65.1% |
| With related children under 18 years | 1,617 | 29.6% | 1,128 | 31.3% | 4,892 | 35.0% |
| Other family: | 1,831 | 33.5% | 835 | 23.2% | 1,020 | 7.3% |
| Male householder, no wife present | 310 | 5.7% | 347 | 9.6% | 398 | 2.8% |
| With related children under 18 years | 173 | 3.2% | 226 | 6.3% | 145 | 1.0% |
| Female householder, no husband present | 1,521 | 27.8% | 488 | 13.5% | 622 | 4.4% |
| With related children under 18 years | 704 | 12.9% | 360 | 10.0% | 227 | 1.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Family Households Below Poverty in the Past 12 Months**

**East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Latino
- Non-Hispanic White

Non-Hispanic White: 27.7%
Latino: 25.6%
African American: 8.8%

Income in the past 12 months below poverty level:

Axis: 0.0%, 5.0%, 10.0%, 15.0%, 20.0%, 25.0%, 30.0%

Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

# Female-headed Households with Related Children Below Poverty in the Past 12 Months

## East Ramapo Central School District (Spring Valley), New York



Legend: ■ African American ■ Latino ■ Non-Hispanic White

African American: 28.8%
Latino: 47.8%
Non-Hispanic White: 37.5%

With related children under 18 years below poverty

Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE
OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA By Age | Latino | % of Latino Total | White, Not Hispanic | % of NHW By Age |
| **Total:** | 24,070 | 100.0% | 18,781 | 100.0% | 69,658 | 100.0% |
| Income in the past 12 months below poverty level: | 2,199 | 9.1% | 5,208 | 27.7% | 24,357 | 35.0% |
| **Under 18 years** | 1,875 | 9.6% | 5,083 | 28.5% | 23,549 | 38.9% |
| 18 to 64 years | 234 | 6.6% | 56 | 8.4% | 479 | 7.7% |
| **65 years and over** | 90 | 9.9% | 69 | 23.8% | 329 | 11.6% |
| Income in the past 12 months at or above poverty | 21,871 | 90.9% | 13,573 | 72.3% | 45,301 | 65.0% |
| **Under 18 years** | 17,747 | 90.4% | 12,745 | 71.5% | 37,027 | 61.1% |
| 18 to 64 years | 3,301 | 93.4% | 607 | 91.6% | 5,764 | 92.3% |
| **65 years and over** | 823 | 90.1% | 221 | 76.2% | 2,510 | 88.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Population Below Poverty in the Past 12 Months**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

**65 years and over**
- 11.6%
- 23.8%
- 9.9%

**18 to 64 years**
- 7.7%
- 8.4%
- 6.6%

**Under 18 years**
- 28.5%
- 9.6%

**Income in the past 12 months below poverty level:**
- 35.0%
- 27.7%
- 9.1%

Axis: 40.0%, 35.0%, 30.0%, 25.0%, 20.0%, 15.0%, 10.0%, 5.0%, 0.0%

Source: B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMI
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **6,845** | **100.0%** | **4,247** | **100.0%** | **16,909** | **100.0%** |
| Less than $ 10,000 | 374 | 5.5% | 276 | 6.5% | 956 | 5.7% |
| $ 10,000 to $ 14,999 | 186 | 2.7% | 226 | 5.3% | 1,531 | 9.1% |
| $ 15,000 to $ 24,999 | 380 | 5.6% | 500 | 11.8% | 2,166 | 12.8% |
| $ 25,000 to $ 34,999 | 489 | 7.1% | 554 | 13.0% | 1,402 | 8.3% |
| $ 35,000 to $ 49,999 | 858 | 12.5% | 639 | 15.0% | 1,985 | 11.7% |
| $ 50,000 to $ 74,999 | 1,172 | 17.1% | 494 | 11.6% | 2,374 | 14.0% |
| $ 75,000 to $ 99,999 | 1,112 | 16.2% | 559 | 13.2% | 1,880 | 11.1% |
| $ 100,000 to $ 149,999 | 1,117 | 16.3% | 527 | 12.4% | 2,265 | 13.4% |
| $ 150,000 to $ 199,999 | 765 | 11.2% | 266 | 6.3% | 1,171 | 6.9% |
| $ 200,000 or more | 392 | 5.7% | 206 | 4.9% | 1,179 | 7.0% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Household Income in the Past 12 Months

## East Ramapo Central School District (Spring Valley), New York



Source: B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median household income in the past 12 months (in 201 | $ 74,509 | $ 48,593 | $ 54,655 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see http://www.census.gov/acs/www/UseData/index.htm



**Median Household Income in the Past 12 Months**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

$74,509

$48,593

$54,655

Median household income in the past 12 months (in 2015 inflation-adjusted dollars)

$80,000
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-

Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **5,472** | **100.0%** | **5,472** | **100.0%** | **13,988** | **100.0%** |
| Less than $ 10,000 | 246 | 4.5% | 246 | 4.5% | 664 | 4.7% |
| $ 10,000 to $ 14,999 | 95 | 1.7% | 95 | 1.7% | 1,237 | 8.8% |
| **$ 15,000 to $ 24,999** | **237** | **4.3%** | **237** | **4.3%** | **1,693** | **12.1%** |
| **$ 25,000 to $ 34,999** | **331** | **6.0%** | **331** | **6.0%** | **1,283** | **9.2%** |
| **$ 35,000 to $ 49,999** | **561** | **10.3%** | **561** | **10.3%** | **1,419** | **10.1%** |
| **$ 50,000 to $ 74,999** | **915** | **16.7%** | **915** | **16.7%** | **1,919** | **13.7%** |
| **$ 100,000 to $ 149,999** | **1,044** | **19.1%** | **1,044** | **19.1%** | **2,004** | **14.3%** |
| $ 150,000 to $ 199,999 | 659 | 12.0% | 659 | 12.0% | 1,043 | 7.5% |
| $ 200,000 or more | 361 | 6.6% | 361 | 6.6% | 1,144 | 8.2% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



# Family Income in the Past 12 Months

# East Ramapo Central School District (Spring Valley), New York

Source:   B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
| --- | --- | --- | --- |
| | African American | Latino | White, Not Hispanic |
| Median family income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 83,146 | $ 42,827 | $ 57,961 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Median Family Income in the Past 12 Months**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

$83,146

$42,827

$57,961

$90,000
$80,000
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-

Median family income in the past 12 months (in 2015 inflation-adjusted dollars)

Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median nonfamily household income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 40,226 | $ 32,109 | $ 40,456 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Median Non-Family Income in the Past 12 Months

## East Ramapo Central School District (Spring Valley), New York



Source: B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Per capita income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 28,758 | $ 17,177 | $ 19,898 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Per capita Income in the Past 12 Months

## East Ramapo Central School District (Spring Valley), New York



■ African American  ■ Latino  ■ Non-Hiispanc-White

$28,758

$17,177

$19,898

Per capita income in the past 12 months (in 2015 inflation-adjusted dollars)

$30,000
$25,000
$20,000
$15,000
$10,000
$5,000
$-

Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS  (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| inflation-adjusted dollars) -- | | | |
| Total: | $ 32,125 | $ 21,472 | $ 27,541 |
| Male -- | | | |
| Total | $ 34,778 | $ 22,770 | $ 39,711 |
| Worked full-time, year-round in the past 12 months | $ 50,537 | $ 29,717 | $ 53,658 |
| Other | $ 12,231 | $ 12,419 | $ 13,711 |
| Female -- | | | |
| Total | $ 30,918 | $ 18,642 | $ 19,413 |
| Worked full-time, year-round in the past 12 months | $ 41,124 | $ 31,329 | $ 47,355 |
| Other | $ 9,343 | $ 9,887 | $ 11,135 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Median earnings in the Past 12 Months (16 Years and Over with Earnings)
# East Ramapo Central School District (Spring Valley), New York



Legend:
- African American
- Latino
- Non-Hispanic White

$32,125 (African American)
$21,472 (Latino)
$27,541 (Non-Hispanic White)

Worked full-time, year-round in the past 12 months

$35,000
$30,000
$25,000
$20,000
$15,000
$10,000
$5,000
$-

Source:   B20017.  MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2015
INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **19,479** | **100.0%** | **13,495** | **100.0%** | **41,586** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 8,683 | 44.6% | 6,010 | 44.5% | 12,213 | 29.4% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 8,683 | 44.6% | 6,010 | 44.5% | 12,213 | 29.4% |
| $ 1 to $ 9,999 or loss | 97 | 0.5% | 314 | 2.3% | 298 | 0.7% |
| $ 10,000 to $ 19,999 | 570 | 2.9% | 1,068 | 7.9% | 1,036 | 2.5% |
| $ 20,000 to $ 29,999 | 1,321 | 6.8% | 1,550 | 11.5% | 1,471 | 3.5% |
| $ 30,000 to $ 49,999 | 2,714 | 13.9% | 1,633 | 12.1% | 2,810 | 6.8% |
| $ 50,000 to $ 74,999 | 1,953 | 10.0% | 795 | 5.9% | 2,865 | 6.9% |
| $ 75,000 or more | 2,028 | 10.4% | 650 | 4.8% | 3,733 | 9.0% |
| Other: | 10,796 | 55.4% | 7,485 | 55.5% | 29,373 | 70.6% |
| No earnings | 5,559 | 28.5% | 3,462 | 25.7% | 17,565 | 42.2% |
| With earnings: less than full time, year-round | 5,237 | 26.9% | 4,023 | 29.8% | 11,808 | 28.4% |
| Male: | 8,718 | 44.8% | 7,491 | 55.5% | 20,694 | 49.8% |
| Worked full-time, year-round in the past 12 months: | 3,841 | 19.7% | 4,091 | 30.3% | 8,612 | 20.7% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 3,841 | 19.7% | 4,091 | 30.3% | 8,612 | 20.7% |
| $ 1 to $ 9,999 or loss | 30 | 0.2% | 198 | 1.5% | 187 | 0.4% |
| $ 10,000 to $ 19,999 | 116 | 0.6% | 642 | 4.8% | 894 | 2.1% |
| $ 20,000 to $ 29,999 | 605 | 3.1% | 1,225 | 9.1% | 1,001 | 2.4% |
| $ 30,000 to $ 49,999 | 1,127 | 5.8% | 1,138 | 8.4% | 1,635 | 3.9% |
| $ 50,000 to $ 74,999 | 1,105 | 5.7% | 499 | 3.7% | 2,087 | 5.0% |
| $ 75,000 or more | 858 | 4.4% | 389 | 2.9% | 2,808 | 6.8% |

## East Ramapo Central School District (Spring Valley), New York

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| Other: | 4,877 | 25.0% | 3,400 | 25.2% | 12,082 | 29.1% |
| No earnings | 2,388 | 12.3% | 1,144 | 8.5% | 7,184 | 17.3% |
| With earnings: | 2,489 | 12.8% | 2,256 | 16.7% | 4,898 | 11.8% |
| Female: | 10,761 | 55.2% | 6,004 | 44.5% | 20,892 | 50.2% |
| Worked full-time, year-round in the past 12 months: | 4,842 | 24.9% | 1,919 | 14.2% | 3,601 | 8.7% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 4,842 | 24.9% | 1,919 | 14.2% | 3,601 | 8.7% |
| $ 1 to $ 9,999 or loss | 67 | 0.3% | 116 | 0.9% | 111 | 0.3% |
| $ 10,000 to $ 19,999 | 454 | 2.3% | 426 | 3.2% | 142 | 0.3% |
| $ 20,000 to $ 29,999 | 716 | 3.7% | 325 | 2.4% | 470 | 1.1% |
| $ 30,000 to $ 49,999 | 1,587 | 8.1% | 495 | 3.7% | 1,175 | 2.8% |
| $ 50,000 to $ 74,999 | 848 | 4.4% | 296 | 2.2% | 778 | 1.9% |
| $ 75,000 or more | 1,170 | 6.0% | 261 | 1.9% | 925 | 2.2% |
| Other: | 5,919 | 30.4% | 4,085 | 30.3% | 17,291 | 41.6% |
| No earnings | 3,171 | 16.3% | 2,318 | 17.2% | 10,381 | 25.0% |
| With earnings: | 2,748 | 14.1% | 1,767 | 13.1% | 6,910 | 16.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



**Employment and Earnings in in the Past 12 Months (16 Years and Over)**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

