UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,

          Plaintiffs,

v.

EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,

          Defendants.

17 Civ. 8943 (CS) (JCM)

## DECLARATION OF AMY STUART WELLS

AMY STUART WELLS, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I have been retained by Latham & Watkins LLP and the New York Civil Liberties Union Foundation, counsel for Plaintiffs in the above-captioned litigation, to prepare an expert opinion regarding whether and to what extent (a) racial and ethnic minorities living within the East Ramapo Central School District located in Rockland County, New York bear the effects of discrimination in education and (b) the Board of Education of the East Ramapo Central School District is responsive to the needs of the racial and ethnic minorities living within the district.

3.      Annexed to this Declaration as Exhibit 1 is a copy of my preliminary expert report. My findings and conclusions are contained in the attached report.

4.      Annexed to this Declaration as Exhibit 2 is a copy of my CV. I am compensated at the rate of $200 per hour for my work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2017
New York, New York

AMY STUART WELLS