EXHIBIT 2

**AMY STUART WELLS**
**Professor, Sociology and Education**
Department of Education Policy and Social Analysis
Teachers College, Columbia University
525 West 120th Street
New York, New York 10027
(212) 678-4042
asw86@columbia.edu

<u>EDUCATION</u>
**Columbia University, Teachers College and Graduate School of Arts and Sciences**
      Ph.D., Sociology and Education, 1991
**Boston University**, **College of Communications,** M.S., Journalism, 1986
**Southern Methodist University**, **Dedman College,** B.A., English, 1984

<u>PROFESSIONAL EXPERIENCE</u>
**2017-2019  American Educational Research Association**
      <u>President-Elect (2917-18) and President (2018-19)</u>

**2001-        Teachers College, Columbia University**
      **Department of Education Policy and Social Analysis**
      <u>Professor, Sociology and Education</u>
    *-- Director, The Public Good: A Public School Support Organization (PSSO)* a non-profit dedicated to helping public schools tap into the educational benefits of racially diverse learning spaces through the use of qualitative research methods, public engagement, legal advocacy and strategic communication (2015-present).
    *--Director, "Reimagining Education: Teaching and Learning in Racially Diverse Public Schools,"* a summer institute for educators in demographically diverse urban and suburban schools (2016-present).
    *-- Director, Provost Investment Fund to Coordinate Teachers College* Curriculum *on Race and Ethnicity and Inter-cultural Understanding (2013-2015)*
    *-- Director, Center for Understanding Race and Education (CURE)*
    Leading a research center, which houses the Public Good and the Reimagining Education Summer Institute, designed to marry educational research on racial/ethnic segregation between and within schools with outreach efforts aimed at educators, school district officials, advocates and parents in urban or suburban communities experiencing demographic changes (2008-present).
    *-- Principal Investigator, Metro Migrations, Racial Segregation and School Boundaries:*
    *Educational Opportunities in Changing Suburban and Urban America*
    Lead a five-year study affiliated with CURE on the role of public schools in changing racial and ethnic demographics across urban and suburban spaces funded by the Rauch Foundation and the Ford Foundation. Final report to be released in Spring 2014 in conjunction with TC's *Brown v. Board of Education* Anniversary Conference (2008-2014).
    *-- Organizer of "The Suburban Promise of Brown" Conference*. Coordinated Teachers College's 60th Anniversary of Brown v. Board of Education Conference by bringing together practitioners, advocates and policy makers to engage in a dialogue about the changing demographics of the suburbs and the implications of those changes for housing and education policy (2014).
    *-- Coordinator, Teachers College Policy Studies and College-wide Policy Concentration*.  Connecting TC faculty and curriculum across programs and departments whose research and teaching is

policy focused; generated a forum, documents and a website to help students navigate the policy curriculum and to assist faculty in coordinating policy activities (2004-present).

-- *Editor, Teachers College Record*. Served as a faculty editor and was responsible for the policy, race and education, and equity oriented submissions (2001-2005).

-- *Principal Investigator*, *The Understanding Race and Education Study* Directed a five-year study of six racially diverse schools and their class of 1980 graduates funded by the Joyce Foundation and the Spencer Foundation (1999-2004).

-- *Additional TC Service Activities* include Chair, Teachers College *Brown v. Board of Education 60th Anniversary* Conference (2013-14); Member and Chair, Faculty Executive Committee's Subcommittee on Race, Culture and Diversity (2010-2013); Member, Search Committee for the Director of the Institute on Urban and Minority Education (IUME) (2008-09); Coordinator, Sociology and Education Program (2006-07; 2008-09); Member, Faculty Executive Committee (2004-06), and Co-Chair of the Teachers College *Brown v. Board of Education 50th* Anniversary Committee (2004).

-- *Courses* include Sociology of Urban Education
                    Sociology of Urban Education
                    The Sociology of Knowledge
                    Race, Education Policy and American Politics
                    Qualitative Research for Policy Analysis

**2009 - 2011 The Ford Foundation, New York**
    Director, Building Knowledge for Social Justice (BKSJ) Project
Oversaw a two-year project to design a social media campaign and communication strategies to shift public understanding of the causes of inequality away from simplistic, individualistic explanations. Coordinated and led meetings of more than 60 influential scholars, journalists and leaders in higher education to generate a new set of ideas about inequality and foster several dissemination projects designed to influence the larger public's vision of a 21st Century society grounded in values of collective responsibility, interdependence, and greater racial/ethnic and socio-economic equality.

**1991-2001 University of California, Los Angeles**
    **Graduate School of Education & Information Studies**
    **Department of Education**
    Professor, Educational Policy (1999-2001)
    Associate Professor, Educational Policy (1995-1999)
    Assistant Professor, Educational Policy (1991-1995)

-- *Principal Investigator, The UCLA Charter School Study*
Directed a 2.5-year project to study charter school reform in 10 California school districts funded by the Ford Foundation, Annie E. Casey Foundation, and the Spencer Foundation (1996-1998).

-- *Principal Investigator, An Evaluation of the NEA's Charter Schools Initiative*
Directed an in-depth evaluation of five charter schools founded by the National Education Association and their surrounding school districts (1996-2000).

-- *Co-Principal Investigator, with Professor Jeannie Oakes, Beyond the Technicalities of School Reform: A Study of Racially Mixed Detracking Schools.*
Co-directed a three-year research project of 10 racially diverse secondary schools undergoing detracking reform funded by the Lilly Endowment (1992-1995).

-- *UCLA Service Activities* included Chair, Committee on Degrees, Admissions and Standards (1996-98);  Division Head, Urban Schooling Division (1994-1995); co-founder and co-director of the UCLA-

2

Washington High School Partnership Program (1992-1998); principal organizer of "The Choice on School Choice," the UCLA Public Forum on Proposition 174 (1992).
-- *Courses* included Sociology of Education (undergraduate and graduate)

> Race and Education
> Educational Policy
> Qualitative Case Study Methodology
> Research Practicum for Doctoral Students.

**1985-**   **Free-Lance Education Writer and Reporter**
Write and publish articles on education and social policy for the popular press, including <u>The New York Times</u>, <u>Education Week</u>, <u>The Washington Post</u>, <u>The Boston Globe</u>, <u>The Nation</u>, <u>Street News</u>, and <u>Boston Magazine</u>. Covered breaking news stories for the Associated Press (1985) and edited and wrote <u>The Fiske Guide to Colleges</u> with <u>The New York Times</u> education editor and columnist, Edward B. Fiske (1986-91). Wrote articles for <u>The New York Times</u> education page, 1988-1991

**1989-91**   **Teachers College, Columbia University**
<u>Research Associate, The St. Louis School Desegregation Project</u>
Responsible for designing and conducting an extensive evaluation of the nation's largest city-suburban student transfer programs with Robert L. Crain. Funded by the Spencer Foundation, the study included interviews with more than 250 politicians, lawyers, educators, parents, and students as well as historical and legal analysis.

**1987-90**   **Teachers College, Columbia University**
<u>Research/Writer, The ERIC Clearinghouse on Urban Education</u>
Reviewed literature on urban and minority populations, developed topics of interest, and wrote articles and digests synthesizing research findings.

<u>HONORS AND AWARDS</u>
**Dean's Grant for Tenured Faculty Research, Teachers College, Columbia University, 2017-2018**

**Dean's Fellowship Program for Teaching and Diversity Award, Race, Culture and Diversity Sub-Committee Award, Teachers College, Columbia University 2017-2018**

**AERA Presidential Citation for Outstanding Contributions to Educational Research, 2016**

**Member, the National Academy of Education, Inducted 2014**

**Fellow, the American Educational Research Association, Inducted 2013**

**Dean's Grant for Tenured Faculty Research, Teachers College, Columbia University, 2013-2014**

**Distinguished Alumni Award, Parkway School District, 2011**

**Fellow, Center for the Advanced Study of the Behavioral Sciences, 2007-08**

**Scholar, Carnegie Corporation's Scholars Program, 2001-02**

**Julius & Rosa Sachs Lecturer, Teachers College, Columbia University, Fall 2000**

**Early Career Award for Programmatic Research, American Educational Research Association, 2000**

**Visiting Scholar, The Russell Sage Foundation, 1999-2000**

**Visiting Fellow, University of Wisconsin-Madison, Spring 1999**
The A.E. Havens Center

**Spencer Post-Doctoral Fellowship, 1995-97**
National Academy of Education

**Summer Fellow, Center for Advanced Study in the Behavioral Sciences, 1995**
Institute on The Linkage Between Educational Research, Policy and Practice

**UCLA Career Development Award, Summer 1994**
Pre-Tenure Awards to Support Junior Faculty Research

**UCLA Professor of the Quarter, Winter 1993**
Award for Outstanding Teaching, Research, and Community Service
UCLA Mortar Board Association

**Spencer Dissertation Fellowship, 1990-91**

BOOKS, BOOK CHAPTERS, AND PEER-REVIEWED JOURNAL ARTICLES:
Wells, A.S.; Fox, L.; Cordova-Cobo, D. and Ready, D. (forthcoming). "Addressing the Patterns of *Resegregation* in Urban and Suburban Contexts: How to Stabilize Integrated Schools and Communities amid Metro Migrations." In J. Spader (Ed.) A Shared Future: Fostering Communities of Inclusion in an Era of Inequality. Cambridge, MA: Harvard University's Joint Center for Housing Studies.

Wells, A. S. and Roda, A. (March, 2016) The Impact of Policy on the Questions Asked and Answered: The Evolution of Educational Research on the Social Context of Racial Inequality *Review of Research in Education*. AERA Centennial Issue. 40 (pp. 62-93).

