**Appendix A: List of Acronyms and Definitions**

| Acronym/Definition | Term/Document |
|---|---|
| ACS | 2011-2015 American Community Survey |
| AP | Any Part or Advanced Placement, as specified |
| B+LCVAP | Single-race non-Hispanic Black and Latino citizen voting age population |
| BCVAP | Single-race non-Hispanic Black citizen voting age population |
| BERA or double regression | Bivariate ecological regression |
| the Board | East Ramapo Central School District Board of Education |
| Castor | Decl. of Olivia Castor |
| CDPs | Census Designated Places |
| Census Bureau | U.S. Census Bureau |
| Clerveaux | Decl. of Julio Clerveaux |
| Cohen | Decl. of Oscar Cohen |
| Cole | Report of Dr. Steven Cole |
| Commissioner | Commissioner of Education of the State of New York |
| Cooper | Report of William S. Cooper |
| CVAP | Citizen voting age population |
| Decl. | Declaration |
| the District or East Ramapo | East Ramapo Central School District |
| Dos Reis | Decl. of Chevon Dos Reis |
| E.W. Letter | Email from E. White |
| EI | King's Ecological Inference |
| ELL | English Language Learners |
| Fields | Decl. of Jean Fields |
| Gingles preconditions | Factors enumerated in *Thornburg v. Gingles*, 478 U.S. 30 (1986) |
| Goodwin | Decl. of Eric Goodwin |
| Greenberg | East Ramapo: A School District in Crisis |
| Hatton | Decl. of Margaret "Peggy" Hatton |
| HPA | Homogeneous precinct analysis |
| JAMCCAR | Jamaican-American Cultural and Civic Association of Rockland |
| LDs | Rockland County Legislature districts |
| Manigo | Decl. of Alexandra Manigo |
| Miller | Decl. of Dorothy Miller |
| Minority | Black and Latino |
| MMD | Majority-minority districts |
| Monitors | State of New York appointed Monitors |
| NH | Non-Hispanic |

| NH Asian | Non-Hispanic single-race Asian |
|---|---|
| NH Black | Non-Hispanic single-race Black |
| NH White | Non-Hispanic single-race White |
| NYCLU | New York Civil Liberties Union Foundation |
| NYSED | New York State Education Department |
| Policies | District Policies |
| Price | Decl. of Stephen Price |
| RBV | Racial bloc voting |
| Salomon | Decl. of Claudia Salomon |
| Sanchez | Decl. of Washington Sanchez |
| Section 2 | Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301(a) |
| SERTA | South East Ramapo Taxpayers Association |
| Spring Valley NAACP or NAACP, as specified | National Association for the Advancement of Colored People, Spring Valley Branch |
| Trotman | Decl. of Willie Trotman |
| VAP | Voting age population |
| VRA | Voting Rights Act |
| Walcott | Opportunity Deferred: A Report on East Ramapo Central School District |
| Wells | Report of Amy Wells |
| Young-Mercer | Decl. of Suzanne Young-Mercer |