### Appendix B: 2004-2017 Board Elections

Overall Voter Turnout Trends 2004-2017

| Year | Public Average Turnout | Public Trend | Private Average Turnout | Private Trend |
|---|---|---|---|---|
| 2008 | 2,415 | | 5,966 | |
| 2009 | 4,311 | +79% | 8,857 | +48% |
| 2010 | 7,622 | +77% | 7,926 | -10% |
| 2011 | 7,878 | +3% | 9,925 | +25% |
| 2012 | 6,309 | -20% | 8,485 | -11% |
| 2013 | 5,121 | -19% | 6,684 | -21% |
| 2015 | 4,637 | -9% | 6,318 | -5% |
| 2016 | 4,170 | -10% | 7,820 | +20% |
| 2017 | 4,792 | +15% | 9,275 | +18% |
| | | | | |
| **Change from 2011-2017** | -39% | | -7% | |

Voter Turnout by Candidate 2008-2017[1]

| Year | 2008 | | 2009[2] | | 2010[3] | | 2011[4] | |
|---|---|---|---|---|---|---|---|---|
| | Name | Count | Name | Count | Name | Count | Name | Count |
| **Public School** | S. White[5] | 2,415 | Vera | 4,548 | Luciano | 7,622 | Hatton | 7,907 |
| | | | Hatton | 4,236 | | | Luciano | 7,909 |
| | | | E. White | 4,149 | | | Anderson | 7,818 |
| **Average** | | 2,415 | | 4,311 | | 7,622 | | 7,878 |
| | | | | | | | | |
| **Private School** | Wieder[6] | 6,261 | Kohn | 8,768 | Friedman | 7,926 | Hopstein | 9,904 |
| | Hopstein[7] | 6,533 | Solomon | 8,578 | | | Weissmandl | 9,923 |
| | Rothschild[8] | 5,103 | Stone | 9,224 | | | Schwartz | 9,947 |
| **Average** | | 5,966 | | 8,857 | | 7,926 | | 9,925 |

---

[1] Candidates that ran unopposed are not accounted for in this table.

[2] *Our Views: East Ramapo School Board*, THE JOURNAL NEWS, May 13, 2009, at 4B (discussing Vera, Hatton, White, and Stone).

[3] *East Ramapo Voters Elect Another Haredi To School Board, Defeat Proposed Budget*, FAILEDMESSIAH.COM, May 12, 2010, available at http://failedmessiah.typepad.com/failed_messiahcom/2010/05/east-ramapo-voters-elect-another-haredi-to-school-board-defeat-proposed-budget-456.html (citing to an article from The Journal News).

[4] James O'Rourke, *E. Ramapo to Decide on Trustees, Budget*, THE JOURNAL NEWS, May 12, 2011, at 6A (discussing all candidates);

[5] Irving Wolfe, *Letter: Steve White, Budget, Right for East Ramapo*, THE JOURNAL NEWS, May 11, 2008, at 4B.

[6] Ben Rubin, *E. Ramapo Budget Fails by 3-to-1 Ratio*, THE JOURNAL NEWS, May 21, 2008, at 1A.

[7] Randi Weiner, *East Ramapo to Vote on Trustees, Budget*, THE JOURNAL NEWS, May 18, 2008, at 4A.

[8] *Our Views: East Ramapo School Board*, THE JOURNAL NEWS, May 14, 2008, at 4B.

| Year | 2012 | | 2013[9] | | 2014[10] | | 2015 | |
|---|---|---|---|---|---|---|---|---|
| | Name | Count | Name | Count | Name | Count | Name | Count |
| **Public School** | Rivera[11] | 6,315 | Tuck | 5,244 | No candidates | | Charles-Pierre[12] | 4,600 |
| | Foskew[13] | 6,276 | Clerveaux | 5,085 | | | Morales | 4,864 |
| | Thompson[14] | 6,335 | Forrest | 5,175 | | | White | 4,615 |
| **Average** | | 6,309 | | 5,168 | | | | 4693 |
| | | | | | Hopstein | 2,388 | | |
| **Private School** | Lefkowitz | 8,474 | Corado | 6,806 | Grossman | 2,652 | Lefkowitz | 6,380 |
| | Solomon | 8,460 | Germain | 6,899 | Engel | 2381 | Rothman | 6,523 |
| | Rothman | 8,521 | Charles Jr | 6,833 | Weissmandl | 2,379 | Ramirez[15] | 6,293 |
| **Average** | | 8,485 | | 6,846 | | 2,450 | | 6,399 |

