LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 9, 2018

<u>**VIA ECF & EMAIL**</u>

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *National Association for the Advancement of Colored People, Spring Valley Branch v. East Ramapo Central School District*, No. 17 Civ. 8943

Dear Judge Seibel:

    I write on behalf of all parties in the above-captioned action. At the January 2, 2018 conference, your Honor directed the parties to submit by January 9, 2018 either a joint-proposed discovery schedule or, if the parties could not agree on a schedule, individual proposals. The parties have exchanged emails and met and conferred twice since the conference. Although the parties are not yet in agreement on a joint schedule, the parties believe that a brief extension of time may be sufficient to reach an agreement. Therefore, we respectfully request that your Honor grant the parties a two-day extension to January 11, 2018 to respond to your January 2 order. This is the first such request.

                                Respectfully submitted,

                                  /s/ Claudia T. Salomon
                                Claudia T. Salomon

cc:     All Counsel of Record