UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ, | : : : : : : : : | **DECLARATION OF ELYCE N. MATTHEWS IN SUPPORT OF DEFENDANT MARYELLEN ELIA'S MOTION TO DISMISS THE COMPLAINT AND IN** |
| Plaintiffs, | : : | **PARTIAL OPPOSITION TO PLAINTIFFS' MOTION FOR A** |
| - against - | : : | **PRELIMINARY INJUNCTION** |
| EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, | : : : : : | 17 Civ. 8943 (CS) (JCM)  Original to be filed by ECF |
| Defendants. | : : | |

-------------------------------------------------------------------x

ELYCE N. MATTHEWS declares pursuant to 28 U.S.C. § 1746:

1.      I am an Assistant Attorney General in the office of Eric T. Schneiderman,

Attorney General of the State of New York, and counsel of record for Defendant MaryEllen Elia,

Commissioner of Education of the State of New York, in the above-captioned action.

2.      I submit this declaration in support of Defendant Elia's motion to dismiss the

Complaint and in partial opposition to Plaintiffs' application for a preliminary injunction for the

limited purpose of providing the Court with true and correct copies of the following documents.

3.      A true and accurate copy of the Complaint in this proceeding is annexed hereto as

**Exhibit A**.

1

4.      A true and accurate copy of Governor Andrew Cuomo's December 20, 2017 Veto

Message – No. 248 is annexed hereto as **Exhibit B**.

Dated: New York, New York
       February 16, 2018

$$\underline{\hspace{3cm} /s/ \hspace{3cm}}$$
Elyce N. Matthews