VETO MESSAGE - No. 248

TO THE ASSEMBLY:

I am returning herewith, without my approval, the following bill:

Assembly Bill Number 881-A, entitled:

"AN ACT to amend the education law, in relation to the establishment of school election wards in union free school districts and central school districts"

NOT APPROVED

This bill would allow union free and central school districts to establish geographic election wards for the election of school board members, upon a resolution of the board and approval of local voters by referendum.

All residents in a school district must be able to have a voice in the governing of their schools. I support this bill's stated intent to provide a path for local school districts who decide the best way to ensure that all of their residents have an equal voice is through a ward-based election system. As drafted, however, the bill does not provide adequate protections to guard against disenfranchisement or discrimination against citizens or groups of citizens.

Specifically, the bill does not require prior analysis of potential disenfranchisement or discrimination based upon race, gender, ethnicity, religion, socio-economic status, or affiliation. It does not provide adequate opportunity for the public to weigh in on the new ward system or its effects prior to a public vote. It also lacks requirements to ensure that election wards appropriately represent communities, and it does not require school districts to provide open, transparent, and fair voting procedures to ensure a true determination of the public's desire to adopt such an election system.

Since the bill was passed, I have worked with the Legislature to secure agreement on including these necessary elements in the bill. However, no agreement has been reached. For these reasons, I am constrained to veto this bill. However, I will continue working with the Legislature to accomplish legislation in the upcoming session that addresses these important concerns, and creates a truly fair and transparent process to ensure that all voices are heard in our school districts.

The bill is disapproved.                    (signed) ANDREW M. CUOMO