UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NAACP, SPRING VALLEY BRANCH,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **EAST RAMAPO CENTRAL SCHOOL DISTRICT,** *et al.*, <br><br> Defendants. | ECF CASE <br><br> Case No. 7:17-cv-08943 <br><br> DISTRICT JUDGE <br> CATHY SEIBEL <br><br> MAGISTRATE JUDGE <br> JUDITH C. MCCARTHY |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant East Ramapo Central School District's Cross-Motion to Dismiss and Opposition to Plaintiffs' Motion for a Preliminary Injunction, dated February 19, 2018; the Declaration of David J. Butler, dated February 19, 2018, and the exhibits thereto; and all prior pleadings and proceedings herein, Defendant East Ramapo Central School District, by and through counsel, will move this Court before the Honorable Cathy Seibel, United States District Judge, at the United States District Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, at a date and time to be determined by the Court, for an order dismissing the Complaint in this action, dated November 16, 2017, as against East Ramapo Central School District pursuant to Federal Rule of Civil Procedure 12(b)(6) and denying Plaintiffs' preliminary injunction as to East Ramapo Central School District, together with such other and further relief as the Court deems just and proper.

Dated: February 19, 2018  
                                                                               Respectfully Submitted,

                                                                               **MORGAN, LEWIS & BOCKIUS LLP**

2

*s/ David J. Butler*
David J. Butler
Randall Levine
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
   -and-
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com
randall.levine@morganlewis.com

*Counsel for Defendant*
*East Ramapo Central School District*

## **CERTIFICATE OF SERVICE**

I hereby certify that on, February 19, 2018, a true and correct copy of the foregoing was served by e-mail on the following:

Perry Grossman
pgrossman@nyclu.org
Kevin Eli Jason
kjason@nyclu.org
New York Civil Liberties Union
125 Broad Street
New York, NY 10004

Corey Anne Calabrese
corey.calabrese@lw.com
Elizabeth Anna Parvis
elizabeth.parvis@lw.com
Claudia Theda Salomon
claudia.salomon@lw.com
Latham & Watkins LLP (NY)
885 Third Avenue
New York, NY 10022

*Counsel for Plaintiffs*

William James Taylor, Jr.
william.taylor@ag.ny.gov
Office of Attorney General (NYS)
120 Broadway
New York, NY 10271

Elyce Noel Matthews
elyce.matthews@ag.ny.gov
New York State Office of the Attorney General (NYC)
120 Broadway
New York, NY 10271

Monica Anne Connell
Monica.Connell@ag.ny.gov
New York State Office of the Attorney General (24th Floor)
120 Broadway, 24th Floor
New York, NY 10271

*Counsel for Defendant MaryEllen Elia*


*s/ David J. Butler*
David J. Butler