UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH, *et al.*, <br><br>               Plaintiffs, <br><br>     v. <br><br> EAST RAMAPO CENTRAL SCHOOL DISTRICT, *et al.*, <br><br>               Defendants. | ECF CASE <br><br> Case No. 7:17-cv-08943 <br><br> DISTRICT JUDGE <br> CATHY SEIBEL <br><br> MAGISTRATE JUDGE <br> JUDITH C. MCCARTHY |

## DECLARATION OF DAVID J. BUTLER

Pursuant to 28 U.S.C. § 1746, David. J. Butler declares under penalty of perjury as follows:

1. I am a Partner at Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004. I represent the East Ramapo Central School District ("the District") in the above captioned action. The following are stated on my personal knowledge and to the best of my present understanding and recollection.

2. I am a member in good standing of the bars of the State of New York and this Court.

3. I submit this declaration in support of the District's Combined Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of the District's Cross-Motion to Dismiss.

4. Attached as Exhibit 1 is a true and correct copy of the Declaration of Bernard Charles, Jr.

5. Attached as Exhibit 2 is a true and correct copy of the Declaration of Pierre Germain.

6. Attached as Exhibit 3 is a true and correct copy of the Declaration of Aron Wieder.

7. Attached as Exhibit 4 is a true and correct copy of the Declaration of Dr. John Alford.

8. Attached as Exhibit 5 is a true and correct copy of the final transcript from the deposition of Dr. Steven P. Cole.

9. Attached as Exhibit 6 is a true and correct copy of the final transcript for the deposition of Chevon Dos Reis.

10. Attached as Exhibit 7 is a true and correct copy of the rough draft transcript for the deposition of Jean Fields. Given the accelerated schedule for briefing on the Plaintiffs' Motion for Preliminary Injunction, there was not sufficient time to obtain a final transcript. Once a final transcript is available, we will submit a corrected brief with a copy of the final transcript as a replacement exhibit.

11. Attached as Exhibit 8 is a true and correct copy of the rough draft transcript for the deposition of Eric Goodwin. Given the accelerated schedule for briefing on the Plaintiffs' Motion for Preliminary Injunction, there was not sufficient time to obtain a final transcript. Once a final transcript is available, we will submit a corrected brief with a copy of the final transcript as a replacement exhibit.

12. Attached as Exhibit 9 is a true and correct copy of the 2017 Monitor Report, authored by Charles A. Szuberla, Jr. and John W. Sipple and titled *A New Beginning: A Report on the East Ramapo Central School District.*

13. Attached as Exhibit 10 are true and correct excerpts from the supplemental document production of Dr. Steven P. Cole.

Dated: February 19, 2018.

*/s/ David. J. Butler*
David J. Butler