# EXHIBIT 6

Page 1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ---------------------------- X

   NATIONAL ASSOCIATION FOR

4  THE ADVANCEMENT OF

   COLORED PEOPLE,

5  SPRING VALLEY BRANCH, et al.,

6         Plaintiffs,

7     vs.          No.

                  7:17-cv-08943

8

   EAST RAMAPO CENTRAL

9  SCHOOL DISTRICT, et al.,

10        Defendants.

   ---------------------------- X

11

12           February 7, 2018

13           12:05 p.m.

14

15

16       Deposition of CHEVON DOS REIS,

17 held at the offices of Morgan, Lewis &

18 Bockius LLP, 101 Park Avenue, New York,

19 New York, pursuant to Notice, before

20 Theresa Tramondo, AOS, CLR, a Notary

21 Public of the State of New York.

22

23 Reported by:

24 THERESA TRAMONDO, AOS, CLR

25 JOB NO. PA2808168A

Page 2

1
2 APPEARANCE OF COUNSEL:
3 FOR PLAINTIFFS:
4    LATHAM & WATKINS LLP
5    885 Third Avenue
6    New York, New York  10022-4834
7    BY:  THOMAS C. PEARCE, ESQ.
8       COREY A. CALABRESE, ESQ.
9       ANDREJ NOVAKOVSKI, LAW CLERK
10   Thomas.pearce@lw.com
11   Corey.calabrese@lw.com
12   Andrej.novakovski@lw.com
13   212-906-1200
14 FOR DEFENDANT EAST RAMAPO CENTRAL SCHOOL
15 DISTRICT:
16   MORGAN, LEWIS & BOCKIUS LLP
17   1111 Pennsylvania Avenue, NW
18   Washington, D.C.  20004-2541
19   BY:  RANDALL M. LEVINE, ESQ.
20      DAVID J. BUTLER, ESQ.
21      ADAM ADLER, ESQ.
22   Randall.levine@morganlewis.com
23   David.butler@morganlewis.com
24   Adam.adler@morganlewis.com
25   202-373-6541

Page 3

1
2 APPEARANCE OF COUNSEL (CONT'D):
3
4 FOR DEFENDANT COMMISSIONER MARYELLEN ELIA:
5    STATE OF NEW YORK OFFICE OF THE
6    ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
7    120 Broadway
8    New York, New York  10271-0332
9    BY:  ELYCE MATTHEWS, ESQ.
10   Elyce.matthews@ag.ny.gov
11   212-416-8965
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2
3       STIPULATIONS
4
5
6    IT IS HEREBY STIPULATED AND AGREED,
7 by and among counsel for the respective
8 parties hereto, that the filing,
9 sealing and certification of the within
10 deposition shall be and the same are
11 hereby waived;
12   IT IS FURTHER STIPULATED AND AGREED
13 that all objections, except as to form
14 of the question, shall be reserved to
15 the time of the trial;
16   IT IS FURTHER STIPULATED AND AGREED
17 that the within deposition may be signed
18 before any Notary Public with the same
19 force and effect as if signed and sworn to
20 before the Court.
21
22
23
24
25

Page 5

1
2 BY THE COURT REPORTER:
3    Q.   Please state your full name for
4 the record.
5    A.   Chevon Dos Reis, C-H-E-V-O-N,
6 D-O-S, R-E-I-S.
7    Q.   What is your address?
8    A.   Home, 64 South Main Street,
9 Apartment 2D, Spring Valley, New York, New
10 York  10977.
11 C H E V O N   D O S   R E I S, called as a
12 witness, having been duly sworn by a
13 Notary Public, was examined and testified
14 as follows:
15 EXAMINATION BY
16 MR. LEVINE:
17    Q.   We are on the record.  Good
18 afternoon, Ms. Dos Reis.  My name is Randall
19 Levine.  I'm an attorney for the East Ramapo
20 Central School District.
21       Could you state your full name
22 for the record, please?
23    A.   Chevon Dos Reis.
24    Q.   What is your address?
25    A.   64 South Main Street, Apartment

2 (Pages 2 - 5)

Dos Reis

1
2  2D, Spring Valley, New York 10977.
3      Q.    Thank you.
4          Do you understand that you're
5  here today to give testimony for a case
6  called NAACP versus East Ramapo Central
7  School District?
8      A.    Yes.
9      Q.    Are you represented by counsel
10 today?
11     A.    Yes.
12     Q.    And is that your lawyer sitting
13 next to you?
14     A.    Yes.
15     Q.    Have you ever been deposed
16 before?
17     A.    Yes.
18     Q.    You have.
19         When was the last time you were
20 deposed?
21     A.    Early last year.  April, I
22 believe, of 2017.
23     Q.    What was that case about?
24     A.    An incident involving my mom
25 taking a fall.

Dos Reis

1
2      Q.    Had you ever been deposed before
3  that?
4      A.    No.
5      Q.    All right.  Since you've been
6  through this before, we will just quickly go
7  over the ground rules.
8          Your answers will be given under
9  oath today subject to the penalty of perjury
10 just as you were testifying in a courtroom.
11 Do you understand?
12     A.    Yes.
13     Q.    I'm going to ask you a series of
14 questions, and your job today is to answer
15 as truthfully and fully as you can manage to
16 the very best of your recollection.  Do you
17 understand?
18     A.    Yes.
19     Q.    For the sake of the court
20 reporter, it's much easier if we don't talk
21 over each other.  So I will do my very best
22 to ask you one complete question and stop
23 talking, which is not easy for me, and if
24 you wait for me to stop talking and then
25 answer, everything will be much easier to

Dos Reis

1
2  read on the transcript.  Understand?
3      A.    Yes.
4      Q.    There may be times today when
5  your counsel will object to one of my
6  questions.  If that happens, that's not an
7  instruction to you not to answer the
8  question.  Do you understand?
9      A.    Yes.
10     Q.    So if you understand my
11 question, even if there is an objection, you
12 should still answer.  All right?
13     A.    Yes.
14     Q.    When you answer questions,
15 you're already doing a good job, but I need
16 you to answer verbally with a yes or a no or
17 some other statement, but no head shakes or
18 shoulder shrugs or other things that don't
19 show up on paper.  Understand?
20     A.    Yes.
21     Q.    If I ask you a question and you
22 don't understand the question, just let me
23 know, I will try to rephrase it as best I
24 can.  If you don't ask me to rephrase it,
25 then I will assume that you understood me.

Dos Reis

1
2  Okay?
3      A.    Yes.
4      Q.    If at any point you need to take
5  a break, just ask.
6      A.    Okay.
7      Q.    All I will ask of you in return
8  is that if I have a question pending, answer
9  the question, and then we will take the
10 break.  Okay?
11     A.    Yes.
12     Q.    Having gone through the
13 preliminaries, let's get through a few more
14 intro pieces.  Did you do anything today to
15 prepare for this deposition?
16     A.    No.
17     Q.    Did you review any documents
18 before you came here today?
19     A.    No.
20     Q.    Did you -- without telling me
21 anything about what you may have discussed
22 with your attorneys, did you meet with your
23 attorneys before coming today to prepare for
24 your deposition?
25         MR. PEARCE:  If I can just

Dos Reis

1
2 interject, Chevon. Randy already
3 pointed out, anything we discuss is
4 privileged, so I will instruct you not
5 to provide that information, but to
6 the extent we met, you can answer that
7 question.
8         MR. LEVINE: No speaking
9 objections at the deposition.
10    Q.   So the question was, without
11 telling me about anything you may have
12 discussed with your attorneys, did you meet
13 with your attorneys to prepare for this
14 deposition?
15    A.   Yes.
16    Q.   When did you meet with your
17 attorneys to prepare for the deposition?
18    A.   Last week Wednesday.
19    Q.   Any other times?
20    A.   Thursday and Friday.
21    Q.   Again, without telling me
22 anything about what was discussed, was
23 anybody else there besides your attorneys at
24 that meeting on Wednesday?
25    A.   No.

Dos Reis

1
2    Q.   How about the next meeting,
3 anybody else there?
4    A.   No.
5    Q.   How about the next meeting,
6 anybody else there?
7    A.   No.
8         MR. LEVINE: I'm going to mark
9 for identification as Dos Reis Exhibit
10 1 this document.
11        (Dos Reis Exhibit 1, document,
12        declaration of Chevon Dos Reis, marked
13        for identification, as of this date.)
14    Q.   So you have just been shown a
15 document that we have marked as Exhibit Dos
16 Reis 1. If I'm not saying your last name
17 correctly, please let me know. Take a
18 moment to just look over the document and
19 familiarize yourself with it, and as soon as
20 you're ready, just look up and let me know.
21        Are you about ready, do you
22 think?
23    A.   Yes, that's fine.
24    Q.   Do you recognize this document?
25    A.   Yes.

Dos Reis

1
2    Q.   Is it correct that this is the
3 declaration of Chevon Dos Reis that was
4 filed in connection with this case?
5    A.   Yes.
6    Q.   Turn to the very, very last page
7 of the document, page 8. Is that your
8 signature close to the middle of the page?
9    A.   Yes.
10    Q.   Do you remember signing this
11 document on November 6, 2017?
12    A.   Yes.
13    Q.   Did you write this document?
14    A.   Yes.
15    Q.   You wrote it yourself?
16    A.   Yes.
17    Q.   Did anybody help you with it?
18    A.   No.
19    Q.   No. All right.
20        Did you talk with anybody else
21 when you were writing this document?
22    A.   Aside from my attorney, no.
23    Q.   No. Okay.
24        Did you speak with any of the
25 other plaintiffs in this case --

Dos Reis

1
2    A.   No.
3    Q.   -- when you were writing this
4 document?
5    A.   No.
6    Q.   No. All right.
7        Having familiarized yourself
8 again with the statements, as you sit here
9 today, do you agree with all of the
10 statements that are included in this
11 declaration?
12    A.   Yes.
13    Q.   So there is nothing in this
14 declaration that you would want to change or
15 modify at all as you sit here today, right?
16    A.   No.
17    Q.   I would like to ask you a few
18 questions about it, specifically why don't
19 we talk first about your run for the school
20 board.
21        So you ran for an open seat on
22 the East Ramapo Central School District
23 Board of Education in 2017, right?
24    A.   Yes.
25    Q.   What was your campaign platform

Dos Reis

1  for your election?
2
3      A.   Our platform was to bring
4  positive change to the East Ramapo Central
5  School District.  We wanted to bring
6  better -- to bring services that we had
7  lost.  We wanted to ensure that any and all
8  funds were appropriately disbursed
9  throughout the East Ramapo School District
10  so that things such as infrastructure would
11  be appropriately worked out.  We wanted to
12  bring transparency to the board, that was
13  big for us, transparency, trust between the
14  board and the East Ramapo School District
15  parents, students, teachers, administrators,
16  and we wanted to try and mend the
17  relationship or make the relationship
18  stronger between both the public and the
19  private sector.
20      Q.   What do you mean when you say
21  "the public and the private sector"?
22      A.   Public school parents and
23  private school parents.
24      Q.   What do you mean by "public
25  school parents"?

Dos Reis

1
2      A.   Children who attend public
3  schools, and the children who attend private
4  schools.
5      Q.   So you mean the parents of
6  children who attend public schools and the
7  parents of children who attend private
8  schools, right?
9      A.   Yes.  We wanted to work on
10  bringing both together so that when we're
11  discussing budget funds that need to be
12  allocated that both parents and
13  administrators from the -- who attend
14  private schools and public schools would be
15  able to come to the table together to
16  discuss what's needed in both.
17      Q.   What services did you want to
18  see returned to the school district
19  specifically?
20      A.   Specifically social workers.
21      Q.   Anything else?
22      A.   Guidance counselors.
23      Q.   Anything else?
24      A.   Not special ed, but teachers who
25  could help the children whose language --

Dos Reis

1
2  whose first language isn't English.
3      Q.   ESL teachers?
4      A.   Right, yes.
5      Q.   How many ESL teachers, do you
6  think?
7          MR. PEARCE:  Objection.
8      A.   Not -- I don't have a specific
9  number.  Just whatever the school district
10  needs.
11      Q.   Anything else?
12      A.   As far as services, those were
13  our top priority.
14      Q.   Turning to your declaration,
15  take a look at it, and take a look at
16  paragraph 18.  In the second sentence of
17  paragraph 18, just so everybody can follow
18  along, I'll read it, you said, "I ran
19  because I believed that as a board member I
20  could ensure access to a proper education
21  for my children and all of the children
22  attending public schools in the district."
23          Is there anything else besides
24  what you just told me that you think you
25  would have wanted to do as a board member to

Dos Reis

1
2  ensure access to a proper education for all
3  of the children attending public schools in
4  the district?
5      A.   Yes.  As I stated before,
6  bringing transparency as a board member,
7  being able to communicate to parents and
8  students exactly what is happening, what
9  decisions are being made once they're made
10  and why and asking the parents and students
11  and administrators what they feel they need
12  in the schools to better -- so that they
13  have better access to academic success and
14  doing things like that.
15      Q.   Anything else?
16      A.   There are so many things.  The
17  top priorities, like I said, were services,
18  transparency, communication with students,
19  parents, teachers, administrators and the
20  board.  There are so many things.
21      Q.   Were you interested in
22  controlling costs for public education?
23      A.   Controlling costs?
24      Q.   Um-hum.
25      A.   Not necessarily controlling

5 (Pages 14 - 17)

Dos Reis

1
2 costs, but making sure that funds that the
3 school district receives are appropriately
4 and fairly distributed.
5     Q.   Does that mean that you think
6 that funds are not being fairly and
7 appropriately distributed now?
8     A.   Based upon layoffs of teachers
9 and the infrastructure of our buildings, no,
10 I do not.
11     Q.   What's inappropriate about the
12 way funds are being distributed now?
13     A.   I don't know exactly where the
14 funds are going.  For a long time we didn't
15 know where the funds were being distributed.
16     Q.   When you say "funds," what do
17 you mean?
18     A.   As to -- you know, the state
19 gives East Ramapo a certain amount of money.
20 We get money from different places.  And we
21 have buildings falling apart.  We had lead
22 in the water for years, and they just found
23 out last year that the water was not
24 drinkable, yet the children had been
25 drinking it for years.

Dos Reis

1
2     And so if we have funds for
3 infrastructure for schools and what have
4 you, why did it take years for them to find
5 out that the water was contaminated, why do
6 we have stairs falling apart, why do we have
7 wires hanging out from the ceiling, why
8 don't we have heat in some of the classes,
9 why don't we have air-conditioning in some
10 of the classrooms.
11     Q.   Those are all very good
12 questions.  What is your answer to those
13 questions?
14     A.   We don't know.
15         MR. PEARCE:  Objection.
16     A.   We don't know.
17     Q.   Do you think funds that the
18 school district has are being misspent?
19     A.   I don't know.
20     Q.   Do you think that the money the
21 school district has is being spent on, for
22 example, services to students attending
23 private schools?
24     A.   I don't know.
25     Q.   Do you think the school district

Dos Reis

1
2 is spending too much money on busing?
3     A.   I don't know.
4     Q.   Do you think the school district
5 is spending too much money on special
6 education?
7     A.   I don't know.  I can't say.
8     Q.   When you were running for
9 office, did you tell people how you were
10 going to pay for the services that you want
11 to bring back to the school district?
12     A.   The way we looked at how we
13 wanted to get services back into the schools
14 was we didn't have all the answers.  What we
15 said was that we would look at the budget
16 and see how we could allocate those funds
17 appropriately toward services or even see if
18 we could reach out to social services and
19 see if they would be willing to work with
20 whatever funds we were able to allocate
21 towards those services.
22     Q.   When you were a candidate, did
23 you ever take a particular position on the
24 property tax rates in East Ramapo?
25     A.   No.

Dos Reis

1
2     Q.   Do you own a home?
3     A.   No.
4     Q.   So you don't pay property taxes?
5     A.   I would assume it comes out of
6 my rent.
7     Q.   Do you know what the property
8 tax rate is in East Ramapo?
9     A.   No, not right now.
10     Q.   Did you ever know?
11     A.   Many years ago, but I don't
12 remember what it was.
13     Q.   So is it fair to say that
14 property tax rates were not a major issue
15 for you in your campaign for the board of
16 education?
17     A.   It was an issue, but it wasn't
18 one of our main issues.
19     Q.   In what way was it an issue for
20 you?
21     A.   Property taxes, we tackled --
22 well, we discussed property taxes with
23 individuals in the community that didn't
24 have children attending the schools.
25     Q.   What do you mean by that?

1         Dos Reis
2     A.   We were trying to get
3 information out to the community that it was
4 important to come out and vote for school
5 board elections even if you don't have
6 children in schools.  Unfortunately, most
7 people think that school board elections are
8 only for those who actually have children in
9 the schools.
10        And so what we did was, you
11 know, if a school district is not meeting
12 its standards and if it's considered --
13 which our school district unfortunately has
14 been for quite some time now (sic), it's
15 considered a low performing school district,
16 then the property taxes are affected by that
17 in the sense that people are not going to
18 move there.
19        So we were trying to get people
20 to understand that even though you don't
21 have children in the school, it's still
22 important to come out and vote based upon,
23 you know, having a home, wanting people to
24 continue to move into the district because
25 it has a flourishing school district.  If

1         Dos Reis
2 you want to sell your home, you want to be
3 able to get your value for the home.
4     Q.   When you say you were trying to
5 get people to understand that, what people
6 specifically?
7     A.   Well, we campaigned throughout
8 East Ramapo.
9     Q.   Are there any specific people
10 that you spoke to about property taxes
11 during your campaign?
12    A.   Specific people?  We went in to
13 various towns, just knocked on doors.  We
14 went to specific -- the only specific -- the
15 only thing specific about the doors we
16 knocked on was that we knew that they were
17 voters, they were registered voters in East
18 Ramapo.
19    Q.   When you knocked on people's
20 doors, sometimes you would talk about
21 property taxes; is that fair?
22    A.   Yes.
23    Q.   Was your position as you were
24 campaigning in favor of increasing property
25 tax rates?

1         Dos Reis
2     A.   No.
3     Q.   Were you in favor of reducing
4 property tax rates?
5     A.   No.  That wasn't -- like I said,
6 that wasn't the concern necessarily, like
7 what you're saying, increasing or
8 decreasing.  It was just a matter of getting
9 people to -- meeting them where they were
10 and getting them to realize how important it
11 was to come out and vote in a school
12 election.
13    Q.   Looking back at your declaration
14 again at paragraph 18, the same sentence,
15 when you say that you ran so that you
16 could -- and just to read along -- "ensure
17 access to a proper education for my children
18 and all of the children attending public
19 schools in the district," you don't say
20 anything about students attending private
21 schools in the district.  Why is that?
22    A.   In this particular sentence, I
23 didn't mention private schools; however, I
24 do talk later about acquiring academic
25 success for all of the students in the

1         Dos Reis
2 district.
3     Q.   So is it your position that as a
4 member of the board of education it's part
5 of the responsibility of board members to be
6 concerned about education of both public and
7 private school students?
8     A.   Absolutely.
9     Q.   Do you believe that education
10 services should be provided to students
11 attending private schools?
12    A.   Yes.
13    Q.   Do you know how many private
14 school students there are in East Ramapo?
15    A.   About 33,000.
16    Q.   Do you know how many public
17 school students there are in East Ramapo?
18    A.   Almost 9,000.
19    Q.   If I use the term "universal
20 busing," do you know what that is?
21    A.   Yes.
22    Q.   What is universal busing?
23    A.   Universal busing is the fact
24 that you're not restricted when it comes to
25 dropping off and picking up your child from

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Dos Reis

1  one location to the other.  Universal busing
2  is that if you have your child at an
3  after-school program that's outside the
4  child's school district that they could
5  still be bused there.
6      Q.   Do you know whether the East
7  Ramapo School District currently has a
8  universal busing policy?
9      A.   Yes, it does.
10     Q.   As a candidate, did you ever
11  take a position on whether East Ramapo
12  should maintain its universal busing policy?
13     A.   During the campaign, I don't
14  believe we brought that up.
15     Q.   Earlier you mentioned in your
16  testimony, correct me if I'm not
17  paraphrasing correctly, that you were
18  interested in trying to bring together
19  parents of -- public school parents and
20  private school parents; is that a fair
21  summary?
22     A.   Yes.
23     Q.   Does that mean that you think
24  that there is a divide between public school

Dos Reis

1  parents and private school parents?
2      A.   I don't know if there is
3  necessarily a divide, but there isn't a lot
4  of communication.
5      Q.   Why do you think that is?
6      MR. PEARCE:  Objection.
7      A.   I don't know.
8      Q.   There are a few instances in
9  your declaration where you use a phrase
10  "private school community"; does that sound
11  familiar?
12     A.   Yes.
13     Q.   So one example is in paragraph
14  21, just if you wanted a specific example,
15  towards the bottom of the paragraph.
16     A.   Um-hum.
17     Q.   What do you mean when you say
18  "private school community"?
19     A.   The private school community?
20     Q.   Um-hum.
21     A.   I'm speaking about those who
22  send their children to private schools.
23     Q.   When you say "the private school
24  community," are you referring to Orthodox

Dos Reis

1  and Hasidic Jews that live in East Ramapo?
2      A.   They are part of the private
3  school community.
4      Q.   Who is else part of the private
5  school community?
6      A.   Parents who send their children
7  to Catholic schools.
8      Q.   Anybody else?
9      A.   No, I only know of those two.
10     Q.   Do you have a sense for how many
11  people there are in the private school
12  community?
13     A.   Yes.  I believe there are 33,000
14  or somewhere around there that are private
15  school students.
16     Q.   Right.  Total, how many people
17  total are in that community?
18     A.   No.
19     Q.   More than 33,000, right?
20     A.   Well, the students are roughly
21  33,000, so there would be obviously more
22  private school community members if you're
23  incorporating everyone, yes.
24     Q.   In the same paragraph, paragraph

Dos Reis

1  21, the phrase that you use is the "White
2  private school community."  What do you mean
3  by that?
4      A.   All right.  So this particular
5  paragraph is about a meeting that myself and
6  the other two candidates were invited to at
7  the Green Meadow Waldorf School in Chestnut
8  Ridge.  The meeting was facilitated by two,
9  I want to say, Hasidic, and I say "that I'm
10  not sure" because I want to say one lady
11  might be Orthodox and the other lady was
12  definitely from the Hasidic community, and
13  they facilitated a meeting with myself and
14  the other two candidates to speak to other
15  members of the Hasidic community.
16         And this was something they
17  wanted to do, the two ladies, because they
18  said that they felt there was a divide
19  between the Hasidic community and, I guess,
20  those of us of the secular community, and
21  they wanted us to be able to come together
22  and speak at this particular location.
23         And when I said that, however,
24  almost no one from the White private school

Page 30

Dos Reis

1          Dos Reis
2 community attended the event, I'm speaking
3 to those who were invited, and the only
4 other people who were invited, aside from
5 myself and the other two candidates, and
6 whoever we wanted to bring, were from the
7 Hasidic community.  That was for this
8 particular event.
9      Q.   I certainly want to talk about
10 this, and I have some questions about it.
11     A.   Okay.
12     Q.   In this paragraph, when you use
13 the phrase, "White private school
14 community," specifically you're referring to
15 members of Hasidic community?
16     A.   In this case, yes.
17     Q.   In this paragraph, okay.
18          So in paragraph 21, when you use
19 the phrase, "White private school
20 community," that means the Hasidic
21 community, right?
22     A.   Yes.
23     Q.   Who invited you to the events at
24 the Green Meadow Waldorf School?
25     A.   It was two women.

Page 31

Dos Reis

1          Dos Reis
2      Q.   Do you remember their names?
3      A.   Yes.  Shani, S-H-A-N-I, and
4 Kressel, K-R-E-S-S-E-L.  I don't remember
5 their last names.
6      Q.   Those are first names?
7      A.   Yes.
8      Q.   If I say Ms. Shani and
9 Ms. Kressel?
10     A.   That's fine.
11     Q.   All right.
12          How do you know them?
13     A.   They approached our slate,
14 myself, Eric and Allie and Strong East
15 Ramapo.
16     Q.   So they reached out to you?
17     A.   Yes.
18     Q.   Did they call you?
19     A.   I know that we had some e-mails
20 that went back and forth.
21     Q.   Who e-mailed you?
22     A.   Miss Shani and Miss Kressel
23 e-mailed Strong East Ramapo.  As we were
24 running, we had an e-mail and a website and
25 a Facebook page that we put out there for

Page 32

Dos Reis

1          Dos Reis
2 people to able to reach out to us.
3      Q.   Do you still have that e-mail?
4      A.   What e-mail?  You mean the
5 specific e-mail or e-mail address?
6      Q.   Both.
7      A.   Yes.
8      Q.   So you still maintain that
9 e-mail account, right?
10     A.   Yes.
11     Q.   And you still have that specific
12 e-mail where Ms. Shani and Ms. Kressel
13 e-mailed you?
14     A.   They e-mailed the group, yes.
15     Q.   In that e-mail they invited you
16 and the other candidates to attend an event
17 at the Green Meadow Waldorf School, right?
18     A.   Yes.
19     Q.   Were there any other
20 communications you had with them?
21     A.   Aside from e-mail, no.  E-mail.
22     Q.   Had you ever met them before?
23     A.   No, not prior to the candidacy,
24 the campaign.
25     Q.   Did you attend the event?

