# **<u>EXHIBIT 7</u>**

MsJeanFields_Rough

1

```
1

2    ----------------------------------------
     REALTIME AND INTERACTIVE REALTIME
3              TRANSCRIPT
        ROUGH DRAFT DISCLAIMER
4    ----------------------------------------
     IMPORTANT NOTICE:  AGREEMENT OF PARTIES
5    ----------------------------------------
     We, the party working with realtime and
6    rough draft transcripts, understand that
     if we choose to use the realtime rough
7    draft screen or the printout, that we are
     doing so with the understanding that the
8    rough draft is an noncertified copy.

9    We further agree not to share, give, copy,
     scan, fax or in any way distribute this
10   realtime rough draft in any form (written
     or computerized) to any party.  However,
11   our own experts, cocounsel and staff may
     have limited internal use of same with the
12   understanding that we agree to destroy our
     realtime rough draft and/or any
13   computerized form, if any, and replace it
     with the final transcript upon its
14   completion.
             Case:  NAACP VS. ERCSD
15           Date:  FEBRUARY 8, 2018
     REPORTER'S NOTE:
16   Since this deposition has been realtimed
     and is in rough draft form, please be
17   aware that there may be a discrepancy
     regarding page and line number when
18   comparing the realtime screen, the rough
     draft, rough draft disk, and the final
19   transcript.
     Also please be aware that the realtime
20   screen and the noncertified rough draft
     transcript may contain untranslated steno,
21   reporter's note in double parentheses,
```

Page 1

MsJeanFields_Rough

```
     misspelled proper names, incorrect or
22   missing Q/A symbols or punctuation, and/or
     nonsensical English word combinations.
23   All such entries  will be correct on the
     final, certified transcript.
24   Court Reporter's Name:THERESA TRAMONDO
     FIRM:  VERITEXT LEGAL SOLUTIONS
25
```

2

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------- X
     NATIONAL ASSOCIATION FOR
 4   THE ADVANCEMENT OF
     COLORED PEOPLE,
 5   SPRING VALLEY BRANCH, et al.,

 6             Plaintiffs,

 7        vs.                  No.
                          7:17-cv-08943
 8
     EAST RAMAPO CENTRAL
 9   SCHOOL DISTRICT, et al.,

