# EXHIBIT 8

MrEricGoodwin_Rough

1

```
1

2     ---------------------------------------
      REALTIME AND INTERACTIVE REALTIME
3                  TRANSCRIPT
           ROUGH DRAFT DISCLAIMER
4     ---------------------------------------
      IMPORTANT NOTICE:  AGREEMENT OF PARTIES
5     ---------------------------------------
      We, the party working with realtime and
6     rough draft transcripts, understand that
      if we choose to use the realtime rough
7     draft screen or the printout, that we are
      doing so with the understanding that the
8     rough draft is an noncertified copy.

9     We further agree not to share, give, copy,
      scan, fax or in any way distribute this
10    realtime rough draft in any form (written
      or computerized) to any party.  However,
11    our own experts, cocounsel and staff may
      have limited internal use of same with the
12    understanding that we agree to destroy our
      realtime rough draft and/or any
13    computerized form, if any, and replace it
      with the final transcript upon its
14    completion.
                Case:  NAACP VS. ERCSD
15              Date:  FEBRUARY 8, 2018
      REPORTER'S NOTE:
16    Since this deposition has been realtimed
      and is in rough draft form, please be
17    aware that there may be a discrepancy
      regarding page and line number when
18    comparing the realtime screen, the rough
      draft, rough draft disk, and the final
19    transcript.
      Also please be aware that the realtime
20    screen and the noncertified rough draft
      transcript may contain untranslated steno,
21    reporter's note in double parentheses,
```

Page 1

MrEricGoodwin_Rough

22    misspelled proper names, incorrect or
      missing Q/A symbols or punctuation, and/or
      nonsensical English word combinations.
23    All such entries  will be correct on the
      final, certified transcript.
24    Court Reporter's Name:THERESA TRAMONDO
      FIRM:  VERITEXT LEGAL SOLUTIONS
25

                                            2

 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------- X
      NATIONAL ASSOCIATION FOR
 4    THE ADVANCEMENT OF
      COLORED PEOPLE,
 5    SPRING VALLEY BRANCH, et al.,

 6              Plaintiffs,

 7         vs.                No.
                              7:17-cv-08943
 8
      EAST RAMAPO CENTRAL
 9    SCHOOL DISTRICT, et al.,

10              Defendants.
      ----------------------------- X
11

12              Month Date, 2018

13              Time ^ a.m. ^ p.m.

14

15

16         Deposition of WITNESS NAME, held

17    at the offices of Firm, Address, City,

                   Page 2

MrEricGoodwin_Rough

18    State, pursuant to Replace, before Theresa

19    Tramondo, AOS, CLR, a Notary Public of the

20    State of New York.

21

22

23    Reported by:

24    THERESA TRAMONDO, AOS, CLR

25    JOB NO. ^  ^

3

1

2    APPEARANCE OF COUNSEL:

3    FOR PLAINTIFF:

4       [!FIRM1]

5       [!ADDRESS-A1]

6       [!CITY1], [!STATE1]  [!ZIP1]

7       BY:  [!ATTORNEY1]

8       [!E-MAIL1]

9       [!PHONE NUMBER1]

10    FOR ^ PLAINTIFF ^ DEFENDANT:

11       [!FIRM2]

12       [!ADDRESS-A2]

13       [!CITY2], [!STATE2]  [!ZIP2]

MrEricGoodwin_Rough

14      BY:  [!ATTORNEY2]

15      [!E-MAIL2]

16      [!PHONE NUMBER2]

17   FOR ^ PLAINTIFF ^ DEFENDANT:

18      [!FIRM3]

19      [!ADDRESS-A3]

20      [!CITY3], [!STATE3]  [!ZIP3]

21      BY:  [!ATTORNEY3]

22      [!E-MAIL3]

23      [!PHONE NUMBER3]

24

25

4

1

2   APPEARANCE OF COUNSEL (cont'd):

3

4   FOR ^ PLAINTIFF ^ DEFENDANT:

5      [!FIRM4]

6      [!ADDRESS-A4]

7      [!CITY4], [!STATE4]  [!ZIP4]

8      BY:  [!ATTORNEY4]

9      [!E-MAIL4]

MrEricGoodwin_Rough

10

11    FOR ^ PLAINTIFF ^ DEFENDANT:

12      [!FIRM5]

13      [!ADDRESS-A5]

14      [!CITY5], [!STATE5]  [!ZIP5]

15      BY:  [!ATTORNEY5]

16      [!E-MAIL5]

17      [!PHONE NUMBER5]

18    ALSO PRESENT:

19      NAME

20      NAME

21

22

23

24

25

5

1

2         STIPULATIONS

3

4

5       IT IS HEREBY STIPULATED AND AGREED,

Page 5

MrEricGoodwin_Rough

6  by and among counsel for the respective

7  parties hereto, that the filing,

8  sealing and certification of the within

9  deposition shall be and the same are

10  hereby waived;

11    IT IS FURTHER STIPULATED AND   AGREED

12  that all objections, except as to form

13  of the question, shall be reserved to

14  the time of the trial;

15    IT IS FURTHER STIPULATED AND AGREED

16  that the within deposition may be signed

17  before any Notary Public with the same

18  force and effect as if signed and sworn to

19  before the Court.

20

21

22

23

24

25

6

1

MrEricGoodwin_Rough

2    BY THE COURT REPORTER:

3        Q.    Please state your full name for

4    the record.

5        A.    Eric Goodwin.

6        Q.    What is your address?

7        A.    Home, 87 Meadow Lane, Nanuet New

8    10954.

9    EXAMINATION BY ^ HEADERS

10   MR. LEVINE:

11       Q.    Good morning, Mr. Goodwin.

12       A.    Good morning.

13       Q.    My name is Randall Levine.  I'm

14   attorney for the East Ramapo Central School

15   District.

16       A.    Yes.

17       Q.    Do you understand you're here

18   today to give testimony in a case called

19   NAACP versus East Ramapo Central School

20   District?

21       A.    Yes, I do.

22       Q.    Have you ever been deposed

23   before?

24       A.    No, I haven't.

25       Q.    Well, we'll go over a few of the

MrEricGoodwin_Rough

7

1

2    ground rules.  If you have any questions,

3    please ask.

4              Are you represented by counsel?

5         A.    Yes, I am.

6         Q.    Is your counsel sitting right

7    next to you?

8         A.    Yes, they are.

9         Q.    Very good.

10             In a deposition I'm going to ask

11   you a series of questions and your job is to

12   answer each question as fully and honestly

13   as you can to the very best of your

14   recollection do you understand?

15        A.    I understand.

16        Q.    As you can see the conversation

17   we're going to have is going to be

18   transcribed that requires a few things from

19   us.  First it makes things much easier if we

20   don't speak over each other so I will ask

21   you a question if you ask for me to wait

MrEricGoodwin_Rough

22    until I finish my question before you answer

23    it makes the transcript read a lot easier do

24    you understand?

25            A.    I understand.


                                                    8


1

2            Q.    Another thing the transcript

3    does not pick up head shakes or shoulder

4    shrugs, so if I ask you a question, I need

5    you to answer verbally do you understand?

6            A.    I understand.

7            Q.    If you need to take a break at

8    any time during the deposition, that's fine,

9    please ask.  All I ask in return if I asked

10    you a question, just answer the question

11    first, then we will take the break.  Okay?

12            A.    Understand.

13            Q.    At certain points today your

14    counsel may object to one of my questions,

15    if that happens, it's not an instruction to

16    you not to answer the question, so if you

17    understand you should answer anyway.  Okay?

MrEricGoodwin_Rough

18          A.    I understand.

19          Q.    If at any point you decide you

20   want to talk to your counselor about

21   something just ask for a break, we can do

22   that.

23          A.    I understand.

24          Q.    Before we move on, do you have

25   any questions for me about how this will

9

1

2   work?

3          A.    No questions at this time.

4          Q.    Is there any reason you can

5   think of today why you wouldn't be able to

6   give full, complete and honest testimony

7   today?

8          A.    There is no reason.

9          Q.    Are you feeling healthy today?

10          A.    Yes, I do.

11          Q.    Have you taken any medication

12   this morning that may affect your memory?

13          A.    No I did not.

MrEricGoodwin_Rough

14          Q.     Did you do anything to prepare

15     for your deposition this morning?

16          A.     Outside of me with my counsel's

17     no.

18          Q.     Okay.  I'm not interested in

19     anything that you may have discussed with

20     your counsel please don't tell me anything

21     about that.

22                 Did you review any documents to

23     prepare for your deposition this morning.

24          A.     No.

25          Q.     Did you meet with your counsel

                                                    10

1

2     again without telling me anything about what

3     was discussed did you meet with your counsel

4     to prepare for the deposition this morning?

5          A.     I met with my counselor this

6     morning to make sure that I was on time.

7                 MS. PARVIS:  Objection.  Make

8          sure you don't go into anything that

9          we discussed.

                        Page 11

MrEricGoodwin_Rough

10          A.    Just make sure I was on time and

11     ready game ready for today' events.

12          Q.    Did you meet with your counsel

13     at any time prior to this morning to prepare

14     for the deposition?

15          A.    Yes, I did.

16          Q.    When did you meet with your

17     counsel to prepare for the deposition?

18          A.    Last week, a few days last week.

19          Q.    Do you remember what days?

20          A.    I think it was about three days

21     last week, Monday, Wednesday and Thursday.

22          Q.    Was anybody else there during

23     those meetings besides your counsel?

24          A.    When you speak of anyone I mean

25     it was in the M L K center so there were a


                                                    11


1

2     plethora of people there.

3          Q.    What I mean is did you meet with

4     anybody else besides your counsel to prepare

5     for the deposition?

                         Page 12

MrEricGoodwin_Rough

6          A.     No.

7          Q.     Did you look at any documents to

8     prepare for the deposition during those

9     meetings?

10         A.     I did receive the deposition

11    that I -- -- what is the thing called.

12                MS. PARVIS:  Affidavit.

13         A.     The affidavit that I signed.

14         Q.     So you looked at a copy of your

15    declaration that was filed in this case to

16    prepare for the deposition?

17         A.     Yes.

18         Q.     Did you look at any other

19    documents?

20         A.     No.

21         Q.     So I'm not interested in your

22    counsel's testimony, I'm really only

23    interested in what you know and what you

24    remember, and so one of the things I always

25    like to say a deposition is an exam, but

                                          12

       1

MrEricGoodwin_Rough

```
 2    it's not a test so if you don't know

 3    something it's perfectly fine to say you

 4    don't know.  If you don't remember something

 5    it's perfectly fine to say you don't

 6    remember of the that's what I'm interested

 7    in whether you know and whether you

 8    remember.  You know can't answer ask your

 9    counsel because then I'm learning what the

10    counsel knows do you understand?

11         A.    I understand.

12         Q.    I'm going to show you a document

13    that we're going to mark for identification

14    as Goodwin Exhibit 1.

15              (Goodwin Exhibit # ,

16              description, marked for

17              identification, as of this date.)

18         Q.    Document you have of before you

19    marked as Goodwin Exhibit 1 says at the

20    middle of the page declaration of Eric

21    Goodwin take a few minutes to look it over

22    and then turn to the last page of the

23    document, which page 9.  There is a

24    signature it's sort of the upper middle the

25    page do you recognize that to be your
```

MrEricGoodwin_Rough

13

1

2    signature?

3        A.    One minute counselor I'm just

4    reviewing it.

5        Q.    Take your time.

6        A.    Counsel could you repeat your

7    last question?

8        Q.    I'd be happy to.

9              Turn to page 9 the upper middle

10    area of the page, do you recognize that

11    signature?

12        A.    Yes, do I.

13        Q.    Is that your signature?

14        A.    Yes, it is.

15        Q.    Do you remember signing this

16    document on November 16, 2017?

