# EXHIBIT 10

```
East Ramapo 2013 Trustee Charles: RBV Summary Black Voters

**   **
CML return:    0.0000     N:            10.0000     _Esims:    100.0000
_Ebeta         0.0000     _Esigma:       0.5000     _Erho:       0.5000
_Eisn:        10.0000     resamp:        6.0000
_GhActual:     1.0000
_Estval:       1.0000
_Eeta:         0.0000
log-likelihood:            9.5257
ln(mean(Imptce Ratio)):   11.5434

Maximum likelihood results in scale of estimation (and se's)
     Zb0       Zw0      sigB      sigW       rho      etaB      etaW
  1.6899   -0.7315   -6.0000   -0.4976   -0.0009    0.0000    0.0000
  0.3144    0.7383   10.7274    0.3996    0.5080    0.0000    0.0000

Untruncated psi's
       BB        BW        SB        SW       RHO
   0.9225    0.0467    0.0025    0.6080   -0.0009

Truncated psi's (ultimate scale)
       BB        BW        SB        SW       RHO
   0.9225    0.4107    0.0025    0.2675   -0.0044

Aggregate bounds
            BETABB     ETAW
Lower:      0.1409    0.5535
Upper:      0.9911    0.7140

Estimates of Aggregate Quantities of Interest
    BETAB     BETAW
   0.8968    0.5713
   0.0597    0.0113
```

PL0000065

```
East Ramapo 2013 Trustee Charles: Turnout Summary Black Voters

**    **
CML return:     0.0000       N:              10.0000      _Esims:     100.0000
_Ebeta          0.0000       _Esigma:         0.5000      _Erho:        0.5000
_Eisn:         10.0000       resamp:          5.0000
_GhActual:      1.0000
_Estval:        1.0000
_Eeta:          0.0000
log-likelihood:            24.9160
ln(mean(Imptce Ratio)):    27.5661

Maximum likelihood results in scale of estimation (and se's)
    Zb0      Zw0      sigB     sigW      rho     etaB     etaW
 -2.4834  -1.1241  -1.2833  -3.0981   0.1034   0.0000   0.0000
  2.1536   0.1477   0.8989   0.3084   0.4869   0.0000   0.0000

Untruncated psi's
      BB       BW       SB       SW      RHO
 -0.3116   0.2167   0.2771   0.0451   0.1030

Truncated psi's (ultimate scale)
      BB       BW       SB       SW      RHO
  0.1382   0.2172   0.1204   0.0449   0.0400

Aggregate bounds
         BETABB    ETAW
Lower:   0.0000   0.0965
Upper:   0.6491   0.2777

Estimates of Aggregate Quantities of Interest
   BETAB    BETAW
  0.1586   0.2334
  0.0425   0.0119
```

## Table 2 With Standard Errors

## East Ramapo Board of Education

## Member Elections 2013-2017

### Summary of Ecological Inference and Homogeneous Precinct Racial Bloc Voting Analyses

| Seat/Candidates | % Latino Voters Voting for Candidate EI | % NH Black Voters Voting for Candidate EI | % NH White Voters Voting for Candidate | | Votes |
|---|---|---|---|---|---|
| | | | EI | HPA | |
| **May 16, 2017** | | | | | |
| **Seat of Moshe Hopstein** | | | | | |
| Mark Berkowitz (W) | 0.5 (0.2) | 36.5 (5.3) | 77.4 (0.9) | 91.0 | 9,158 |
| Alexandra K. Manigo (W) | 99.5 (0.2) | 68.8 (7.8) | 23.5 (1.6) | 9.0 | 4,964 |
| **Seat of Harry Grossman** | | | | | |
| Harry Grossman (W) | 0.4 (0.2) | 7.6 (5.4) | 77.7 (0.9) | 90.6 | 9,137 |
| Eric Goodwin (B) | 99.4 (0.2) | 94.2 (6.3) | 22.5 (1.4) | 9.4 | 4,910 |
| **Seat of Vacant /Engel/Chajmovicz** | | | | | |
| Joel Freilich (W) | 0.5 (0.2) | 3.4 (0.4) | 79.0 (0.9) | 91.1 | 9,530 |
| Chevon Dos Reis (L) | 99.8 (0.1) | 99.4 (0.2) | 20.8 (0.9) | 8.9 | 4,503 |

Notes:
Standard errors in parentheses.

