UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                  Plaintiffs,<br><br>         v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                  Defendants. | 17 Civ. 8943 (CS) (JCM) |

## **DECLARATION OF CLAUDIA T. SALOMON**

CLAUDIA T. SALOMON, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

    1.    I am a Partner at the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, co-counsel for Plaintiffs with the New York Civil Liberties Union Foundation in the above-captioned matter. I am a member in good standing of the bar of the State of New York and this Court.

    2.    I respectfully submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss in the above-captioned action. I am familiar with all of the facts and circumstances set forth herein.

    3.    Attached as Exhibit 1 is a true and correct copy of the January 2, 2018 transcript hearing in this matter.

4. Attached as Exhibit 2 is a true and correct copy of the memorandum accompanying the New York State Assembly's, "*An act to amend the education law, in relation to the establishment of school election wards in union free school districts and central school district*s," A881-A (S 6599), 2017-2018 Reg. Sess., available at http://www.assembly.state.ny.us/leg/?default_fld=&leg_video=&bn=A00881&term=&Memo=Y.

Dated: March 14, 2018
New York, New York

/s/ Claudia T. Salomon
Claudia T. Salomon