# EXHIBIT 2

- **This bill is not active in this session.**

**A00881 Memo:**

<pre>
                    NEW YORK STATE ASSEMBLY
                 MEMORANDUM IN SUPPORT OF LEGISLATION
            submitted in accordance with Assembly Rule III, Sec 1(f)


BILL NUMBER: A881A

SPONSOR: Gunther


TITLE OF BILL:  An act to amend the education law, in relation to the
establishment of school election wards in union free school districts
and central school districts


PURPOSE:

To permit school districts, organized under articles 35 and 37 of the
New York Education Law, to allow their voters the option to approve a
referendum that will restrict the election of candidates to the board of
education to the particular election district where those candidates and
the voters of that particular election district reside.


SUMMARY OF PROVISIONS:

Section 1-2: Authorizes boards of education to establish school election
wards for purposes of electing individual school board members.

Section 3: Effective Date


EXISTING LAW:

Under current law, school districts may not restrict the election of
candidates to the board of education to the particular election district
where those candidates and the voters of that particular election
district reside.


JUSTIFICATION:

School Districts in Upstate New York can encompass a wide geographical
area. There are School Districts which span multiple counties and town-
ships, and serve a diverse socio-economic community.

Under current law, union free school districts and central school
districts, upon their own motion, may divide into separate election
districts. However, current law does not permit a school district to
restrict candidates to run for office only in the election district
where they reside, or to limit voters to elect a candidate only from the
election district where they reside. In order to prevent overrepresen-
tation or underrepresentation of one geographical area over the other,
this legislation would give voters the option to approve a referendum
that will restrict the election of candidates to the board of education
to the particular election district where those candidates and the
voters of that particular election district reside.


LEGISLATIVE HISTORY:

2015-16: A8163 reported to Ways & Means/S5846 passed Senate


FISCAL IMPLICATIONS:

None.


EFFECTIVE DATE:
This act shall take effect immediately.
</pre>