**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                Plaintiffs,<br><br>      v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                Defendants. | 17 Civ. 8943 (CS) (JCM) |

**DECLARATION OF CLAUDIA T. SALOMON**

CLAUDIA T. SALOMON, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am a Partner at the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, co-counsel for Plaintiffs with the New York Civil Liberties Union Foundation in the above-captioned matter.  I am a member in good standing of the bar of the State of New York and this Court.

2.      I respectfully submit this declaration in further support of Plaintiffs' Motion for a Preliminary Injunction.  I am familiar with all of the facts and circumstances set forth herein.

3.      Attached as Exhibit 1 is a true and correct copy of the deposition transcript of Dr. Steven P. Cole held on February 6, 2018.

4.      Attached as Exhibit 2 is a true and correct copy of the campaign finance form for Bernard Charles Jr. filed on April 22, 2013 and obtained via FOIL request from the East Ramapo Central School District.

5.      Attached as Exhibit 3 is a true and correct copy of the campaign finance form for Bernard Charles Jr. filed on May 16, 2013 and obtained via FOIL request from the East Ramapo Central School District.

6.      Attached as Exhibit 4 is a true and correct copy of the campaign finance form for Bernard Charles Jr. filed on June 11, 2013 and obtained via FOIL request from the East Ramapo Central School District.

7.      Attached as Exhibit 5 is a true and correct copy of the campaign finance form for Pierre C. Germain filed on April 22, 2013 and obtained via FOIL request from the East Ramapo Central School District.

8.      Attached as Exhibit 6 is a true and correct copy of the campaign finance form for Pierre C. Germain filed on May 14, 2013 and obtained via FOIL request from the East Ramapo Central School District.

9.      Attached as Exhibit 7 is a true and correct copy of the campaign finance form for Pierre C. Germain filed on June 11, 2013 and obtained via FOIL request from the East Ramapo Central School District.

10.     Attached as Exhibit 8 is a true and correct copy of the campaign finance form for Maraluz Corado filed on April 22, 2013 and obtained via FOIL request from the East Ramapo Central School District.

11.      Attached as Exhibit 9 is a true and correct copy of the campaign finance form for Maraluz Corado filed on May 15, 2013 and obtained via FOIL request from the East Ramapo Central School District.

12.      Attached as Exhibit 10 is a true and correct copy of the campaign finance form for Maraluz Corado filed on June 12, 2013 and obtained via FOIL request from the East Ramapo Central School District.

Dated:      New York, New York  
            March 14, 2018

/s/ Claudia T. Salomon  
Claudia T. Salomon