# EXHIBIT 5

## EXPENDITURE AND CONTRIBUTION STATEMENT
## FOR CANDIDATES FOR MEMBER OF THE BOARD OF EDUCATION

The following statement (including attachment, if necessary) shall be completed, signed, notarized and filed with the District Clerk of the East Ramapo Central School District, Spring Valley, New York. If total expenditures, including those incurred by others on my behalf, with my approval, exceed $500 or the aggregate amount of contributions to my campaign exceed $500, this statement must also be filed with the Commissioner of Education, NYS Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234.

**THREE (3) STATEMENTS MUST BE FILED BY THE FOLLOWING DATES:**
(1) on or before the 30th day preceding the date of the election (April 22, 2013)
(2) on or before the 5th day preceding the date of the election (May 16, 2013)
(3) within 20 days following the date of the election (June 10, 2013)

I, _PIERRE C. GERMAIN_, am a candidate for member of the Board of Education of the East Ramapo Central School District, at an election to be held on **May 21, 2013.**

**COMPLETE THIS SECTION IF LESS THAN $500 HAS BEEN EXPENDED OR RECEIVED IN CONTRIBUTIONS DURING THE PARTICULAR REPORTING PERIOD:**

**I HEREBY CERTIFY THAT:**

_____ as of _____, 2013, I have expended and/or others have expended on my behalf, with my approval, less than $500 on my campaign in support of my candidacy for this office; and

_22_ as of _April_, 2013, the aggregate amount of contributions received by my campaign does not exceed $500.

**COMPLETE THIS SECTION IF MORE THAN $500 HAS BEEN EXPENDED OR RECEIVED IN CONTRIBUTIONS DURING THE PARTICULAR REPORTING PERIOD:**

**I HEREBY CERTIFY THAT:**

_____ as of _____, 2013, I have expended and/or others have expended on my behalf, with my approval, a total of $_____ on my campaign in support of my candidacy for this office. **If you check this, you must complete the attached sheet.**

_____ as of _____, 2013, the aggregate amount of contributions made by others on my behalf, with my approval, was $_____. **If you checked this, you must complete the attached sheet.**

_____
Signature of Candidate

Sworn to before me this
_22_ day of _April_, 2013

_____
Notary Public

RONEL LECORPS
Notary Public, State of New York
No. 01LE4839465
Qualified in Rockland County
Commission Expires Aug. 31, 2013

NOTE: If you receive a contribution or loan of more than $1,000 after the filing of the second statement, you must report it, in a notarized writing, to both the District Clerk and the Commissioner of Education within 24 hours of receipt.