# EXHIBIT 10

# EXPENDITURE AND CONTRIBUTION STATEMENT
## FOR CANDIDATES FOR MEMBER OF THE BOARD OF EDUCATION

The following statement (including attachment, if necessary) shall be completed, signed, notarized and filed with the District Clerk of the East Ramapo Central School District, Spring Valley, New York. If total expenditures, including those incurred by others on my behalf, with my approval, exceed $500 or the aggregate amount of contributions to my campaign exceed $500, this statement must also be filed with the Commissioner of Education, NYS Education Department, State Education Building, 89 Washington Avenue, Albany, New York 12234.

**THREE (3) STATEMENTS MUST BE FILED BY THE FOLLOWING DATES:**
(1) on or before the 30th day preceding the date of the election (April 22, 2013)
(2) on or before the 5th day preceding the date of the election (May 16, 2013)
(3) within 20 days following the date of the election (June 10, 2013)

I, __Maraluz Corado__, am a candidate for member of the Board of Education of the East Ramapo Central School District, at an election to be held on May 21, 2013.

**COMPLETE THIS SECTION IF LESS THAN $500 HAS BEEN EXPENDED OR RECEIVED IN CONTRIBUTIONS DURING THE PARTICULAR REPORTING PERIOD:**

I HEREBY CERTIFY THAT:

____ as of _____, 2013, I have expended and/or others have expended on my behalf, with my approval, less than $500 on my campaign in support of my candidacy for this office; and

____ as of _____, 2013, the aggregate amount of contributions received by my campaign does not exceed $500.

**COMPLETE THIS SECTION IF MORE THAN $500 HAS BEEN EXPENDED OR RECEIVED IN CONTRIBUTIONS DURING THE PARTICULAR REPORTING PERIOD:**

I HEREBY CERTIFY THAT:

____ as of __6/21__, 2013, I have expended and/or others have expended on my behalf, with my approval, a total of $ __4,900.00__ on my campaign in support of my candidacy for this office. If you check this, you must complete the attached sheet.

____ as of _____, 2013, the aggregate amount of contributions made by others on my behalf, with my approval, was $ _____. If you checked this, you must complete the attached sheet.

x __Maraluz Corado__
Signature of Candidate

Sworn to before me this
__12__ day of __June__, 2013
__Dianne C. Psaros__
Notary Public

DIANNE C. PSAROS
Notary Public, State of New York
No. 01PS5054939
Qualified in Rockland County
Commission Expires January 29, 2014

**NOTE:** If you receive a contribution or loan of more than $1,000 after the filing of the second statement, you must report it, in a notarized writing, to both the District Clerk and the Commissioner of Education within 24 hours of receipt.

**CAMPAIGN CONTRIBUTION STATEMENT**
**FOR CONTRIBUTIONS OF MORE THAN $1,000 RECEIVED**
**AFTER FILING OF SECOND EXPENDITURE AND CONTRIBUTION STATEMENT**

I, __Maraluz Corado__, am a candidate for member of the Board of Education of the East Ramapo Central School District, at an election to be held on **May 21, 2013.**

### I HEREBY CERTIFY THAT:

The following contribution(s) made by others, on my behalf, with my approval, exceeded $1,000 and was received after the filing of the second statement. This report is being made within 24 hours of receipt of the contribution.

| Name and Address of Contributor | Date Received | Amount/Fair Market Value |
|---|---|---|
| South East Ramapo Tax Payers Assoc, 9 Maple Leaf Rd, Monsey NY 10952 | 5/13/13 | 4,800.00 |

x __Maraluz Corado__
Signature of Candidate

Sworn to before me this
12 day of June, 2013
__Dianne C. Psaros__
Notary Public

DIANNE C. PSAROS
Notary Public, State of New York
No. 01PS5054939
Qualified in Rockland County
Commission Expires January 29, 2014

**NOTE:** If contributor is a political committee, you must include the political unit represented, the date of receipt, the dollar amount of every expenditure, and the name and address of the person to whom it is made.

Election\2013\Campaign Expenditure-Statements