NAACP 30b6

1

1

2  \*\* R O U G H   D R A F T \*\*

3  UNITED STATES DISTRICT COURT

4  SOUTHERN DISTRICT OF NEW YORK

5  Civil Action No. 7:17-cv-08943

6  ------------------------------------x
   NATIONAL ASSOCIATION FOR THE ADVANCEMENT
7  OF COLORED PEOPLE, SPRING VALLEY BRANCH,
   et al.,
8
            Plaintiffs,
9

10      - against -

11
    EAST RAMAPO CENTRAL SCHOOL DISTRICT,
12  et al.,

13          Defendants.
    ------------------------------------x
14              March 8, 2018
                2:05 p.m.
15

16      Deposition of NATIONAL ASSOCIATION

17  FOR THE ADVANCEMENT OF COLORED PEOPLE,

18  SPRING VALLEY BRANCH, by WILLIE J. TROTMAN,

19  taken by Defendants, pursuant to Rule

20  30(b)(6) Notice, held at the offices of

21  Morgan Lewis & Bockius LLP, 101 Park

22  Avenue, New York, New York, before Todd

23  DeSimone, a Registered Professional

24  Reporter and Notary Public of the State of

25  New York.

2

1

2  A P P E A R A N C E S :

```
                              NAACP 30b6
 3   LATHAM & WATKINS LLP
     885 Third Avenue
 4   New York, New York 10022-4834
            Attorneys for Plaintiffs
 5   BY:   SERIN TURNER, ESQ.
              serin.turner@lw.com
 6         COREY CALABRESE, ESQ.
              corey.calabrese@lw.com
 7

 8

 9   NEW YORK CIVIL LIBERTIES UNION
     125 Broad Street
10   New York, New York 10004
            Attorneys for Plaintiffs
11   BY:   PERRY GROSSMAN, ESQ.
              pgrossman@nyclu.org
12

13

14   MORGAN, LEWIS & BOCKIUS LLP
     1111 Pennsylvania Avenue, NW
15   Washington, D.C. 20004-2541
            Attorneys for Defendant
16          East Ramapo School District
     BY:   DAVID J. BUTLER, ESQ.
17             david.butler@morganlewis.com
           ADAM J. ADLER, ESQ.
18             adam.adler@morganlewis.com

19

20

21

22

23

24

25
                                                                3


 1

 2   A P P E A R A N C E S: (Continued)

 3   STATE OF NEW YORK OFFICE OF THE
     ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
 4   120 Broadway
     New York, New York 10271-0332
 5          Attorneys for Commissioner
            MaryEllen Elia
 6   BY:   ELYCE MATTHEWS, ESQ.
              elyce.matthews@ag.ny.gov
 7
```

NAACP 30b6

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                    4

1               TROTMAN
2  W I L L I E  J.  T R O T M A N,
3  called as a witness, having been first duly
4  sworn, was examined and testified
5  as follows:
6  ^ EXAMINATION BY MR. BUTLER:
7       Q.    Good afternoon, Mr. Trotman.
8  How are you today?
9       A.    Good afternoon.
10      Q.    Are you doing okay?
11      A.    I'm doing okay.

NAACP 30b6

12  A.  The NAACP represents our youth
13 council, the students of East Ramapo
14 Central School District --
15  Q.  They don't vote.
16  A.  Some of them do.
17  Q.  Some of them do?
18  A.  That's right.
19  Q.  Those who are over 18?
20  A.  18 and over.
21  Q.  What percentage of your youth
22 council are voters?
23  A.  We don't check.
24  Q.  You don't know?
25  A.  We don't deal with that data.

                                        61

1            TROTMAN
2            MR. TURNER:  I will need to
3 note the witness didn't get to finish his
4 answer as to the interest in the
5 litigation.
6   Q.  Anything more you want to say
7 about the NAACP's interest in the
8 litigation other than the youth council?
9   A.  We believe 100 percent in a
10 democratic society and that everyone needs
11 to and should be represented.  We don't
12 think that there is adequate representation
13 and we are seeking measures to ensure that
14 that happens.  The way it stands now, we
15 don't feel that the students of East
16 Ramapo, the students of East Ramapo, are

NAACP 30b6

17　receiving adequate education.
18　　　Q.　　So the NAACP is involved in a
19　Voting Rights Act case in order to ensure
20　that students in the public school get an
21　adequate education?
22　　　A.　　All students.
23　　　Q.　　All students get an adequate
24　education?
25　　　A.　　Correct.

62

1　　　　　　　　TROTMAN
2　　　Q.　　That has nothing to do with the
3　voting for anything, it only has to do with
4　a result of assuring adequate education?
5　　　　　MR. TURNER:  Objection to form.
6　　　A.　　It has everything to do with
7　the voting.  If there were seven members of
8　the East Ramapo Central School District who
9　said, who showed, who exemplified that we
10　believe in education for each and every
11　student, I wouldn't care what color they
12　are, what religion they are, it would not
13　matter.
14　　　Q.　　But you are convinced that some
15　of the members of the East Ramapo Central
16　School District do not believe in the
17　importance of providing education to all
18　students; is that your testimony?
19　　　A.　　That's my testimony.
20　　　Q.　　And that's based upon the fact

NAACP 30b6

```
 8  that there was simply a promotion.
 9           MR. BUTLER:  I have nothing
10  further.  Thank you.
11           MR. TURNER:  We need to just
12  caucus for one minute and figure out
13  whether there is any redirect.
14           (Recess taken.)
15  EXAMINATION BY MR. Turner:
16      Q.   Mr. Trotman, do you remember
17  during your deposition when you were
18  talking about the possibility of black and
19  Latino children attending Yeshivas?
20      A.   Right.
21      Q.   Do you remember that?
22      A.   Yes.
23      Q.   During that discussion were you
24  testifying about official positions of the
25  NAACP or were you testifying about your own
```

95

```
 1                 TROTMAN
 2  personal views and thoughts?
 3      A.   It came out as my personal view
 4  and I need to correct that.
 5           MR. TURNER:  That's all I have.
 6           MR. BUTLER:  I will stand on
 7  the record.  Thank you.  4:44
 8
 9
10
11
```