Worked full-time, year-round in the past 12 months:
- 44.6%
- 44.5%
- 29.4%

No earnings:
- 28.5%
- 25.7%
- 42.2%

With earnings: less than full time, year-round:
- 26.9%
- 29.8%
- 28.4%

Axis: 0.0%, 5.0%, 10.0%, 15.0%, 20.0%, 25.0%, 30.0%, 35.0%, 40.0%, 45.0%

Source:   B20005.  SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS
(IN 2015 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **18,561** | **100.0%** | **13,040** | **100.0%** | **38,738** | **100.0%** |
| Veteran | 543 | 2.9% | 224 | 1.7% | 1,327 | 3.4% |
| Nonveteran | 18,018 | 97.1% | 12,816 | 98.3% | 37,411 | 96.6% |
| Male: | 8,260 | 44.5% | 7,293 | 55.9% | 19,259 | 49.7% |
| 18 to 64 years: | 7,141 | 38.5% | 7,057 | 54.1% | 16,260 | 42.0% |
| Veteran | 306 | 1.6% | 102 | 0.8% | 317 | 0.8% |
| Nonveteran | 6,835 | 36.8% | 6,955 | 53.3% | 15,943 | 41.2% |
| 65 years and over: | 1,119 | 6.0% | 236 | 1.8% | 2,999 | 7.7% |
| Veteran | 184 | 1.0% | 104 | 0.8% | 973 | 2.5% |
| Nonveteran | 935 | 5.0% | 132 | 1.0% | 2,026 | 5.2% |
| Female: | 10,301 | 55.5% | 5,747 | 44.1% | 19,479 | 50.3% |
| 18 to 64 years: | 8,516 | 45.9% | 5,342 | 41.0% | 15,687 | 40.5% |
| Veteran | 53 | 0.3% | 18 | 0.1% | 13 | 0.0% |
| Nonveteran | 8,463 | 45.6% | 5,324 | 40.8% | 15,674 | 40.5% |
| 65 years and over: | 1,785 | 9.6% | 405 | 3.1% | 3,792 | 9.8% |
| Veteran | 0 | 0.0% | 0 | 0.0% | 24 | 0.1% |
| Nonveteran | 1,785 | 9.6% | 405 | 3.1% | 3,768 | 9.7% |

*East Ramapo Central School District (Spring Valley), New York*

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Veterans in the Civilian Population 18 Years and Over**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

3.4%
1.7%
2.9%

Veteran

3.5%
3.0%
2.5%
2.0%
1.5%
1.0%
0.5%
0.0%

Source: C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | | |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **6,845** | **100.0%** | **4,247** | **100.0%** | **16,909** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 1,018 | 14.9% | 1,109 | 26.1% | 4,509 | 26.7% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 5,827 | 85.1% | 3,138 | 73.9% | 12,400 | 73.3% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

# Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## East Ramapo Central School District (Spring Valley), New York



Source: B22005, RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| **Total:** | **19,479** | **100.0%** | **13,495** | **100.0%** | **41,586** | **100.0%** |
| In labor force: | 14,413 | 74.0% | 10,452 | 77.5% | 23,833 | 57.3% |
| In Armed Forces | 46 | 0.2% | 5 | 0.0% | 8 | 0.0% |
| Civilian: | 13,782 | 70.8% | 10,399 | 77.1% | 22,190 | 53.4% |
| Employed | 12,602 | 64.7% | 9,149 | 67.8% | 21,790 | 52.4% |
| Unemployed | 1,765 | 9.1% | 1,298 | 9.6% | 2,035 | 4.9% |
| Not in labor force | 5,066 | 26.0% | 3,043 | 22.5% | 17,753 | 42.7% |
| Male: | 8,718 | 44.8% | 7,491 | 55.5% | 20,694 | 49.8% |
| 16 to 64 years: | 7,599 | 39.0% | 7,255 | 53.8% | 17,695 | 42.6% |
| In labor force: | 6,366 | 32.7% | 6,579 | 48.8% | 12,621 | 30.3% |
| In Armed Forces | 46 | 0.2% | 5 | 0.0% | 8 | 0.0% |
| Civilian: | 6,320 | 32.4% | 6,574 | 48.7% | 12,613 | 30.3% |
| Employed | 5297 | 27.2% | 5837 | 43.3% | 11622 | 27.9% |
| Unemployed | 1,023 | 5.3% | 737 | 5.5% | 991 | 2.4% |
| Not in labor force | 1,233 | 6.3% | 676 | 5.0% | 5,074 | 12.2% |
| 65 years and over: | 1,119 | 5.7% | 236 | 1.7% | 2,999 | 7.2% |
| In labor force: | 341 | 1.8% | 15 | 0.1% | 900 | 2.2% |
| Employed | 328 | 1.7% | 15 | 0.1% | 822 | 2.0% |
| Unemployed | 13 | 0.1% | 0 | 0.0% | 78 | 0.2% |
| Not in labor force | 778 | 4.0% | 221 | 1.6% | 2,099 | 5.0% |

## East Ramapo Central School District (Spring Valley), New York

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| Female: | 10,761 | 55.2% | 6,004 | 44.5% | 20,892 | 50.2% |
| 16 to 64 years: | 8,976 | 46.1% | 5,599 | 41.5% | 17,100 | 41.1% |
| In labor force: | 7,462 | 38.3% | 3,825 | 28.3% | 9,577 | 23.0% |
| In Armed Forces | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Civilian: | 7,462 | 38.3% | 3,825 | 28.3% | 9,577 | 23.0% |
| Employed | 6,733 | 34.6% | 3,264 | 24.2% | 8,634 | 20.8% |
| Unemployed | 729 | 3.7% | 561 | 4.2% | 943 | 2.3% |
| Not in labor force | 1,514 | 7.8% | 1,774 | 13.1% | 7,523 | 18.1% |
| 65 years and over: | 1,785 | 9.2% | 405 | 3.0% | 3,792 | 9.1% |
| In labor force: | 244 | 1.3% | 33 | 0.2% | 735 | 1.8% |
| Employed | 244 | 1.3% | 33 | 0.2% | 712 | 1.7% |
| Unemployed | 0 | 0.0% | 0 | 0.0% | 23 | 0.1% |
| Not in labor force | 1,541 | 7.9% | 372 | 2.8% | 3,057 | 7.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Employment Status for the Population 16 years and over

## East Ramapo Central School District (Spring Valley), New York



Legend: African American, Latino, Non-Hispanic White

**In labor force:**
- 74.0%
- 77.5%
- 57.3%

**In Armed Forces**
- 0.2%
- 0.0%
- 0.0%

**Employed**
- 64.7%
- 67.8%
- 52.4%

**Unemployed**
- 9.1%
- 9.6%
- 4.9%

**Not in labor force**
- 26.0%
- 22.5%
- 42.7%

Source: C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates



**Unemployment of Working Age Population (Ages 16 to 64)**
**(As a Percent of 16-64 Civilian Labor Force)**

**East Ramapo Central School District (Spring Valley), New York**

Legend: ■ African American ■ Latino ■ Non-Hispanic White

12.8%
12.5%
9.2%

16-64 Unemployment Rate

14.0%
12.0%
10.0%
8.0%
6.0%
4.0%
2.0%
0.0%

Source: C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | 12,602 | 100.0% | 9,149 | 100.0% | 21,790 | 100.0% |
| Management, professional, and related occupations | 4,259 | 33.8% | 1,395 | 15.2% | 10,864 | 49.9% |
| Service occupations | 3,663 | 29.1% | 3,713 | 40.6% | 2,445 | 11.2% |
| Sales and office occupations | 2,473 | 19.6% | 1,567 | 17.1% | 6,243 | 28.7% |
| Natural resources, construction, and maintenance occupations: | 644 | 5.1% | 1,688 | 18.5% | 1,076 | 4.9% |
| Production, transportation, and material moving occupations | 1,563 | 12.4% | 786 | 8.6% | 1,162 | 5.3% |
| Male: | 5,625 | 44.6% | 5,852 | 64.0% | 12,444 | 57.1% |
| Management, business, science, and arts occupations: | 1,640 | 13.0% | 692 | 7.6% | 6,186 | 28.4% |
| Service occupations | 1,044 | 8.3% | 2,106 | 23.0% | 1,117 | 5.1% |
| Sales and office occupations | 1,063 | 8.4% | 751 | 8.2% | 3,005 | 13.8% |
| Natural resources, construction, and maintenance occupations: | 612 | 4.9% | 1,650 | 18.0% | 1,060 | 4.9% |
| Production, transportation, and material moving occupations | 1,266 | 10.0% | 653 | 7.1% | 1,076 | 4.9% |
| Female: | 6,977 | 55.4% | 3,297 | 36.0% | 9,346 | 42.9% |
| Management, professional, and related occupations | 2,619 | 20.8% | 703 | 7.7% | 4,678 | 21.5% |
| Service occupations | 2,619 | 20.8% | 1,607 | 17.6% | 1,328 | 6.1% |
| Sales and office occupations | 1,410 | 11.2% | 816 | 8.9% | 3,238 | 14.9% |
| Natural resources, construction, and maintenance occupations: | 32 | 0.3% | 38 | 0.4% | 16 | 0.1% |
| Production, transportation, and material moving occupations | 297 | 2.4% | 133 | 1.5% | 86 | 0.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



**Occupation for the Civilian Employed 16 Years and Over Population**

**East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Latino
- Non-Hispanic White

Management, professional, and related occupations:
- African American: 33.8%
- Latino: 15.2%
- Non-Hispanic White: 49.9%

Service occupations:
- African American: 29.1%
- Latino: 40.6%
- Non-Hispanic White: 11.2%

Sales and office occupations:
- African American: 19.6%
- Latino: 17.1%
- Non-Hispanic White: 28.7%

Natural resources, construction, and maintenance occupations:
- African American: 5.1%
- Latino: 18.5%
- Non-Hispanic White: 4.9%

Production, transportation, and material moving occupations:
- African American: 12.4%
- Latino: 8.6%
- Non-Hispanic White: 5.3%

Source:   C24010.  SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **6,845** | **100.0%** | **4,247** | **100.0%** | **16,909** | **100.0%** |
| Owner occupied | 4,027 | 58.8% | 1,462 | 34.4% | 9,538 | 56.4% |
| Renter occupied | 2,818 | 41.2% | 2,785 | 65.6% | 7,371 | 43.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.h



**Home Owners and Renters by Household**

**East Ramapo Central School District (Spring Valley), New York**

Legend:
- African American
- Latino
- Non-Hispanic White

Owner occupied:
- 58.8%
- 34.4%
- 56.4%

Renter occupied:
- 41.2%
- 65.6%
- 43.6%

Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B25014. OCCUPANTS PER ROOM - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | **East Ramapo Central School District (Spring Valley), New York** | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **6,845** | **100.0%** | **4,247** | **100.0%** | **16,909** | **100.0%** |
| 1.00 or less occupants per room | 6,233 | 91.1% | 3,081 | 72.5% | 14,183 | 83.9% |
| 1.01 or more occupants per room | 612 | 8.9% | 1,166 | 27.5% | 2,726 | 16.1% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.ht

# More than One Person per Room (Crowding) by Household
# East Ramapo Central School District (Spring Valley), New York



African American    Latino    Non-Hispanic White

8.9%

27.5%

16.1%

1.01 or more occupants per room

30.0%    25.0%    20.0%    15.0%    10.0%    5.0%    0.0%

Source:   B25014, OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B18101. AGE BY DISABILITY STATUS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **24,149** | **100.0%** | **18,893** | **100.0%** | **69,749** | **100.0%** |
| Under 18 years: | 5,747 | 23.8% | 5,912 | 31.3% | 31,555 | 45.2% |
| With a disability | 196 | 0.8% | 98 | 0.5% | 671 | 1.0% |
| No disability | 5,551 | 23.0% | 5,814 | 30.8% | 30,884 | 44.3% |
| 18 to 64 years: | 15,618 | 64.7% | 12,375 | 65.5% | 31,824 | 45.6% |
| With a disability | 1,438 | 6.0% | 590 | 3.1% | 1,685 | 2.4% |
| No disability | 14,180 | 58.7% | 11,785 | 62.4% | 30,139 | 43.2% |
| 65 years and over: | 2,784 | 11.5% | 606 | 3.2% | 6,370 | 9.1% |
| With a disability | 679 | 2.8% | 217 | 1.1% | 1,855 | 2.7% |
| No disability | 2,105 | 8.7% | 389 | 2.1% | 4,515 | 6.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Disability by Age**

**East Ramapo Central School District (Spring Valley), New York**

Legend: African American | Latino | Non-Hispanic White

**65 and over with a disability**
- 24.4%
- 35.8%
- 29.1%

**18 to 64 with a disability**
- 9.2%
- 4.8%
- 5.3%

**Under 18 with a disability**
- 3.4%
- 1.7%
- 2.1%

Axis: 0.0%, 5.0%, 10.0%, 15.0%, 20.0%, 25.0%, 30.0%, 35.0%, 40.0%

Source:   B18101. AGE BY DISABILITY STATUS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