Wells, A.S. (2015). *Diverse Housing, Diverse Schooling: How Policy Can Stabilize Racial Demographic Change in Cities and Suburbs.* Peer reviewed Policy Brief for the National Education Policy Center (NECP). Boulder, CO: National Education Policy Center. http://nepc.colorado.edu/publication/housing-school-nexus

Wells, A.S.; Fox, A.L.; and Miles, A. (2015). "Still Separate; Still Unequal in a Post-Milliken Era: Why *Rodriguez* Would Have Been Good, but Not Enough." In K. J. Robinson and C. Ogletree (Eds) The Enduring Legacy of *Rodriguez*: Creating New Paths to Equal Educational Opportunity. Cambridge, MA: Harvard Education Press.

Wells, A.S. (Winter, 2014) "Seeing Past the "Colorblind" Myth of Education Policy: Why Policymakers Should Address Racial/Ethnic Inequality and Support Culturally Diverse Schools." Peer reviewed Policy Brief for the National Education Policy Center (NECP). Bolder, CO: NEPC.

Roda, A. and Wells, A.S. (2013). "School Choice Policies and Racial Segregation:  Where White Parents' Good Intentions, Anxiety, and Privilege Collide." American Journal of Education. 119 (2). (pp. 261-293).

Wells, A.S.; Warner, M.; Gresikowski, C. (2013) "The Story of Meaningful School Choice: Lessons from Interdistrict Transfer Plans." Chapter Nine in Gary Orfield and Erica Frankenberg (Eds.) Educational Delusions? Why Choice Can Deepen Inequality and How to Make Schools More Fair. Berkeley, CA: University of California Press. (pp. 187-216).

Scott, J and Wells, A.S. (2013) "A More Perfect Union: Reconciling School Choice Policy with Equality of Opportunity Goals." Chapter Nine in Prudence Carter and Kevin Welner's (Eds.)  Closing the Opportunity Gap: What America Must Do to Give Every Student an Equal Chance. NY, NY: Oxford University Press. (pp. 123-140).

Wells, A.S.; Ready, D.; Duran, J.; Grzesikowski, C.; Hill, K.; Roda, A.; Warner, M.; & White, T. (2012). "Still Separate, Still Unequal, But Not Always So 'Suburban':  The Changing Nature of Suburban School Districts in the New York Metropolitan Area" Chapter Seven In W. F. Tate, IV (Ed.) Research on Schools, Neighborhoods and Communities: Toward Civic Responsibility. AERA Presidential Volume. Washington D.C.: American Educational Research Association. (pp. 125-150).

Wells, A.S.; Duran, J.: and White, T. (2011). "Southern Graduates of School Desegregation: A Double Consciousness of Resegregation yet Hope." Chapter Six in Erica Frankenberg and Elizabeth DeBray (Eds.). Intergrating Schools in a Changing Society: New Policies and Legal Options for a Multiracial Generation. Chapel Hill, NC: UNC Press. (pp. 114-130).

Wells, A.S. (2010). "The Social Context of Charter Schools: The Changing Nature of Poverty and What it Means for American Education." Chapter Nine in Matthew G. Springer, Herbert J. Walberg, Mark Berends, and Dale Ballou (Eds.) Handbook of Research on School Choice. Philadelphia, PA: Lawrence Erlbaum Associates. (pp. 155-178).

Wells, A.S.; Holme, J.J.; Revilla, A.J. & Atanda, A.K. (2009). Both Sides Now: The Story of School Desegregation's Graduates. Berkeley, CA: University of California Press.

Wells, A.S. (2008) "Our Children's Burden: A History of Federal Education Policies that Ask (now Require) Our Public Schools to Solve Societal Inequality." In Michael A. Rebell and Jessica Wolff (Eds.) NCLB at the Crossroads: Re-examining America's Commitment to Closing our Nation's Achievement Gaps. New York, NY: Teachers College Press.

Holme, J. J. and Wells, A.S. (2008). "School Choice Beyond District Borders: Lessons for the Reauthorization of NCLB from Interdistrict Desegregation and Open Enrollment Plans" In Richard Kahlenberg (Ed.) Improving on No Child Left Behind. New York, NY: The Century Foundation (pp. 139-216).

Wells, A.S.; Duran, J. & White, T. (2008). "Refusing to Leave Desegregation Behind: From Graduates of Racially Diverse Schools to the Supreme Court." Teachers College Record. 110 (12) (pp. 2532-2570).

Wells, A.S.  and Frankenberg, E. (2007) "The Public Schools and the Challenge of the Supreme Court's Integration Decision." Phi Delta Kappan 89 (3) (pp.178-188).

5

Wells, A.S. (2007). "Charter Schools" in George Ritzer (Ed.) <u>The Blackwell Encyclopedia of Sociology</u>. Oxford, UK: Blackwell.

Wells, A.S. and Holme, J.J. (2006). "No Accountability for Diversity: Standardized Tests and the Demise of Racially Mixed Schools." in the <u>Resegregation of the American South</u>. Jack Boger and Gary Orfield (Eds.). Chapel Hill, NC: University of North Carolina Press. (pp. 187-211).

Wells, A.S.; Holme, J.J.; Revilla, A.J. & Atanda, A.K. (September, 2005). "Tackling Racial Segregation One Policy at a Time: Why School Desegregation Only Went So Far." <u>Teachers College Record</u>. Special Issue on the <em>Brown</em> Anniversary. Volume II. <u>107</u> (9) (pp.2141-2177).

Wells, A.S. and Crain, R. L. (2005) "Where School Desegregation and School Choice Policies Collide: Voluntary Transfer Plans and Controlled Choice." In Janelle T. Scott (Ed.) <u>School Choice and Diversity: What the Evidence Says</u>. Teachers College Press: NY, NY. (pp. 59-76).

Wells, A.S. and Home, J.J. (2005) "Marketization in Education: Looking Back to Move Forward with a Stronger Critique." In Nina Bascia, Alister Cumming, Amanda Datnow, Kenneth Leithwood, and David Livingston (Eds.) <u>International Handbook of Educational Policy</u>. New York, NY: Springer. (pp. 19-52).

Petrovich, J. and Wells, A.S. (Eds.) (2005) <u>Bringing Equity Back: Research for a New Era in American Educational Policy.</u> Teachers College Press.

Wells, A.S.; Scott, J.; Lopez, A. & Holme, J.J. (2005) "Charter School Reform and the Shifting Meaning of Educational Equity: Greater Voice and Greater Inequality?" In Janice Petrovich and Amy Stuart Wells (Eds.) <u>Bringing Equity Back: Research for a New Era in American Educational Policy</u>. New York, NY: Teachers College Press.

Holme, J.J.; Wells, A.S. & Revilla, A. T. (2005). "Learning Through Experience: What Graduates Gained by Attending Desegregated High Schools." <u>Equity & Excellence in Education</u>. <u>38</u>, (1), pp. 14-24.

Yonezawa, S. and Wells, A.S. (2005). "Reform as Redefining the Spaces of Schools: An Examination of Detracking by Choice." In Lois Weis and Michelle Fine (Eds.) <u>Beyond Silenced Voices: Class, Race, and Gender in United States Schools</u> (Revised Edition). Albany, NY: State University of New York Press. pp. 47-63.

Wells, A.S.; Holme, J.J.; Revilla, A.J & Atanda, A.K. (2004). "How Society Failed School Desegregation Policy: Looking Past the Schools to Understand Them." Robert Floden, (Ed.) <u>Review of Research in Education</u>. <u>28</u> Special Issue for the <em>Brown</em> Anniversary. pp. 47-100.

Wells, A.S.; Revilla, A.T.; Holme, J.J.; & Atanda, A.K. (2004). "The Space Between School Desegregation Court Orders and Outcomes: The Struggle to Challenge White Privilege." <u>Virginia Law Review</u>. Special issue on the <em>Brown</em> Anniversary.  90 (6), 1721-1748.

Revilla, A.T.; Wells, A.S.; & Holme, J.J. (2004) " 'We Didn't See Color…'  The Salience of Color Blindness in Desegregated Schools." In the 2nd Edition of Michele Fine, Lois Weis, Linda Powell Pruitt, and April Burns (Eds.) <em>Off White</em>. New York: Routledge Press. (pp. 284-301).

Wells, A.S.; Holme, J.J.; Revilla, A.J. & Atanda, A.K. (May, 2004) "Against the Tide: Desegregated High Schools and Their 1980 Graduates" Phi Delta Kappan. 85 (9) pp. 670-679.

Oakes, J. and Wells, A.S. (2004). "The Comprehensive High School, Detracking, and the Persistence of Social Stratification." In Floyd Hammack (Ed.) The Comprehensive High School Today New York, NY: Teachers College Press. (87-113)

Wells, A.S. (2003). "From Theory to Data and Back Again: Michael W. Apple Argues for a New Role for Critical Theorists" A Review Essay. Teachers College Record. Published on line www.tcrecord.org; Print version (February, 2004) 106 (2), pp. 338-346.

Wells, A.S. (Ed.) (2002). Where Charter School Policy Fails: The Problems of Accountability and Equity. New York, NY: Teachers College Press.

Wells, A.S. (2002) "Why Public Policy Fails to Live Up to the Potential of Charter School Reform: An Introduction." In Wells, A.S. (Ed.) Where Charter School Policy Fails: The Problems of Accountability and Equity. New York, NY: Teachers College Press. (pp. 1-28).

Wells, A.S.; Vasudeva, A.; Holme, J.J.; & Cooper, C.W. (2002). "The Politics of Accountability: California School Districts and Charter School Reform" In Wells, A.S. (Ed.) Where Charter School Policy Fails: The Problems of Accountability and Equity. New York, NY: Teachers College Press. (pp. 29-53).

Lopez, A.; Wells, A.S. & Holme, J.J. (2002). "Creating Charter School Communities: Identity Building, Diversity, and Selectivity"  In Wells, A.S. (Ed.) Where Charter School Policy Fails: The Problems of Accountability and Equity. New York, NY: Teachers College Press. (pp. 129-158).

Wells, A.S. (2002). "Envisioning a More Progressive Agenda" In Wells, A.S. (Ed.) Where Charter School Policy Fails: The Problems of Accountability and Equity. New York, NY: Teachers College Press. (pp. 178-180).