[9] Mareesa Nicosia, *E. Ramapo Candidates Reject NAACP Invite*, THE JOURNAL NEWS, May 9, 2013, at 4A (discussing all candidates); Mareesa Nicosia, *2 Slates Seek 3 Seats in E. Ramapo Election*, THE JOURNAL NEWS, May 19, 2013, at 13A (discussing all candidates).

[10] Cole ¶ 57-58.

[11] GestetnerUpdates.com, *Ramapo, NY: Taxpayers in Showdown with Unions Ahead of School Board Vote*, MATZAV.COM, May 3, 2012, available at http://dev.matzav.com/ramapo-ny-taxpayers-in-showdown-with-unions-ahead-of-school-board-vote/

[12] *Today: Vote! Rally in New City!* THE POWER OF TEN, May 19, 2015 available at http://poweroften.us/today-vote-rally-in-new-city/ (noting that "The Public School Candidates this year are: Sabrina Charles-Pierre, Natashia Morales, and Steven White").

[13] Sara Gilbert, *East Ramapo Candidates Make Their Pitch to "Concerned Citizens,"* ROCKLAND COUNTY TIMES, April 26, 2012 available at http://www.rocklandtimes.com/2012/04/26/east-ramapo-candidates-make-their-pitch-to-concerned-citizens/

[14] *Special Edition: Announcing a New Group!*, THE POWER OF TEN, April 2, 2012 available at https://poweroften.us/4-2-12/

[15] Steve Lieberman, *East Ramapo Board of Education Appoints a New Trustee to Vacant Seat*, LOHUD, October 19, 2015 available at http://www.lohud.com/story/news/local/rockland/2015/10/22/east-ramapo-board-education-appoints-new-trustee-vacant-seat/74233892/ (noting that Ramirez ran on a three-member slate backed by religious community leaders).

| Year | 2016[16] | | 2017[17] | |
|---|---|---|---|---|
| | Name | Count | Name | Count |
| **Public School** | Foskew[18] | 3,972 | Manigo | 4,964 |
| | Fields | 4,137 | Goodwin | 4,871 |
| | Morales | 4,401 | DosReis | 4,470 |
| **Average** | | 4,170 | | 4768.333333 |
| | | | | |
| **Private School** | Charles Jr[19] | 7,973 | Berkowitz[20] | 9,075 |
| | Germain | 7,860 | Grossman[21] | 9,055 |
| | Weissmandl | 7,626 | Frielich | 9,441 |
| **Average** | | 7819.666667 | | 9190.333333 |

---

[16] Cole, ¶ 43-44, 46-48.

[17] Cole, ¶ 36.

[18] Michael P. McKinney, *Slate of Four Candidates Campaign for East Ramapo BOE*, Lohud, April 2, 2016, available at http://www.lohud.com/story/news/local/rockland/ramapo/2016/04/02/east-ramapo-candidates-campaign/82557154/ (also discussing Fields and Morales)

[19] *East Ramapo School Board Results*, Hamodia, May 18, 2016, available at http://hamodia.com/2016/05/18/east-ramapo-school-board-results/ (also discussing Germain and Weissmandl).

[20] Yochonon Donn, *Added Busing vs. Lower Tax Hike: Choice of East Ramapo Voters*, Hamodia, May 9, 2017, available at http://hamodia.com/2017/05/09/added-busing-vs-lower-tax-hike-choice-of-east-ramapo-voters/ (discussing private slate)

[21] Yochonon Donn, *Community-Backed Candidates Win in East Ramapo; Budget Defeated*, Hamodia, May 17, 2017, available at http://hamodia.com/2017/05/17/community-backed-candidates-win-east-ramapo-budget-defeated/ (discussing private slate)