Page 33

Dos Reis

1          Dos Reis
2      A.   Yes.
3      Q.   What happened?
4      A.   Well, myself and the other two
5 candidates were there, Ms. Kressel,
6 Ms. Shani, and there were a few, just a few,
7 maybe three or four other parents that came,
8 and I believe they were all from the Waldorf
9 School community.  And that while we were
10 there, we just, you know, decided -- we let
11 Ms. Shani and Ms. Kressel facilitate it.  We
12 were sad and disappointed that the people
13 that Ms. Kressel and Ms. Shani wanted to be
14 there didn't show.
15     Q.   How many people in total were
16 there?
17     A.   Maybe ten.
18     Q.   Three or four, when you say,
19 were parents from the Waldorf community, so
20 you mean they were not from the Hasidic
21 community?
22     A.   No.
23     Q.   And Shani and Kressel were
24 there, right?
25     A.   Um-hum.

9 (Pages 30 - 33)

Dos Reis

1
2     Q.   And you were there?
3     A.   Um-hum.
4     Q.   Were the other two folks that
5  you ran with for the board there as well?
6     A.   Yes.
7     Q.   Was there anyone else there?
8     A.   Yes.  There was one other lady
9  there.  There was one other lady there.
10     Q.   Do you remember who that was?
11     A.   No.
12     Q.   Was she from the Hasidic
13  community?
14     A.   No.
15     Q.   Besides Ms. Shani and
16  Ms. Kressel, was there anybody there from
17  the Orthodox or Hasidic Jewish communities?
18     A.   No.
19     Q.   So when you say in paragraph 21,
20  "Almost no one from the White private school
21  community attended the event," what you mean
22  is that only Shani and Kressel from the
23  Orthodox and Hasidic Jewish community came
24  to the event, right?
25          MR. PEARCE:  Objection.

Dos Reis

1
2     A.   Yeah, I was going to say, I mean
3  that I know of that they identified
4  themselves as White, so it's White.
5     Q.   I'm just trying to understand if
6  in this paragraph "the White private school
7  community" refers to the Hasidic community,
8  and almost no one from the Hasidic community
9  attended the event, how many people is
10  "almost no one"?
11     A.   Only Ms. Kressel and Ms. Shani
12  were there.
13     Q.   So they were the only people
14  from the Orthodox or Hasidic Jewish
15  community, right?
16     A.   Yes.
17     Q.   You also say in paragraph 21
18  that "two people offered to hand out
19  campaign literature in predominantly White
20  neighborhoods."  So are the two people you
21  refer to in that sentence Ms. Kressel and
22  Ms. Shani?
23     A.   Yes.
24     Q.   Did you give them campaign
25  literature to hand out?

Dos Reis

1
2     A.   Yes.
3     Q.   Do you know whether they, in
4  fact, handed out the campaign literature?
5     A.   Yes.
6     Q.   They did?
7     A.   Yes.
8     Q.   What do you mean by
9  "predominantly White neighborhoods"?
10     A.   They went into the neighborhoods
11  where they knew specifically private school
12  parents live.
13     Q.   Do you know what neighborhoods?
14     A.   Ms. Kressel was going into
15  Monsey and Kaser, I want to say, and
16  Ms. Shani wanted to speak with the parents
17  from Wesley Hills, and I'm not sure what
18  other areas she tackled.  I know for sure
19  Wesley Hills.
20     Q.   So is it fair to say when you
21  say "predominantly White neighborhoods," you
22  mean Orthodox and Hasidic Jewish
23  neighborhoods?
24          MR. PEARCE:  Objection.
25     A.   Not necessarily, but yes, it

Dos Reis

1
2  would include them.
3     Q.   Is Monsey a primarily Jewish
4  neighborhood?
5          MR. PEARCE:  Objection.
6          If you know.
7     A.   Monsey is diverse.
8     Q.   What about Kaser, do you know
9  whether Kaser is a primarily Jewish
10  neighborhood?
11     A.   I don't know.
12     Q.   What about Wesley Hills?
13     A.   I don't know.
14     Q.   You don't know anything about
15  who lives in Wesley Hills?
16          MR. PEARCE:  Objection.
17     A.   I don't know what the makeup is
18  exactly.
19     Q.   Do you know anything about the
20  people that live in the Kaser neighborhood?
21     A.   No.
22     Q.   Nothing at all?
23     A.   I know that private school
24  parents live there, but I don't know
25  anything of --

Dos Reis

1
2    Q.   How do you know that private
3 school parents live there?
4    A.   Because Ms. Kressel told me.
5    Q.   In paragraph 21 you say "I did
6 not campaign personally in these
7 predominantly White areas because as a
8 Latina I did not feel welcome there"?
9    A.   That is correct.
10    Q.   Why didn't you feel welcome
11 there if you don't know anything about the
12 people that lived there?
13    A.   I didn't feel welcome in those
14 particular areas because when Ms. Kressel
15 and Ms. Shani invited people from -- who
16 live in those particular areas, and they
17 didn't come, that was a red flag.
18        When the community leaders from
19 Martin Luther King Center and from the NAACP
20 invited people who live in these particular
21 communities and they refused to come, I said
22 to myself, you know what, clearly people who
23 live in these particular areas who have been
24 invited to different forums don't want to
25 come, then maybe we're not welcome, and I

Dos Reis

1
2 just wanted to stay away, aside from --
3 that's really what it was.
4    Q.   Did Ms. Shani or Ms. Kressel
5 tell you that you wouldn't be welcome in
6 their neighborhoods?
7    A.   When we were discussing
8 campaigning, I wanted to go -- I was willing
9 to take a chance and go to New Square and
10 Monsey, and Ms. Kressel did say that she
11 thought that she and Ms. Shani would be
12 better received in those particular
13 communities.  She did think that they would
14 be better received.
15    Q.   Did she tell you why she thought
16 that?
17    A.   No.
18    Q.   Do you have any idea --
19        MR. PEARCE:  Objection.
20    Q.   -- why that might be the case?
21    A.   No.
22    Q.   What do you know about -- if
23 anything, what do you know about the people
24 who live in New Square?
25    A.   I don't know much about New

Dos Reis

1
2 Square.  They're very closed off, very
3 private.  That's all I know, is that they're
4 very private.
5    Q.   Are the people who live in New
6 Square Orthodox Jews?
7    A.   I do understand that there is a
8 Jewish community there.  I don't know if
9 they're Orthodox or Hasidic.  I don't know
10 what the sect is.
11    Q.   Did you feel uncomfortable going
12 to New Square?
13    A.   Once the invitations were
14 declined or just flat out ignored and
15 Ms. Kressel felt that she and Ms. Shani
16 would be better received, yeah, it added to
17 already the feeling of not being welcome.
18    Q.   When you say the invitation, you
19 mean the invitation to the events that
20 Ms. Shani and Ms. Kressel invited you to?
21    A.   That event and others.
22    Q.   Do you know how many people were
23 invited to that event?
24    A.   A lot.
25    Q.   How many people?

Dos Reis

1
2    A.   I don't know exactly how many.
3    Q.   How do you know that a lot of
4 people were invited?
5    A.   Because the e-mail that was
6 sent, when you look at the list of people it
7 was sent to, there were at least a hundred
8 names, at least, and that was community
9 leaders, that included community leaders,
10 and they were also asked to then spread the
11 word within their communities, and so a lot
12 of people were invited.
13    Q.   What do you mean by "community
14 leaders"?
15    A.   Community leaders, we asked --
16 we asked -- that I understand, Ms. Kressel
17 and Ms. Shani invited people from the
18 private school community that they knew
19 spearheaded, I guess, different types of
20 organizations like NAACP on our side or MLK,
21 organizations that they were familiar with.
22 Those community leaders were invited and
23 other people.  Ms. Kressel and Ms. Shani
24 know a lot of people.  And in the e-mails
25 that were sent back and forth inviting

Dos Reis

1
2  individuals to, let's say, this particular
3  event, it was quite a list.
4      Q.   Do you still have that e-mail
5  with the invitation?
6      A.   Yes.
7      Q.   How many people did you invite
8  to the meeting?
9      A.   I didn't invite anyone
10 specifically because the two ladies were
11 facilitating the event, so...
12     Q.   You said that three or four
13 people from the Waldorf community came?
14     A.   Uh-hum.
15     Q.   Who invited them?
16     A.   Yes.  I would assume
17 Ms. Shani -- I believe Ms. Shani and
18 Ms. Kressel.  Like I said, they were the two
19 who facilitated the event.
20     Q.   So no one on your slate, on your
21 side of the slate invited anyone to attend
22 this?
23         MR. PEARCE:  Objection.
24     A.   No.
25     Q.   You can answer.

Dos Reis

1
2      A.   No.
3      Q.   What was the date of the event,
4  if you remember?
5      A.   I don't remember the date.
6      Q.   Do you remember what day of the
7  week it was?
8      A.   No.
9      Q.   Was it on the weekend?
10     A.   It was during the week, but I
11 don't remember the date.
12     Q.   Middle of the week sound right?
13     A.   I don't remember.
14     Q.   Do you remember what month?
15     A.   No.  It would have been between
16 March -- it would have been either March or
17 April.
18     Q.   Do you know what time?
19     A.   Evening.
20     Q.   Does 5 p.m. sound right?
21         MR. PEARCE:  Objection.
22     A.   No.
23     Q.   6 p.m.?
24     A.   7.
25     Q.   About 7 p.m. sounds right?

Dos Reis

1
2      A.   About that it would have been,
3  um-hum.
4      Q.   Do you know why the people who
5  were invited didn't attend?
6         MR. PEARCE:  Objection.
7      A.   No, I don't know.
8      Q.   Did you talk about it with
9  Ms. Kressel or Ms. Shani?
10     A.   We discussed it in the sense
11 that we all expressed how disappointed we
12 were that no one else came to the event, but
13 that was the extent of it.
14     Q.   Were there any communications
15 with Ms. Shani or Ms. Kressel after this
16 meeting?
17     A.   Yes, um-hum.
18     Q.   Okay.  About how many?
19     A.   We communicated back and forth
20 maybe three, four times after that.
21     Q.   How did you communicate?
22     A.   Via e-mail.
23     Q.   You still have those e-mails?
24     A.   Yes.
25     Q.   Just generally, if you recall,

Dos Reis

1
2  what were you talking about with them?
3      A.   Communication after the event
4  was just about how they could continue to
5  help with the campaign.
6      Q.   Did they continue to help with
7  the campaign?
8      A.   Yes.
9      Q.   What did they do?
10     A.   They took campaign material and
11 distributed it amongst people that they knew
12 and within neighborhoods that they felt
13 comfortable in door knocking in.
14     Q.   What campaign materials did you
15 give them?
16     A.   We had flyers with mine and the
17 other two candidates' faces, our names and
18 our platform.
19     Q.   Do you still have those?
20     A.   Yes.
21     Q.   What did it say on the flyer?
22     A.   Like I said, our names -- just
23 as much as we could get in the space that we
24 had of our platform and our faces, so that
25 people could put the name to the face.

Dos Reis

2    Q.   Do you recall specifically what
3    from your platform it said on the flyers?
4        A.   No.
5        Q.   Do you recall generally what the
6    message was?
7        A.   We pushed diversity, inclusion
8    and transparency.
9        Q.   Do you think that message of
10   diversity, inclusion and transparency is
11   something that would be appealing to the
12   private school parents?
13          MR. PEARCE:  Objection.
14       A.   It was our hope, but I don't
15   know.
16       Q.   Do you have a sense for what the
17   private school community's political
18   preferences are for the board of education?
19       A.   No.
20       Q.   Do you have a sense for what
21   kind of education policies the private
22   school community supports?
23       A.   I'm sorry, say that again.
24       Q.   Yes.
25          Do you have a sense for what

Dos Reis

2    kind of policy preferences the private
3    school parents support?
4        A.   No.
5        Q.   Do you have a sense for the
6    private school community's position on
7    property taxes?
8        A.   No.
9        Q.   Do you have a sense for the
10   private school community's position on
11   school district busing programs?
12       A.   No.
13       Q.   To the best of your knowledge,
14   is everyone in the private school community
15   White?
16       A.   I don't know.
17       Q.   When you say the public school
18   community, is everyone in the public school
19   community non-White?
20       A.   No, not everyone.
21       Q.   Is there a mix of people in the
22   public school community?
23       A.   Yes.
24       Q.   If you know, about what
25   percentage of the public school community is

Dos Reis

2    non-White?
3        A.   I don't know the percentage.
4        Q.   Ballpark?
5          MS. CALABRESE:  Objection.
6        Q.   If you want to estimate.
7        A.   About 80 percent.
8        Q.   Does that mean that if you had
9    to estimate, about 20 percent would be
10   White?
11       A.   I guess if I had to estimate,
12   maybe about that.
13       Q.   Is there a political divide
14   between the private school community and the
15   public school community?
16       A.   I don't know.
17       Q.   Do you think that the private
18   school community and the public school
19   community want different things for the
20   public school district?
21          MS. CALABRESE:  Objection.
22       A.   Yeah, I don't know what the
23   private school community wants for the
24   public school community.
25       Q.   Did you do anything to try to

Dos Reis

2    find out?
3        A.   Yes.
4        Q.   What did you do?
5        A.   Well, when we set up for door
6    knocking, we had set up to door knock on as
7    many doors as possible of those who are
8    registered voters, which would be anyone
9    from the private or public school
10   communities, but as I said, when Ms. Kressel
11   stated as she thought that her and Shani
12   would be better received in certain
13   communities, specifically where private
14   school parents lived, then that's when we
15   held off.  Initially we wanted to, but then
16   we held off.
17       Q.   By "private school parents" in
18   that context, you mean Orthodox and Hasidic
19   Jews, right?
20          MR. PEARCE:  Objection.
21       A.   Not necessarily.  It was just
22   anyone from the private school community for
23   the most part.
24       Q.   Is there some reason why you
25   think Ms. Kressel or Ms. Shani would be more

13 (Pages 46 - 49)

Dos Reis

1
2 well received by Catholic school parents
3 than you?
4     A.   Their concern -- I don't --
5 their concern wasn't so much with the
6 Catholic school community.
7     Q.   So in that context when you
8 refer to the private school community, you
9 mean the Orthodox and Hasidic Jewish
10 community, right?
11     A.   Yes.
12         MR. PEARCE:  Objection.
13     Q.   Thank you.
14         Do you feel uncomfortable
15 talking about the Hasidic and Orthodox
16 Jewish community?
17     A.   No.
18     Q.   Why do you use the phrase
19 "private school community" instead of
20 referring to the Orthodox and Hasidic Jewish
21 community?
22     A.   Because the Orthodox and the
23 Hasidic community aren't the only
24 communities who send their children to
25 private school.

Dos Reis

1
2     Q.   In your mind, what is important
3 is that they send their kids to private
4 school?
5     A.   No.
6         (Record read.)
7     Q.   In terms of school district
8 politics, what's important is that they send
9 their kids to private school, is that what
10 you mean?
11         MS. CALABRESE:  Objection.
12     A.   I don't know what you mean.
13     Q.   I'm trying to understand, right,
14 because -- what about sending kids to
15 private school is so significant to you?
16     A.   Nothing, aside from the fact
17 that we wanted to have better communication
18 between public school parents and private
19 school parents.  That's it.
20     Q.   Do you think there is not good
21 communication now?
22     A.   There's very little that I know
23 of.
24     Q.   Why do you think that is?
25     A.   I don't know.

Dos Reis

1
2         MR. PEARCE:  Objection.
3     Q.   Tell me about your slate.  Your
4 slate was called The Power of Ten slate; is
5 that right?
6     A.   No.
7     Q.   Did your slate have a name?
8     A.   No.  We were just considered a
9 slate because we were -- when we were
10 collecting signatures, we collected
11 signatures for each other, and also like we
12 went and said, okay, these are the three
13 candidates who are running for school board,
14 and we did it together.  That's why it was
15 considered a slate.
16     Q.   Is there some formal process you
17 have to go through to be a slate?
18     A.   To be a slate, no.  We decided
19 to run together; however, there was a
20 process.
21     Q.   What is the process?
22     A.   To -- how do you say that?
23 To -- like when I -- when I announced my
24 candidacy, I did so at a forum that was put
25 together by Strong East Ramapo and Power of

Dos Reis

1
2 Ten.
3     Q.   Is that part of the slate
4 process?
5     A.   No.
6     Q.   What is Strong East Ramapo?
7     A.   Strong East Ramapo is an
8 organization that came together for -- it's
9 an organization made up of community leaders
10 in East Ramapo who came together to fight
11 for the rights of the students in East
12 Ramapo.
13     Q.   About how many -- does Strong
14 East Ramapo have members?
15     A.   Currently, yes, we are official
16 this year.
17     Q.   About how many members does
18 Strong East Ramapo have?
19     A.   Members, I don't know the number
20 right now offhand.  I mean, Strong East
21 Ramapo has been official for a couple of
22 years in the sense that they have the
23 Facebook page, they have a following, but I
24 mean, official in the sense that we actually
25 have an executive board started this year.

Dos Reis

1
2   Q.   Who is on the executive board?
3   A.   Myself, Steven White, Andrew
4 Mandel and Yolanda Leon.
5   Q.   Anyone else?
6   A.   That is the -- well, we just
7 added Alexandra Manigo.
8   Q.   Does a person have to do
9 anything in particular to become a member of
10 Strong East Ramapo?
11   A.   A member, no.  They just -- they
12 go to the website and ask to become a
13 member.  That's it.
14   Q.   Would you be able to find out
15 how many members Strong East Ramapo has?
16   A.   Well, we have a following on
17 Facebook.  We have the numbers on Facebook
18 as to how many members we have on there.
19 Yes, yes, I guess like altogether with our
20 e-mail server and Facebook, yes, we could
21 probably get the exact number.
22   Q.   Are all of the members of Strong
23 East Ramapo voters registered in East
24 Ramapo?
25      MR. PEARCE:  Objection.

Dos Reis

1
2   A.   No.
3   Q.   So you don't have to be an East
4 Ramapo voter to be a member of Strong East
5 Ramapo?
6   A.   Correct.
7   Q.   What about Power of Ten, what is
8 that?
9   A.   Power of Ten is a -- not a
10 database, but Power of Ten is made up of one
11 person who was very active in the community,
12 and any information that he acquires, be it
13 at meetings, forums, what have you, he then
14 puts it in an e-mail blast to anyone who
15 wants to be a member of Power of Ten so that
16 they can get current information of what is
17 going on in East Ramapo.
18   Q.   Who is the one person?
19   A.   Steven White.
20   Q.   Does Power of Ten have members?
21   A.   Yes.
22   Q.   So Power of Ten is not just one
23 person?
24   A.   Well, it's the one person who
25 puts all the information together and then

Dos Reis

1
2 sends it out to everyone who has enlisted --
3   Q.   Is Power of Ten an organization?
4   A.   -- in Power of Ten.
5      Not an organization, no.
6   Q.   Is it like a newsletter?
7   A.   Yes, something like that.
8   Q.   So when you say "members," do
9 you mean people who like subscribe to Power
10 of Ten?
11   A.   Yes.
12   Q.   I see.  I understand.
13      Did Power of Ten endorse your
14 slate?
15   A.   Yeah, I guess you would say so.
16 I don't know if "endorse" is the right word.
17   Q.   Did Power of Ten sponsor your
18 slate?
19   A.   No, we didn't get any money from
20 Power of Ten, if that's what you mean.
21   Q.   Well, was Power of Ten involved
22 at all in your slate's campaign?
23   A.   Yes, in the sense of putting
24 information out there as to when we were
25 going to have a forum or debate or -- that's

Dos Reis

1
2 it, just putting out there when we were
3 going to have forums or debates or an event
4 so that, you know whoever would want to come
5 and attend would be able to have that
6 information.
7   Q.   Does Power of Ten advocate any
8 particular policy perspective?
9   A.   Does Power of Ten have any
10 policy perspective?
11   Q.   Yeah.
12      MS. CALABRESE:  Objection.
13   Q.   Yeah, I can do that better.
14      Does Power of Ten advocate for
15 any particular policies with respect to
16 education in East Ramapo?
17   A.   Policy wise, I honestly don't
18 know.  I just started following Power of Ten
19 a few years ago, but it has been around much
20 longer.  So I don't know exactly.
21   Q.   What about Strong East Ramapo?
22   A.   Strong East Ramapo doesn't
23 take -- we don't deal with policies.  Strong
24 East Ramapo is just about trying to
25 communicate with the board or anyone else

15 (Pages 54 - 57)

Dos Reis

1          Dos Reis
2 involved with education.
3     Q.   Does Strong East Ramapo take
4 positions on political issues?
5     A.   No.
6     Q.   Was Strong East Ramapo involved
7 in any way in your political campaign?
8     A.   Yes.
9     Q.   How was Strong East Ramapo
10 involved?
11    A.   Well, through Strong East Ramapo
12 we had fundraisers and through Strong East
13 Ramapo we were able to obtain information as
14 to who were eligible voters in East Ramapo.
15 That was it.  Like just -- you know, just
16 the support in putting on forums and events
17 and so forth.  But it was, you know, just so
18 that we were able to get the information out
19 to as many people as possible.
20    Q.   What information?
21    A.   About, you know, events
22 happening, debates.  We just wanted to be
23 able to let everyone in East Ramapo know who
24 was running and when the election was taking
25 place.

1          Dos Reis
2     Q.   Were there any debates during
3 the campaign?
4     A.   Debates were set up.  Debates
5 did not happen because our opponents never
6 came.  They were invited, but they never
7 came.
8     Q.   Did you ever give any speeches
9 where you set out your political views for
10 your campaign?
11    A.   Yes.
12    Q.   Where did you give speeches?
13    A.   I gave my first speech -- well,
14 when I announced my candidacy.  When I
15 announced my candidacy, I gave information
16 about myself and I answered questions from
17 the public.
18    Q.   Do you know if any of that was
19 ever written down or recorded?
20    A.   Officially, I don't know.
21    Q.   Anything else along those lines?
22    A.   We had a fund-raiser and at the
23 fund-raiser I spoke.
24    Q.   What did you say?
25    A.   Just where my platform was,

Dos Reis

1 where my heart was, and what my intentions
2 were if I was to become school board member.
3     Q.   What do you think about the
4 current East Ramapo school board?
5          MR. PEARCE:  Objection.
6     A.   I feel that with the current
7 school board we could use more transparency
8 and better communication.
9     Q.   Anything else?
10    A.   No.
11    Q.   There is nothing else that you
12 would do differently?
13         MR. PEARCE:  Objection.
14    A.   I don't know.  I'm not sitting
15 on the school board yet.
16    Q.   When you were campaigning, did
17 you ever say what you would do differently
18 than the school board at that time?
19    A.   I didn't compare what I -- what
20 my -- well, I didn't compare what I would
21 like to do with what I felt the school board
22 was doing.  I didn't compare, no.
23         MR. LEVINE:  Why don't we a take
24    a five-minute break.