10             Defendants.
     ----------------------------- X
11

12             Month Date, 2018

13             Time ^ a.m. ^ p.m.

14

15

16        Deposition of WITNESS NAME, held

17   at the offices of Firm, Address, City,
```

Page 2

MsJeanFields_Rough

18   State, pursuant to Replace, before Theresa

19   Tramondo, AOS, CLR, a Notary Public of the

20   State of New York.

21

22

23   Reported by:

24   THERESA TRAMONDO, AOS, CLR

25   JOB NO. ^  ^


                                              3


1

2   APPEARANCE OF COUNSEL:

3   FOR PLAINTIFF:

4      [!FIRM1]

5      [!ADDRESS-A1]

6      [!CITY1], [!STATE1]  [!ZIP1]

7      BY:  [!ATTORNEY1]

8      [!E-MAIL1]

9      [!PHONE NUMBER1]

10   FOR ^ PLAINTIFF ^ DEFENDANT:

11      [!FIRM2]

12      [!ADDRESS-A2]

13      [!CITY2], [!STATE2]  [!ZIP2]

MsJeanFields_Rough

14      BY:  [!ATTORNEY2]

15         [!E-MAIL2]

16         [!PHONE NUMBER2]

17    FOR ^ PLAINTIFF ^ DEFENDANT:

18         [!FIRM3]

19         [!ADDRESS-A3]

20         [!CITY3], [!STATE3]  [!ZIP3]

21      BY:  [!ATTORNEY3]

22         [!E-MAIL3]

23         [!PHONE NUMBER3]

24

25

                                        4

1

2    APPEARANCE OF COUNSEL (cont'd):

3

4    FOR ^ PLAINTIFF ^ DEFENDANT:

5         [!FIRM4]

6         [!ADDRESS-A4]

7         [!CITY4], [!STATE4]  [!ZIP4]

8      BY:  [!ATTORNEY4]

9         [!E-MAIL4]

MsJeanFields_Rough

10

11    FOR ^ PLAINTIFF ^ DEFENDANT:

12        [!FIRM5]

13        [!ADDRESS-A5]

14        [!CITY5], [!STATE5]  [!ZIP5]

15        BY:  [!ATTORNEY5]

16        [!E-MAIL5]

17        [!PHONE NUMBER5]

18    ALSO PRESENT:

19        NAME

20        NAME

21

22

23

24

25

                                                    5

1

2              STIPULATIONS

3

4

5        IT IS HEREBY STIPULATED AND AGREED,

MsJeanFields_Rough

6   by and among counsel for the respective

7   parties hereto, that the filing,

8   sealing and certification of the within

9   deposition shall be and the same are

10   hereby waived;

11      IT IS FURTHER STIPULATED AND   AGREED

12   that all objections, except as to form

13   of the question, shall be reserved to

14   the time of the trial;

15      IT IS FURTHER STIPULATED AND AGREED

16   that the within deposition may be signed

17   before any Notary Public with the same

18   force and effect as if signed and sworn to

19   before the Court.

20

21

22

23

24

25

6

1

MsJeanFields_Rough

2    BY THE COURT REPORTER:

3         Q.    Please state your full name for

4    the record.

5         A.    Jean Fields, F-I-E-L-D-S.

6         Q.    What is your address?

7         A.    Home, 3 Deer Run Road, Pomona,

8    New York  10970.

9    W I T N E S S    N A M E ,   called as a

10    witness, having been duly sworn by a

11    Notary Public, was examined and testified

12    as follows:

13    EXAMINATION BY

14    ^ HEADERS

15    MR. LEVINE:

16         Q.    We are on the record.  Good

17    afternoon.  My name is Randall Levine.  I'm

18    an attorney for the East Ramapo Central

19    School District.

20              Could you please state your full

21    name for the record.

22         A.    Jean E Fields.

23         Q.    Thank you, Ms. Fields.

24              Do you understand you're here

25    today to give testimony in a case calls

Page 7

MsJeanFields_Rough

7

1
2    NAACP of Spring Valley versus the East
3    Ramapo Central School District?
4         A.    Yes.
5         Q.    Yes?
6         A.    Um-hum.
7         Q.    Have you ever been deposed
8    before?
9         A.    Yes I have.
10        Q.    When were you deposed last?
11        A.    Several years ago I don't
12   remember the year.
13        Q.    Do you remember what that case
14   was about?
15        A.    Yes, I do.
16        Q.    What was that case about?
17        A.    A gentleman was suing the school
18   district for discrimination against Muslim.
19        Q.    And you gave a deposition in
20   that case?
21        A.    Yes.

MsJeanFields_Rough

22          Q.     Did you testify in court in that

23     case?

24          A.     Yes.

25          Q.     Since you have done this before

                                                        8


1

2     we will quickly go over the ground rules

3     because you already know them in a

4     deposition I'll ask you a series of

5     questions your job today is to answer each

6     question as fully and truthfully as you can

7     to the best of your recollection do you

8     understand?

9          A.     Yes.

10          Q.     As you can see the conversation

11     we're going to have today is going to be

12     transcribed and to make life easier for the

13     court reporter, thinks go much more smoothly

14     if we don't speak over each other do you

15     understand?

16          A.     Yes.

17          Q.     I see that you do so I'll ask a?

MsJeanFields_Rough

18          "QUESTION:  To the extent I'm

19      able when I am finished speaking, I

20      will wait for you to finish speaking

21      and things will read much better.  Do

22      you understand?

23      A.    Yes.

24      Q.    If you have any trouble

25  understanding any question I ask you please

                                              9

1

2  ask percent to clarify or rephrase and I

3  will do so.  Downs?

4      A.    Yes.

5      Q.    If you don't tell me that you

6  doesn't understand my question I will assume

7  that you have understood it though okay?

8      A.    Okay.

9      Q.    If you need to take a break at

10  any time during the deposition please just

11  ask okay?

12      A.    Yes.

13      Q.    All I would ask if I have asked

MsJeanFields_Rough

14    you a question and it's still pending answer

15    the question, and then we will take the

16    break okay?

17        A.    Yes.

18        Q.    You may at times here your

19    counsel object to one of my questions.  If

20    that happens, that's not an instruction to

21    you not to answer the question.  So if you

22    understand my question you should still

23    answer it, okay?

24        A.    Yes.

25        Q.    And if your counsel is going to

                                        10


1

2    instruct you not to answer he'll do so

3    expressly, right?

4        A.    (Nodding.)

5        Q.    So do you understand?

6        A.    Yes.

7        Q.    Because this is being

8    transcribed only verbal answers will appear

9    on the transcript, so if I ask you a

MsJeanFields_Rough

10    question I need you to answer with yes no

11    some other verbal response head shakes nods,

12    shoulder shrugs don't show up on paper okay?

13         A.    Yes.

14         Q.    Before we get going do you have

15    any questions for me about how the

16    deposition will go?

17         A.    No I don't.

18         Q.    A come of preliminaries is there

19    any reason you could think of why you

20    wouldn't be able to give full and complete

21    testimony today?

22         A.    No.

23         Q.    Are you in good health?

24         A.    Reasonably.

25         Q.    Have you taken any medications

                                                    11

1

2    today that might affect your memory?

3         A.    No.

4         Q.    Are you represented by counsel

5    today?

Page 12

MsJeanFields_Rough

6       A.   Yes.

7       Q.   Is that your counsel sitting

8  right next to you?

9       A.   Mr. Jason.

10      Q.   Okay I think these are all the

11 preliminaries.

12           I would like to mark for

13 identification purposes Fields Exhibit 1

14 which the court reporter will hand to you

15 momentarily.

16           (Fields Exhibit # , description,

17           marked for identification, as of this

18           date.)

19      Q.   The document that has been

20 placed in front of you, just now and marked

21 as Fields Exhibit 1 has a title called the

22 declaration of Jean E Fields do you see

23 that?

24      A.   Yes, I do.

25      Q.   If you would turn to the final

                                              12

  1

MsJeanFields_Rough

2    page of the document page 13 and I am going

3    to ask you to look at the signature close to

4    the middle of the page, is that your

5    signature?

6            A.    Yes, it is.

7            Q.    Do you recall signing this

8    document on December 1, 2017?

9            A.    Yes, I do.

10           Q.    Have you seen this document

11   before?

12           A.    Yes.

13           Q.    Did you write the declaration of

14   Jean E Fields?

15           A.    I dictated it.

16           Q.    Without telling me anything that

17   you may have discussed or told your lawyers,

18   to whom did you dictate your declaration?

19           A.    Attorney Jason.

20           Q.    Did anybody help you with the

21   dictation of your declaration?

22           A.    No.

23           Q.    Are all the words in here to the

24   best of your knowledge your own?

25           A.    Can I read it first?

MsJeanFields_Rough

13

1

2          Q.     Sure.

3          A.     Yes.

4          Q.     Thank you.

5                 You used to be an employee of

6     the East Ramapo Central School District; is

7     that right?

8          A.     Yes.

9          Q.     How long did you work for East

10    Ramapo?

11         A.     19 years.

12         Q.     And how long have you resided in

13    the East Ramapo Central School District?

14         A.     Approximately 27, 28 years.

15         Q.     Did you retire from the East

16    Ramapo Central School District?

17         A.     Yes, I did.

18         Q.     Was that in 2013 that you

19    retired?

20         A.     Yes.

21         Q.     What have you been doing since

MsJeanFields_Rough

22    you retired in 2013?

23              MR. JASON:  Objection.

24         A.    Volunteering here and there.

25         Q.    Assuming you have been doing


                                        14


1

2    something since you retired what have you

3    been doing since 2013?

4         A.    I serve on a few boards, I

5    travel, I help with my grandchildren.

6    That's pretty much it.

7         Q.    What boards do you serve on?

8         A.    Salvation army, R S V P.

9         Q.    What is that?

10        A.    Retired seniors volunteer

11   program.

12        Q.    Anything else?

13        A.    JAMCCAR.  It's Jamaican American

14   civic association.

15        Q.    Anything else?

16        A.    The NAACP the executive board.

17        Q.    What is your role on the

MsJeanFields_Rough

18   executive board of the NAACP?

19        A.    I'm the cochair of the education

20   committee.

21        Q.    How long have you served in that

22   capacity?

23        A.    A few years.  I don't remember

24   when I started.

25        Q.    Would you say you served more

                                              15

1

2    than two years?

3         A.    Yes.

4         Q.    Nor than five years?

5         A.    I don't know if it's that long.

6    I couldn't give you a date.

7         Q.    Somewhere around five years?

8         A.    Probably less than five years.

9         Q.    Like four years?

10        A.    I can't give you a date.  I

11   don't remember.

12        Q.    I'm just trying to get a sense.

13              Did you serve in any other

MsJeanFields_Rough

14    capacity for the NAACP before you served on

15    the executive board?

16         A.    No.  I was just a member.

17         Q.    How long were you a member?

18         A.    About approximately seven years.

19         Q.    Were you involved in the NAACP's

20    activities as a member?

21              MR. JASON:  Objection.

22    A.    Somewhat.

23         Q.    Like what?  What did you do as a

24    member?

25         A.    Went to meetings.

                                        16

1

2         Q.    Did you work on any particular

3    projects?

4         A.    No.

5         Q.    What sort of meetings did you

6    attend?

7         A.    Monthly meetings.

8         Q.    Are you involved in politics in

9    the East Ramapo central school district in

MsJeanFields_Rough

10    any way?

11         A.    Could you rephrase that?

12         Q.    Sure.  Why don't we come back to

13    it actually.

14              Let direct your attention to

15    paragraph 26 of your declaration which is on

16    page 8.

17         A.    Um-hum.

18         Q.    The first sentence of paragraph

19    26 I'll read so everybody could follow along