17        A.    Yes, do I.

18        Q.    At the top of the page where it

19    says I declare under penalty of perjury that

20    the fore going is true and, correct, do you

21    remember reading that line before signing?

MrEricGoodwin_Rough

22          A.    Yes, I do.

23          Q.    And you understand what it

24    means?

25          A.    Yes, I do.


                                        14


1

2          Q.    Please turn to page 2, paragraph

3    8, in the second sentence of that paragraph

4    it says I did not vote for Mr. Charles or

5    Mr. Germain when they rain for office in

6    2013 or 2016, do you see that?

7          A.    Yes, I do.

8          Q.    Who is Mr. Charles?

9          A.    He is one of the individuals on

10    the school -- currently on the school board.

11          Q.    Do you know Mr. Charles?

12          A.    Personally no.

13          Q.    Who is Mr. Germain?

14          A.    He's also on the school board.

15          Q.    Do you know Mr. Germain?

16          A.    Not personally.

17          Q.    Is Mr. Charles a black man?

MrEricGoodwin_Rough

18      A.      Yes, he is.

19      Q.      Is Mr. Germain a black man?

20      A.      Yes, he is.

21      Q.      You say that you did not vote

22  for Mr. Charles when he ran for office in

23  2013 or 2016 right?

24      A.      That is correct.

25      Q.      Why didn't you vote for

                                              15


1

2  Mr. Charles in 2013?

3      A.      The candidate apparently did not

4  have the support of the public school

5  community.

6      Q.      So let's break that up a bit.

7              What do you mean when you say

8  public school community?

9      A.      The individual did not --

10  Mr. Charles did not solicit, win the

11  approval of individuals within the public

12  school community.

13      Q.      When you say public school

MrEricGoodwin_Rough

14    community, what do you mean by that?

15         A.    The people who would more likely

16    attend and send their children to public

17    schools.

18         Q.    What sort of people are those?

19              MS. PARVIS:  Objection.

20         A.    Anyone who lives in East Ramapo.

21         Q.    So anyone who lives in East

22    Ramapo is a member of the public school

23    community?

24         A.    Anyone who lives in East Ramapo

25    can send their children to public schools.


                                        16


 1

 2         Q.    Who in East Ramapo is a member

 3    of the public school community?

 4              MS. PARVIS:  Objection.

 5         A.    Individuals in East Ramapo who

 6    are members of the public school community

 7    are the ones who have or can send their

 8    children to public schools.

 9         Q.    To your knowledge is there
                        Page 18

MrEricGoodwin_Rough

10    anyone in East Ramapo who can't send their

11    children to the public schools?

12              MS. PARVIS:  Objection.

13        A.    Not to my knowledge.

14        Q.    When you say public school

15    community, who are you referring to?

16        A.    Anyone who can and will send

17    their children to public school.

18        Q.    But isn't that everyone in East

19    Ramapo?

20              MS. PARVIS:  Objection.

21        A.    Allegedly yes.

22        Q.    All right.  So your testimony is

23    that Mr. Charles to your knowledge did not

24    obtain the support of everyone in East

25    Ramapo?

                                          17

1

2              MS. PARVIS:  Objection.

3        A.    Everyone who would and wanted to

4    send their children -- would or could send

5    their children to public school.

                    Page 19

MrEricGoodwin_Rough

6        Q.    Is there anyone in East Ramapo

7   to your knowledge who is not a member of the

8   public school community?

9              MS. PARVIS:  Objection.

10       A.    I would have no way of knowing.

11       Q.    Why do you use the phrase public

12  school community?

13       A.    I use the phrase public school

14  community because public schools are for all

15  to use whether the individuals choose not to

16  send their children to public schools that's

17  their individual right.

18       Q.    Are people who choose not to

19  send their children to the public schools in

20  your mind not members of the public school

21  community?

22             MS. PARVIS:  Objection.

23             MR. LEVINE:  What's the basis of

24      that?

25             MS. PARVIS:  How would he have

                                          18

     1

                  Page 20

MrEricGoodwin_Rough

2        any idea of knowing that.

3              MR. LEVINE:  I'm asking his

4        understand.

5        Q.    What is your understanding of

6    when you use the phrase "public school

7    community," do people who don't send their

8    children to public school qualify as members

9    of the public school community?

10       A.    Yes, they do.

11       Q.    Does the public school community

12   include black people?

13       A.    Yes, it does.

14       Q.    Does the public school community

15   include Latino people?

16       A.    Yes, it does.

17       Q.    Does the public school community

18   include white people?

19       A.    Yes, it does.

20       Q.    Does the public school community

21   include Jewish people?

22       A.    Yes, it does.

23       Q.    You have an understanding about

24   how many people would you say are in the

25   public school community?

MrEricGoodwin_Rough

19

1

2          A.      Based on what I know what I've

3    been briefed on, there are about 8 thousand

4    kids within the public school community who

5    are actually physically attend public

6    schools.

7          Q.      And your understanding is that

8    there are more people in the public school

9    community than the children who attend the

10   public schools; is that right?

11         A.      Yes.

12         Q.      So about how many people if you

13   have an understanding makeup the public

14   school community?

15         A.      There are what approximately 55

16   thousand people in East Ramapo?

17         Q.      If you say so?

18         A.      Per the numbers that I've heard.

19         Q.      Okay.  So about 55 thousand

20   people makeup the public school community;

21   is that right?

Page 22

MrEricGoodwin_Rough

22          A.    That is correct.

23          Q.    Turning back to Mr. Charles I'm

24    paraphrasing so if I don't have it correctly

25    correct me, please, but your testimony is


                                        20


 1

 2    that you didn't vote for Mr. Charles because

 3    you understood that he didn't have the

 4    support of the public school community in

 5    East Ramapo, right?

 6          A.    That is correct.

 7          Q.    Did Mr. Charles win that

 8    election?

 9          A.    Yes, did.

10          Q.    How did Mr. Charles win that

11    election if all 55 people in East Ramapo

12    didn't support him?

13                MS. PARVIS:  Objection.

14          A.    He got more votes than the

15    opposing candidates.

16          Q.    If you have an understanding who

17    voted for him?

MrEricGoodwin_Rough

18          A.     Oh, I'm not in the voting ballot

19     box with the various individuals.

20          Q.     Do you have an understanding

21     that somebody must have voted for him?

22               MS. PARVIS:  Objection.

23          A.     Being that he won yes I have a

24     firm understanding that someone voted for

25     him.

                                        21

1

2          Q.     All right.  If I were to use the

3     phrase private school community would you

4     know what I was talking about?

5          A.     Yes.

6          Q.     Do you have an understanding of

7     what the phrase private school community

8     refers to?

9          A.     Yes.

10          Q.     What does the private school

11     community refer to?

12          A.     Individuals who opt and choose

13     to send their children to private schools.

MrEricGoodwin_Rough

14          Q.     Is the private school community

15     part of the public school community?

16          A.     Yes, it is.

17          Q.     Did members of the private

18     school community vote in the East Ramapo

19     elections in 2016 to your knowledge?

20                 MS. PARVIS:  Objection.

21          A.     Could you say the question again

22     counsel?

23          Q.     Yes.  To your knowledge, did any

24     members of the private school community vote

25     in the 2016 election?

                                                    22

1

2          A.     I would imagine so counsel.

3          Q.     Other than your prior testimony

4     that you believe Mr. Charles did not have

5     the support of the public school community,

6     were there any specific reasons why you

7     didn't vote for Mr. Charles in 2016?

8          A.     Well, again he was unable to

9     win, and convince the public school

                          Page 25

MrEricGoodwin_Rough

10    community that his cause was in the best

11    interest of individuals who sent their

12    children to public schools.

13        Q.    To your knowledge did

14    Mr. Charles win the election in 2016?

15        A.    Yes, he did.

16        Q.    My question was were there

17    specific reasons why you chose not to vote

18    for Mr. Charles?

19        A.    An it's been overall consensus

20    that he was not there to represent the

21    overall needs of the individuals that

22    sent -- or the students who attended the

23    public school system.

24        Q.    Do you know why there was such a

25    consensus?


                                          23


1

2              MS. PARVIS:  Objection.

3        A.    I just it was an overall feeling

4    most of the people in the district most of

5    the people who sent their children to public

                    Page 26

MrEricGoodwin_Rough

6    schools let me clarify that.

7            Candidates run all the time.

8    They don't always appeal to various group

9    within communities.

10           Q.    Did Mr. Charles do something

11   that you disagreed with?

12           A.    One of my big things was the

13   lack of campaigning to me and my area and

14   town.  I don't recall outside if he spoke at

15   a campaign rally or a candidate forum.  I

16   saw the other candidates heavily throughout

17   the community with an intent to try to

18   solicit my vote.  I don't recall either

19   candidate Charles or -- Germain Charles or

20   Pierre doing any campaigning towards me.

21           Q.    What about as a member of the

22   board of education did Mr. Charles do

23   anything specific that you disagreed with?

24           A.    Specifics they're going to

25   escape me now, but a lot of the voting did

24

1

MrEricGoodwin_Rough

2  not go into favor of the public school

3  community.

4       Q.    Can you recall as you sit here

5  today, any particular votes that you would

6  say did not go in favor of the public school

7  community?

8       A.    One in particular would be a

9  decision to add a transportation executive

10  to the didn't at 160 thousand dollars a year

11  plus overtime for cash strapped school

12  district considering the transportation cost

13  was tremendous at the time.

14       Q.    What do you mean by a

15  transportation executive?

16       A.    They wanted to hire someone to I

17  guess manage transportation in the

18  distribute at a cost of 162 thousand dollars

19  plus overtime.

20       Q.    When did that occur?

21       A.    I saw that in 2017.

22       Q.    And Mr. Charles supported that

23  effort?

24       A.    From my understanding yes.

25       Q.    Do you know why he supported

MrEricGoodwin_Rough

25

1

2     that effort?

3         A.     I do no.

4         Q.     Did the distribute ultimately

5     retain a transportation executive?

6         A.     I'm not a hundred percent sure.

7         Q.     Are you less than a hundred

8     percent sure?

9             MS. PARVIS:  Objection.

10        A.     I'm not sure.

11        Q.     You don't know?

12        A.     I don't know.

13        Q.     Okay.

14             So do you know why the board of

15    education was considering hiring a

16    transportation executive?

17        A.     Part of the reason was due to

18    the high cost of transportation for the

19    distribute.  And from my understanding the

20    condition of the fleet, the school bus

21    fleet.  Amongst other things.

MrEricGoodwin_Rough

22          Q.    How do you know that there is a

23    high cost of transportation for the

24    district?

25          A.    That's one of the large of


                                              26


1

2    evident consumption based on the reports

3    that are put out that was one of the largest

4    line items in the school district.

5          Q.    What reports were you

6    referencing?

7          A.    They put out a report out from

8    the school district the board puts out a

9    report that anyone can see.

10          Q.    Is it a budget report?

11          A.    Yes, budget report.

12          Q.    Anyone could see the budget

13    report?

14          A.    Yes.

15          Q.    Do you know how the district's

16    transportation costs compared to other

17    school districts?

MrEricGoodwin_Rough

18          MS. PARVIS:  Objection.

19     A.    No I do not.

20     Q.    Why do you why do you

21  characterize the transportation cost as

22  high?

23     A.     8 million dollars to transport a

24  to transport students is a bit of an

25  excessive amount.  In my military career

                                    27

1

2   we've handled transportation issues and the

3   cost is high, but to talk about a community

4   55 thousand people in number, 8 million in

5   school bus fees, that could be a bit

6   excessive from my opinion.

7      Q.    Do you know how many students

8   the district buses?

9      A.    From my understanding somewhere

10  about close to 40 thousand -- I'm not sure.

11  I don't want to speculate.  I'm not sure.

12     Q.    Well, so correct me if I'm

13  wrong, you testified earlier there were

MrEricGoodwin_Rough

14    about 8,000 public school students right?