School District CVAP
Latino      =    9.4%
NH Black    =    24.1%
NH White    =    60.5%

Abbreviations:
CVAP:     Citizen Voting Age Population
NH:       Non-Hispanic
W:        White
B:        Black
L:        Latino/a
EI:       Kings' Ecological Inference Analysis
HPA:      Homogeneous Precinct Analysis For %NH White, polling places with > 90% NH White CVAP

## Table 2 With Standard Errors (cont.)

## East Ramapo Board of Education

## Member Elections 2013-2017

## Summary of EI and HPA Racial Bloc Voting Analyses

| Seat/Candidates | % Latino Voters Voting for Candidate EI | % NH Black Voters Voting for Candidate EI | % NH White Voters Voting for Candidate | | Votes |
|---|---|---|---|---|---|
| | | | EI | HPA | |
| **May 17, 2016** | | | | | |
| **Seat of Bernard L. Charles Jr.** | | | | | |
| Bernard L. Charles, Jr. (B) | 1.2 (0.4) | 1.4 (0.6) | 77.2 (0.9) | 89.8 | 7,973 |
| Kim A. Foskew (W) | 99.1 (0.4) | 99.6 (0.1) | 23.0 (1.1) | 10.2 | 3,972 |
| **Seat of Pierre Germain** | | | | | |
| Pierre Germain (B) | 0.4 (0.1) | 0.9 (0.5) | 77.0 (0.7) | 89.3 | 7,860 |
| Jean E. Fields (B) | 99.5 (0.2) | 99.2 (0.4) | 23.4 (1.0) | 10.7 | 4,137 |
| **Seat of Yehuda Weissmandl** | | | | | |
| Yehuda Weissmandl (W) | 0.5 (0.1) | 0.6 (0.2) | 78.0 (0.3) | 89.2 | 7,626 |
| Natashia E. Morales (L) | 99.2 (0.3) | 99.2 (0.3) | 24.4 (1.1) | 10.8 | 4,401 |
| **Seat of Sabrina Charles-Pierre** | | | | | |
| Sabrina Charles-Pierre Unopposed | | | | | 5,014 |
| **May 19, 2015** | | | | | |
| **Seat of Jacob Lefkowitz** | | | | | |
| Jacob L. Lefkowitz (W) | 0.7 (0.2) | 36.2 (0.1) | 75.0 (1.7) | 86.2 | 6,380 |
| Sabrina Charles-Pierre (B) | 64.2 (0.5) | 74.6 (6.8) | 23.5 (0.9) | 11.2 | 4,600 |
| Alan Keith Jones (B) | * | 3.6 (2.0) | 2.6 (0.4) | 2.6 | 468 |
| **Seat of Yonah Rothman** | | | | | |
| Yonah Rothman (W) | 0.5 (0.2) | 40.0 (7.2) | 72.1 (2.4) | 86.9 | 6,523 |
| Natasha Morales (L) | 99.4 (0.2) | 59.9 (5.6) | 28.1 (2.1) | 13.1 | 4,864 |
| **Seat of Eliahu Solomon** | | | | | |
| Juan Pablo Ramirez (L) | 0.3 (0.1) | 26.5 (5.2) | 68.0 (2.6) | 79.0 | 6,293 |
| Steve D. White (W) | 99.4 (0.2) | 69.7 (5.7) | 25.2 (1.8) | 11.8 | 4,615 |
| Yisroel Eisenbach (W) | * | 5.0 (1.1) | 6.0 (0.4) | 9.2 | 556 |

<u>Notes</u>:  *Indeterminate

## Table 2 With Standard Errors (cont.)

## East Ramapo Board of Education

## Member Elections 2013-2017

## Summary of EI and HPA Racial Bloc Voting Analyses

| Seat/Candidates | % Latino Voters Voting for Candidate EI | % NH Black Voters Voting for Candidate EI | % NH White Voters Voting for Candidate EI | % NH White Voters Voting for Candidate HPA | Votes |
|---|---|---|---|---|---|
| **May 20, 2014** | | | | | |
| **Seat of Moshe Hopstein** | | | | | |
| Moshe Hopstein | | | | | 2,388 |
| Unopposed | | | | | |
| **Seat of David Wanounou (Daniel Schwartz)** | | | | | |
| Harry Grossman (W) | | | | | 2,652 |
| Unopposed | | | | | |
| **Seat of Yehuda Weissmandl** | | | | | |
| Yakov Engel (W) | | | | | 2,381 |
| Unopposed | | | | | |
| **Seat of Harry Grossman (MaraLuz Corado)** | | | | | |
| Yehudat Weissmandl (W) | | | | | 2,379 |
| Unopposed | | | | | |
| **May 21, 2013** | | | | | |
| **Seat of Moses Friedman** | | | | | |
| MaraLuz Corado (L) | 0.5 (0.2) | 73.9 (4.7) | 69.2 (2.7) | 84.9 | 6,806 |
| Margaret Tuck (B) | 99.6 (0.2) | 29.3 (5.8) | 30.5 (2.8) | 15.1 | 5,244 |
| **Seat of Nathan Losman** | | | | | |
| Pierre Germain (B) | 0.4 (0.2) | 91.8 (7.9) | 69.0 (2.3) | 86.0 | 6,899 |
| Eustache Clerveaux (B) | 99.5 (0.2) | 7.6 (7.6) | 30.2 (3.0) | 14.0 | 5,085 |
| **Seat of Bernard L. Charles, Jr.** | | | | | |
| Bernard L. Charles, Jr. (B) | 0.6 (0.2) | 89.7 (6.0) | 68.7 (2.1) | 85.2 | 6,833 |
| Robert Forrest (B) | 99.4 (0.2) | 10.6 (6.3) | 31.6 (2.6) | 14.8 | 5,175 |