# C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | East Ramapo Central School District (Spring Valley), New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | 24,149 | 100.0% | 18,893 | 100.0% | 69,749 | 100.0% |
| Under 18 years: | 5,747 | 23.8% | 5,912 | 31.3% | 31,555 | 45.2% |
| With health insurance coverage | 5,545 | 23.0% | 5,112 | 27.1% | 30,612 | 43.9% |
| No health insurance coverage | 202 | 0.8% | 800 | 4.2% | 943 | 1.4% |
| 18 to 64 years: | 15,618 | 64.7% | 12,375 | 65.5% | 31,824 | 45.6% |
| With health insurance coverage | 13,525 | 56.0% | 5,202 | 27.5% | 29,002 | 41.6% |
| No health insurance coverage | 2,093 | 8.7% | 7,173 | 38.0% | 2,822 | 4.0% |
| 65 years and over: | 2,784 | 11.5% | 606 | 3.2% | 6,370 | 9.1% |
| With health insurance coverage | 2,737 | 11.3% | 549 | 2.9% | 6,339 | 9.1% |
| No health insurance coverage | 47 | 0.2% | 57 | 0.3% | 31 | 0.0% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



Lack of Health Insurance Coverage by Age

East Ramapo Central School District (Spring Valley), New York

Source: C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

# EXHIBIT E-2

# Selected Socio-Economic Data

## New York

**Single-Race African Americans and Latinos vis-à-vis Non-Hispanic Whites**

**Data Set: 2011-2015 American Community Survey 5-Year Estimates**

**C02003.DETAILED RACE - Universe: TOTAL POPULATION**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **19,673,174** | ***** | **100.0%** |
| Population of one race: | 19,112,295 | 8,910 | 97.1% |
| White | 12,704,637 | 16,077 | 64.6% |
| Black or African American | 3,070,392 | 8,048 | 15.6% |
| American Indian and Alaska Native | 74,793 | 2,990 | 0.4% |
| Asian alone | 1,570,223 | 3,844 | 8.0% |
| Native Hawaiian and Other Pacific Islander | 6,485 | 624 | 0.0% |
| Some other race | 1,685,765 | 18,762 | 8.6% |
| Population of two or more races: | 560,879 | 8,910 | 2.9% |
| Two races including Some other race | 153,078 | 5,067 | 0.8% |
| Two races excluding Some other race, and three or more races | 407,801 | 7,409 | 2.1% |
| Population of two races: | 516,276 | 8,152 | 2.6% |
| White; Black or African American | 154,266 | 4,547 | 0.8% |
| White; American Indian and Alaska Native | 56,087 | 2,338 | 0.3% |
| White; Asian | 98,862 | 3,327 | 0.5% |
| Black or African American; American Indian and Alaska Native | 22,691 | 1,415 | 0.1% |
| All other two race combinations | 184,370 | 5,182 | 0.9% |
| Population of three races | 40,524 | 2,138 | 0.2% |
| Population of four or more races | 4,079 | 933 | 0.0% |

Note: Hispanics may be of any race. See Table B03002 and chart.

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



**Population by Race**

**New York**

White 64.6%
Black or African American 15.6%
American Indian and Alaska Native 0.4%
Asian alone 8.0%
Native Hawaiian and Other Pacific Islander 0.0%
Some other race 8.6%
Population of two or more races: 2.9%

Source:  C02003.DETAILED RACE - Universe:  TOTAL POPULATION
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | 19,673,174 | ***** | **100.0%** |
| Not Hispanic or Latino: | 16,053,516 | ***** | 81.6% |
| White alone | 11,170,518 | 2,241 | 56.8% |
| Black or African American alone | 2,831,813 | 4,764 | 14.4% |
| American Indian and Alaska Native alone | 46,324 | 1,313 | 0.2% |
| Asian alone | 1,558,536 | 3,727 | 7.9% |
| Native Hawaiian and Other Pacific Islander alone | 4,756 | 530 | 0.0% |
| Some other race alone | 101,300 | 3,689 | 0.5% |
| Two or more races: | 340,269 | 5,948 | 1.7% |
| Two races including Some other race | 37,363 | 2,245 | 0.2% |
| Two races excluding Some other race, and three or more races | 302,906 | 5,849 | 1.5% |
| Hispanic or Latino | 3,619,658 | ***** | 18.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



**Non-Hispanic by Race and Hispanic Population**

**New York**

- White alone: 56.8%
- Black or African American alone: 14.4%
- American Indian and Alaska Native alone: 0.2%
- Asian alone: 7.9%
- Native Hawaiian and Other Pacific Islander alone: 0.0%
- Some other race alone: 0.5%
- Two or more races:: 1.7%
- Hispanic or Latino: 18.4%

Source: B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | New York | | |
| --- | --- | --- | --- |
|  | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 3,619,658 | ***** | **100.0%** |
| White alone | 1,534,119 | 15,610 | 42.4% |
| Black or African American alone | 238,579 | 6,471 | 6.6% |
| American Indian and Alaska Native alone | 28,469 | 2,536 | 0.8% |
| Asian alone | 11,687 | 1,120 | 0.3% |
| Native Hawaiian and Other Pacific Islander alone | 1,729 | 469 | 0.0% |
| Some other race alone | 1,584,465 | 17,968 | 43.8% |
| Two or more races: | 220,610 | 6,657 | 6.1% |
| Two races including Some other race | 115,715 | 4,166 | 3.2% |
| Two races excluding Some other race, and three or more races | 104,895 | 4,583 | 2.9% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm



# Hispanic or Latino Origin by Race

## New York

Source: B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B01001. SEX BY AGE**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **3,070,392** | **100.0%** | **3,619,658** | **100.0%** | **11,170,518** | **100.0%** |
| Under 18 years | 732,123 | 23.8% | 1,003,408 | 27.7% | 2,097,866 | 18.8% |
| 18 to 64 years | 1,988,276 | 64.8% | 2,325,672 | 64.3% | 7,064,360 | 63.2% |
| 65 years and over | 349,993 | 11.4% | 290,578 | 8.0% | 2,008,292 | 18.0% |
| Male: | 1,420,800 | 46.3% | 1,787,411 | 49.4% | 5,457,644 | 48.9% |
| Under 18 years | 369717 | 12.0% | 512773 | 14.2% | 1,077,028 | 9.6% |
| 18 to 64 years | 921,200 | 30.0% | 1,159,610 | 32.0% | 3,514,829 | 31.5% |
| 65 years and over | 129,883 | 4.2% | 115,028 | 3.2% | 865,787 | 7.8% |
| Female: | 1,649,592 | 53.7% | 1,832,247 | 50.6% | 5,712,874 | 51.1% |
| Under 18 years | 362,406 | 11.8% | 490,635 | 13.6% | 1,020,838 | 9.1% |
| 18 to 64 years | 1,067,076 | 34.8% | 1,166,062 | 32.2% | 3,549,531 | 31.8% |
| 65 years and over | 220,110 | 7.2% | 175,550 | 4.8% | 1,142,505 | 10.2% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see http://www.census.gov/acs/www/UseData/index.htm



**Population by Age**

**New York**

Source: B01001. SEX BY AGE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B05003. SEX BY AGE BY CITIZENSHIP STATUS**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total by Age | Latino | % of Latino Total by Age | White, Not Hispanic | % of NHW Total by Age |
| Total: | 3,070,392 | 100.0% | 3,619,658 | 100.0% | 11,170,518 | 100.0% |
| **Under 18 years:** | 732,123 | 100.0% | 1,003,408 | 100.0% | 2,097,866 | 100.0% |
| Native | 690,767 | 94.4% | 928,668 | 92.6% | 2,062,850 | 98.3% |
| Foreign born: | 41,356 | 5.6% | 74,740 | 7.4% | 35,016 | 1.7% |
| Naturalized U.S. citizen | 11,858 | 1.6% | 14,927 | 1.5% | 11,949 | 0.6% |
| Not a U.S. citizen | 29,498 | 4.0% | 59,813 | 6.0% | 23,067 | 1.1% |
| **18 years and over:** | 2,338,269 | 100.0% | 2,616,250 | 100.0% | 9,072,652 | 100.0% |
| Native | 1,526,136 | 65.3% | 1,285,441 | 49.1% | 8,104,908 | 89.3% |
| Foreign born: | 812,133 | 34.7% | 1,330,809 | 50.9% | 967,744 | 10.7% |
| Naturalized U.S. citizen | 504,491 | 21.6% | 546,162 | 20.9% | 645,135 | 7.1% |
| Not a U.S. citizen | 307,642 | 13.2% | 784,647 | 30.0% | 322,609 | 3.6% |
| **Male:** | 1,420,800 | 46.3% | 1,787,411 | 49.4% | 5,457,644 | 48.9% |
| **Under 18 years:** | 369717 | 100.0% | 512773 | 100.0% | 1077028 | 100.0% |
| Native | 349,635 | 94.6% | 473,555 | 92.4% | 1,059,371 | 98.4% |
| Foreign born: | 20,082 | 5.4% | 39,218 | 7.6% | 17,657 | 1.6% |
| Naturalized U.S. citizen | 5,834 | 1.6% | 7,119 | 1.4% | 6,229 | 0.6% |
| Not a U.S. citizen | 14,248 | 3.9% | 32,099 | 6.3% | 11,428 | 1.1% |
| **18 years and over:** | 1,051,083 | 100.0% | 1,274,638 | 100.0% | 4,380,616 | 100.0% |
| Native | 697,394 | 66.4% | 620,222 | 48.7% | 3,922,098 | 89.5% |
| Foreign born: | 353,689 | 33.6% | 654,416 | 51.3% | 458,518 | 10.5% |
| Naturalized U.S. citizen | 209,728 | 20.0% | 235,115 | 18.4% | 300,101 | 6.9% |
| Not a U.S. citizen | 143,961 | 13.7% | 419,301 | 32.9% | 158,417 | 3.6% |

**New York**

| | African American | % of AA by Age | Latino | % of Latino by Age | White, Not Hispanic | % of NHW by Age |
|---|---|---|---|---|---|---|
| **Female:** | 1,649,592 | 53.7% | 1,832,247 | 50.6% | 5,712,874 | 51.1% |
| **Under 18 years:** | **362,406** | **100.0%** | **490,635** | **100.0%** | **1,020,838** | **100.0%** |
| Native | 341,132 | 94.1% | 455,113 | 92.8% | 1,003,479 | 98.3% |
| Foreign born: | 21,274 | 5.9% | 35,522 | 7.2% | 17,359 | 1.7% |
| Naturalized U.S. citizen | 6,024 | 1.7% | 7,808 | 1.6% | 5,720 | 0.6% |
| Not a U.S. citizen | 15,250 | 4.2% | 27,714 | 5.6% | 11,639 | 1.1% |
| **18 years and over:** | **1,287,186** | **100.0%** | **1,341,612** | **100.0%** | **4,692,036** | **100.0%** |
| Native | 828,742 | 64.4% | 665,219 | 49.6% | 4,182,810 | 89.1% |
| Foreign born: | 458,444 | 35.6% | 676,393 | 50.4% | 509,226 | 10.9% |
| Naturalized U.S. citizen | 294,763 | 22.9% | 311,047 | 23.2% | 345,034 | 7.4% |
| Not a U.S. citizen | 163,681 | 12.7% | 365,346 | 27.2% | 164,192 | 3.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Citizenship Status of Voting Age Population (18 and Over)**

**New York**

Legend: African American | Latino | Non-Hispanic White

**Native**
- 65.3%
- 49.1%
- 89.3%

**Foreign born:**
- 34.7%
- 50.9%
- 10.7%

**Naturalized U.S. citizen**
- 21.6%
- 20.9%
- 7.1%

**Not a U.S. citizen**
- 13.2%
- 30.0%
- 3.6%

Source: B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | New York | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **3,035,265** | **100.0%** | **3,562,374** | **100.0%** | **11,065,878** | **100.0%** |
| Same house 1 year ago | 2,701,980 | 89.0% | 3,159,455 | 88.7% | 9,927,700 | 89.7% |
| Moved within same county | 200,994 | 6.6% | 248,252 | 7.0% | 656,928 | 5.9% |
| Moved from different county within same state | 85,142 | 2.8% | 82,862 | 2.3% | 262,342 | 2.4% |
| Moved from different state | 29,156 | 1.0% | 34,731 | 1.0% | 166,829 | 1.5% |
| Moved from abroad | 17,993 | 0.6% | 37,074 | 1.0% | 52,079 | 0.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Geographical Mobility in the Past Year (Population 1 Year and Over)**