Wells, A.S.; Slayton, J. & Scott, J. (2002). "Defining Democracy in the Neoliberal Age: Charter School Reform and Educational Consumption." American Educational Research Journal 39 (2) pp. 337-362.

Wells, A.S. (2002) "Reactions to the Supreme Court Ruling on Voucher: Introduction to an Online Special Issue." Teachers College Record. Online Special Issue on Vouchers. New York, NY. http://www.tcrecord.org.

Yonesawa, S.; Wells, A.S.; & Serna, I. (2002). "Choosing Tracks: How Students Structure Inequality" American Educational Research Journal. 39 (1) pp. 37-68.

Wells, A.S. (2001). "The 'Consequences' of School Desegregation: The Mismatch Between the Research and the Rationale." Hastings Constitutional Law Quarterly. 28 (4) 771-797.

Wells, A.S. and Scott, J. (2001). "Privatization and Charter School Reform: The Rich get Richer." In Henry M Levin (Ed.). Privatizing Education: Can The School Marketplace Deliver Freedom Of Choice, Efficiency, Equity, And Social Cohesion? San Francisco, CA: Westview Press.

Wells, A.S. (2001). "Parental Choice in Education." In David L. Levinson, Peter W. Cookson, Jr., and Alan R. Sadovnik (Eds.) Education and Sociology: An Encyclopedia  New York: Routledge/Falmer.

Wells, A.S.; Holme, J.J.; Lopez, A. & Cooper, C.W. (2000). "Charter Schools and Racial and Social Class Segregation: Yet Another Sorting Machine?" In Richard Kahlenberg (Ed.). A Notion at Risk: Preserving Education as an Engine for Social Mobility. New York: The Century Foundation Press. (pp. 169-222).

Wells, A.S.; Vasudeva, V.; Holme, J.J. & Cooper, C.W. (2000). "The Politics of Accountability: California School Districts and Charter School Reform." The Stanford Law & Policy Review. 11 (2) (pp. 325-342).

Wells, A.S.; Holme, J.J. & Vasudeva, A. (2000). "Diversity and Inequality: Montera Charter High School." In B. Fuller (Ed.) Inside Charter Schools: The Paradox of Radical Decentralization. Cambridge, MA: Harvard University Press.

Wells, A.S.; Lopez, A.; Scott, J. & Holme, J.J. (1999). "Charter Schools as Postmodern Paradox: Rethinking Social Stratification in an Age of Deregulated School Choice." Harvard Educational Review. 69 (2). (pp. 172-204).

Wells, A.S. (1999). "The Politics of Deregulation, Devolution and Competition:  A Comparison of Charter Schools and Grant-Maintained Schools." In K. McClafferty, C. Torres and T. Mitchell. (Ed.) Challenges of Urban Education: Sociological Perspectives for the Next Century. Albany, NY: SUNY Press. (pp. 99-126).

Wells, A.S.; Grutzik, C.; Carnochan, S.; Slayton, J. & Vasudeva, A. (1999). "Underlying Policy Assumptions of Charter School Reform: The Multiple Meanings of a Movement." Teachers College Record. 100 (3). (pp. 513-535).

Wells, et. al. UCLA Charter School Study Research Associates. (December, 1998). "Charter School Reform in California: Does it Meet Expectations?" Phi Delta Kappan. 80 (4). (pp. 305-312).

Wells, A.S. and Serman, T. (1998). "Education Against All Odds: What Films Teach Us About Schools." In G.I. Maeroff (Ed.) Imaging Education. New York: Teachers College Press.

Wells, A.S.; Carnochan, S.; Slayton, J.; Allen, R. & Vasudeva, A. (1998). "Globalization and Educational Change." In A. Hargreaves, A. Lieberman, M. Fullan, and D. Hopkins (Eds.). International Handbook of Educational Change. The Netherlands: Kluwer Publications.

Wells, A.S. and Oakes, J. (1998) "Tracking, Detracking, and the Politics of Educational Reform: A Sociological Perspective." In C. Torres (Ed.) Emerging Issues in the Sociology of Education: Comparative Perspectives Albany, N.Y.: SUNY Press.

Wells, A.S. and Crain, R.L. (1997) Stepping Over the Color Line: African-American Students in White Suburban Schools. New Haven: Yale University Press.

Oakes, J.; Wells, A.S.; Yonezawa, S. & Ray, K. (1997). "Change Agentry and the Quest for Equity: Lessons from Detracking Schools." In Andy Hargreaves (Ed.) Positive Change for School Success. Yearbook for the Association for Supervision and Curriculum Development.

Halsey, H.: Lauder, H.; Brown, P. & Wells, A.S. (Eds.) (1997). Education: Culture, Economy, and Society London: Oxford University Press.

Oakes, J.; Wells, A.S.; Datnow, A. & Jones, M. (1997). "Detracking: The Social Construction of Ability, Cultural Politics, and Resistance to Reform." Teachers College Record. 98. (3). 482-510.

Wells, A.S. and Oakes, J. (1996). "Potential Pitfalls of Systemic Reform: Early Lessons from Detracking Research." Sociology of Education. Extra Issue. (135-143).

Wells, A.S. and Serna, I. (1996). "The Politics of Culture: Understanding Local Political Resistance to Detracking in Racially Mixed Schools. Harvard Educational Review. 66 (1). (pp. 93-118).

Wells, A.S. (1996). "African American Students' View of School Choice." In B. Fuller, R. Elmore, and G. Orfield (Eds.) Who chooses, who loses: Culture, institutions, and the unequal effects of school choice. New York, NY: Teachers College Press.

Wells, A.S. (1995). "Re-examining Social Science Research on School Desegregation: Long- versus Short-Term Effects." Teachers College Record.96 (4). (pp. 691-706).

Wells, A.S.; Hirshberg, D.; Martin Lipton, & Jeannie Oakes. "Bounding the Case within Its Context: A Constructivist Approach to Studying Detracking Reform." (June/July, 1995). Educational Researcher. 24 (5). (pp. 18-24).

Wells, A.S. and Crain, R.L. (1994). "Perpetuation Theory and the Long-Term Effects of School Desegregation." Review of Educational Research. 64 (4). (pp. 531-555).

Wells, A.S.; Crain, R.L. & Uchitelle, S. (1994). "When School Desegregation Fuels Educational Reform: Lessons from Suburban St. Louis." Educational Policy. 8 (1) (pp. 68-88).

Wells, A.S. (1993). Time To Choose: America at the Crossroads of School Choice Policies. (1993) New York, NY: Hill & Wang.

Wells, A.S. and Beigel, S. (1993). "Public Funds for Private Schools: Political and First Amendment Considerations." American Journal of Education. 101 (3) (pp. 209-233).

Wells, A.S. (1993). "The Sociology of School Choice: Why Some Win and Others Lose in the Educational Marketplace." In E. Rasell and R. Rothstein (Eds.) School Choice: What Role in American Education. Washington, D.C.: Economic Policy Institute. (pp. 29-48).

Wells, A.S.; Sukstorf, M. & Crain, R.L. (1993). "A Re-examination of Chubb and Moe's Politics, Markets, and America's Schools." In E. Rasell and R. Rothstein (Eds.) School Choice: What Role in American Education. Washington, D.C.: Economic Policy Institute. (pp. 209-218).

Wells, A.S. and Crain, R.L. (1992). "Do Parents Choose School Quality or School Status? A Sociological Theory of Free Market Education." In Peter W. Cookson (Ed.) The Choice Controversy. Newbury Park, CA: Corwin Press. (pp. 65-82).

Wells, A.S. (1991). "Choice in Education: Examining Equity Issues." (Fall, 1991), Teachers College Record. 4, (3) (pp. 137-155). One article in a Symposium on School Choice edited by Amy Stuart Wells entitled "Politics, Markets, and Americas Schools."

9

Fiske, E.B. and Wells, A.S. (1991). "A Synthesis of the Literature on Education Reporting: How to Improve the Coverage of Education Research." In McNergney, R.F. (Ed.) Educational Research, Policy, and the Press. Boston: Allyn & Bacon.31-52.

Wells, A.S. (1990). "Educating Homeless Children." The Education Digest. (LV) No. 8  30-33.

Wells, A.S. (1989) "Teacher Recruitment Programs." Equity and Choice 5, (2), (pp. 37-39).

Fiske, E.B.; Hammond, B. & Wells, A.S. (1988). How to Get into the Right College: The Secrets of the College Admissions Officers. New York, NY: Times Books.

WORKS IN PROGRESS
Wells, A.S. (in progress) The New Public of Public Education: The Politics of Educating "Other" People's Children. New York, NY: Oxford University Press. (expected publication date, 2017).

RESEARCH REPORTS, ADDITIONAL PUBLICATIONS and REPRINTS
Wells, A.S.; Fox, L.; and Cordova-Cobo, D. (2016). How Racially Diverse Schools and Classrooms Can Benefit All Students. New York, NY: The Century Foundation. http://apps.tcf.org/how-racially-diverse-schools-and-classrooms-can-benefit-all-students

Wells, A.S.; Ready, D.; Fox, L.; Warner, M.; Roda, A.; Spence, T.; Williams, E. and Wright, A. (May, 2014). Divided We Fall: The Story of Separate and Unequal Schools 60 Years After Brown v. Board of Education. Center for Understanding Race and Education (CURE). http://bit.ly/PXy3HQ

Wells, A.S. (September/October, 2012). "What are We Holding our Public Schools Accountable For? The Gap Between What is Measured and What is needed to Prepare Children for an Increasingly Diverse Society." Poverty & Race. Newsletter of the Poverty & Race Research Action Council. http://www.prrac.org.

Wells, A.S.; Baldridge, B.; Duran, J.; Grzesikowski, C.; Lofton, R.; Roda, A.; Warner, M. & White, T. (2009). Boundary Crossing for Diversity, Equity and Achievement. Report on eight inter-district school desegregation plans. See full report on the Teachers College website: http://www.tc.columbia.edu/news/article.htm?id=7232

Wells, A.S.; Baldridge, B.; Duran, J.; Lofton, R.; Roda, A.; Warner, M.; White, T. & Grzesikowski, C. (2009) Why Boundaries Matter: A Study of Five Separate and Unequal Long Island School Districts. The Teachers College, Columbia University report on five Long Island school districts for the Rauch Foundation's Long Island Index Report.