1          Dos Reis
2         (Recess taken.)
3         MR. LEVINE:  Could you read back
4    the last question and answer so we can
5    pick up where we left off.
6         (Record read.)
7     Q.   If you could take a look at
8 paragraph 21 of your declaration.
9     A.   Yes.
10    Q.   You say that you were not
11 invited to any candidate forums in the
12 predominantly White communities of the
13 district including New Square, Kaser or
14 Monsey.  Do you know if there were any
15 candidate forums in those neighborhoods?
16    A.   No, I don't know.
17    Q.   So you don't know if there were
18 any candidate forums to which you could have
19 been invited, right?
20    A.   Right.
21    Q.   How do you know that New Square,
22 Kaser or Monsey are predominantly White
23 communities?
24    A.   I mean, I don't really know how
25 to state it, but I guess it's kind of

Dos Reis

1          Dos Reis
2  obvious when you drive through.
3      Q.   Have you driven through
4  New Square?
5      A.   I drive -- I don't know if it's
6  necessarily New Square.  New Square is kind
7  of cut off, but I drive on, it's called,
8  Route 45, which New Square is right off of.
9  I drive through there about five times a
10 day.
11     Q.   And you know from driving past
12 New Square that's it's a predominantly White
13 community?
14     A.   Yeah.  I've never seen anyone of
15 color coming in and out of there.
16     Q.   How about Kaser, how do you know
17 Kaser is a predominantly White community?
18     A.   Kaser is -- it's just about the
19 same thing, just driving through the area
20 and just never seen -- not often seeing a
21 person of color coming in or out.
22     Q.   What do you see coming in or
23 out?
24     A.   Mostly those from the Hasidic
25 community, people from the Hasidic

Dos Reis

1          Dos Reis
2  community.
3      Q.   Is that the same for Monsey as
4  well?
5      A.   In Monsey there is -- Monsey is
6  diverse, it's more diverse.
7      Q.   How do you know that?
8      A.   Well, because my son's school is
9  in Monsey.  I live five blocks from Monsey,
10 so I'm constantly up in the Monsey area, and
11 there you'll see -- as I drive my son to
12 school, you'll see all the kids outside
13 waiting for buses, and it's clearly diverse.
14     Q.   When you say "diverse," what are
15 the communities in Monsey that make it
16 diverse?
17     A.   Diverse, we have
18 African American, Latino, Haitian, Jewish,
19 White.  That's diverse.
20     Q.   Does everybody get along?
21         MR. PEARCE:  Objection.
22     A.   I don't know.
23     Q.   I mean, just in your own
24 experience?
25     A.   I don't know.

Dos Reis

1          Dos Reis
2      Q.   Do you get along with Haitian
3  people?
4      A.   Yes.
5      Q.   Do you get along with
6  African-American people?
7      A.   Yes.
8      Q.   Do you get along with Latino
9  people?
10     A.   Yes.
11     Q.   Do you get along with Jewish
12 people?
13     A.   Yes.
14     Q.   So you get along?
15     A.   For the most part, yes, of
16 course.
17     Q.   All right, that's what I'm
18 asking.
19         Take a look at paragraph 23.
20 You say, "I do not know which organizations
21 or community leaders endorsed the slate on
22 which my opponent Joe Freilich ran."
23         So my question is:  Do you know
24 whether any organizations or community
25 leaders endorsed your opponent's slate?

Dos Reis

1          Dos Reis
2      A.   No.
3      Q.   So it's possible that no
4  organizations or community leaders endorsed
5  your opponent's slate; you just don't know?
6      A.   I don't know.
7      Q.   The next sentence you say that
8  you "were never offered an opportunity to
9  compete for a position on that slate or for
10 the endorsement of the community leaders who
11 endorsed my opponent."
12         So the question then is:  Do you
13 know if there actually was any competition
14 for your opponent's slate?
15     A.   You know what, that part is my
16 fault.  I didn't know exactly how to say it.
17 It wasn't so much that I was competing for a
18 position under slate.  That was my fault.
19 What I wanted to say was that I would have
20 liked an opportunity to have been heard by
21 those from the private community schools,
22 such as when community leaders from the
23 Martin Luther King Center and NAACP and
24 Strong East Ramapo invited our opponents to
25 forums and, you know, to debates, and they

17 (Pages 62 - 65)

Dos Reis

1
2 didn't come, I just wished that we had had
3 the opportunity to have been heard by both
4 our opponents and parents from the private
5 school community.
6      Q.   When you say in the last
7 sentence here that you don't know what
8 criteria those organizations or leaders used
9 to slate or endorse their preferred
10 candidates, you don't know whether there are
11 any such organizations or leaders or
12 criteria; is that right?
13      A.   Yes.
14      Q.   Maybe there are, maybe there
15 aren't; you just don't know?
16      A.   Right, I don't know.
17      Q.   So when you say you were never
18 offered an opportunity to compete for a
19 position, what you mean is that you wanted
20 an opportunity to be able to speak to people
21 from this other community; is that fair?
22      A.   Yes.
23      Q.   Did you give any interviews with
24 the newspaper when you were a candidate?
25      A.   Yes.

Dos Reis

1
2      Q.   Did you state your positions in
3 those news articles?
4      A.   In the sense of what our
5 platform was, yes, when our position was
6 about transparency, diversity and inclusion.
7      Q.   So in the next paragraph,
8 paragraph 24, you say that you never saw
9 your opponent or other members of the slate
10 campaigning and that they did not attend any
11 candidate forums that you attended; for
12 example, the opponent did not attend the
13 forum held by the NAACP and JAMCCAR.
14      When you say "the NAACP," do you
15 mean the NAACP of Spring Valley?
16      A.   Yes.
17      Q.   When was the NAACP of Spring
18 Valley forum?
19      A.   It would have been in either
20 March or April of 2017.
21      Q.   How many people came to the
22 NAACP forum?
23      MR. PEARCE:  Objection.
24      A.   I don't know exactly.
25      Q.   Could you estimate about how

Dos Reis

1
2 many people came?
3      A.   No.
4      Q.   More than 20 sound about right?
5      A.   Yes.
6      Q.   More than 30 sound about right?
7      A.   Yes.
8      Q.   More than 50 sound about right?
9      A.   I don't know.
10      Q.   Am I close?
11      A.   I really don't know.
12      Q.   Under a hundred?
13      A.   I don't know.
14      Q.   Does the NAACP Spring Valley
15 have members?
16      MR. PEARCE:  Objection.
17      A.   Does the NAACP have members?
18      Q.   Um-hum.
19      A.   Yes.
20      Q.   How do you know that?
21      A.   Well, I've attended events of
22 theirs and they usually pass around
23 applications for membership, so...
24      Q.   Are you a member of the NAACP?
25      A.   I am.  I am.  I just haven't

Dos Reis

1
2 officially paid any dues yet.
3      Q.   Do you know about how many
4 people are members of the NAACP?
5      A.   No, I don't.
6      Q.   In paragraph 10 of your
7 declaration, on the very bottom you say,
8 "With the exception of Mr. Germain on one
9 occasion in 2016 and Ms. Charles-Pierre, I
10 am not aware of any current member of the
11 board participating in any of these
12 candidate forums or any other candidate
13 forum in my community."
14      Who are you referring to when
15 you refer to Mr. Germain?
16      A.   I'm sorry?
17      Q.   Who is Mr. Germain?
18      A.   Mr. Germain is one of the school
19 board candidates -- I mean, not candidate.
20 He's one of the school board members.
21      Q.   Are you referring to Pierre
22 Germain?
23      A.   Yes.
24      Q.   And you're aware that he
25 attended a forum in your community in 2016?

Dos Reis

1
2    A.   Yes.
3    Q.   What forum was that?
4    A.   It was a forum being hosted by
5 the NAACP and JAMCCAR.
6    Q.   Just for the record, is JAMCCAR
7 the Jamaican Civic and Cultural Association
8 of Rockland?
9    A.   Yes.
10   Q.   Did you attend that forum?
11   A.   Yes.
12   Q.   Did you speak with Mr. Germain?
13   A.   We greeted each other.
14   Q.   Did Mr. Germain speak at the
15 forum?
16   A.   I don't know.  I got there late.
17   Q.   Does it matter to you that
18 Mr. Germain attended that forum for some
19 reason?
20   A.   No.
21   Q.   Did you vote for Mr. Germain
22 when he ran?
23   A.   When he ran for reelection, no.
24   Q.   Did you vote for Mr. Germain
25 when he ran in 2013?

Dos Reis

1
2    A.   I don't recall.
3    Q.   Did you vote in 2013?
4    A.   I don't think so.
5    Q.   Why didn't you vote for
6 Mr. Germain in his reelection bid?
7    A.   I didn't vote for him in his
8 reelection -- I don't believe I did because
9 by then a lot of people from the public
10 school community were disappointed, felt
11 disappointed, and let down by him.
12   Q.   Why?
13   A.   When it came to decisions that
14 needed to be made, oftentimes Mr. Germain
15 was either not at the board meeting or did
16 not vote in favor of what the public school
17 parents wanted.
18   Q.   Do you recall any specific votes
19 that Mr. Germain cast that you disagreed
20 with?
21   A.   No, I don't remember.
22   Q.   Do you recall any specific
23 issues that the public school parents wanted
24 to go one way and Mr. Germain went the
25 other?

Dos Reis

1
2    A.   I don't remember.
3    Q.   Do you recall any specific
4 reasons why -- just to use your own words,
5 do you recall any specific reasons why the
6 public school community became disappointed
7 with Mr. Germain?
8    A.   So many things happened in the
9 district.  I don't remember the details of
10 like exactly what it was that he voted on
11 that disappointed a lot of us from the
12 public school community.  I don't remember
13 specifically.
14   Q.   Can you explain any reason why
15 the public school community became
16 disappointed in Mr. Germain?
17       MR. PEARCE:  Objection.
18   A.   Specifically, no.
19   Q.   How about generally, can you
20 explain any reason why the public school
21 community became disappointed in Mr. Germain
22 generally?
23   A.   No, not -- no.
24   Q.   In your understanding, was the
25 public school community disappointed in

Dos Reis

1
2 Mr. Germain because he voted with the
3 Orthodox and Hasidic Jewish members of the
4 board of education?
5    A.   I don't know if it was
6 necessarily with the other board members.
7    Q.   As you sit here today, you don't
8 know why you didn't vote for Mr. Germain?
9       MR. PEARCE:  Objection.
10   A.   I do.  I just don't remember
11 specifically what we disagreed on.
12   Q.   Do you know who Bernard Charles
13 is?
14   A.   Yes.
15   Q.   Did you ever vote for Bernard
16 Charles?
17   A.   I did not vote for him in his
18 reelection.
19   Q.   Did you vote for him the first
20 time that he ran?
21   A.   I don't recall.
22   Q.   Why didn't you vote for
23 Mr. Charles in his reelection bid?
24   A.   For the same reason as
25 Mr. Germain.

Page 74

Dos Reis

2    Q.   Is that because the public
3  school community became disappointed in
4  Mr. Charles; is that right?
5    A.   Yes, yes.
6    Q.   Do you recall any specific
7  reasons why the public school community
8  became disappointed in Mr. Charles?
9    A.   No, nothing specific.
10    Q.   How about you specifically, are
11  you disappointed in Mr. Charles?
12    A.   Yes.
13    Q.   Why are you disappointed with
14  Mr. Charles?
15    A.   Well, Mr. Charles attends even
16  less school board meetings than Mr. Germain.
17  Mr. Charles is almost never at the board
18  meetings.
19    Q.   How do you know that?
20    A.   Because I attend -- well, in the
21  last year I attended the school board
22  meetings regularly.
23    Q.   In the last year in which you
24  attended the board meetings regularly,
25  Mr. Charles has not attended school board

Page 75

Dos Reis

2  meetings; is that right?
3    A.   He has not attended many.
4    Q.   About how many?
5    A.   Very few.  I couldn't tell you
6  exactly how many.
7    Q.   So about how many do you recall
8  that he attended?
9    A.   I don't know the exact figure,
10  but more often than not he was not there.
11    Q.   Is there any other reason why
12  you're disappointed in Mr. Charles?
13    A.   When he campaigned, I didn't --
14  I do not recall seeing him when he was
15  campaigning, and so that was disappointing,
16  you know, to not see him out and about
17  campaigning.
18    Q.   You live in Spring Valley,
19  right?
20    A.   Yes.
21    Q.   So you're saying you didn't see
22  Mr. Charles in Spring Valley?
23    A.   Campaigning, I didn't see him
24  campaigning.
25    Q.   Did you see him in Spring

Page 76

Dos Reis

2  Valley?
3    A.   Yes, I do see him in Spring
4  Valley.
5    Q.   Because he lives in Spring
6  Valley, right?
7    A.   Yes.
8    Q.   Do you know him?
9    A.   Yes and no.
10    Q.   Have you ever spoken with him?
11    A.   Yeah, briefly, yes.
12    Q.   When was that?
13    A.   Whenever we see each other in
14  Spring Valley, it's always hello and
15  good-bye because it's just a familiar face.
16    Q.   Did you ever talk with him about
17  the school district?
18    A.   I never got to speak to him
19  about the school district, but he did
20  approach me about -- he approached me when
21  he learned that I was running for school
22  board.
23    Q.   When was that?
24    A.   It would have been in March or
25  April again.

Page 77

Dos Reis

2    Q.   When you say he approached you,
3  was that in person?
4    A.   Yes.
5    Q.   Was it at a school board
6  meeting?
7    A.   Yes.
8    Q.   What did he say to you?
9    A.   He wanted to know why I didn't
10  tell him that I was running.
11    Q.   What did you say?
12    A.   I told him that I didn't think I
13  had to tell anyone specifically.  I just --
14  I went to a forum and I announced my
15  candidacy at a forum where it was called for
16  and I didn't think I had to reach out to
17  people specifically and let them know I was
18  running.
19    Q.   Why do you think he asked you
20  that?
21       MR. PEARCE:  Objection.
22       MR. LEVINE:  Okay, that's fine.
23  I'll ask it a different way.
24    Q.   Was Mr. Charles interested in
25  supporting your campaign?

20 (Pages 74 - 77)

Page 78

```
1              Dos Reis
2     A.   I think so.
3     Q.   Did you talk with him further
4  about that?
5     A.   No.
6     Q.   Why not?
7     A.   He was upset that I didn't tell
8  him that I was running, and so we just left
9  it at -- when I told him that I didn't think
10 I had to specifically reach out to anyone,
11 we left it at that.
12    Q.   Did Mr. Charles want to help
13 you?
14    A.   I don't know.
15    Q.   Did you ever talk with him again
16 after that?
17    A.   No.
18    Q.   How long have you known him?
19    A.   It's been a couple of years now.
20    Q.   At any point in those few years
21 have you ever talked with him about school
22 district politics?
23    A.   No.
24    Q.   Do you think you could if you
25 wanted to?
```

Page 79

```
1              Dos Reis
2     A.   Yes.
3     Q.   Have you ever expressed to him
4  that you were disappointed in him as a
5  school board member?
6     A.   I didn't express it to him
7  through words that I was disappointed.
8     Q.   How did you express it to him?
9     A.   I think that that was the
10 unsaid -- the unspoken truth between us when
11 he asked me why I didn't tell him I was
12 running.
13    Q.   What do you mean by that?
14    A.   Well, I didn't tell him that I
15 was running, I didn't reach out to him,
16 although every time we see each other, we'd
17 greet each other.  I didn't tell him I was
18 running because I was disappointed in him
19 because I never see him at school board
20 meetings, and to me it's a let down.  If
21 you're a somebody member, you should be at
22 the meeting.
23    Q.   Why didn't you tell him that?
24         MR. PEARCE:  Objection.
25    A.   I don't know.
```

Page 80

```
1              Dos Reis
2     Q.   Could you tell him that?
3         MR. PEARCE:  Objection.
4     A.   I could.
5     Q.   What about Pierre Germain, did
6  you ever try to tell him that you were
7  disappointed in him?
8     A.   I did.
9     Q.   When was that?
10    A.   He approached me the same night
11 before Mr. Charles.
12    Q.   At the same board meeting?
13    A.   Yes.
14    Q.   What did he say to you?
15    A.   He was upset that I didn't tell
16 him I was running, but not as upset as
17 Mr. Charles.  Mr. Charles was very upset.
18 Mr. Germain approached me about it, he was a
19 little upset, but then we talked it out.
20    Q.   What did you talk about?
21    A.   Well, he asked me why I didn't
22 tell him that I was running.  And I said to
23 him the same thing, I didn't think I had to
24 let anyone specifically know.  And he said
25 that he would have helped me.  And I said to
```

Page 81

```
1              Dos Reis
2  him that I didn't want to -- you know, I
3  just wanted to -- I wanted to kind of
4  just -- I put it out there that I was
5  running and I didn't think to go to anyone
6  specific.
7     Q.   Did you tell Mr. Germain that
8  you didn't want his help?
9     A.   No, just that I wasn't looking
10 for help from specific people.  I just
11 wanted to put myself out there.  And my
12 thing is I'm not a politician.  I'm not --
13 you know, I don't have any motivations for
14 running for school board aside from wanting
15 to bring positive change to the board, so
16 there was no need for me to look
17 specifically to people.
18    Q.   What do you mean by that?
19    A.   Well, when he said to me, why
20 didn't you come to me, I said, well, I
21 didn't think I had to.  I mean, if --
22 obviously if they wanted to support me once
23 they learned I was running, then they could
24 just support me by voting or telling other
25 people, you know, that I was running.
```

21 (Pages 78 - 81)

Dos Reis

1  That's it.
2     Q.    Pierre Germain has run two
3  successful campaigns for the school board,
4  right?
5     A.    Yes.
6     Q.    And he offered to help you in
7  your campaign, right?
8     A.    Right, afterwards, uh-huh.
9     Q.    Don't you think that would be
10  useful in running a successful campaign for
11  the school board?
12     A.    Yes, like -- in the way that
13  you're saying it, yes.
14     Q.    Mr. Charles has also run two
15  successful campaigns for the school board,
16  right?
17     A.    Yes.
18     Q.    And you think he wanted to help
19  you, right?
20     A.    Perhaps.
21     Q.    Don't you think that would have
22  been helpful also?
23     A.    Yes.
24     Q.    Why didn't you want their help?

1          Dos Reis
2  That's it.
3      Q.    Pierre Germain has run two
4  successful campaigns for the school board,
5  right?
6      A.    Yes.
7      Q.    And he offered to help you in
8  your campaign, right?
9      A.    Right, afterwards, uh-huh.
10     Q.    Don't you think that would be
11  useful in running a successful campaign for
12  the school board?
13     A.    Yes, like -- in the way that
14  you're saying it, yes.
15     Q.    Mr. Charles has also run two
16  successful campaigns for the school board,
17  right?
18     A.    Yes.
19     Q.    And you think he wanted to help
20  you, right?
21     A.    Perhaps.
22     Q.    Don't you think that would have
23  been helpful also?
24     A.    Yes.
25     Q.    Why didn't you want their help?

Dos Reis

1          Dos Reis
2      A.    It's not that I didn't want
3  their help.  If they wanted to help me, then
4  they could, but I didn't feel the need to
5  reach out specifically to anyone.
6      Q.    But when they approached you at
7  the school board meeting, did you reject
8  their offers of help?
9      A.    Well, Mr. Charles just expressed
10  that he was upset that I didn't tell him.
11  We didn't really discuss anything further.
12  And Mr. Pierre I said to him, if you want to
13  help me, by all means, spread the word, let
14  people know, and we left it at that.
15     Q.    During that conversation you
16  told Mr. Germain you were disappointed in
17  his record as a school board member?
18     A.    I asked him -- I told him what
19  the people were saying about him in the
20  community, and I asked him why he wasn't at
21  board meetings more often, and for him he
22  said that it wasn't his job to make change,
23  that that was on the superintendent.  The
24  school board is just there to make sure that
25  the superintendent does their job, that it's

Dos Reis

1  not his concern, some of the issues that we
2  have.
3      Q.    What did you tell him about what
4  people are saying about him in the
5  community?
6      A.    I told him that the people were
7  disappointed in him.
8      Q.    Is that it?
9      A.    Yeah, that they were
10  disappointed that he wasn't often at the
11  meetings and that he never said anything at
12  the meetings.
13     Q.    Did people say anything else
14  about Pierre Germain in the community?
15          MR. PEARCE:  Objection.
16     A.    No.
17     Q.    Why was Mr. Charles upset that
18  you didn't reach out to him?
19          MR. PEARCE:  Objection.
20     A.    I don't know.
21     Q.    How upset was he?
22     A.    Well, he came over to me and he
23  was upset and said to me that -- he
24  expressed that he was upset, and then the

Dos Reis

1  conversation ended abruptly.
2      Q.    How so?
3      A.    In the sense that when I told
4  him I didn't think I had to reach out to
5  anyone specifically, he said, okay, and then
6  walked away.
7      Q.    I mean, was that like a
8  conflict?
9      A.    What do you mean?
10     Q.    Like was it an uncomfortable
11  conversation?
12     A.    No, I wasn't uncomfortable.
13     Q.    What about your conversation
14  with Mr. Pierre?
15     A.    No.
16     Q.    Because you used the phrase
17  before that you talked it out.  What did you
18  mean by that?
19     A.    Yeah.  Well, our conversation
20  didn't end abruptly when I told him that I
21  didn't think I needed to reach out to anyone
22  specifically.  I told him how the community
23  was feeling about him.  I expressed to him
24  that I was also disappointed that I didn't

Dos Reis

1    see him at meetings often, that he never
2    spoke out at the meetings.  And he said what
3    he said about how it's not his job, and then
4    we left it at that.
5        Q.   Is that a disagreement between
6    you and Mr. Germain?
7        A.   Well, there is a difference of
8    opinion, but not a disagreement.
9        Q.   Have you spoken with either of
10   them since that board meeting?
11       A.   Yes.  We all live in Spring
12   Valley, so we always say hello to each
13   other.
14       Q.   Have you ever spoken with
15   Mr. Charles about the school district
16   specifically since then?
17       A.   No.
18       Q.   Have you ever spoken with
19   Mr. Germain about the school district since
20   then?
21       A.   No.
22       Q.   You haven't talked with either
23   of them about running for any other
24   political office?

Dos Reis

1        A.   No.
2        Q.   When you decided to run for
3    school board, did you reach out to anyone to
4    ask for help?
5        A.   No.
6        Q.   How did you obtain support from
7    Steve White?
8        A.   Well, he's the gentleman who
9    sent out the call for candidates through
10   Power of Ten.
11           And so the process is you go --
12   right, Power of Ten puts out and other
13   community leaders put information out to the
14   public that they're holding a candidates
15   forum.  Those of us who are interested in
16   running present ourselves.  And then some of
17   the community leaders come to together and
18   they take the votes from the people from
19   that night, plus an interview that they do
20   with us, and then they decide what
21   candidates they're going to support, and
22   that's how the process works.
23       Q.   You weren't successful in your
24   race for the school board, right?