20    says from 2003 to 2013 I was a regular

21    attendee at board meetings does that mean

22    you were a regular attendee of East Ramapo

23    school board meetings?

24         A.    Yes.

25         Q.    Why were you a regular attendees

                                        17

1

2    of board meetings at in that time?

3         A.    I was a parent in the dis direct

4    I was an employee in the district I was a

5    community member.

MsJeanFields_Rough

6        Q.     For those reasons you just

7    listed you were interested in the activities

8    at school board meetings; is that fair?

9        A.     Yes.

10       Q.     Did you vote in school board

11   elections during the same time period from

12   2003 to 2013?

13       A.     Yes, I did.

14       Q.     Did you work for any candidates

15   for school board during that time period on

16   their campaign, I mean?

17       A.     No I supported candidates, but I

18   wasn't on the campaign.

19       Q.     The second sentence of paragraph

20   26, you say during that time I witnessed a

21   shift in the tenor of these board meetings

22   as the board became hostile and unwelcoming

23   to members of the public school community

24   who attended do you see that?

25       A.     Yes.

                                                  18

        1

MsJeanFields_Rough

2          Q.     When you use the phrase public

3     school commune in paragraph 26 what do you

4     mean by that?

5          A.     The parents of the public school

6     students.

7          Q.     Is there anybody else besides

8     the parents of public school students who

9     would be members of the public school

10    community?

11         A.     Yes.

12         Q.     Who else would you say I'm only

13    asking what you say who else would you say

14    counts as a member of the public school

15    community?

16         A.     I think anyone who advocates for

17    public school education.

18         Q.     It is not necessary to be the

19    parent of a public school students to be a

20    member of the public school community; is

21    that right?

22         A.     That's true.

23         Q.     Is your understanding of the

24    public school community in any way limited

25    by a person's race?

MsJeanFields_Rough

19

1

2          A.    No.

3          Q.    So white people could be members

4    of the public school community?

5          A.    Why of course.

6          Q.    And Latino people could be

7    members of the public school community?

8          A.    Yes.

9          Q.    And black people could be member

10   of the public school community?

11         A.    Yes.

12         Q.    And Jewish people could be

13   members of the public school community?

14         A.    Yes.

15         Q.    Is there anybody who can't

16   absolute member of the public school

17   community?

18         A.    I guess anybody who does not

19   advocate for public school.

20         Q.    What to you mean by advocate for

21   public school?

MsJeanFields_Rough

22      A.    That is committed to strong

23   public school education.

24      Q.    Is that like a -- is what you're

25   describing a policy preference in favor of


                                                20


1

2   public school programs is that a fair way to

3   describe it?

4      A.    I don't know.

5      Q.    I'm just trying to understand

6   what mean by advocate for public schools.

7   So anybody who has a particular preference

8   for strong or well funded public school is

9   there a policy angle to it?

10      A.    I don't know about a policy, but

11   anyone who believes and advocates for public

12   school education would that be community

13   even if though they don't have kids in

14   public school.

15      Q.    What specifically might somebody

16   who advocates for the public school in your

17   understand, what specifically might they be

MsJeanFields_Rough

18    advocating for?

19        A.    Fabulous education, strong

20    programs, just the best that a kid could get

21    in the public school.

22        Q.    Would an advocate for public

23    schools advocate for better funding of

24    public school?

25            MR. JASON:  Objection.


                                                21


1

2        A.    I think it advocates for the

3    best education that a students could obtain

4    in a public school whatever that means I

5    mean whatever avenues.

6        Q.    Turning back to paragraph 26,

7    you say that you witnessed a shift in the

8    tenor of these board meetings as the board

9    became hostile and unwelcoming to members of

10    the public school community to attended if

11    the board is hostile to the members of the

12    public school community what community is

13    the board from?

MsJeanFields_Rough

14          A.     The majority private school

15     community.

16          Q.     I'm just asking for your

17     understanding what do you mean when you say

18     private school community?

19          A.     Any student in school that is

20     not attending public school of a school age.

21          Q.     That would be private school

22     students, right?

23          A.     Yes.

24          Q.     Is the private school community

25     limited to private school students

                                              22

1

2      themselves?

3           A.     I think just that the public

4      school community is limited to those persons

5      who advocate for public school I think it

6      would be the same for private school.

7           Q.     So the private school community

8      in your understanding is made up of people

9      who advocate for private schools?

MsJeanFields_Rough

10        A.     Private educations yes.

11        Q.     What sort of things do people

12  advocate for private education advocate for

13  specifically?

14               MR. JASON:  Objection.

15        A.     Not sending their child to a

16  public school.

17        Q.     Anything else?

18        A.     Not that I know of.

19        Q.     When you say that you witnessed

20  in a shift of the tenor of these board

21  meetings when between 2003 and 2013 did you

22  witness that shift?

23        A.     Particularly I would say around

24  2005, there was a public school trustee on

25  the board education who was a holocaust


                                            23


1

2   survivor and she advocated strongly for

3   strong programs she just loved students

4   loved kids and she lost her seat on that

5   board.

                    Page 26

MsJeanFields_Rough

6        Q.    Do you remember her name?

7        A.    Yes, I do.

8        Q.    What was her name?

9        A.    Georgeanne HYDE, H Y D E.

10       Q.    You witnessed a shift in the

11  tenor in 2005 with Ms. Hyde's departure from

12  the board did anything else happen in 2005

13  that contributed to your sense that the

14  tenor had changed?

15       A.    Not that I can recall.

16       Q.    Do you recall who else was on

17  the school board at the time in 2005?

18       A.    I don't recall all the names.

19       Q.    Do you remember anything about

20  the other school board members in 2005?

21       A.    No, I don't.

22       Q.    The only thing that changed in

23  2005 was that Ms. Hyde left the board and

24  that caused a shift in the tenor of the

25  board to make them hostile to the members of

24

1

Page 27

MsJeanFields_Rough

2    the public school community is that your

3    testimony?

4            MR. JASON:  Objection.

5        A.    I don't know.  I don't know what

6    else happened.  I don't remember what else

7    happened.

8        Q.    But you remembered that the

9    tenor of the meetings changed and the board

10   became hostile and unwelcoming to members of

11   the public school community?

12       A.    Yes.

13       Q.    But you don't remember why that

14   happened or why you felt that way?

15       A.    I believe that Ms. Hyde was

16   replaced by a member of the private school

17   community.

18       Q.    Do you remember who that was?

19       A.    I don't.

20       Q.    In that context when you say

21   private school community do you mean someone

22   from the orthodox or Hasidic Jewish

23   communities?

24       A.    Yes, I do.

25       Q.    How many people on the board in

MsJeanFields_Rough

1

2    2005 were from the orthodox and Hasidic

3    Jewish communities?

4              MR. JASON:  Objection.

5         A.    I don't remember.

6         Q.    Was it just the one who replaced

7    Georgeanne Hyde that you recall?

8         A.    I don't remember.

9         Q.    Was the presents of the one

10   orthodox or Hasidic Jewish board member that

11   replaced Georgeanne Hyde the reason in there

12   was a shift in tenor of the board meetings?

13        A.    I couldn't tell you that because

14   I don't remember who was there before if I

15   had a list I could, but I don't remember.

16        Q.    It's an exam knots a test I only

17   want to know what you remember?

18        A.    Okay.

19        Q.    When you say the board became

20   hostile and unwelcoming to members of the

21   public school community, what do you mean by

MsJeanFields_Rough

22    hostile and unwelcoming?

23          A.    Prior to that in order to being

24    a public speaker at a board meeting one

25    would come in fill out a card hand it in and

                                        26

1

2    they able to speak at the beginning of the

3    meeting.  When the tenor changed the

4    visitors or the people at the board meeting

5    were relegated to speaking at the end of the

6    meeting.  And at the end of the meeting

7    meant sometime executive sessions would last

8    for hours and hours.

9          Q.    Did those changes you just

10    describe occur in 2005?

11          A.    I don't remember when.  I know

12    there was a gradual change, but I don't

13    remember when it changed.

14          Q.    Was there anything else besides

15    those two things you just described that you

16    think represented the board becoming hog

17    tile and unwelcoming to members of the

MsJeanFields_Rough

18  public school community?

19       A.    I remember people at the board

20  asking questions of the board members and

21  never getting answers feeling sometimes or

22  maybe they needed to do some research so

23  they would give it to us next time and they

24  never did.  Their questions all went

25  unanswered.


                                        27


 1

 2       Q.    During that same time period

 3  around 2005, did you ever ask questions of

 4  the board of the education that went

 5  unanswered?

 6       A.    No.  I was an employee.

 7       Q.    Do you remember any specific

 8  instance of someone else asking questions

 9  that went unanswered?

10       A.    No, but I do remember people

11  letting the board know that the questions

12  had been asked meetings or times before and

13  they never got an answer.

Page 31

MsJeanFields_Rough

14      Q.    Prior to 2003 did you attend any

15  board meetings?

16      A.    Yes, I did.

17      Q.    Do you know whether prior to

18  2003 there were public school advocates on

19  the board of education?

20      A.    Could you repeat that?

21      Q.    Yes.  I'm asking about prior to

22  2003.  So in paragraph 26 you're talking

23  about 2003 to 2013?

24      A.    Uh-hum.

25      Q.    Prior to 2003, were there public


                                          28


1

2  school advocates on the board of education?

3      A.    I believe.

4      Q.    After 2003 were there public

5  school advocates on the board of education?

6      A.    I believe so also.

7      Q.    In 2003 do you know whether a

8  majority of the board of education were

9  public school advocates?

                    Page 32

MsJeanFields_Rough

10      A.    I don't remember.  I know the

11 majority transition happened slowly, but I

12 don't remember when.

13      Q.    Same time period prior to 2003,

14 were there any African-American members of

15 the board of education?

16           MR. JASON:  Objection.

17      Q.    If you know?

18      A.    Yes.

19      Q.    Do you recall the names of any

20 African-American members of the board of

21 education up to and including 2003?

22      A.    Yes.

23      Q.    Who do you recall?

24      A.    Jacqueline Anderson, Susan