15         A.    Yes.

16         Q.    Do you have any understanding

17    about how many private school students there

18    are in the school district?

19         A.    Again, I'll be speculating, but

20    I remember it being somewhere close to 30

21    thousand.

22         Q.    Do you know whether the school

23    district is responsible for busing private

24    school students?

25         A.    Yes.

                                              28

1

2          Q.    Would it be fair to say the

3    district buses close to but not quite 40,000

4    private school students -- students total,

5    rather?

6          A.    Yes.

7          Q.    Knowing that do you think your

8    estimate of 55 thousand people in the

9    district might be a little low?

                    Page 32

MrEricGoodwin_Rough

10          A.    It could be.  Again I'm not the

11    census bureau, so.

12          Q.    Do you know whether any other

13    school district in Rockland county buses

14    40,000 students?

15          A.    No.

16          Q.    Do you know whether any other

17    school district in New York buses 40,000

18    students?

19          A.    Counsel, I'm from the Bronx.  I

20    didn't take school bus to school.  We walked

21    or took public transportation.  So the

22    concept of busing is a bit new, but in terms

23    of the needs of various other school

24    districts, I'm not certain.

25          Q.    Fair enough.


                                            29


1

2               Would you agree it's hard to say

3    whether 8 million dollars is high in terms

4    of busing costs if you don't know what to

5    compare it to?

                        Page 33

MrEricGoodwin_Rough

6            MS. PARVIS:  Objection.

7        A.    Part of the purpose of the

8   school board, counselor, is to manage costs

9   and there is a possibility that there could

10   be a bit redundancy.  If we can objectively

11   seek to lower costs, why would I concerned

12   citizen as a taxpayer as a parent even be

13   concerned.

14        Q.    Do you know how much the

15   district spends per student to bus them?

16        A.    I knew that number offhand at

17   one time.  I can't remember it offhand now.

18        Q.    Do you know what any other

19   school district in Rockland County spends

20   per student to bus their student?

21        A.    No.

22        Q.    As you sit here today, do you

23   know of any inefficiencies in the way the

24   school district spends transportation

25   dollars?

30

1

MrEricGoodwin_Rough

2       A.    Based off what I see, like I

3   said it could be some redundancies.  Offhand

4   I can't think of anything offhand.

5       Q.    Besides the issue of the

6   transportation executive is there anything

7   else Mr. Charles did as a school board

8   member that you disagreed with?

9       A.    I would have to say the selling

10  off of school assets buildings things of

11  that nature.

12      Q.    What do you mean by that?

13      A.    Buildings were sold for pennies

14  on the dollar.  I didn't particular agree

15  with that.

16      Q.    What building was sold?

17      A.    A number of -- some of the old

18  schools.

19      Q.    How many schools?

20      A.    I can't remember offhand.

21      Q.    More than one?

22      A.    Several.

23      Q.    Several schools.

24            How do you know the schools were

25  sold for pennies on the dollar?

MrEricGoodwin_Rough

31

1

2          A.      I remember reading in the

3    periodical that an individual was brought up

4    on charges for the appraisal of the schools

5    or something of that nature, and then I

6    remember where the seller of the school --

7    of the building was halted for some type of

8    improprieties.

9          Q.      Do you know which building

10   specifically?

11         A.      I can remember which building.

12   At the time I was fairly new to the

13   district.

14         Q.      Do you know the sale price of

15   any particular building?

16         A.      I can't remember it offhand.

17         Q.      Do you know the appraisal value

18   of any particular building?

19              MS. PARVIS:  Objection.

20         A.      I can't remember it offhand.

21   I'm not an appraiser.

MrEricGoodwin_Rough

22        Q.    Do you know if Mr. Charles voted

23    in favor of either of those sales that you

24    described?

25        A.    From my understanding he voted


                                            32


1

2    in favor.

3              (Record read.)

4        Q.    Is there anything else as you

5    sit here today that you being recall

6    Mr. Charles did that you disagreed with?

7        A.    I can't remember.

8        Q.    How about Mr. Germain as you sit

9    here today can you recall anything

10    Mr. Germain did as many of the board of

11    education that you disagreed with?

12        A.    From my understanding he pretty

13    much went along the same lines as Charles

14    Pierre.

15        Q.    By Charles Pierre are you

16    referring to the other board member Sabrina

17    Charles Pierre?

MrEricGoodwin_Rough

18          A.    Oh, I'm sorry not Charles I'm

19     sorry.  What his name?  The other --

20     Mr. Charles.

21          Q.    Do you know of any specific

22     things that Mr. Germain did as a board

23     member that you disagreed with?

24          A.    Like I said before, they pretty

25     much went along the same lines.  On top of

                                              33

1

2     the fact that on a number of occasions

3     individuals didn't show up to school board

4     meetings, but outside of that.

5          Q.    What individuals didn't show up

6     to board meeting?

7          A.    A number of different members,

8     but in some instances, I think Mr. Germain a

9     number of occasions that I have been there,

10     he wasn't at the board meetings.

11          Q.    What about Mr. Charles?

12          A.    For the most part he was

13     present.

                    Page 38

MrEricGoodwin_Rough

14          Q.    The same paragraph, paragraph 8,

15    second sentence, you say, I'll read it so

16    folks could read along, "I do not know of

17    any black or Latino voters who voted for

18    Mr. Charles or Mr. Germain in 2013 or 2016;

19    do you see that?

20          A.    Yes, I do.

21          Q.    Did you write this declaration?

22          A.    Yes, I did.

23          Q.    Did anybody help you with it?

24          A.    In conjunction with my counsel.

25          Q.    Other than your counsel did

                                                    34

1

2    anybody else help you write this?

3          A.    No.

4          Q.    And you wrote it yourself?

5          A.    Yes.

6          Q.    So you wrote the sentence "I do

7    not know of any black or Latino voters who

8    voted for Mr. Charles or Mr. Germain in 2013

9    or 2016"?

MrEricGoodwin_Rough

10          A.    Yes.

11          Q.    Why would you know how other

12   black or Latino voters vote?

13              MS. PARVIS:  Objection.

14          A.    I speak to people.  And I did

15   not speak to everyone in Rockland County.  I

16   did not speak to every African-American in

17   Rockland County.  But I'm a member of an

18   African-American ^  organizations which are

19   actively involved in the community.  I come

20   into contact with a large number of people,

21   Haitian, Hispanic.  We do programs

22   supporting that base.  Conversations come up

23   in which those two particular two names have

24   always -- has come up on a number of

25   occasions.

                                            35

1

2          Q.    People have told you who they

3   voted for in public school elections in East

4   Ramapo?

5          A.    People for the most part have

                    Page 40

MrEricGoodwin_Rough

6     told me their disdain for Charles and

7     Germain.

8           Q.    But has anybody told you who

9     they voted for in any public school election

10    in East Ramapo?

11          A.    Directly, no.  They've always

12    said that the candidates that they supported

13    have never been elected.

14          Q.    All right.  So when you say you

15    did not know of any black or Latino voters

16    who voted for Mr.  Charles or Mr. Germain in

17    2013 or 2016, do you know how any -- who any

18    black or Latino voter voted for other than

19    yourself in 2013 or 2016?

20                MS. PARVIS:  Objection.

21          A.    Say the question again I'm

22    sorry.

23          Q.    Other than yourself, do you know

24    how any black or Latino voter voted in 2013

25    or 2016?

                                                    36

1

                        Page 41

MrEricGoodwin_Rough

2          A.      In conversations individual

3    expressed enthusiasm in hoping that we won,

4    so I could only go by the people that I

5    spoke to who demonstrated support for me.

6    Those are the only -- the sample size that I

7    have to go by.

8          Q.      How big of a sample size is

9    that?

10         A.      Well, apparently less than 5

11   thousand.

12         Q.      So you're saying that you talked

13   to less than 5 thousand people and they told

14   who they voted for in 2013 and 2016?

15         A.      I spoke to a mass number of

16   people with various churches community

17   organizations and they've talked to me and

18   said that they we hoped that we won

19   individuals on the board were not even

20   attempting to try to meet their needs and as

21   a result that they were going to vote for

22   me.

23         Q.      Can you recall anybody who told

24   you how they voted in 2013 and 2016

25   specifically?

MrEricGoodwin_Rough

37

```
 1
 2              MS. PARVIS:  Objection.
 3       A.    No, during that time it was more
 4   so that people were just talking about their
 5   disdain for the members who were elected to
 6   the board.
 7       Q.    Did you develop an understanding
 8   of why they have disdain for the members of
 9   the board?
10       A.    Actually, yes.  Prior to moving
11   to Rockland County I lived in the Bronx I
12   had family and friends who lived in Rockland
13   County.  Rockland County was the place to go
14   one of the best school districts in the
15   country in the state by the time I get here
16   ice amongst the bottom.  Watching a district
17   go from one of the best to one of the worst
18   it obviously creates a level of resentment
19   to the individuals that are elected.
20       Q.    Do you have an understanding of
21   why what you just described in terms of the
```

Page 43

MrEricGoodwin_Rough

22    district why that occurred?

23         A.    Fiscal mismanagement, poor

24    leadership, a lack of -- lack of

25    stakeholders in the community.


                                              38


1

2          Q.    What do you mean by a lack of

3    stakeholders in the community.

4          A.    If you were truly concerned

5    about the state of the school board or the

6    school district the minute the district

7    starts to go on a down swing you would do

8    everything anything and everything you can

9    to propel it forward to go from number 1 to

10   whatever we are now and to sit there with a

11   stoic look and for the most part not as

12   responsive as one need be it's obvious that

13   you doesn't have a stake in the community.

14         Q.    I'm not sure I understand.  When

15   you say a lack of lack of stakeholders in

16   the school district who would be the

17   stakeholders?

MrEricGoodwin_Rough

18          A.    It would be the community as a

19     hole.  These are individuals who send their

20     children to public schools with the intent

21     on getting them the best education so they

22     could be the most productive and positive

23     influences within the community.  A

24     deteriorating school district in particular

25     a school system makes that less likely to

                                              39

1

2      occur.

3          Q.    What should the stakeholders

4      have done differently?

5          A.    Well, for one fiscal management

6      is key.

7          Q.    If the stakeholders refer to

8      everybody in East Ramapo, right?

9          A.    Well, there are stakeholders and

10     there are shareholders.

11         Q.    What do you mean by that?

12         A.    Well, stakeholders have a stake

13     in it.  I'm a stakeholder because I'm

                    Page 45

MrEricGoodwin_Rough

14    sending my child to that public school.  I

15    want the best out of the public schools.  My

16    child could graduate -- I make a descent

17    living, I can send my child to private

18    school if I want, but he the individuals in

19    the public schools for the most part look

20    like me.  I am a stakeholder.  I want

21    individuals within our community to improve,

22    to have a decent shot at becoming the best

23    possible citizens that they can.  That's a

24    stakeholder.  A shareholder are those

25    individuals who are more concerned with


                                                40


1

2    whatever their particular wants or desires

3    are.

4         Q.    Is there sort of a difference of

5    interest between stakeholders and

6    shareholders; is that what you're

7    describing?

8         A.    Well, I remember when I went to

9    college, I had to have not only good grades,

Page 46

MrEricGoodwin_Rough

10    but I had to be active within the community.

11    I had to take part in certain activities,

12    sports, debate, things of that nature.  When

13    you start cutting programs, that makes it

14    that much harder for the children of the

15    public school communities to compete, to get

16    into some of these higher echelon

17    institutions.  That's what I mean by what I

18    said.

19         Q.    I'm still not sure I understand.

20    I'm just trying to understand --

21         A.    I got you.

22         Q.    Shareholders and stakeholders,

23    are you saying they have different

24    interests?

25         A.    Let's use a company.

                                        41

1

2          Q.    Okay.

3          A.    What does a shareholder get out

4    of a company?