**New York**

Legend:
- African American
- Latino
- Non-Hispanic White

Same house 1 year ago
- 89.0%
- 88.7%
- 89.7%

Moved within same county
- 6.6%
- 7.0%
- 5.9%

Moved from different county within same state
- 2.8%
- 2.3%
- 2.4%

Moved from different state
- 1.0%
- 1.0%
- 1.5%

Moved from abroad
- 0.6%
- 1.0%
- 0.5%

Source: B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN
THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | | |
|---|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 1257356 | **100.0%** | 1532818 | **100.0%** | 5445969 | **100.0%** |
| Car, truck, or van - drove alone | 469754 | 37.4% | 507377 | 33.1% | 3558691 | 65.3% |
| Car, truck, or van - carpooled | 70378 | 5.6% | 119993 | 7.8% | 347293 | 6.4% |
| Public transportation (excluding taxicab) | 596432 | 47.4% | 687545 | 44.9% | 894856 | 16.4% |
| Walked | 65817 | 5.2% | 134490 | 8.8% | 299012 | 5.5% |
| Taxicab, motorcycle, bicycle, or other means | 21669 | 1.7% | 37339 | 2.4% | 95731 | 1.8% |
| Worked at home | 33306 | 2.6% | 46074 | 3.0% | 250386 | 4.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



**Means of Transportation to Work (Workers 16 Years and Over)**

**New York**

Legend:
- African American
- Latino
- Non-Hispanic White

**Car, truck, or van - drove alone**
- 37.4%
- 33.1%
- 65.3%

**Car, truck, or van - carpooled**
- 5.6%
- 7.8%
- 6.4%

**Public transportation (excluding taxicab)**
- 47.4%
- 44.9%
- 16.4%

**Walked**
- 5.2%
- 8.8%
- 5.5%

**Taxicab, motorcycle, bicycle, or other means**
- 1.7%
- 2.4%
- 1.8%

**Worked at home**
- 2.6%
- 3.0%
- 4.6%

Source: B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | New York | | | | | | |
|---|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 2905635 | **100.0%** | 3388286 | **100.0%** | 11125241 | **100.0%** |
| In family households | 2443362 | 84.1% | 2972398 | 87.7% | 8870033 | 79.7% |
| In nonfamily households | 462273 | 15.9% | 415888 | 12.3% | 2255208 | 20.3% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Household Type for Population in Households**

**New York**

Legend: Afrrican American, Latino, Non-Hispanic White

In family households: 84.1%, 87.7%, 79.7%

In nonfamily households: 15.9%, 12.3%, 20.3%

Source: B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | | New York | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **2,472,342** | **100.0%** | **2,777,205** | **100.0%** | **9,456,517** | **100.0%** |
| Never married | 1,289,665 | 52.2% | 1,314,825 | 47.3% | 3,048,110 | 32.2% |
| Now married (except separated) | 693,537 | 28.1% | 987,558 | 35.6% | 4,703,474 | 49.7% |
| Separated | 116,179 | 4.7% | 126,175 | 4.5% | 165,673 | 1.8% |
| Widowed | 144,127 | 5.8% | 106,718 | 3.8% | 667,113 | 7.1% |
| Divorced | 228,834 | 9.3% | 241,929 | 8.7% | 872,147 | 9.2% |
| **Male:** | **1,119,454** | **45.3%** | **1,356,981** | **48.9%** | **4,578,011** | **48.4%** |
| Never married | 601,315 | 24.3% | 693,916 | 25.0% | 1,618,640 | 17.1% |
| Now married (except separated) | 361,590 | 14.6% | 511,364 | 18.4% | 2,384,005 | 25.2% |
| Separated | 43,867 | 1.8% | 42,404 | 1.5% | 71,253 | 0.8% |
| Widowed | 28,936 | 1.2% | 20,827 | 0.7% | 140,193 | 1.5% |
| Divorced | 83,746 | 3.4% | 88,470 | 3.2% | 363,920 | 3.8% |
| **Female:** | **1,352,888** | **54.7%** | **1,420,224** | **51.1%** | **4,878,506** | **51.6%** |
| Never married | 688,350 | 27.8% | 620,909 | 22.4% | 1,429,470 | 15.1% |
| Now married (except separated) | 331,947 | 13.4% | 476,194 | 17.1% | 2,319,469 | 24.5% |
| Separated | 72,312 | 2.9% | 83,771 | 3.0% | 94,420 | 1.0% |
| Widowed | 115,191 | 4.7% | 85,891 | 3.1% | 526,920 | 5.6% |
| Divorced | 145,088 | 5.9% | 153,459 | 5.5% | 508,227 | 5.4% |

Source: U.S. Census Bureau, 2011-2015 American Community

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Marital Status for the Population 15 Years and Over**

**New York**

Source:   B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**New York**

|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **1,983,420** | **100.0%** | **2,183,011** | **100.0%** | **8,069,142** | **100.0%** |
| Less than high school diploma | 355,243 | 17.9% | 721,850 | 33.1% | 610,754 | 7.6% |
| High school graduate, GED, or alternative | 608,412 | 30.7% | 595,427 | 27.3% | 2,167,093 | 26.9% |
| Some college or associate's degree | 581,391 | 29.3% | 491,288 | 22.5% | 2,060,480 | 25.5% |
| Bachelor's degree or higher | 438,374 | 22.1% | 374,446 | 17.2% | 3,230,815 | 40.0% |
| Male: | 874,593 | 44.1% | 1,050,658 | 48.1% | 3,874,008 | 48.0% |
| Less than high school diploma | 163,878 | 8.3% | 357,230 | 16.4% | 305,448 | 3.8% |
| High school graduate, GED, or alternative | 292,034 | 14.7% | 308,614 | 14.1% | 1,033,049 | 12.8% |
| Some college or associate's degree | 250,065 | 12.6% | 226,687 | 10.4% | 986,741 | 12.2% |
| Bachelor's degree or higher | 168,616 | 8.5% | 158,127 | 7.2% | 1,548,770 | 19.2% |
| Female: | 1,108,827 | 55.9% | 1,132,353 | 51.9% | 4,195,134 | 52.0% |
| Less than high school diploma | 191,365 | 9.6% | 364,620 | 16.7% | 305,306 | 3.8% |
| High school graduate, GED, or alternative | 316,378 | 16.0% | 286,813 | 13.1% | 1,134,044 | 14.1% |
| Some college or associate's degree | 331,326 | 16.7% | 264,601 | 12.1% | 1,073,739 | 13.3% |
| Bachelor's degree or higher | 269,758 | 13.6% | 216,319 | 9.9% | 1,682,045 | 20.8% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Educational Attainment for the Population 25 Years and Older

## New York



Source: C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | New York Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **2,872,317** | **100.0%** | **3,314,930** | **100.0%** | **10,624,865** | **100.0%** |
| Speak only English | 2,353,154 | 81.9% | 692,445 | 20.9% | 9,285,403 | 87.4% |
| Speak another language | 519,163 | 18.1% | 2,622,485 | 79.1% | 1,339,462 | 12.6% |
| Speak English "very well" | 332,768 | 11.6% | 1,408,899 | 42.5% | 867,163 | 8.2% |
| Speak English "less than very well" | 186,395 | 6.5% | 1,213,586 | 36.6% | 472,299 | 4.4% |
| Native: | 2,022,701 | 70.4% | 1,916,342 | 57.8% | 9,626,246 | 90.6% |
| Speak only English | 1,835,147 | 63.9% | 622,109 | 18.8% | 9,019,469 | 84.9% |
| Speak another language | 187,554 | 6.5% | 1,294,233 | 39.0% | 606,777 | 5.7% |
| Speak English "very well" | 159,487 | 5.6% | 1,027,555 | 31.0% | 496,014 | 4.7% |
| Speak English "less than very well" | 28,067 | 1.0% | 266,678 | 8.0% | 110,763 | 1.0% |
| Foreign born: | 849,616 | 29.6% | 1,398,588 | 42.2% | 998,619 | 9.4% |
| Speak only English | 518,007 | 18.0% | 70,336 | 2.1% | 265,934 | 2.5% |
| Speak another language | 331,609 | 11.5% | 1,328,252 | 40.1% | 732,685 | 6.9% |
| Speak English "very well" | 173,281 | 6.0% | 381,344 | 11.5% | 371,149 | 3.5% |
| Speak English "less than very well" | 158,328 | 5.5% | 946,908 | 28.6% | 361,536 | 3.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Speak English "Less than Very Well" (Population 5 Years and Over)

## New York



Legend:
- African American
- Latino
- Non-Hispanic White

6.5%

36.6%

4.4%

Speak English "less than very well"

Source: B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **673,453** | **100.0%** | **764,731** | **100.0%** | **2,803,799** | **100.0%** |
| Income in the past 12 months below poverty level: | 133,244 | 19.8% | 183,613 | 24.0% | 183,124 | 6.5% |
| Married-couple family: | 20,259 | 3.0% | 49,244 | 6.4% | 85,963 | 3.1% |
| With related children under 18 years | 13,169 | 2.0% | 35,427 | 4.6% | 50,616 | 1.8% |
| Other family: | 112,985 | 16.8% | 134,369 | 17.6% | 97,161 | 3.5% |
| Male householder, no wife present | 14,299 | 2.1% | 18,661 | 2.4% | 18,731 | 0.7% |
| With related children under 18 years | 9,805 | 1.5% | 14,222 | 1.9% | 13,267 | 0.5% |
| Female householder, no husband present | 98,686 | 14.7% | 115,708 | 15.1% | 78,430 | 2.8% |
| With related children under 18 years | 80,474 | 11.9% | 95,418 | 12.5% | 64,848 | 2.3% |
| level: | 540,209 | 80.2% | 581,118 | 76.0% | 2,620,675 | 93.5% |
| Married-couple family: | 248,533 | 36.9% | 333,082 | 43.6% | 2,142,862 | 76.4% |
| With related children under 18 years | 122,172 | 18.1% | 188,169 | 24.6% | 823,925 | 29.4% |
| Other family: | 291,676 | 43.3% | 248,036 | 32.4% | 477,813 | 17.0% |
| Male householder, no wife present | 57,922 | 8.6% | 74,925 | 9.8% | 149,608 | 5.3% |
| With related children under 18 years | 26,004 | 3.9% | 38,410 | 5.0% | 66,872 | 2.4% |
| Female householder, no husband present | 233,754 | 34.7% | 173,111 | 22.6% | 328,205 | 11.7% |
| With related children under 18 years | 128,802 | 19.1% | 100,390 | 13.1% | 153,142 | 5.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Family Households Below Poverty in the Past 12 Months**

**New York**

Legend: African American | Latino | Non-Hispanic White

- 19.8%
- 24.0%
- 6.5%

Income in the past 12 months below poverty level:

25.0%
20.0%
15.0%
10.0%
5.0%
0.0%

Source: B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2015 American Community Survey 5-Year Estimates



**Female-headed Households with Related Children Below Poverty in the Past 12 Months**

**New York**

Legend: African American ■ Latino ■ Non-Hispanic White ■

38.5%
48.7%
29.7%

With related children under 18 years below poverty

50.0%
45.0%
40.0%
35.0%
30.0%
25.0%
20.0%
15.0%
10.0%
5.0%
0.0%

Source: B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | New York | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA By Age | Latino | % of Latino Total | White, Not Hispanic | % of NHW By Age |
| **Total:** | **2,960,574** | **100.0%** | **3,541,633** | **100.0%** | **10,887,519** | **100.0%** |
| Income in the past 12 months below poverty level: | 691,900 | 23.4% | 917,179 | 25.9% | 1,093,870 | 10.0% |
| **Under 18 years** | 603,110 | 24.4% | 812,429 | 26.0% | 889,874 | 10.9% |
| 18 to 64 years | 62,530 | 17.6% | 72,223 | 23.5% | 121,695 | 6.8% |
| **65 years and over** | 26,260 | 19.5% | 32,527 | 29.3% | 82,301 | 9.2% |
| Income in the past 12 months at or above poverty | 2,268,674 | 76.6% | 2,624,454 | 74.1% | 9,793,649 | 90.0% |
| **Under 18 years** | 1,868,076 | 75.6% | 2,311,012 | 74.0% | 7,302,912 | 89.1% |
| 18 to 64 years | 291,892 | 82.4% | 234,924 | 76.5% | 1,677,277 | 93.2% |
| **65 years and over** | 108,706 | 80.5% | 78,518 | 70.7% | 813,460 | 90.8% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Population Below Poverty in the Past 12 Months**

**New York**

Legend: African American | Latino | Non-Hispanic White

**Income in the past 12 months below poverty level:**

Income in the past 12 months below poverty level:
- 23.4%
- 25.9%
- 10.0%

Under 18 years:
- 24.4%
- 26.0%
- 10.9%

18 to 64 years:
- 17.6%
- 23.5%
- 6.8%

65 years and over:
- 19.5%
- 29.3%
- 9.2%

Source: B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMI
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | African American | % of AA Total | **New York** Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **1,065,864** | **100.0%** | **1,074,796** | **100.0%** | **4,579,652** | **100.0%** |
| Less than $ 10,000 | 146,125 | 13.7% | 139,045 | 12.9% | 240,390 | 5.2% |
| $ 10,000 to $ 14,999 | 79,045 | 7.4% | 82,536 | 7.7% | 193,589 | 4.2% |
| **$ 15,000 to $ 24,999** | 126,778 | 11.9% | 141,060 | 13.1% | 395,608 | 8.6% |
| **$ 25,000 to $ 34,999** | 111,531 | 10.5% | 115,804 | 10.8% | 370,266 | 8.1% |
| **$ 35,000 to $ 49,999** | 139,666 | 13.1% | 140,537 | 13.1% | 512,689 | 11.2% |
| **$ 50,000 to $ 74,999** | 170,212 | 16.0% | 171,403 | 15.9% | 764,893 | 16.7% |
| $ 75,000 to $ 99,999 | 111,324 | 10.4% | 105,605 | 9.8% | 582,959 | 12.7% |
| **$ 100,000 to $ 149,999** | 112,615 | 10.6% | 107,229 | 10.0% | 740,498 | 16.2% |
| $ 150,000 to $ 199,999 | 42,273 | 4.0% | 40,671 | 3.8% | 344,679 | 7.5% |
| $ 200,000 or more | 26,295 | 2.5% | 30,906 | 2.9% | 434,081 | 9.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