Wells, A.S. and Frankenberg, E. (April, 2008). Reprint of "Public Schools and the Challenge of the Supreme Court's Integration Decision." (original published in Phi Delta Kappan). The Education Digest. 73 (8) (4-13).

Wells, A.S.; Braddock, J.H. II; Darling-Hammond, L.; Heubert, J.P.; Oakes, J.; Rebell, M.A.; & The Campaign for Educational Equity (October 10, 2006). Amicus Curiae Brief in Support of the Respondents in Parents Involved in Community Schools v. Seattle School District No. 1 et. al. and Meredith v. Jefferson County Board of Education et. al., submitted to the U.S. Supreme Court of the United States.

Wells, A.S. (2004). "The Promise of *Brown* and the Public Schools: Swimming Against the Tide." The Ford Foundation Report.

Wells, A.S. one of six invited scholars to participate in a published dialogue, "*Brown* and its Impact on Schools and American Life." (2004) Edited by John P. Ryan of the American Bar Association.  Focus on Law Studies. Washington D.C. : A.B.A.  http://www.abanet.org/publiced/focus/home.html.

Wells, A.S.; Holme, J.J.; Revilla, A.J. & Atanda, A.K. (2004). How Desegregation Changed Us: The Effects of Racially Mixed Schools on Students and Society. Final Report from the Understanding Race and Education Study. New York, NY: Teachers College, Columbia University. www.tc.columbia.edu/desegregation

Wells, A.S.; Holme, J.J.; Lopez, A. & Cooper, C.W. (2003). "Charter Schools and Racial and Social Class Segregation: Yet Another Sorting Machine?." Reprinted in R. Kahlenberg (Ed.). Public School Choice vs. Private School Vouchers. New York, NY: The Century Foundation Press.

Wells, A.S.; Christie, T.; Cooper, C.W. & Vasudeva, A. (2000).  The NEA Charter Schools Initiative: A Final Report A Final Report of the UCLA Charter School Study on the Five-year Evaluation of the NEA's CSI. Los Angeles, CA: UCLA GSE&IS.

Wells, A.S. and Crain, R.L. (2000). "Consumers of Urban Education." Reprint of a book chapter in Richard Arum and Irenee R. Beattie (Eds.). The Structure of Schooling: Readings in the Sociology of Education. Mountain View, CA: Mayfield Publishing Company.

Wells, A.S. "California's Charter Schools: Promises vs. Performance," (Spring, 1999). American Educator. 23 (1). 18-21, 24, 52.

UCLA Charter School Study (1998). Beyond the Rhetoric of Charter School Reform: A Study of Ten California School Districts. Los Angeles, CA: Author. (www.gseis.ucla.edu/docs/charter.pdf).

Wells, A.S. and Serna, I. (1998). Reprint of "The Politics of culture: Understanding Local Political Resistance to Detracking in Racially Mixed Schools" In J. Marshall and M. Peters (Eds.) Educational Policy volume in the series on International Library of Comparative Public Policy. Cheltenham, U.K.: Edward Elgar Publishing.

Wells, A.S. (1997). "Charter Schools: A Complex Educational Reform" (1997). Basic Education. Washington, DC: The Council for Basic Education.

Oakes, J. and Wells, A.S. (1996). Beyond the Technicalities of School Reform: Policy Lessons from Detracking Schools. A Policy Monograph. Los Angeles, CA: UCLA Graduate School of Education & Information Studies.

Oakes, J. and Wells, A.S. (1996). "Doing the Right Thing." California English. 2. (1). pp. 10, 12, 13.

Wells, A.S. (1996). Issues Sheets on "Systemic Reform" and "School, Parent and Community Support." Compiled and Edited by the American Sociological Association. Implementing Educational Reform: Sociological Perspectives on Educational Policy. Norwood, NJ: Ablex Publishers.

Wells, A.S. and Crain, R.L. (1995). Reprint of  "Perpetuation Theory and the Long-Term Effects of School Desegregation." In Kofi Lomoty and Charles Teddlie (Eds.) <u>Forty Years After the Brown Decision: Implications, Perspectives and Future Directions</u>. <u>13</u>.  <u>Readings on Equal Education</u> Series. New York: AMS Press, Inc.

Wells, A.S.; co-author with eight colleagues. (1993). "Coming to Terms with the Los Angeles Riots and Public Education in Los Angeles: A Time for Reflection and A Time for Action." In Allen J. Scott and E. Richard Brown (Eds.) <u>South-Central Los Angeles: Anatomy of an Urban Crisis</u> Working Paper No. 6. Los Angeles: Lewis Center for Regional Policy Studies, UCLA.

Wells, A.S. (1990). "Public School Choice: Issues and Concerns for Urban Educators." <u>ERIC Clearinghouse on Urban Education Digest</u>. Number 63.

Wells, A.S. and Schwartz, W. (1990). <u>The Disadvantaged: Paths to Success</u>. NCEE Brief Number 3. New York: National Center on Education and Employment.

Wells, A.S. and Bempechat, J. (1989). <u>Trends and Issues in Urban Education 1989: Promoting the Achievement of At-Risk Students</u>. New York: ERIC Clearinghouse on Urban Education.

Wells, A.S. (1989). "Hispanic Education in America: Separate and Unequal." <u>ERIC Clearinghouse on Urban Education Digest</u>. Number 59.

Wells, A.S. (1989). "Middle School Education -- The Critical Link in Dropout Prevention." <u>ERIC Clearinghouse on Urban Education Digest</u>. Number 56.

Wells, A.S. (1989). "Educating Homeless Children." <u>ERIC Clearinghouse on Urban Education Digest</u>. Number 52.

Wells, A.S. (1989). "Urban Teacher Recruitment Programs." <u>ERIC Clearinghouse on Urban Education Digest</u>. Number 43.

Wells, A.S. (1987). "Teacher, Principal, and Parent Involvement in the Effective School." <u>ERIC Clearinghouse on Urban Education Digest</u> Number 38.

<u>POPULAR PRESS PUBLICATIONS: SELECTED ARTICLES AND OP-ED PIECES</u>

Wells, A.S. (October 3, 2014) "The Diverse Suburbs Movement has Never Been More Relevant." The Altantic Citylab  http://www.citylab.com/politics/2014/10/the-diverse-suburbs-movement-has-never-been-more-relevant/381061/

Wells, A.S. and Ready, D. (May 23, 2014). "Opinion: Suburban Promise, or Demise?" <u>Long Island Newsday</u> http://www.newsday.com/opinion/oped/suburban-promise-or-demise-opinion-1.8167670

Wells, A.S. (Wednesday, March 13, 2013). "Why NYC Should Make Diversity a School Choice." Schoolbook.Org. National Public Radio.  http://www.wnyc.org/blogs/schoolbook/2013/mar/13/more-diverse-schools-needed-to-attract-affluent-gentrifiers/

Wells, A. S. (December 5, 2011) "School Choice? A Question of Time and Money" <u>The New York Times</u> Schoolbook Blog. <u>http://www.nytimes.com/schoolbook/2011/12/05/school-choice-a-question-of-time-and-money/?scp=2&sq=wells&st=cse</u>

Wells, A.S. (October 13, 2011) "When It Comes to High School Choice, Who Does the Choosing?" <u>The New York Times</u> Schoolbook Blog. <u>http://www.nytimes.com/schoolbook/2011/10/13/when-it-comes-to-high-school-choice-who-does-the-choosing/?scp=5&sq=wells&st=cse</u>

Wells, A.S. (September 14, 2011) "The Admissions Game: Remembering to Inhale." <u>The New York Times</u> Schoolbook Blog <u>http://www.nytimes.com/schoolbook/2011/09/14/the-admissions-game-remembering-to-inhale/?scp=4&sq=wells&st=cse</u>

Wells, A.S. (February, 23, 2011) "No Superman in Suburbia." The Huffington Post. <u>http://www.huffingtonpost.com/amy-stuart-wells/no-superman-in-suburbia_b_826876.html</u>

Wells, A. S. (March 4, 2009)."The Obama Generation and Audacious Hope of Racially Diverse Schools" Commentary. <u>Education Week</u>

Wells, A.S. (December 20, 2006). "Speaking Truth to Power on School Desegregation: Is Power Listening?" Commentary. <u>Education Week</u> <u>26</u> (16) (pp. 32, 40).

Wells, A.S. (Sunday, January 22, 2006). "No Charter School Left Behind." <u>The New York Times</u>. City Section.

Wells, A.S. (Wednesday, December 29, 2004) "Charter Schools: Lessons in Limits." <u>The Washington Post</u> (p. A19).

Wells, A.S. (Sunday, April 5, 1998). "For Baby Boomers: A 90s Kind of Sit-in," <u>The New York Times</u>. Education Life, (pp. 22,23,33-4).

Wells, A.S. (February 17, 1997). "Saving Public Education" <u>The Nation</u>. (p. 17).

Wells, A.S. (January 16, 1991). "Asking What Schools Have Done, or Can Do, to Help School Desegregation," <u>The New York Times</u>.

Wells, A.S. (August 22, 1990)."Experiment Pioneered the School Choice Concept," <u>The New York Times</u>.

Wells, A.S. (May 16, 1990)."Preschool Program in New York City is Reported to Surpass Head Start," <u>The New York Times</u>.

Wells, A.S. (March 14, 1990). "Quest for Improving Schools Finds Roles for Free Market," <u>The New York Times</u>.

Wells, A.S. (December 27, 1989). "Counseling, from Careers to Everyday Stresses," <u>The New York Times</u>.

Wells, A.S. (November 1, 1989). "Education Researchers Vexed by Lack of Impact" <u>The New York Times</u>.