Dos Reis

1        A.   Right.  No, we were not.
2        Q.   Do you know why that is?
3            MR. PEARCE:  Objection.
4        A.   I don't know.
5        Q.   Do you think -- how do I want to
6    say this?
7            Would you characterize East
8    Ramapo's electorate as being divided between
9    White private school community and the
10   public school community?
11       A.   Yes.
12       Q.   Do you know whether the White
13   private school community supported
14   Mr. Charles' bid for the school board?
15       A.   With him, I don't know.
16       Q.   Do you know whether the private
17   school community supported Mr. Germain's bid
18   for the school board?
19       A.   Yes.
20       Q.   Do you think that they might
21   have been able to help you campaign in that
22   community if you had asked them?
23       A.   Yes.
24       Q.   Do you think that you had to

Dos Reis

1    choose between Power of Ten on the one hand
2    and Mr. Charles and Mr. Germain on the
3    other?
4        A.   No.
5        Q.   So you could have gone to both?
6        A.   Yes.
7        Q.   Why didn't you?
8        A.   Well, I didn't go to Power of
9    Ten.  Like I said, Power of Ten puts out a
10   call for candidates, so it was an
11   opportunity for me to become a candidate,
12   and so that's why I ended up with the
13   support of Power of Ten and Strong East
14   Ramapo because they called for candidates.
15       Q.   You could become a candidate
16   without Power of Ten, couldn't you?
17       A.   Yes, but I didn't think of being
18   a candidate until I saw their call for
19   candidates.
20       Q.   Did anything stop you from
21   asking Mr. Germain or Mr. Charles for help
22   once you became a candidate?
23       A.   No.
24       Q.   Do you know whether Power of Ten

Page 90

Dos Reis

1
2 is popular in the private school community?
3    A.   I don't know.
4    Q.   Do you know whether any
5 candidate supported by Power of Ten has ever
6 won a majority of votes from the private
7 school community?
8    A.   I don't know.  I don't know.
9    Q.   For your campaign, along with
10 your slate, did you have a vote turnout
11 program?
12    A.   What do you --
13    Q.   By that I mean, did you have any
14 organized effort to get people to the polls
15 on election day?
16    A.   Did we have an organized, setup
17 for getting people out to the polls?
18    Q.   Um-hum.
19    A.   Yes.
20    Q.   Okay.  If I call that a
21 "get-out-the-vote effort," would you know
22 what I mean?
23    A.   Yes, that's exactly what it was.
24    Q.   All right.  What did you do?
25    A.   We knocked on doors, we made

Page 91

Dos Reis

1
2 phone calls, we left flyers on windshields.
3    Q.   What I mean specifically is like
4 on election day, did you have a program
5 where you offered people free rides to the
6 polls to vote?
7    A.   Yes.
8    Q.   Tell me about that; what was
9 that program?
10    A.   Exactly what you said, that's
11 just offering free rides to the polls.
12    Q.   Do you know how many people used
13 that service?
14    A.   Yes.
15    Q.   How many people?
16    A.   Well, I don't have an exact
17 number, but roughly ten people had called
18 for the service and either utilized it or in
19 waiting ended up going a different route.
20    Q.   Ten people?
21    A.   Yeah.
22    Q.   Any other efforts to get people
23 to the polls on election day?
24    A.   That was our -- well, like I
25 said, and we used the other efforts as well,

Page 92

Dos Reis

1
2 door knocking and the phone calls was to
3 remind them that election day was happening.
4 That's what we wanted people to remember,
5 that there was an election happening on that
6 day.  We did so by phone calls, door
7 knocking, like I said, flyers and offering
8 to take people to their polling sites.
9    Q.   Do you know how many people you
10 reached with those efforts?
11    A.   I don't know.
12    Q.   Would you care to estimate?
13    A.   No.
14    Q.   Do you know whether Mr. Charles
15 has experience organizing get-out-the-vote
16 efforts?
17    A.   I don't know.
18    Q.   Do you know whether Mr. Germain
19 has experience with get-out-the-vote
20 efforts?
21    A.   I don't know.
22    Q.   Do you recall about how many
23 people showed up to the polls to vote for
24 your opponent on election day in 2017?
25    A.   No.  You mean how many people

Page 93

Dos Reis

1
2 showed up to the polling sites?
3    Q.   To vote for your opponent.
4    A.   Only through the figures.
5    Q.   Do you remember those?
6    A.   I believe they had 9,000 votes.
7    Q.   How many votes were cast for
8 your side of the slate?
9    A.   Roughly about 4,800.
10    Q.   Do you think in retrospect it
11 might have been helpful to have had some
12 help campaigning in the private school
13 community?
14    A.   As I said earlier, we would have
15 liked to, and we kind of did through
16 Ms. Kressel and Ms. Shani, but people will
17 only vote for who they want to vote for.
18    Q.   Do you know whether Ms. Kressel
19 or Ms. Shani have any experience in
20 politics?
21    A.   Prior to me having met them, I
22 don't know.
23    Q.   Do you know whether they have
24 any experience in managing a
25 get-out-the-vote effort?

24 (Pages 90 - 93)

Dos Reis
1
2    A.    I don't know.
3    Q.    Do you have any prior experience
4 in politics?
5    A.    With politics, no.
6    Q.    Do you think experience in
7 politics is important to run an effective
8 campaign?
9    A.    Absolutely.  It's part of it,
10 yes.  It's part of it, a big part.
11    Q.    Do you think your slate ran an
12 effective campaign?
13    A.    Umm, I say we were effective in
14 the sense that we were able to raise the
15 number of votes in three particular polling
16 sites, which was something that -- you know,
17 that no one could have guessed, but we were
18 able to raise the amount of people who came
19 out and voted in three polling sites.  So in
20 that sense, yes, we were effective.
21    Q.    Mr. Charles is a Black man,
22 right?
23    A.    Yes.
24    Q.    When he was elected to the
25 board, he was elected with support from the

Dos Reis
1
2 private school community, right?
3    A.    From what I understand.
4    Q.    Mr. Germain is a Black man too,
5 right?
6    A.    Um-hum, yes.
7    Q.    When he was elected, he was
8 elected with support from the private school
9 community, wasn't he?
10    A.    That's what he told me.
11    Q.    Do you recognize the name
12 MaraLuz Corado?
13    A.    No.
14    Q.    Do you recall a Latino woman
15 ever being elected to the school board?
16    A.    A Latina woman?
17    Q.    Um-hum.
18    A.    No, not that I recall.
19    Q.    Do you think that you lost the
20 election in 2017 because of your race?
21    A.    Not because of my race, no.
22    Q.    Why do you think you lost?
23        MR. PEARCE:  Objection.
24    A.    I don't know.
25    Q.    Do you think that private school

Dos Reis
1
2 community prefers voting for White
3 candidates?
4        MR. PEARCE:  Objection.
5    A.    I don't know.
6    Q.    Do you know what this case is
7 about?
8    A.    Yes.
9    Q.    What is this case about?
10    A.    This case is about people of
11 color in East Ramapo feeling
12 underrepresented within the East Ramapo
13 school district in the sense of when it
14 comes to voting.
15    Q.    Were you hindered in any way
16 from becoming a candidate for the board of
17 education?
18    A.    No.
19    Q.    Were people of color unable to
20 get to the polls on election day?
21        MR. PEARCE:  Objection.
22    A.    I can't speak for everyone.
23    Q.    Are you aware of any people of
24 color who were somehow stopped from getting
25 to the polls on election day?

Dos Reis
1
2    A.    I don't know.
3    Q.    Without telling me anything
4 about anything you've ever spoken with your
5 counsel about, I'm not interested in that,
6 but when did you first agree to become a
7 plaintiff in this case?
8    A.    It was about six months ago.
9    Q.    Why did you agree to become a
10 plaintiff in this case?
11    A.    Because I wanted to see a change
12 in our district for the better for everyone.
13    Q.    What change?
14    A.    In the last -- for some time
15 now, I can't say the exact number of years,
16 but for some time now public school parents
17 have not been able to successfully elect any
18 of their preferred candidates to the school
19 board, and it's frustrating because we don't
20 feel represented by the school board, by the
21 current school board, with the exception of
22 one person on the school board.
23    Q.    Is Mr. Charles not a public
24 school parent?
25    A.    He doesn't have children in the

25 (Pages 94 - 97)

Dos Reis

1
2  district, no.
3      Q.   How do you know that?
4      A.   I guess I just know.
5      Q.   Did you ever ask him?
6      A.   No.
7      Q.   Do you know where his kids went
8  to school?
9      A.   I don't know where his kids went
10  to school.
11      Q.   Would it surprise you to know
12  that they went to public school?
13      A.   No.
14      Q.   Would that change your opinion
15  about whether he's a public school parent?
16      A.   I mean, he could be a public
17  school parent, but that doesn't mean he has
18  their interests -- that he, you know, has
19  their interests at heart.
20      Q.   Do you think Mr. Charles does
21  not have the public school parents'
22  interests at heart?
23      A.   To be honest, I don't know if he
24  does.
25      Q.   Why not?

Dos Reis

1
2      A.   I guess part of the reason is,
3  as you asked me, you know, why we never had
4  conversations about the school board, you
5  know, I'm a parent who's voiced concerns
6  with the school board, and then I've seen
7  him out and about in Spring Valley and he's
8  never even approached me to say, you know,
9  this is what the school board is trying to
10  do, why -- I heard your concerns the other
11  night and this what the school board is
12  trying to do.  Like he himself as a school
13  board member has never reached out to me or
14  anyone else that I know to say, listen, I've
15  heard your concerns and this is what the
16  school board is trying to do.  I think that
17  that's something that a school board member
18  should do.
19      Q.   Have you ever told him that?
20      A.   No.
21      Q.   Do you think maybe you should?
22      A.   I don't think I should have to.
23  When you -- you know, when you take on that
24  task or that responsibility, you should
25  already know what you're supposed to be

Dos Reis

1
2  doing.
3      Q.   Do you think public school
4  parents are entitled to win elections?
5      A.   No, I wouldn't say they were
6  entitled, no.  No one is entitled.
7      Q.   Well, a candidate who wins the
8  most votes is entitled to win the election,
9  right?
10      A.   Yes.
11      Q.   And the candidate who doesn't
12  win the most votes usually is not entitled
13  to win the election, right?
14      A.   Yes.
15      Q.   Do you think that your election
16  was unfair?
17      A.   Yes.
18      Q.   Why was it unfair?
19      A.   In our district we have both
20  public school students and parents and we
21  have private school students and parents,
22  and I feel, and many of us feel, that the
23  school board should be a reflection of the
24  community, and currently there are more
25  members of the board who are from the

Dos Reis

1
2  private school community than public school
3  community.  That's why I feel that it was
4  unfair.
5      Q.   When you say "the school board
6  should be a reflection of the community,"
7  which community?
8      A.   The entire East Ramapo school
9  district.
10      Q.   Private school parents and
11  public school parents?
12      A.   Yes.
13      Q.   I want to be clear, does that
14  have anything to do with race?
15      A.   Well, we have Latinos, we have
16  Black students, we have White students, so
17  yes, the board should reflect that,
18  absolutely.
19      Q.   There are three Black members of
20  the school board right now, right?
21      A.   Yes.
22      Q.   There are six White members of
23  the school board, right?
24      A.   Yes.
25      Q.   Is that not reflective of the

Dos Reis

1
2 population of the community?
3     A.    No, no.
4     Q.    Why not?
5     A.    There are no Latinos sitting on
6 the board.  We do not have -- we don't have
7 any educators sitting on that board that I
8 know of.  Mr. Pierre and Mr. Charles do not
9 currently have any children in school, in
10 the schools, and so it's really not -- you
11 know, we just don't feel that they represent
12 everyone.
13     Q.    But isn't it a candidate's job
14 to persuade voters that they should be
15 elected so that they can represent the
16 community fairly?
17     A.    Yes.
18     Q.    Then why do you need this
19 lawsuit?
20     A.    Because we need better
21 representation on the board.
22     Q.    All right.  But isn't it your
23 job to persuade voters that you need better
24 representation on the board?
25     A.    Yes.

Dos Reis

1
2     Q.    So why do you need this lawsuit?
3         MR. PEARCE:  Objection.
4     Q.    Did anything stop you from
5 persuading voters of your position?
6     A.    The only obstacle was the one
7 that I mentioned earlier about feeling not
8 welcome in certain communities, so then half
9 of the voting base was blocked off to us.
10 We couldn't, you know, get into, you know,
11 certain communities to speak because we were
12 told that we would not be well received.
13     Q.    That didn't stop Bernard
14 Charles, did it?
15         MR. PEARCE:  Objection.
16     A.    I don't know.
17     Q.    That didn't stop Pierre Germain,
18 did it?
19         MR. PEARCE:  Objection.
20     A.    I don't know.
21     Q.    They offered to help you, didn't
22 they?
23     A.    Mr. Pierre offered to help me.
24     Q.    And Mr. Germain won his seat
25 with support from the private school

Dos Reis

1
2 community, right?
3     A.    Yes.
4     Q.    If Mr. Germain can do it and
5 he's a Black man, why couldn't you?
6     A.    Because I don't know how he
7 obtained that support.
8     Q.    He offered to help you?
9     A.    Okay.  Yes.
10     Q.    You rejected him?
11     A.    Well, I told him that I didn't
12 think that I needed to specifically ask
13 anyone for help.  If you believe in what I'm
14 saying and my platform, then you come on and
15 vote.
16     Q.    Do you think sometimes in
17 politics maybe you do need to ask people for
18 help?
19     A.    I guess so.
20     Q.    Right.
21         So there wasn't anything about
22 the way the district functions that stopped
23 you from getting support in the White
24 community, was there?
25         MS. CALABRESE:  Objection.

Dos Reis

1
2     A.    Could you rephrase that?
3     Q.    Yes.
4         The way elections are run in a
5 school district, that's not what stopped you
6 from getting support in the White community,
7 is it?
8         MR. PEARCE:  Objection.
9     A.    I don't -- I'm trying to --
10 okay.  East Ramapo is extremely diverse,
11 right, but we have pockets of areas that are
12 predominantly of a particular group of
13 people, and, you know, I believe in this
14 lawsuit for the purposes of being able to
15 get representation from -- for the entire
16 district.  So there are nine seats on the
17 board, and if we could get nine people from
18 different areas of East Ramapo that are
19 willing to represent all of the children in
20 East Ramapo, I feel that that would be more
21 fair in our district.
22     Q.    That would be more fair.  Is the
23 current way elections are run unfair?
24     A.    Yes.
25     Q.    Why?

27 (Pages 102 - 105)

Dos Reis

1
2    A.    Because the preferred candidates
3 of private school communities seem to be the
4 ones who are more often elected onto the
5 school board.
6    Q.    Right.  Because they get more
7 votes, right?
8    A.    Yes.
9    Q.    Why is that unfair?
10    A.    The people in East Ramapo,
11 especially those from the public school
12 community, have very low morale at this
13 point because we've lost so many elections.
14 People don't feel that it's -- that their
15 vote counts, that it's going to make a
16 difference.  And so because private
17 school -- the private school community
18 consistently is able to vote their
19 candidates in, it has changed the dynamic in
20 how people in the public school community --
21 whether or not they come out and vote.
22    Q.    Just so I'm clear, when you say
23 "public school community" in this context,
24 you mean just Black people?
25    A.    No.

Dos Reis

1
2    Q.    Do you mean just Latino people?
3    A.    No.
4    Q.    Do you mean White people?
5    A.    I mean the public school
6 community, which is a diverse community.
7 It's made up mostly, though, of people of
8 color.
9    Q.    It's not defined by race, is it?
10    A.    No.
11    Q.    So the private school community
12 wins elections because they get more votes,
13 right?
14    A.    That's how it would appear.
15    Q.    Right.
16        And the public school community
17 losses elections because they get less
18 votes, right?
19    A.    Yes.
20    Q.    What's unfair about that?
21    A.    What's unfair is that the public
22 school community feels beaten.  They have
23 low morale based upon the fact that we do
24 consistently lose and don't -- and then
25 what's happening is that public school

Dos Reis

1
2 parents do not feel represented by the
3 school board, and so when you're constantly
4 going up and you're speaking at school board
5 meetings and you're saying to the school
6 board why does my child not have a teacher
7 consistently, why do we lack substitutes,
8 why are our students being sent to the
9 cafeteria for whole periods, why don't we
10 have school trips, why are there wires
11 hanging from the ceiling, why are there
12 stairs falling apart, why do we have caution
13 tape all over the schools and outside, and
14 you don't get a response, not even so much
15 as the school board members even looking at
16 you when you're talking to them, it is
17 frustrating, and then what happens is people
18 walk away saying my vote, my voice doesn't
19 count.
20    Q.    Let's see if we can sum this up.
21        Are elections in East Ramapo
22 driven by the race of the voters?
23    A.    I don't know.
24    Q.    What's the main thing in your
25 mind that determines how elections are going

Dos Reis

1
2 to come out in East Ramapo?
3    A.    I don't know.
4    Q.    Have you ever run for any other
5 political office?
6    A.    I did after, after running for
7 school board.
8    Q.    What office?
9    A.    Village of trust -- trustee for
10 the village.
11    Q.    The Village of Spring Valley?
12    A.    Yes.
13    Q.    Did you win?
14    A.    No.
15    Q.    How many votes did you get?
16    A.    Honestly, I don't remember.
17    Q.    Do you know how many other
18 people were running for the same position?
19    A.    There were about eight of us
20 running.  Um-hum.
21    Q.    Do you recall how you placed
22 among the candidates?
23    A.    What do you mean?
24    Q.    Number 2, Number 4?
25    A.    I don't recall exactly how they

28 (Pages 106 - 109)

Dos Reis
1
2 placed us.
3    Q.    Why do you think you didn't win
4 that election?
5        MR. PEARCE:  Objection.
6    A.    With that election I think it's
7 just because I was new.  I know a lot of
8 people, but not as many, and my name isn't
9 as known as some of the other people who
10 ran.
11    Q.    Is that different than the
12 school board election?
13    A.    No, not in the case of this
14 school board election.
15    Q.    So for the same reasons you were
16 unsuccessful?
17        MR. PEARCE:  Objection.
18    A.    No.
19    Q.    You were unsuccessful for
20 different reasons?
21    A.    Yes.
22    Q.    What was different?
23    A.    Well, with the school board
24 election, for the exception of one of our
25 opponents, the other two were not known, at

Dos Reis
1
2 least not to the public school community
3 they weren't known, so -- and from what I
4 understand, they both -- both -- two of our
5 opponents were running for the first time
6 just like we were, the three of us, so to me
7 it was more of kind of same playing field
8 versus in the other election, out of the
9 eight of us that were running, like four of
10 them were much more well known than the
11 others.
12    Q.    Spring Valley is just a subset
13 of East Ramapo, right?
14    A.    It's one of the towns within
15 East Ramapo.
16    Q.    Right.
17        Spring Valley is a diverse
18 community?
19    A.    Yes.
20    Q.    Are you going to run again for
21 the board trustee of Spring Valley?
22    A.    I don't know.
23    Q.    If you did, would you do
24 anything different?
25    A.    Yes.

Dos Reis
1
2    Q.    What would you do different?
3    A.    Well, I would try and -- I would
4 try and get -- how do you say -- have
5 interaction with more -- I would try and
6 interact with more people.
7    Q.    Would you ever run for the
8 school board again?
9    A.    Yes.
10    Q.    Would you do anything different?
11    A.    It's the same thing, I would try
12 and -- just try and get my information out
13 to more people, if I could.
14    Q.    Do you think you would have
15 better success if you did something
16 different?
17        MR. PEARCE:  Objection.
18    A.    With the way things are now,
19 currently, no.
20    Q.    Do you think you'd have success
21 if you took Mr. Germain up on his offer?
22    A.    I don't know.
23    Q.    Is it possible?
24        MR. PEARCE:  Objection.
25    A.    I don't know.

Dos Reis
1
2        MR. LEVINE:  No further
3 questions.
4        MS. CALABRESE:  Do you want to
5 talk for a second?
6        MR. PEARCE:  Do you want to talk
7 for a few seconds?
8        MS. MATTHEWS:  I have a few
9 questions.  I don't know if you want
10 to do it now, do you want to take a
11 break.  I will be very quick.  I want
12 to get you out of here.
13        MS. CALABRESE:  Do you need a
14 break?  Let's take at least two
15 minutes.
16        MR. LEVINE:  Let's take a full
17 five minutes.
18        (Recess taken.)
19 EXAMINATION BY
20 MS. MATTHEWS:
21    Q.    Good afternoon.  My name is
22 Elyce Matthew.  I'm from the Attorney
23 General's Office, and I represent MaryEllen
24 Elia, who is the commissioner of education
25 in this case.  I just have a couple quick

29 (Pages 110 - 113)

Page 114

1          Dos Reis
2  questions for you.
3          Have you ever made any sort of
4  appeal or complaint to the New York State
5  Education Department?
6      A.   I'm sorry, what was the first
7  thing you said?
8      Q.   Like an appeal or a complaint of
9  some sort.
10     A.   Yes, we did.
11     Q.   What was the nature of that
12 appeal or complaint -- first of all, was it
13 an appeal or a complaint?
14     A.   It was a letter that was sent to
15 Commissioner Elia just stating what the
16 frustrations were of many of the parents in
17 East Ramapo.
18     Q.   And did you write that letter?
19     A.   I did not write it.
20     Q.   Who wrote that letter?
21     A.   You know, I'm not sure if it was
22 Mr. White or Mr. Mandel.
23     Q.   Mr. Steve White, is that the
24 person you're referring to?
25     A.   Steve White is the person -- is

Page 115

1          Dos Reis
2  one of our community leaders, and Andrew
3  Mandel also.
4      Q.   Andrew Mandel.  Is it
5  M-A-N-D-E-L?
6      A.   M-A-N-D-E-L.
7      Q.   When was this letter written, if
8  you know, approximately?
9      A.   I believe it was in April of
10 2017.
11     Q.   And how were you affiliated with
12 the letter; did you sign the letter or you
13 just read it?
14     A.   With that letter, we reached out
15 to her on two separate occasions that I can
16 remember.  I believe with the letter, I
17 don't think -- not that I physically signed
18 it, but that I agreed to having read it and
19 that I agreed with the statement.
20     Q.   And did an organization send
21 that letter to you?
22     A.   It would have been Strong East
23 Ramapo.
24     Q.   And is it your understanding
25 that that letter was directed to the

Page 116

1          Dos Reis
2  commissioner or to someone else?
3      A.   No, there was one specifically
4  to the commissioner.
5      Q.   What were the contents of the
6  letter, anything that you could remember?
7      A.   To the commissioner, it had to
8  do with -- it was two different events that
9  took place.  That letter was the -- that
10 first one, if I recall carefully, was about
11 transportation.  It was about
12 transportation.
13     Q.   What kind of transportation?
14     A.   From what we understood, the
15 school board -- some of the school board
16 members wanted to add non-mandated busing
17 days, which would have cost the district
18 millions of dollars.
19     Q.   Did the letter deal with any
20 other issues that you recall?
21     A.   The transportation was the main
22 issue.
23     Q.   Do you know if that letter had
24 anything to do with board elections that we
25 were talking about before?

Page 117

1          Dos Reis
2      A.   I don't think so, not with board
3  elections, not that one.
4      Q.   And then I think you said there
5  was a second letter?
6      A.   We did have a second issue, but
7  I wasn't a part of that one, not -- yeah,
8  not as I was with the first one.
9      Q.   Do you remember anything else
10 about that other letter?
11     A.   About the second letter?  The
12 first time was about -- it was a concern
13 about the addition of non-mandated busing
14 days.  And in the second time, a letter was
15 sent, but I don't believe -- I'm not sure if
16 it was sent to Commissioner Elia or someone
17 else; however, it had to do with
18 Commissioner Elia coming down and having a
19 meeting in private with some of the school
20 board members and agreeing to having the
21 non-mandated busing days.  So really that
22 was the issue, but it was dealt with on two
23 separate occasions.
24     Q.   So both letters dealt with this
25 transportation issue?

30 (Pages 114 - 117)

Page 118

Dos Reis

1
2     A.   The second letter had -- I
3  believe there was something else with the
4  second letter, but I don't -- I didn't have
5  really anything to do with that one.
6     Q.   How did you learn about the
7  letter?
8     A.   I learned about it through
9  Strong East Ramapo.
10    Q.   So we've talked about two
11 letters -- well, first of all, when was the
12 second letter, if you recall?
13    A.   Certainly -- the second
14 letter -- okay, so the board put up for a
15 vote on non-mandated busing days.  A letter
16 was written to Commissioner Elia stating our
17 concerns about that.  Everything happened
18 like within a month.  And then we learned
19 that she had had a private meeting with some
20 of the school board members.  And then we
21 approached -- they sent another letter to
22 her and, I believe, Regent Johnson about
23 that meeting that took place because one of
24 the school board members didn't even have
25 any knowledge that that meeting was taking

Page 119

Dos Reis

1
2  place, which we felt was inappropriate.  And
3  so another letter was sent in reference to
4  that private meeting and then Commissioner
5  Elia agreeing to more non-mandated busing.
6     Q.   How did you find out all of that
7  information; were you present at meetings or
8  were you --
9     A.   I was present.
10    Q.   -- told by other people?
11    A.   I was present at the school
12 board meetings that took place at that time.
13 And what happened was with Commissioner
14 Elia, I don't remember who it was, but
15 someone said, no, Commissioner Elia agreed
16 to this, she had signed off on it, and it
17 was presented at a school board meeting.
18        However, one of the school board
19 members stated that she knew nothing of the
20 situation with the non-mandated busing, and
21 that's how it came out that there was a
22 meeting that took place with only some of
23 the school board members.
24    Q.   The meeting with some of the
25 school board members and Commissioner --

Page 120

Dos Reis

1
2     A.   And Commissioner Elia, yes.
3     Q.   How do you know about that
4  meeting?
5     A.   When the -- the school board
6  member that didn't know about it, like when
7  they presented, that's what happened.  When
8  they presented at the school board meeting
9  that Commissioner Elia had signed off, had
10 agreed to non-mandated busing, one of the
11 school board members said at the meeting she
12 knew nothing about that.
13    Q.   How do you know there was a
14 meeting that took place?
15    A.   I don't recall exactly how it
16 came out, but it came to fruition that a
17 meeting had taken place with only some of
18 the school board members.  I just don't
19 remember exactly how it came out.
20    Q.   Do you know when that meeting
21 was?
22    A.   I -- exactly when, I don't know.
23    Q.   But you weren't at that meeting?
24    A.   No.
25    Q.   Do you know where it took place?