25 Gordon, Dr. Daniel Bright, Wendell Watford


                                    29


1

2  and I believe Susan Young Mercer.  I don't

3  remember the years that she served though.

4  SPELL

5           Q.    After 2003, do you recall any

                    Page 33

MsJeanFields_Rough

6   African-American members of the board of

7   education being elected?

8           So were any African-American

9   members of the board of education elected

10  after 2003?

11          MR. JASON:  Objection.

12      A.   I believe so.  I don't remember

13  who they are, but I believe so.

14      Q.   Do you recall any names?

15      A.   I don't know who they are -- who

16  they were.

17      Q.   To the best of your recollection

18  had there ever been a time in the last 25

19  years when there was a full nine member

20  board of education and there were no

21  African-American board members?

22      A.   I don't recall.

23      Q.   So let me ask the inverse

24  proposition to the best of your recollection

25  when the board has had a full nine member

30

1

MsJeanFields_Rough

2    board has it always had at least one

3    African-American board member?

4         A.    Last 25 years you said.

5         Q.    Yes?

6         A.    I don't remember.

7         Q.    Best you can recall?

8         A.    I don't remember.

9         Q.    But you don't remember any times

10   specifically when there were no

11   African-American board members on the school

12   board; is that fair?

13        A.    No.

14        Q.    I will ask it again.  Sorry.

15              You done remember any time in

16   the last 25 years when there were no

17   African-American board members on the school

18   board, right?

19        A.    Right.

20        Q.    Did something change in the

21   broader community in East Ramapo that led to

22   the or was connected with the change that

23   you observed on the school board?

24              MR. JASON:  Objection.

25              MR. LEVINE:  That's fair let me

MsJeanFields_Rough

31

1

2          ask it again.

3          Q.    Did something change in the

4    broader up community of East Ramapo in

5    connection with the change that you observed

6    on the school board?

7          A.    I believe that the that the

8    candidates that represented the public

9    sector were always unsuccessful in their

10   bids for being a trustee.

11         Q.    When you say public sector in

12   that context do you mean the public school

13   community?

14         A.    Yes.

15         Q.    Did the demographics of East

16   Ramapo change in some way between 2003 and

17   2013?

18               MR. JASON:  Objection.

19         A.    Yes.

20         Q.    How do you know that?

21         A.    We had an influx of students

MsJeanFields_Rough

22  right after the earthquake in Haiti.

23       Q.    So the demographic change that

24  you observed in East Ramapo, that involved

25  the decision of Haitian people to the East

                                            32

1

2  Ramapo school district; is that right?

3       A.    Haitian students and some Latino

4  students I think.

5       Q.    Do you know whether the

6  population of orthodox and Hasidic Jews in

7  the East Ramapo school district also grew

8  between 2003 and 2013?

9       A.    I don't know for sure, but I

10  would imagine.

11       Q.    Why would you imagine that?

12            MR. JASON:  Objection.

13       Q.    I'm just asking why you would do

14  so?

15       A.    Populations grow there have been

16  lots of people moving into the county.

17       Q.    Between 2003 and 2013 several

MsJeanFields_Rough

18    new members of the board of education were

19    elected from the orthodox and Hasidic

20    screw-ish community, right?

21          A.    Say that again.

22          Q.    Between 2003 and 2013 several

23    new members of the board of education were

24    elect and they were from the orthodox and

25    Hasidic Jewish communities, right?


                                                    33


 1

 2          A.    Yes.

 3          Q.    At some point between 2013 and

 4    2013 people from the orthodox and Hasidic

 5    Jewish community elected a majority of the

 6    board members; is that right?

 7                MR. JASON:  Objection.

 8          A.    Yes.

 9          Q.    So at some point between 2003

10    and 2013 a majority of the members of the

11    board of education were people from the

12    orthodox and Hasidic Jewish community right?

13                MR. JASON:  Objection.

                        Page 38

MsJeanFields_Rough

14      A.    Yes.

15      Q.    Do you know when between 2003

16  and 2013 that occurred?

17      A.    I couldn't be specific.

18      Q.    Was it in 2005?

19            MR. JASON:  Objection.

20      A.    It may have started then, but I

21  couldn't tell you.  I mean I simply don't

22  remember.

23      Q.    Were the board members from the

24  orthodox and Hasidic Jewish community

25  hostile and unwelcoming to members of the

34

1

2  public school community who attended?

3            MR. JASON:  Objection to form.

4      A.    I believe we covered by not

5  answering questions.

6      Q.    Now I'm just trying to ask

7  specifically about which board members.  All

8  right.  Before you said the board became

9  hostile.  Now I'm wondering were the board

MsJeanFields_Rough

10    members who were from the orthodox and

11    Hasidic Jewish community hostile and

12    unwelcoming to the members of the public

13    school community?

14         A.    Yes.

15         Q.    Did you ever develop an

16    understanding in your own mind of why the

17    orthodox and Hasidic Jewish board members

18    were hostile and unwelcoming?

19         A.    No I can't get in their heads.

20    I don't know.

21         Q.    Did you ever speak with any of

22    the orthodox and Hasidic Jewish board

23    members between 2003 and 2013?

24         A.    Yes.

25         Q.    Who did you speak with?

                                                  35


 1

 2         A.    Any member of the board that

 3    visited my school I would have to escort

 4    them around.

 5         Q.    Did you tell them that in your

                        Page 40

MsJeanFields_Rough

6      view they had become hostile and unwelcoming

7      to members of the public school community?

8           A.    Absolutely not.

9           Q.    Why not?

10          A.    Because administrators were not

11     allowed to talk to board members.  We had to

12     go through -- there was a protocol.

13          Q.    What do you mean by that?

14          A.    While they were in our schools,

15     we could not go and talk to them.  If you

16     met them outside and they said hi, could you

17     say hi to them.  While they're in school you

18     could not.

19          Q.    I understand what about outside

20     of school?

21          A.    No.

22          Q.    Why not?

23          A.    Because we don't live in the

24     same areas.

25          Q.    Turn to the same page bottom of

36

MsJeanFields_Rough

2      the page, page 8 paragraph 28, so folks

3      could read along I'll read it, the board's

4      attentiveness and responsiveness to the

5      public school communities began to decline

6      around 2005 when candidates backed by

7      organizations and leaders favoring lower

8      taxes and maintaining a high level of

9      district services for private school

10     students gained a majority of seats on the

11     board.  Do you see that paragraph?

12          A.    Yes, I do.

13          Q.    As you sit here today do you

14     believe that paragraph is accurate?

15          A.    Yes, I do.

16          Q.    When you say organizations and

17     leaders favoring lower taxes and maintaining

18     a high level of didn't services for private

19     school students, what organizations are you

20     referring to?

21          A.    White organizations that lived

22     in the Monsey, new square Kaser

23     neighborhoods.

24          Q.    Do you mean organizations from

25     the orthodox and Hasidic Jewish communities?

MsJeanFields_Rough

37

1

2          A.    Yes.

3                MR. JASON:  Objection.

4          Q.    By organizations in the context

5     of paragraph 28, are you referring to

6     organizations from the orthodox and Hasidic

7     Jewish communities?

8          A.    Yes.

9          Q.    When you say leaders in the

10    context of that paragraph, who do you mean?

11         A.    The same thing.

12         Q.    So by leaders in paragraph 28 do

13    you mean leaders from the orthodox and

14    Hasidic Jewish communities?

15         A.    Yes.

16         Q.    How do you know if you know that

17    those organizations and leaders favored

18    lower taxes?

19                MR. JASON:  Objection.

20         A.    Because I've been to board

21    meetings where they stood up and basically

MsJeanFields_Rough

22    said on behalf of their communities that

23    they wanted lower taxes.

24         Q.    Do you know whether they're

25    referring to property taxes?


                                              38


 1

 2         A.    I imagine so, yes.

 3         Q.    How do you know the -- that they

 4    favored maintaining a high level of district

 5    services for private school students?

 6         A.    They also said that.

 7         Q.    Other than people from the

 8    orthodox and Hasidic Jewish community

 9    speaking at board meetings have you ever

10    heard anyone else from the orthodox and

11    Hasidic Jewish communities express that they

12    favor lower taxes?

13         A.    No, but I might add that the

14    person who spoke indicated that he spoke on

15    behalf of the organization.  He belonged to

16    an organization.

17         Q.    Do you recall the name of the

MsJeanFields_Rough

18    organization?

19         A.    No I don't.

20         Q.    Did you ever form an

21    understanding of why the orthodox and

22    Hasidic Jewish communities favored lower

23    taxes?

24              MR. JASON:  Objection.

25         A.    No.


                                          39


 1

 2              ^ CK fix communities.

 3         Q.    Did you ever hear anyone say why

 4    this particular organization from the

 5    orthodox and Hasidic Jewish communities

 6    favored lower taxes?

 7         A.    No.

 8         Q.    Do you have an understanding of

 9    your own?

10         A.    No.

11         Q.    In the same paragraph when you

12    say maintaining a high level of district

13    services for private school students, what

MsJeanFields_Rough

14    specifically are you talking about there?

15         A.    Whatever services the private

16    schools get from the distribute.

17         Q.    Such as?

18         A.    Mandated services,

19    transportation and books that's all comes to

20    mind.

21         Q.    When you say mandated services

22    what services are mandated?

23         A.    Mandated service is a term that

24    refers to special education students and any

25    service that they're required.

                                              40

 1

 2         Q.    It's only for special education

 3    students though?

 4         A.    Mandated services only applies

 5    to special ed.

 6         Q.    In paragraph 28 you say that

 7    candidates backed by organizations that

 8    favor lower taxes and maintaining a high

 9    level of district services for private

MsJeanFields_Rough

10    school students gained a majority of seats

11    on the board.  So by that, do you mean that

12    in the 2005 election a majority of the board

13    of education were members of the orthodox

14    and Hasidic Jewish community?

15        A.    I don't know that.  I don't

16    remember if it was 2005.

17        Q.    But it was around 2005, right?

18    A.    Yes.

19            MR. JASON:  Objection.

20        Q.    In your mind is there anything

21    wrong with members of the orthodox and

22    Hasidic Jewish community favoring lower

23    taxes?

24        A.    Absolutely not.  I'd like lower

25    tax as to.

                                              41

1

2        Q.    In your mind is there anything

3    wrong with members of the orthodox and

4    Hasidic Jewish community favoring a high

5    level of district services for private

MsJeanFields_Rough