5          Q.    Why don't you let me ask the

MrEricGoodwin_Rough

6    questions.

7         A.    Well, I'm -- that's --

8         Q.    What do you think a shareholder

9    gets out of the company?

10        A.    A shareholder tends to benefit

11   from the company for whatever, financially

12   whatever, whatever gain they get.  The

13   stakeholder wants to see the company

14   improve, wants to see it grow.  I don't see

15   that with the individuals on the school

16   board.

17        Q.    So the individuals on the school

18   board are shareholders in your mind, right?

19        A.    In my mind yes.

20        Q.    What does that mean in real --

21   like real terms because shareholders is a

22   metaphor and it's a useful one --

23        A.    That's right.

24        Q.    -- right?  But what about the

25   members of the school board leads you to

42

1

MrEricGoodwin_Rough

2    believe they are not stakeholders?

3        A.    Counsel, I went to Afghanistan,

4    when we went to Afghanistan there we had to

5    do our due diligence, get our geographical

6    whole view of the land.  Afghanistan, I

7    think they said, was 2 percent literate when

8    we arrived.  We build schools.  We put money

9    in the infrastructure.  I think it's some

10   where about 20 percent now.  I'm going to

11   sit there as an individual, as an adult, sit

12   there and watch a third world country make

13   leaps and bounds in education in such a

14   short period of time, and I'm in the most

15   powerful nation in the world, and we can't,

16   we're going from one to whatever.  That's

17   what I'm...

18       Q.    Staff sergeant Goodwin, right?

19       A.    Chief Warrant Officer Three

20   promotable.

21       Q.    You one won a bronze star?

22       A.    And two meritorious service

23   medals.

24       Q.    What did you get the bronze star

25   for?

MrEricGoodwin_Rough

43

1

2          A.     I was the chief of personnel

3    plans and operations for Iraq.

4          Q.     And bronze star is for valor?

5          A.     Service.

6          Q.     Service.

7                 Nobody is questioning you

8    commandments to service right now.  I just

9    want to understand your views as clearly as

10   I can.

11                So what I mean is when you say

12   the members of the school board aren't

13   stakeholders and you say that they don't

14   have the best interest of the school

15   district in mind, what is it about them that

16   makes you think that?

17         A.     Simply put, the state had to

18   come in and pretty much manage the district.

19   I'm sorry, counsel, in all my jobs, if

20   anyone had to come in and provide oversight,

21   that means mismanagement amongst other

MrEricGoodwin_Rough

22    things.  There is a need for dire change.

23    They have to want to improve the district.

24    I see the numbers, I see the shortcomings I

25    deal with this daily.  You brought up my

44

1

2    bronze star.

3         Q.    I did.

4         A.    I got that bronze star because I

5    looked at the deficiencies I came one plans

6    in which I could attack different

7    deficiencies and they generated results.

8    Period.  You can't tell me looking at this

9    school district that these individuals that

10    had been there the successful businessman

11    ran the school district into the condition

12    that it is now and say that they truly are

13    concerned about the state of the education

14    system in this district.

15         Q.    Do -- are they not concerned

16    about the school district because their

17    white?

MrEricGoodwin_Rough

18        A.      Counselor I could never tell the

19    motives behind the individuals on the school

20    district I could just tell what you I see as

21    results.

22        Q.      So does the race of a school

23    board member matter to you at all?

24        A.      Counselor I would vote for the

25    best qualified person for any position

                                                45

1

2    regardless of race creed culture sex

3    ethnicity the whole line we're talking about

4    my child, grant it, I'm a proud

5    African-American unapologetic done, but if a

6    Jewish woman could do a better job over an

7    African-American man she has my vote.  We're

8    talking about my child.

9        Q.      Is it fair to sum up your

10    dissatisfied with the school board because

11    you think they're bad at their jobs?

12        A.      Yes.

13        Q.      Fair enough.

MrEricGoodwin_Rough

14              Is that why you ran for the

15   school board?

16        A.    Yes.

17        Q.    When did you run for the school

18   board?

19        A.    2017.

20        Q.    Did you run with anybody else on

21   a slate?

22        A.    Yes, Chevon and Allie, Chevon

23   DOS and Alexandra Manigo.

24        Q.    Did your slate have a campaign

25   platform?

                                        46

1

2        A.    Yes transparency accountability

3   are sum of the pillars of it.

4        Q.    Did you create a website for

5   your campaign?

6        A.    Yes.

7        Q.    If I was to?

8        A.    Facebook.  More so a Facebook

9   page.

MrEricGoodwin_Rough

10          Q.    If I was to use the phrase "East

11    Ramapo Coming Together," would you recognize

12    that, would you know what that is?

13          A.    Yes.

14          Q.    Is that your website for the

15    campaign?

16          A.    That is, yes.

17          Q.    It is, okay.

18                MR. LEVINE:  I'm going to mark

19          for identification Goodwin Exhibit 2.

20                (Goodwin Exhibit # ,

21          description, marked for

22          identification, as of this date.)

23          Q.    You have been shown a document

24    that we've marked as Goodwin Exhibit 2.

25    There is a title at the top of the page

                                                    47

1

2     underlined called "East Ramapo Coming

3     Together" do you see that?

4           A.    Yes, I do.

5           Q.    Does this look like a printout

                        Page 54

MrEricGoodwin_Rough

```
 6    of your campaign website?

 7         A.    Yes.

 8         Q.    As you sit here today do you see

 9    anything that appears to have been changed

10    in any way from the website that you're

11    familiar with?

12         A.    Nothing comes out immediately

13    no.

14         Q.    The sub title on this page says

15    fairness for all child and you're goals do

16    you see that?

17         A.    Yes.

18         Q.    So does this represent a

19    statement of your campaigns platform?

20         A.    Yes, it does.

21         Q.    Is there anything else that was

22    a significant issue for your campaign that

23    was not included in your platform?

24         A.    Not that I recall.

25         Q.    So the first goal says high
```

48

 1

MrEricGoodwin_Rough

2    expectations for all children do you see

3    that?

4            A.    Yes.

5            Q.    I'm summarizing correct me if

6    you disagree, but this goal seems to be

7    about improving services in order to improve

8    outcomes for public school students right?

9            A.    Yes.

10           Q.    As part of your campaign were

11   you ever asked to consider the expense to

12   the district to fulfill the goals set out

13   for the high expectations for all children?

14                MS. PARVIS:   Objection.

15           A.    In running for a particular

16   office in which you're dealing with budgets,

17   the expenses are always something that is

18   considered.

19           Q.    So you did consider the

20   potential expenses to the district?

21           A.    Yes.

22           Q.    Did you estimate the expense?

23           A.    Actually no.  Once -- to make

24   estimations prior to being elected would be

25   delusions of grand dire I mean I would have

Page 56

MrEricGoodwin_Rough

49

1

2    to sit down see what's coming in what are

3    the underlying assets and things of that

4    nature, so I would have to -- sitting there,

5    making any type of estimations prior to

6    being elected to a position would be

7    foolhardy at best.

8         Q.    Do you own a home in East

9    Ramapo?

10        A.    Yes, I do.

11        Q.    Do you pay property taxes in

12   East Ramapo?

13        A.    Yes, I do.

14        Q.    Do you know what the property

15   tax rate is currently?

16        A.    Offhand, no.  I just know what I

17   pay in property taxes.

18        Q.    What do you pay in property

19   taxes?

20        A.    I pay about 6 thousand dollars.

21        Q.    Was it part of your campaign

MrEricGoodwin_Rough

22    platform to increase the property tax rate

23    to cover any additional expenses to achieve

24    your goal?

25          A.    That was a part of the campaign

50

1

2    platform, but it was something that we --

3    that you have to understand that it could

4    possibly occur, I'm a home owner, I

5    understand if you live in a good school

6    district usually property taxes are higher

7    that's just par for the course.

8          Q.    Right.  Did your campaign ever

9    take an official position one way or the

10    other on property tax rates?

11          A.    Not particularly, no.

12          Q.    Would you say that the property

13    tax rates weren't a main focus of your

14    campaign?

15          A.    It was not the main focus.

16          Q.    What about providing education

17    services to private school students was that

Page 58

MrEricGoodwin_Rough

18    a main focus of your campaign?

19          A.    At the early stages of

20    campaigning we reached out to the private

21    school communities to see what were their

22    particular needs, we heard nothing back from

23    them.

24          Q.    Tell me about that, what did you

25    do to reach out to private school

                                                        51

1

2    communities?

3          A.    Sent various e-mails out to the

4    various P T As at the private schools as

5    well as -- as well as the school themselves.

6          Q.    Do you still have those e-mails?

7          A.    I should have them I have to

8    check.

9          Q.    Do you remember anybody specific

10    that you sent e-mails to of that kind?

11          A.    Just a general e-mail to the

12    principals.  I think the principal and the

13    PTA.

MrEricGoodwin_Rough

14        Q.    What did you ask them?

15        A.    Just an opportunity to speak

16   with them to understand their concerns.  I

17   was running for school board never got

18   anything back.

19        Q.    Did you do anything else?

20        A.    We had a meeting -- we tried to

21   meet with other groups within the private

22   school community and that didn't turnout to

23   be as fruitful as we would have liked.

24        Q.    In this particular context when

25   you say private school community, do you

                                              52

1

2   mean the orthodox and Hasidic school

3   community?

4        A.    And the Catholic schools.

5        Q.    Did you send e-mails like it

6   this to Catholic school administrators?

7        A.    That's who I sent it to the

8   Catholic school administrators.

9        Q.    If I use the word yeshiva do you

MrEricGoodwin_Rough

10    know what that is?

11         A.    Yes.

12         Q.    What is a yeshiva?

13         A.    It's a school that religious

14    based for the Jewish community.

15         Q.    Did you send e-mails to yeshiva

16    administrators?

17         A.    No we did not.

18         Q.    How many Catholic schools are

19    there in the distribute?

20         A.    I sent it to two.

21         Q.    Do you remember the names of the

22    schools?

23         A.    Saint Anthony's and I forget the

24    other one.

25         Q.    No one responded from saint

                                              53

1

2    Anthony's?

3         A.    Neither Catholic schools.

4         Q.    Other than e-mails did you do

5    anything to reach out to the Catholic school

Page 61

MrEricGoodwin_Rough

6    administrators?

7         A.    Actually after that no.

8         Q.    Did you do anything to reach out

9    to the yeshiva administrators?

10        A.    Well, we reached out to the

11   yeshiva community which we had a forum in

12   which we wanted to sit down and address

13   issues and concerns that affect the

14   yeshivas.

15        Q.    If you would take a look at your

16   declaration which we have marked for

17   identification as Exhibit 1 when you

18   testified just now that there was a forum,

19   are you referring to the event at the green

20   meadow Waldorf school described in paragraph

21   20 of your declaration?

22        A.    Yes that is correct.

23        Q.    The first sentence of paragraph

24   20 I'll read it so folks could follow along

25   it just says that I was not invited to any

54

1

MrEricGoodwin_Rough

2   candidate forums in predominantly white

3   community in the district including New

4   Square Kaser and Monsey do you see that?

5          A.    Yes.

6          Q.    Does that mean that the event at

7   the green meadow Waldorf school in chestnut

8   school was not a candidate forum in a

9   predominantly white community?

10         A.    What that means is -- the

11  purpose of that forum was to meet with the

12  private school community so we could address

13  any issues and concerns so that if we were

14  to win that we could better address their

15  needs when I say candidate forum I mean when

16  the candidates get up individuals from the

17  various communities present their concerns

18  and both sides have a chance to debate

19  and/or address their needs.  There was no

20  two sides to that event.

21         Q.    Do you remember when the green

22  meadow Waldorf school event occurred?

23         A.    Probably I'm not sure probably

24  April or may I'm not exact sure.

25         Q.    Do you know whether besides your

MrEricGoodwin_Rough


55


1

2     slate anyone else had announced their can I

3     for the school board at that time?