# Household Income in the Past 12 Months

## New York

Source: B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median household income in the past 12 months (in 201 | $ 41,615 | $ 40,824 | $ 68,221 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see http://www.census.gov/acs/www/UseData/index.htm



Median Household Income in the Past 12 Months

New York

African American    Latino    Non-Hispanic White

$68,221

$40,824

$41,615

Median household income in the past 12 months (in 2015 inflation-adjusted dollars)

$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-

Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | | | New York | | | | |
|---|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **673,453** | **100.0%** | **673,453** | **100.0%** | **2,803,799** | **100.0%** |
| Less than $ 10,000 | 66,125 | 9.8% | 66,125 | 9.8% | 72,846 | 2.6% |
| $ 10,000 to $ 14,999 | 33,936 | 5.0% | 33,936 | 5.0% | 58,571 | 2.1% |
| $ 15,000 to $ 24,999 | 69,463 | 10.3% | 69,463 | 10.3% | 143,287 | 5.1% |
| $ 25,000 to $ 34,999 | 68,168 | 10.1% | 68,168 | 10.1% | 174,239 | 6.2% |
| $ 35,000 to $ 49,999 | 90,393 | 13.4% | 90,393 | 13.4% | 278,299 | 9.9% |
| $ 50,000 to $ 74,999 | 117,516 | 17.4% | 117,516 | 17.4% | 474,660 | 16.9% |
| $ 100,000 to $ 149,999 | 89,215 | 13.2% | 89,215 | 13.2% | 567,745 | 20.2% |
| $ 150,000 to $ 199,999 | 35,106 | 5.2% | 35,106 | 5.2% | 277,064 | 9.9% |
| $ 200,000 or more | 21,170 | 3.1% | 21,170 | 3.1% | 351,645 | 12.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Family Income in the Past 12 Months**

**New York**

Source: B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median family income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 51,442 | $ 43,693 | $ 86,512 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



Median Family Income in the Past 12 Months

New York

Legend: African American | Latino | Non-Hispanic White

$86,512
$43,693
$51,442

Median family income in the past 12 months (in 2015 inflation-adjusted dollars)

Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median nonfamily household income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 25,937 | $ 23,900 | $ 41,220 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

# Median Non-Family Income in the Past 12 Months

## New York



Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Per capita income in the past 12 months (in 2015 inflation-adjusted dollars) | $ 21,942 | $ 18,967 | $ 41,405 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Per capita Income in the Past 12 Months**

**New York**

Legend: African American | Latino | Non-Hispanc-White

- $41,405
- $18,967
- $21,942

Axis labels: $-, $5,000, $10,000, $15,000, $20,000, $25,000, $30,000, $35,000, $40,000, $45,000

Per capita income in the past 12 months (in 2015 inflation-adjusted dollars)

Source: B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | |
| --- | --- | --- | --- |
| | African American | Latino | White, Not Hispanic |
| inflation-adjusted dollars) -- | | | |
| Total: | $ 30,778 | $ 24,584 | $ 40,386 |
| Male -- | | | |
| Total | $ 31,256 | $ 26,661 | $ 47,539 |
| Worked full-time, year-round in the past 12 months | $ 42,087 | $ 35,008 | $ 61,751 |
| Other | $ 10,632 | $ 11,653 | $ 12,427 |
| Female -- | | | |
| Total | $ 30,370 | $ 21,451 | $ 32,589 |
| Worked full-time, year-round in the past 12 months | $ 40,808 | $ 34,299 | $ 50,031 |
| Other | $ 10,916 | $ 10,407 | $ 12,066 |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



# Median earnings in the Past 12 Months (16 Years and Over with Earnings)

## New York

Legend:
- African American
- Latino
- Non-Hispanic White

- African American: $30,778
- Latino: $24,584
- Non-Hispanic White: $40,386

Worked full-time, year-round in the past 12 months

Y-axis values: $-, $5,000, $10,000, $15,000, $20,000, $25,000, $30,000, $35,000, $40,000, $45,000

Source: B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2015 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | New York Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **2,428,518** | **100.0%** | **2,724,559** | **100.0%** | **9,330,540** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 922,720 | 38.0% | 1,097,379 | 40.3% | 3,890,403 | 41.7% |
| No earnings | 4 | 0.0% | 12 | 0.0% | 363 | 0.0% |
| With earnings: | 922,716 | 38.0% | 1,097,367 | 40.3% | 3,890,040 | 41.7% |
| $ 1 to $ 9,999 or loss | 19,689 | 0.8% | 31,405 | 1.2% | 52,926 | 0.6% |
| $ 10,000 to $ 19,999 | 89,763 | 3.7% | 196,040 | 7.2% | 210,032 | 2.3% |
| $ 20,000 to $ 29,999 | 150,255 | 6.2% | 228,317 | 8.4% | 415,616 | 4.5% |
| $ 30,000 to $ 49,999 | 305,151 | 12.6% | 311,045 | 11.4% | 973,407 | 10.4% |
| $ 50,000 to $ 74,999 | 201,017 | 8.3% | 182,320 | 6.7% | 926,189 | 9.9% |
| $ 75,000 or more | 156,841 | 6.5% | 148,240 | 5.4% | 1,311,870 | 14.1% |
| Other: | 1,505,798 | 62.0% | 1,627,180 | 59.7% | 5,440,137 | 58.3% |
| No earnings | 980,195 | 40.4% | 997,710 | 36.6% | 3,172,793 | 34.0% |
| With earnings: less than full time, year-round | 525,603 | 21.6% | 629,470 | 23.1% | 2,267,344 | 24.3% |
| **Male:** | 1,097,792 | 45.2% | 1,330,049 | 48.8% | 4,512,741 | 48.4% |
| Worked full-time, year-round in the past 12 months: | 425,954 | 17.5% | 647,653 | 23.8% | 2,214,642 | 23.7% |
| No earnings | 4 | 0.0% | 0 | 0.0% | 167 | 0.0% |
| With earnings: | 425,950 | 17.5% | 647,653 | 23.8% | 2,214,475 | 23.7% |
| $ 1 to $ 9,999 or loss | 8,632 | 0.4% | 14,526 | 0.5% | 27,495 | 0.3% |
| $ 10,000 to $ 19,999 | 40,888 | 1.7% | 110,741 | 4.1% | 100,227 | 1.1% |
| $ 20,000 to $ 29,999 | 69,973 | 2.9% | 141,041 | 5.2% | 195,961 | 2.1% |
| $ 30,000 to $ 49,999 | 131,200 | 5.4% | 180,093 | 6.6% | 491,437 | 5.3% |
| $ 50,000 to $ 74,999 | 95,801 | 3.9% | 108,992 | 4.0% | 522,858 | 5.6% |
| $ 75,000 or more | 79,456 | 3.3% | 92,260 | 3.4% | 876,497 | 9.4% |

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **New York** | | | | | | |
| Other: | 671,838 | 27.7% | 682,396 | 25.0% | 2,298,099 | 24.6% |
| No earnings | 439,257 | 18.1% | 392,862 | 14.4% | 1,311,237 | 14.1% |
| With earnings: | 232,581 | 9.6% | 289,534 | 10.6% | 986,862 | 10.6% |
| Female: | 1,330,726 | 54.8% | 1,394,510 | 51.2% | 4,817,799 | 51.6% |
| Worked full-time, year-round in the past 12 months: | 496,766 | 20.5% | 449,726 | 16.5% | 1,675,761 | 18.0% |
| No earnings | 0 | 0.0% | 12 | 0.0% | 196 | 0.0% |
| With earnings: | 496,766 | 20.5% | 449,714 | 16.5% | 1,675,565 | 18.0% |
| $ 1 to $ 9,999 or loss | 11,057 | 0.5% | 16,879 | 0.6% | 25,431 | 0.3% |
| $ 10,000 to $ 19,999 | 48,875 | 2.0% | 85,299 | 3.1% | 109,805 | 1.2% |
| $ 20,000 to $ 29,999 | 80,282 | 3.3% | 87,276 | 3.2% | 219,655 | 2.4% |
| $ 30,000 to $ 49,999 | 173,951 | 7.2% | 130,952 | 4.8% | 481,970 | 5.2% |
| $ 50,000 to $ 74,999 | 105,216 | 4.3% | 73,328 | 2.7% | 403,331 | 4.3% |
| $ 75,000 or more | 77,385 | 3.2% | 55,980 | 2.1% | 435,373 | 4.7% |
| Other: | 833,960 | 34.3% | 944,784 | 34.7% | 3,142,038 | 33.7% |
| No earnings | 540,938 | 22.3% | 604,848 | 22.2% | 1,861,556 | 20.0% |
| With earnings: | 293,022 | 12.1% | 339,936 | 12.5% | 1,280,482 | 13.7% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



**Employment and Earnings in in the Past 12 Months (16 Years and Over)**

**New York**

Legend: African American · Latino · Non-Hispanic White

Worked full-time, year-round in the past 12 months:
- 38.0%
- 40.3%
- 41.7%

No earnings
- 40.4%
- 36.6%
- 34.0%

With earnings: less than full time, year-round
- 21.6%
- 23.1%
- 24.3%

Source:   B20005.  SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS
(IN 2015 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **2,335,613** | **100.0%** | **2,612,604** | **100.0%** | **9,056,838** | **100.0%** |
| Veteran | 89,220 | 3.8% | 57,847 | 2.2% | 664,140 | 7.3% |
| Nonveteran | 2,246,393 | 96.2% | 2,554,757 | 97.8% | 8,392,698 | 92.7% |
| Male: | 1,048,921 | 44.9% | 1,271,392 | 48.7% | 4,366,339 | 48.2% |
| 18 to 64 years: | 919,038 | 39.3% | 1,156,364 | 44.3% | 3,500,552 | 38.7% |
| Veteran | 48,465 | 2.1% | 36,421 | 1.4% | 246,775 | 2.7% |
| Nonveteran | 870,573 | 37.3% | 1,119,943 | 42.9% | 3,253,777 | 35.9% |
| 65 years and over: | 129,883 | 5.6% | 115,028 | 4.4% | 865,787 | 9.6% |
| Veteran | 30288 | 1.3% | 16174 | 0.6% | 383842 | 4.2% |
| Nonveteran | 99,595 | 4.3% | 98,854 | 3.8% | 481,945 | 5.3% |
| Female: | 1,286,692 | 55.1% | 1,341,212 | 51.3% | 4,690,499 | 51.8% |
| 18 to 64 years: | 1,066,582 | 45.7% | 1,165,662 | 44.6% | 3,547,994 | 39.2% |
| Veteran | 9,605 | 0.4% | 4,722 | 0.2% | 24,496 | 0.3% |
| Nonveteran | 1,056,977 | 45.3% | 1,160,940 | 44.4% | 3,523,498 | 38.9% |
| 65 years and over: | 220,110 | 9.4% | 175,550 | 6.7% | 1,142,505 | 12.6% |
| Veteran | 862 | 0.0% | 530 | 0.0% | 9,027 | 0.1% |
| Nonveteran | 219,248 | 9.4% | 175,020 | 6.7% | 1,133,478 | 12.5% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Veterans in the Civilian Population 18 Years and Over**

**New York**

Legend: African American | Latino | Non-Hispanic White

Non-Hispanic White: 7.3%
Latino: 2.2%
African American: 3.8%

Y-axis: 8.0%, 7.0%, 6.0%, 5.0%, 4.0%, 3.0%, 2.0%, 1.0%, 0.0%

Category: Veteran

Source:   C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | New York | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,065,864** | **100.0%** | **1,074,796** | **100.0%** | **4,579,652** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 303,367 | 28.5% | 347,437 | 32.3% | 405,894 | 8.9% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 762,497 | 71.5% | 727,359 | 67.7% | 4,173,758 | 91.1% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

# Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## New York



**Legend:** African American | Latino | Non-Hispanic White

- African American: 28.5%
- Latino: 32.3%
- Non-Hispanic White: 8.9%

HH received Food Stamps/SNAP in the past 12 months

Source:   B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

### New York

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **2,428,518** | **100.0%** | **2,724,559** | **100.0%** | **9,330,540** | **100.0%** |
| In labor force: | 1,496,684 | 61.6% | 1,755,789 | 64.4% | 5,943,680 | 63.7% |
| In Armed Forces | 2,662 | 0.1% | 3,646 | 0.1% | 15,814 | 0.2% |
| Civilian: | 1,437,391 | 59.2% | 1,712,287 | 62.8% | 5,556,262 | 59.5% |
| Employed | 1,290,522 | 53.1% | 1,567,163 | 57.5% | 5,549,612 | 59.5% |
| Unemployed | 203,500 | 8.4% | 184,980 | 6.8% | 378,254 | 4.1% |
| Not in labor force | 931,834 | 38.4% | 968,770 | 35.6% | 3,386,860 | 36.3% |
| Male: | 1,097,792 | 45.2% | 1,330,049 | 48.8% | 4,512,741 | 48.4% |
| 16 to 64 years: | 967,909 | 39.9% | 1,215,021 | 44.6% | 3,646,954 | 39.1% |
| In labor force: | 659,101 | 27.1% | 930,385 | 34.1% | 2,907,279 | 31.2% |
| In Armed Forces | 2,162 | 0.1% | 3,246 | 0.1% | 14,277 | 0.2% |
| Civilian: | 656,939 | 27.1% | 927,139 | 34.0% | 2,893,002 | 31.0% |
| Employed | 553481 | 22.8% | 835269 | 30.7% | 2691159 | 28.8% |
| Unemployed | 103,458 | 4.3% | 91,870 | 3.4% | 201,843 | 2.2% |
| Not in labor force | 308,808 | 12.7% | 284,636 | 10.4% | 739,675 | 7.9% |
| 65 years and over: | 129,883 | 5.3% | 115,028 | 4.2% | 865,787 | 9.3% |
| In labor force: | 25,921 | 1.1% | 22,387 | 0.8% | 202,814 | 2.2% |
| Employed | 23,584 | 1.0% | 20,675 | 0.8% | 191,398 | 2.1% |
| Unemployed | 2,337 | 0.1% | 1,712 | 0.1% | 11,416 | 0.1% |
| Not in labor force | 103,962 | 4.3% | 92,641 | 3.4% | 662,973 | 7.1% |

## New York

| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| Female: | 1,330,726 | 54.8% | 1,394,510 | 51.2% | 4,817,799 | 51.6% |
| 16 to 64 years: | 1,110,616 | 45.7% | 1,218,960 | 44.7% | 3,675,294 | 39.4% |
| In labor force: | 780,952 | 32.2% | 785,548 | 28.8% | 2,664,797 | 28.6% |
| In Armed Forces | 500 | 0.0% | 400 | 0.0% | 1,537 | 0.0% |
| Civilian: | 780,452 | 32.1% | 785,148 | 28.8% | 2,663,260 | 28.5% |
| Employed | 684,981 | 28.2% | 694,865 | 25.5% | 2,506,687 | 26.9% |
| Unemployed | 95,471 | 3.9% | 90,283 | 3.3% | 156,573 | 1.7% |
| Not in labor force | 329,664 | 13.6% | 433,412 | 15.9% | 1,010,497 | 10.8% |
| 65 years and over: | 220,110 | 9.1% | 175,550 | 6.4% | 1,142,505 | 12.2% |
| In labor force: | 30,710 | 1.3% | 17,469 | 0.6% | 168,790 | 1.8% |
| Employed | 28,476 | 1.2% | 16,354 | 0.6% | 160,368 | 1.7% |
| Unemployed | 2,234 | 0.1% | 1,115 | 0.0% | 8,422 | 0.1% |
| Not in labor force | 189,400 | 7.8% | 158,081 | 5.8% | 973,715 | 10.4% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Employment Status for the Population 16 years and over**

**New York**

Legend: African American | Latino | Non-Hispanic White

**In labor force:**
- Non-Hispanic White: 63.7%
- Latino: 64.4%
- African American: 61.6%

**In Armed Forces**
- Non-Hispanic White: 0.2%
- Latino: 0.1%
- African American: 0.1%

**Employed**
- Non-Hispanic White: 59.5%
- Latino: 57.5%
- African American: 53.1%

**Unemployed**
- Non-Hispanic White: 4.1%
- Latino: 6.8%
- African American: 8.4%

**Not in labor force**
- Non-Hispanic White: 36.3%
- Latino: 35.6%
- African American: 38.4%

Source:   C23002.  SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates



**Unemployment of Working Age Population (Ages 16 to 64)**
**(As a Percent of 16-64 Civilian Labor Force)**

**New York**

African American   Latino   Non-Hispanic White

14.2%

10.8%

6.8%

16.0%
14.0%
12.0%
10.0%
8.0%
6.0%
4.0%
2.0%
0.0%

16-64 Unemployment Rate

Source:   C23002.  SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,290,522** | **100.0%** | **1,567,163** | **100.0%** | **5,549,612** | **100.0%** |
| Management, professional, and related occupations | 385,717 | 29.9% | 339,435 | 21.7% | 2,523,175 | 45.5% |
| Service occupations | 394,108 | 30.5% | 509,387 | 32.5% | 819,023 | 14.8% |
| Sales and office occupations | 314,621 | 24.4% | 351,578 | 22.4% | 1,341,309 | 24.2% |
| Natural resources, construction, and maintenance occupations: | 70,454 | 5.5% | 160,036 | 10.2% | 409,190 | 7.4% |
| Production, transportation, and material moving occupations | 125,622 | 9.7% | 206,727 | 13.2% | 456,915 | 8.2% |
| Male: | 577,065 | 44.7% | 855,944 | 54.6% | 2,882,557 | 51.9% |
| Management, business, science, and arts occupations: | 141,471 | 11.0% | 150,044 | 9.6% | 1,200,376 | 21.6% |
| Service occupations | 149,437 | 11.6% | 252,037 | 16.1% | 390,443 | 7.0% |
| Sales and office occupations | 116,308 | 9.0% | 142,717 | 9.1% | 527,395 | 9.5% |
| Natural resources, construction, and maintenance occupations: | 67,115 | 5.2% | 154,699 | 9.9% | 394,210 | 7.1% |
| Production, transportation, and material moving occupations | 102,734 | 8.0% | 156,447 | 10.0% | 370,133 | 6.7% |
| Female: | 713,457 | 55.3% | 711,219 | 45.4% | 2,667,055 | 48.1% |
| Management, professional, and related occupations | 244,246 | 18.9% | 189,391 | 12.1% | 1,322,799 | 23.8% |
| Service occupations | 244,671 | 19.0% | 257,350 | 16.4% | 428,580 | 7.7% |
| Sales and office occupations | 198,313 | 15.4% | 208,861 | 13.3% | 813,914 | 14.7% |
| Natural resources, construction, and maintenance occupations: | 3,339 | 0.3% | 5,337 | 0.3% | 14,980 | 0.3% |
| Production, transportation, and material moving occupations | 22,888 | 1.8% | 50,280 | 3.2% | 86,782 | 1.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm



# Occupation for the Civilian Employed 16 Years and Over Population

## New York

Legend: African American · Latino · Non-Hispanic White

**Management, professional, and related occupations**
- African American: 29.9%
- Latino: 21.7%
- Non-Hispanic White: 45.5%

**Service occupations**
- African American: 30.5%
- Latino: 32.5%
- Non-Hispanic White: 14.8%

**Sales and office occupations**
- African American: 24.4%
- Latino: 22.4%
- Non-Hispanic White: 24.2%

**Natural resources, construction, and maintenance occupations:**
- African American: 5.5%
- Latino: 10.2%
- Non-Hispanic White: 7.4%

**Production, transportation, and material moving occupations**
- African American: 9.7%
- Latino: 13.2%
- Non-Hispanic White: 8.2%

Source: C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | African American | % of AA Total | New York Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **1,065,864** | **100.0%** | **1,074,796** | **100.0%** | **4,579,652** | **100.0%** |
| Owner occupied | 328,868 | 30.9% | 259,536 | 24.1% | 3,042,762 | 66.4% |
| Renter occupied | 736,996 | 69.1% | 815,260 | 75.9% | 1,536,890 | 33.6% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.h



**Home Owners and Renters by Household**

**New York**

Legend: African American, Latino, Non-Hispanic White

Renter occupied:
- 33.6%
- 75.9%
- 69.1%

Owner occupied:
- 66.4%
- 24.1%
- 30.9%

Source: B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B25014. OCCUPANTS PER ROOM - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

|  | | New York | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,065,864** | **100.0%** | **1,074,796** | **100.0%** | **4,579,652** | **100.0%** |
| 1.00 or less occupants per room | 993,146 | 93.2% | 933,972 | 86.9% | 4,491,217 | 98.1% |
| 1.01 or more occupants per room | 72,718 | 6.8% | 140,824 | 13.1% | 88,435 | 1.9% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.ht



**More than One Person per Room (Crowding) by Household**
**New York**

Legend: ■ African American ■ Latino ■ Non-Hispanic White

African American: 6.8%
Latino: 13.1%
Non-Hispanic White: 1.9%

Y-axis: 14.0%, 12.0%, 10.0%, 8.0%, 6.0%, 4.0%, 2.0%, 0.0%

1.01 or more occupants per room

Source:   B25014, OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**B18101. AGE BY DISABILITY STATUS**
Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | New York | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **2,995,828** | **100.0%** | **3,579,304** | **100.0%** | **11,045,282** | **100.0%** |
| Under 18 years: | 728,571 | 24.3% | 1,001,223 | 28.0% | 2,095,130 | 19.0% |
| With a disability | 30,889 | 1.0% | 44,515 | 1.2% | 74,111 | 0.7% |
| No disability | 697,682 | 23.3% | 956,708 | 26.7% | 2,021,019 | 18.3% |
| 18 to 64 years: | 1,932,896 | 64.5% | 2,295,956 | 64.1% | 7,011,527 | 63.5% |
| With a disability | 206,443 | 6.9% | 215,452 | 6.0% | 593,943 | 5.4% |
| No disability | 1,726,453 | 57.6% | 2,080,504 | 58.1% | 6,417,584 | 58.1% |
| 65 years and over: | 334,361 | 11.2% | 282,125 | 7.9% | 1,938,625 | 17.6% |
| With a disability | 127,050 | 4.2% | 112,195 | 3.1% | 635,375 | 5.8% |
| No disability | 207,311 | 6.9% | 169,930 | 4.7% | 1,303,250 | 11.8% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



**Disability by Age**

**New York**

Legend: ■ African American ■ Latino ■ Non-Hispanic White

**65 and over with a disability**
- 32.8%
- 39.8%
- 38.0%

**18 to 64 with a disability**
- 8.5%
- 9.4%
- 10.7%

**Under 18 with a disability**
- 3.5%
- 4.4%
- 4.2%

Axis: 0.0%, 5.0%, 10.0%, 15.0%, 20.0%, 25.0%, 30.0%, 35.0%, 40.0%

Source:   B18101. AGE BY DISABILITY STATUS
Data Set: 2011-2015 American Community Survey 5-Year Estimates

**C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE**

Data Set: 2011-2015 American Community Survey 5-Year Estimates

| | | | | New York | | | |
|---|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **2,995,828** | **100.0%** | **3,579,304** | **100.0%** | **11,045,282** | **100.0%** |
| Under 18 years: | 728,571 | 24.3% | 1,001,223 | 28.0% | 2,095,130 | 19.0% |
| With health insurance coverage | 701,024 | 23.4% | 958,448 | 26.8% | 2,031,465 | 18.4% |
| No health insurance coverage | 27,547 | 0.9% | 42,775 | 1.2% | 63,665 | 0.6% |
| 18 to 64 years: | 1,932,896 | 64.5% | 2,295,956 | 64.1% | 7,011,527 | 63.5% |
| With health insurance coverage | 1,640,131 | 54.7% | 1,685,851 | 47.1% | 6,420,183 | 58.1% |
| No health insurance coverage | 292,765 | 9.8% | 610,105 | 17.0% | 591,344 | 5.4% |
| 65 years and over: | 334,361 | 11.2% | 282,125 | 7.9% | 1,938,625 | 17.6% |
| With health insurance coverage | 327,527 | 10.9% | 273,491 | 7.6% | 1,932,824 | 17.5% |
| No health insurance coverage | 6,834 | 0.2% | 8,634 | 0.2% | 5,801 | 0.1% |

Source: U.S. Census Bureau, 2011-2015 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm



Lack of Health Insurance Coverage by Age

New York

Legend: African American, Latino, Non-Hispanic White

Under 18 no health insurance: African American 3.8%, Latino 4.3%, Non-Hispanic White 3.0%

18 to 64 no health insurance: African American 15.1%, Latino 26.6%, Non-Hispanic White 8.4%