Wells, A.S. (February 22, 1989). "Efforts to Reach Homeless Students Putting Increasing Strain on Schools." <u>The New York Times</u>.

Wells, A.S. (January 4, 1989)."Radical Ideas of Sociologists Gain New Respect" The New York Times.

Wells, A.S. (September 7, 1988). "For Those at Risk of Dropping Out, An Enduring Program that Works." The New York Times.

Wells, A.S. (June 8, 1988). "St. Louis Evaluates Its Pioneer Integration Plan." The New York Times.

Wells, A.S. (May 10, 1988). "Teacher Shortage Termed Most Critical in Inner-City Schools." The New York Times.


BOOK and ARTICLE REVIEWS
Book Review of Kozol, J. The Shame of the Nation: The Restoration of Apartheid Schooling in America. (September, 2006). Educational Studies. 40 (1).

Book Review of Hanus, J.J. and Cookson, P.W., Jr. Choosing Schools: Vouchers and American Education and Quade, Q. Financing Education: The Struggles Between Governmental Monopoly and Parental Control. (Summer 1998). Journal of Policy Analysis & Management. 17 (2) 21-25.

Book Review of Gewirtz, S.; Ball, S.J.; and Bowe, R. Markets, Choice and Equity in Education. (Spring, 1997) Education Administration Quarterly.

Book Review of Jeffrey Henig's Rethinking School Choice: Limits of the Market Metaphor (May-June, 1996) Journal of Curriculum Studies. 28. (3). pp. 363-7.

Book Review of Judith Rosenberg Raferty's Land of Fair Promise: Politics and Reform in Los Angeles Schools, 1885-1941 (Spring, 1994) American Journal of Sociology.

A Response to Michelle Fine's "[Ap]parent Involvement: Reflections on Parents, Power, and Urban Public Schools." (Summer 1993) Teachers College Record 94 (4) pp. 727-729.

"A Final Word on Chubb and Moe." (Second author with Marla Sukstorf and Robert L. Crain) (1993) In E. Rasell and R. Rothstein (Eds.) School Choice: What Role in American Education. Washington, D.C.: Economic Policy Institute. 245.

DOCTORAL DISSERTATION
"The Sociology of School Choice: A Study of Black Students' Participation in a Metropolitan Voluntary Transfer Plan."(1991) Doctoral Dissertation. In-depth interviews with 72 black students and parents of different socio-economic backgrounds.

MASTER'S THESIS
"A Study of Education Reporting in American Newspapers." (1986) Research included a nation-wide survey of education journalists at major daily newspapers, a content analysis of education coverage from 1945 to 1985 in three leading newspapers, and in-depth interviews with three prominent education writers.

MAJOR PRESENTATIONS AND PANELS
"Why Reimagining Education?" Reimagining Education: Teaching and Learning in Racially Diverse Schools. Summer Institute, July 17-20, 2017. New York, NY: Teachers College, Columbia University.

"Addressing the Patterns of *Resegregation* in Urban and Suburban Contexts: How to Stabilize Integrated Schools and Communities amid Metro Migrations." At <u>A Shared Future: Fostering Communities of Inclusion in an Era of Inequality</u>. Babson College, MA. Sponsored by the Joint Center for Housing Studies at Harvard University, April 20, 2017.

"How Systematic Qualitative Research Can Foster More Meaningful Engagement about Racial Inequality in Education" with Juontel White. San Antonio, Texas: the American Educational Research Association (AERA) Annual Meeting, April 29, 2017.

"Rethinking 'Public' and the Meaning of a Good School: The Effect of Research on Advocacy and Back Again." With Constance Clark. San Antonio, Texas: the American Educational Research Association (AERA) Annual Meeting, April 29, 2017.

"Understanding the Resegregation of the Public Schools" a lecture at the Brooklyn Historical Society, Brooklyn, New York, November 9, 2016

"Our Children's Burden: How Public Education Can Help Sustain a Diverse Democracy" Endowed Wayne Morse Invited Lecture, University of Oregon. Eugene, Oregon. October 18, 2016.

"The Educational Benefits of Diverse Schools and Classrooms: What the Research Tells us about the *Potential* of Racial Integration in the 21st Century" Harvard Graduate School of Education Colloquium, Cambridge, MA. September 12, 2016.

"Reimagining DE-segregation for 21st Century Schools: Integration for a Changing Society" co-presentation with Juontel White, Diana Cordova-Cobo and Lauren Fox at the "Reimagining Education: Teaching and Learning in Racially Diverse Schools" Summer Institute at Teachers College, Columbia University in New York, NY. July, 2016.

"The Harms of Segregation and the Benefits of Diversity in U.S. Public Education" A Conversation with John King, U.S. Secretary of Education, U.S. Department of Education Learning Session. Washington DC. Thursday, April 28, 2016

"How Racially Diverse Schools and Classrooms Can Benefit All Students," presentation at the "Taking Action on School Diversity Forum" hosted by the Century Foundation in Washington DC. April, 2016

"The Potential Benefits of Diverse Schools and Classrooms" an AERA EdTalk, resulting from participation in the AERA Education Research Knowledge Forum, designed to allow "leading education scholars and policy leaders… to engage in open, in-depth discussions of cutting-edge research on education and learning." Presentation at a Presidential Session American Educational Research Association annual meeting in Washington DC. April, 2016.

"Reflexive Sociology as Public Scholarship: Research to Inform Policy that Addresses Inequality" Organizer and Chair, Presidential Session at the American Educational Research Association annual meeting in Washington DC. April, 2016.

"Why Now? Seizing a Critical Moment in U.S. History to Create and Sustain Racially Diverse Public Schools." Presentation at the National Public Education Support Fund, Education Funder Strategy Group, Winter Quarterly Meeting, Washington DC, December, 2015

"Mapping the Educational Research on the Potential Benefits of Diversity in K-12 Schools: Connecting the Unconnected Dots" Paper presented at the American Educational Research Association annual meeting In Chicago, IL (co-authored with Lauren Fox and Diana Cordova-Cobo) in a symposium titled: "In Search of the Educational Benefits of Diversity: Connecting the Scholarship in Higher Education to K-12 Schools and Classrooms." April 2015.

"Lessons from Three Decades of City-Suburban School Desegregation in St. Louis: The Potential of a Metro Area to Address Inequality Today." Keynote address at the Midwest Equity Assistance Center's Educational Equity Conference. February 19, 2015. St. Louis, MO.

"Changing Nation, Changing Suburbs (and Cities), Changing Schools:  Metropolitan Migrations and the *Process* of Re-Segregation in Suburban and Urban Public Education. Presentation at the Ford Foundation for the Renaissance Journalism Project. New York, NY. November 20, 2014

"Changing Nation, Changing Suburbs (and Cities), Changing Schools: Metropolitan-Wide Solutions to Educational Inequalities for the 21st Century."  Presentation at the St. Louis Black Leadership Roundtable 25th Anniversary Celebration: Commemorating Our Past – Creating Our Future. November 2014, St. Louis, MO.

"Examining Macro and Micro Contexts of Inequality in Education: The Centrality of Sociological Mixed-Methods Research." Paper presented at the American Sociological Association Annual Meeting, New York, NY. August, 2013. (Co-authored by Wells, Warner, Fox, and Earle).

"Studying the Multiple Dimensions of Racial Segregation and Inequality: When Mixed-Methods Research Makes the Most Sense." Paper presented by Hester Earle and Ashley Lauren Fox at the American Educational Research Association annual meeting. San Francisco, CA. April, 2013 (co-authored by Wells, Earle, Fox, Warned and Roda).

"Lessons from Jeannie Oakes: Social Justice Scholar, Educator, Activist and Organizer." Presidential Session I co-organized with Kevin Welner at the American Educational Research Association annual meeting. San Francisco, CA. April, 2013.

"Longing for Milliken: Why Rodriguez Would Have Been Good but Not Enough." Presentation at the "*Rodriguez* at 40: Exploring New Paths to Equal Educational Opportunity" Conference, co-sponsored by the Charles Hamilton Houston Institute at Harvard University and the University of Richmond Law School. March 8, 2013.

"The Social Construction of Location, Location, Location: Where Place, Race and Reputation Collide in Housing and School Choices." Presentation at mini-conference on "Choosing Homes, Choosing Schools" at the Russell Sage Foundation, New York, NY. Paper co-authored by Amy Stuart Wells, Hester Earle, Miya Warner, Ashley Lauren Fox and Allison Roda. February 14, 2013.

16

"Studying the Housing/School Segregation Nexus: Mixed-Methods and Multiple Epistemologies" Paper presented at the Eastern Sociological Society Annual Meeting; "Choosing Homes; Choosing Schools" ESS Mini Conference. (presented by Fox, L.; Hill, K. and Ready, D.) New York, NY. February 25, 2012.

"Why We Move Where We Do: A Survey of Home Buyers and School District Boundary Lines." Paper presented at the Eastern Sociological Society Annual Meeting; "Choosing Homes; Choosing Schools" ESS Mini Conference. (co-authored and presented by Earle, H.) New York, NY.  February 25, 2012.

"Making Sense of Separate School Districts: The Meaning of 'School Quality' and the Color Line in Suburban Housing Choice." Paper presented at the Eastern Sociological Society Annual Meeting; "Choosing Homes; Choosing Schools" ESS Mini Conference. (co-authored with Roda, A.; Hill, K.; Fox, L. & Warner, M.) New York, NY.  February 25, 2012.

"An Overview of Metro Migrations, Racial Segregation and School Boundaries: The Role of Public Education in Suburban Residential Patterns." Paper presented at the Eastern Sociological Society Annual Meeting; "Choosing Homes; Choosing Schools" ESS Mini Conference. (co-authored and co-presented with Ready, D.) New York, NY. February, 24, 2012.

"Evolution of the BKSJ Project into the 'From Here 2 Fair' Dissemination Project." Presentation at A Special Event at the Ford Foundation: "From Here to Fair: Knowledge for a Better America." New York, NY. (co-presented with Jeannie Oakes) November 18, 2011.