Page 121

Dos Reis

1
2     A.   No.
3     Q.   Do you know who was at the
4  meeting specifically?
5     A.   When it came out, what came out
6  was that Weissmandl was there, Dr. Wortham
7  was there, the two state monitors were on
8  the phone.  They weren't there physically.
9  They were on the phone.  That's how it came
10 out.  That's how it came out, in a meeting
11 that we had with state monitors.  That's how
12 it came out.
13        We were very upset about
14 everything that was happening with the
15 non-mandated busing, and we had a meeting
16 with the state monitors, and that's how --
17 it's just like between different meetings
18 with different people it came out that the
19 state monitors were on the phone,
20 Dr. Wortham was there, Weissmandl was there,
21 and another school board there, I don't
22 recall who the other one was, and they had
23 met about adding the non-mandated busing.
24    Q.   Which two monitors are you
25 referring to?

31 (Pages 118 - 121)

Dos Reis

2    A.   Mr. Sipple and -- I forgot.
3  Hold on.  I see his name.  Szuberla.
4  Szuberla and Sipple.
5    Q.   Is there anything else you
6  recall about the transportation issue
7  besides the two letters and the meeting we
8  talked about with respect to the
9  commissioner?
10    A.   No.  To the commissioner, no.
11    Q.   So beyond those two letters and
12  the meetings, do you recall any other
13  appeals or complaints to the State Education
14  Department that you have made personally?
15    A.   No.  Me personally, no.  I've
16  signed off on other things that came around.
17    Q.   What kind of things?
18    A.   Like when we requested the state
19  monitors, they sent out like petitions for
20  the state monitor, I signed off on that.
21    Q.   Okay.  So not a petition where a
22  lot of people have signed off on something,
23  but a letter you've written or appeal you've
24  filed or a complaint or something like that,
25  do you recall any other times?

Dos Reis

2    A.   No.
3    Q.   Do you recall any appeals or
4  complaints to the State Education Department
5  specifically around the issue of the board's
6  election or about voting systems or anything
7  like that?
8    A.   No.
9        MS. MATTHEWS:  Thank you.
10  That's all of I have.
11        MR. LEVINE:  I have two
12  questions.
13        MS. CALABRESE:  You don't get to
14  do more questions.
15        MR. LEVINE:  Why not?
16        THE WITNESS:  Because you said
17  you were done.
18        MS. CALABRESE:  Yeah, you said
19  you were done.
20        MR. LEVINE:  No, I get to do a
21  redirect.
22        MS. CALABRESE:  No.  You're both
23  on the same time.  If we were to ask
24  questions, then you can cross -- yes,
25  you can cross again, but we haven't

Dos Reis

2  asked any questions.
3        MR. PEARCE:  Yes.
4        MS. CALABRESE:  But you said you
5  were done, Randy.  You guys need to
6  communicate better.
7        MR. LEVINE:  That's interesting.
8        MS. CALABRESE:  Do you want to
9  pull out the rules?
10        MR. LEVINE:  Are you going to
11  instruct your witness not to answer?
12        MS. CALABRESE:  Yes, because you
13  already said you were done with her.
14        MR. LEVINE:  Okay.  Let's note
15  for the record that the deposition is
16  ongoing, the State has asked
17  questions, I would like to redirect, I
18  have questions for the witness, and
19  witness's counsel is going to direct
20  the witness not to answer them.  So
21  I'll ask my questions, you can direct
22  her not to answer them.
23        MS. CALABRESE:  Can we take a
24  break here so that Tom and I can talk?
25        MR. LEVINE:  If you would like.

Dos Reis

2        MS. CALABRESE:  I would like.
3        MR. LEVINE:  Okay.  Five-minute
4  break.
5        (Recess taken.)
6        MS. CALABRESE:  We object to the
7  district asking any further questions.
8  We believe it is outside the scope of
9  the rules and that the district
10  already rested and that it is not
11  permitted to ask questions even though
12  the defendant commissioner had further
13  questions, but we are going to permit
14  the witness to answer questions so
15  that we can hopefully spare any return
16  of the witness, but we object to any
17  questions going forward.
18        To the extent that the district
19  has any further questions, at the very
20  least they should be limited to the
21  scope of the commissioner's questions,
22  but we object to any questions
23  happening at all.
24        MR. LEVINE:  Objection noted.
25  //

Dos Reis
1
2  EXAMINATION BY (CONT'D)
3  MR. LEVINE:
4      Q.   Just a few more questions.
5          Earlier in the deposition I
6  specifically asked you if you thought that
7  the school district was spending too much
8  money on busing for private school students;
9  do you remember that?
10     A.   Yes.
11     Q.   Do you remember how you
12 answered?
13     A.   Right, I said -- I think I said
14 no.
15     Q.   Right.
16          So the State just asked you a
17 question about whether you had sent any
18 letters or signed onto any letters to the
19 commissioner and you specifically mentioned
20 one where you were objecting to a policy of
21 the school district to provide non-mandated
22 busing to private schools, right?
23     A.   They wanted additional.  Not
24 that they -- not that they wanted it period,
25 but that they wanted -- they already have

Dos Reis
1
2  non-mandated busing.  They wanted additional
3  non-mandated busing.
4      Q.   Are they providing that
5  additional non-mandated busing now?
6      A.   No.  It was voted down by the
7  people.
8      Q.   By what people?
9      A.   Everyone.  It was put --
10     Q.   What people?
11     A.   East Ramapo school district.
12     Q.   Like in the budget vote?
13     A.   Yes.
14     Q.   So another question that I asked
15 you related to whether Strong East Ramapo
16 takes positions on district policies?
17     A.   Um-hum.
18     Q.   Do you remember how you answered
19 that question?
20     A.   Right.  I said, no.
21     Q.   Right.
22          Didn't you just testify that
23 Strong East Ramapo sent a letter to the
24 commissioner objecting to the proposed
25 non-mandated busing policy?

Dos Reis
1
2      A.   They sent the letter objecting
3  to additional non-mandating busing.
4      Q.   Isn't that a policy position?
5      A.   I didn't think it was.
6      Q.   Are there any other positions
7  like that objecting to a specific thing that
8  the district does or wants to do from Strong
9  East Ramapo?
10     A.   Not that I can recall.
11         MS. CALABRESE:  Objection.
12     Q.   Do you know what I mean when I
13 say "policy"?
14     A.   When you say "policy," my
15 thought is something like almost like a law
16 to be enacted.
17     Q.   Assume when I say "policy," I
18 mean anything the school district does,
19 okay?
20     A.   Oh, okay.
21         MR. PEARCE:  Objection.
22     Q.   Does Strong East Ramapo take
23 positions on any school district policies?
24     A.   Does Strong East Ramapo take a
25 position on anything the school board does;

Dos Reis
1
2  is that correct, is that what you're asking?
3      Q.   Yes.
4      A.   On anything that the school
5  board does?
6      Q.   Yes.
7      A.   Well, I'm not sure if this is
8  what you mean, but I objected to -- and I
9  voiced that objection in the school board
10 meeting -- about hiring a bus company that
11 was known for violations.  Is that what you
12 mean?
13     Q.   I --
14     A.   But that was me like personally.
15 So other than that, I really haven't -- and
16 that I know of with Strong East Ramapo, no.
17     Q.   Do you remember earlier when I
18 asked if the board had done anything that
19 you might have done differently?
20         MS. CALABRESE:  No.  This is
21 outside the scope of the cross.
22         MR. LEVINE:  No, it's not,
23 because we're talking about
24 non-mandated busing.
25         Are you instructing your witness

Dos Reis
1    not to answer?
2        MS. CALABRESE:  Your question
3    was not --
4        MR. LEVINE:  Are you instructing
5    your witness not to answer?
6        MS. CALABRESE:  Would you like
7    to rephrase your question so that it
8    actually refers to transportation?
9        MR. LEVINE:  My question -- are
10   you finished, by the way?
11   Q.   My question is:  Do you recall
12   when I asked you if the board had done
13   anything that you would do differently, do
14   you remember what you said?
15   A.   I believe I said, no.
16   Q.   Right.  What about this issue
17   with the contractor that you just described
18   involving the busing, wasn't that something?
19   A.   Well, they hadn't done it.  They
20   put it out there for people to vote on to
21   say how -- it was something that they were
22   considering, but they hadn't actually done
23   it.
24   Q.   Have they done it since then?

Dos Reis
1    A.   No, because they considered it,
2    they put it out there, the people said they
3    didn't want it, and so then they didn't do
4    it.
5    Q.   So would you say the board was
6    responsive to the people's concerns?
7    A.   In that particular instance.
8    Then again, we really don't know, because
9    there were other issues with that
10   transportation that, you know -- there were
11   other issues that came up, the fact that
12   they had numerous violations and had been
13   dropped by other companies, so it could be
14   because of their track record that they
15   decided not to go with them.
16   Q.   Didn't you say that this
17   decision was put out to a vote?
18   A.   Not to a vote, but it is that
19   the school board has to discuss, you know,
20   what they're going to vote on, and when they
21   put it out that they were considering --
22   they didn't even put it out there.  Let me
23   think.
24       Yes, it was put out, it was put

Dos Reis
1    forth in one of the meetings that they were
2    considering this particular transportation
3    company, and so then we have the right to
4    speak in the beginning of meetings and state
5    any concerns that we have.  And a lot of
6    people stated their concerns with this
7    transportation -- with this transportation
8    company because of violations that that
9    company had had where they put children's
10   lives at risk.
11       So it may not necessarily be --
12   it could be that maybe they did more
13   homework on it and then decided that it
14   wasn't in the best interests of all the
15   children.
16   Q.   But it didn't go forward, right?
17   A.   It didn't go forward, right.
18   Q.   You opposed a proposal to add
19   non-mandated busing days for private school
20   students, right?
21   A.   Say that again.
22   Q.   You opposed a proposal to add
23   non-mandated busing days for private school
24   students, right?

Dos Reis
1    A.   Yes.  Additional, yes.
2    Q.   Who proposed that?
3    A.   The school board.
4    Q.   Do you know who on the school
5    board?
6    A.   Specifically, no.
7    Q.   Do you know who voted for that
8    proposal?
9    A.   No.
10   Q.   Do you know who supported that
11   proposal?
12   A.   No.
13   Q.   Do you know if the private
14   school community supported that proposal?
15   A.   At board meetings that I
16   attended there were private school parents
17   who came forward and stated that they were
18   in support of the non-mandated -- the
19   additional non-mandated busing.
20   Q.   You disagreed with them, right?
21   A.   Well, I disagreed with the
22   additional days, yes.
23   Q.   Did you speak at board meetings
24   saying you disagreed with the additional

Dos Reis

1    non-mandated busing?
2    A.   I don't remember exactly.  I
3    spoke twice in front of the school board.
4    One in particular was about the
5    transportation company that they wanted.
6    And the second time I don't recall
7    everything that I -- I don't recall what I
8    said exactly, what I was, you know, speaking
9    to the board about.
10   Q.   Was non-mandated busing one of
11   the things?
12   A.   Yes.  That was -- no.  Not that,
13   I'm sorry.  I thought you were going to say
14   the transportation company.  No, I don't
15   remember.
16   Q.   Do you remember any of the
17   things that you said?
18   A.   In the second time, no.
19   Q.   Is there any other issue like
20   the non-mandated busing that was supported
21   by private school parents that you disagreed
22   with?
23       (**DI)MS. CALABRESE:  Objection.
24   That's outside the scope of the cross,

Dos Reis

1    and yes, I'm going to instruct my
2    witness not to answer, and you can
3    call the magistrate.
4        MR. LEVINE:  Are you going to
5    instruct her not to answer anymore
6    question or just that question?
7        (**DI)MS. CALABRESE:  That one.
8    If you want to stick to the scope of
9    the cross, which is the letter sent to
10   the commissioner, then by all means go
11   ahead, but we're getting way beyond
12   that now, and I let it go for a while,
13   but now I'm not.
14       MR. LEVINE:  We will go ahead
15   and put that on the record.
16   Q.   So the question was, was there
17   anything else like the non-mandated busing
18   proposal that the private school parents
19   supported, but that you disagreed with?
20       (**DI)MS. CALABRESE:  Chevon,
21   don't answer the question.
22   Q.   When was this debate over
23   additional non-mandated busing days?
24   A.   Between March and April of 2017.

Dos Reis

1    Q.   The election was in May of 2017,
2    right?
3    A.   Yes.
4    Q.   So this happened right before
5    the election, didn't it?
6    A.   Yes.
7    Q.   Was this non-mandated busing
8    days issue covered in the press?
9    A.   I don't recall.
10   Q.   Was this non-mandated busing
11   issue well known in the public school
12   community, for example?
13       MR. PEARCE:  Objection.
14   A.   I don't know.
15   Q.   Was this non-mandated busing
16   issue important to the private school
17   community?
18       MR. PEARCE:  Objection.
19   A.   I don't know how important.
20   Q.   Do you think that the additional
21   days of non-mandated busing would have
22   benefited private school parents?
23   A.   I don't know.  But the reason
24   why we disagreed with it was because it was

Dos Reis

1    put out there right before the election and
2    we just wanted more time to consider
3    everything.
4    Q.   So are you saying you didn't
5    oppose additional non-mandated busing?
6    A.   What we did was we said that it
7    was too close to the election to put
8    something like that out there.
9    Q.   Would the additional
10   non-mandated busing have resulted in more
11   cost to the school district?
12   A.   Yes.  That was in addition.
13   Q.   Would those costs have to be
14   included in the budget?
15   A.   Yes.
16   Q.   Does the budgets have to be
17   approved by the voters on election day?
18   A.   Yes.
19   Q.   Would delaying until after the
20   election have prevented the school district
21   from adding additional non-mandated busing
22   until the next year?
23       MR. PEARCE:  Objection.
24       MS. CALABRESE:  Objection.

35 (Pages 134 - 137)

Dos Reis

1
2    A.    I don't know.
3    Q.    How much would the additional
4  days of non-mandated busing have cost?
5         MR. PEARCE:  Objection.
6    A.    I don't remember.
7    Q.    Did you oppose the proposed
8  additional days of non-mandated busing
9  because of the expense?
10   A.    That was one of the reasons,
11 yes.
12   Q.    What were the other reasons?
13   A.    Because it was too close to the
14 election for people to really be able to
15 think about it and talk about it and then to
16 make a sound decision on it.
17   Q.    Any other reasons?
18   A.    No.
19   Q.    Was there something more you
20 needed to know about the proposed additional
21 non-mandated busing to make up your mind?
22   A.    Yes.
23   Q.    What?
24   A.    How it was going to affect
25 everyone else, everyone, everyone in East

Dos Reis

1
2  Ramapo.
3    Q.    I don't understand.  What do you
4  mean by that?
5    A.    We've lost a lot of services and
6  we've lost a lot of teachers in the last
7  couple of years, a lot, to the point where
8  our students are sent to sit in a cafeteria
9  for a whole period because we're missing
10 teachers and we lack substitutes.  There's a
11 lot that our children are not getting now.
12 And the excuse is because there's no money
13 for it.
14        So if there's no money for
15 teachers and for substitutes and for
16 services, then to ask for additional
17 non-mandated busing days, that needed to be
18 discussed and it needed to be -- it needed
19 to be looked at very carefully because where
20 was that money going to come from.  If we
21 already -- the board is claiming we don't
22 have money, so then where was the money
23 going to come from for non-mandated busing.
24 That was the question.  And nobody could
25 answer that.  That was an issue.

Dos Reis

1
2    Q.    Did the proposal to add
3  additional non-mandated busing for private
4  school students make you angry?
5    A.    Not angry, but I was concerned,
6  like why are you bringing something up right
7  before the election that if it passes is
8  going to cost money that no one can answer
9  as to where it was going to come from.
10   Q.    So was there a difference of
11 interests between the private school
12 community and the public school community
13 over this non-mandated busing issue?
14   A.    It's not a difference of
15 interest.  It was just a concern as to where
16 that money was going to come from when we're
17 already stretched way too thin.
18   Q.    Is that because you think there
19 is only enough money to go for one or the
20 other?
21        MR. PEARCE:  Objection.
22   A.    Not at all.
23   Q.    Did you talk with anybody on the
24 school board directly about the non-mandated
25 busing?

Dos Reis

1
2    A.    Directly, no.
3    Q.    Indirectly?
4         MR. PEARCE:  Objection.
5    A.    With the school board, no.
6    Q.    So you didn't talk to
7  Mr. Charles about non-mandated busing?
8    A.    No.
9    Q.    You didn't talk to Mr. Germain
10 about non-mandated busing?
11   A.    No.
12   Q.    What happened to the
13 non-mandated busing proposal?
14   A.    They put it on the budget --
15 they put it as an option in the budget
16 voting.
17   Q.    What happened in the budget?
18   A.    It was voted down.
19   Q.    Was there --
20   A.    It was voted down, by the way,
21 by both the private and the public
22 communities.
23   Q.    Really?
24   A.    Yes.
25   Q.    By majorities of both

Page 142

```
 1              Dos Reis
 2 communities?
 3     A.  I don't know.
 4     Q.  That's interesting.  Why do you
 5 think that is?
 6          MR. PEARCE:  Objection.
 7     A.  I don't know.
 8     Q.  Was it because of the
 9 non-mandated budget proposal?
10     A.  I don't know.
11     Q.  Was a budget proposed for a
12 revote, like a new budget?
13     A.  Yes, they had to put forth
14 another budget, um-hum.
15     Q.  Did it include the non-mandated
16 busing proposal?
17          (Continued on following page.)
18
19
20
21
22
23
24
25
```

Page 144

```
 1
 2       C E R T I F I C A T E
 3 STATE OF NEW YORK   )
 4                     : ss.
 5 COUNTY OF NEW YORK  )
 6       I, THERESA TRAMONDO, a Notary
 7 Public within and for the State of New
 8 York, do hereby certify:
 9       That Chevon Dos Reis, the witness
10 whose deposition is hereinbefore set
11 forth, was duly sworn by me and that such
12 deposition is a true record of the
13 testimony given by the witness.
14       I further certify that I am not
15 related to any of the parties to this
16 action by blood or marriage, and that I am
17 in no way interested in the outcome of
18 this matter.
19       IN WITNESS WHEREOF, I have
20 hereunto set my hand this 19th day of
21 February, 2018.
22          theresa tramondo
23       _____
24          THERESA TRAMONDO
25
```

Page 143

```
 1              Dos Reis
 2     A.  The second time around?  No, I
 3 don't believe so, no.
 4          MR. LEVINE:  All right.  No
 5     further questions.
 6          MR. PEARCE:  No questions on our
 7     side.
 8          (Time noted:  3:27 p.m.)
 9       _____
10          CHEVON DOS REIS
11
12 Subscribed and sworn to before me
13 this ___ day of _____, 201_.
14
15 _____
16     Notary Public
17
18
19
20
21
22
23
24
25
```

Page 145

```
 1
 2 ------------- I N D E X --------------
 3 WITNESS    EXAMINATION BY       PAGE
 4 C. DOS REIS  MR. LEVINE       5/126
 5       MS. MATTHEWS        113
 6 -------- INFORMATION REQUESTS ---------
 7 DIRECTIONS:  134, 135, 135
 8 RULINGS:  (NONE)
 9 TO BE FURNISHED:  (NONE)
10 REQUESTS:  (NONE)
11 MOTIONS:  (NONE)
12 CONFIDENTIAL:  (NONE)
13 -------------- EXHIBITS ---------------
14 DOS REIS              FOR ID.
15
16  Dos Reis Exhibit 1, document,      11
17  declaration of Chevon Dos Reis
18     (EXHIBITS RETAINED BY REPORTER.)
19
20
21
22
23
24
25
```

37 (Pages 142 - 145)

```
                                        Page 146
 1
 2           ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS
 3       1801 MARKET STREET, 18TH FLOOR
         PHILADELPHIA, PENNSYLVANIA  19103
 4           800.727.6396
    NAME OF CASE:  NAACP VS. ERCSD, ET AL.
 5 DATE OF DEPOSITION:  FEBRUARY 7, 2018
    NAME OF WITNESS:  CHEVON DOS REIS
 6 PAGE   LINE     FROM      TO
 7 ____|____|_____|____
 8 ____|____|_____|____
 9 ____|____|_____|____
10 ____|____|_____|____
11 ____|____|_____|____
12 ____|____|_____|____
13 ____|____|_____|____
14 ____|____|_____|____
15 ____|____|_____|_____
16
17          _____
18          CHEVON DOS REIS
19 Subscribed and sworn to before me
20 this ____ day of _____, 201_.
21
22 _____ _____
23 (Notary Public)  My Commission Expires:
24
25
```

[& - answer]                                                    Page 1

| & | |
|---|---|
| **&** | 1:17 2:4,16 |

**0**

**08943** 1:7

**1**

**1** 11:10,11,16
   145:16
**10** 69:6
**10022-4834** 2:6
**101** 1:18
**10271-0332** 3:8
**10977** 5:10 6:2
**11** 145:16
**1111** 2:17
**113** 145:5
**120** 3:7
**12:05** 1:13
**134** 145:7
**135** 145:7,7
**18** 16:16,17 24:14
**1801** 146:3
**18th** 146:3
**19103** 146:3
**19th** 144:20

**2**

**2** 109:24
**20** 48:9 68:4
**20004-2541** 2:18
**201** 143:13 146:20
**2013** 70:25 71:3
**2016** 69:9,25
**2017** 6:22 12:11
   13:23 67:20 92:24
   95:20 115:10
   135:25 136:2
**2018** 1:12 144:21
   146:5
**202-373-6541** 2:25
**21** 27:15 29:2
   30:18 34:19 35:17

38:5 61:8
**212-416-8965** 3:11
**212-906-1200** 2:13
**23** 64:19
**24** 67:8
**2d** 5:9 6:2

**3**

**30** 68:6
**33,000** 25:15 28:14
   28:20,22
**3:27** 143:8

**4**

**4** 109:24
**4,800** 93:9
**45** 62:8

**5**

**5** 43:20
**5/126** 145:4
**50** 68:8

**6**

**6** 12:11 43:23
**64** 5:8,25

**7**

**7** 1:12 43:24,25
   146:5
**7:17** 1:7

**8**

**8** 12:7
**80** 48:7
**800.727.6396**
   146:4
**885** 2:5

**9**

**9,000** 25:18 93:6

**a**

**able** 15:15 17:7
   20:20 23:3 29:22
   32:2 54:14 57:5

58:13,18,23 66:20
88:22 94:14,18
97:17 105:14
106:18 138:14
**abruptly** 85:2,21
**absolutely** 25:8
   94:9 101:18
**academic** 17:13
   24:24
**access** 16:20 17:2
   17:13 24:17
**account** 32:9
**acquires** 55:12
**acquiring** 24:24
**action** 144:16
**active** 55:11
**adam** 2:21
**adam.adler** 2:24
**add** 116:16 132:19
   132:23 140:2
**added** 40:16 54:7
**adding** 121:23
   137:22
**addition** 117:13
   137:13
**additional** 126:23
   127:2,5 128:3
   133:2,20,23,25
   135:24 136:21
   137:6,10,22 138:3
   138:8,20 139:16
   140:3
**address** 5:7,24
   32:5
**adler** 2:21
**administrators**
   14:15 15:13 17:11
   17:19
**advancement** 1:4
**advocate** 57:7,14

**affect** 138:24
**affiliated** 115:11
**african** 63:18 64:6
**afternoon** 5:18
   113:21
**ag.ny.gov** 3:10
**ago** 21:11 57:19
   97:8
**agree** 13:9 97:6,9
**agreed** 4:6,12,16
   115:18,19 119:15
   120:10
**agreeing** 117:20
   119:5
**ahead** 135:12,15
**air** 19:9
**al** 1:5,9 146:4
**alexandra** 54:7
**allie** 31:14
**allocate** 20:16,20
**allocated** 15:12
**altogether** 54:19
**american** 63:18
   64:6
**amount** 18:19
   94:18
**andrej** 2:9
**andrej.novakovski**
   2:12
**andrew** 54:3 115:2
   115:4
**angry** 140:4,5
**announced** 52:23
   59:14,15 77:14
**answer** 7:14,25
   8:7,12,14,16 9:8
   10:6 19:12 42:25
   61:4 124:11,20,22
   125:14 130:2,6
   135:3,6,22 139:25
   140:8