```
 6   school students?

 7         A.    No.

 8         Q.    Is there anything wrong with

 9   members of the orthodox and Hasidic Jewish

10   communities running for seats on the school

11   board?

12         A.    No.

13         Q.    Turn to page 2 at the bottom of

14   the page paragraph 8, I'm paraphrasing

15   correct me if I'm wrong, but paragraph 8

16   discussing budget cuts that affected the

17   school district beginning around 2009; is

18   that right?

19         A.    ; is that correct.

20         Q.    Do you recall for how many

21   school years beginning in 2009 budget cuts

22   continued so let me take that in turns

23   actually to make it clear.

24               Were there cuts to the school

25   district budget in 2009 to your
```

42

1

MsJeanFields_Rough

2    recollection?

3         A.    Yes.

4         Q.    Do you remember whether there

5    were cuts to the school district budget in

6    2010?

7         A.    Yes.

8         Q.    Were there cuts to the school

9    district budget in 2010?

10        A.    I think the cuts went on for a

11   few years.

12        Q.    Do you remember whether there

13   was cuts to the budget in 2011?

14        A.    I don't remember.

15        Q.    Do you remember whether there

16   were cuts to the budget in 2012?

17        A.    There were.

18        Q.    Do you remember whether there

19   were any cuts to the budget in 2013?

20        A.    That I don't remember either.

21        Q.    In your role as a school

22   district employee at the time, did you ever

23   form an understanding of why there were cuts

24   to the budget?

25              MR. JASON:  Objection.

MsJeanFields_Rough

43

1
2          A.    Would you please repeat that.

3          Q.    Yes.  I will ask the question

4    again.

5                Did you ever form an

6    understanding of why there were cuts to the

7    school district's budget --

8                MR. JASON:  Objection.

9          Q.    -- in that time?

10                MR. JASON:  Sorry.

11          A.    What I understood was that an

12    order came from the superintendent who got

13    her orders from the board that we needed to

14    slash certain areas.  It was my job to make

15    sure that happened.

16          Q.    So was your understanding that

17    the board of education directed the

18    superintendent to cut the budget?

19          A.    Yes, because they're the only

20    ones with the authority to do that.

21                MR. LEVINE:  I'm going to mark

MsJeanFields_Rough

22          for identification what we'll call

23          Fields Exhibit 2.

24               (Fields Exhibit # , description,

25          marked for identification, as of this

                                                    44

1

2          date.)

3          Q.    Please take a look at the

4     document that has been marked as Fields

5     Exhibit 2 which I will identify as a letter

6     to Dr. Joel Klein from the state education

7     department dated December 14, 2012, do you

8     see that?

9          A.    Yes, I do.

10         Q.    Take a minute to look it over

11    and just look up at me and let me know when

12    you're ready to talk about it.

13         A.    Yes.

14         Q.    In December of 2012, were you

15    still working for the East Ramapo Central

16    School District?

17         A.    Yes.

MsJeanFields_Rough

18          Q.    What was your position?

19          A.    Principal.

20          Q.    You were a principal of the high

21     school, right?

22          A.    Yes.

23          Q.    Have you ever seen this document

24     that I have just showed you that is marked

25     as Exhibit 2?

                                        45

1

2          A.    No I haven't.

3          Q.    Did you read the document just

4     now?

5          A.    Yes.

6          Q.    Do you understand what it is?

7          A.    Pretty much.

8          Q.    What is your understanding of

9     what it says?

10          A.    There is a deficit.

11               MR. JASON:  Objection.

12          Q.    Right.

13               And you understand that it is a

                              Page 52

MsJeanFields_Rough

14    direction from the commissioner of

15    education's office to the board of education

16    to take additional actions to reduce the

17    budget deficit?

18              MR. JASON:  Objection.

19        A.    Yes, I do.

20        Q.    Did you at any time form an

21    understanding of why the district had a

22    budget deficit?

23              MR. JASON:  Objection.

24        A.    Somewhat.

25        Q.    What was your understanding?

                                              46

1

2         A.    At one points there was a

3    discussion about too many or inordinate

4    amount of special education students going

5    to other schools where the district could

6    provide the services that they were going to

7    other schools for.

8         Q.    How does that relate in your

9    mind to the budget deficit?

MsJeanFields_Rough

10          A.    It costs money to send them

11    someplace else.

12          Q.    Do you know how much money?

13          A.    I don't know.  No.

14          Q.    Do you know of anything else

15    that in your mind you associated with the

16    budget deficit?

17                MR. JASON:  Objection.

18          A.    No.

19          Q.    Do you know whether the East

20    Ramapo Central School District is obligated

21    to provide education services to private

22    school students who live in the district?

23                MR. JASON:  Objection.

24          A.    Say that again.

25          Q.    Do you know whether the East

                                              47

1

2     Ramapo Central School District provides

3     education services to private school

4     students who live in the district?

5           A.    Yes.

Page 54

MsJeanFields_Rough

6          Q.    Do you know how many private

7     school students live in the school district?

8          A.    I couldn't tell you a number.

9          Q.    Have you ever known how many

10    private school students live in the school

11    district?

12         A.    No I know it's a lot more than

13    public school students.

14         Q.    Would you feel comfort

15    estimating?

16         A.    Two to three times as many.

17         Q.    Do you know whether the fact

18    that there are two to three times as many

19    private school students has an impact on the

20    district's budget?

21         A.    Do I know why?

22         Q.    Do you know whether it does?

23         A.    I'm sure it does.

24         Q.    Do you know why the fact that

25    the district private school students

48

1

MsJeanFields_Rough

2    outnumber the public school students affects

3    the district's budget?

4            MR. JASON:  Object.

5        A.    No I don't.

6        Q.    Do you know -- how about this:

7    Do you know why -- no that's not the way

8    I'll ask it.  Tell what you this is

9    difficult because it's uncomfortable.  How

10   about this would you say that most of the

11   district's private school students are

12   children from the orthodox and Hasidic

13   Jewish computes?

14       A.    I would say that most of the

15   district's private school students are white

16   students yes.

17       Q.    When you say -- you answered

18   white.  I was asking whether most of the

19   private school students in East Ramapo are

20   from the orthodox and Hasidic Jewish

21   communities; is that, true?

22       A.    Yes, and they're white right.

23       Q.    That is also true do you know

24   whether most of the private schools -- how

25   about this:  Would you agree that most of

                    Page 56

MsJeanFields_Rough

49

1

2    the private schools in East Ramapo are

3    orthodox and Hasidic Yeshivas?

4        A.    I would imagine so.

5        Q.    When I say Yeshiva do you know

6    what I mean by that?

7        A.    Yes.

8        Q.    What is a Yeshiva?

9        A.    A Jewish school.

10       Q.    All right.  Let me ask you a few

11   questions about political career?

12           MR. JASON:  Are we going to take

13       our break.

14           MR. LEVINE:  Do you want to take

15       last three minutes until we get to 3

16       o'clock.

17           MR. JASON:  I have that it's

18       past three.

19           MR. LEVINE:  Let's take our

20       break now before we swift gears.

21          (Recess taken.)

Page 57

MsJeanFields_Rough

22        Q.    Picking up somewhere around

23    where we left off, do you believe that the

24    budget deficits that started in 2009 were

25    the fault of the board of education?


                                         50


1

2        A.    I have no idea.  I don't know.

3        Q.    Do you believe that if there had

4    been different people elected to the board

5    of education there would not have been

6    budget cuts from 2009 through 2012?

7        A.    I don't know that either.

8        Q.    You ran for the school board

9    yourself, right?

10        A.    I did.

11        Q.    What year did you run for the

12    school board?

13        A.    2016.

14        Q.    When you ran for the school

15    board in 2016, were you part of a slate of

16    candidates?

17        A.    Yes.  Yes.

MsJeanFields_Rough

18        Q.    Did your slate have a campaign

19    platform?

20        A.    Yes.

21        Q.    What was your platform?

22        A.    Our slogan was education for

23    all.

24        Q.    Did your slate have official

25    positions on education policy?

                                                51


1

2         A.    We believe in educating all

3    students.

4         Q.    Did your slate have an official

5    position on the East Ramapo property tax