4          A.     Outside of the incumbents there

5     was one vacant seat and weigh had no

6     knowledge of who that individual was.

7          Q.     Turning back to paragraph 20

8     when you say predominantly white communities

9     of the didn't including new square Kaser and

10    Monsey in this context does predominantly

11    white communities mean orthodox and Hasidic

12    Jewish communities?

13         A.     It means exactly what it says

14    white.

15         Q.     Sure, but, but new square is new

16    square an orthodox or Hasidic Jewish

17    community?

18              MS. PARVIS:  Objection.

19         Q.     If you know?

20         A.     I've been to new square I've

21    seen a large number of Hasidic and

MrEricGoodwin_Rough

22    Orthodoxes in the community, but I've also

23    seen non Hasidic and orthodox living there.

24        Q.    So you don't know?

25        A.    I don't know specifically the

                                                56

1

2    breakdown of religion all I know is what I

3    see physically.

4        Q.    How do you know new square is

5    predominantly white?

6        A.    I live in Rockland County I've

7    driven through many of the areas.

8        Q.    So it's just the religion that

9    you're unsure of?

10        A.    Well, not all religions where

11    particular garb Spring Valley for example is

12    predominantly black and Hispanic with whites

13    that live there, but I would classify that

14    as a black or Hispanic area.

15        Q.    What about Kaser what is that?

16        A.    That's another --

17            MS. PARVIS:  Objection.

MrEricGoodwin_Rough

18          A.    That's another area in Rockland.

19          Q.    Is it a neighborhood?

20          A.    It's a neighborhood yes.

21          Q.    How do you know Kaser is

22    predominantly white?

23          A.    The same, I know new square

24    Monsey Spring Valley you drive through these

25    areas you see what -- the community.

                                             57

1

2           Q.    Have you driven through Kaser?

3           A.    I've driven through a

4     significant portion of East Ramapo.

5           Q.    Including Kaser?

6           A.    Yes.

7           Q.    How about Monsey how do you know

8     Monsey is a predominantly white community?

9           A.    Same applies to Monsey as Kaser

10    and new square.

11          Q.    What does predominantly mean

12    like more than 50 percent?

13          A.    That would -- yes, that would be

                           Page 66

MrEricGoodwin_Rough

14    my --.

15         Q.    So predominantly means the same

16    as majority?

17              MS. CALABRESE:  Objection.

18         A.    Predominantly majority, I would

19    classify them as pretty much the same.

20         Q.    When you say in paragraph 20

21    that you were not invited to any candidate

22    forums in those neighborhoods are you aware

23    that there were any candidate forums to be

24    invited to?

25         A.    I wasn't aware whether there

                                                            58

1

2    were or not.

3         Q.    So you don't know whether you

4    were excluded from a candidate forum, right?

5         A.    I don't know that.

6         Q.    Maybe there were candidate

7    forums.  Maybe there weren't?

8         A.    Well, I know we had a candidate

9    forum and none of the candidates bothered to

MrEricGoodwin_Rough

10    participate.

11         Q.    That was in 2017, right?

12         A.    Yes.

13         Q.    When was your candidate forum?

14         A.    I think April or May of 2017.

15         Q.    At that point who were the other

16    candidates?

17         A.    I ran against Harry Grossman I

18    can't remember the other two candidates

19    especially the new one I never heard I

20    didn't even know his name until pretty much

21    the latter days of the election campaign.

22              MS. CALABRESE:  We have been

23         going about an hour.

24         Q.    How are you doing do you want to

25    keep going or take a break?


                                              59


1

2         A.    We could take a break.

3              MR. LEVINE:  Okay it's 11:30 we

4         will come back 11:35.

5              (Recess taken.)

                    Page 68

MrEricGoodwin_Rough

6        Q.    Back on the record before the

7    short break to paraphrase we were discussing

8    an event that occurred where correct me if

9    I'm wrong the purpose was intended to get an

10   understanding or speak with members of the

11   private school community is that a fair

12   assessment?

13       A.    Yes.

14       Q.    Picking back up there, did you

15   form an understanding of the political

16   interests or concerns of the private school

17   community?

18       A.    No.

19       Q.    As you sit here today do you

20   have an understanding of what the political

21   interests of the private school community

22   are?

23       A.    No.

24       Q.    Do you did you as a candidate

25   have an official position on the district's

                                              60

1

                        Page 69

MrEricGoodwin_Rough

2    busing program?

3        A.    Yes.

4        Q.    What was your official position?

5        A.    Basically we had to look at

6    methods in which we could reduce costs.

7        Q.    If I use the phrase universal

8    busing do you know what that means?

9        A.    Yes.

10       Q.    What is your understanding of

11   universal busing?

12       A.    Universal bus something the

13   busing of all students within the district.

14       Q.    Do you as a candidate form an

15   official position on whether the district

16   should maintain a universal busing program?

17       A.    Yes.

18       Q.    What was your official position

19   on universal busing?

20       A.    My position was that the

21   district would provide universal busing on

22   all mandated days.

23       Q.    What do you mean by mandated

24   days?

25       A.    From my understanding mandated

Page 70

MrEricGoodwin_Rough

61

1

2    days were days where the public schools were

3    open.

4         Q.    Were non mandated days days when

5    the public schools were closed?

6         A.    Yes.

7         Q.    Why did you take an official

8    position on mandated versus non mandated

9    busing?

10        A.    The non mandated days were an

11   additional burden to the district.  Parents

12   in other -- some parents in the private

13   school community took their children on

14   mandated busing days physically took their

15   children to school and they basically took

16   their children to school.

17        Q.    Is it your understanding that

18   the parents of private school students

19   wanted the distribute to provide busing on

20   non mandated days?

21        A.    Say that again please.

MrEricGoodwin_Rough

22          Q.    Was it your understanding that

23    the parents of private school students

24    wanted the district to provide busing on non

25    mandated days?

                                              62

1

2                   MS. PARVIS:  Objection.

3          A.    Yes.

4          Q.    So you understood -- let me

5    rephrase that.

6                   As you sit here today you

7    understand that private school parents

8    wanted the district to provide busing on non

9    mandated days; is that right?

10                  MS. PARVIS:  Objection.

11         A.    Yes.

12         Q.    Let's try that one more time is

13    it your understanding that the parents of

14    private school students wanted the district

15    to provide non mandated busing on?

16                  Yes that's it.

17         A.    So that I understand your

Page 72

MrEricGoodwin_Rough

18    question counselor.

19         Q.    Um-hum?

20         A.    On days where the school

21    district is closed there is no public

22    schools, students who go attend private

23    schools that are open on those days, do

24    their parents still wants the district to

25    provide transportation to school for their

                                             63

1

2    children on those days; is that your

3    question.

4         Q.    That is my question.

5         A.    My answer is yes.

6         Q.    As a candidate did you have an

7    official position on whether the public

8    school district should pay for education

9    services for private school students?

10         A.    When you say education services

11    what are you speaking of?

12         Q.    Well, let's do a specific one.

13    As a candidate did you have an official

MrEricGoodwin_Rough

14   position on whether the public school

15   district should pay for school nursing

16   services for private school students?

17          A.    I did not have a -- no.

18          Q.    As a candidate did you have an

19   official position on whether the public

20   school district should pay for textbooks to

21   be loaned to private school students?

22          A.    Please explain loaned."

23          Q.    Loaned in the sense of purchased

24   by the school district and loaned to private

25   school students?

                                              64

1

2          A.    When you asked textbooks what

3   type of textbooks are we speaking?

4          Q.    I mean my understanding is kind

5   of irrelevant.  Just like a textbook for a

6   class history textbook?

7          A.    History math?

8          Q.    Yes.

9          A.    From my understanding yes.

MrEricGoodwin_Rough

10          Q.    So with that understanding let

11     me ask the question again so there is a

12     question and answer.

13                Did so as a candidate did you

14     form an official position on whether the

15     school district should pay to purchase

16     textbooks for loan to private school

17     students?

18          A.    I do not have a public stance

19     that.

20          Q.    Do you have a private stance on

21     that?

22          A.    Yes, I do.

23          Q.    What was your private stance?

24          A.    According to the law the school

25     district superintendent has purview over the

                                                    65


1

2     education of the private schools, so it is

3     up to the school district to ensure that

4     they have up to date and current academic

5     textbooks.

                    Page 75

MrEricGoodwin_Rough

6          Q.     It's up to the school district

7     to ensure that private schools have up to

8     date and accurate textbooks?

9          A.     Yes.

10         Q.     Did you ever tell anybody that?

11         A.     Probably no.

12         Q.     Why not?

13         A.     It was never something that came

14    up.

15         Q.     As a candidate, did you have an

16    official position on whether the school

17    district should provide special education

18    services to students in private schools?

19         A.     Yes.

20         Q.     What was your position?

21         A.     That -- my position basically

22    was if the child required special education

23    services that they were entitled to get it.

24         Q.     Did you have any other official

25    positions on the provision of special

66

1

MrEricGoodwin_Rough

2    education to private school students?

3        A.    No.

4        Q.    Did you have any other -- well

5    as you sit here today, do you have any

6    particular views on the provision of special

7    education to private school students?

8        A.    Do I, yes.

9        Q.    What are your views?

10       A.    That if the child has -- if the

11   child is in a private school, then I would

12   assume that the private school would take on

13   that position, that requirement.

14       Q.    Who should pay for the special

15   education of students attending private

16   schools?

17           MS. PARVIS:  Objection.

18       A.    Counsel I don't know.

19       Q.    I'm just asking for your views

20   on it, who do you think should pay for the

21   special education of students attending

22   private schools?

23       A.    The parent of the individual

24   putting the child this the private school.

25       Q.    Did you ever tell anybody that?

Page 77

MrEricGoodwin_Rough

67

1

2      A.    No.

3      Q.    Was that issue in your campaign?

4      A.    Yes and no.

5      Q.    What do you mean by that?

6      A.    The cost of the -- of the

7   special education students was an issue in

8   terms of; who pays for it was never a

9   subject matter brought up.

10      Q.    What about the cost of paying

11   for special education students became an

12   issue in your campaign?

13      A.    The issue was regarding the

14   large number of individuals being funneled

15   into the special education system.

16      Q.    What do you mean by funneled?

17      A.    The district had an abnormally

18   high number of individuals in the special

19   education system and from my understanding

20   it was above average for the state.

21      Q.    And in what way was that an

Page 78

MrEricGoodwin_Rough

22    issue that you dealt with in your campaign?

23        A.    We spoke on how we could -- on

24    the fact that it needed to be the -- the

25    cost needed to be minimized and examined as

                                                      68

1

2    to what shortcomings are not being met.

3        Q.    Do you know whether the private

4    school community has an interest in special

5    education students in private schools?

6            MS. PARVIS:  Objection.

7        A.    Could you say that again please

8    counsel?

9        Q.    Yes.  Do you know whether the

10    private school community as you define them

11    in your declaration has an interest in the

12    special education of students attending

13    private schools?

14        A.    Yes.

15        Q.    Do you have an understanding of

16    what their interest is?

17        A.    No.

MrEricGoodwin_Rough

18      Q.    But you know they have an

19   interest?

20            MS. PARVIS:  Objection.

21      A.    Yes.

22      Q.    Do you think -- okay.

23            Do you know whether -- how about

24   this, did you ever have an understanding

25   whether the private school community as you


                                            69


1

2   described it in your declaration has an

3   interest in the district's universal busing

4   program?

5       A.    Yes, I do.  Yes.

6       Q.    Do you have an understanding of

7   what that interest is?

8       A.    Yes, I do.

9       Q.    What is your understanding ?

10      A.    That the private school

11   community wanted universal busing on non

12   mandated days.

13      Q.    Did you do anything in

Page 80

MrEricGoodwin_Rough

14    particular on your campaign to try to win

15    votes from parens of private school

16    students?