65 and over no health insurance: African American 2.0%, Latino 3.1%, Non-Hispanic White 0.3%

Source: C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2011-2015 American Community Survey 5-Year Estimates

EXHIBIT F-1



East Ramapo Central School District
Map Layers
Streets
Water Area
Census Place
0
.8
1.6
2.4
Miles
Illustrative Plan 1
1
2
3
4
5
6
7
8
9
THIELLS
MOUNT IVY
POMONA
HAVERSTRAW
NEW CITY
CONGERS
VALLEY COTTA
BARDONIA
NEW HEMPSTEAD
NEW SQUARE
HILLCREST
WESLEY HILLS
VIOLA
KASER
MONSEY
CHESTNUT RIDGE
AIRMONT
MONTEBELLO
SUFFERN
HILLBURN
SLOATSBURG
OVERLOOK RD
S RIDGE RD
CALL HOLLOW RD
MOHAWK LN
MAYER LN
OLD COUNTY RD
S MOUNTAIN RD
US HWY 202
DILTZ RD
LSAAC DR
4WD RD
TARA DR
POMONA RD
RED ROCK RD
PINE MEADOW RD
CONKLIN RD
PINE MEADOW RD E
HAVERSTRAW RD
POWDER HORN DR
SUMMIT RD
SHERWOOD RIDGE RD
LIME KILN RD
LAURA LN
MCNAMARA RD
SUMMIT PARK RD
SANATORIUM RD
ZACK CT
STATE HWY 45
PALISADES INTERSTATE PKY
SCENIC VISTA DR
MAHONEY CT
BADGER ST
SUHL LN
SHERRI LN
JUDITH LN
MELANEY DR
QUINCE LN
PATRICIA LN
REAGAN RD
SURREY LN
JAY CT
FESSLER DR
UNION RD
HEMPSTEAD RD
MARY ANNE DR
GEL CT
NAOMI LN
CRESTVIEW TER
ANDOVER RD
EWING AVE
CARLTON RD
LOUIS AVE
MORRIS RD
PARK ST
OHIO AVE
NEW CLARKSTOWN RD
RYAN CT
SMITH RD
DOLSON RD
LANE ST
WOOD ST
STATE HWY 59
SECORA RD
KENNEDY DR
JAY ST
MIELE RD
I 87
FARMER LN
MONSEY HEIGHTS RD
REGINA RD
HUNGRY HOLLOW RD
ALPINE CT
GARDEN STATE PKY
CHARLES ST
CHERRY LN
SPARROW AVE
BRIAR CT
HILLSIDE AVE
BELLOWS LN
MATSON CT
MIDWAY RD
WILSHIRE DR
S PASCACK RD
APPLEDALE LN
N HIGHLAND AVE
202
9W
45
304
306
PIP
303
987
17
59
87
287

# EXHIBIT F-2

# Population Summary Report
## East Ramapo Central School District -- Illustrative Plan I

| District | Population | Deviation | % Deviation | Black | % Black | NH Black | % NH Black | NH Asian | % NH Asian | NH White | % NH White | Latino | % Latino |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12657 | 98 | 0.78% | 6210 | 49.06% | 6000 | 47.40% | 1270 | 10.03% | 1899 | 15.00% | 3126 | 24.70% |
| 2 | 12982 | 423 | 3.37% | 6649 | 51.22% | 6422 | 49.47% | 876 | 6.75% | 2009 | 15.48% | 3332 | 25.67% |
| 3 | 12991 | 432 | 3.44% | 4329 | 33.32% | 4129 | 31.78% | 412 | 3.17% | 2152 | 16.57% | 6052 | 46.59% |
| 4 | 12309 | -250 | -1.99% | 1640 | 13.32% | 1568 | 12.74% | 752 | 6.11% | 8662 | 70.37% | 1127 | 9.16% |
| 5 | 12188 | -371 | -2.95% | 556 | 4.56% | 533 | 4.37% | 39 | 0.32% | 11008 | 90.32% | 538 | 4.41% |
| 6 | 12755 | 196 | 1.56% | 894 | 7.01% | 874 | 6.85% | 147 | 1.15% | 11209 | 87.88% | 425 | 3.33% |
| 7 | 12307 | -252 | -2.01% | 1247 | 10.13% | 1163 | 9.45% | 215 | 1.75% | 10124 | 82.26% | 682 | 5.54% |
| 8 | 12429 | -130 | -1.04% | 983 | 7.91% | 905 | 7.28% | 579 | 4.66% | 10053 | 80.88% | 719 | 5.78% |
| 9 | 12413 | -146 | -1.16% | 1230 | 9.91% | 1150 | 9.26% | 545 | 4.39% | 9063 | 73.01% | 1446 | 11.65% |
| Total | 113031 | | 6.39% | 23738 | 21.00% | 22744 | 20.12% | 4835 | 4.28% | 66179 | 58.55% | 17447 | 15.44% |

| District | 18+_Pop | 18+_Black | % 18+ Black | 18+_AP Black | % 18+_AP Black | 18+ NH Black | % 18+ NH Black | 18+ NH Asian | % 18+ NH Asian | 18+_NH White | % 18+_NH White | 18+ Latino | % 18+ Latino |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9330 | 4558 | 48.85% | 4712 | 50.50% | 4403 | 47.19% | 1019 | 10.92% | 1433 | 15.36% | 2231 | 23.91% |
| 2 | 9732 | 4864 | 49.98% | 5039 | 51.78% | 4713 | 48.43% | 718 | 7.38% | 1787 | 18.36% | 2281 | 23.44% |
| 3 | 9579 | 3264 | 34.07% | 3373 | 35.21% | 3125 | 32.62% | 346 | 3.61% | 1509 | 15.75% | 4442 | 46.37% |
| 4 | 8546 | 1218 | 14.25% | 1293 | 15.13% | 1171 | 13.70% | 615 | 7.20% | 5834 | 68.27% | 812 | 9.50% |
| 5 | 5877 | 412 | 7.01% | 428 | 7.28% | 398 | 6.77% | 34 | 0.58% | 5047 | 85.88% | 359 | 6.11% |
| 6 | 6264 | 626 | 9.99% | 646 | 10.31% | 612 | 9.77% | 100 | 1.60% | 5179 | 82.68% | 319 | 5.09% |
| 7 | 7096 | 911 | 12.84% | 961 | 13.54% | 859 | 12.11% | 164 | 2.31% | 5528 | 77.90% | 484 | 6.82% |
| 8 | 6834 | 736 | 10.77% | 772 | 11.30% | 685 | 10.02% | 467 | 6.83% | 5061 | 74.06% | 519 | 7.59% |
| 9 | 8655 | 927 | 10.71% | 989 | 11.43% | 875 | 10.11% | 456 | 5.27% | 6233 | 72.02% | 974 | 11.25% |
| Total | 71913 | 17516 | 24.36% | 18213 | 25.33% | 16841 | 23.42% | 3919 | 5.45% | 37611 | 52.30% | 12421 | 17.27% |

| District | % NH Black CVAP | % Latino CVAP | % NH White CVAP | % B+L CVAP |
|---|---|---|---|---|
| 1 | 59.16% | 12.49% | 17.36% | 71.65% |
| 2 | 51.40% | 11.43% | 25.96% | 62.83% |
| 3 | 50.91% | 25.72% | 21.36% | 76.63% |
| 4 | 15.03% | 10.99% | 68.48% | 26.02% |
| 5 | 1.74% | 1.25% | 95.92% | 2.99% |
| 6 | 8.24% | 2.21% | 85.90% | 10.45% |
| 7 | 11.96% | 3.96% | 82.00% | 15.92% |
| 8 | 8.53% | 6.05% | 77.68% | 14.58% |
| 9 | 7.98% | 9.81% | 75.25% | 17.79% |
| Total | 24.14% | 9.39% | 60.46% | 33.53% |

Note: % CVAP calculated by disaggregating 2011-2015 ACS block group estimates to 2010 census blocks.

EXHIBIT F-3



East Ramapo Central School District

Map Layers
Streets
Water Area
Census Place

Illustrative Plan 1

Miles
0 .4 .8 1.2

# EXHIBIT F-4



East Ramapo Central School District

Illustrative Plan 1

Map Layers
Water Area
Census Place
Public Schools

Miles
0    .8    1.6    2.4

Schools and labels:
Lime Kiln Elementary
Summit Park Elementary
Pomona Middle
Grandview Elementary
Hempstead Elementary
Ramapo High
Early Childhood Center
Kakiat STEAM Academy
Elmwood Elementary
Spring Valley High
Spring Valley Elementary
Margetts School
Eldorado Intermediate
Chestnut Ridge Middle
Fleetwood Elementary

Place labels:
HAVERSTRAW
CONGERS
VALLEY COTTAGE
BARDONIA
NEW CITY
THIELLS
MOUNT IVY
POMONA
WESLEY HILLS
MONTEBELLO
AIRMONT
SUFFERN
HILLBURN
SLOATSBURG
KASER
MONSEY

Plan labels: 1, 2, 3, 4, 5, 6, 7, 8, 9

# EXHIBIT F-5



### East Ramapo Central School District

**Map Layers**

- Water Area
- Census Place
- Incumbents ✳

**Illustrative Plan 1**

Miles
0   .8   1.6   2.4

EXHIBIT G-1



East Ramapo Central School District
Map Layers
Streets
Water Area
Census Place
0
.8
1.6
2.4
Miles
Illustrative Plan 2
1
2
3
4
5
6
7
8
9
THIELLS
HAVERSTRAW
MOUNT IVY
POMONA
NEW CITY
CONGERS
SLOATSBURG
WESLEY HILLS
NEW HEMPSTEAD
NEW SQUARE
HILLCREST
MONTEBELLO
VIOLA
KASER
MONSEY
SPRING VALLEY
HILLBURN
SUFFERN
AIRMONT
CHESTNUT RIDGE
BARDONIA
VALLEY COTTA
202
9W
304
303
987
45
306
PIP
17
59
87
287
OVERLOOK RD
S RIDGE RD
CALL HOLLOW RD
MAYER LN
MOHAWK LN
OLD COUNTY RD
S MOUNTAIN RD
DILTZ RD
US HWY 202
LSAAC DR
4WD RD
TARA DR
RED ROCK RD
PINE MEADOW RD
CONKLIN RD
PINE MEADOW RD E
HAVERSTRAW RD
POWDER HORN DR
SUMMIT RD
SHERWOOD RIDGE RD
POMONA RD
STATE HWY 45
PALISADES INTERSTATE PKY
SCENIC VISTA DR
MAHONEY CT
LIME KILN RD
LAURA LN
MCNAMARA RD
SUMMIT PARK RD
SANATORIUM RD
ZACK CT
RELLA DR
SUHL LN
SHERRI LN
JUDITH LN
MELANEY DR
PATRICIA LN
HEMPSTEAD RD
BADGER ST
REAGAN RD
SURREY LN
JAY CT
FESSLER DR
UNION RD
VIOLA RD
CONCORD DR
SCENT DR
MARY ANNE DR
BEDFORD CT
E HICKORY ST
KELTZ ST
CARLTON RD
MORRIS RD
PARK ST
EWING AVE
OXFORD CT
LOUIS AVE
OHIO AVE
DOLSON RD
VISTA DR
LAN
ANN ST
SMITH RD
STATE HWY 59
LIBERTY PKY
ROCKHILL RD
RIDGE AVE
FAIRVIEW AVE
FARMER LN
MONSEY HEIGHTS RD
MIELE RD
I 87
REGINA RD
ANDREW DR
GARDEN STATE PKY
CHARLES ST
ROBIN RD
BRIAR CT
CHERRY LN
S MONSEY RD
SPARROW AVE
HILLSIDE AVE
BELLOWS LN
MATSON CT
MIDWAY RD
WILSHIRE DR
S PASCACK RD
APPLEDALE LN
N HIGHLAND AVE