"Overview of the Building Knowledge for Social Justice/From Here 2 Fair Project." Presentation at A Special Event at the Ford Foundation: "From Here to Fair: Knowledge for a Better America." New York, NY. (co-presented with Jeannie Oakes) November 18, 2011.

"Reoccurring Racial and Social Class Segregation in Suburban Public Schools: The Relationship between Housing Markets and District Boundary Lines." Paper presented at the American Educational Research Association annual meeting. New Orleans. (co-authored and co-Presented with Roda, A.; Warner, M. and Hill, K.) April, 2011.

Presentation on Metro-Migration Study for Education Secretary Arnold Duncan's Learning Round Table Session on Re-Segregation. U.S. Department of Education. Washington D.C. March 18, 2011

 "Why We Move: Metro Migrations, Racial Segregation and School District Boundaries An Overview of a Mixed-Methods Study and Emerging Themes from Long Island Data." CUNY Graduate Center; Program on Urban Education, NY, NY. Co-authored and co-presented with Ready, D.; Fox, L.; Hill, K.; Luesse, J.; Quinn, J.; Roda, A.; Severe, C.; and Warner, M. March 21, 2011.

"Understanding Educational Inequality on Long Island within a Broader Context: Causes and Possible Solutions." Keynote address at the Erase Racism Forum, SUNY Stony Brook, NY. February  14, 2011

"School District Fragmentation and Inequality: How Boundaries Divide and Differentiate" Paper presented at the Eastern Sociological Society annual meeting.  (co-authored and co-presented with Warner, M.; Luesse, J.; Fox, L. & Hill, K.) Philadelphia, PA. February, 2011.

17

"Why Boundaries Matter: Early Findings from Separate and Unequal Suburban School Districts." Paper presented at the American Sociological Association annual meeting. (co-authored and co-presented with Hill, K). Atlanta, GA. August, 2010.

"School Boundaries as Symbolic & Social Borders: The Tangible and Intangible Manifestations of Racially Separate Districts, Schools and Classrooms." Paper presented at the American Educational Research Association annual meeting. (co-authored and co-presented with Roda, A. and Grzesikowski, C.) Denver, CO. May, 2010.

**"**Metro Migration, Suburban Fragmentation, and Racial/Ethnic Segregation: Nassau County as Both Typical and Extreme." Paper presented at the American Educational Research Association annual meeting. (co-authored and co-presented with Ready, D.; Warner, M. & Grzesikowski) C. Denver, CO. May, 2010.

"School District Boundaries, Segregation and Educational Inequality: Separate and Unequal Classrooms in Fragmented and Increasingly Complex Suburbia." Paper presented for a Presidential Session at the American Educational Research Association annual meeting. Denver, CO. May, 2010.

"Why Boundaries Matter: Separate and Unequal Educational Opportunities on Long Island." Presentation at the Long Island Energeia Meeting (co-presented with Miya Warner). May 19, 2010.

"Separate and Unequal Educational Opportunities in Nassau County: Where Metro Migrations, Racial Segregation and School District Boundaries Collide." Keynote address at a Long Island Stakeholder Forum, Adelphi University, May 14, 2010.

"Metro Migrations, Racial Segregation, and School Boundary Lines: How Separate and Unequal Educational Opportunities Defy Efforts to 'Lift All Boats' via the Standards and Accountability Movement." The Doyle and Alba Bortner Distinguished Speaker Series City College, City University of New York School of Education. April 14, 2010.

"Sorting Out the School Choice History and Research." Presentation at the Education Meeting of the National Council of State Legislators. Teachers College, Columbia. University: New York, NY. March, 2010.

"Why Boundaries Matter: A Study of Five Separate and Unequal Long Island School Districts." Talk for deans and administrators of school of Education across Long Island. Talk based on the Why Boundaries Matter research report. C.W. Post University, Long Island. December, 2009.

"Boundary Crossing for Diversity, Equity and Achievement." Presented at Reaffirming the Role of School Integration in K-12 Public Education Policy: A Conversation Among Policymakers, Advocates and Educators, at Howard Law School. Washington D.C. November, 2009.

"Metro Migrations, Racial Segregation & School Boundaries: Education Policy in Changing Suburban and Urban America." Dan E. Sweat Distinguished Lecture, Georgia State University: Atlanta, GA. September 24th, 2009.

"Interdistrict School Desegregation Plans and The Struggle for Equal Educational Opportunity: An Overview of Eight Plans." Report presented at a National Summit, Plans Passing the Torch: The Past, Present, and Future of Interdistrict School Desegregation. Charles Hamilton Houston Institute for Race & Justice.

Harvard University Law School, Cambridge, MA. (co-authored and co-presented with Baldridge, B.J.; Duran, J.; Grzesikowski, C.; Lofton, R.; Roda, A.; Warner, M. and White, T.) January 16-18, 2009.

"Understanding Whites' Double Consciousness: The Critical Role of Qualitative Research in the Study of Race and Education in the U.S." the American Educational Research Association annual meeting. San Diego , CA. April, 2009.

"Suburban School Segregation and Inequality on Long Island: Five School Districts; Five Opportunity Structures." Paper presented at the American Educational Research Association annual meeting. (co-authored and co-presented with Duran, J.; White, T.; Lofton, R.; Roda, A.; Baldridge, B.; Warner, M. & Grzesikowski, C.)  San Diego , CA. April, 2009.

"The Double Consciousness of Adult Graduates of Southern Schools: The Meaning of Lives Lived from Massive Resistance to Desegregation and Back Again" Paper accepted for presentation at the "Looking to the Future" Conference. Chapel Hill, North Carolina. (co-authored and co-presented with Duran, J.; & White, T) April 2009.

"The Parallel Rhetoric of Welfare Reform and NCLB: Addressing Inequality by Blaming its Victims" Invited paper presentation at the Eastern Sociological Society Meeting. Baltimore, MD. March, 2009.

"School Choice Beyond District Borders: Lessons for the Reauthorization of NCLB from Interdistrict Desegregation and Open Enrollment Plans."  The National Press Club, Washington DC. October 15, 2008.

"Schools and Opportunity: Understanding White Resistance to Structuring Access to Knowledge." Kerner Commission Forum, Stanford Center for Opportunity Policy in Education (SCOPE), Stanford University, Palo Alto, CA. October 3, 2008.

"White Flight All Over Again: Public Education in Changing Suburban and Urban America." Lecture at the Institute on Education, University of London. London, UK. June 24, 2008.

"Public Education in Changing Suburban and Urban America: 'White Flight' All Over Again?" Presentation at the Carnegie Foundation for the Advancement of Teaching. Palo Alto, California. June 10, 2008.

"Colorblindness and School Choice: When the Political Rhetoric and the Research Evidence Collide after the Supreme Court's Decision in Parents Involved." Presentation at the UC Berkeley Sociology Colloquium Series. Berkeley, CA: April 3, 2008.

"Still Separate, Still Unequal, But Not Always So "Suburban:" The Changing Nature of Suburban School Districts in the New York Metro Area" (co-authored with Jacquelyn Duran and Terrenda White). Paper presented at a Presidential Session at the American Educational Research Association Annual Meeting. New York, NY: March 2008.

"Colorblindness and School Choice: The Central Paradox of the Supreme Court's Ruling in the *Parents Involved* Cases." (co-authored with Allison Roda). Paper presented at the American Educational Research Association Annual Meeting. New York, NY: March 2008.

"Still Separate, Still Unequal: The Changing Nature of Racial and Socio-Economic Segregation in U.S. Metropolitan Areas and the Role of Public Education." Seminar presentation at the Center for Advanced Study in the Behavioral Sciences. Palo Alto, CA: March 7, 2008.

"Colorblindness and the Social Science Research: Why Separate is not Equal." Presentation at the Ohio State Law Review Symposium, "The School Desegregation Cases and the Uncertain Future of Racial Equality." Ohio State University, Columbus, Ohio: February 21 and 22, 2008.

"Post-*Parents Involved* Civil Rights Efforts in Education: A Suggested Focus on "Place" and the Geography of Opportunity." Presentation at the Charles Hamilton Houston Institute on Race and Justice convening of civil rights litigators, legal scholars and national civil rights organizations on new and ongoing social science research related to children and opportunity. San Francisco, CA. January 17th, 2008.

"School Choice Beyond District Borders: Lessons Learned from Inter-district Desegregation and Open Enrollment Plans" (Co-authored with Jennifer Jellison Holme). Paper presented at the University of Connecticut's Center for Education Policy Analysis Conference, "Public School Choice in a Post-Desegregation World: What have we learned and where are we going?" in Storrs, CT. November 2007.

"The Social Construction of Failing Schools and Its Self-Fulfilling Prophecy: A Spatial Analysis of Urban Education in New York City" (co-authored with Janelle T. Scott and Jacquelyn Duran) Paper presented at the 2007 Annual Meeting of the American Educational Research Association in Chicago, IL, April 2007.

"Applying the Principals of *Grutter* to K-12 Education: Racially Divers Public Schooling and the Compelling State Interest." (co-authored with Jacquelyn Duran and Terrenda White). Paper presented at the 2007 Annual Meeting of the American Educational Research Association in Chicago, IL, April 2007.

Panelist responding to the Supreme Court's Oral Argument in the Louisville and Seattle Voluntary Integration cases. American Constitution Society for Law and Policy, Washington DC., December 4th, 2006.

"Our Children's Burden: A History of Federal Education Policies that Ask (now Require) Our Public Schools to Solve Societal Inequality." Paper Presented at the 2006 Campaign for Educational Equity's Annual Symposium, "NCLB and Its Alternatives: Examining America's Commitment to Closing Achievement Gaps." New York, NY: Teachers College, Columbia University.

"Double Consciousness From Both Sides Now: How Graduates of Desegregated Schools Understand Race" (co-authored with Jennifer Jellison Holme) Paper Presented at the 2006 Annual Meeting of the American Sociological Association in Montreal, Canada, August, 2006.