**[answered - briefly]**                                                                 Page 2

answered 59:16
126:12 127:18
answers 7:8 20:14
anybody 10:23
11:3,6 12:17,20
28:9 34:16 140:23
anymore 135:6
aos 1:20,24
apart 18:21 19:6
108:12
apartment 5:9,25
appeal 114:4,8,12
114:13 122:23
appealing 46:11
appeals 122:13
123:3
appear 107:14
appearance 2:2
3:2
applications 68:23
approach 76:20
approached 31:13
76:20 77:2 80:10
80:18 83:6 99:8
118:21
appropriately
14:8,11 18:3,7
20:17
approved 137:18
approximately
115:8
april 6:21 43:17
67:20 76:25 115:9
135:25
area 62:19 63:10
areas 36:18 38:7
38:14,16,23
105:11,18
articles 67:3
aside 12:22 30:4
32:21 39:2 51:16

81:14
asked 41:10,15,16
77:19 79:11 80:21
83:18,20 88:23
99:3 124:2,16
126:6,16 127:14
129:18 130:13
asking 17:10
64:18 89:22 125:7
129:2
association 1:3
70:7
assume 8:25 21:5
42:16 128:17
attend 15:2,3,6,7
15:13 32:16,25
42:21 44:5 57:5
67:10,12 70:10
74:20
attended 30:2
34:21 35:9 67:11
68:21 69:25 70:18
74:21,24,25 75:3,8
133:17
attending 16:22
17:3 19:22 21:24
24:18,20 25:11
attends 74:15
attorney 3:6 5:19
12:22 113:22
attorneys 9:22,23
10:12,13,17,23
avenue 1:18 2:5,17
aware 69:10,24
96:23

**b**

back 20:11,13
24:13 31:20 41:25
44:19 61:3
ballpark 48:4

base 103:9
based 18:8 22:22
107:23
beaten 107:22
becoming 96:16
beginning 132:5
believe 6:22 25:9
26:15 28:14 33:8
42:17 71:8 93:6
104:13 105:13
115:9,16 117:15
118:3,22 125:8
130:16 143:3
believed 16:19
benefited 136:23
bernard 73:12,15
103:13
best 7:16,21 8:23
47:13 132:15
better 14:6 17:12
17:13 39:12,14
40:16 49:12 51:17
57:13 60:9 97:12
102:20,23 112:15
124:6
beyond 122:11
135:12
bid 71:6 73:23
88:15,18
big 14:13 94:10
black 94:21 95:4
101:16,19 104:5
106:24
blast 55:14
blocked 103:9
blocks 63:9
blood 144:16
board 13:20,23
14:12,14 16:19,25
17:6,20 21:15
22:5,7 25:4,5 34:5

46:18 52:13 53:25
54:2 57:25 60:3,5
60:8,16,19,22
69:11,19,20 71:15
73:4,6 74:16,17,21
74:24,25 76:22
77:5 79:5,19
80:12 81:14,15
82:4,12,16 83:7,17
83:21,24 86:11
87:4,25 88:15,19
94:25 95:15 96:16
97:19,20,21,22
99:4,6,9,11,13,16
99:17 100:23,25
101:5,17,20,23
102:6,7,21,24
105:17 106:5
108:3,4,6,15 109:7
110:12,14,23
111:21 112:8
116:15,15,24
117:2,20 118:14
118:20,24 119:12
119:17,18,23,25
120:5,8,11,18
121:21 128:25
129:5,9,18 130:13
131:6,20 133:4,6
133:16,24 134:4
134:10 139:21
140:24 141:5
board's 123:5
bockius 1:18 2:16
bottom 27:16 69:7
branch 1:5
break 9:5,10 60:25
113:11,14 124:24
125:4
briefly 76:11

**bring** 14:3,5,6,12
20:11 26:19 30:6
81:15
**bringing** 15:10
17:6 140:6
**broadway** 3:7
**brought** 26:15
**budget** 15:11
20:15 127:12
137:15 141:14,15
141:17 142:9,11
142:12,14
**budgets** 137:17
**buildings** 18:9,21
**bus** 129:10
**bused** 26:6
**buses** 63:13
**busing** 20:2 25:20
25:22,23 26:2,9,13
47:11 116:16
117:13,21 118:15
119:5,20 120:10
121:15,23 126:8
126:22 127:2,3,5
127:25 128:3
129:24 130:19
132:20,24 133:20
134:2,11,21
135:18,24 136:8
136:11,16,22
137:6,11,22 138:4
138:8,21 139:17
139:23 140:3,13
140:25 141:7,10
141:13 142:16
**butler** 2:20
**bye** 76:15

**c**

**c** 2:7 5:5,11 144:2
144:2 145:4

**cafeteria** 108:9
139:8
**calabrese** 2:8 48:5
48:21 51:11 57:12
104:25 113:4,13
123:13,18,22
124:4,8,12,23
125:2,6 128:11
129:20 130:3,7
134:24 135:8,21
137:25
**call** 31:18 87:10
89:11,19 90:20
135:4
**called** 5:11 6:6
52:4 62:7 77:15
89:15 91:17
**calls** 91:2 92:2,6
**campaign** 13:25
21:15 23:11 26:14
32:24 35:19,24
36:4 38:6 45:5,7
45:10,14 56:22
58:7 59:3,10
77:25 82:8,11
88:22 90:9 94:8
94:12
**campaigned** 23:7
75:13
**campaigning**
23:24 39:8 60:17
67:10 75:15,17,23
75:24 93:12
**campaigns** 82:4
82:16
**candidacy** 32:23
52:24 59:14,15
77:15
**candidate** 20:22
26:11 61:11,15,18
66:24 67:11 69:12

69:12,19 89:12,16
89:19,23 90:5
96:16 100:7,11
**candidate's**
102:13
**candidates** 29:7
29:15 30:5 32:16
33:5 45:17 52:13
66:10 69:19 87:10
87:15,22 89:11,15
89:20 96:3 97:18
106:2,19 109:22
**care** 92:12
**carefully** 116:10
139:19
**case** 6:5,23 12:4
12:25 30:16 39:20
96:6,9,10 97:7,10
110:13 113:25
146:4
**cast** 71:19 93:7
**catholic** 28:8 50:2
50:6
**caution** 108:12
**ceiling** 19:7
108:11
**center** 38:19 65:23
**central** 1:8 2:14
5:20 6:6 13:22
14:4
**certain** 18:19
49:12 103:8,11
**certainly** 30:9
118:13
**certification** 4:9
**certify** 144:8,14
**chance** 39:9
**change** 13:14 14:4
81:15 83:22 97:11
97:13 98:14

**changed** 106:19
**characterize** 88:8
**charles** 69:9 73:12
73:16,23 74:4,8,11
74:14,15,17,25
75:12,22 77:24
78:12 80:11,17,17
82:15 83:9 84:18
86:16 88:15 89:3
89:22 92:14 94:21
97:23 98:20 102:8
103:14 141:7
**chestnut** 29:8
**chevon** 1:16 5:5,23
10:2 11:12 12:3
135:21 143:10
144:9 145:17
146:5,18
**child** 25:25 26:3
108:6
**child's** 26:5
**children** 15:2,3,6
15:7,25 16:21,21
17:3 18:24 21:24
22:6,8,21 24:17,18
27:23 28:7 50:24
97:25 102:9
105:19 132:16
139:11
**children's** 132:10
**choose** 89:2
**civic** 70:7
**claiming** 139:21
**classes** 19:8
**classrooms** 19:10
**clear** 101:13
106:22
**clearly** 38:22
63:13
**clerk** 2:9

[close - couple]                                                                    Page 4

**close**  12:8 68:10
    137:8 138:13
**closed**  40:2
**clr**  1:20,24
**collected**  52:10
**collecting**  52:10
**color**  62:15,21
    96:11,19,24 107:8
**colored**  1:4
**come**  15:15 22:4
    22:22 24:11 29:22
    38:17,21,25 57:4
    66:2 81:20 87:18
    104:14 106:21
    109:2 139:20,23
    140:9,16
**comes**  21:5 25:24
    96:14
**comfortable**  45:13
**coming**  9:23 62:15
    62:21,22 117:18
**commission**
    146:23
**commissioner**  3:4
    113:24 114:15
    116:2,4,7 117:16
    117:18 118:16
    119:4,13,15,25
    120:2,9 122:9,10
    125:12 126:19
    127:24 135:11
**commissioner's**
    125:21
**communicate**  17:7
    44:21 57:25 124:6
**communicated**
    44:19
**communication**
    17:18 27:5 45:3
    51:17,21 60:9

**communications**
    32:20 44:14
**communities**
    34:17 38:21 39:13
    41:11 49:10,13
    50:24 61:12,23
    63:15 103:8,11
    106:3 141:22
    142:2
**community**  21:23
    22:3 27:11,19,20
    27:25 28:4,6,13,18
    28:23 29:3,13,16
    29:20,21 30:2,7,14
    30:15,20,21 33:9
    33:19,21 34:13,21
    34:23 35:7,7,8,15
    38:18 40:8 41:8,9
    41:13,15,18,22
    42:13 46:22 47:14
    47:18,19,22,25
    48:14,15,18,19,23
    48:24 49:22 50:6
    50:8,10,16,19,21
    50:23 53:9 55:11
    62:13,17,25 63:2
    64:21,24 65:4,10
    65:21,22 66:5,21
    69:13,25 71:10
    72:6,12,15,21,25
    74:3,7 83:20 84:6
    84:15 85:23 87:14
    87:18 88:10,11,14
    88:18,23 90:2,7
    93:13 95:2,9 96:2
    100:24 101:2,3,6,7
    102:2,16 104:2,24
    105:6 106:12,17
    106:20,23 107:6,6
    107:11,16,22
    111:2,18 115:2

    133:15 136:13,18
    140:12,12
**community's**
    46:17 47:6,10
**companies**  131:14
**company**  129:10
    132:4,9,10 134:6
    134:15
**compare**  60:20,21
    60:23
**compete**  65:9
    66:18
**competing**  65:17
**competition**  65:13
**complaint**  114:4,8
    114:12,13 122:24
**complaints**  122:13
    123:4
**complete**  7:22
**concern**  24:6 50:4
    50:5 84:2 117:12
    140:15
**concerned**  25:6
    140:5
**concerns**  99:5,10
    99:15 118:17
    131:7 132:6,7
**conditioning**  19:9
**confidential**
    145:12
**conflict**  85:9
**connection**  12:4
**consider**  137:3
**considered**  22:12
    22:15 52:8,15
    131:2
**considering**
    130:23 131:22
    132:3
**consistently**
    106:18 107:24

    108:7
**constantly**  63:10
    108:3
**cont'd**  3:2 126:2
**contaminated**
    19:5
**contents**  116:5
**context**  49:18 50:7
    106:23
**continue**  22:24
    45:4,6
**continued**  142:17
**contractor**  130:18
**controlling**  17:22
    17:23,25
**conversation**
    83:15 85:2,12,14
    85:20
**conversations**
    99:4
**corado**  95:12
**corey**  2:8
**corey.calabrese**
    2:11
**correct**  12:2 26:17
    38:9 55:6 129:2
**correctly**  11:17
    26:18
**cost**  116:17 137:12
    138:4 140:8
**costs**  17:22,23
    18:2 137:14
**counsel**  2:2 3:2 4:7
    6:9 8:5 97:5
    124:19
**counselors**  15:22
**count**  108:19
**counts**  106:15
**county**  144:5
**couple**  53:21
    78:19 113:25

139:7
**course** 64:16
**court** 1:2 4:20 5:2
 7:19
**courtroom** 7:10
**covered** 136:9
**criteria** 66:8,12
**cross** 123:24,25
 129:21 134:25
 135:10
**cultural** 70:7
**current** 55:16 60:5
 60:7 69:10 97:21
 105:23
**currently** 26:8
 53:15 100:24
 102:9 112:19
**cut** 62:7
**cv** 1:7

**d**

**d** 5:6,11 115:5,6
 145:2
**d.c.** 2:18
**database** 55:10
**date** 11:13 43:3,5
 43:11 146:5
**david** 2:20
**david.butler** 2:23
**day** 43:6 62:10
 90:15 91:4,23
 92:3,6,24 96:20,25
 137:18 143:13
 144:20 146:20
**days** 116:17
 117:14,21 118:15
 132:20,24 133:23
 135:24 136:9,22
 138:4,8 139:17
**deal** 57:23 116:19
**dealt** 117:22,24

**debate** 56:25
 135:23
**debates** 57:3 58:22
 59:2,4,4 65:25
**decide** 87:21
**decided** 33:10
 52:18 87:3 131:16
 132:14
**decision** 131:18
 138:16
**decisions** 17:9
 71:13
**declaration** 11:12
 12:3 13:11,14
 16:14 24:13 27:10
 61:8 69:7 145:17
**declined** 40:14
**decreasing** 24:8
**defendant** 2:14
 3:4 125:12
**defendants** 1:10
**defined** 107:9
**definitely** 29:13
**delaying** 137:20
**department** 114:5
 122:14 123:4
**deposed** 6:15,20
 7:2
**deposition** 1:16
 4:10,17 9:15,24
 10:9,14,17 124:15
 126:5 144:10,12
 146:5
**described** 130:18
**details** 72:9
**determines** 108:25
**di** 134:24 135:8,21
**difference** 86:8
 106:16 140:10,14
**different** 18:20
 38:24 41:19 48:19

77:23 91:19
 105:18 110:11,20
 110:22 111:24
 112:2,10,16 116:8
 121:17,18
**differently** 60:13
 60:18 129:19
 130:14
**direct** 124:19,21
**directed** 115:25
**directions** 145:7
**directly** 140:24
 141:2
**disagreed** 71:19
 73:11 133:21,22
 133:25 134:22
 135:20 136:25
**disagreement** 86:6
 86:9
**disappointed**
 33:12 44:11 71:10
 71:11 72:6,11,16
 72:21,25 74:3,8,11
 74:13 75:12 79:4
 79:7,18 80:7
 83:16 84:8,11
 85:25
**disappointing**
 75:15
**disbursed** 14:8
**discuss** 10:3 15:16
 83:11 131:20
**discussed** 9:21
 10:12,22 21:22
 44:10 139:18
**discussing** 15:11
 39:7
**distributed** 18:4,7
 18:12,15 45:11
**district** 1:2,2,9
 2:15 5:20 6:7

13:22 14:5,9,14
 15:18 16:9,22
 17:4 18:3 19:18
 19:21,25 20:4,11
 22:11,13,15,24,25
 24:19,21 25:2
 26:5,8 47:11
 48:20 51:7 61:13
 72:9 76:17,19
 78:22 86:16,20
 96:13 97:12 98:2
 100:19 101:9
 104:22 105:5,16
 105:21 116:17
 125:7,9,18 126:7
 126:21 127:11,16
 128:8,18,23
 137:12,21
**diverse** 37:7 63:6
 63:6,13,14,16,17
 63:19 105:10
 107:6 111:17
**diversity** 46:7,10
 67:6
**divide** 26:25 27:4
 29:19 48:13
**divided** 88:9
**document** 11:10
 11:11,15,18,24
 12:7,11,13,21 13:4
 145:16
**documents** 9:17
**doing** 8:15 17:14
 60:23 100:2
**dollars** 116:18
**door** 45:13 49:5,6
 92:2,6
**doors** 23:13,15,20
 49:7 90:25
**dos** 1:16 5:5,18,23
 6:1 7:1 8:1 9:1

[dos - entitled]

10:1 11:1,9,11,12
11:15 12:1,3 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1

131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1,10 144:9
145:4,14,16,17
146:5,18
**dr** 121:6,20
**drinkable** 18:24
**drinking** 18:25
**drive** 62:2,5,7,9
  63:11
**driven** 62:3
  108:22
**driving** 62:11,19
**dropped** 131:14
**dropping** 25:25
**dues** 69:2
**duly** 5:12 144:11
**dynamic** 106:19

**e**

**e** 5:5,6,11,11 31:4
  31:4,19,21,23,24
  32:3,4,5,5,9,12,13
  32:14,15,21,21
  41:5,24 42:4
  44:22,23 54:20
  55:14 115:5,6
  144:2,2 145:2
**earlier** 26:16
  93:14 103:7 126:5
  129:17
**early** 6:21
**easier** 7:20,25
**east** 1:8 2:14 5:19
  6:6 13:22 14:4,9
  14:14 18:19 20:24
  21:8 23:8,17
  25:14,17 26:7,12
  28:2 31:14,23
  52:25 53:6,7,10,11

53:14,18,20 54:10
54:15,23,23 55:3,4
55:17 57:16,21,22
57:24 58:3,6,9,11
58:12,14,23 60:5
65:24 88:8 89:14
96:11,12 101:8
105:10,18,20
106:10 108:21
109:2 111:13,15
114:17 115:22
118:9 127:11,15
127:23 128:9,22
128:24 129:16
138:25
**easy** 7:23
**ed** 15:24
**education** 13:23
  16:20 17:2,22
  20:6 21:16 24:17
  25:4,6,9 46:18,21
  57:16 58:2 73:4
  96:17 113:24
  114:5 122:13
  123:4
**educators** 102:7
**effect** 4:19
**effective** 94:7,12
  94:13,20
**effort** 90:14,21
  93:25
**efforts** 91:22,25
  92:10,16,20
**eight** 109:19 111:9
**either** 43:16 67:19
  71:15 86:10,23
  91:18
**elect** 97:17
**elected** 94:24,25
  95:7,8,15 102:15
  106:4

**election** 14:2
  24:12 58:24 90:15
  91:4,23 92:3,5,24
  95:20 96:20,25
  100:8,13,15 110:4
  110:6,12,14,24
  111:8 123:6 136:2
  136:6 137:2,8,18
  137:21 138:14
  140:7
**elections** 22:5,7
  100:4 105:4,23
  106:13 107:12,17
  108:21,25 116:24
  117:3
**electorate** 88:9
**elia** 3:4 113:24
  114:15 117:16,18
  118:16 119:5,14
  119:15 120:2,9
**eligible** 58:14
**elyce** 3:9 113:22
**elyce.matthews**
  3:10
**enacted** 128:16
**ended** 85:2 89:13
  91:19
**endorse** 56:13,16
  66:9
**endorsed** 64:21,25
  65:4,11
**endorsement**
  65:10
**english** 16:2
**enlisted** 56:2
**ensure** 14:7 16:20
  17:2 24:16
**entire** 101:8
  105:15
**entitled** 100:4,6,6
  100:8,12

ercsd  146:4
eric  3:6 31:14
errata  146:2
esl  16:3,5
especially  106:11
esq  2:7,8,19,20,21
  3:9
estimate  48:6,9,11
  67:25 92:12
et  1:5,9 146:4
evening  43:19
event  30:2,8 32:16
  32:25 34:21,24
  35:9 40:21,23
  42:3,11,19 43:3
  44:12 45:3 57:3
events  30:23 40:19
  58:16,21 68:21
  116:8
everybody  16:17
  63:20
exact  54:21 75:9
  91:16 97:15
exactly  17:8 18:13
  37:18 41:2 57:20
  65:16 67:24 72:10
  75:6 90:23 91:10
  109:25 120:15,19
  120:22 134:3,9
examination  5:15
  113:19 126:2
  145:3
examined  5:13
example  19:22
  27:14,15 67:12
  136:13
exception  69:8
  97:21 110:24
excuse  139:12
executive  53:25
  54:2

exhibit  11:9,11,15
  145:16
exhibits  145:13,18
expense  138:9
experience  63:24
  92:15,19 93:19,24
  94:3,6
expires  146:23
explain  72:14,20
express  79:6,8
expressed  44:11
  79:3 83:9 84:25
  85:24
extent  10:6 44:13
  125:18
extremely  105:10

**f**

f  144:2
face  45:25 76:15
facebook  31:25
  53:23 54:17,17,20
faces  45:17,24
facilitate  33:11
facilitated  29:9,14
  42:19
facilitating  42:11
fact  25:23 36:4
  51:16 107:23
  131:12
fair  21:13 23:21
  26:21 36:20 66:21
  105:21,22
fairly  18:4,6
  102:16
fall  6:25
falling  18:21 19:6
  108:12
familiar  27:12
  41:21 76:15
familiarize  11:19

familiarized  13:7
far  16:12
fault  65:16,18
favor  23:24 24:3
  71:16
february  1:12
  144:21 146:5
feel  17:11 38:8,10
  38:13 40:11 50:14
  60:7 83:4 97:20
  100:22,22 101:3
  102:11 105:20
  106:14 108:2
feeling  40:17
  85:24 96:11 103:7
feels  107:22
felt  29:19 40:15
  45:12 60:22 71:10
  119:2
field  111:7
fight  53:10
figure  75:9
figures  93:4
filed  12:4 122:24
filing  4:8
find  19:4 49:2
  54:14 119:6
fine  11:23 31:10
  77:22
finished  130:11
first  13:19 16:2
  31:6 59:13 73:19
  97:6 111:5 114:6
  114:12 116:10
  117:8,12 118:11
five  60:25 62:9
  63:9 113:17 125:3
flag  38:17
flat  40:14
floor  146:3

flourishing  22:25
flyer  45:21
flyers  45:16 46:3
  91:2 92:7
folks  34:4
follow  16:17
following  53:23
  54:16 57:18
  142:17
follows  5:14
force  4:19
forgot  122:2
form  4:13
formal  52:16
forth  31:20 41:25
  44:19 58:17 132:2
  142:13 144:11
forum  52:24 56:25
  67:13,18,22 69:13
  69:25 70:3,4,10,15
  70:18 77:14,15
  87:16
forums  38:24
  55:13 57:3 58:16
  61:11,15,18 65:25
  67:11 69:12
forward  125:17
  132:17,18 133:18
found  18:22
four  33:7,18 42:12
  44:20 111:9
free  91:5,11
freilich  64:22
friday  10:20
front  134:4
fruition  120:16
frustrating  97:19
  108:17
frustrations
  114:16

**[full - incident]**

**full**  5:3,21 113:16
**fully**  7:15
**functions**  104:22
**fund**  59:22,23
**fundraisers**  58:12
**funds**  14:8 15:11
  18:2,6,12,14,15,16
  19:2,17 20:16,20
**furnished**  145:9
**further**  4:12,16
  78:3 83:11 113:2
  125:7,12,19 143:5
  144:14

**g**

**general**  3:6
**general's**  113:23
**generally**  44:25
  46:5 72:19,22
**gentleman**  87:9
**germain**  69:8,15
  69:17,18,22 70:12
  70:14,18,21,24
  71:6,14,19,24 72:7
  72:16,21 73:2,8,25
  74:16 80:5,18
  81:7 82:3 83:16
  84:15 86:7,20
  89:3,22 92:18
  95:4 103:17,24
  104:4 112:21
  141:9
**germain's**  88:18
**getting**  24:8,10
  90:17 96:24
  104:23 105:6
  135:12 139:11
**give**  6:5 35:24
  45:15 59:8,12
  66:23
**given**  7:8 144:13

**gives**  18:19
**go**  7:6 39:8,9
  52:17 54:12 71:24
  81:5 87:12 89:9
  131:16 132:17,18
  135:11,13,15
  140:19
**going**  7:13 11:8
  18:14 20:10 22:17
  35:2 36:14 40:11
  55:17 56:25 57:3
  87:22 91:19
  106:15 108:4,25
  111:20 124:10,19
  125:13,17 131:21
  134:14 135:2,5
  138:24 139:20,23
  140:8,9,16
**good**  5:17 8:15
  19:11 51:20 76:15
  113:21
**green**  29:8 30:24
  32:17
**greet**  79:17
**greeted**  70:13
**ground**  7:7
**group**  32:14
  105:12
**guess**  29:20 41:19
  48:11 54:19 56:15
  61:25 98:4 99:2
  104:19
**guessed**  94:17
**guidance**  15:22
**guys**  124:5

**h**

**h**  5:5,11 31:3
**haitian**  63:18 64:2
**half**  103:8
**hand**  35:18,25
  89:2 144:20

**handed**  36:4
**hanging**  19:7
  108:11
**happen**  59:5
**happened**  33:3
  72:8 118:17
  119:13 120:7
  136:5 141:12,17
**happening**  17:8
  58:22 92:3,5
  107:25 121:14
  125:23
**happens**  8:6
  108:17
**hasidic**  28:2 29:10
  29:13,16,20 30:7
  30:15,20 33:20
  34:12,17,23 35:7,8
  35:14 36:22 40:9
  49:18 50:9,15,20
  50:23 62:24,25
  73:3
**head**  8:17
**heard**  65:20 66:3
  99:10,15
**heart**  60:2 98:19
  98:22
**heat**  19:8
**held**  1:17 49:15,16
  67:13
**hello**  76:14 86:13
**help**  12:17 15:25
  45:5,6 78:12 81:8
  81:10 82:7,19,25
  83:3,3,8,13 87:5
  88:22 89:22 93:12
  103:21,23 104:8
  104:13,18
**helped**  80:25
**helpful**  82:23
  93:11