6    rate?

7         A.    Not yet.

8         Q.    What do you mean by not yet?

9         A.    Well, we needed to -- we needed

10    to get a seat on the board in order to tell

11    what our views were.

12        Q.    Why didn't you want to say what

13    your reviews were while you were

MsJeanFields_Rough

14  campaigning?

15        A.    Because it wasn't always

16  feasible to get to see the things we needed

17  to see.

18        Q.    Do you mean that you needed to

19  be on the board to have enough information

20  to be able to take a position on the

21  property tax rate?

22        A.    We actually -- yes, we needed to

23  get more information on property tax rate

24  what the school was submitting what the

25  school -- we needed a detailed -- what do

                                        52

1

2  you call it.

3        Q.    A budget?

4        A.    A detailed budget, but more than

5  the detailed budget because there are

6  certain things that are in the budget.  Not

7  serving a line item there are some things

8  that are hidden in there.  We needed to see

9  all that.

MsJeanFields_Rough

10          Q.    If you recall did any of your --

11     did you have a campaign materials when you

12     were running for the school board?

13          A.    Yes.

14          Q.    Did any of your campaign

15     materials reference property taxes in any

16     way?

17          A.    I don't remember.

18          Q.    Did your campaign slate have an

19     official position on the school district's

20     bussing policy?

21          A.    I don't remember.  I know he

22     we've always had universal bussing.

23          Q.    What do you mean by universal

24     bussing?

25          A.    Every child is entitled to ride

                                           53

1

2      on the school bus.

3           Q.    What do you mean by always had

4      universal bussing?

5           A.    As far as long as I could

                    Page 61

MsJeanFields_Rough

6    remember there has been universal bussing.

7          Q.    Did your campaign slate have a

8    position on whether the school district

9    should maintain universal bussing?

10         A.    I don't remember that coming up.

11         Q.    Did your campaign slate take any

12   official positions on any district services

13   affecting private school students?

14         A.    You know we were concerned about

15   getting the best education for public school

16   students.  And that's really what we

17   concentrated on.  We wanted the public

18   schools to be as good as they could be.  I'd

19   say as good as they were before.  Like I

20   would say that every parent wants that.

21         Q.    So services for private school

22   students were not a major part of your

23   campaign is that a fair statement?

24         A.    That's a fair statement.

25         Q.    Did your campaign take any

                                              54

     1

MsJeanFields_Rough

2    official position on reducing district

3    services to private school students?

4         A.    No.

5         Q.    Did your campaign take any

6    official position on maintaining district

7    services to private school students?

8         A.    No.

9         Q.    Did you in your campaign make

10   any effort to appeal to the parents of

11   private school students to vote for you?

12        A.    There were private school

13   parents who reached out to us.

14        Q.    Do you remember specifically?

15        A.    I don't know who they were.  I

16   mean I don't remember their names.  I know

17   it was a group of women from the private

18   school community who met us at the library

19   and their intent was that they wanted to

20   support us and they also wanted their

21   children to be educated.

22        Q.    In that context do you mean by

23   saying private school community the orthodox

24   and Hasidic Jewish communities?

25        A.    Yes.

MsJeanFields_Rough

55

1

2          Q.    Did you meet with those women at

3     the library?

4          A.    Yes.

5          Q.    Do you recall when about that

6     meeting may have occurred?

7          A.    I don't recall.  I don't recall,

8     but it has to be within the campaign year,

9     so.

10          Q.    Do you recall who was there

11     during that meeting?

12          A.    Don't ask me names.  I don't

13     know their names.

14          Q.    Who from your slate besides you

15     if anyone was there?

16          A.    All of them.

17          Q.    So --

18          A.    All of us were there.

19          Q.    Did you bring anybody else with

20     you to the meeting?

21          A.    I don't remember who else was

Page 64

MsJeanFields_Rough

22    there.

23          Q.    Do you remember about how many

24    people were there?

25          A.    I don't.  40-ish.


                                                56


1

2           Q.    Do you remember about how many

3     people there at least appeared to be from

4     the orthodox and Hasidic Jewish communities?

5           A.    Majority.

6           Q.    Do you remember what was

7     discussed in the meeting?

8           A.    I believe I mentioned that

9     before, they wanted their kids to also be

10    educated and not just religious studies, but

11    in secular education.

12          Q.    What did you say in response to

13    them?

14          A.    That we would look into it and

15    to as much as possible because all

16    children -- it's actually I think it's a

17    miss service to everyone when children are

MsJeanFields_Rough

18    not educated.

19        Q.    Did you tell them that?

20        A.    Yes they told us that.

21        Q.    Did they express any other of

22    their interests to you?

23        A.    No, they were mainly concerned

24    about their kids getting an education.

25        Q.    Did they offer to help your

57

1

2    campaign?

3        A.    Yes, they did.

4        Q.    What did they offer to do?

5        A.    Speak to their neighbors,

6    distribute material.  They attempted to do

7    set up a meeting which never came to

8    fruition.

9        Q.    A meeting with who?

10        A.    With other members of their

11    community.

12        Q.    Do you know why that never

13    occurred?

MsJeanFields_Rough

14          A.    I don't know.

15          Q.    How did you meet the women who

16    set up this meeting?

17          A.    It was just one woman and I

18    don't remember.  Someone must have reached

19    out to her she reached out to someone and we

20    all got together.

21          Q.    Did you ever speak with her

22    again?

23          A.    Yes I've since speak with her.

24          Q.    Do you remember her name?

25          A.    I told you I don't.

                                              58

1

2          Q.    Do you exchange e-mail website

3    her?

4          A.    I've spoken to her by phone.

5          Q.    Do you know whether the women

6    who were at this meeting in fact talked to

7    their neighbors and did the things they said

8    they would do to help your campaign?

9          A.    I don't know.

                   Page 67

MsJeanFields_Rough

10      Q.    Can you any of any time when you

11  exchanged any form of written communication

12  with the women?

13      A.    No.

14      Q.    Text message?

15      A.    No.

16      Q.    Besides that meeting, did you do

17  anything else in particular to try to appeal

18  to voters from the orthodox and Hasidic

19  Jewish communities?

20      A.    No.

21      Q.    It you campaign in any orthodox

22  and Hasidic Jewish neighborhoods?

23      A.    Not exclusively.

24      Q.    Did you campaign in orthodox and

25  Hasidic Jewish neighborhoods at all?


                                             59


1

2       A.    Not exclusive I campaigned in

3   neighborhoods where there were some

4   orthodox.

5       Q.    I understand what you mean?

                    Page 68

MsJeanFields_Rough

6        A.    Catch.

7        Q.    What neighborhoods are those?

8        A.    Spring Valley, Spring Valley

9    proper, Pomona, hill crest chestnut ridge

10   that's all I recall.  Mostly Spring Valley.

11       Q.    Were you well received in those

12   neighborhoods?

13       A.    Yes.

14       Q.    When you referred to exclusively

15   orthodox and Hasidic Jewish neighborhoods

16   before, what neighborhoods were those?

17       A.    Kaser, some of Monsey and new

18   square.

19       Q.    You didn't campaign in those

20   neighborhoods?

21       A.    No.

22       Q.    Why not?

23       A.    Because I didn't think I would

24   be welcome there.

25       Q.    Why didn't you think you would

                                        60

    1

MsJeanFields_Rough

2    be welcome there?

3         A.    Because when my husband and I

4    first moved to Rockland County we didn't

5    know the county and we drove into a street

6    in new square and we were surrounded by

7    bunch of men and we were escorted out.

8         Q.    Did the women you met with from

9    the orthodox and Hasidic Jewish communities

10   offer to campaign for you in those

11   exclusively orthodox and Hasidic Jewish

12   neighborhoods?

13        A.    They said amongst their friends.

14   I don't know where their friends were.

15        Q.    So you don't know whether they

16   were offering to campaign in New Square,

17   Kaser?

18        A.    No.

19        Q.    Do you have any -- form any

20   understanding of your own as to why the new

21   square community, for example, is

22   exclusively Hasidic orthodox Jews?

23             MR. JASON:  Objection.

24        A.    No, I don't know.

25        Q.    You understand what I'm getting

Page 70

MsJeanFields_Rough

61