17         A.    Yes.

18         Q.    What did you do?

19         A.    We tried to set up a sitdown

20    with individuals in the private school

21    community to get a firm understanding of

22    what their issues and concerns were.

23         Q.    Did you take any official

24    positions that were intended to appeal to

25    parents of private school students?

                                        70

1

2         A.    Yes.

3         Q.    What position?

4         A.    One of the positions was that

5    obviously transportation was the sticking

6    point, the intent was not to eliminate

7    transportation, but come up with methods in

8    which we could mitigate the cost so that it

9    would be less of a burden on the school

                    Page 81

MrEricGoodwin_Rough

10    district.

11          Q.    Did you take any other official

12    positions that were intended to appeal to

13    the parent of private school students?

14          A.    In our meeting, there was

15    only -- we -- outside of the transportation

16    issue we asked what other issues existed and

17    there was dead silence.

18          Q.    So -- because nobody responded

19    does that mean you're saying you didn't know

20    what private school parents' interests were?

21                MS. PARVIS:  Objection.

22          A.    No. Of.

23          Q.    You had an understanding of what

24    private school parents' interests were?

25          A.    Somewhat yes.


                                              71


1

2           Q.    Did you take any positions as a

3     candidate designed to appeal to the parents

4     of private school students as you understood

5     their interests?

MrEricGoodwin_Rough

6          A.    Yes.

7          Q.    Like what?

8          A.    The meeting in which we had in

9    which we wanted to know what their concerns

10   and interests were.  That was our attempt.

11         Q.    But that was an attempt to

12   understand their interests, right?

13         A.    Yes.

14         Q.    And that didn't work did it?

15               MS. PARVIS:  Objection.

16         A.    No it didn't.

17         Q.    But did you have an

18   understanding of private school parents'

19   interests anyway?

20         A.    Somewhat.

21         Q.    Did you take any positions

22   intended to appeal to private school

23   parents' interests as you understood them?

24               MS. PARVIS:  Objection.

25         A.    Yes.

                                        72

1

MrEricGoodwin_Rough

```
 2        Q.     Like what?

 3        A.     Oversight -- more in-depth

 4   oversight in terms what is going on in the

 5   private schools in terms of the academics.

 6        Q.     Oversight by whom.

 7        A.     The school board and the

 8   superintendent.

 9        Q.     Do you believe that the parents

10   of private school students would support

11   more oversight of the academics in private

12   schools by the public school district?

13               MS. PARVIS:  Objection.

14        A.     I can't speak for parents.  I

15   could only speak for me in that sense.

16        Q.     Did you have an official

17   position as a candidate with respect to

18   oversight of academics in private schools by

19   the public school district?

20        A.     Yes.

21        Q.     What was your official position?

22        A.     Methods -- I suggested that

23   methods be put in place so we could evaluate

24   how effective the academics were in the

25   private schools.
```

MrEricGoodwin_Rough

73

1

2          Q.    Did you have an understanding at

3     that time that would be popular among

4     private school parents?

5               MS. PARVIS:  Objection.

6          A.    I had an understanding that it

7     wouldn't be, that it wouldn't be popular.

8          Q.    So just so I'm clear, you had as

9     a candidate an official position in favor of

10    the public school district exercising

11    oversight over the academics in private

12    schools, correct?

13         A.    Correct.

14         Q.    And you understood that that

15    would not be popular among private school

16    parents right?

17              MS. PARVIS:  Objection.

18              MR. LEVINE:  What's the basis

19         for that objection.

20              MS. PARVIS:  You asked him the

21         same question for about seven minutes

MrEricGoodwin_Rough

22          ago.

23                  MR. LEVINE:  You objected each

24          time so I will keep doing so if you

25          keep objecting to unobjectionable

                                                    74

1

2          questions.  Let's do that again.

3                  MS. CALABRESE:  He answered it.

4                  MS. PARVIS:  Exactly.  And he

5          answered --

6                  MR. LEVINE:  But when you

7          object, then I don't have answer to my

8          question.

9                  MS. PARVIS:  I think there are

10         two occasions where I let it go

11         through.  But go ahead, you can answer

12         the question.

13                 MR. LEVINE:  Thank you.  I'll

14         restate the question.

15         Q.    So as a candidate did you have

16    an official position on whether the public

17    school district should exercise oversight of

                        Page 86

MrEricGoodwin_Rough

18    the academics in private schools?

19        A.    Yes.

20        Q.    And at that time you understood

21    that that would not be popular among private

22    school parents, right?

23        A.    Correct.

24        Q.    As part of your campaign, did

25    your slate make any effort to increase voter

                                                    75

1

2    turnout?

3        A.    Yes.

4        Q.    What were those efforts?

5        A.    We initiated a grassroots effort

6    in the sense that we hit all -- every

7    church, organizational group, fraternity,

8    sorority, social groups, business, signages

9    door-knocking campaigns, billboards, flyers,

10    everything you could think of.

11        Q.    Did you have a program to drive

12    voters to the polls on election day?

13        A.    Yes, we did.

MrEricGoodwin_Rough

14          Q.    Was that program successful?

15          A.    Yes and no.

16          Q.    As you sit here today do you

17    know how many people made use of the program

18    to get rides to the poll?

19          A.    I don't know.

20          Q.    Would you feel comfortable

21    estimating?

22          A.    No.

23          Q.    Was it a significant number of

24    people?

25                MS. PARVIS:  Objection.


                                              76


1

2           A.    Again I don't feel comfortable

3     stating.  I don't know.

4           Q.    You don't know.  Were you

5     involved in that effort at all?

6           A.    No.

7           Q.    Do you know who was?

8           A.    Offhand no, but it was a number

9     of people.

MrEricGoodwin_Rough

10        Q.      Did any community organizations

11    provide a similar service of giving people

12    rides to the polls to your knowledge?

13        A.      Could you explain that question

14    counsel?

15        Q.      Yes why don't we do it by

16    specifics of the do you know what the NAACP

17    of Spring Valley is, right?

18        A.      Yes, I do.

19        Q.      Do you know if on election day

20    they drive people to the polls?

21        A.      Yes.

22        Q.      They do?

23        A.      That has been a -- well in

24    terms -- let me rephrase that in terms of

25    specific NAACP I don't know offhand.

77

1

2         Q.      And other organizations?

3         A.      I don't know offhand.

4         Q.      Do you know of any organized

5     effort in the public school community to use

Page 89

MrEricGoodwin_Rough

6      your definition from your declaration to get

7      people to the polls on election day?

8            A.    Just what we were doing.

9            Q.    Before your run for the school

10     district had you ever been involved in

11     politics before?

12           A.    No.

13           Q.    Had you ever supported a

14     candidate's campaign for a political office

15     before?

16           A.    No.

17           Q.    Did you vote in prior school

18     board elections in East Ramapo?

19           A.    Yes.

20           Q.    Did you form an opinion or

21     understanding about the extent of black

22     voter participation in the political

23     process?

24           A.    Yes.

25           Q.    What was that understanding?

78

1

MrEricGoodwin_Rough

2          A.    Just so I could understand you

3    you're talking specific to this -- to the

4    school district?

5          Q.    Um-hum?

6          A.    For most part, most people felt

7    disenfranchised.

8          Q.    Okay.  Not quite what I was

9    asking about although it's related.  What I

10   was asking if you had an opinion on the

11   extent of the black voter participation in

12   the political process?

13              MS. PARVIS:  Objection.

14              MR. LEVINE:  I haven't even

15          gotten to the question yet.

16         Q.    So the question is:  Do you have

17   an opinion as to whether black voters

18   participate in the political process for the

19   school district?

20              MS. PARVIS:  Objection.

21         Q.    Do you have an opinion?

22         A.    Yes, I do.

23         Q.    What is your opinion?

24         A.    My opinion is blacks in the

25   school district feel disenfranchised in

MrEricGoodwin_Rough

1

2    dealing with the school board elections.

3         Q.    Do you have any understanding of

4    the black voter turnout rates in the black

5    neighborhoods in East Ramapo?

6         A.    Yes, and no.

7         Q.    Okay.  What is your

8    understanding?

9         A.    National elections turn out the

10   greatest amount of voter turnout.  Usually

11   local school board elections turn out

12   minimal.  There is minimal turnout in the

13   local elections, such as the case in East

14   Ramapo in terms of specifics.  I don't know

15   the voter percentages.

16        Q.    I'm just asking for your

17   understanding now.  Do you have an

18   understanding of why the voter turnout is

19   minimal in school board elections?

20        A.    Yes.

21        Q.    What is your understanding?

MrEricGoodwin_Rough

22        A.    Disenfranchised.

23        Q.    What do you mean by?

24        A.    I'm going to speak for me.  If I

25   feel that my vote done count or it doesn't


                                        80


1

2   matter, I'm not going to take the time out

3   of my day to go and vote.  If I don't feel

4   that I'm going to -- if my efforts is going

5   to make a difference after seeing it not

6   make a difference for so many years, the

7   desire for me to take part in the system is

8   going to be greatly diminished if not

9   nothing at all.

10        Q.    You voted in 2017, right?

11        A.    Yes, I did.

12        Q.    You voted in 2016, right?

13        A.    Yes.

14        Q.    And you voted in 2015, right?

15        A.    I think so yes, I did.

16        Q.    Just looking at your declaration

17   you didn't vote in 2014, right?

MrEricGoodwin_Rough

18          A.    No.

19          Q.    But you did vote in 2013?

20          A.    Yes.

21          Q.    Do you feel disenfranchised?

22          A.    Yes.

23          Q.    Do you feel disenfranchised

24    because the candidates that you support

25    don't win?

                                                    81

1

2           A.    No.

3           Q.    Why do you feel disenfranchised?

4           A.    Whether or not I vote for you

5    done mean that I don't have needs that need

6    to be met.  Certain positions if you take

7    the position that deals with a particular

8    sect of the population it is your obligation

9    to do what is best for them.  I feel

10    disenfranchised because I don't feel that

11    individuals are looking out for the best

12    interests of the community that best

13    reflects me.

                        Page 94

MrEricGoodwin_Rough

14          Q.    Do you feel disenfranchised

15    because you're black?

16          A.    No.

17          Q.    Do you think that the black

18    community to the extent you have an

19    understanding feels disenfranchised because

20    of their race?

21          A.    Are we speaking in terms of East

22    Ramapo or African Americans across the

23    board.

24          Q.    Just East Ramapo.

25          A.    Could you say the question

                                            82

1

2    again?

3          Q.    Yes.  I'll do it better this

4    time.

5                Do you think -- think that black

6    residents of East Ramapo feel

7    disenfranchised because they're black?

8                MS. PARVIS:  Objection.

9          A.    I can't speak for all

                        Page 95

MrEricGoodwin_Rough

10    African-Americans I feel disenfranchised I

11    can't speak for all black African-Americans

12    I can only speak for me.

13         Q.    Do you think that you lost your

14    election for the school board because of

15    your race?

16         A.    No.

17         Q.    Do you think that it's possible

18    for a black man with your political views to

19    get elected to the school board?

20         A.    Yes, and no.

21         Q.    We will start with yes?

22         A.    Yes, this is still America we

23    still do have an election process.  No, when

24    the deck is stacked against you when the

25    desire to challenge or bring about change is

83

1

2    presented many don't want it.  Someone said

3    to me once if there are ten marbles can you

4    have two, I'm not going to give you another

5    three so that you could be on the same plane

Page 96

MrEricGoodwin_Rough

```
6      as me I may give you one so you could have

7      five and I could have five.  The powers that

8      be don't want to see change come about in a

9      way that would be meaningful in the

10     district.

11          Q.    So I understand when you said

12     the deck is stacked against you is it

13     stacked against you in your mind because

14     your black or because your political views

15     means you want to change the district?

16          A.    I would go in terms of changing

17     the district.

18          Q.    Let's turn back to your

19     declaration.  I actually only have a few

20     more things.  I have just a couple questions

21     that I wanted to clear up.

22               If you look at paragraph 11 of

23     your declaration, please, in the middle of

24     the paragraph, I'll read so everyone could

25     follow long, you said that your son was not
```

84

1

MrEricGoodwin_Rough

2    one of the students issued a musical

3    instrument, so you have had to rent a

4    musical instrument for him at your own

5    expense; is that right?