# EXHIBIT G-2

# Population Summary Report
## East Ramapo Central School District -- Illustrative Plan 2

| District | Population | Deviation | % Deviation | Black | % Black | NH Black | % NH Black | NH Asian | % NH Asian | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12310 | -249 | -1.98% | 6293 | 51.12% | 6065 | 49.27% | 1368 | 11.11% | 2727 | 22.15% | 1792 | 14.56% |
| 2 | 12340 | -219 | -1.74% | 5766 | 46.73% | 5564 | 45.09% | 673 | 5.45% | 3703 | 30.01% | 2120 | 17.18% |
| 3 | 12653 | 94 | 0.75% | 3629 | 28.68% | 3471 | 27.43% | 422 | 3.34% | 4134 | 32.67% | 4364 | 34.49% |
| 4 | 12635 | 76 | 0.61% | 4270 | 33.80% | 4126 | 32.66% | 806 | 6.38% | 2928 | 23.17% | 4514 | 35.73% |
| 5 | 12687 | 128 | 1.02% | 758 | 5.97% | 710 | 5.60% | 352 | 2.77% | 874 | 6.89% | 10600 | 83.55% |
| 6 | 12716 | 157 | 1.25% | 490 | 3.85% | 461 | 3.63% | 24 | 0.19% | 553 | 4.35% | 11615 | 91.34% |
| 7 | 12689 | 130 | 1.04% | 312 | 2.46% | 285 | 2.25% | 62 | 0.49% | 364 | 2.87% | 11910 | 93.86% |
| 8 | 12633 | 74 | 0.59% | 947 | 7.50% | 876 | 6.93% | 492 | 3.89% | 645 | 5.11% | 10448 | 82.70% |
| 9 | 12368 | -191 | -1.52% | 1273 | 10.29% | 1186 | 9.59% | 636 | 5.14% | 1519 | 12.28% | 8816 | 71.28% |
| Total | 113031 | | 3.23% | 23738 | 21.00% | 22744 | 20.12% | 4835 | 4.28% | 17447 | 15.44% | 66179 | 58.55% |

| District | 18+_Pop | 18+ Black | % 18+ Black | 18+_AP Black | % 18+_AP Black | 18+ NH Black | % 18+ NH Black | 18+ NH Asian | % 18+ NH Asian | 18+ Latino | % 18+ Latino | 18+_NH White | % 18+_NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9267 | 4648 | 50.16% | 4782 | 51.60% | 4474 | 0.4828 | 1103 | 11.90% | 1939 | 20.92% | 1516 | 16.36% |
| 2 | 9290 | 4214 | 45.36% | 4371 | 47.05% | 4080 | 0.4392 | 552 | 5.94% | 2565 | 27.61% | 1897 | 20.42% |
| 3 | 8353 | 2749 | 32.91% | 2866 | 34.31% | 2640 | 0.3161 | 344 | 4.12% | 3082 | 36.90% | 2114 | 25.31% |
| 4 | 9336 | 3082 | 33.01% | 3194 | 34.21% | 2988 | 0.3201 | 639 | 6.84% | 2092 | 22.41% | 3466 | 37.13% |
| 5 | 7939 | 552 | 6.95% | 595 | 7.49% | 522 | 0.0658 | 281 | 3.54% | 628 | 7.91% | 6430 | 80.99% |
| 6 | 5821 | 373 | 6.41% | 390 | 6.70% | 359 | 0.0617 | 22 | 0.38% | 381 | 6.55% | 5028 | 86.38% |
| 7 | 6377 | 228 | 3.58% | 247 | 3.87% | 211 | 0.0331 | 51 | 0.80% | 238 | 3.73% | 5840 | 91.58% |
| 8 | 6872 | 713 | 10.38% | 746 | 10.86% | 663 | 0.0965 | 404 | 5.88% | 470 | 6.84% | 5231 | 76.12% |
| 9 | 8658 | 957 | 11.05% | 1022 | 11.80% | 904 | 0.1044 | 523 | 6.04% | 1026 | 11.85% | 6089 | 70.33% |
| Total | 71913 | 17516 | 24.36% | 18213 | 25.33% | 16841 | 23.42% | 3919 | 5.45% | 12421 | 17.27% | 37611 | 52.30% |

| District | % NH Black CVAP | % Latino CVAP | % NH White CVAP | % B+L CVAP |
|---|---|---|---|---|
| 1 | 56.52% | 12.81% | 18.69% | 69.33% |
| 2 | 44.76% | 18.17% | 26.26% | 62.93% |
| 3 | 47.80% | 9.84% | 39.43% | 57.64% |
| 4 | 41.46% | 13.08% | 39.24% | 54.54% |
| 5 | 7.10% | 9.50% | 81.35% | 16.60% |
| 6 | 4.62% | 1.33% | 92.32% | 5.95% |
| 7 | 0.39% | 2.09% | 94.89% | 2.48% |
| 8 | 8.15% | 5.33% | 79.93% | 13.48% |
| 9 | 8.18% | 10.11% | 74.61% | 18.29% |
| Total | 24.14% | 9.39% | 60.46% | 33.53% |

Note: % Citizen VAP calculated by disaggregating 2011-2015 ACS block group estimates to 2010 census blocks.

EXHIBIT G-3



East Ramapo Central School District
Map Layers
Streets
Water Area
Census Place
0
.4
.8
1.2
Miles
Illustrative Plan 2
1
2
3
4
5
6
7
8
9
MONTEBELLO
VIOLA
KASER
MONSEY
SPRING VALLEY
NEW SQUARE
HILLCREST
BARDONI
NANUET
AIRMONT
CHESTNUT RIDGE
59
87
304
PIP
982L

EXHIBIT G-4



East Ramapo Central School District
Map Layers
Water Area
Census Place
Public Schools
0
.8
1.6
2.4
Miles
Illustrative Plan 2
THIELLS
HAVERSTRAW
MOUNT IVY
POMONA
NEW CITY
CONGERS
BARDONIA
SLOATSBURG
HILLBURN
SUFFERN
MONTEBELLO
AIRMONT
9
8
1
7
6
3
2
4
5
Pomona Middle
Summit Park Elementary
Lime Kiln Elementary
Grandview Elementary
Hempstead Elementary
Ramapo High
Early Childhood Center
Elmwood Elementary
Spring Valley High
Margetts School
Eldorado Intermediate
Chestnut Ridge Middle
Fleetwood Elementary
202
9W
45
304
303
PIP
987
982L
59
17
287

EXHIBIT G-5



# EXHIBIT H

# Reock Compactness Score Comparisons by Plan

## Illustrative Plan 1

| Illustrative Plan 1 | Reock |
| --- | --- |
| 1 | 0.41 |
| 2 | 0.39 |
| 3 | 0.32 |
| 4 | 0.35 |
| 5 | 0.38 |
| 6 | 0.4 |
| 7 | 0.34 |
| 8 | 0.49 |
| 9 | 0.44 |
| **Mean** | **0.39** |

## Illustrative Plan 2

| Illustrative Plan 2 | Reock |
| --- | --- |
| 1 | 0.48 |
| 2 | 0.35 |
| 3 | 0.52 |
| 4 | 0.37 |
| 5 | 0.22 |
| 6 | 0.25 |
| 7 | 0.45 |
| 8 | 0.35 |
| 9 | 0.45 |
| **Mean** | **0.38** |

## Current Rockland County Legislature Plan

| | Reock |
| --- | --- |
| 1 | 0.25 |
| 2 | 0.54 |
| 3 | 0.28 |
| 4 | 0.24 |
| 5 | 0.42 |
| 6 | 0.23 |
| 7 | 0.58 |
| 8 | 0.38 |
| 9 | 0.29 |
| 10 | 0.32 |
| 11 | 0.57 |
| 12 | 0.22 |
| 13 | 0.36 |
| 14 | 0.17 |
| 15 | 0.38 |
| 16 | 0.19 |
| 17 | 0.26 |
| **Mean** | **0.33** |

# EXHIBIT I

## School Locations by District under Illustrative Plans

| SCHOOL | ADDRESS | ZIP | Illustrative Plan 1 | Illustrative Plan 2 |
|---|---|---|---|---|
| Chestnut Ridge Middle | 892 Chestnut Ridge Road, | 10977 | 4 | 4 |
| Early Childhood Center | 465 Viola Road | 10977 | 5 | 7 |
| Eldorado Intermediate | 5 Eldorado Drive | 10977 | 4 | 4 |
| Elmwood Elementary | 43 Robert Pitt Drive | 10952 | 3 | 4 |
| Fleetwood Elementary | 22 Fleetwood Avenueá | 10977 | 4 | 5 |
| Grandview Elementary | 151 Grandview Ave | 10952 | 9 | 9 |
| Hempstead Elementary | 80 Brick Church Road | 10977 | 8 | 8 |
| Kakiat STEAM Academy | 465 Viola Road | 10977 | 5 | 7 |
| Lime Kiln Elementary/American Prep | 35 Lime Kiln Road | 10901 | 9 | 9 |
| Margetts School | 25 Margetts Road | 10952 | 4 | 5 |
| Pomona Middle | 101 Pomona Road | 10901 | 9 | 9 |
| Ramapo High | 400 Viola Road | 10977 | 7 | 7 |
| Spring Valley High | 361 East Route 59 | 10977 | 3 | 3 |
| Summit Park Elementary | 925 Route 45 | 10956 | 8 | 8 |

# EXHIBIT J

# Illustrative Plan Comparison of District Population by Place -- 2010 Census (sorted by District)

| | Illustrative Plan 1 | | | Illustrative Plan 2 | |
| --- | --- | --- | --- | --- | --- |
| District | Place | Pop. | District | Place | Pop. |
| 1 | Hillcrest | 4890 | 1 | Hillcrest | 7048 |
| 1 | Monsey | 144 | 1 | New City | 1933 |
| 1 | New City | 970 | 1 | New Hempstead | 839 |
| 1 | New Hempstead | 839 | 1 | Spring Valley | 2038 |
| 1 | Spring Valley | 5362 | 1 | Undefined area | 452 |
| 1 | Undefined area | 452 | 2 | Chestnut Ridge | 323 |
| 2 | Hillcrest | 2668 | 2 | Hillcrest | 510 |
| 2 | Nanuet | 4646 | 2 | Nanuet | 5001 |
| 2 | New City | 1209 | 2 | New City | 246 |
| 2 | Spring Valley | 4459 | 2 | Spring Valley | 5902 |
| 3 | Chestnut Ridge | 626 | 2 | Undefined area | 358 |
| 3 | Spring Valley | 11336 | 3 | Monsey | 3648 |
| 3 | Undefined area | 1029 | 3 | Spring Valley | 9005 |
| 4 | Airmont | 2631 | 4 | Chestnut Ridge | 3414 |
| 4 | Chestnut Ridge | 7290 | 4 | Monsey | 459 |
| 4 | Nanuet | 355 | 4 | Nanuet | 0 |
| 4 | Viola | 1770 | 4 | Spring Valley | 7890 |
| 4 | Undefined area | 263 | 4 | Undefined area | 872 |
| 5 | Kaser | 2506 | 5 | Airmont | 2631 |
| 5 | Monsey | 2975 | 5 | Chestnut Ridge | 4179 |
| 5 | Spring Valley | 6460 | 5 | Kaser | 0 |
| 5 | Undefined area | 247 | 5 | Monsey | 2947 |
| 6 | Kaser | 1568 | 5 | Viola | 2868 |
| 6 | Monsey | 9690 | 5 | Undefined area | 62 |
| 6 | Spring Valley | 1497 | 6 | Kaser | 1695 |
| 7 | Airmont | 0 | 6 | Monsey | 7293 |
| 7 | Kaser | 650 | 6 | Spring Valley | 3481 |
| 7 | Monsey | 5603 | 6 | Undefined area | 247 |
| 7 | New Hempstead | 1761 | 7 | Kaser | 3029 |
| 7 | Spring Valley | 2233 | 7 | Monsey | 4065 |
| 7 | Viola | 1981 | 7 | New Hempstead | 1068 |
| 7 | Undefined area | 79 | 7 | Spring Valley | 3031 |
| 8 | New City | 1378 | 7 | Viola | 1488 |
| 8 | New Hempstead | 2030 | 7 | Undefined area | 8 |
| 8 | New Square | 6944 | 8 | New City | 1378 |
| 8 | Wesley Hills | 325 | 8 | New Hempstead | 2068 |
| 8 | Undefined area | 1752 | 8 | New Square | 6944 |
| 9 | Mount Ivy | 1939 | 8 | Wesley Hills | 420 |
| 9 | New Hempstead | 502 | 8 | Undefined area | 1823 |
| 9 | Pomona | 2949 | 9 | Mount Ivy | 1939 |
| 9 | Viola | 1192 | 9 | New Hempstead | 1157 |
| 9 | Wesley Hills | 4679 | 9 | Pomona | 2949 |
| 9 | Undefined area | 1152 | 9 | Viola | 587 |
| | | | 9 | Wesley Hills | 4584 |
| | | | 9 | Undefined area | 1152 |

# EXHIBIT K

# Incumbent Assignments by District under Illustrative Plans

| FIRST_NAME | LAST_NAME | 3-District Illustrative Plan 1 | 4-District Illustrative Plan 2 |
|---|---|---|---|
| MARK | BERKOWITZ | 9 | 9 |
| BERNARD | CHARLES | 1 | 1 |
| SABRINA | CHARLES-PIERRE | 2 | 2 |
| MOSES | FREILICH | 4 | 5 |
| PIERRE | GERMAIN | 3 | 4 |
| HARRY | GROSSMAN | 7 | 7 |
| JACOB | LEFKOWITZ | 6 | 3 |
| YONAH | ROTHMAN | 8 | 8 |
| YEHUDA | WEISSMANDL | 5 | 6 |