"From Welfare Queens to Soft Bigotry: The Parallels between Welfare Reform and NCLA" Invited lecture at the Center for Research on Educational Opportunities. University of Notre Dame, April, 2006.

"A Spatial Understanding of the Schools Left Behind: Scapegoating Poor Urban Schools in an Era of Accountability and School Choice" (co-authored with Jennifer Jellison Holme, & Jacquelyn Duran) Paper Presented at the Annual Meeting of American Educational Research Association. San Francisco, CA. April 12, 2006

Panelist on "Getting Your Opinion Out: Tips on Writing Op-Ed Articles." Paper Presented at the Annual Meeting of American Educational Research Association. Montreal, Canada. April 12, 2005.

Panelist on "Keeping Track: 20 Years Later." Presidential Invited Session, Annual Meeting of American Educational Research Association. Montreal, Canada. April 12, 2005.

"Tackling Racial Segregation One Policy at a Time: Why School Desegregation Only Went So Far." Presentation at the Wagner School of Public Policy at New York University. New York, NY. February 17, 2005.

Panelist on "Charter Schools: Are They Working?" Sponsored by the Century Foundation. At the National Press Club, Washington, D.C. October 27, 2004.

"How School Desegregation Changed Us: The Effects of Racially Mixed Schools on Society." Presentation at the Fund for an Open Society Meeting. New Jersey. October 22, 2004.

"How Desegregation Changed Us." (with Anita Tijerina Revilla). Presentation at the "Brown Plus Fifty" conference at NYU. New York, NY: New York University's Metro Center. May 19, 2004.

"In Search of *Brown.*" (with Anita Tijerina Revilla). The Teach In for high school students from around the country as part of the "Brown Plus Fifty" conference at NYU. New York, NY: New York University's Metro Center. May 17, 2004.

Panelist on National Public Radio's "Talk of the Nation," national broadcast on the 50th anniversary of *Brown v. Board of Education* and what it means to high school students today. May 17, 2004.

Panelist on *Brown* Anniversary Program at the Schomburg Center for research in Black Culture. Co-sponsored by AARP and the Schomburg Center. New York City, NY. May 14, 2004.

"How Desegregation Changed Us" Study Presentation at the Education Writers Association meeting in San Francisco, April, 2004.

"Rethinking the Lessons Learned from School Desegregation: Understanding the Role of Racially Mixed Schools in a Segregated and Unequal Society" (First author with Jennifer Jellison Holme, Anita Tijerina Revilla, and Awo Korantemaa Atanda). Presentation at the American Educational Research Association Annual Meeting: San Diego, CA. April, 2004.

"The Souls of Desegregated Folk: The Dual-Consciousness of Adult Graduates of Racially Diverse High Schools" (First author with Jennifer Jellison Holme, and Anita Tijerina Revilla). Presentation at the American Educational Research Association Annual Meeting: San Diego, CA. April, 2004.

Panelist on the aftermath of *Brown*. Teachers College Homecoming. New York, NY: Teachers College, Columbia University. April, 2004.

"In Search of Brown: Findings from a Study of Desegregated High Schools and Their 1980 Graduates." Presentation at New York University Symposium," The Black Middle Class: The Challenges Facing, and the Consequences of, African-American Class Mobility." New York, NY: New York University Law School. February 24, 2004.

"Against the Tide: Findings from a Study of Desegregated High Schools and Their 1980 Graduates."
Presentation at the "*Brown v. Board of Education*: 50th Anniversary Symposium." Charlottesville, VA:
University of Virginia Law School. February 20, 2004.

Panelist on the 50th Anniversary of *Brown*, The Hechinger Institute on Education and the Media. Meeting of
Education Editors. New York, NY: Teachers College, Columbia University. November 2003.

"Learning The Shortcomings of Educational Policy in Hindsight: The Story of Six Desegregated High Schools in
the Late 1970s. Paper presented at the Annual Meeting of the Association for Public Policy Analysis
and Management. Washington DC. November, 2003.

"Looking Back on Desegregation from Segregated Lives: A Study of Adult Graduates of Racially Mixed
Schools."  Paper Presented at the Harvard Civil Rights Project Color Lines Conference August 30-
September 1, 2003

"In Search of *Brown:* The Unfulfilled Promise of School Desegregation in Six Racially Mixed High Schools."
Paper Presented at the 2003 Annual Meeting of the American Sociological Association in Atlanta, GA.
August, 2003.

"Beyond Cleveland: School Vouchers and the Future of American Education." Panelist at NYU Forum on the
Cleveland Voucher Decision. New York, NY, September 17th, 2002.

"No Accountability for Diversity:  Standardized Tests and the Demise of Racially Mixed Schools" (paper written
with Jennifer Jellison Holme) Paper Presented at "The Resegregation of Southern Schools?"
Conference Chapel Hill, NC, August 30, 2002

"Resisting Common Associations: The Sociology of Charter School Reform" Paper presented at the 2002
Annual Meeting of the American Sociological Association. Chicago, IL. August 2002.

"In Search of Uncommon Schools: Understanding Race and Class in American Education." Invited lecture at
Indiana University. April, 2002.

 "School Desegregation Since Brown: A Research Context" Presentation at the American Educational Research
Association Annual Meeting: New Orleans, LA. April, 2002.

"How Should Researchers Relate to the Media?" Panel member at the American Educational Research
Association Annual Meeting: New Orleans, LA. April, 2002.

"Methods and Emerging Themes from the UCLA Understanding Race and Education Study." Presentation at
the 2001 Annual Meeting of the Association of Black Sociologist: Anaheim, CA. August, 2001

"Resisting Association and Assimilation: Understanding Parents' School Choices in a Diverse Society."
Presentation by the 2000 Winner of the AERA Early Career Award for Programmatic Research.
American Educational Research Association Annual Meeting: Seattle, WA. April, 2001.

"Lessons from Free Market Reforms of the 1990s: The Need to Bring Equity Back into Educational Policy Debates." The third of three Julius & Rosa Sachs Lectures. Teachers College, Columbia University. November, 2000.

"Local versus Community Control in Education: Distinctions of Race, Class and Power" The second of three Julius & Rosa Sachs Lectures. Teachers College, Columbia University. October, 2000.

"The Consequences of School Desegregation" Presentation at "The End of School Desegregation?" Conference. University of Colorado School of Law. Bolder, CO. October 2000.

"In Search of Uncommon Schools: Charter School Reform in Historical Perspective." The first of three Julius & Rosa Sachs Lectures. Teachers College, Columbia University. October, 2000.

"Charter Schools and Racial and Social Class Segregation: Yet Another Sorting Machine?" Presentation of book chapter co-authored with Jennifer Jellison Holme, Alejandra Lopez, and Camille Wilson Cooper. The Century Foundation Conference on A Notion at Risk: Preserving Education as an Engine for Social Mobility. Washington DC. September, 2000.

"Where School Desegregation and School Choice Policies Collide: Voluntary Transfer Plans and Controlled Choice." (co-presented with Robert L. Crain). Paper presentation at the "School Choice and Racial Diversity Conference" Teachers College, Columbia University, May, 2000

"When Local Control Meets the Free Market: School Choice Policy for the New Millennium." Invited address to the Sociology of Education SIG. Annual Meeting of the American Educational Research Association. New Orleans, April, 2,000.

"What's Ahead: Vouchers and Charter Schools?" Panel Member. Seminar on Educational Issues for Political Reporters. The. Hechinger Institute on Education and the Media. Washington D.C. April, 2000.

"The Story on Charter Schools?" Panel Member. Seminar on Education for Editorial Writers. The. Hechinger Institute on Education and the Media New York, NY. March, 2000.

"Equity and Access… Does Choice Enhance the Educational Opportunities Available to Poor Children? Panel Member. National Conference on School Choice and Educational Change. Michigan State University. East Lansing, MI. March, 2000.

"Where Community/Local Control Meets the Free Market: Charter Schools and the Search for the 'Uncommon' "The Russell Sage Foundation. New York, NY. February 9, 2000

"The Comprehensive High School, Detracking, and the Persistence of Social Stratification," Presented co-authored paper with Jeannie Oakes. The NYU Seminar on the Comprehensive High School. October 19, 1999.

"Charter Schools: Promises and Pitfalls" NYU School of Education. Policy Breakfast Series. New York, NY. October 20, 1999.

Teachers College Forum. Speaker on charter school reform. New York, NY. October 4, 1999.

23

"Charter Schools and the Myth of the Common School." Paper presented at the American Sociological Association Annual Meeting in Chicago. August, 1999.

"Evaluation of Privatization and Charter Schools" (First author with Janelle Scott). Paper presented at the Agenda Setting Conference on the National Center for the Study of Privatization in Education. Teachers College, Columbia University. New York, NY. April, 1999.

"The Politics of Accountability: Charter Schools and Local Boards of Education." The Havens Center Visiting Scholars Program. University of Wisconsin-Madison. March, 1999.

"Charter School Reform in Historical and Political Perspective: Common Themes of 'Uncommon' Schools." The Havens Center Visiting Scholars Program. University of Wisconsin-Madison. March, 1999.

"Beyond the Rhetoric of Charter School Reform: A Study of Ten California School Districts." Presentation to the Ford Foundation Constituency Building for Public School Reform Initiative. New York, NY: November, 1998.

"School Choice: What do we know about charter schools and other options?" Panel member. PACE Education Media Seminar. Los Angeles, CA. October 5, 1998.

"The Impact of School Choice." Panel Member. Seminar on Making Sense of Conflicting Educational Claims. Hechinger Institute on Education and the Media. Teachers College, Columbia University. New York, NY. September, 1998.

"Beyond the Rhetoric of Charter School Reform: A Study of Ten California School Districts." Invited lecture on the UCLA Charter School Study. Michigan State University. East Lansing, MI. September, 1998.

"The Multiple Meanings of Charter School Reform: Understanding Decentralization from Community Standpoints." Paper presented at the American Sociological Association Annual Meeting in San Francisco. August, 1998

"The Impact of Charter Schools" Panel Member. Seminar on Education for Editorial Writers. Hechinger Institute on Education and the Media. Teachers College, Columbia University. New York, NY. July, 1998.