**hereinbefore**
  144:10
**hereto**  4:8
**hereunto**  144:20
**hills**  36:17,19
  37:12,15
**hindered**  96:15
**hiring**  129:10
**hold**  122:3
**holding**  87:15
**home**  5:8 21:2
  22:23 23:2,3
**homework**  132:14
**honest**  98:23
**honestly**  57:17
  109:16
**hope**  46:14
**hopefully**  125:15
**hosted**  70:4
**huh**  82:9
**hum**  17:24 27:17
  27:21 33:25 34:3
  42:14 44:3,17
  68:18 90:18 95:6
  95:17 109:20
  127:17 142:14
**hundred**  41:7
  68:12

**i**

**idea**  39:18
**identification**  11:9
  11:13
**identified**  35:3
**ignored**  40:14
**important**  22:4,22
  24:10 51:2,8 94:7
  136:17,20
**inappropriate**
  18:11 119:2
**incident**  6:24

**include** 37:2
142:15
**included** 13:10
41:9 137:15
**including** 61:13
**inclusion** 46:7,10
67:6
**incorporating**
28:24
**increasing** 23:24
24:7
**indirectly** 141:3
**individuals** 21:23
42:2
**information** 10:5
22:3 55:12,16,25
56:24 57:6 58:13
58:18,20 59:15
87:14 112:12
119:7 145:6
**infrastructure**
14:10 18:9 19:3
**initially** 49:15
**instance** 131:8
**instances** 27:9
**instruct** 10:4
124:11 135:2,6
**instructing** 129:25
130:5
**instruction** 8:7
**intentions** 60:2
**interact** 112:6
**interaction** 112:5
**interest** 140:15
**interested** 17:21
26:19 77:24 87:16
97:5 144:17
**interesting** 124:7
142:4
**interests** 98:18,19
98:22 132:15

140:11
**interject** 10:2
**interview** 87:20
**interviews** 66:23
**intro** 9:14
**invitation** 40:18
40:19 42:5
**invitations** 40:13
**invite** 42:7,9
**invited** 29:7 30:3,4
30:23 32:15 38:15
38:20,24 40:20,23
41:4,12,17,22
42:15,21 44:5
59:6 61:11,19
65:24
**inviting** 41:25
**involved** 56:21
58:2,6,10
**involving** 6:24
130:19
**issue** 21:14,17,19
116:22 117:6,22
117:25 122:6
123:5 130:17
134:20 136:9,12
136:17 139:25
140:13
**issues** 21:18 58:4
71:23 84:2 116:20
131:10,12

**j**

**j** 2:20
**jamaican** 70:7
**jamccar** 67:13
70:5,6
**jewish** 34:17,23
35:14 36:22 37:3
37:9 40:8 50:9,16
50:20 63:18 64:11
73:3

**jews** 28:2 40:6
49:19
**job** 1:25 7:14 8:15
83:22,25 86:4
102:13,23
**joe** 64:22
**johnson** 118:22

**k**

**k** 31:4
**kaser** 36:15 37:8,9
37:20 61:13,22
62:16,17,18
**kids** 51:3,9,14
63:12 98:7,9
**kind** 46:21 47:2
61:25 62:6 81:3
93:15 111:7
116:13 122:17
**king** 38:19 65:23
**knew** 23:16 36:11
41:18 45:11
119:19 120:12
**knock** 49:6
**knocked** 23:13,16
23:19 90:25
**knocking** 45:13
49:6 92:2,7
**know** 8:23 11:17
11:20 18:13,15,18
19:14,16,19,24
20:3,7 21:7,10
22:11,23 25:13,16
25:20 26:7 27:3,8
28:10 31:12,19
33:10 35:3 36:3
36:13,18 37:6,8,11
37:13,14,17,19,23
37:24 38:2,11,22
39:22,23,25 40:3,8
40:9,22 41:2,3,24
43:18 44:4,7

46:15 47:16,24
48:3,16,22 51:12
51:22,25 53:19
56:16 57:4,18,20
58:15,17,21,23
59:18,20 60:15
61:14,16,17,21,24
62:5,11,16 63:7,22
63:25 64:20,23
65:5,6,13,15,16,25
66:7,10,15,16
67:24 68:9,11,13
68:20 69:3 70:16
73:5,8,12 74:19
75:9,16 76:8 77:9
77:17 78:14 79:25
80:24 81:2,13,25
83:14 84:21 88:3
88:5,13,16,17
89:25 90:3,4,8,8
90:21 91:12 92:9
92:11,14,17,18,21
93:18,22,23 94:2
94:16 95:24 96:5
96:6 97:2 98:3,4,7
98:9,11,18,23 99:3
99:5,8,14,23,25
102:8,11 103:10
103:10,16,20
104:6 105:13
108:23 109:3,17
110:7 111:22
112:22,25 113:9
114:21 115:8
116:23 120:3,6,13
120:20,22,25
121:3 128:12
129:16 131:9,11
131:20 133:5,8,11
133:14 134:9
136:15,20,24

138:2,20 142:3,7
142:10
**knowledge** 47:13
118:25
**known** 78:18
110:9,25 111:3,10
129:11 136:12
**kressel** 31:4,9,22
32:12 33:5,11,13
33:23 34:16,22
35:11,21 36:14
38:4,14 39:4,10
40:15,20 41:16,23
42:18 44:9,15
49:10,25 93:16,18

**l**

**l** 31:4 115:5,6
**lack** 108:7 139:10
**ladies** 29:18 42:10
**lady** 29:11,12 34:8
34:9
**language** 15:25
16:2
**late** 70:16
**latham** 2:4
**latina** 38:8 95:16
**latino** 63:18 64:8
95:14 107:2
**latinos** 101:15
102:5
**law** 2:9 128:15
**lawsuit** 102:19
103:2 105:14
**lawyer** 6:12
**layoffs** 18:8
**lead** 18:21
**leaders** 38:18 41:9
41:9,14,15,22 53:9
64:21,25 65:4,10
65:22 66:8,11
87:14,18 115:2

**learn** 118:6
**learned** 76:21
81:23 118:8,18
**left** 61:5 78:8,11
83:14 86:5 91:2
**legal** 146:2
**leon** 54:4
**letter** 114:14,18,20
115:7,12,12,14,16
115:21,25 116:6,9
116:19,23 117:5
117:10,11,14
118:2,4,7,12,14,15
118:21 119:3
122:23 127:23
128:2 135:10
**letters** 117:24
118:11 122:7,11
126:18,18
**levine** 2:19 5:16,19
10:8 11:8 60:24
61:3 77:22 113:2
113:16 123:11,15
123:20 124:7,10
124:14,25 125:3
125:24 126:3
129:22 130:5,10
135:5,15 143:4
145:4
**lewis** 1:17 2:16
**liked** 65:20 93:15
**limited** 125:20
**line** 146:6
**lines** 59:21
**list** 41:6 42:3
**listen** 99:14
**literature** 35:19
35:25 36:4
**little** 51:22 80:19
**live** 28:2 36:12
37:20,24 38:3,16

38:20,23 39:24
40:5 63:9 75:18
86:12
**lived** 38:12 49:14
**lives** 37:15 76:5
132:11
**llp** 1:18 2:4,16
**location** 26:2
29:23
**long** 18:14 78:18
**longer** 57:20
**look** 11:18,20
16:15,15 20:15
41:6 61:7 64:19
81:16
**looked** 20:12
139:19
**looking** 24:13 81:9
108:15
**lose** 107:24
**losses** 107:17
**lost** 14:7 95:19,22
106:13 139:5,6
**lot** 27:4 40:24 41:3
41:11,24 71:9
72:11 110:7
122:22 132:6
139:5,6,7,11
**low** 22:15 106:12
107:23
**luther** 38:19 65:23
**lw.com** 2:10,11,12

**m**

**m** 2:19 115:5,6
**magistrate** 135:4
**mail** 31:24 32:3,4
32:5,5,9,12,15,21
32:21 41:5 42:4
44:22 54:20 55:14
**mailed** 31:21,23
32:13,14

**mails** 31:19 41:24
44:23
**main** 5:8,25 21:18
108:24 116:21
**maintain** 26:13
32:8
**major** 21:14
**majorities** 141:25
**majority** 90:6
**makeup** 37:17
**making** 18:2
**man** 94:21 95:4
104:5
**manage** 7:15
**managing** 93:24
**mandated** 116:16
117:13,21 118:15
119:5,20 120:10
121:15,23 126:21
127:2,3,5,25
129:24 132:20,24
133:19,20 134:2
134:11,21 135:18
135:24 136:8,11
136:16,22 137:6
137:11,22 138:4,8
138:21 139:17,23
140:3,13,24 141:7
141:10,13 142:9
142:15
**mandating** 128:3
**mandel** 54:4
114:22 115:3,4
**manigo** 54:7
**maraluz** 95:12
**march** 43:16,16
67:20 76:24
135:25
**mark** 11:8
**marked** 11:12,15

**market** 146:3
**marriage** 144:16
**martin** 38:19
  65:23
**maryellen** 3:4
  113:23
**material** 45:10
**materials** 45:14
**matter** 24:8 70:17
  144:18
**matthew** 113:22
**matthews** 3:9
  113:8,20 123:9
  145:5
**meadow** 29:8
  30:24 32:17
**mean** 14:20,24
  15:5 18:5,17
  21:25 26:24 27:18
  29:3 32:4 33:20
  34:21 35:2 36:8
  36:22 40:19 41:13
  48:8 49:18 50:9
  51:10,12 53:20,24
  56:9,20 61:24
  63:23 66:19 67:15
  69:19 79:13 81:18
  81:21 85:8,10,19
  90:13,22 91:3
  92:25 98:16,17
  106:24 107:2,4,5
  109:23 128:12,18
  129:8,12 139:4
**means** 30:20 83:13
  135:11
**meet** 9:22 10:12
  10:16
**meeting** 10:24
  11:2,5 22:11 24:9
  29:6,9,14 42:8
  44:16 71:15 77:6

79:22 80:12 83:7
  86:11 117:19
  118:19,23,25
  119:4,17,22,24
  120:4,8,11,14,17
  120:20,23 121:4
  121:10,15 122:7
  129:10
**meetings** 55:13
  74:16,18,22,24
  75:2 79:20 83:21
  84:12,13 86:2,3
  108:5 119:7,12
  121:17 122:12
  132:2,5 133:16,24
**member** 16:19,25
  17:6 25:4 54:9,11
  54:13 55:4,15
  60:3 68:24 69:10
  79:5,21 83:17
  99:13,17 120:6
**members** 25:5
  28:23 29:16 30:15
  53:14,17,19 54:15
  54:18,22 55:20
  56:8 67:9 68:15
  68:17 69:4,20
  73:3,6 100:25
  101:19,22 108:15
  116:16 117:20
  118:20,24 119:19
  119:23,25 120:11
  120:18
**membership**
  68:23
**mend** 14:16
**mention** 24:23
**mentioned** 26:16
  103:7 126:19
**message** 46:6,9

**met** 10:6 32:22
  93:21 121:23
**middle** 12:8 43:12
**millions** 116:18
**mind** 51:2 108:25
  138:21
**mine** 45:16
**minute** 60:25
  125:3
**minutes** 113:15,17
**missing** 139:9
**misspent** 19:18
**mix** 47:21
**mlk** 41:20
**modify** 13:15
**mom** 6:24
**moment** 11:18
**money** 18:19,20
  19:20 20:2,5
  56:19 126:8
  139:12,14,20,22
  139:22 140:8,16
  140:19
**monitor** 122:20
**monitors** 121:7,11
  121:16,19,24
  122:19
**monsey** 36:15 37:3
  37:7 39:10 61:14
  61:22 63:3,5,5,9,9
  63:10,15
**month** 43:14
  118:18
**months** 97:8
**morale** 106:12
  107:23
**morgan** 1:17 2:16
**morganlewis.com**
  2:22,23,24
**motions** 145:11

**motivations** 81:13
**move** 22:18,24

**n**

**n** 5:5,11 31:3
  115:5,6 145:2
**naacp** 6:6 38:19
  41:20 65:23 67:13
  67:14,15,17,22
  68:14,17,24 69:4
  70:5 146:4
**name** 5:3,18,21
  11:16 45:25 52:7
  95:11 110:8
  113:21 122:3
  146:4,5
**names** 31:2,5,6
  41:8 45:17,22
**national** 1:3
**nature** 114:11
**necessarily** 17:25
  24:6 27:4 36:25
  49:21 62:6 73:6
  132:12
**need** 8:15 9:4
  15:11 17:11 81:16
  83:4 102:18,20,23
  103:2 104:17
  113:13 124:5
**needed** 15:16
  71:14 85:22
  104:12 138:20
  139:17,18,18
**needs** 16:10
**neighborhood**
  37:4,10,20
**neighborhoods**
  35:20 36:9,10,13
  36:21,23 39:6
  45:12 61:15
**never** 59:5,6 62:14
  62:20 65:8 66:17

67:8 74:17 76:18
79:19 84:12 86:2
99:3,8,13
**new**  1:2,18,19,21
2:6,6 3:5,8,8 5:9,9
6:2 39:9,24,25
40:5,12 61:13,21
62:4,6,6,8,12
110:7 114:4
142:12 144:3,5,7
**news**  67:3
**newsletter**  56:6
**newspaper**  66:24
**night**  80:10 87:20
99:11
**nine**  105:16,17
**non**  47:19 48:2
116:16 117:13,21
118:15 119:5,20
120:10 121:15,23
126:21 127:2,3,5
127:25 128:3
129:24 132:20,24
133:19,20 134:2
134:11,21 135:18
135:24 136:8,11
136:16,22 137:6
137:11,22 138:4,8
138:21 139:17,23
140:3,13,24 141:7
141:10,13 142:9
142:15
**notary**  1:20 4:18
5:13 143:16 144:6
146:23
**note**  124:14
**noted**  125:24
143:8
**notice**  1:19
**novakovski**  2:9

**november**  12:11
**number**  16:9
53:19 54:21 91:17
94:15 97:15
109:24,24
**numbers**  54:17
**numerous**  131:13
**nw**  2:17

**o**

**o**  5:5,6,11,11
**oath**  7:9
**object**  8:5 125:6
125:16,22
**objected**  129:8
**objecting**  126:20
127:24 128:2,7
**objection**  8:11
16:7 19:15 27:7
34:25 36:24 37:5
37:16 39:19 42:23
43:21 44:6 46:13
48:5,21 49:20
50:12 51:11 52:2
54:25 57:12 60:6
60:14 63:21 67:23
68:16 72:17 73:9
77:21 79:24 80:3
84:16,20 88:4
95:23 96:4,21
103:3,15,19
104:25 105:8
110:5,17 112:17
112:24 125:24
128:11,21 129:9
134:24 136:14,19
137:24,25 138:5
140:21 141:4
142:6
**objections**  4:13
10:9

**obstacle**  103:6
**obtain**  58:13 87:7
**obtained**  104:7
**obvious**  62:2
**obviously**  28:22
81:22
**occasion**  69:9
**occasions**  115:15
117:23
**offer**  112:21
**offered**  35:18 65:8
66:18 82:7 91:5
103:21,23 104:8
**offering**  91:11
92:7
**offers**  83:8
**offhand**  53:20
**office**  3:5 20:9
86:25 109:5,8
113:23
**offices**  1:17
**official**  53:15,21
53:24
**officially**  59:20
69:2
**oftentimes**  71:14
**oh**  128:20
**okay**  9:2,6,10
12:23 30:11,17
44:18 52:12 77:22
85:6 90:20 104:9
105:10 118:14
122:21 124:14
125:3 128:19,20
**once**  17:9 40:13
81:22 89:23
**ones**  106:4
**ongoing**  124:16
**open**  13:21
**opinion**  86:9 98:14

**opponent**  64:22
65:11 67:9,12
92:24 93:3
**opponent's**  64:25
65:5,14
**opponents**  59:5
65:24 66:4 110:25
111:5
**opportunity**  65:8
65:20 66:3,18,20
89:12
**oppose**  137:6
138:7
**opposed**  132:19,23
**option**  141:15
**organization**  53:8
53:9 56:3,5
115:20
**organizations**
41:20,21 64:20,24
65:4 66:8,11
**organized**  90:14
90:16
**organizing**  92:15
**orthodox**  27:25
29:12 34:17,23
35:14 36:22 40:6
40:9 49:18 50:9
50:15,20,22 73:3
**outcome**  144:17
**outside**  26:4 63:12
108:13 125:8
129:21 134:25

**p**

**p.m.**  1:13 43:20,23
43:25 143:8
**pa2808168a**  1:25
**page**  12:6,7,8
31:25 53:23
142:17 145:3
146:6

paid  69:2
paper  8:19
paragraph  16:16
  16:17 24:14 27:14
  27:16 28:25,25
  29:6 30:12,17,18
  34:19 35:6,17
  38:5 61:8 64:19
  67:7,8 69:6
paraphrasing
  26:18
parent  97:24
  98:15,17 99:5
parents  14:15,22
  14:23,25 15:5,7,12
  17:7,10,19 26:20
  26:20,21 27:2,2
  28:7 33:7,19
  36:12,16 37:24
  38:3 46:12 47:3
  49:14,17 50:2
  51:18,19 66:4
  71:17,23 97:16
  98:21 100:4,20,21
  101:10,11 108:2
  114:16 133:17
  134:22 135:19
  136:23
park  1:18
part  25:4 28:3,5
  49:23 53:3 64:15
  65:15 94:9,10,10
  99:2 117:7
participating
  69:11
particular  20:23
  24:22 29:5,23
  30:8 38:14,16,20
  38:23 39:12 42:2
  54:9 57:8,15
  94:15 105:12

131:8 132:3 134:5
parties  4:8 144:15
pass  68:22
passes  140:7
pay  20:10 21:4
pearce  2:7 9:25
  16:7 19:15 27:7
  34:25 36:24 37:5
  37:16 39:19 42:23
  43:21 44:6 46:13
  49:20 50:12 52:2
  54:25 60:6,14
  63:21 67:23 68:16
  72:17 73:9 77:21
  79:24 80:3 84:16
  84:20 88:4 95:23
  96:4,21 103:3,15
  103:19 105:8
  110:5,17 112:17
  112:24 113:6
  124:3 128:21
  136:14,19 137:24
  138:5 140:21
  141:4 142:6 143:6
penalty  7:9
pending  9:8
pennsylvania  2:17
  146:3
people  1:4 20:9
  22:7,17,19,23 23:5
  23:5,9,12 24:9
  28:12,17 30:4
  32:2 33:12,15
  35:9,13,18,20
  37:20 38:12,15,20
  38:22 39:23 40:5
  40:22,25 41:4,6,12
  41:17,23,24 42:7
  42:13 44:4 45:11
  45:25 47:21 56:9
  58:19 62:25 64:3

64:6,9,12 66:20
  67:21 68:2 69:4
  71:9 77:17 81:10
  81:17,25 83:14,19
  84:5,7,14 87:19
  90:14,17 91:5,12
  91:15,17,20,22
  92:4,8,9,23,25
  93:16 94:18 96:10
  96:19,23 104:17
  105:13,17 106:10
  106:14,20,24
  107:2,4,7 108:17
  109:18 110:8,9
  112:6,13 119:10
  121:18 122:22
  127:7,8,10 130:21
  131:3 132:7
  138:14
people's  23:19
  131:7
percent  48:7,9
percentage  47:25
  48:3
performing  22:15
period  126:24
  139:9
periods  108:9
perjury  7:9
permit  125:13
permitted  125:11
person  54:8 55:11
  55:18,23,24 62:21
  77:3 97:22 114:24
  114:25
personally  38:6
  122:14,15 129:14
perspective  57:8
  57:10
persuade  102:14
  102:23

persuading  103:5
petition  122:21
petitions  122:19
philadelphia
  146:3
phone  91:2 92:2,6
  121:8,9,19
phrase  27:10 29:2
  30:13,19 50:18
  85:17
physically  115:17
  121:8
pick  61:5
picking  25:25
pieces  9:14
pierre  69:9,21
  80:5 82:3 83:12
  84:15 85:15 102:8
  103:17,23
place  58:25 116:9
  118:23 119:2,12
  119:22 120:14,17
  120:25
placed  109:21
  110:2
places  18:20
plaintiff  97:7,10
plaintiffs  1:6 2:3
  12:25
platform  13:25
  14:3 45:18,24
  46:3 59:25 67:5
  104:14
playing  111:7
please  5:3,22
  11:17
plus  87:20
pockets  105:11
point  9:4 78:20
  106:13 139:7

**pointed** 10:3
**policies** 46:21
  57:15,23 127:16
  128:23
**policy** 26:9,13
  47:2 57:8,10,17
  126:20 127:25
  128:4,13,14,17
**political** 46:17
  48:13 58:4,7 59:9
  86:25 109:5
**politician** 81:12
**politics** 51:8 78:22
  93:20 94:4,5,7
  104:17
**polling** 92:8 93:2
  94:15,19
**polls** 90:14,17 91:6
  91:11,23 92:23
  96:20,25
**popular** 90:2
**population** 102:2
**position** 20:23
  23:23 25:3 26:12
  47:6,10 65:9,18
  66:19 67:5 103:5
  109:18 128:4,25
**positions** 58:4
  67:2 127:16 128:6
  128:23
**positive** 14:4
  81:15
**possible** 49:7
  58:19 65:3 112:23
**power** 52:4,25
  55:7,9,10,15,20,22
  56:3,4,9,13,17,20
  56:21 57:7,9,14,18
  87:11,13 89:2,9,10
  89:14,17,25 90:5

**predominantly**
  35:19 36:9,21
  38:7 61:12,22
  62:12,17 105:12
**preferences** 46:18
  47:2
**preferred** 66:9
  97:18 106:2
**prefers** 96:2
**preliminaries** 9:13
**prepare** 9:15,23
  10:13,17
**present** 87:17
  119:7,9,11
**presented** 119:17
  120:7,8
**press** 136:9
**prevented** 137:21
**primarily** 37:3,9
**prior** 32:23 93:21
  94:3
**priorities** 17:17
**priority** 16:13
**private** 14:19,21
  14:23 15:3,7,14
  19:23 24:20,23
  25:7,11,13 26:21
  27:2,11,19,20,23
  27:24 28:3,5,12,15
  28:23 29:3,25
  30:13,19 34:20
  35:6 36:11 37:23
  38:2 40:3,4 41:18
  46:12,17,21 47:2,6
  47:10,14 48:14,17
  48:23 49:9,13,17
  49:22 50:8,19,25
  51:3,9,15,18 65:21
  66:4 88:10,14,17
  90:2,6 93:12 95:2
  95:8,25 100:21

101:2,10 103:25
  106:3,16,17
  107:11 117:19
  118:19 119:4
  126:8,22 132:20
  132:24 133:14,17
  134:22 135:19
  136:17,23 140:3
  140:11 141:21
**privileged** 10:4
**probably** 54:21
**process** 52:16,20
  52:21 53:4 87:12
  87:23
**program** 26:4
  90:11 91:4,9
**programs** 47:11
**proper** 16:20 17:2
  24:17
**property** 20:24
  21:4,7,14,21,22
  22:16 23:10,21,24
  24:4 47:7
**proposal** 132:19
  132:23 133:9,12
  133:15 135:19
  140:2 141:13
  142:9,16
**proposed** 127:24
  133:3 138:7,20
  142:11
**provide** 10:5
  126:21
**provided** 25:10
**providing** 127:4
**public** 1:21 4:18
  5:13 14:18,21,22
  14:24 15:2,6,14
  16:22 17:3,22
  24:18 25:6,16
  26:20,25 47:17,18

47:22,25 48:15,18
  48:20,24 49:9
  51:18 59:17 71:9
  71:16,23 72:6,12
  72:15,20,25 74:2,7
  87:15 88:11 97:16
  97:23 98:12,15,16
  98:21 100:3,20
  101:2,11 106:11
  106:20,23 107:5
  107:16,21,25
  111:2 136:12
  140:12 141:21
  143:16 144:7
  146:23
**pull** 124:9
**purposes** 105:14
**pursuant** 1:19
**pushed** 46:7
**put** 31:25 45:25
  52:24 81:4,11
  87:14 118:14
  127:9 130:21
  131:3,18,22,23,25
  131:25 132:10
  135:16 137:2,8
  141:14,15 142:13
**puts** 55:14,25
  87:13 89:10
**putting** 56:23 57:2
  58:16