```
1
2    at?  Do you know why or have any
3    understanding why Kaser, for example, why
4    the people there are exclusively orthodox
5    and Hasidic Jews?
6              MR. JASON:  Objection.
7         A.   I don't.
8         Q.   Do you know whether orthodox and
9    Hasidic Jews exclusively send their children
10   to private schools?
11             MR. JASON:  Objection.
12        A.   Could you repeat that?
13        Q.   Yes.
14             Before we had defined the
15   private school community in this context as
16   referring to orthodox and Hasidic Jews, and
17   so the question is, do you know whether
18   orthodox and Hasidic Jews send their
19   children to private schools exclusively?
20        A.   I don't know.
21        Q.   When you were campaigning for
```

Page 71

MsJeanFields_Rough

22    the public school board did your campaign

23    have a get out to vote effort?

24        A.    Yes, we did.

25        Q.    What sort of things did you do

62

1

2    to get out to vote?

3        A.    We went to radio stations we

4    visited many churches, we went to some

5    community gatherings people hosted and

6    mostly door to door knocking on doors.

7        Q.    Did you do anything in

8    particular to try to help people get to the

9    policies on election day?

10        A.    Yes, we did.

11        Q.    What did you do?

12        A.    We set up transportation.

13    People volunteered their times to drive

14    people to the polls.

15        Q.    Do you know about how many

16    people made use of that service?

17        A.    How many people?

Page 72

MsJeanFields_Rough

18       Q.    Made use of that service?

19       A.    I don't know.  I was not

20   involved with that part.

21       Q.    Do you know whether any other

22   organizations offered similar services to

23   voters on election day?

24            MR. JASON:  Objection.

25       A.    I don't know.


                                                    63


1

2       Q.    Do you recall how many people

3   volunteered as part ever your effort to

4   drive people to the polls?

5       A.    I couldn't tell you that.

6       Q.    Before your run for the school

7   board had you ever been involved in politics

8   directly before?

9       A.    As in running for office.

10       Q.    Um-hum.

11       A.    No.

12       Q.    So you had never ran for office

13   before you ran for the school board in 2016?

MsJeanFields_Rough

14          A.    That's correct.

15          Q.    Did anyone on your slate have

16     any prior political experience?

17          A.    Just one person.

18          Q.    Who is that?

19          A.    Sabrina Charles Pierre.

20          Q.    If you recall what was

21     Ms. Charles Pierre's prior political

22     experience?

23          A.    She was the end incumbent.

24          Q.    Did the NAACP of Spring Valley

25     support your campaign in 2016?

                                              64

1

2           A.    The NAACP does not take a

3      political stand on anything.

4           Q.    Does that mean the NAACP Spring

5      Valley doesn't endorse candidates?

6           A.    They'll vote for candidates, but

7      they won't go out and speak on their behalf.

8           Q.    Does the NAACP of Spring Valley

9      have like a get out to vote effort of their

MsJeanFields_Rough

10    own?

11            A.    They host a forum, but they

12    don't say I vote for republican or democrat.

13    They just make candidates available so that

14    the public can see.

15            Q.    Did NAACP of Spring Valley do

16    voter registration drives?

17            A.    Yes, we do.

18            Q.    For how long have the NAACP been

19    doing those kinds of voter registration

20    drives?

21            MR. JASON:  Objection.

22            A.    I don't know for how long.  For

23    as long as I've been a member I've been

24    involved in that.

25            Q.    How long has that been?

                                              65

1

2            A.    Seven, eight years.

3            Q.    In your experience in the

4    community, would you say there is a high

5    degree of voter interest in school board

Page 75

MsJeanFields_Rough

6    elections in East Ramapo black community?

7              MR. JASON:  Objection.

8        A.    No, there isn't.  It's getting

9    better.

10       Q.    Why do you think that is?

11       A.    Because the efforts to get out

12   to vote and to register voters.

13       Q.    Why do you think there isn't a

14   high degree of interest now though?

15             MR. JASON:  Objection.

16       A.    I don't know.  I think when one

17   loses all the time one gets gun shy.

18       Q.    So was there a period of time

19   when there was higher degree of interest in

20   school board elections in the black

21   community in East Ramapo?

22             MR. JASON:  Objection.

23       A.    I believe so, but I couldn't

24   tell you when.

25       Q.    Do you know or rather do you

66

1

Page 76

MsJeanFields_Rough

2    have a sense for whether voter turnout from

3    black neighborhoods in East Ramapo is --

4    whether there is a higher voter turnout?

5                MR. JASON:  Objection.

6         Q.    Do you have a sense whether

7    there is higher voter turnout in black

8    neighbors in East Ramapo?

9         A.    Black and Hispanic or just black

10   minority we will say minority.

11        Q.    We will say minority?

12        A.    There isn't, but I think every

13   year it gets a little higher.

14        Q.    Can I ask it again so it's not

15   so jumbled.

16                In your experience is there a

17   high voter turnout from the minority

18   immunity in East Ramapo?

19                MR. JASON:  Objection.

20        A.    I'm not sure how is that

21   different from your last question.

22        Q.    It was the same as the last

23   question I just jumbled it before so for the

24   sake of the transcript I repeated it?

25        A.    I'm going ask you to repeat it

Page 77

MsJeanFields_Rough

67

1

2    one more time.

3        Q.    In your experience do you

4    believe that there is a high degree of voter

5    turnout from the minority community in East

6    Ramapo?

7            MR. JASON:  Objection.

8        A.    I believe it's getting higher

9    every year.

10        Q.    Do you believe it's been

11    historically low?

12        A.    In the past, yes.

13        Q.    Were you successful in your run

14    for the school board?

15        A.    No I was not.

16        Q.    Do you think you lost the

17    election because you're black?

18        A.    No I think I lost the election

19    because someone else got more votes.

20        Q.    Do you think that black

21    residents of East Ramapo have a fair

MsJeanFields_Rough

22    opportunity to run for the school board?

23         A.    No I don't believe that.

24         Q.    Why not?

25         A.    First of all I would like an

                                        68

1

2    opportunity to -- to voice what my concerns

3    are and since there is always -- the

4    residents -- the minority residents never

5    have an opportunity to get in, on the school

6    board, so it's always the other side, the

7    other community, and something about that.

8         Q.    Well, let's drill down on that a

9    little bit.

10         Do the residents from the

11    minority community, are they not able to get

12    elected to the school board because they're

13    minorities?

14              MR. JASON:  Objection.

15         A.    I don't think so.  I think it's

16    because they don't have enough votes.

17         Q.    Why do you think they don't have

MsJeanFields_Rough

18    enough votes?

19         A.    Because in the Jewish -- the

20    orthodox and Hasidic communities there is

21    something called a bloc vote and whatever

22    their interests are the bloc vote always

23    wins.

24         Q.    Does the bloc vote that as you

25    describe it, do they vote for minority

                                                  69


1

2    candidates?

3              MR. JASON:  Objection.

4         A.    They vote for people who have

5    their interests at heart whether they're

6    minority or not.

7         Q.    Your understanding is that the

8    orthodox and Hasidic Jewish communities vote

9    for candidates who align with their

10    interests regardless of their rates?

11        A.    Yes.

12        Q.    In your experience in East

13    Ramapo, has there ever been a problem with

MsJeanFields_Rough

14    minority voters being kept away from the

15    polls?

16         A.    Not that I know of.

17         Q.    Do you know or rather in your

18    experience have you ever seen candidates for

19    the school board in East Ramapo ever you

20    know campaign on an issue specifically about

21    race?

22         A.    I have not, but I would like to

23    take a break.

24              MR. LEVINE:  That's fine.

25         (Recess taken.)


                                            70


1

2         Q.    In 2016 you ran against opposing

3    slate, right?

4         A.    Yes.

5         Q.    And that opposing slate included

6    gentleman by the name of Pierre Germain do

7    you remember that?

8         A.    Yes.

9         Q.    And also by a name by the name

Page 81

MsJeanFields_Rough

10    of Bernard Charles do you remember that?

11         A.    Yes.

12         Q.    And also a third candidate by

13    the name Yehuda Weissmandl do you remember

14    that?

15         A.    Yes.

16         Q.    You specifically ran against

17    Mr. Germain, right?

18         A.    Yes, he.

19         Q.    Do you know Mr. Germain?

20         A.    I've seen him.

21         Q.    Have you ever spoken to him?

22         A.    Hello how are you that kind of

23    thing not had a conversation with him.

24         Q.    Mr. Germain is a Haitian

25    gentleman?

                                              71

1

2          A.    Yes, he is of Haitian dissent.

3          Q.    Do you know anything about

4     Mr. Germain's policy or preferences for the

5     board of education?

                    Page 82

MsJeanFields_Rough