6         A.    Yes.

7         Q.    What instrument?

8         A.    The clarinet.

9         Q.    Do you know whether other

10   students were able to use district-owned

11   clarinets?

12        A.    Yes.

13        Q.    Were there clarinets for other

14   students?

15        A.    Yes.

16        Q.    Do you know about how many

17   clarinets were available?

18        A.    No.

19        Q.    Were there other instruments

20   available?

21        A.    Yes.

22        Q.    Does your son still play

23   clarinet?

24        A.    Yes.

25        Q.    Is your son aware that a

MrEricGoodwin_Rough


85


1

2    clarinet is the coolest instrument for a

3    students to pay in the high school band?

4         A.    No.

5         Q.    Well, you should tell him that.

6               Have there ever been a time that

7    you're aware where the district had more

8    instruments available to loan to students?

9         A.    No.

10        Q.    So it's just as your son became

11   old enough to participate in the music

12   program, you became aware that there weren't

13   enough musical instruments for him; is that

14   right?

15        A.    No.

16        Q.    Are there less instruments now

17   than there used to be?

18        A.    I can't attest to that.

19        Q.    Okay.  Take a look at paragraph

20   12.  I'll just read the first sentence so

21   people could read along.  The board's recent

MrEricGoodwin_Rough

22    decision to implement the use of metal

23    detectors in public schools was a decision

24    that other parents of public school students

25    and I found racially insensitive.  Do you

86

1

2    see that?

3         A.    Yes.

4         Q.    Is that still your view as you

5    sit here today?

6         A.    Yes.

7         Q.    Why do you find the decision to

8    use metal detectors racially insensitive?

9         A.    I'm an African-American male.  I

10   get stopped by the police because I drive a

11   nice car.  I get stopped by the police

12   because I drive a nice car in a nice

13   neighborhood.  I get stopped by the police

14   because I drive a nice car in the Bronx.

15   Despite the fact that, again, I am a soldier

16   in the United States Army.  I have defended

17   our nation.  I am profiled on a regular

MrEricGoodwin_Rough

18   basis.  I have been stopped wearing a suit

19   and tie.  My son goes to school to learn.  A

20   metal detector in a school does not send a

21   message of learning.  It creates a level of

22   prisons and creates that mentality, one that

23   I feel as an African-American we are imposed

24   on that at such a high rate.  The best I

25   could say is you see a home in a community

                                                    87


1

2   with bars on it.  Do you say that's a safe

3   home or do you say that's a horrible

4   neighborhood?  The same would apply to metal

5   detectors in school.

6              MR. LEVINE:  I'm going to mark

7         another document for identification as

8         Goodwin Exhibit 3.

9              (Goodwin Exhibit # ,

10        description, marked for

11        identification, as of this date.)

12        Q.    The document placed before you

13   that has been marked as Goodwin Exhibit 3,

                    Page 101

MrEricGoodwin_Rough

14    is a newspaper article from the journal news

15    entitled "Attempted Murder Charge in Spring

16    Valley High School Stabbing."  Do you see

17    that?

18        A.    Yes.

19        Q.    You should take a look at it,

20    but I'll describe to you that article

21    describes an incident in the Spring Valley

22    high school which one student stabbed

23    another multiple times in the school.  Were

24    you aware of this incident?

25        A.    Yes.

88

1

2        Q.    Do you know the young man who

3    was stabbed?

4        A.    No.

5        Q.    Do you know the parents of the

6    young man who was stabbed?

7        A.    No.

8        Q.    Even if you still disagree that

9    metal detectors are racially insensitive can

MrEricGoodwin_Rough

10    you understand why some parents might feel

11    differently?

12              MS. PARVIS:  Objection.

13        A.    I can understand yes.

14        Q.    Can you understand -- well,

15    yeah.  You ran for the board of education,

16    right?

17        A.    Yes.

18        Q.    As a member of the board of

19    education you hear requests from lots of

20    parents right?

21              MS. PARVIS:  Objection.

22        A.    Yes.

23        Q.    Sometimes parents want different

24    things, right?

25        A.    Yes.

                                              89

1

2         Q.    Do you think that anybody on the

3     board of education intended to be racially

4     insensitive by implementing the medals

5     detector policy?

MrEricGoodwin_Rough

6              MS. PARVIS:  Objection.

7         A.    I don't know what their

8    intentions were.

9         Q.    Is it possible in your mind that

10    they had good intentions for the metal

11    detector policy even if you disagreed with

12    it?

13              MS. PARVIS:  Objection.

14         A.    I would say no.

15         Q.    Why would you say that?

16         A.    Well, let's talk Rockland in the

17    whole, there are some schools that have drug

18    problems you don't see a methadone clinic in

19    those schools there are some schools that

20    have a plethora of different issues the

21    minute the minute it becomes an issue of

22    criminalization in a school of black and

23    brown, metal detectors and things of that

24    nature.  Now this is a law firm you defend

25    criminals I didn't see a metal detector when

90

1

MrEricGoodwin_Rough

2    I came into this building.

3         Q.    Do you think if your son was

4    stabbed four times in high school you would

5    rethink that position?

6              MS. PARVIS:  Objection.

7         Q.    I'm just asking if you could see

8    it from someone else's point of view?

9         A.    No.

10        Q.    Okay.  Was your opposition to

11   the metal detectors program ever an issue in

12   your campaign?

13        A.    Yes.

14        Q.    Did you speak about it at

15   events?

16        A.    Yes.

17        Q.    Do you know whether that

18   position was popular with the voters in East

19   Ramapo?

20             MS. PARVIS:  Objection.

21        A.    When I spoke about it, it got

22   back a very positive response.

23        Q.    About how many times did you

24   speak about that particular issue if you

25   remember?

MrEricGoodwin_Rough

91

1

2          A.    I don't know offhand.

3          Q.    Do you know whether any school

4     in East Ramapo currently has metal

5     detectors?

6          A.    No.  No.

7          Q.    Do you know whether the school

8     district ever actually implemented a program

9     to install metal detectors?

10         A.    No.

11         Q.    No meaning it didn't implement a

12    program?

13         A.    No meaning I don't know if it

14    actually implemented it.

15         Q.    Do you know whether opposition

16    to the metal detector program from the

17    African-American community was ever

18    communicated to the board of education?

19         A.    Yes.

20         Q.    How was that opposition

21    communicated to the board of education?

MrEricGoodwin_Rough

22       A.    There was a school board meeting

23    in which it was presented to the general

24    public in which it seemingly the best and

25    the brightest students in the school were

92

1

2    hand picked to present the arguments.  They

3    were told what the policy was, but they

4    actually never read the policy and then when

5    people started to ask pointed questions,

6    that's when the -- everything went belly up.

7       Q.    I'm sorry what do you mean by

8    belly up I don't understand?

9       A.    That's when people started to be

10    less and less supportive of the metal

11    detectors because they felt -- I guess some

12    people felt -- now this is just me

13    speaking -- that they were just being fed

14    certain tidbits of information.

15       Q.    Would it surprise you to learn

16    that the school district did not implement a

17    metal detector program?

MrEricGoodwin_Rough

18              MS. PARVIS:  Objection.

19          A.    I'm not surprised.

20          Q.    Do you know whether Mr. Charles

21     supported the proposed metal detector

22     program?

23          A.    I'm not sure.

24          Q.    Do you know whether Mr. Germain

25     supported the proposed metal detector

                                                    93

 1

 2     program?

 3          A.    I'm not sure.

 4          Q.    Turning back to your

 5     declaration, look at page 6, paragraph 21,

 6     so everybody can follow along, I'll read it,

 7     you say "shortly after I announced my

 8     candidacy, former board member Aaron Wieder

 9     approached me to discuss my campaign in the

10     election.  Mr. Wieder informed me that I

11     should not waste my time campaigning in the

12     predominantly white neighbors because the

13     white community members would never vote for

MrEricGoodwin_Rough

14    me.  Do you see that?

15          A.    Yes.

16          Q.    Do you recall about when this

17    event occurred?

18          A.    Yes.

19          Q.    When was that?

20          A.    Around February, March of 2017.

21          Q.    Do you know where this occurred?

22          A.    Yes.

23          Q.    Where did this meeting occur?

24          A.    In front of the school district,

25    superintendent's office.

                                              94

1

2           Q.    Were you in the superintendent's

3     office?

4           A.    No.

5           Q.    Where were you?

6           A.    In the parking lot speaking to

7     the superintendent.

8           Q.    Just for the record the

9     superintendent is Dr. Deborah

                    Page 109

MrEricGoodwin_Rough

10    Wortham?^ spelling

11         A.    Yes.

12         Q.    What were you speaking to

13    Dr. Wortham about?

14         A.    That is when me and Dr. Wortham

15    were first formally introduced.  We spoke to

16    a number of poignant things.  I expressed my

17    concern, one of which was the metal

18    detectors, school books, things of that

19    nature.  While throughout the conversation

20    it was raining that day -- that night.  Adam

21    -- what's the name.  Aaron Wieder came he

22    knew who he was instantly.

23         Q.    Who is Aaron Wieder?

24         A.    He was on the school board from

25    my understanding he's a state elected

                                               95


1

2    official.

3         Q.    Was Aaron Wieder talking to

4    Dr. Wortham?

5         A.    I was talking to Dr. Wortham

                        Page 110

MrEricGoodwin_Rough

6     first, then he came into the conversation.

7          Q.     Where did he come from?

8                 MS. PARVIS:  Objection.

9          A.     I don't know.

10         Q.     You were in the parking lot,

11    right?

12         A.     Parking lot, yes.

13         Q.     Did Mr. Wieder say why he was in

14    the parking lot?

15         A.     No.

16         Q.     Was there anything going on at

17    the school district that night?

18         A.     Yes.

19         Q.     What was going on?

20         A.     There was a school board

21    meeting.

22         Q.     Was Mr. Wieder at the board

23    meeting?

24         A.     No.

25         Q.     Did Wieder talk with Dr. Wortham

                                              96

1

MrEricGoodwin_Rough

2    at all?

3         A.    Yes.

4         Q.    Do you recall what he said?

5         A.    It was a -- not specifically.

6         Q.    What is your best recollection?

7               MS. PARVIS:  Objection.

8         A.    Initially he identified me off

9    the bath bat your Eric Goodwin you're

10   running for school board yes, he introduce

11   the himself Dr. Wortham spoke highly of him.

12   He spoke on a number of different things.

13   One of things he brought up was the white

14   the flight he said the reason why the

15   educational system in Rockland County was

16   deteriorating was the number of blacks and

17   Latinos coming in and number of whites much

18   going out moving out and he said he said

19   that that wasn't his saying that was someone

20   else saying that to him.  I think he said

21   the person was black.  He also told me about

22   campaigning, about not going to various

23   sections of East Ramapo and based on the

24   current election at the time you know

25   getting more bang for your buck the

MrEricGoodwin_Rough

97

1

2    conversation was along those lines.

3        Q.    Do you mind if we drill down on

4    that a little more?

5        A.    Sure.

6        Q.    First a little background is

7    Aaron Wieder black?

8        A.    No.

9        Q.    Is he white?

10        A.    Yes.

11        Q.    Do you know if he's Jewish?

12        A.    Based off the way he was dressed

13    I would assume he was Jewish.

14        Q.    Because he dresses in the manner

15    typically associated with an orthodox Jews?