UCLA Graduate School of Education & Information Studies Book Talk on Stepping Over the Color Line: African American Students in White Suburban Schools. May, 1998.

"The UCLA Charter School Study: A Brief Discussion of What We did and What We Learned." Paper presented at the American Educational Research Association annual meeting. San Diego, CA. April, 1998.

Session on Educational Researchers and the Press. Panel Member. American Educational Research Association annual meeting. San Diego, CA. April, 1998.

"Nerds vs. Simpletons" A Discussion of the Role of Educational Research and the Press. Panel Member. Annual meeting of the Education Writers Association. San Francisco, CA. April 1998.

"Charter Schools, School Districts and Teachers Unions: Partners in Reform?" Panel Member. Annual meeting of the American Association of School Administrators. San Diego, CA. February 1998.

"Charter Schools and Issues of Identity." Paper presented at the annual meeting of the American Educational Studies Association. San Antonio, Texas. October, 1997.

"Shifting Boundaries Between Public and Private Education: The Privateness of Public Charter Schools" Paper Presented at the American Sociological Association Annual Meeting in Toronto, Canada. August, 1997

"Two Debates on Results: What Do We know About Charter Schools?" Panel Member. National Forum and Annual Meeting of the Education Commission of the States. Providence, R.I., July 1997.

Testimony before the U.S. House of Representatives Committee on Education and the Workforce. Hearing on Charter Schools. Panel Member. Washington D.C. April, 1997.

"The Long-term Effects of School Desegregation." Speaker. Conference on the Future of School Desegregation Sponsored by the Harvard University Civil Rights Project, the Harvard University Project on School Desegregation, and the Southern Education Foundation. Atlanta, GA. April, 1997.

"The Role of School Districts in Charter School Reform: Questioning the Underlying Assumptions of Neoliberal Ideology" (first author with Julie Slayton). Paper presented at the American Educational Research Association annual meeting, Chicago. March, 1997.

"Charter Schools at Post-modern Institutions: Rethinking Social Stratification in an Age of Deregulated School Choice." (first author with Alejandra Lopez, Janelle Scott, and Jennifer Jellison.) Paper presented at the 1997 Annual Meeting of the Sociology of Education Association. Monterey, CA. February, 1997.

"An Assessment of Charter Schools Across the United States." Panel Member and Commentator. Conference on Public Policy and School Reform in the United States and Texas. University of Houston. January, 1997.

"The Multiple Meanings of Charter School Reform." Speaker. Perspectives on Critical Issues: Educational Policy Conversations. Institute for Education and Social Policy. New York University. New York, NY. January, 1997.

U.S. Congressional Briefing on School Funding, Choice and Racial Segregation. Panel Member. Congressional Briefing sponsored by the American Sociological Association. Washington D.C. August, 1996.

"A Comparative Analysis of Charter Schools in the US and Grant-Maintained Schools in England." Paper presented at the Midterm Conference of the Research Committee on Sociology of Education of the International Sociological Association. Los Angeles, CA, June 1996.

"Underlying Policy Assumptions of Charter School Reform: The Multiple Meanings of a Movement." (first author with Cindy Grutzik and Sibyll Carnochan). Paper presented at the AERA annual meeting, New York, NY. April, 1996.

"Choosing Tracks: How Students Structure Inequality" (second author with Susan Yonesawa and Irene Serna) Paper presented at the AERA annual meeting, New York, NY. April, 1996.

Panelist at Forum on Desegregation titled, "Race and Poverty: Our Private Obsession, Our Public Sin. Reexamining racial integration and self-determination in poor communities." The Institute on Race and Poverty. University of Minnesota. Minneapolis, Minnesota. October, 1995.

"Equity, Access and Decentralization: Reproducing Inequality Under Local Control" Paper presented at the Annual Meeting of the American Sociological Association. Washington DC. August 1995.

"Understanding the Meaning of Detracking in Racially-Mixed Schools: Overview of Study Methods and Conceptual Framework" (Second author with Jeannie Oakes) Paper presented at the American Educational Research Association annual meeting 1995.

"The Politics of Culture: Understanding Local Political Resistance to Detracking in Racially Mixed Schools" (First author with Irene Serna) Paper presented at the American Educational Research Association annual meeting 1995.

"Towards a Critique of Parent Involvement: Powerful Parents and the Return of Local Control" (First author with Cindy Kratzer and Dolores Bernal) Paper presented at the American Educational Research Association annual meeting 1995.

"What is School Choice, Where is it Taking Place, and With What Consequences?"  Invited lecture at "Understanding Choice and Charter Schools" a Conference for Texas State Legislators and School Board Members. Austin, Texas. October, 1994.

"Toward a Theory of Racial Change: Explaining the Successes and Failures of School Desegregation." Paper presented at the Annual Meeting of the American Sociological Association. Los Angeles, CA. August, 1994.

"A Comparison of U.S. Charter Schools and England's Grant-Maintained Schools: Lessons in Deregulation and Competition." Paper presented at the World Congress of Sociology in Germany. July 1994.

"Revitalizing Public Education: The Relationship Between Resources and Learning." A Congressional Briefing. One of three American Sociological Association members invited to speak at the ASA sponsored Congressional Briefing. Washington DC: May. 1994

"Re-examining the Evidence on School Desegregation and Student Outcomes: Long- versus Short-Term Effects" Paper Presented at New York University's "*Brown* Plus Forty: The Promise" Conference. New York, NY: April, 1994.

"A Comparison of Magnet and Charter Schools: The Trade Off Between Desegregation and Deregulation." (First author with Diane Hirshberg and Amanda Datnow). Paper Presented at the American Educational Research Association annual meeting. New Orleans: April, 1994.

"The Importance of Understanding the Social and Political Context of Detracking Reform."  (Second author with Diane Hirshberg). Paper Presented at the American Educational Research Association annual meeting. New Orleans: April, 1994.

"The Multiple Meanings of Parental Choice in Education: How the Structure of School Choice Policy Restricts or Empowers Parents" Paper Presented at the American Educational Research Association annual meeting. New Orleans: April, 1994.

"The Multiple Meanings of School Choice" Presentation at "The Choice on School Choice," the UCLA Public Forum on Proposition 174. Los Angeles, CA: October, 1993

"Parents' Resistance To Racially Mixed Schools and Classrooms: Developing a Normative Theory of 'Rational' Action" Paper presented at the American Sociological Association annual meeting. Miami Beach, FL. August, 1993.

"School Choice and Human Agency: How Students Structure Inequality." Paper presented at Harvard University's Seminar on Family Policy. June, 1993.

"The Upwardly Mobile -- Black Students who Succeed in the Suburbs" Paper presented at the American Educational Research Association annual meeting. Atlanta, GA: April, 1993

"The Sociology of School Choice: Why Some Win and Others Lose in the Educational Marketplace" (October, 1992) presented at the Economic Policy Institute conference "School Choice: What Role in American Education?" Washington D.C.

"Perpetuation Theory and the Long-Term Effects of School Desegregation." (First author with Robert L. Crain). Presented at the American Sociological Association annual meeting. Pittsburgh, PA. August, 1992.

"Public Funds for Private Schools: Political and First Amendment Considerations." (First author with Stuart Biegel) (July, 1992) Presented at the Urban Education Conference at Teachers College, Columbia University. New York.

"Racial Group Conflict and School Desegregation Policy: A Neo-Weberian Perspective" (First author with Robert L. Crain) (July, 1992) Presented at the Urban Education Conference at Teachers College, Columbia University. New York.

"When School Desegregation Fuels Educational Reform: Lessons from Suburban St. Louis." (First author with Robert L. Crain and Susan Uchitelle) Paper presented at the American Educational Research Association annual meeting. San Francisco, CA: April, 1992.

"Rational Choice Theory Revisited: How Parents and Students Choose Schools." Paper presented at the American Educational Research Association annual meeting. Chicago, IL: April, 1991.

"A Synthesis of the Literature on Education Reporting" (Second author with Edward B. Fiske) Presented by Edward B. Fiske at a Colloquium on Educational Research and the Press, sponsored by the American Educational Research Association annual meeting. Charlottesville, VA. August, 1989.

"The Education of Homeless Children -- National Trends and the Work of One Urban District." Presented at the ERIC Clearinghouse Annual Workshops I and II, June and September, 1989.

"The Interdependence of Educational Research and the Press." Panel Discussion at the American Educational Research Association annual meeting. San Francisco. March, 1989.

PROFESSIONAL MEMBERSHIPS
**American Sociological Association**
>	Sociology of Education Section, Member
>	Elected Member, Sociology of Education Council 1997-99
>	Chair of the Nominations Committee 1996-97
>	Chair of the Willard Waller Award Subcommittee, 1995-96

**American Educational Research Association**
>	Division G Member

**Education Writers Association**
>	Vice President, Board of Directors (1995-97)
>	Member, Board of Directors (1993-97)

**Editorial Board Member**:
American Educational Research Journal (1999-2003; 2008-2010)
International Journal of Educational Change (1998-2002)
Teachers College Record (1996-2001)
Sociology of Education (1996-1999)
Review of Educational Research (1996-1999)
Educational Evaluation and Policy Analysis (1994-97)

**Additional Professional Service:**
Reviewer, Spencer Dissertation Fellowships, National Academy of Education, (2011-present)
Advisory Board Member, Columbia University's Education Journalism Fellowship Program (2007-present)
Member, NYU Metro Center's "With All Deliberate Speed" Commission (2005)
Member, Century Foundation's Task Force on Common Schools (2001-2003)
Co-chair, NYU Metro Center's Brown Plus 50: A Renewed Agenda for Social Justice Conference (2003-04).
Advisory Board Member, NYU's Charter School Study (1999-present)
Advisory Board Member, Johns Hopkins-UCSD Study of Single Gender Schools (1997-99)
Member, National Research Council, Task Force on School Finance (1996-99)