## q

**question** 4:14 7:22
  8:8,11,21,22 9:8,9
  10:7,10 61:4
  64:23 65:12
  126:17 127:14,19
  130:3,8,10,12
  135:7,7,17,22
  139:24

**questions** 7:14 8:6
8:14 13:18 19:12
19:13 30:10 59:16
113:3,9 114:2
123:12,14,24
124:2,17,18,21
125:7,11,13,14,17
125:19,21,22
126:4 143:5,6
**quick** 113:11,25
**quickly** 7:6
**quite** 22:14 42:3

**r**

**r** 5:6,11 31:4 144:2
**race** 87:25 95:20
95:21 101:14
107:9 108:22
**raise** 94:14,18
**raiser** 59:22,23
**ramapo** 1:8 2:14
5:19 6:6 13:22
14:4,9,14 18:19
20:24 21:8 23:8
23:18 25:14,17
26:8,12 28:2
31:15,23 52:25
53:6,7,10,12,14,18
53:21 54:10,15,23
54:24 55:4,5,17
57:16,21,22,24
58:3,6,9,11,13,14
58:23 60:5 65:24
89:15 96:11,12
101:8 105:10,18
105:20 106:10
108:21 109:2
111:13,15 114:17
115:23 118:9
127:11,15,23
128:9,22,24
129:16 139:2

**ramapo's** 88:9
**ran** 13:21 16:18
24:15 34:5 64:22
70:22,23,25 73:20
94:11 110:10
**randall** 2:19 5:18
**randall.levine**
2:22
**randy** 10:2 124:5
**rate** 21:8
**rates** 20:24 21:14
23:25 24:4
**reach** 20:18 32:2
77:16 78:10 79:15
83:5 84:19 85:5
85:22 87:4
**reached** 31:16
92:10 99:13
115:14
**read** 8:2 16:18
24:16 51:6 61:3,6
115:13,18
**ready** 11:20,21
**realize** 24:10
**really** 39:3 61:24
68:11 83:11
102:10 117:21
118:5 129:15
131:9 138:14
141:23
**reason** 49:24
70:19 72:14,20
73:24 75:11 99:2
136:24
**reasons** 72:4,5
74:7 110:15,20
138:10,12,17
**recall** 44:25 46:2,5
71:2,18,22 72:3,5
73:21 74:6 75:7
75:14 92:22 95:14

95:18 109:21,25
116:10,20 118:12
120:15 121:22
122:6,12,25 123:3
128:10 130:12
134:7,8 136:10
**received** 39:12,14
40:16 49:12 50:2
103:12
**receives** 18:3
**recess** 61:2 113:18
125:5
**recognize** 11:24
95:11
**recollection** 7:16
**record** 5:4,17,22
51:6 61:6 70:6
83:17 124:15
131:15 135:16
144:12
**recorded** 59:19
**red** 38:17
**redirect** 123:21
124:17
**reducing** 24:3
**reelection** 70:23
71:6,8 73:18,23
**refer** 35:21 50:8
69:15
**reference** 119:3
**referring** 27:25
30:14 50:20 69:14
69:21 114:24
121:25
**refers** 35:7 130:9
**reflect** 101:17
**reflection** 100:23
101:6
**reflective** 101:25
**refused** 38:21

**regent** 118:22
**registered** 23:17
49:8 54:23
**regularly** 74:22,24
**reis** 1:16 5:5,18,23
6:1 7:1 8:1 9:1
10:1 11:1,9,11,12
11:16 12:1,3 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1

113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1,10 144:9
145:4,14,16,17
146:5,18
**reject** 83:7
**rejected** 104:10
**related** 127:15
144:15
**relationship** 14:17
14:17
**remember** 12:10
21:12 31:2,4
34:10 43:4,5,6,11
43:13,14 71:21
72:2,9,12 73:10
92:4 93:5 109:16
115:16 116:6
117:9 119:14
120:19 126:9,11
127:18 129:17
130:15 134:3,16
134:17 138:6
**remind** 92:3
**rent** 21:6
**rephrase** 8:23,24
105:2 130:8
**reported** 1:23
**reporter** 5:2 7:20
145:18
**represent** 102:11
102:15 105:19
113:23

**representation**
102:21,24 105:15
**represented** 6:9
97:20 108:2
**requested** 122:18
**requests** 145:6,10
**reserved** 4:14
**respect** 57:15
122:8
**respective** 4:7
**response** 108:14
**responsibility**
25:5 99:24
**responsive** 131:7
**rested** 125:10
**restricted** 25:24
**resulted** 137:11
**retained** 145:18
**retrospect** 93:10
**return** 9:7 125:15
**returned** 15:18
**review** 9:17
**revote** 142:12
**rides** 91:5,11
**ridge** 29:9
**right** 7:5 8:12
12:19 13:6,15,23
15:8 16:4 21:9
28:17,20 29:5
30:21 31:11 32:9
32:17 33:24 34:24
35:15 43:12,20,25
49:19 50:10 51:13
52:5 53:20 56:16
61:19,20 62:8
64:17 66:12,16
68:4,6,8 74:4 75:2
75:19 76:6 82:5,8
82:9,17,20 87:13
87:25 88:2 90:24
94:22 95:2,5

100:9,13 101:20
101:20,23 102:22
104:2,20 105:11
106:6,7 107:13,15
107:18 111:13,16
126:13,15,22
127:20,21 130:17
132:4,17,18,21,25
133:21 136:3,5
137:2 140:6 143:4
**rights** 53:11
**risk** 132:11
**rockland** 70:8
**roughly** 28:21
91:17 93:9
**route** 62:8 91:19
**rules** 7:7 124:9
125:9
**rulings** 145:8
**run** 13:19 52:19
82:3,15 87:3 94:7
105:4,23 109:4
111:20 112:7
**running** 20:8
31:24 52:13 58:24
76:21 77:10,18
78:8 79:12,15,18
80:16,22 81:5,14
81:23,25 82:11
86:24 87:17 109:6
109:18,20 111:5,9

**s**

**s** 5:6,6,11,11 31:3
31:4,4
**sad** 33:12
**sake** 7:19
**saw** 67:8 89:19
**saying** 11:16 24:7
75:21 82:14 83:19
84:5 104:14 108:5
108:18 133:25

137:5
**schneiderman** 3:6
**school** 1:9 2:14
5:20 6:7 13:19,22
14:5,9,14,22,23,25
15:18 16:9 18:3
19:18,21,25 20:4
20:11 22:4,7,11,13
22:15,21,25 24:11
25:7,14,17 26:4,5
26:8,20,21,25 27:2
27:11,19,20,24
28:4,6,12,16,23
29:3,8,25 30:13,19
30:24 32:17 33:9
34:20 35:6 36:11
37:23 38:3 41:18
46:12,17,22 47:3,6
47:10,11,14,17,18
47:22,25 48:14,15
48:18,18,20,23,24
49:9,14,17,22 50:2
50:6,8,19,25 51:4
51:7,9,15,18,19
52:13 60:3,5,8,16
60:19,22 63:8,12
66:5 69:18,20
71:10,16,23 72:6
72:12,15,20,25
74:3,7,16,21,25
76:17,19,21 77:5
78:21 79:5,19
81:14 82:4,12,16
83:7,17,24 86:16
86:20 87:4,25
88:10,11,14,15,18
88:19 90:2,7
93:12 95:2,8,15,25
96:13 97:16,18,20
97:21,22,24 98:8
98:10,12,15,17,21

99:4,6,9,11,12,16
99:17 100:3,20,21
100:23 101:2,2,5,8
101:10,11,20,23
102:9 103:25
105:5 106:3,5,11
106:17,17,20,23
107:5,11,16,22,25
108:3,4,5,10,15
109:7 110:12,14
110:23 111:2
112:8 116:15,15
117:19 118:20,24
119:11,17,18,23
119:25 120:5,8,11
120:18 121:21
126:7,8,21 127:11
128:18,23,25
129:4,9 131:20
132:20,24 133:4,5
133:15,17 134:4
134:22 135:19
136:12,17,23
137:12,21 140:4
140:11,12,24
141:5
**schools** 15:3,4,6,8
15:14,14 16:22
17:3,12 19:3,23
20:13 21:24 22:6
22:9 24:19,21,23
25:11 27:23 28:8
65:21 102:10
108:13 126:22
**scope** 125:8,21
129:21 134:25
135:9
**sealing** 4:9
**seat** 13:21 103:24
**seats** 105:16

**second** 16:16
113:5 117:5,6,11
117:14 118:2,4,12
118:13 134:7,19
143:2
**seconds** 113:7
**sect** 40:10
**sector** 14:19,21
**secular** 29:21
**see** 15:18 20:16,17
20:19 56:12 62:22
63:11,12 75:16,21
75:23,25 76:3,13
79:16,19 86:2
97:11 108:20
122:3
**seeing** 62:20 75:14
**seen** 62:14,20 99:6
**sell** 23:2
**send** 27:23 28:7
50:24 51:3,8
115:20
**sending** 51:14
**sends** 56:2
**sense** 22:17 28:11
44:10 46:16,20,25
47:5,9 53:22,24
56:23 67:4 85:4
94:14,20 96:13
**sent** 41:6,7,25
87:10 108:8
114:14 117:15,16
118:21 119:3
122:19 126:17
127:23 128:2
135:10 139:8
**sentence** 16:16
24:14,22 35:21
65:7 66:7
**separate** 115:15
117:23

**series** 7:13
**server** 54:20
**service** 91:13,18
**services** 14:6
15:17 16:12 17:17
19:22 20:10,13,17
20:18,21 25:10
139:5,16
**set** 49:5,6 59:4,9
144:10,20
**setup** 90:16
**shakes** 8:17
**shani** 31:3,8,22
32:12 33:6,11,13
33:23 34:15,22
35:11,22 36:16
38:15 39:4,11
40:15,20 41:17,23
42:17,17 44:9,15
49:11,25 93:16,19
**sheet** 146:2
**shoulder** 8:18
**show** 8:19 33:14
**showed** 92:23 93:2
**shown** 11:14
**shrugs** 8:18
**sic** 22:14
**side** 41:20 42:21
93:8 143:7
**sign** 115:12
**signature** 12:8
144:22
**signatures** 52:10
52:11
**signed** 4:17,19
115:17 119:16
120:9 122:16,20
122:22 126:18
**significant** 51:15
**signing** 12:10

**sipple** 122:2,4
**sit** 13:8,15 73:7
139:8
**sites** 92:8 93:2
94:16,19
**sitting** 6:12 60:15
102:5,7
**situation** 119:20
**six** 97:8 101:22
**slate** 31:13 42:20
42:21 52:3,4,4,7,9
52:15,17,18 53:3
56:14,18 64:21,25
65:5,9,14,18 66:9
67:9 90:10 93:8
94:11
**slate's** 56:22
**social** 15:20 20:18
**solutions** 146:2
**somebody** 79:21
**son** 63:11
**son's** 63:8
**soon** 11:19
**sorry** 46:23 69:16
114:6 134:14
**sort** 114:3,9
**sound** 27:11 43:12
43:20 68:4,6,8
138:16
**sounds** 43:25
**south** 5:8,25
**southern** 1:2
**space** 45:23
**spare** 125:15
**speak** 12:24 29:15
29:23 36:16 66:20
70:12,14 76:18
96:22 103:11
132:5 133:24
**speaking** 10:8
27:22 30:2 108:4

134:9
**spearheaded**
41:19
**special** 15:24 20:5
**specific** 16:8 23:9
23:12,14,14,15
27:15 32:5,11
71:18,22 72:3,5
74:6,9 81:6,10
128:7
**specifically** 13:18
15:19,20 23:6
30:14 36:11 42:10
46:2 49:13 72:13
72:18 73:11 74:10
77:13,17 78:10
80:24 81:17 83:5
85:6,23 86:17
91:3 104:12 116:3
121:4 123:5 126:6
126:19 133:7
**speech** 59:13
**speeches** 59:8,12
**spending** 20:2,5
126:7
**spent** 19:21
**spoke** 23:10 59:23
86:3 134:4
**spoken** 76:10
86:10,15,19 97:4
**sponsor** 56:17
**spread** 41:10
83:13
**spring** 1:5 5:9 6:2
67:15,17 68:14
75:18,22,25 76:3,5
76:14 86:12 99:7
109:11 111:12,17
111:21
**square** 39:9,24
40:2,6,12 61:13,21

62:4,6,6,8,12
**ss** 144:4
**stairs** 19:6 108:12
**standards** 22:12
**started** 53:25
57:18
**state** 1:21 3:5 5:3
5:21 18:18 61:25
67:2 114:4 121:7
121:11,16,19
122:13,18,20
123:4 124:16
126:16 132:5
144:3,7
**stated** 17:5 49:11
119:19 132:7
133:18
**statement** 8:17
115:19
**statements** 13:8
13:10
**states** 1:2
**stating** 114:15
118:16
**stay** 39:2
**steve** 87:8 114:23
114:25
**steven** 54:3 55:19
**stick** 135:9
**stipulated** 4:6,12
4:16
**stipulations** 4:3
**stop** 7:22,24 89:21
103:4,13,17
**stopped** 96:24
104:22 105:5
**street** 5:8,25 146:3
**stretched** 140:17
**strong** 31:14,23
52:25 53:6,7,13,18
53:20 54:10,15,22

55:4 57:21,22,23
58:3,6,9,11,12
65:24 89:14
115:22 118:9
127:15,23 128:8
128:22,24 129:16
**stronger** 14:18
**students** 14:15
17:8,10,18 19:22
24:20,25 25:7,10
25:14,17 28:16,21
53:11 100:20,21
101:16,16 108:8
126:8 132:21,25
139:8 140:4
**subject** 7:9
**subscribe** 56:9
**subscribed** 143:12
146:19
**subset** 111:12
**substitutes** 108:7
139:10,15
**success** 17:13
24:25 112:15,20
**successful** 82:4,11
82:16 87:24
**successfully** 97:17
**sum** 108:20
**summary** 26:22
**superintendent**
83:23,25
**support** 47:3
58:16 81:22,24
87:7,22 89:14
94:25 95:8 103:25
104:7,23 105:6
133:19
**supported** 88:14
88:18 90:5 133:11
133:15 134:21
135:20

**supporting** 77:25
**supports** 46:22
**supposed** 99:25
**sure** 18:2 29:11
36:17,18 83:24
114:21 117:15
129:7
**surprise** 98:11
**sworn** 4:19 5:12
143:12 144:11
146:19
**systems** 123:6
**szuberla** 122:3,4

**t**

**t** 3:6 144:2,2
**table** 15:15
**tackled** 21:21
36:18
**take** 9:4,9 11:17
16:15,15 19:4
20:23 26:12 39:9
57:23 58:3 60:24
61:7 64:19 87:19
92:8 99:23 113:10
113:14,16 124:23
128:22,24
**taken** 61:2 113:18
120:17 125:5
**takes** 127:16
**talk** 7:20 12:20
13:19 23:20 24:24
30:9 44:8 76:16
78:3,15 80:20
113:5,6 124:24
138:15 140:23
141:6,9
**talked** 78:21 80:19
85:18 86:23
118:10 122:8
**talking** 7:23,24
45:2 50:15 108:16

116:25 129:23
**tape**  108:13
**task**  99:24
**tax**  20:24 21:8,14
23:25 24:4
**taxes**  21:4,21,22
22:16 23:10,21
47:7
**teacher**  108:6
**teachers**  14:15
15:24 16:3,5
17:19 18:8 139:6
139:10,15
**tell**  20:9 39:5,15
52:3 75:5 77:10
77:13 78:7 79:11
79:14,17,23 80:2,6
80:15,22 81:7
83:10 84:4 91:8
**telling**  9:20 10:11
10:21 81:24 97:3
**ten**  33:17 52:4
53:2 55:7,9,10,15
55:20,22 56:3,4,10
56:13,17,20,21
57:7,9,14,18 87:11
87:13 89:2,10,10
89:14,17,25 90:5
91:17,20
**term**  25:19
**terms**  51:7
**testified**  5:13
**testify**  127:22
**testifying**  7:10
**testimony**  6:5
26:17 144:13
**thank**  6:3 50:13
123:9
**theirs**  68:22
**theresa**  1:20,24
144:6,24

**thin**  140:17
**thing**  23:15 62:19
80:23 81:12
108:24 112:11
114:7 128:7
**things**  8:18 14:10
17:14,16,20 48:19
72:8 112:18
122:16,17 134:12
134:18
**think**  11:22 16:6
16:24 18:5 19:17
19:20,25 20:4
22:7 26:24 27:6
39:13 46:9 48:17
49:25 51:20,24
60:4 71:4 77:12
77:16,19 78:2,9,24
79:9 80:23 81:5
81:21 82:10,19,22
85:5,22 88:6,21,25
89:18 93:10 94:6
94:11 95:19,22,25
98:20 99:16,21,22
100:3,15 104:12
104:16 110:3,6
112:14,20 115:17
117:2,4 126:13
128:5 131:24
136:21 138:15
140:18 142:5
**third**  2:5
**thomas**  2:7
**thomas.pearce**
2:10
**thought**  39:11,15
49:11 126:6
128:15 134:14
**three**  33:7,18
42:12 44:20 52:12
94:15,19 101:19

111:6
**thursday**  10:20
**time**  4:15 6:19
18:14 22:14 43:18
60:19 73:20 79:16
97:14,16 111:5
117:12,14 119:12
123:23 134:7,19
137:3 143:2,8
**times**  8:4 10:19
44:20 62:9 122:25
**today**  6:5,10 7:9
7:14 8:4 9:14,18
9:23 13:9,15 73:7
**told**  16:24 38:4
77:12 78:9 83:16
83:18 84:7 85:4
85:21,23 95:10
99:19 103:12
104:11 119:10
**tom**  124:24
**top**  16:13 17:17
**total**  28:17,18
33:15
**towns**  23:13
111:14
**track**  131:15
**tramondo**  1:20,24
144:6,24
**transcript**  8:2
**transparency**
14:12,13 17:6,18
46:8,10 60:8 67:6
**transportation**
116:11,12,13,21
117:25 122:6
130:9 131:11
132:3,8,8 134:6,15
**trial**  4:15
**trips**  108:10

**true**  144:12
**trust**  14:13 109:9
**trustee**  109:9
111:21
**truth**  79:10
**truthfully**  7:15
**try**  8:23 14:16
48:25 80:6 112:3
112:4,5,11,12
**trying**  22:2,19
23:4 26:19 35:5
51:13 57:24 99:9
99:12,16 105:9
**turn**  12:6
**turning**  16:14
**turnout**  90:10
**twice**  134:4
**two**  28:10 29:7,9
29:15,18 30:5,25
33:4 34:4 35:18
35:20 42:10,18
45:17 82:3,15
110:25 111:4
113:14 115:15
116:8 117:22
118:10 121:7,24
122:7,11 123:11
**types**  41:19

**u**

**uh**  42:14 82:9
**um**  17:24 27:17,21
33:25 34:3 44:3
44:17 68:18 90:18
95:6,17 109:20
127:17 142:14
**umm**  94:13
**unable**  96:19
**uncomfortable**
40:11 50:14 85:11
85:13

**underrepresented**
96:12
**understand**  6:4
7:11,17 8:2,8,10
8:19,22 22:20
23:5 35:5 40:7
41:16 51:13 56:12
95:3 111:4 139:3
**understanding**
72:24 115:24
**understood**  8:25
116:14
**unfair**  100:16,18
101:4 105:23
106:9 107:20,21
**unfortunately**
22:6,13
**united**  1:2
**universal**  25:19,22
25:23 26:2,9,13
**unsaid**  79:10
**unspoken**  79:10
**unsuccessful**
110:16,19
**upset**  78:7 80:15
80:16,17,19 83:10
84:18,22,24,25
121:13
**use**  25:19 27:10
29:2 30:12,18
50:18 60:8 72:4
**useful**  82:11
**usually**  68:22
100:12
**utilized**  91:18

**v**

**v**  5:5,11
**valley**  1:5 5:9 6:2
67:15,18 68:14
75:18,22 76:2,4,6
76:14 86:13 99:7

109:11 111:12,17
111:21
**value**  23:3
**various**  23:13
**verbally**  8:16
**veritext**  146:2
**versus**  6:6 111:8
**views**  59:9
**village**  109:9,10,11
**violations**  129:11
131:13 132:9
**voice**  108:18
**voiced**  99:5 129:9
**vote**  22:4,22 24:11
70:21,24 71:3,5,7
71:16 73:8,15,17
73:19,22 90:10,21
91:6 92:15,19,23
93:3,17,17,25
104:15 106:15,18
106:21 108:18
118:15 127:12
130:21 131:18,19
131:21
**voted**  72:10 73:2
94:19 127:6 133:8
141:18,20
**voter**  55:4
**voters**  23:17,17
49:8 54:23 58:14
102:14,23 103:5
108:22 137:18
**votes**  71:18 87:19
90:6 93:6,7 94:15
100:8,12 106:7
107:12,18 109:15
**voting**  81:24 96:2
96:14 103:9 123:6
141:16
**vs**  1:7 146:4

**w**

**wait**  7:24
**waiting**  63:13
91:19
**waived**  4:11
**waldorf**  29:8
30:24 32:17 33:8
33:19 42:13
**walk**  108:18
**walked**  85:7
**want**  13:14 15:17
20:10 23:2,2
29:10,11 30:9
36:15 38:24 48:6
48:19 57:4 78:12
81:2,8 82:25 83:2
83:12 88:6 93:17
101:13 113:4,6,9
113:10,11 124:8
131:4 135:9
**wanted**  14:5,7,11
14:16 15:9 16:25
20:13 27:15 29:18
29:22 30:6 33:13
36:16 39:2,8
49:15 51:17 58:22
65:19 66:19 71:17
71:23 77:9 78:25
81:3,3,11,22 82:19
83:3 92:4 97:11
116:16 126:23,24
126:25 127:2
134:6 137:3
**wanting**  22:23
81:14
**wants**  48:23 55:15
128:8
**washington**  2:18
**water**  18:22,23
19:5

**watkins**  2:4
**way**  18:12 20:12
21:19 58:7 71:24
77:23 82:13 96:15
104:22 105:4,23
112:18 130:11
135:12 140:17
141:20 144:17
**we've**  106:13
118:10 139:5,6
**website**  31:24
54:12
**wednesday**  10:18
10:24
**week**  10:18 43:7
43:10,12
**weekend**  43:9
**weissmandl**  121:6
121:20
**welcome**  38:8,10
38:13,25 39:5
40:17 103:8
**went**  23:12,14
31:20 36:10 52:12
71:24 77:14 98:7
98:9,12
**wesley**  36:17,19
37:12,15
**whereof**  144:19
**white**  29:2,25
30:13,19 34:20
35:4,4,6,19 36:9
36:21 38:7 47:15
47:19 48:2,10
54:3 55:19 61:12
61:22 62:12,17
63:19 87:8 88:10
88:13 96:2 101:16
101:22 104:23
105:6 107:4
114:22,23,25

**willing**  20:19 39:8
  105:19
**win**  100:4,8,12,13
  109:13 110:3
**windshields**  91:2
**wins**  100:7 107:12
**wires**  19:7 108:10
**wise**  57:17
**wished**  66:2
**witness**  5:12
  123:16 124:11,18
  124:20 125:14,16
  129:25 130:6
  135:3 144:9,13,19
  145:3 146:5
**witness's**  124:19
**woman**  95:14,16
**women**  30:25
**won**  90:6 103:24
**word**  41:11 56:16
  83:13
**words**  72:4 79:7
**work**  15:9 20:19
**worked**  14:11
**workers**  15:20
**works**  87:23
**wortham**  121:6,20
**write**  12:13 114:18
  114:19
**writing**  12:21 13:3
**written**  59:19
  115:7 118:16
  122:23
**wrote**  12:15
  114:20

**x**

**x**  1:3,10 145:2

**y**

**yeah**  35:2 40:16
  48:22 56:15 57:11

57:13 62:14 76:11
84:10 85:20 91:21
117:7 123:18
**year**  6:21 18:23
  53:16,25 74:21,23
  137:23
**years**  18:22,25
  19:4 21:11 53:22
  57:19 78:19,20
  97:15 139:7
**yolanda**  54:4
**york**  1:2,18,19,21
  2:6,6 3:5,8,8 5:9
  5:10 6:2 114:4
  144:3,5,8