```
 6              MR. JASON:  Objection.

 7              MR. LEVINE:  You're right.

 8         Q.   Do you know anything about Mr.

 9   Germain's campaign platform from 2016?

10         A.   No, I don't.

11         Q.   Do you know Mr. Charles?

12         A.   Yes.

13         Q.   How do you know Mr. Charles?

14         A.   He's a member of the board.

15         Q.   Have you ever spoken with

16   Mr. Charles?

17         A.   Briefly also.

18         Q.   Anymore than pleasantries?

19         A.   No.

20         Q.   Do you know anything about

21   Mr. Charles's campaign platform when he ran

22   in 2016?

23         A.   No, I don't.

24         Q.   Do you know whether Mr. Charles

25   Mr. Germain and Mr. Weissmandl ran on an
```

                                               72


 1

MsJeanFields_Rough

2    official slate?

3         A.    I don't know that.

4         Q.    If you look at your declaration

5    on page 11 paragraph 35, it says I was not

6    invited to any candidate forum in the

7    predominantly white communities of East

8    Ramapo including new square Kaser or Monsey

9    do you see that?

10        A.    Yes.

11        Q.    Do you know whether there were

12   any candidate forums in those areas in 2016?

13        A.    I do not know.

14        Q.    So when you say that you were

15   not invited, you don't know that there was

16   anything candidate forum to have been

17   invited to?

18        A.    That's correct.

19        Q.    In this context when you say

20   predominantly white communities of East

21   Ramapo because you're referring to new

22   square Kaser or Monsey am I correct in

23   assuming that you're referring to the

24   orthodox and Hasidic Jewish communities?

25             MR. JASON:  Objection.

MsJeanFields_Rough

73

1

2          A.    Yes.

3          Q.    The second sentence of the same

4    paragraph says I was not invited to campaign

5    in any of these predominantly white

6    neighborhoods villages or ham let's in East

7    Ramapo to do you see that?

8          A.    Yes.

9          Q.    Do you know whether anyone was

10   invited to campaign in those neighborhoods?

11         A.    Where the campaigns took place I

12   don't know.

13         Q.    And the final sentence of the

14   same paragraph you say that you did not

15   campaign in those neighbors, right?

16         A.    Yes.

17         Q.    Let's look at the next

18   paragraph, paragraph 36 where you say I do

19   not know which organizations or community

20   leaders endorsed the slate on which my

21   opponent ran do you see that?

MsJeanFields_Rough

22          A.    Yes.

23          Q.    Do you know whether any

24    organization or community leader endorsed

25    the slate your opponent ran on?


                                    74


 1

 2          A.    No, I don't.

 3          Q.    Second sentence you say I was

 4    never offered an opportunity to compete for

 5    a position on that slate or for the

 6    endorsement of the community leaders who

 7    endorsed my opponent do you see that?

 8          A.    Yes.

 9          Q.    Are you aware whether there was

10    a competition for a position on that slate

11    that you could have been offered?

12              MR. JASON:  Objection.

13          Q.    I didn't say that quite right,

14    but do you understand what I mean.

15              You say you were never offered

16    an opportunity to compete for a position on

17    the slate do you know whether there was a

MsJeanFields_Rough

18   competition for a position on the slate?

19         A.    The fact that there public

20   school employees running and people with the

21   interest of the private school, begs the

22   assumption that there competition.

23         Q.    What I mean is do you know

24   whether you know your over point Mr. Germain

25   had to compete with anybody to be on the

                                              75

1

2    slate he was on?

3          A.    He competed with me.

4          Q.    For the election right?  Did you

5    want to compete to be on the private school

6    community slate?

7          A.    No.

8          Q.    Do you know whether there was a

9    competition to be on the private school

10   community slate?

11         A.    I'm not sure I get your

12   question.  I'm understanding it differently.

13         Q.    I'm having trouble communicating

                        Page 87

MsJeanFields_Rough

14      it I guess.

15                The idea you say you were never

16      offered an opportunity to compete for the

17      position on the slate on which your opponent

18      ran, do you see that?

19          A.    Yes.

20          Q.    That assumes there was a?

21          A.    Private school slate.

22          Q.    Right.  And that there was some

23      opportunity that you could have been

24      offered, but weren't, right?

25          A.    I think that if you lived in

                                                76

1

2      Rockland you would know that there are

3      public school candidates and private school

4      candidates that's it.

5          Q.    Why would you offered an

6      opportunity to run on the private school

7      slate?

8          A.    To let them know what my

9      thoughts were.

                      Page 88

MsJeanFields_Rough

10          Q.    Weren't you already on the

11    public school slate also?

12          A.    Yes, I was.

13          Q.    So if you're on the public

14    school slate why would you be an opportunity

15    to run on the private school slate?

16          A.    Because the public school slate

17    I would imagine not.  I would imagine I know

18    is competing against the private school

19    slate.

20          Q.    Right.  For the election?

21          A.    Yes.

22          Q.    That's what their campaign is

23    about.  I mean before that, the slating

24    process.  When you got together with your

25    slate for the public school community

                                              77

1

2    presumably the private school got

3    together --

4          A.    Exactly.

5          Q.    With their slate.  I just don't

                        Page 89

MsJeanFields_Rough

 6    understand why you would be offered a

 7    position, offered a chance to compete on the

 8    private school slate if you're already on

 9    the public school slate?

10         A.    Because they are opposed to each

11    other.  One opposes the other.

12         Q.    So you run against each other in

13    the election?

14         A.    Yes.

15         Q.    Maybe I'm misunderstanding the

16    declaration.  It sounds to me as you are

17    saying you were never offered an opportunity

18    to be on both slates?

19         A.    No.  I don't think that's what

20    I'm saying.

21         Q.    So that's not what you're

22    saying.

23              What are you saying in the

24    second sentence of this paragraph?

25         A.    I am -- I was not invited that's

                                              78

     1

MsJeanFields_Rough

2    the one or no.

3         Q.    Second sentence of paragraph 36?

4         A.    I was never offered an

5    opportunity to compete for a position on

6    that slate or for the endorsement of the

7    community, so it's either or.  When the

8    forums are being set up, everyone is

9    invited.  The NAACP and JAMCCAR sets up a

10   candidate forum and they invite all the

11   candidates that are running.  When they're

12   setting up a forum and I tone know that they

13   did, public -- no everyone was invited I

14   don't even know if there was a forum.

15        Q.    Does the private school

16   community to your knowledge hold candidate

17   forums?

18        A.    I don't know.  I would -- I

19   don't know.

20        Q.    Do you know anything about how

21   they go about selecting candidates?

22        A.    I have no idea.

23        Q.    Do you know whether there is any

24   kind of formal process involved?

25        A.    I don't know.

MsJeanFields_Rough

79

1

2          Q.     So when you say that you weren't

3    offered a tune to compete for the

4    endorsement of community leaders who

5    endorsed your opponent do you know whether

6    any community leaders endorsed your

7    opponent?

8          A.     I know he got more votes and he

9    voted with the interests of the private

10   schools.

11         Q.     How do you know that?

12         A.     Because when the results come

13   out you see it.

14         Q.     How can you tell from the

15   results that he votes from the private

16   school community?

17         A.     His votes came from private

18   schools.

19         Q.     Yes?

20         A.     So it's set up in geographical

21   district for each geographical district it

MsJeanFields_Rough

22    tells you how many votes the person got in

23    that didn't.

24        Q.    So do you know whether any

25    community leaders endorsed Mr. Germain?


                                    80


1

2         A.    I don't know.

3         Q.    Do you know whether any

4    community leader from the private school

5    community, you know holds a competition for

6    their endorsement?

7         A.    I don't think it's called a

8    competition.

9         Q.    I'm just trying to understand

10   why you say that you were never offered an

11   opportunity to compete for endorsements of

12   the community leader who endorsed your

13   opponent?

14        A.    To compete for position on the

15   slate or for the endorsement.

16        Q.    So you're saying you weren't

17   offered an opportunity to compete for the

MsJeanFields_Rough

18    endorsements of the community leaders who

19    endorsed your opponent?

20              MR. JASON:  Objection to form.

21        A.    That's correct.  I don't know

22    who they were.

23        Q.    Do you know that there were any?

24        A.    No, I don't know that either.

25        Q.    So in the third sentence when

                                          81

1

2    you say I do not know what criteria those

3    organizations or leaders used to slate or

4    endorse their preferred candidates, do you

5    know whether there are any such criteria?

6        A.    I don't know that, but there has

7    to be a way to choose someone to run there

8    has to be some formal process to choose

9    someone to run for office I'm just saying I

10   don't know what they did.

11       Q.    Why do you say that, did you

12   need to do anything in particular to run for

13   the school board?

MsJeanFields_Rough

14          MR. JASON:  Objection.

15     A.     Yes.

16     Q.     What did you need to do?

17     A.     I had to go to a public forum

18  with maybe six or seven candidates who

19  propose, you know, candidates and we were

20  asked many questions from the public and

21  there was a body of people who were at the

22  end of the evening went back and processed

23  whatever and then determined which three

24  people should run for office.

25     Q.     I'm asking something an a little

                                      82

1

2  bit different.  I understand there was a

3  process that you needed to go through to get

4  onto a certain slate, but just to run for

5  the school board, you don't need to be on a

6  slate do you?

7     A.     You don't need to.  You just

8  need to apply you need to have a certain

9  number of signatures and you need to make a

Page 95

MsJeanFields_Rough

10    formal application to the board of

11    education.

12         Q.    Right.  So there is no reason

13    why three people can't go down to the school

14    district and file those paper and run for

15    the school board?

16              MR. JASON:  Objection.

17         A.    With the proper signatures.

18         Q.    Right they don't need a formal

19    slate to do that?

20              MR. JASON:  Objection.

21         Q.    Do they?

22         A.    No I don't think so.

23         Q.    Right.  So do you know whether

24    your opponent Pierre Germain Bernard Charles

25    and Yehuda Weissmandl went through any


                                                  83


1

2    formal slating process?

3         A.    No.  They probably just got

4    together with the same interests and decided

5    to.

MsJeanFields_Rough

6        Q.    Right possible.

7

8              MR. LEVINE:  Off the record.

9              (Discussion off the record.)

10       Q.    Two of your opponents in the

11   2016 election were black men, right?

12       A.    One was.

13       Q.    Mr. Charles was a black man,

14   right?

15       A.    Wasn't my opponent.

16       Q.    Two members of the opposing

17   slate were black men, right?

18       A.    Yes.

19       Q.    And your understanding is that

20   they were supported by the orthodox and

21   Hasidic Jewish communities, right?

22       A.    Yes.

23       Q.    Do you think that the race of

24   the candidates in your election was a

25   motivating factor for any of the voters who

84

1

MsJeanFields_Rough

2    voted?

3           A.    No I have no further questions.

4                 MS. MATTHEWS:  I don't have any

5         questions.

6                 MR. JASON:  Off the record.

7                 (Discussion off the record.)

8                 MR. JASON:  No questions from

9         plaintiffs.

10                      (Time noted: ^   ^

11        ^ a.m. ^ p.m.)

12                      _____

13                      WITNESS NAME

14

15    Subscribed and sworn to before me

16    this ___ day of _____, 201_.

17

18    _____

19        Notary Public

20

21

22

23

24

25