16        A.    Yes.

17        Q.    You met Mr. Wieder before?

18        A.    No.

19        Q.    When he spoke with you about

20    your campaign was he offering you advice?

21        A.    Yes.

MrEricGoodwin_Rough

22          Q.    What did you mean by getting

23     more bang for your buck?

24          A.    The way I interpreted it was

25     let's use the republican party the


                                          98


1

2      republican party as a whole doesn't solicit

3      the support of African-Americans.  I think

4      he was implying the same concept, he used

5      Hillary in saying that she only went to this

6      state or that state, blue states versus red

7      states for the purpose of she knew she

8      wasn't going to get the elect to recall

9      college she needed to win I assume he was

10     implying the same thing in this instance.

11          Q.    What was he recommending?

12          A.    Basically stick in the

13     communities that you know will vote for you.

14     That was the way that I interpreted it.

15          Q.    Did you take his advice?

16          A.    Yes and no.

17          Q.    Let's start with yes?

MrEricGoodwin_Rough

18          A.    Yes, I did stick within the

19    community well we had a grass roots

20    operation which we did neighborhood

21    canvassing throughout East Ramapo.  No in

22    the sense that we made a tactical decision

23    to instead of knocking on individual doors

24    inviting individuals to a sit down so they

25    are their in particular needs wants concerns

                                                    99

1

2    were addressed.

3          Q.    I was just asking for your

4    personal take on this.  Did you think -- I

5    mean did you think Mr. Wieder was trying to

6    be helpful?

7                MS. PARVIS:  Objection.

8          Q.

9          A.    Again yes and no.

10          Q.    Let's start with yes?

11          A.    Yes, in the sense that the truth

12    hurts.  Sometimes, you know I may not like

13    the truth, but it is what it is.  No in the

Page 115

MrEricGoodwin_Rough

14    sense that it was the ultimate achilles heal

15    because you couldn't heal a community if you

16    only talked to one side.  So I think it was

17    a double edged sword.

18         Q.    What do you mean in paragraph 21

19    predominantly white neighborhoods?

20              MS. PARVIS:  Objection.

21         Q.    Let me ask it again.  In

22    paragraph 21, what do you mean by the phrase

23    "predominantly white neighborhoods"?

24         A.    Neighborhoods that are largely

25    white.

                                              100

1

2         Q.    Any particular neighborhoods?

3         A.    Various neighborhoods various

4    neighborhoods I'm not sure if he used

5    specific neighborhoods I cannot lie I cannot

6    remember if he used specific neighborhoods.

7         Q.    Did Mr. Wieder use the phrase

8    predominantly white neighborhoods?

9         A.    No I don't think he used that

                      Page 116

MrEricGoodwin_Rough

10    term that phrase.

11         Q.    Did you understand Mr. Wieder to

12    be referring to orthodox and Hasidic Jewish

13    neighborhoods?

14         A.    Concerning the fact that he was

15    Jewish, yes.

16         Q.    Did you understand him to be

17    saying that you shouldn't campaign for votes

18    in orthodox and Hasidic Jewish neighborhoods

19    because you're black?

20         A.    No.

21         Q.    What it you understand him to be

22    saying then?

23         A.    That in those neighborhoods they

24    wouldn't vote for me because I do not

25    support their -- not necessarily to say

                                        101

1

2    support, but they don't see me as supporting

3    their beliefs.

4         Q.    When you say beliefs, beliefs

5    about what?

Page 117

MrEricGoodwin_Rough

 6        A.    Various -- their particular

 7   needs concerns.

 8        Q.    Like education needs is that an

 9   example?

10        A.    I just took it as needs across

11   the board.

12        Q.    Like if this is a fair

13   characterization tell me if it's not that's

14   fine, but is it fair to say that Mr. Wieder

15   was advising you not to campaign in orthodox

16   and Hasidic Jewish neighborhoods because he

17   didn't think they would like your political

18   views?

19             MS. PARVIS:  Objection.

20        A.    No I don't think it was

21   necessarily my political views.

22        Q.    What was it?

23        A.    I just think that I wasn't

24   chosen candidate for whatever their

25   particular wants needs and desires were.


                                              102



      1

                          Page 118

MrEricGoodwin_Rough

2          Q.    Well you were running for the

3     school board, right?

4          A.    Yes.

5          Q.    So do you think Mr. Wieder was

6     referring specifically to education?

7          A.    No.

8          Q.    Did he tell you why you should

9     not waste your time campaigning in orthodox

10    and Hasidic Jewish neighborhoods?

11         A.    Yes, and no.

12         Q.    Let's start with yes?

13         A.    He gave examples to answer both

14    questions he gave examples he use Hillary

15    Clinton red state blue state analogy I think

16    -- the Trump election was going on at the

17    time that was basically how -- what he used

18    to express.

19         Q.    I get it.  If this is a fair

20    characterization tell me, Mr. Wieder

21    analogized to partisan politics?

22         A.    Yes.

23         Q.    Did you agree with him?

24         A.    Yes, I did.

25         Q.    Have you ever spoken to

Page 119

MrEricGoodwin_Rough

103

1

2      Mr. Wieder again since then?

3           A.    One time after yes.

4           Q.    When was that?

5           A.    The night of the election.

6           Q.    Did you talk on the phone?

7           A.    No.

8           Q.    Did you talk in person?

9           A.    Yes.

10          Q.    Where were you?

11          A.    In the superintendents -- at the

12     school board meeting.

13          Q.    Who else was there?

14          A.    Everyone in Rockland County who

15     wanted to be part of the election.

16          Q.    Did you speak with Mr. Wieder

17     directly?

18          A.    Yes.

19          Q.    Was it a one to one

20     conversation?

21          A.    Yes.

MrEricGoodwin_Rough

22          Q.     Were there other people involved

23     in the conversation?

24          A.     No.

25          Q.     What did you talk about with

                                                      104


 1

 2     them?

 3          A.     He wished me good luck, some

 4     pleasantries were expressed, then -- he went

 5     on his way.

 6          Q.     In the first conversation that

 7     you had with him the one that you described

 8     in paragraph 20, did you say anything to him

 9     in response?

10          A.     Yes.

11          Q.     What did you say to him?

12          A.     A said a number of things.  One

13     of the things I expressed was inviting other

14     candidates to the forum.  I also expressed

15     that I have no problems talking to

16     individuals on both sides of all aspects

17     within the community.  I expressed

MrEricGoodwin_Rough

18    displeasure in the fact that individuals are

19    running and winning sight unseen which is

20    not a conducive way of governing in a

21    particular district and I think those were

22    the -- and I addressed the issue about white

23    flight, but it wasn't -- it was more so like

24    I don't know how true that is or something

25    of that nature.

                                                    105

1

2          Q.    Did he say anything in response?

3          A.    Not that I recall.

4          Q.    Was it a friendly interaction?

5          A.    Yes.

6          Q.    Did Mr. Wieder say whether or

7    not he would support your candidacy?

8          A.    No he did not.

9          Q.    Did you ask him to support your

10    candidacy?

11          A.    No I did not.

12          Q.    Did you ask him for help with

13    your campaign?

MrEricGoodwin_Rough

```
14          A.    No.

15          Q.    Did he offer you help with your

16   campaign?

17          A.    No.

18          Q.    If he had offered you help with

19   your campaign would you have taken it?

20          A.    Yes.

21          Q.    Did you not think to ask for

22   help?

23                MS. PARVIS:  Objection am.

24          A.    No, I did not.

25          Q.    You did not think to ask for
```

106

```
1

2    help; is that right?

3           A.    Yes, that is correct.

4           Q.    The second time you spoke with

5    him at the school board meeting on election

6    day, did you say anything in response to him

7    then?

8           A.    In response to what?

9           Q.    So when you spoke at the board
```

Page 123

MrEricGoodwin_Rough

10    meeting on election day, what did he say to

11    you?

12        A.    Again pleasantries exchanged he

13    wished me good look, I'm not sure if he

14    referenced the last conversation we had.

15    After the pleasantries were extended he

16    walked away?

17        Q.    Did you say anything to him?

18        A.    Yes.

19        Q.    What did you say?

20            MS. PARVIS:  This is my wife

21        penny, penny this is Aaron Wieder.

22        Q.    Anything else?

23        A.    That was the extent of it, yes.

24        Q.    Have you ever run for any other

25    political office?

107

1

2        A.    No.

3        Q.    Are you going to run for the

4    school board again?

5        A.    I'm contemplating it.  We had

Page 124

MrEricGoodwin_Rough

6    a -- I'm contemplating it.

7         Q.    Is there anything you would do

8    differently if you ran for the school board

9    again?

10        A.    Yes.

11        Q.    What might you do differently?

12        A.    Get more people to vote for me.

13        Q.    How would you go about that?

14        A.    The more aggressive although we

15   had an aggressive grass roots campaign

16   perhaps we need to get more grass roots.

17        Q.    Would you make any other efforts

18   to reach out to the orthodox and Hasidic

19   Jewish neighborhoods that Mr. Wieder

20   referenced?

21        A.    Yes.

22        Q.    Is that how you would go about

23   that?

24        A.    You I don't know.  To be honest

25   I don't know.  To give an example, I know

108

1

Page 125

MrEricGoodwin_Rough

2     one of the candidates was offered to go to

3     the yeshivas, but he had to comply with

4     their mandates, and she was the white

5     candidate, the Hispanic or myself was never

6     offered that option.

7          Q.    You do you mean Alexandra

8     Manigo?

9          A.    Manigo.

10         Q.    Manigo.

11               So I guess what I mean is as you

12    sit here today, do you know of anything

13    specific you might do differently to try to

14    appeal to voters in the orthodox and Hasidic

15    Jewish communities?

16         A.    Yes.

17         Q.    What might that be?

18         A.    Find out specifically what are

19    their concerns, not just one or two issues,

20    all their concerns across the board.

21         Q.    Do you have any idea for how you

22    might do that?

23         A.    My grandmother used to say --

24    yes, I do.  As my grandmother used to say,

25    ask.

MrEricGoodwin_Rough


109


1

2          Q.    Ask Mr. Wieder?

3          A.    Ask various individuals.  Not

4     just Mr. Wieder.

5               MR. LEVINE:  How about we take a

6          five minimum break I'll see if there

7          is anything else we still need to do

8          otherwise we will.

9               MS. MATTHEWS:  I will have just

10          a couple.

11            (Recess taken.)

12          Q.    I just have a few final

13     questions.

14               Question one:  Preface without

15     tell me about anything about any

16     communications you may have had with your

17     lawyers, I just want to know when did you

18     first agree to become a plaintiff in this

19     case?

20          A.    Sometime late summer of 2017.

21               MR. LEVINE:  No further

MrEricGoodwin_Rough

22          questions.

23    EXAMINATION BY ^ HEADERS

24    MS. MATTHEWS:

25          Q.    Good afternoon, Mr. Goodwin.  My


                                        110


1

2    name is Elise Matthew.  I'm from the

3    attorney general's office.  I represent

4    Commissioner Elia in this lawsuit.  I just

5    have a few follow-up questions.

6                Do you recall at any time making

7    any appeal or complaint to the New York

8    State education department?

9          A.    No.

10          Q.    What about to commissioner Elia?

11          A.    No.

12          Q.    What about any other employees

13    or officials at the New York State education

14    department?

15          A.    No.

16                MS. MATTHEWS:  That's it.

17                MR. LEVINE:  That's it.

MrEricGoodwin_Rough

18          MS. PARVIS:  No further

19      questions.

20          (Time noted: ^  ^

21      ^ a.m. ^ p.m.)

22                    _____

23                    WITNESS NAME

24

25      Subscribed and sworn to before me

                                                    111

1

2      this ___ day of _____, 201_.

3

4      _____

5          Notary Public

6

7

8

9

10

11

12

13

Page 129

MrEricGoodwin_Rough

14

15

16

17

18

19

20

21

22

23

24

25