# EXHIBIT 3

Page 1

1

2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     ----------------------------- X
      NATIONAL ASSOCIATION FOR
4     THE ADVANCEMENT OF
      COLORED PEOPLE,
5     SPRING VALLEY BRANCH, et al.,
6                 Plaintiffs,
7           vs.                No.
                               7:17-cv-08943
8
      EAST RAMAPO CENTRAL
9     SCHOOL DISTRICT, et al.,
10                Defendants.
      ----------------------------- X
11
12                      February 6, 2018
13                      10:07 a.m.
14
15
16          Deposition of STEVEN P.
17    COLE, Ph.D., held at the offices of
18    Morgan, Lewis & Bockius LLP, 101 Park
19    Avenue, New York, New York, pursuant to
20    Notice, before Theresa Tramondo, AOS, CLR,
21    a Notary Public of the State of New York.
22
23    Reported by:
24    THERESA TRAMONDO, AOS, CLR
25    JOB NO. PA2808166

Page 2

1
2  APPEARANCE OF COUNSEL:
3
4  FOR PLAINTIFFS and
5  STEVEN P. COLE, Ph.D.
6    LATHAM & WATKINS LLP
7    885 Third Avenue
8    New York, New York  10022-4834
9    BY:  COREY A. CALABRESE, ESQ.
10   Corey.calabrese@lw.com
11   212-9061200
12
13 FOR PLAINTIFFS and
14 STEVEN P. COLE, Ph.D.:
15   NEW YORK CIVIL LIBERTIES UNION
16   125 Broad Street
17   New York, New York  10004
18   BY:  PERRY GROSSMAN, ESQ.
19   Pgrossman@nyclu.org
20   212-607-3347
21
22
23
         Veritext Legal Solutions
24        Mid-Atlantic Region
         1250 Eye Street NW - Suite 350
25        Washington, D.C.  20005

Page 3

1
2  APPEARANCE OF COUNSEL (CONT'D):
3
4  FOR DEFENDANT EAST RAMAPO CENTRAL SCHOOL
5  DISTRICT:
6    MORGAN, LEWIS & BOCKIUS LLP
7    1111 Pennsylvania Avenue, NW
8    Washington, D.C.  20004-2541
9    BY:  RANDALL M. LEVINE, ESQ.
10       DAVID J. BUTLER, ESQ.
11       ADAM ADLER, ESQ.
12   Randall.levine@morganlewis.com
13   David.butler@morganlewis.com
14   Adam.adler@morganlewis.com
15   202-373-6541
16
17 FOR DEFENDANT COMMISSIONER MARYELLEN ELIA:
18   STATE OF NEW YORK OFFICE OF THE
19   ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
20   120 Broadway
21   New York, New York  10271-0332
22   BY:  MONICA A. CONNELL, ESQ.
23   Monica.connell@ag.ny.gov
24   212-416-8965
25

Page 4

1
2           STIPULATIONS
3
4
5    IT IS HEREBY STIPULATED AND AGREED,
6  by and among counsel for the respective
7  parties hereto, that the filing,
8  sealing and certification of the within
9  deposition shall be and the same are
10 hereby waived;
11   IT IS FURTHER STIPULATED AND AGREED
12 that all objections, except as to form
13 of the question, shall be reserved to
14 the time of the trial;
15   IT IS FURTHER STIPULATED AND AGREED
16 that the within deposition may be signed
17 before any Notary Public with the same
18 force and effect as if signed and sworn to
19 before the Court.
20
21
22
23
24
25

Page 5

1
2  BY THE COURT REPORTER:
3      Q.   Please state your full name for
4  the record.
5      A.   Steven Parker Cole, Ph.D.
6      Q.   What is your address?
7      A.   Business address, 1315 Baptist
8  Church Road, Yorktown Heights, New York
9  10598 and 721 E. Ponce de Leon Avenue,
10 Decatur, Georgia 30030.
11 S T E V E N  P  C O L E ,  P h D,
12 called as a witness, having been duly
13 sworn by a Notary Public, was examined and
14 testified as follows:
15 EXAMINATION BY
16 MR. LEVINE:
17     Q.   Good morning.  We are on the
18 record.  My name is Randall Levine.  I am an
19 attorney.  I represent the defendant in this
20 case, East Ramapo Central School District.
21        Would you please state your full
22 name for the record.
23     A.   Steven Parker Cole.
24     Q.   Dr. Cole, is that the right form
25 of address?

2 (Pages 2 - 5)

Page 6

Cole

1           Cole
2    A.   It is.
3    Q.   Dr. Cole, you have been deposed
4 before, right?
5    A.   I have.
6    Q.   Well, then we will just refresh
7 on the ground rules.
8         If you have any questions,
9 please ask. Today your answers will be
10 given under oath, subject to penalties of
11 perjury as if you were testifying in a
12 courtroom. Do you understand that?
13    A.   I do.
14    Q.   If you don't understand any of
15 my questions today, either in whole or in
16 part, please just tell me, and I will
17 rephrase the question. If you don't ask me
18 to rephrase the question, then I will assume
19 you understood the question. Do you
20 understand?
21    A.   I do.
22    Q.   There may be times today when in
23 the middle of a question counsel for one of
24 the parties may object. That is not an
25 instruction to you not to answer the

Page 7

Cole

1           Cole
2 question. Do you understand?
3    A.   I do.
4    Q.   Are you represented by counsel
5 today?
6    A.   I have counsel here who
7 represent the school district. I -- I
8 actually don't understand the question.
9    Q.   Let's clarify it. You have been
10 retained to serve as an expert in this case,
11 correct?
12    A.   Correct.
13    Q.   You have been retained by a law
14 firm to provide an opinion in this case,
15 correct?
16    A.   Correct.
17    Q.   Who retained you?
18    A.   I was retained by Latham &
19 Watkins and New York Civil Liberties Union.
20    Q.   Are the attorneys from the NYCLU
21 here today with you to serve in the capacity
22 as counsel for the plaintiffs?
23    A.   Correct.
24    Q.   Very good.
25         If at any point during the

Page 8

Cole

1 deposition today you need to take a break,
2 that is perfectly fine. I would just ask
3 that you wait until I finish a question and
4 provide an answer to a question and then we
5 can take a break. Do you understand?
6    A.   I do.
7    Q.   Did you drink any alcohol prior
8 to coming here this morning?
9    A.   No.
10    Q.   Did you take any medications
11 prior to coming here this morning?
12    A.   Just throat lozenges.
13    Q.   Are you currently being treated
14 for any illness that would prevent you from
15 answering questions fully and truthfully
16 today?
17    A.   No.
18    Q.   Is there any other reason you
19 can think of why you might not be able to
20 give accurate and truthful answers to my
21 questions?
22    A.   I don't.
23    Q.   Very good.
24         Before we move on to the next

Page 9

Cole

1           Cole
2 piece, do you have any questions for me
3 about the deposition?
4    A.   I don't.
5         MR. LEVINE: I'm going to mark a
6    document as Cole Exhibit 1.
7         (Cole Exhibit 1, Curriculum
8    vitae of Steven P. Cole, Ph.D., dated
9    December 2017, marked for
10    identification, as of this date.)
11    Q.   I note it's marked on the first
12 page "Exhibit 2." That's not the deposition
13 exhibit number.
14         Take a moment to look at the
15 document and familiarize yourself with it.
16         The document marked as Cole
17 Exhibit 1, do you recognize that document?
18    A.   It has Cole Exhibit 2 on the
19 tab.
20    Q.   Do you recognize the document
21 that we've marked as Cole Exhibit 1?
22    A.   I do.
23    Q.   Is this your CV?
24    A.   It is.
25    Q.   To the best of your knowledge,

Cole

1
2  is this CV fully up to date?
3      A.   It's dated December 2017.  I
4  would like to update it.  There is a change
5  since December.
6      Q.   All right.  There is something
7  you would like to add to your CV; is that
8  correct?
9      A.   Not to add to it.  Just change a
10  date.
11      Q.   There is at least one change you
12  would like to make to the CV?
13      A.   It's the only one I'm aware of,
14  yes.
15      Q.   What's the change?
16      A.   On page 26 under "Publications
17  and Papers," this article on depression was
18  accepted by the Journal of Affective
19  Disorders.  It went into press in December.
20  It's now available online.  It has been
21  published, and it will be out on paper in a
22  few months.
23      Q.   Any other changes to this CV
24  that you are aware of as you sit here today?
25      A.   Not that I'm aware of.

Cole

1
2      Q.   Turning to the very first page
3  of the document, which is labeled at the top
4  "Page 2 of 38," under "Experience" you have
5  listed as the first entry, "2016 to Present,
6  a role as primary investigator, Northeast
7  Sustainable Agriculture Research and
8  Education Grant, University of Vermont,
9  Residual Doramectin in alpaca manure
10  compost."
11          What is that role that you're
12  serving in in that entry?
13      A.   I'm the primary investigator.
14      Q.   What is residual Doramectin in
15  alpaca manure?
16      A.   Alpacas east of the Mississippi
17  River are prone to a parasite, a meningeal
18  worm, a brain worm, and in order to prevent
19  severe neurological issues, they're injected
20  monthly with a medication Doramectin.
21      Q.   What do you do as the primary
22  investigator?
23      A.   I -- as a primary investigator,
24  I applied -- I was the lead author on a
25  grant proposal.  I designed the study.  I

Cole

1
2  actually participate in taking samples, so
3  data collection, I do data analysis, report
4  writing, and communication with coauthors.
5      Q.   Are you an expert in alpaca
6  manure?
7      A.   I actually am.
8      Q.   Is that a veterinary expertise?
9      A.   No.  I actually live on a farm
10  and have alpacas, so I'm very experienced
11  with manure, and have been concerned about
12  alpaca and llama farmers using composted
13  manure for gardens and farms knowing that
14  the animals are medicated.
15          So the purpose of the study is
16  to document how long it takes for the drug
17  to leave the animal and then once it's
18  composted to study how long or to study the
19  degradation rates of the drug in the
20  composted manure.
21      Q.   That project you're working on
22  is continuing through to the present,
23  correct?
24      A.   Correct.
25      Q.   Let's move down to the next

Cole

1
2  entry "2012 to Present, adjunct professor,
3  Department of Theater and Dance, Emory
4  University, Atlanta, Georgia."  Does that
5  entry mean that you're a dance teacher?
6      A.   No.
7      Q.   So what do you do as an adjunct
8  professor of the Department of Theater and
9  Dance?
10      A.   I provide research consultations
11  to the department.
12      Q.   Of what nature?
13      A.   With respect to designing
14  experiments, designing research, developing
15  measurement tools, statistical analysis and
16  support in writing up the results for
17  publications.
18      Q.   How does that work relate to
19  theater and dance?  What are you studying?
20      A.   An example of studying in that
21  program would be analyzing the effect of
22  dancing or teaching dance in front of
23  mirrors, what effect does that have on the
24  body image of female ballet dancers.
25      Q.   That began in 2012 continuing

Cole

1   Cole
2   through to the present, correct; is it one
3   study or multiple studies?
4        MR. GROSSMAN:  Objection.
5        Q.   The first question is:  2012
6   continuing to the present, correct?
7        A.   Correct.
8        Q.   Have you conducted a single
9   study with the Theater and Dance Department
10  at Emory?
11       A.   No.  It has been more than one
12  study.
13       Q.   Let's move on to the next one,
14  "1993 to Present, adjunct professor,
15  Department of Psychology, Emory University,
16  Atlanta, Georgia."  What is your primary
17  field of study as a psychology professor?
18       A.   There are two primary areas;
19  research, design and statistics, and the
20  second area would be perception and memory.
21       Q.   Let's start with the first.
22  What in particular -- the research, design
23  and statistics, how does that relate to the
24  discipline of psychology?
25       A.   There is an area of psychology

1   Cole
2   that focuses on designing research,
3   designing measurement tools, and in
4   statistical analysis of the data that's an
5   area of psychology that I studied and have
6   expertise and provide consultation to the
7   department on.
8        Q.   Do have formal training in
9   statistical analysis?
10       A.   I do.
11       Q.   Can you tell me the nature of
12  your formal training with statistical
13  analysis?
14       A.   It began as an undergraduate at
15  the University of Virginia, continued in my
16  graduate studies at Columbia and expanded
17  when I was a graduate student at Emory.
18       Q.   Do you teach any statistics
19  classes?
20       A.   I need you to get more specific
21  about your question.  You used the words,
22  "do you"; are you talking currently?
23       Q.   Yes.  Currently do you teach any
24  statistics classes?
25       A.   At this point I'm not teaching

1   Cole
2   formal classes in statistics.  I do invited
3   presentations about statistical analysis.
4        Q.   Have you taught formal classes
5   in statistics?
6        A.   I have.
7        Q.   When was the last time you
8   taught formal classes in statistics?
9        A.   That would have been 1995.
10       Q.   Where did you teach statistics
11  classes in 1995?
12       A.   The Atlanta University Center.
13       Q.   What is that?
14       A.   That is a consortium of
15  historically Black colleges and universities
16  in Atlanta like Morehouse.
17       Q.   That class, was it an
18  undergraduate class?
19       A.   Yes.
20       Q.   For how many semesters did you
21  teach that class ballpark?
22       A.   Approximately ten.
23       Q.   Have you ever published a peer
24  review article on statistical analysis?
25       A.   I have published peer review

1   Cole
2   articles that deal with statistical
3   analysis, yes.
4        Q.   Just so I understand, are you
5   saying that you have published peer review
6   articles in which you used statistical
7   analysis?
8        A.   Certainly used, and in some
9   articles go beyond just using.
10       Q.   What do you mean by that?
11       A.   I mean qualifying the analyses,
12  critiquing other analyses and moving the
13  field forward with the analyses.
14       Q.   Have you been retained to serve
15  as an expert witness in a Voting Rights Act
16  case before now?
17       A.   Yes.
18       Q.   Have you been retained to serve
19  as an expert witness in a Voting Rights Act
20  case involving Section 2 of the Voting
21  Rights Act?
22       A.   Yes.
23       Q.   When was the last time you
24  served as an expert witness in a Section 2
25  case?

Cole

1
2      A.   You'll have to clarify what you
3  mean by "expert witness."
4      Q.   I mean by "expert witness" that
5  you were retained for the purpose of
6  testifying about your professional opinion
7  in court.
8      A.   Okay, could you repeat the prior
9  question then?
10     Q.   Sure.
11          When was the last time you were
12  retained to serve as an expert witness in a
13  Section 2 case?
14     A.   Three years ago.
15     Q.   What was the name of that case?
16     A.   Voketz versus City of Decatur.
17     Q.   What were you retained to opine
18  on in that case?
19     A.   Racially polarized voting.
20     Q.   Did you testify in that case?
21     A.   No.
22     Q.   Did you draft a report for that
23  case?
24     A.   I did.
25     Q.   Do you know if that report was

Cole

1
2  filed in court?
3      A.   I believe it was.
4      Q.   Were you deposed in that case?
5      A.   I was not.
6      Q.   Do you know whether that case
7  was resolved?
8          MR. GROSSMAN:  Objection.
9      Q.   Do you know whether that case is
10  ongoing?
11     A.   It's ongoing.
12     Q.   Do you recall -- for that case
13  if I call it the "Decatur case," will you
14  know what I mean?
15     A.   We can agree on that, sure.
16     Q.   In the Decatur case, were you
17  retained to perform statistical analysis?
18     A.   Yes.
19     Q.   What statistical analysis
20  techniques did you perform?
21     A.   Homogenous precinct analysis,
22  correlational analysis, bivariate ecological
23  regression and ecological inference.
24     Q.   Have you served as an expert
25  witness in any other Section 2 cases?

Cole

1
2      A.   I have.
3      Q.   Before the Decatur case, what is
4  the most recent Section 2 case that you
5  served as an expert witness in?
6      A.   I'm going to ask you to clarify
7  what you mean by "case"?
8      Q.   A litigation in state or federal
9  court.
10     A.   Are you assuming that a case has
11  been filed by that question?
12     Q.   Yes.  By that question I am
13  asking actual filed litigation for which you
14  were retained to serve as an expert witness.
15     A.   That would be Large versus
16  Fremont County.
17     Q.   When were you retained to serve
18  as an expert in that case?
19     A.   Approximately ten years ago.
20     Q.   Did you testify?
21     A.   Yes.
22     Q.   Did you testify in court in that
23  case?
24     A.   I did.
25     Q.   Is that case ongoing?

Cole

1
2      A.   No.
3      Q.   Do you know how that case was
4  resolved?
5      A.   I know how it was resolved at
6  the federal district level.
7      Q.   How was that case resolved at
8  the federal district level?
9      A.   The Court decided in favor of
10  the plaintiff.
11     Q.   Were you retained by the
12  plaintiffs in the Fremont case?
13     A.   I was.
14     Q.   How about the Decatur case, were
15  you retained by the plaintiffs?
16     A.   No.
17     Q.   Who were you retained by in the
18  Decatur case?
19     A.   The City of Decatur.
20     Q.   Is the City of Decatur the
21  defendant in the Decatur case?
22     A.   I believe so.
23     Q.   Turning back to the Decatur
24  case, what was your opinion that you offered
25  in the Decatur case?

Page 22

Cole

1
2     MR. GROSSMAN:  Objection.
3     Q.   If you understand, you can
4  answer.
5     A.   Can you get more specific with
6  your question?
7     Q.   Yes.
8         Did you opine in the Decatur
9  case, did you opine that elections were
10  racially polarized?
11     A.   I did.
12     Q.   In the Fremont case, did you
13  opine that elections were racially
14  polarized?
15     A.   I did.
16     Q.   Ballpark, how many Section 2
17  cases have you worked on as an expert
18  witness?
19     A.   Approximately 30.
20     Q.   In each of those cases, did you
21  opine on whether elections are racially
22  polarized?
23     A.   I believe so.
24     Q.   Have you ever concluded in your
25  role as an expert witness that elections

Page 23

Cole

1
2  were not racially polarized?
3     A.   Yes.
4     Q.   In what case was that?
5     A.   I should have asked you to
6  clarify the prior question.  You didn't say
7  "case."  You asked if I ever had opined --
8  could you ask the question again?
9     Q.   Sure.
10        In all of the cases for which
11  you have served as an expert witness, have
12  you ever opined that elections were not
13  racially polarized?
14     A.   Assuming that you mean a case
15  that has actually been filed?
16     Q.   Yes.
17     A.   Okay.  In those cases I've
18  always testified that voting was in general
19  racially polarized.
20     Q.   That's about 30 cases, right?
21     A.   We can count them up in the CV,
22  but that's an approximation.
23     Q.   Sometimes you serve as an expert
24  in connection with cases that haven't been
25  filed; is that right?

Page 24

Cole

1
2     A.   That's right.
3     Q.   Explain that.  What do you mean
4  by that?
5     A.   I might be retained as a
6  consultant to examine some jurisdiction to
7  assess whether voting is racially polarized
8  there, and in some of those situations, I
9  might find that racially polarized voting
10  was not present in general.
11     Q.   Have you ever determined that
12  there was not racially polarized voting in
13  that context as a consultant?
14     A.   Yes.
15     Q.   How many times?
16     A.   This is going to have to be a
17  rough guess.
18     Q.   Okay.
19        About how many times?
20     A.   You know, I actually -- this is
21  really a rough guess.  So I'd say 10 to 15
22  times.  10 to 15 times perhaps.
23     Q.   Do you recall any specific
24  instance?
25     A.   I don't.

Page 25

Cole

1
2     Q.   Do you recall when the last time
3  you were retained as a consultant and found
4  that there was not racially polarized
5  voting?
6     A.   More than 15 years ago.
7     Q.   20 years ago?
8     A.   Sure.
9     Q.   Again, ballpark figure, how many
10  times have you served as a consultant in
11  Section 2 cases where no litigation has
12  actually been filed?
13     A.   Approximately 20 times.
14     Q.   So is it accurate to say that
15  your best recollection is that maybe 10 or
16  15 of those 20 times you concluded that
17  there was not racially polarized voting?
18     A.   I would say about half, about
19  half the time.
20     Q.   But you can't recall any
21  specific instance where that occurred?
22     A.   I can't.
23     Q.   Can you recall any specific
24  instance when you acted as a consultant and
25  did find racially polarized voting?

Cole

1
2      A.   Do you want to expand that
3  question?  The way it's phrased, it's pretty
4  broad.
5      Q.   Of the 20 or so times in which
6  you have served as a consultant, do you
7  recall any of the specific instances when
8  you opined that there was racially polarized
9  voting in the jurisdiction?
10     A.   I can't remember a specific
11  instance.
12     Q.   Does your CV list the retentions
13  as a consultant in unfiled cases?
14     A.   It will list the organizations
15  that retained me.
16     Q.   Could you show me one?
17     A.   Sure.  On page 8, half the way
18  down, Florida Rural Legal Services.
19     Q.   Do you recall, when you were
20  retained by Florida Rural Legal Services,
21  you opined that there was racially polarized
22  voting in the jurisdiction you were asked to
23  analyze?
24     A.   Could you repeat the question?
25     Q.   What did you conclude for

Cole

1
2  Florida Rural Legal Services?
3      A.   I don't recall specifics.  There
4  were a number of projects there.  I don't
5  remember the specifics.
6      Q.   Do you recall what they asked
7  you to opine on?
8      A.   Racially polarized voting.
9      Q.   Do you recall what you opined?
10     A.   I don't.
11     Q.   Okay.  Let's switch gears a bit
12  and bring ourselves up to the present.
13           When were you retained to serve
14  as an expert witness for purposes of this
15  case?
16           MR. GROSSMAN:  Objection.
17     A.   February of 2017.
18     Q.   What were you retained to do in
19  February of 2017?
20     A.   To explore racially polarized
21  voting in East Ramapo Central School
22  District.
23     Q.   What do you mean by "explore"?
24     A.   Do some analyses.
25     Q.   Were you provided data to

Cole

1
2  analyze in February of 2017?
3      A.   Some data I was provided and
4  some I found on my own.
5      Q.   Did you begin your analysis in
6  February 2017?
7      A.   It may have taken a while before
8  I actually began doing analyses.
9      Q.   Did you start work in February
10  2017?
11     A.   Yes.
12     Q.   You bill by the hour for your
13  work on this case, correct?
14     A.   Correct.
15     Q.   At $150 an hour; is that right?
16     A.   Yes.
17     Q.   Do you record your time entries
18  when you work on this case?
19     A.   I do.
20     Q.   Have you recorded your time
21  since February 2017?
22     A.   Yes.
23     Q.   Do you know how many hours so
24  far you have worked on the case?
25     A.   Yes.

Cole

1
2      Q.   How many hours have you worked
3  on the case?
4      A.   Approximately 140.
5      Q.   Do you identify the tasks that
6  you are performing in your time entries?
7      A.   Yes.
8      Q.   Do you know how many hours you
9  spent working on drafting your report?
10     A.   Yes.
11     Q.   How many hours?
12     A.   I don't recall the specific
13  number.  I can provide an estimate.
14     Q.   Ballpark?  Estimates are your
15  trade.
16     A.   Approximately 25.
17           MR. LEVINE:  Let's go ahead and
18      mark another exhibit to take a look
19      at.  Cole Exhibit 2.
20           (Cole Exhibit 2, Preliminary
21      Expert Report of Steven P.
22      Cole, Ph.D., marked for
23      identification, as of this date.)
24     Q.   You have before you a document
25  that we have marked as Cole Exhibit 2.

Cole

1
2  Please take a moment to take a look at it
3  and familiarize yourself with the document.
4  There appears to be highlights in this
5  document?
6        MR. LEVINE:  Would anybody
7     object that we continue the deposition
8     working with this one, but we will go
9     and print some clean ones to use as
10     the exhibit and we could sub them in?
11        MR. GROSSMAN:  That's fine.
12        MR. LEVINE:  Could you go print
13     me some clean copies of this exhibit?
14     Q.   We are still on the record.
15  Let's work with this exhibit.
16        Do you recognize the document
17  that we've marked as Cole Exhibit 2?
18     A.   Understanding that the
19  underlinings, the highlighting is not mine,
20  yes.
21     Q.   Is this document the -- this is
22  the Preliminary Expert Report of Steven P.
23  Cole, Ph.D., correct?
24     A.   Correct.
25     Q.   Did you prepare this report?

Cole

1
2     A.   I did.
3     Q.   Did you draft the report
4  yourself?
5     A.   I did.
6     Q.   Did anybody else work with you
7  on this report?
8     A.   Yes.
9     Q.   Who else?
10     A.   Counsel.
11     Q.   Anybody else besides counsel?
12     A.   No.
13     Q.   No research assistants?
14     A.   No.
15     Q.   The report is titled
16  "Preliminary Expert Report."  What does it
17  mean to be a preliminary expert?
18     A.   Keeping open the possibility
19  that there might be a subsequent report.
20     Q.   Does the title "Preliminary
21  Expert Report" indicate that your opinions
22  reflected in the report are incomplete?
23     A.   No.
24     Q.   So are these your final opinions
25  on the questions you were asked in this

Cole

1
2  case?
3     A.   I'm not sure if I'm going to be
4  asked to do anything further.  Given the --
5  if I'm asked to do other work, other
6  analyses, they might reflect on these
7  results.
8     Q.   Is there anything else that you
9  would want to do with this report -- let me
10  see if I can rephrase that.
11        Is there any additional data
12  that you think you would need to make this a
13  final report?
14     A.   Not at this time.
15     Q.   Is there any other analytical
16  technique that you would want to do to make
17  this a final report?
18     A.   Not at this time.
19     Q.   Was there any data that you
20  asked for that were not provided?
21     A.   I don't think so.
22     Q.   What data were you provided --
23  well, yes.
24        What data were you provided to
25  analyze for this report?

Cole

1
2     A.   The data that I was provided --
3        MR. GROSSMAN:  Objection.
4     Q.   I will rephrase it.
5        Were you provided data to
6  analyze to form your opinions in this
7  report?
8     A.   Yes.
9     Q.   Who provided you data?
10     A.   I received data from the school
11  district's website, from counsel, from
12  plaintiffs' expert, Bill Cooper, and from
13  Steve White.
14     Q.   Who is Steve White?
15     A.   Steve White is a former
16  candidate for the school board in East
17  Ramapo.
18     Q.   How do you know Steve White?
19     A.   Through counsel.
20     Q.   What data did Steve White
21  provide you?
22     A.   Voter registration data.
23     Q.   Where did Steve White get voter
24  registration data from?
25     A.   I'm not sure.

Cole

1
2    Q.   How do you know the data he
3  provided you is accurate?
4    A.   There were multiple sources of
5  the data and I compared them.
6    Q.   What do you mean by that?
7    A.   I mean the voter totals from the
8  voter registration data, there were
9  consistent results across data.
10   Q.   When you say that Steve White
11 provided you voter registration data, what
12 do you mean by "voter registration data"?
13   A.   These are lists of voters in
14 Rockland County.
15   Q.   Lists of the names of voters?
16   A.   Voters of -- names, addresses --
17 names and addresses.
18   Q.   What do you use that data for?
19   A.   Those data were used to
20 establish what election districts are
21 comprised in the different polling places in
22 the school district.
23   Q.   How?
24   A.   What do you mean, how?
25   Q.   How do you use that data to

Cole

1
2  perform that analysis?
3    A.   To do my analyses I need to know
4  the racial makeup of the different polling
5  places.  The polling places, their
6  boundaries are unique.  They're not
7  coterminous with other political boundaries.
8    Q.   How do you use the data that
9  Steve White provided you to determine the
10 racial makeup of polling places?
11       (Record read.)
12   A.   Okay, so the registration data
13 with names, addresses and election
14 districts, they were provided to Demographer
15 Bill Cooper.
16   Q.   What did Bill Cooper do with
17 them?
18   A.   Using mapping technology, he was
19 able to -- with the street addresses and
20 election district designations, he was able
21 to estimate the racial makeup of the ten
22 polling places in the school district.
23       MR. LEVINE:  Let's take a quick
24     timeout to replace the exhibit.
25       (Recess taken.)

Cole

1
2    Q.   Picking back up, did you do
3  anything to independently verify the data
4  provided to you by Steve White?
5    A.   Yes.
6    Q.   What did you do?
7    A.   I aggregated the data by
8  election district and polling place.
9    Q.   How does that verify the data?
10   A.   We're using the addresses in the
11 data in the election districts to see if
12 they match up to the polling places, and so
13 what I did was to aggregate the data by
14 election district and polling place to see
15 if they match up.
16   Q.   Is it fair to say that you
17 didn't rely on any data you received from
18 Steve White unless you independently
19 verified it?
20       MR. GROSSMAN:  Objection.
21   Q.   Do you understand?  I can
22 rephrase.
23   A.   Could you rephrase?
24   Q.   Sure.
25       Did you independently verify all

Cole

1
2  of the data that you received from Steve
3  White?
4    A.   I don't know what you mean by
5  "verify all of the data."
6    Q.   The aggregation that you just
7  described in answer to my previous
8  question --
9    A.   Yes.
10   Q.   -- did you do that for all of
11 the data that Steve White provided to you?
12   A.   Yes.
13   Q.   In your opinion, did that verify
14 the accuracy of the data?
15   A.   It did.
16   Q.   Did you have any other
17 communications with Steve White?
18       MR. GROSSMAN:  Objection.  To
19     the extent it reveals communications
20     with counsel, don't answer, but to the
21     extent it discusses facts and data
22     that were provided to you, you can
23     answer.
24   A.   The only communication that I
25 had with him surrounded these kinds of data.

Cole

1
2    Q.   Is Steve White one of the
3  plaintiffs in this case?
4    A.   I don't know.
5    Q.   Did you have communications with
6  Steve White and plaintiffs' counsel at the
7  same time?
8    A.   I did.
9    Q.   Did you have communications with
10  Steve White one to one?
11    A.   No.
12    Q.   About how many times did you
13  have communications with Steve White?
14    A.   Approximately half a dozen
15  times.
16    Q.   Did Steve White provide you any
17  other information besides the registration
18  data?
19    A.   I don't think so.
20    Q.   What did Steve White tell you
21  during those communications?
22        MR. GROSSMAN:  Objection.  To
23    the extent it reveals communications
24    with counsel, don't answer.  To the
25    extent it discusses facts and data or

Cole

1
2    the assumptions you were provided, you
3    can answer.
4        MR. LEVINE:  Are you asserting a
5    privilege over communications with
6    Steve White?
7        MR. GROSSMAN:  Yes.
8        MR. LEVINE:  Do you represent
9    Steve White?
10        MR. GROSSMAN:  Steve White is
11    consultant to plaintiffs.  He has been
12    retained.
13        MR. LEVINE:  Okay.
14    Q.   I'll ask the question again.
15        What else did Steve White tell
16  you during those communications?
17        MR. GROSSMAN:  Same objection.
18    A.   The communications centered
19  around the election district polling place
20  issue.
21    Q.   Anything else?
22    A.   Not that I recall.
23    Q.   Were you provided election
24  results data to analyze for this report?
25    A.   I was.

Cole

1
2    Q.   Do you know where the election
3  results came from?
4    A.   I assume you mean the election
5  results provided by counsel?
6    Q.   Yes.
7    A.   Yes.
8    Q.   What was the source of the
9  election results data?
10    A.   I believe they were websites.
11    Q.   To the best of your knowledge,
12  were you provided the official election
13  results?
14    A.   Yes.
15    Q.   For this report you analyzed the
16  election results from school board elections
17  in the East Ramapo Central School District,
18  right?
19    A.   I did.
20    Q.   How many elections did you
21  analyze?
22        MR. GROSSMAN:  Objection.
23    A.   What do you mean by "analyze"?
24    Q.   In your report that we've marked
25  as Cole Exhibit 2, you have opinions related

Cole

1
2    to four years' worth of East Ramapo school
3  board elections, correct?
4        MR. GROSSMAN:  Objection.
5    A.   It's actually -- it's not four
6  years.
7    Q.   You have opinions related to
8  school board elections in 2013, right?
9    A.   Yes.
10    Q.   2014, right?
11    A.   Yes.
12    Q.   2015?
13    A.   Yes.
14    Q.   2016?
15    A.   Yes.
16    Q.   And 2017?
17    A.   Correct.
18    Q.   Did you analyze any other years?
19    A.   I analyzed the 2012 U.S.
20  presidential contest.
21    Q.   Other than that, did you analyze
22  any other school board elections in East
23  Ramapo?
24    A.   No.
25    Q.   So you didn't analyze the 2012

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Cole

1
2 East Ramapo school board election?
3    A.  No.
4    Q.  You didn't analyze the 2011
5 school board election in East Ramapo?
6    A.  No.
7    Q.  You didn't analyze the 2010
8 school board election in East Ramapo?
9    A.  No.
10    Q.  Why not?
11    A.  I felt that five years of
12 elections, school board elections, was
13 sufficient.
14    Q.  The 2014 election, those
15 contests were uncontested, correct?
16    A.  Correct.
17    Q.  Did you analyze the uncontested
18 elections in 2014?
19    A.  I did not perform racially
20 polarized voting analyses on those contests.
21    Q.  Other than the 2012 presidential
22 election, did you analyze election data from
23 any other positions other than school board
24 elections?
25    A.  No.

Cole

1
2    Q.  So you didn't analyze election
3 data from town board elections for towns in
4 Rockland County?
5    A.  I did not analyze them.
6    Q.  Were you provided data from town
7 board elections?
8    A.  If I'm not mistaken, it's town
9 council elections, but, yes, I was provided
10 some town data.
11    Q.  Who provided you that data?
12    A.  Counsel.
13    Q.  Did you analyze that data?
14    A.  I did not.
15    Q.  Why not?
16    A.  I felt that those contests only
17 included a small segment of the district --
18 school district voters.
19    Q.  Other than the town level data,
20 were you provided any other election data?
21    A.  There may have been some other
22 small jurisdiction data.  I just don't
23 remember specifically what they were, but
24 the reason I didn't analyze them -- I just
25 don't remember -- was it that their

Cole

1
2 jurisdictions were just too small.
3    Q.  Turning back to the East Ramapo
4 school board election, do you know whether any Black
5 candidates were elected to the school board
6 before 2013?
7    A.  Yes.
8    Q.  Were there?
9    A.  I'm going to rephrase that.  I
10 don't remember.
11    Q.  The question was:  Do you know
12 whether any Black candidates were elected to
13 the board of education prior to 2013?
14    A.  I don't recall.
15    Q.  Do you know whether any Latino
16 candidates were elected to the board of
17 education before 2013?
18    A.  Again, I'm not sure.
19    Q.  Did you do anything to
20 investigate whether there may have been
21 racial polarization in elections in East
22 Ramapo prior to 2013?
23    A.  I have not.
24    Q.  So it's fair to say that you're
25 not opining to anything that occurred in

Cole

1
2 East Ramapo prior to the 2013 elections; is
3 that right?
4    A.  Clarify, you're talking about
5 school board back to 2013, because there was
6 a 2012 --
7    Q.  Yes.
8    A.  Okay, so I am opining about --
9 how about you rephrasing the question?
10    Q.  Yes.
11       Did you do anything to
12 investigate whether there may have been
13 racial polarization in East Ramapo school
14 board elections prior to 2013?
15    A.  I did not.
16    Q.  Specifically in reference to
17 your report, take a look at paragraph 1 on
18 the first page of the report.  At the top of
19 the page it says, "Page 2 of 46."
20       You formed opinions on three
21 questions, right?
22       MR. GROSSMAN:  Objection.
23    A.  There were three main questions
24 that I focused on.
25    Q.  Let's talk about those three

Cole
1
2    main questions first.
3          The first question was whether
4    Black voters in the district are politically
5    cohesive, correct?
6        A.   Correct.
7        Q.   Your opinion on that question is
8    that they are politically cohesive, correct?
9        A.   Correct.
10       Q.   Is that still your opinion as
11   you sit here today?
12       A.   It is.
13       Q.   The second question was whether
14   Black and Latino voters are cohesive, right?
15       A.   Yes.
16       Q.   And you also answered that
17   question in the affirmative, correct?
18       A.   Correct.
19       Q.   Is that still your opinion as
20   you sit here today?
21       A.   Yes, it is.
22       Q.   And the third question you were
23   asked to opine on is whether candidates
24   preferred by Black or a coalition of Black
25   and Latino voters in the district are

Cole
1
2    usually defeated by candidates supported by
3    the White majority voting as a bloc,
4    correct?
5        A.   Correct.
6        Q.   And you also answered that
7    question in the affirmative?
8        A.   Yes.
9        Q.   Is that still your opinion as
10   you sit here today?
11       A.   It is.
12       Q.   What other questions were you
13   asked to consider?
14           MR. GROSSMAN:  Objection.
15           MR. LEVINE:  What is the basis
16       for that objection?
17           MR. GROSSMAN:  It's vague.  It's
18       unclear, what other questions and in
19       what context.
20       Q.   Your answer to one of my prior
21   questions was, to summarize, that those
22   three questions I just asked you about were
23   primary questions.  Did you mean to suggest
24   that there were other questions you were
25   asked to analyze?

Cole
1
2        A.   In terms of the questions I was
3    asked to analyze, those were the questions.
4        Q.   Did you analyze any other
5    questions besides those three?
6        A.   In conducting my research, I
7    explored the issue of slating in the school
8    district, slating of candidates.  I explored
9    the racial makeup of the schools.
10       Q.   Anything else?
11       A.   Those were the main other areas
12   of inquiry.
13       Q.   What do you mean by "explored"?
14       A.   Did research on.
15       Q.   What do you mean by "slating"?
16       A.   I mean in the school district,
17   are there groups of candidates running
18   together as a slate.
19       Q.   Did you form an opinion on the
20   issue of the slating of candidates in East
21   Ramapo school board elections?
22       A.   I did.
23       Q.   What was that opinion?
24       A.   That slates of candidates were
25   supported.  There was one slate of

Cole
1
2    candidates that were typically supported by
3    groups that were supportive of public
4    schools, another group of candidates
5    typically were supported by interests that
6    were supportive of private schools.
7        Q.   What do you mean "supportive of
8    public schools"?
9        A.   Campaign for, held meetings for,
10   wrote letters in newspapers for, those kinds
11   of things.
12       Q.   Maybe I'm not clear.  Public
13   schools are an institution.  What do you
14   mean "supportive of public schools"?
15       A.   Typically the groups who support
16   public schools or support a slate of
17   candidates, supporters of public schools are
18   looking to improve the quality of the public
19   schools.
20           (Record read.)
21       A.   Yes.
22       Q.   In paragraph 6 of your report
23   you state that "sources show that minority
24   preferred candidates generally run with the
25   support of organizations advocating for

13 (Pages 46 - 49)

Cole

1
2  increased investment in the district's
3  public schools."  Is that what you're
4  referring to when you testified about
5  organizations supportive of public schools?
6      A.   That kind of thing, yes.
7      Q.   What organizations are you
8  referring to?
9      A.   I think some of the groups, one
10 was called Power of Ten, one was Support
11 East Ramapo.
12     Q.   What do you know about Power of
13 Ten?
14     A.   I don't know much about them.
15     Q.   Is it a membership organization?
16     A.   What do you mean by "a
17 membership organization"?
18     Q.   Is it an organization with
19 members?
20     A.   I believe so.
21     Q.   Do you know how many members?
22     A.   I don't.
23     Q.   Any other organizations?
24     A.   Those were the two main ones.
25     Q.   Turning back to paragraph 6, the

Cole

1
2  remainder of the sentence that we are
3  looking at says, "and White preferred
4  candidates generally run with the support of
5  organizations and leaders favoring lower
6  taxes while maintaining support for private
7  schools."  Is that what you were referring
8  to when you testified earlier when you used
9  the phrase "supportive of private schools"?
10     A.   Yes.
11     Q.   What organizations are you
12 referring to there?
13     A.   One organization is called
14 SERTA, S-E-R-T-A.
15     Q.   What do you know about SERTA?
16     A.   I believe their premise is to
17 try to keep taxes low in the district.
18     Q.   Is that an organization with
19 members?
20     A.   I believe so.
21     Q.   Do you know how many members it
22 has?
23     A.   I don't.
24     Q.   You used the phrase
25 "organizations" and "leaders."  What do you

Cole

1
2  mean by "leaders"?
3      A.   One example was, in one of the
4  contests a letter was published, signed by
5  approximately 50 private school
6  administrators.
7      Q.   So are private school
8  administrators leaders favoring lower taxes?
9      A.   I believe they are.
10     Q.   Anybody else?
11     A.   That's it for now.
12     Q.   What do you know about private
13 schools in East Ramapo?
14     A.   That's a pretty broad question.
15     Q.   Do you know anything about the
16 private schools in East Ramapo?
17         MR. GROSSMAN:  Objection.
18     A.   Yes.
19     Q.   What do you know about the
20 private schools in East Ramapo?
21         MR. GROSSMAN:  Objection.
22     A.   I know there are approximately
23 70, seven-zero.
24     Q.   How do you know that?
25     A.   I reviewed demographic data from

Cole

1
2  the New York State Education Department.
3      Q.   Do you recall what data
4  specifically you reviewed?
5      A.   Data on their website about
6  school enrollment by race.
7      Q.   Do you know whether any of the
8  private schools in East Ramapo are religious
9  schools?
10     A.   Yes.
11     Q.   About how many of them are
12 religious schools?
13     A.   From viewing the website, I saw
14 that most of them are religious schools.
15     Q.   What religion?
16     A.   Most of them were related to the
17 Jewish religion.
18     Q.   Have you heard the term
19 "yeshiva" before?
20     A.   Yes.
21     Q.   Do you know whether most of
22 these private schools in East Ramapo are
23 yeshivas?
24     A.   Many of the names were yeshivas,
25 yes.

Cole

1
2     Q.   What is a yeshiva in your
3  understanding?
4     A.   A yeshiva is a school devoted to
5  educating Jewish teachings, Hebrew.
6     Q.   Moving one paragraph up in your
7  report stating your conclusion, the final
8  sentence of paragraph 5 you state, "The most
9  recent six contested elections exhibit an
10 extreme degree of racial polarization that I
11 have rarely seen in over 25 years of
12 analyzing voting behavior."
13        My first question is:  When you
14 say "the most recent six contested
15 elections," are you referring to the school
16 board elections in 2017 and 2016?
17    A.   Yes.
18    Q.   What do you mean by "an extreme
19 degree of racial polarization"?
20    A.   "Racially polarized voting"
21 basically defined is when races vote
22 differently.  You could have in a contest
23 where we're looking at, let's say, Whites
24 and Blacks, you might have a situation where
25 55 percent of the Whites vote for one

Cole

1
2  candidate and 55 percent, in this example,
3  of the Blacks vote for the other candidates.
4  I'd consider that polarized.
5     Q.   Just following from your
6  example, which is very helpful, would you
7  conclude that there is racially polarized
8  voting if there was 51 percent White voters
9  voting for one candidate and 49 percent of
10 White voters voting for another candidate
11 and 49 percent of Black voters voting for
12 candidate A and 51 percent of Black voters
13 voting for candidate B?  I could probably do
14 that better.
15        The same split that you just
16 described, but take it down four more
17 points, so it's 51 percent and 49 percent;
18 would that do the trick?
19    A.   That would be a relatively weak
20 example of racially polarized voting, and
21 usually we just look at just more than one
22 contest, but we're just using this as an
23 example.
24        What we're looking at really --
25 what we're looking at here is cohesion, how

Cole

1
2  much support a particular racial group gives
3  for a candidate.  Cohesion is a continuum,
4  is a contest where a particular racial group
5  gives 51 percent of their support for a
6  candidate.  That's a rather weak example of
7  cohesion.  We move up to 60 percent, if it's
8  a 60/40 split in political circles, that
9  might be considered a rather strong split.
10 70/30 is even greater.
11    Q.   So I understand your testimony,
12 so what you just described relates to
13 cohesion.  Separating that from racial
14 polarization, an election is racially
15 polarized when 51 percent of White voters
16 vote for one candidate and 51 percent of
17 Black voters vote for another candidate; is
18 that right?
19    A.   That's right.
20        MR. GROSSMAN:  Is this a good
21    stopping point?  We've gone about 90
22    minutes.
23    Q.   Do you want to take a break?
24    A.   Sure.
25        MR. LEVINE:  Let's take a break.

Cole

1
2        (Recess taken.)
3        MR. LEVINE:  Could you read back
4     the last question and answer to pick
5     up where we were?
6        (Record read.)
7     Q.   Back on the record after the
8  break.
9        Would an election not be
10 racially polarized if a majority of the
11 Black voters and a majority of White voters
12 vote for the same candidate?
13    A.   That particular contest, that
14 particular example would be an example where
15 it was not polarized.
16    Q.   Does it matter if 80 percent of
17 White voters vote for a candidate and 51
18 percent of Black voters vote for the same
19 candidate or is that not racially polarized?
20        MR. GROSSMAN:  Objection.
21    A.   Could you rephrase that?
22    Q.   All right.
23        Playing with the same example --
24    A.   Yes.
25    Q.   -- does it matter if the degrees

Page 58

Cole

1  of support are different such that, for an
2  example, if 80 percent of White voters and
3  51 percent of Black voters support the same
4  candidate, would that election not be
5  racially polarized?
6      A.   The example you gave me, the
7  majority of the both racial groups are
8  supporting the same candidate, one is at 80
9  percent and one is at 51 percent.  In
10  general, I would say that particular example
11  is not supportive of racially polarized
12  voting.
13      Q.   Is that the only scenario in
14  which you would not find racially polarized
15  voting, meaning where majorities of Black
16  voters and majorities of White voters both
17  support the same candidate?
18      A.   I just want to be clear about
19  this.  We're talking about an election, a
20  contest, as an example.  That's one
21  scenario.  If you are talking about multiple
22  pieces of information, multiple assessments
23  of racially polarized voting, a richer set
24  of results, then we've got a different kind

Page 59

Cole

1  of question.
2          But if you're giving me one
3  example to discuss at this moment, let's
4  keep it to that as an example of.
5          So would you repeat your
6  question then?
7      Q.   Yes.
8          One hypothetical election, one
9  contest, a majority of White voters and a
10  majority of Black voters vote for the same
11  candidate, that is not racially polarized
12  voting, is that the only scenario in which
13  there will not be racially polarized voting?
14      A.   I don't know what you mean by
15  that.
16      Q.   Well, I'm asking for your
17  working definition of "racially polarized
18  voting" so that I can understand what you
19  would need to see to conclude that an
20  election was not racially polarized.
21          So if a racially polarized
22  election is one where a majority of White
23  voters and a majority of Black voters vote
24  for different candidates, does that mean the

Page 60

Cole

1  only way an election cannot be racially
2  polarized is one where a majority of White
3  voters and a majority of Black voters vote
4  for the same candidate?
5      A.   A simplistic way of looking at
6  it, given your example, both racial groups
7  are supporting the same candidate in your
8  example, right?
9      Q.   Yes.
10      A.   That is a situation -- that's a
11  situation which would not be racially
12  polarized.
13          And so the second part of your
14  question, I just don't understand.
15      Q.   Does it matter why voters vote
16  the way they do?
17      A.   I'm not -- my job is not to give
18  reasons or explain why.  It's just I'm
19  looking at results.
20      Q.   So your working definition of
21  racial polarization does not consider the
22  reasons why voters vote the way they vote?
23      A.   If I'm aware of a context that
24  might provide the Court with background as

Page 61

Cole

1  to why the results are what they are, I
2  might report it, but it's not my job to
3  figure out the reasons why.
4      Q.   In a single election, for
5  example, does the context change your
6  analysis of whether there is racially
7  polarized voting?
8      A.   Given that there is ample data
9  and all the quantitative aspects are
10  appropriate, I would be -- the contextual
11  information would not change the way I do
12  the analysis.
13      Q.   Let's take a look at a specific
14  example.  Turn in your report to the
15  document marked Cole Exhibit 2 to where on
16  the bottom of the page it says "Page 40."
17  At the top of the page is says "Table 2
18  (cont.), Member Elections 2013-2017, Summary
19  of EI and HPA Racial Bloc Voting Analysis."
20          When you say "EI," that refers
21  to ecological inference, correct?
22      A.   Correct.
23      Q.   This reporter or this table in
24  the report summarizes the analysis that you

16 (Pages 58 - 61)

Cole

1
2  performed using the ecological inference
3  technique, correct?
4      A.   Correct.  That's one of the
5  analyses reported in this table.
6      Q.   In the middle of the page
7  beneath May 21, 2013, do you see that table?
8      A.   I do.
9      Q.   The first column has a title
10  that says "Percent Latino Voters Voting for
11  Candidate, EI."  Does that mean that this
12  column reports your estimates using the
13  ecological inference technique?
14      A.   Yes.
15      Q.   Moving over one column where the
16  column is entitled "Percent NH Black Voters
17  Voting for Candidate, EI," does that column
18  report the results of your ecological
19  inference analysis for non-Hispanic Black
20  voters; is that what that means?
21      A.   Yes.
22      Q.   And the next column over,
23  "Percent NH White Voting for White Voters
24  Voting for Candidate" and it says "EI," does
25  that column report the results of your

Cole

1
2  ecological inference analysis for the
3  percentage of non-Hispanic White voters
4  voting for a candidate in 2013?
5      A.   Yes.
6      Q.   The next column over is
7  different.  It says, "Percentage NH White
8  Voters Voting for Candidate, HPA."  What
9  does "HPA" stand for?
10      A.   That stands for homogenous
11  precinct analysis.
12      Q.   Does that column report the
13  result of your analysis using the homogenous
14  precinct analysis for the percentage of
15  non-Hispanic White voters voting for a
16  particular candidate in 2013?
17      A.   Yes.
18      Q.   The final column says "Votes."
19  What is that reporting?
20      A.   Those are the vote totals that
21  each candidate received in the contest.
22      Q.   Do the numbers in the "Votes"
23  column come from the official vote tallies?
24      A.   Yes.
25      Q.   Looking at "Percentage

Cole

1
2  non-Hispanic Black voters voting for
3  candidate, EI" for the "Seat of Moses
4  Friedman" in 2013, do you see where I'm
5  looking?
6      A.   I do.
7      Q.   You're reporting that 73.9
8  percent of non-Hispanic Black voters voted
9  for a candidate named MaraLuz Corado; is
10  that correct?
11      A.   Correct.
12      Q.   You're reporting your conclusion
13  that 29.3 percent of non-Hispanic Black
14  voters voted for a candidate named Margaret
15  Tuck, correct?
16          MR. GROSSMAN:  Objection.
17      A.   You're going to have to repeat
18  that.
19      Q.   In this column are you reporting
20  your conclusion that 29.3 percent of
21  non-Hispanic Black voters voted for
22  candidate Margaret Tuck?
23          MR. GROSSMAN:  Objection.
24      A.   29.3 is an estimate from the
25  ecological inference program of what percent

Cole

1
2  of non-Hispanic Black voters voted for
3  Margaret Tuck.
4      Q.   How did you generate that
5  estimate?
6      A.   These estimates are generated
7  with Gary King's program Ecological
8  Inference.
9      Q.   Are you an expert in Professor
10  King's Ecological Inference technique?
11      A.   What do you mean by "expert"?
12      Q.   Well, that's an interesting
13  question, I suppose.  Why don't we take a
14  few steps back before we get back to that
15  question.
16          What is Professor King's
17  ecological inference technique?
18      A.   The methodology was developed in
19  the late 1990s.  It combines several
20  statistical techniques; the method of bounds
21  and a maximum likelihood, statistical
22  methodology to provide -- can be used to
23  generate estimates of racially polarized
24  voting.
25      Q.   Do you hold yourself out to be

17 (Pages 62 - 65)

Cole

1
2 an expert in using Professor King's
3 Ecological Inference technique?
4     A.   Again, in this context what do
5 you mean by "expert"?
6     Q.   I guess the relevant question
7 is:  What do you mean by expert because this
8 is an expert report?
9          Do you consider yourself to be
10 an expert in the use of Professor King's
11 Ecological Inference technique?
12     A.   I'm an expert in the use of the
13 technique.
14     Q.   How many times have you
15 performed an ecological inference analysis?
16     A.   That's an awfully broad
17 question.  Are you asking how many times I
18 ran it for this case?
19     Q.   No.
20          How about we phrase it this way:
21 In how many cases have you performed an
22 ecological inference analysis?
23     A.   Again, are you referring to
24 cases that have actually been filed?
25     Q.   Yes.

Cole

1
2     A.   Approximately a dozen.
3     Q.   Do you use a software program to
4 perform the King's Ecological Inference
5 technique?
6     A.   I do.
7     Q.   Does the software program have a
8 name?
9     A.   Yes.
10     Q.   What is it called?
11     A.   EzI.
12     Q.   Do you know what "EzI" stands
13 for?
14          MR. GROSSMAN:  I think it's the
15     word "easy" followed by the letter I;
16     is that correct?
17          THE WITNESS:  No.
18          MR. GROSSMAN:  It's EzI.
19          (Record read.)
20     A.   I actually don't.
21     Q.   What operating system do you use
22 to run EzI?
23     A.   It is a DOS-based system.
24     Q.   Do you know what version of the
25 software you have?

Cole

1
2     A.   I don't recall.
3     Q.   Is EzI open-source software?
4     A.   I believe so.
5     Q.   Have you downloaded Mods for the
6 software, M-O-D-S, modifications?
7     A.   I don't believe so.
8     Q.   Do you know who produces the
9 software?
10     A.   I know who authored the
11 software.
12     Q.   Who authored the software?
13     A.   Gary King.
14     Q.   Did you license it from Gary
15 King?
16     A.   No.
17     Q.   When did you obtain the program
18 from -- well, when did you obtain the
19 program?
20     A.   The program that I used for
21 these analyses, I believe I obtained it
22 about five years ago.
23     Q.   Have you updated that software
24 since then?
25     A.   I have not.

Cole

1
2     Q.   What information do you need to
3 input into the software to generate an EI
4 estimate?
5     A.   You need total votes cast, you
6 need proportion of the votes cast for a
7 particular candidate, you need proportion of
8 the racial percentage and you need turnout.
9     Q.   Did you have all of that
10 information when you ran these EI estimates?
11     A.   Yes.
12     Q.   What information did you input
13 for turnout?
14     A.   Total number of votes as a
15 function of total CVAP.
16     Q.   What do you mean "as a function
17 of"?
18     A.   Related to the voting age
19 population.
20     Q.   By "CVAP" you mean citizen
21 voting age population?
22     A.   That's right.
23     Q.   Do you mean to say that turnout
24 is the number of votes cast as subtracted
25 from the total of CVAP?

18 (Pages 66 - 69)

Cole

1
2     A.   Divided by.
3     Q.   Divided by, okay.
4          Does that tell you information
5  about the turnout by racial category?
6     A.   What do you mean "does that tell
7  you"?
8     Q.   Does that data tell you any
9  information about the turnout by racial
10 category?
11    A.   Those data by itself do not.
12    Q.   Are you able to estimate turnout
13 by racial category?
14    A.   Yes.
15    Q.   How do you do that?
16    A.   That's part of what the
17 ecological inference program can do.
18    Q.   Did you generate estimates of
19 the turnout by racial category for the 2013
20 races?
21    A.   That's part of the output.
22    Q.   Did you report that in your
23 report?
24    A.   I did not.
25    Q.   Why not?

Cole

1
2     A.   That's not a main focus of my
3  inquiry.
4     Q.   Do you have that information?
5     A.   I captured that information,
6  yes.
7     Q.   How did you capture it?
8     A.   It's saved in a file.
9     Q.   On your computer?
10    A.   Yes.
11    Q.   Was there any other data that
12 you required, but were not provided to
13 perform the ecological inference analysis
14 for 2013?
15         MR. GROSSMAN:  Objection.
16    A.   Could you repeat that?
17    Q.   Yes.
18         Was there any data that you
19 needed that you weren't provided to perform
20 the ecological inference analysis for 2013?
21    A.   I don't know quite how to answer
22 the question the way you phrased it.  Some
23 of the data that I used, I wasn't provided.
24 I obtain on my own.
25    Q.   You had all the data you needed

Cole

1
2  to perform the ecological inference
3  analysis, correct?
4     A.   Correct.
5     Q.   In paragraph 26 of your report
6  you say that one of the advantages of
7  ecological inference is that "measures of
8  the statistical accuracy of the estimates
9  can be generated."  Do you see that?
10    A.   What paragraph are you reading
11 from?
12    Q.   26.
13    A.   It's page 26.  What paragraph?
14    Q.   Sorry.
15    A.   Or are you talking about
16 paragraph 26?
17    Q.   I'm talking about paragraph 26.
18    A.   I'm sorry.
19    Q.   Page 11, paragraph 26, the
20 second to last sentence of the paragraph, I
21 can read it, it says, "Additional advantages
22 of EI are that estimates of RBV can be
23 generated for each precinct or polling place
24 and that measures of the statistical
25 accuracy of the estimates can be generated."

Cole

1
2  Are you with me?
3     A.   I am.
4     Q.   What do you mean by "measures of
5  the statistical accuracy of the estimates"?
6     A.   What Gary King's EI program can
7  do is generate a measure called -- it's an
8  error term, it's a standard error, that is
9  an index of the statistical accuracy of the
10 estimate.
11    Q.   Did you measure the statistical
12 accuracy of the estimates for the 2013
13 races?
14    A.   Yes.  They're part of the
15 output.
16    Q.   Did you report the measures of
17 the statistical accuracy of the estimates in
18 2013?
19    A.   They're not reported here.
20    Q.   Why not?
21    A.   It's not a requirement of the
22 report like this to report the standard
23 errors.
24    Q.   Do you know what the standard
25 errors for the estimates for the 2013 races

Cole

1 are?
2
3     A.   I can report to you a range of
4 the errors.  I don't know the specific ones
5 per estimate off the top of my head.
6     Q.   All right.
7          Do you have a document that does
8 set out the standard errors for the
9 estimates for the 2013 election?
10     A.   It's part of the output.
11     Q.   So you have that retained in a
12 file someplace?
13     A.   I do.
14     Q.   What would be the range of the
15 standard errors that you referred to for May
16 21, 2013 elections?
17     A.   If I recall correctly, I believe
18 they were less than one up to maybe
19 approximately five, but that's -- that's my
20 recollection.
21     Q.   Would that recollection of the
22 range of standard errors apply to all races
23 that you analyzed for 2013?
24     A.   I think that's the range for the
25 18 estimates.  Again, that's just an

Cole

1 estimate of the range.  I don't recall the
2 exact numbers.
3     Q.   Are you familiar with the phrase
4 "point estimate"; if I say that, do you know
5 what that means?
6     A.   I do.
7     Q.   What is a point estimate?
8     A.   A point estimate is an estimate
9 generated by typically a sample from a
10 larger set of data.  It's an estimate of
11 what the true value of the measure of
12 interest is.
13     Q.   So for the 2013 election where
14 you report 73.9 percent of non-Hispanic
15 Black voters voting for candidate MaraLuz
16 Corado, is 73.9 a point estimate?
17     A.   It is.
18     Q.   Are all of the figures in these
19 columns point estimates?
20     A.   In the EI columns, yes.
21     Q.   Are you familiar with the
22 concept of a confidence interval?
23     A.   I am.
24     Q.   What is a confidence interval?

Cole

1
2     A.   A confidence interval is a bound
3 that is put on your point estimate that
4 gives you a level of confidence in your
5 result.
6     Q.   How is a confidence interval
7 determined?
8     A.   Confidence interval is
9 determined by using some measure of error.
10 You use that to create a bound to the point
11 estimate.
12     Q.   Do you use the standard error
13 that you testified about earlier to generate
14 confidence intervals?
15     A.   You could.
16     Q.   Could you do something else?
17     A.   There are other measures of
18 error that you could use.
19     Q.   Did you calculate confidence
20 intervals for your estimates for the 2013
21 races?
22     A.   I did not.
23     Q.   And you don't report any
24 confidence intervals for any of the
25 estimates in your report, right?

Cole

1
2     A.   That's correct.
3     Q.   Why did you not calculate
4 confidence intervals?
5     A.   They're not required as part of
6 a report of this nature.
7     Q.   How confident are you in the
8 accuracy of your estimates?
9     A.   Given the standard errors that I
10 saw, I feel confident in these point
11 estimates.
12     Q.   How do you calculate an EI
13 estimate using Professor King's software
14 without generating a confidence interval?
15     A.   You generate the standard
16 errors.
17     Q.   So is it correct that if you
18 hadn't calculated a confidence interval,
19 that means you also have not determined any
20 particular confidence level for these
21 estimates?
22     A.   I'm going to answer your
23 question this way:  In Gary King's 1997
24 book, he discusses use of standard errors to
25 come up with a potential confidence interval

Cole

1 for his estimates, and he states there that
2 given the underlying distribution that is
3 assumed for his model, that exact confidence
4 intervals are not appropriate. They're
5 going to be approximations.
6       So to answer your question --
7 to -- that's how I'm going to answer your
8 question.
9   Q.   All right. Let's take that in
10 pieces.
11       First in reference to Professor
12 King's 1997 book, are you aware of any
13 further work that has been done on the
14 ecological inference technique in the last
15 20 years?
16   A.   Yes, I am.
17   Q.   Are you aware of any additional
18 work that has been done with specific
19 reference to confidence intervals?
20   A.   Standard errors, but not
21 necessarily confidence intervals.
22   Q.   What do you mean by that?
23   A.   I mean in articles published
24 since 1997, authors refer to the standard

Cole

1 errors are generated with the technique, but
2 not necessarily getting into setting up
3 confidence intervals.
4   Q.   If I use the term "confidence
5 level," do you know what that means?
6   A.   Yes.
7   Q.   So do you have an understanding
8 that a 95 percent confidence level is a
9 standard confidence level in social science
10 research?
11   A.   I'm going to answer it, it
12 depends.
13   Q.   It depends on what?
14   A.   Depends upon what area of
15 inquiry you're talking about.
16       I'll give you some examples. If
17 you have a directional hypothesis in social
18 sciences, a 90 percent confidence interval
19 can be set up. In the area of assessing the
20 randomness of a sample, lower confidence
21 intervals are often used.
22   Q.   Could you calculate confidence
23 intervals for your estimates for the 2013
24 election?

Cole

1   A.   Given Gary King's guidance, we
2 could come up with the approximation to a
3 confidence interval for these data.
4   Q.   So you could generate
5 approximate confidence intervals for your
6 estimates for the 2013 election?
7   A.   Yes.
8   Q.   But you did not generate
9 approximate confidence intervals for the
10 2013 election, correct?
11   A.   I reviewed the standard errors
12 that were produced by EI and determined that
13 they were small enough to have confidence in
14 these estimates.
15   Q.   But you did not generate
16 approximate confidence intervals for the
17 estimates for the 2013 election, correct?
18   A.   I did not generate approximate
19 confidence intervals in writing, but I
20 examined the standard errors for each
21 estimate.
22   Q.   So one more time, you did not
23 generate approximate confidence intervals
24 for the 2013 election estimates and write it

Cole

1 down?
2   A.   I did not write them down,
3 that's correct.
4   Q.   Did you generate approximate
5 confidence intervals in your mind?
6   A.   I did.
7   Q.   Do you recall what those
8 approximate confidence intervals were?
9   A.   I don't.
10   Q.   Do you recall whether they were
11 large confidence intervals?
12   A.   There was a range of confidence
13 intervals, but I felt they were tight enough
14 to have confidence in these results.
15   Q.   How confident in these results
16 are you?
17   A.   What do you mean by "confident"?
18   Q.   Are you very confident in these
19 results?
20   A.   Yes.
21   Q.   So you are very confident in
22 your estimate that Pierre Germain received
23 91.8 percent of non-Hispanic Black voters
24 votes in 2013?

Cole

1
2     MR. GROSSMAN:  Objection.
3     Q.   Is that right?
4     A.   I analyzed racially polarized
5  voting in several ways for this report.  I
6  did correlation analysis, I did EI, I did
7  homogenous precinct analysis.  I also did
8  supplemental qualitative research.  I took
9  what is called a mixed method approach to
10  doing this study, which has been prevalent
11  now for about 20 years, where you use both
12  quantitative and qualitative information to
13  assess some research question.
14     Q.   Okay.  But with respect to your
15  EI analysis, are you very confident in your
16  estimate that Pierre Germain received 91.8
17  percent of Black voters votes in the 2013
18  election?
19     A.   Given these other kinds of data
20  and results that I have, I find that these
21  estimates don't square with the other
22  approaches.  As a matter of fact -- I'm just
23  going to leave it at that.
24     Q.   Does that mean you are not
25  confident that Pierre Germain receive 91.8

Cole

1
2  percent of Black voters votes in 2013?
3     A.   I think at one point of my
4  report I wrote that I felt that these
5  results were inconclusive.
6     Q.   If these results are
7  inconclusive, does that mean that you are
8  not confident in your estimate that Pierre
9  Germain received 91.8 percent of Black
10  voters votes in 2013?
11     A.   Could you repeat that?
12     Q.   If you regard these estimates as
13  inconclusive, does that mean that you are
14  not confident that Pierre Germain received
15  91.8 percent of non-Hispanic Black voters
16  votes in 2013?
17     A.   What I am inconclusive about is
18  whether or not these results reflect
19  racially polarized voting.
20     Q.   Does that mean that you are, in
21  fact, confident that Pierre Germain received
22  91.8 percent of Black voters votes in 2013?
23     A.   Given the EI result and its
24  standard error, that would indicate a
25  relative tight confidence interval, but I am

Cole

1
2  not confident in the overall pattern of
3  results given the correlations, given the
4  supplemental data that this reflects what's
5  going on.
6     Q.   Okay.  With specific reference
7  to your estimate that 91.8 percent of
8  non-Hispanic Black voters voted for Pierre
9  Germain in 2013, are you confident in that
10  estimate?
11     A.   Given that the estimate is
12  disparate from the other pieces of data and
13  results, I'm not confident.
14     Q.   Did you do something different
15  in your EI analysis of 2013 that you did not
16  do for other years?
17     A.   I performed it the same way I
18  did the other years.
19     Q.   Did you use the same data for
20  the 2013 election that you used for the
21  other years?
22     A.   How could you use the same data?
23     Q.   Did you use the same sort of
24  data?
25     A.   The same sort of data, yes.

Cole

1
2     Q.   So you used the same sort of
3  data for the 2013 EI estimate that you used
4  for the other years, correct?
5     A.   Correct.
6     Q.   But you are not confident in
7  your EI estimates for the 2013 election; is
8  that right?
9     A.   That's right.
10     Q.   Before moving on, I had a
11  question about methodology.
12         In this table you report
13  "Percentage of Latino voters voting for
14  candidate, EI," "Percentage non-Hispanic
15  Black Voters" and "Percentage Non-Hispanic
16  White Voters," correct?
17     A.   Yes.
18     Q.   What about other racial
19  categories in the district, do they figure
20  into your analysis?
21     A.   Each set of racial data is run
22  separately; so that Latinos versus everybody
23  else, Blacks versus everybody else, Whites
24  versus everybody else.  So the vote totals
25  include Asians.

22 (Pages 82 - 85)

Cole

1
2    Q.    So if I were to add up the
3    percentage -- if I were to turn your
4    percentage of Latino voters into real
5    numbers and the percentage of Black voters
6    into real numbers and the percentage of
7    White voters into real numbers, they would
8    not add up to the total vote count in the
9    last column?
10    A.    That's right.
11    Q.    Let's turn to page 28 of your
12    report. Paragraph 64 has an underlined
13    sentence that says, "Supplemental Evidence
14    Regarding Circumstances of the 2013 Board
15    Contests."  Do you see that?
16    A.    I do.
17    Q.    What is "supplemental evidence"?
18    A.    This is evidence that I
19    collected to give factual context to the
20    racial bloc voting estimates.
21    Q.    Is there some recognized method
22    of collecting and analyzing supplemental
23    evidence that I could find in the literature
24    around ecological inference analysis?
25    A.    Not necessarily an ecological

Cole

1
2    inference analysis, but in terms of mixed
3    method methodologies, yes.
4    Q.    Did you follow some
5    professionally recognized methodology in
6    analyzing and collecting supplemental
7    evidence regarding the 2013 board contests?
8    A.    I did.
9    Q.    What method was that?
10    A.    In collecting such evidence you
11    want to use a representative sample of data
12    and in this case in and around the
13    particular contest at hand.
14    Q.    Do you believe that you had a
15    representative sample of supplemental
16    evidence regarding the 2013 election?
17    A.    With respect to the news
18    articles, I do.
19    Q.    Do you not with respect to other
20    types of supplemental evidence?
21    A.    Well, the other kind of
22    supplemental evidence that I collected here
23    deals with the New York State educational
24    data on racial makeup of the schools, and
25    that's just direct information from the

Cole

1
2    NYSED, N-Y-S-E-D, the NYSED website.
3    Q.    Why is the racial makeup of the
4    schools relevant evidence with respect to
5    the economic -- ecological inference
6    analysis of the 2013 elections?
7    A.    There are three kinds of
8    quantitative analyses that I did;
9    correlational, ecological inference and
10    homogenous precinct analysis.  From those
11    three sets of quantitative analyses, I
12    generated racial bloc voting -- racially
13    polarized voting estimates.
14    Q.    Is the racial makeup of the
15    schools in the public school district
16    relevant to your ecological inference
17    analysis?
18    A.    I wasn't finished answering.
19    Q.    Okay.
20    A.    When you posed the question to
21    me, all you cited was EI, and I just want to
22    clarify that you mentioned ecological
23    inference. There are other quantitative
24    measures that I used; the correlational, EI
25    and HPA.

Cole

1
2    Q.    Right.
3        I'm interested in EI because you
4    testified you're not confident in your
5    estimates using EI for the 2013 election.
6        The question is:  Is the racial
7    makeup of the district's public school
8    relative to ecological inference analysis of
9    the 2013 election?
10    A.    I think the two sets of
11    information informed one another.  I think
12    it's -- so the supplemental information
13    generates a factual context, the environment
14    in which people are voting.
15        You have a situation where
16    public school advocates support a slate of
17    candidates whose agenda is one that is
18    largely favorable to public schools.  My
19    analyses indicate that those candidates
20    always lose.
21        You have another dimension to
22    the community where slates of candidates
23    supported by private school interests
24    support them.  They invariably win.
25        This is in a setting where

23 (Pages 86 - 89)

Cole

1
2    public school advocates are invested in
3    schools that are virtually all minority,
4    you've got private school advocates
5    promoting a slate of candidates, and
6    that private school interests lies in
7    schools that are virtually all White.
8           I'm not finished.  And I believe
9    that that kind of information is important
10    for the court to consider.
11       Q.   When you say "public school
12    advocates," is that the same as a phrase you
13    also use in your report "public school
14    community"; do you recall that phrase?
15       A.   Yes.
16       Q.   Is everyone in the public school
17    community from your understanding Black and
18    Latino?
19       A.   No.
20       Q.   Are there White people that you
21    would say qualify as public school advocates
22    in your understanding?
23       A.   Yes.
24       Q.   Does being a public school
25    advocate say anything about whether a person

Cole

1
2    is Black or White?
3       A.   Not necessarily.
4       Q.   When you say "private school
5    interests," is that the same as the phrase
6    "private school community" that you also use
7    in your report?
8       A.   It's similar.
9       Q.   When you say "private school
10    community," you mean Orthodox and Hasidic
11    Jews in East Ramapo?
12       A.   Not necessarily.
13       Q.   Mainly Orthodox and Hasidic
14    Jews?
15       A.   Much of the materials reviewed
16    were spoken or written by folks of the
17    Jewish faith.
18       Q.   By "private school community,"
19    do you mean mainly Orthodox and Hasidic
20    Jewish people?
21       A.   The materials I found are
22    generated largely by them, yes.
23       Q.   Just so I understand, when you
24    refer to the "private school community," you
25    mean mainly Orthodox and Hasidic Jewish

Cole

1
2    people?
3       A.   Not necessarily just them, but
4    much of the material I see is from them.
5       Q.   So is that right, mainly
6    Orthodox and Hasidic Jewish people?
7       A.   I'd probably go along with that.
8       Q.   When you say "private school
9    community," you mean mainly Orthodox and
10    Hasidic Jewish people?
11       A.   I'd go along with that.
12           MR. GROSSMAN:  Off the record.
13           (Discussion off the record.)
14       Q.   Turning back to the 2013
15    election results reported on the bottom of
16    page 40 of your report, let's walk through
17    these.
18           Starting with the race for the
19    seat of Moses Friedman in 2013, in the
20    column "Percent Latino voters voting for
21    candidate, EI," you are not confident in
22    your estimate that 99.6 percent of Latino
23    voters voted for Margaret Tuck, correct?
24       A.   That's not correct.
25       Q.   Are you confident in your

Cole

1
2    estimate that 99.6 percent of the Latino
3    voters voted for Margaret Tuck in 2013?
4       A.   Yes.
5       Q.   But you are not confident in
6    your estimate that 29.3 percent of Black
7    voters voted for Margaret Tuck; is that
8    correct?
9       A.   That's correct.
10       Q.   Why are you confident in one
11    estimate, but not the other?
12       A.   For one, the Latino information,
13    when you compare these results with the
14    correlation analysis, they're consistent.
15    When you compare the estimates for the Black
16    voters with the correlational evidence,
17    they're not consistent.
18       Q.   Let's come back to that.  I need
19    your answers for the rest of these.
20           Are you confident in your
21    estimate that 30.5 percent of non-Hispanic
22    White voters voted for Margaret Tuck?
23       A.   I am.
24       Q.   So with respect to this race, is
25    the only estimate that you are not confident

Cole

1 Cole
2 in your estimate of the percentage of
3 non-Hispanic Black voters?
4     A.   That's correct.
5     Q.   Let's look at the seat of Nathan
6 Losman, are you confident in your estimate
7 that Eustache Clerveaux received 99.5
8 percent of voters voting -- of Latino
9 voters?
10     A.   Yes.
11     Q.   And are you confident in your
12 estimate that 30.2 percent of White voters
13 voted for Eustache Clerveaux?
14     A.   Yes.
15     Q.   Are you confident in your
16 estimate that 7.6 percent of Black voters
17 voted for Eustache Clerveaux?
18     A.   No.
19     Q.   Looking at the seat of Bernard
20 Charles, are you confident in your estimate
21 that 99.4 percent of Latino voters voted for
22 Robert Forrest?
23     A.   Yes.
24     Q.   Are you confident in your
25 estimate that 31.6 percent of non-Hispanic

1 Cole
2 White voters voted for Robert Forrest?
3     A.   Yes.
4     Q.   Are you confident in your
5 estimate that 10.6 percent of non-Hispanic
6 Black voters voted for Robert Forrest?
7     A.   No.
8     Q.   Did you do anything different
9 methodically in estimating the percentage of
10 Black voter support for candidates in May
11 21, 2013?
12         MR. GROSSMAN:  Objection.
13     A.   Different than what?
14     Q.   Different than the methodology
15 you used for the percent of Latino voters?
16     A.   No, the same methods.
17     Q.   The same sorts of data?
18     A.   The same sorts of data.
19     Q.   Why are you confident in your
20 estimates for percentage of Latino voter
21 support and not percentage for non-Hispanic
22 Black voter support?
23     A.   Those estimates are consistent
24 with the correlational analysis, the
25 estimates for the Latino.  The EI estimates

1 Cole
2 for Black voters are not consistent with the
3 correlation analyses.
4     Q.   Are you saying that the
5 correlation analysis is more reliable than
6 the ecological inference analysis?
7     A.   I'm not.
8     Q.   Why would you -- strike that.
9         Do you give more weight to the
10 correlation analysis than to the ecological
11 inference analysis?
12     A.   Not necessarily.
13     Q.   Are you giving more weight to
14 the correlation analysis in your estimates
15 for the percentage of Black voters than you
16 are giving it in other categories?
17     A.   Not necessarily more weight.
18     Q.   Not necessarily more weight.
19         Are you crediting the
20 correlation analysis more than the
21 ecological inference analysis for your
22 estimates of percentage of Black voters
23 voting for the candidates in 2013?
24     A.   Not necessarily.
25     Q.   What do you mean by "not

1 Cole
2 necessarily"?
3     A.   There is no formal weighting
4 process.  There is a discrepancy between the
5 two, which would lead me to have less
6 confidence in the disparate Black findings.
7     Q.   Why does the correlation
8 analysis that you performed influence your
9 confidence in your estimates generated by
10 ecological inference?
11     A.   Gary King himself suggests that
12 when you have results that don't necessarily
13 fit an established pattern that you need to
14 look at other sources of information to
15 establish confidence in the EI results.  And
16 he specifically suggests going to
17 supplemental evidence, such as journalistic
18 accounts, so I have journalistic accounts, I
19 have correlation analyses, I compared the
20 White EI to the HPA.  They're consistent.
21     Q.   So the difference between the
22 percentage of Latino voters voting for a
23 candidate and Black voters voting for a
24 candidate is that the percentages you
25 estimated for Black voters did not fit your

25 (Pages 94 - 97)

Cole

1
2   expected pattern?
3       A.   Not an expected pattern.  A
4   pattern of the other data before us.  I
5   didn't have expectations, just established
6   patterns.
7       Q.   Is it possible for the
8   correlation analysis and the ecological
9   inference analysis for the Black voters
10  voting for the candidate to both be correct?
11      A.   It's possible.
12      Q.   Why do you assume then that the
13  percentage of Black voters voting for a
14  candidate that you generated using
15  ecological inference is incorrect?
16      A.   I didn't say incorrect.  I said
17  I have less confidence in them, and I -- in
18  terms of the quantitative results, I find
19  them basically in the EI inconclusive.  I
20  don't have an answer for you.
21      Q.   In paragraph 28 of your report
22  in describing correlation analysis you say
23  that "if there are only a small number of
24  precincts, no matter how strong the actual
25  racial polarization, one may not be able to

Cole

1
2   obtain a high level of statistical
3   significance in the measurement of the
4   degree of polarization."  Do you see that?
5       A.   I do.
6       Q.   Are ten precincts sufficient to
7   obtain a high level of statistical
8   significance in the measurement of the
9   degree of polarization using correlation
10  analysis?
11      A.   It depends.
12      Q.   In this case?
13      A.   It depends upon the distribution
14  of the data.
15           My point here was that with a
16  sample size of ten, you can generate a
17  strong correlation coefficient, a big
18  effect, but not necessarily be statistically
19  significant.  It's just a function of the
20  sample size.
21      Q.   In this case, the specific
22  reference to May 21, 2013, were ten
23  precincts sufficient to obtain a high level
24  of statistical significance in the
25  measurement of the degree of polarization?

Cole

1
2       A.   Do you want to repeat that?
3       Q.   Yes.
4           In 2013 for that particular
5   analysis, were ten precincts sufficient to
6   obtain a high level of statistical
7   significance in your measurement of the
8   degree of polarization?
9       A.   That question is illogical to
10  me.
11          The point I'm making in the
12  report is that with a sample size of ten,
13  you don't necessarily have to rely on a high
14  level of statistical significance to rely on
15  it.
16      Q.   Right.
17          I'm asking whether you were able
18  to obtain a high level of statistical
19  significance.
20          MR. GROSSMAN:  Objection.
21      A.   There was a -- for 2013 there
22  were -- there was statistical significance
23  for Latinos in the correlation, there were
24  statistical significance for the Whites, but
25  not for the Blacks, but -- I'm sorry, I've

Cole

1
2   finished my answer.
3       Q.   Okay.  In your answer, when you
4   referred to the statistical significance for
5   Latino voters and the White voters, was
6   there a high level of statistical
7   significance?
8       A.   There is no necessary absolute
9   threshold as to what a high level of
10  statistical significance is.
11      Q.   In your expert opinion, did you
12  obtain a high level of statistical
13  significance?
14          MR. GROSSMAN:  Objection.
15      A.   I don't have an absolute
16  threshold as to what a high level of
17  statistical significance is.  I would say
18  that a value of less than .001 is a greater
19  degree of significance than .021.
20          MR. LEVINE:  Let's take that
21  break.
22          (Luncheon recess:  1:30 p.m.)
23
24
25

26 (Pages 98 - 101)

Cole

1
2    A F T E R N O O N   S E S S I O N
3          (Time noted:  2:13 p.m.)
4    S T E V E N   P   C O L E, P h D, resumed
5    and testified as follows:
6    EXAMINATION BY (CONT'D.)
7    MR. LEVINE:
8          MR. LEVINE:  Could you read back
9       for the witness the last question and
10      answer so we can pick up where we left
11      off?
12         (Record read.)
13      Q.    Turning to the document marked
14   as Cole Exhibit 2, your expert report, turn
15   to page 43 at the bottom of the page.  This
16   is a "Summary of the Correlation Analyses
17   for the May 21, 2013 Elections," correct?
18      A.    Correct.
19      Q.    Did you obtain statistical
20   significance for the percentage of
21   non-Hispanic Black voters voting for
22   candidate for the seat of Moses Friedman?
23      A.    No.
24      Q.    For the seat of Nathan Losman,
25   did you obtain statistical significance in

Cole

1
2    the estimate for the percentage of
3    non-Hispanic Black voters voting for
4    candidate?
5       A.    Could you repeat that?
6       Q.    Sure.
7          The same question for seat of
8    Moses Friedman that we asked, the same
9    question for the seat of Nathan Losman.  Did
10   you achieve statistical significance for
11   your estimate for the percentage of
12   non-Hispanic Black voters voting for
13   candidate?
14      A.    For the seat of Nathan Losman,
15   no.
16      Q.    The same question for the seat
17   of Bernard Charles on page 44, did you
18   obtain statistical significance for the
19   estimate for the percentage of non-Hispanic
20   Black voters voting for candidate?
21      A.    No.
22      Q.    Let's turn to page 11 of your
23   report, the bottom of the page, the last
24   sentence at the bottom of page that runs to
25   the top of page 12.  Just so everybody can

Cole

1
2    follow along, that sentence says, "For the
3    correlation analysis, a single regression is
4    preferred where the researcher seeks the
5    association between the racial composition
6    of the precincts and the percentage of the
7    votes cast for candidates."  Do you see
8    that?
9       A.    I do.
10      Q.    You have a footnote to Footnote
11   17.  Do you see that there?
12      A.    I do.
13      Q.    And you're citing for that
14   proposition to an article by James Loewen
15   and Bernard Grofman, "Recent Developments in
16   Methods Used in Voting Right Litigation,"
17   Urban Lawyer 1989, correct?
18      A.    Correct.
19      Q.    Did you perform a single
20   regression analysis like you have described
21   here?
22      A.    Let me clarify what I did.  The
23   same variables are used to calculate a
24   correlation coefficient that are used in the
25   setup for the regression, and you get

Cole

1
2    various results from the -- from that kind
3    of analysis.  One is the correlation which
4    is the association between the two
5    variables.  You can also use the regression
6    to get estimates of racial bloc voting.  I
7    did not do that.  What I used the single
8    regression for was to get the correlation
9    coefficients.
10      Q.    Why?
11      A.    To answer the question in
12   general, is there an association between
13   racial composition of the precincts and
14   voter outcome.
15      Q.    What is the distinction?  I'm
16   not sure I understand the distinction that
17   you've drawn.
18      A.    Correlation between the racial
19   composition of the precincts and the
20   outcome, it's a measurement of association.
21   Are they associated, those two measures.  If
22   one increases, does the other increase.  You
23   would use the results of the regression as a
24   more of a prediction.  Does -- and the
25   regression is more of a form Y equals Ax

Cole

1    plus B, the equation for a straight line,
2    where you would get -- you could figure out
3    White crossover voting for that and an
4    estimate of Black cohesion.
5        Q.   So that makes sense.
6            Is it possible to do one without
7    doing the other, right; don't you have to do
8    the first step to do the regression?
9        A.   You could just run the
10   correlation all by itself.
11       Q.   But to do the regression, you
12   have to run the correlation, right, because
13   you have to regress something?
14       A.   You could report those
15   regression estimates without reporting the
16   correlation.  I mean, they can be done
17   separately.
18       Q.   Maybe they could be reported
19   separately, but can you actually do the
20   analysis without -- can you actually do the
21   regression analysis without doing the
22   correlation analysis?
23       A.   Yes.
24       Q.   How do you do that?

Cole

1        A.   The same data -- if you're --
2    you need the same data to run both, let's
3    put it that way.
4        Q.   What you are saying is that you
5    could just run different programs and it
6    will generate a different report?
7        A.   Yes.
8        Q.   On page 11, same sentence, you
9    say, "a single regression is preferred where
10   the researcher seeks the association between
11   the racial composition of the precincts and
12   the percentage of the votes cast for a
13   candidate."  What do you mean by
14   "preferred"?
15       A.   So the single regression is
16   preferred where you use, as an example,
17   percent Black CVAP as the predictor variable
18   and percent of the vote cast for candidate
19   A.  There are other regressions that could
20   be used to generate correlations.  I
21   preferred what is called this Goodman's
22   single regression.  That's what I meant by
23   that.
24       Q.   Have you read the article cited

Cole

1    in Footnote 17?
2        A.   I have.  It's been a while, but
3    I have.
4            MR. LEVINE:  Let's mark the
5        article as Cole Exhibit 3.
6            (Cole Exhibit 3, article cited
7        in Footnote 17 of expert report,
8        marked for identification, as of this
9        date.)
10       Q.   So I can represent to you that
11   this is the copy of the article that was
12   provided to us by plaintiffs' counsel, and I
13   believe it's the same as the article cited
14   in Footnote 17.
15           Take a look at what is marked
16   page 595 in the article at the top of the
17   page.
18       A.   I'm on page 595.
19       Q.   At the bottom of this page there
20   is a paragraph, and just so everybody can
21   follow along, I'll just read a couple of
22   sentences because I want to ask you a
23   question about them.  Starting with the word
24   "however" in the middle the paragraph, do

Cole

1    you see where I am?
2        A.   I do.
3        Q.   "However, voting rights cases
4    usually involve seeing if there are
5    important differences between White and
6    Black RBV, not calculating specific and
7    exact estimates of the amount of RBV of each
8    group, thus errors introduced by ordinary
9    single equation regression are usually of
10   modest legal importance because regression
11   results usually show major differences
12   between White support for White candidates
13   and Black support for White candidate," and
14   then there is a footnote.
15           Have you followed along with me
16   so far?
17       A.   Yes.
18       Q.   Did you perform a single
19   equation regression of the type described in
20   the sentence I just read in this case?
21       A.   I'm just going to make sure.
22   I'm going to look at the graph on page 595.
23   And for the X-axis, it's percent of White
24   registered, and on the Y-axis or ordinate,

Cole

1 it's percent of Black vote of registered
2
3 voters, I assume, for some candidate.
4        So to answer your question, I
5 used the correlation coefficient from such
6 an analysis, not the racial bloc voting
7 estimates.
8    Q.   So you did do a single equation
9 regression, but with different inputs,
10 right; is that a fair characterization?
11    A.   No, the same inputs.
12    Q.   The same inputs, not a single
13 equation regression?
14    A.   Same inputs, single regression,
15 but reported the correlation coefficient
16 from it, not the racial bloc voting
17 estimates, which this paragraph is dealing
18 with.
19    Q.   Okay.  Take a look at Footnote 5
20 on the other page, and just so everybody can
21 follow along, I'll read it.  "Two
22 circumstances can make the errors larger.
23 If neither turnout nor registration data are
24 available, the analyst must use voting age
25 population data for the independent

Cole

1
2 variable.  Using inconsistent denominators
3 with VAP data inadvertently assumes that
4 registration as well turnout and roll-on are
5 identical for each group.  Also the presence
6 of Hispanic, Asians or Native Americans in
7 addition to Whites and Blacks can cause
8 estimates to be off by large amounts.  Using
9 inconsistent denominators because these
10 groups may not be registered in the same
11 proportion as Whites or Black.  Moreover,
12 their residential distribution may be
13 somewhat correlated with Whites or with
14 Blacks requiring appropriate statistical
15 techniques to avoid specification error."
16        So the question with respect to
17 this case is:  Am I correct that for your
18 correlation analysis you did not use either
19 turnout or registration data; is that right?
20    A.   I used -- for the estimate of
21 racial compositions of the precincts, I
22 used, for whatever race I was analyzing, the
23 citizen voting age population.
24    Q.   You used the voting age
25 population data for your independent

Cole

1
2 variable, correct?
3    A.   Correct.
4    Q.   For your correlation analysis,
5 you had three racial categories, right;
6 White, Latino and Black, correct?
7    A.   Correct.
8    Q.   Isn't this footnote saying that
9 where you have both of those conditions
10 using the voting age population data and
11 with more than two racial categories
12 estimates can be off by large margins using
13 a single regression?
14    A.   I did not use the single
15 regression to generate racial bloc voting
16 estimates.
17    Q.   Right.
18        Does that mean that the
19 correlation analysis would not be subject to
20 large errors?
21    A.   Those are two independent
22 situations.
23    Q.   Why?
24    A.   For the correlation analysis, we
25 are simply looking at the association

Cole

1
2 between racial composition of the precincts
3 and outcome.  That was the analysis that was
4 used in Gingles and that continues to be a
5 form of analysis that is used in research
6 related to analysis of racially polarized
7 voting.
8    Q.   In Gingles do you know whether
9 voting age population data was the
10 independent variable that was used?
11    A.   I'm not sure.  It was a North
12 Carolina case.  They may very well have had
13 registration data by race.  I'm not sure.
14    Q.   In Gingles do you know whether
15 they were performing a correlation analysis
16 with more than two racial categories?
17    A.   I think they were looking at
18 Blacks and Whites.
19    Q.   Are you aware of any case where
20 a correlation analysis was performed with a
21 single regression where the independent
22 variable that was used was voting age
23 population data and there were three racial
24 categories?
25    A.   Once again, in terms of my

Cole

1  correlation results, I did not rely on a
2  single regression.  I simply correlated
3  racial composition of a precinct with voter
4  outcome, period.
5      Q.   When this methodology, this
6  correlation analysis that you performed was
7  developed in 1989 or thereabouts, had
8  ecological inference been developed yet?
9      A.   First of all, I want to correct
10  you.  Correlation analysis was not developed
11  in 1989.  Correlation analysis has been
12  around a long time.
13      Q.   Good point.
14          When this article came out in
15  1989, had ecological inference been
16  developed yet?
17      A.   Gary King's book was published
18  in 1997.
19      Q.   Nothing in this article would
20  suggest that the correlation analysis should
21  be used to check results of an ecological
22  inference analysis, right?
23      A.   I don't think Jim Loewen or
24  Bernie Grofman were aware of EI at that

*(Lines renumbered — see original)*

Cole

1      point.
2      Q.   Turning back to the report on
3  page 40, again the bottom of the page, back
4  to the 2013 election results, and looking at
5  the seat of Bernard Charles, as an example,
6  you estimated using the ecological inference
7  technique that 89.7 percent of Black voters
8  voted for Bernard Charles, correct?
9      A.   Correct.
10      Q.   And you performed a correlation
11  analysis and concluded that you did not
12  achieve a statistical -- a result that was
13  statistically significant, correct?
14          MR. GROSSMAN:  Objection.
15      A.   So the correlation analysis with
16  respect to Bernard Charles showed a
17  correlation of minus .50 with a p value of
18  .142.  I would not consider the .142
19  statistically significant; however, as I
20  pointed out in the report correlations of
21  .50 are considered large correlations and in
22  many social scientific areas that
23  correlation of a .50 is relied upon.  It's
24  considered a large correlation.

Cole

1      Q.   Is it possible for that
2  correlation to be reliable and also for your
3  estimate that you generated using an
4  ecological inference also be reliable?
5      A.   It's possible.
6      Q.   Do you think that both those
7  results are reliable here?
8      A.   It's possible.
9      Q.   It's possible, all right.  Good.
10          Let's turn back to page 31,
11  paragraph 68.  The final sentence in
12  paragraph 68 says, "However, EI results
13  indicated that Black preferred and White
14  preferred candidates were successful."
15          Is that your opinion as you sit
16  here today?
17      A.   It is, but it's qualified by
18  something I said later.
19      Q.   Well, let's look at paragraph 69
20  where you say, "The supplemental evidence
21  suggests Black and Latino voters preferred
22  the losing candidates."  So does that mean
23  that the supplemental evidence leads you to
24  a result that is the opposite of the EI

Cole

1      result?
2      A.   I would say that the
3  supplemental evidence is contrary to what
4  the EI results were.
5      Q.   Let's look at the things that
6  you list here as the supplemental evidence
7  that leads you to that conclusion.
8          You point to, and I'm looking at
9  the next sentence, Given the polarized
10  racial composition of the public and private
11  schools, the public endorsements of Save our
12  Schools and SERTA, and Ms. Hatton's
13  observations about the decisions of Germain,
14  Charles and Corado not to campaign in public
15  or to attend the candidate forum within the
16  minority community.  The evidence suggests
17  that minority voters in the district would
18  have been likely to prefer the candidates on
19  the public school slate.  And then you say,
20  However, the private school slates messaging
21  as reported by Ms. Hatton, as well as the
22  fact that all six candidates were Black or
23  Latino could have caused some Black voters
24  to vote for the private school slate.

Cole
1
2        I would like to take each of
3    these in turn starting with the last.
4        So who is Ms. Hatton?
5        A.   Ms. Hatton -- I'm going to go
6    further back into the report -- she's a --
7    I'm looking at my report, page 29,
8    Ms. Hatton, who is a public school, quote,
9    parent education activist in East Ramapo.
10       Q.   Did you speak with Ms. Hatton?
11       A.   No.
12       Q.   Do you know Ms. Hatton?
13       A.   No.
14       Q.   Is Ms. Hatton Black?
15       A.   My understanding is that she is
16   not.
17       Q.   Is Ms. Hatton Latino?
18       A.   My understanding is that she is
19   not.
20       Q.   Why is Ms. Hatton in your view a
21   credible source of information about Black
22   and Latino voter preference?
23       A.   Well, the school board
24   identified three official newspaper sources
25   and the Rockland Times was one of them, and

Cole
1
2    she published this letter to the editor.
3        Q.   What makes her letter to the
4    editor a credible source of evidence about
5    Black and Latino voter preferences?
6        A.   This is part of an overall
7    search of articles concerning the 2013
8    contest.  This was a -- I believe this was
9    an article that was suggested by counsel as
10   one I should at least look at.
11       Q.   Did counsel tell you to rely on
12   it?
13       A.   No.  It's up to me to rely on
14   it.
15       Q.   So why did you find it to be a
16   reliable source of evidence about Black and
17   Latino voter preferences in the 2013
18   election?
19       A.   I had no reason not to consider
20   her a reliable source.  This is a letter to
21   the editor that the Rockland Times felt that
22   it could -- that it could publish in and
23   around the election.
24       Q.   So letters to the editor to the
25   Rockland County Times are a source of

Cole
1
2    reliable evidence about Black and minority
3    voter preference unless you have reason to
4    disbelieve them?
5        A.   This is a letter published in a
6    paper that the public can read and I also
7    included a letter from the Southeast
8    Taxpayers Association, Ms. Kalman Weber,
9    K-A-L-M-A-N.
10       Q.   Is that the article you're
11   referencing in Footnote 60?
12       A.   Right.
13       Q.   Yes.
14       Footnote 60 refers to an article
15   from October 18, 2015?
16       A.   Right.  I'm sorry.  What I meant
17   to say is in relation to 2013, I included
18   the letter by Yehuda Weissmandl, president
19   of the board, who countered Ms. Hatton.
20       Q.   Is Yehuda Weissmandl a credible
21   source of evidence about Black and Latino
22   voter preferences in East Ramapo?
23       A.   He's the president of the school
24   board, and what these supplemental pieces of
25   information demonstrate as to the subsequent

Cole
1
2    ones is that they're just evidence of two
3    separate slates, two separates groups of
4    candidates.  This is not information that is
5    in isolation.  You'll see similar kinds of
6    reports from other community members.  So
7    this was...
8        Q.   So how does this evidence, the
9    letter to the editor from Ms. Hatton and
10   another letter to the editor from
11   Mr. Weissmandl, how does that contribute to
12   your conclusion that the supplemental
13   evidence outweighs your EI estimate for the
14   2013 board contests, for EI estimates?
15       (Record read.)
16       A.   Those are your words.  I didn't
17   say they outweigh.
18       Q.   Actually, that's not true.  In
19   paragraph 9 in the last sentence you said,
20   "In 2013 all six candidates were people of
21   color, but the weight of evidence indicates
22   that the winning candidates, who were
23   endorsed by the private school slate and the
24   preferred candidates of White voters, were
25   not minority preferred candidates."  Those

31 (Pages 118 - 121)

Page 122

```
                    Cole
 1
 2  are your words.
 3      A.   Where are you reading?
 4      Q.   Paragraph 9, the last sentence.
 5      A.   Paragraph 9.
 6          MR. GROSSMAN:  It's on page 3.
 7      A.   I wrote, "In 2013 all six
 8  candidates were people of color, but the
 9  weight of evidence indicates that the
10  winning candidates, who were endorsed by the
11  private school and preferred candidates of
12  White voters, were not minority preferred
13  candidates."
14          That does not say that the
15  supplement evidence outweighs EI.
16      Q.   What is the weight of evidence
17  that you refer to in paragraph 9?
18      A.   Correlational evidence,
19  homogenous precinct analysis, evidence and
20  supplemental evidence.
21      Q.   Okay.  So how does the
22  supplemental evidence that we just discussed
23  involving a letter from Ms. Hatton, a letter
24  from Mr. Weissmandl contribute to your
25  conclusion that the weight of evidence is
```

Page 123

```
                    Cole
 1
 2  against your EI estimate?
 3      A.   The racially polarized voting
 4  estimates from 2015 and 2017 indicate
 5  racially polarized voting, a divided
 6  electorate, correlational evidence suggests
 7  that as the percentage increase, for
 8  example, of Blacks in precincts increases,
 9  the support for particular candidates
10  increase.  The Black preferred candidates
11  and Latino preferred candidates were
12  supported by public school advocates and
13  they invariably lost.  That's how I believe
14  this kind of supplemental information can
15  provide factual context to the quantitative
16  information.
17      Q.   So as I understand it, you
18  testified before, that your correlation
19  analysis for 2013, particularly with respect
20  to the Black vote, can be reliable and also
21  your EI estimate for 2013 for the Black vote
22  can be reliable, right, they're not
23  necessarily mutually exclusive; is that
24  right?
25          MR. GROSSMAN:  Objection.
```

Page 124

```
                    Cole
 1
 2      Q.   Is that right?
 3      A.   Could you repeat the question?
 4      Q.   Yes.
 5          The results of your correlation
 6  analysis for the Black vote in 2013 and the
 7  estimate that you generated for Black vote
 8  in 2013 are not mutually exclusive; is that
 9  right?
10      A.   You're going to have to explain
11  what you mean by "mutually exclusive."
12      Q.   What I mean is that your EI
13  analysis can be reliable and your
14  correlation analysis also can be reliable,
15  they're not exclusive.
16      A.   It's possible that they're both
17  reliable, yes.
18      Q.   Okay.  And the supplemental
19  evidence that you're relying on consists of
20  your decision to credit Ms. Hatton's
21  observations about Black and Latino voter
22  preferences and another factor, which we
23  have not discussed yet, publicized
24  endorsements of Save Our Schools and SERTA.
25          Why are the publicized
```

Page 125

```
                    Cole
 1
 2  endorsements of Save Our Schools and SERTA
 3  so significant in terms of supplemental
 4  evidence?
 5      A.   Where are you reading from?
 6      Q.   Paragraph 69, page 31.
 7      A.   These sources cited in 69 --
 8  1969 (sic) are further examples of community
 9  support for one slate or another, and the --
10  once again, the public school sided
11  endorsements invariably are connected with
12  candidates who run together, who have been
13  preferred candidates, 2015 to '17, who
14  always lose, and the opposite is true of the
15  private schools.
16      Q.   Just so I understand, Save Our
17  Schools and SERTA as organizations, they're
18  political organizations, not racial
19  organizations, right?
20      A.   Correct.
21      Q.   So doesn't that mean that you're
22  conflating endorsements by political
23  organizations with support of racial groups?
24      A.   The issue at hand in these kinds
25  of analyses is the preferred candidate.  The
```

32 (Pages 122 - 125)

Cole

1
2  candidate does not necessarily have to be of
3  a particular race or not. It is the
4  preferred candidate of a racial group.
5      Q.   Right.
6          What I'm asking is why do you
7  think that an endorsement of an organization
8  called Save Our Schools tells you anything
9  about Black voter preference in East Ramapo?
10     A.   The consistency between those
11  preferences as outlined in the supplemental
12  evidence and Black support and Hispanic
13  support for public school agendas to me is
14  consistent and provides a factual context, a
15  factual underpinning.
16     Q.   Right. It's consistent with
17  people who are endorsed by Save Our Schools
18  losing elections.
19          What I want to know is: Why are
20  you drawing a connection between that and
21  Black voter preferences?
22     A.   The connection is they're
23  supporting a slate of candidates running
24  together who are not successful, who haven't
25  been successful.

Cole

1
2      Q.   Right. But the Voting Rights
3  Act doesn't protect Save Our Schools
4  candidates from losing elections. I'm
5  trying to understand why Save Our Schools
6  endorsement is something that you regard as
7  evidence of Black voter preferences?
8      A.   The racially polarized voting,
9  the quantitative results can provide -- I'm
10  sorry, the supplemental evidence can provide
11  a context to assess the factual consistency
12  of the racial bloc voting estimates. The
13  fact that we've got public schools that are
14  virtually all non-White, the fact that we
15  have organizations supporting the public
16  schools, regardless of the race of the
17  people in these organizations --
18     Q.   Well, I'm sorry to interrupt
19  you, but that's what I'm getting at, right?
20  Save Our Schools is not an organization that
21  is limited to any racial category. So why
22  is the endorsement of Save Our Schools
23  something that you considered to be
24  supplemental evidence that is relevant to
25  Black voter preference?

Cole

1
2      A.   It's evidence of a divided
3  community.
4      Q.   What if Black people don't like
5  Save Our Schools organization?
6      A.   That's fine.
7      Q.   How would you know one way or
8  the other?
9      A.   I don't.
10     Q.   Why would that be useful
11  evidence?
12     A.   This is -- you connect public
13  schools that are virtually all non-White.
14     Q.   Do they vote?
15     A.   Do the schools vote?
16     Q.   Yes. Do the public school
17  students vote?
18     A.   Of course not.
19     Q.   Then that doesn't really answer
20  my question about Black voter preference and
21  its relationship with Save Our Schools.
22     A.   The question is are candidates
23  of choice of Blacks and Hispanic defeated by
24  White voters voting as a bloc usually.
25     Q.   Let me ask you one final

Cole

1
2  question about 2013. Turning back to page
3  40, at the bottom of the page, if I were to
4  assume --
5      A.   Where are we reading?
6      Q.   Bottom of page 40, back to the
7  2013 results.
8          If we assume that the EI
9  estimate that you calculated for 2013 is
10  reliable and we set aside the supplement
11  evidence and the correlation analysis and we
12  just rely on the EI analysis, it would show
13  that MaraLuz Corado, Pierre Germain and
14  Bernard Charles were the Black preferred
15  candidates in 2013, correct?
16     A.   That's correct.
17     Q.   And it would also show that the
18  MaraLuz Corado and Pierre Germain and
19  Bernard Charles were the White preferred
20  candidates in 2013, correct?
21     A.   Correct.
22     Q.   And so the 2013 election would
23  not be racially polarized if we assume the
24  EI is correct; is that right?
25     A.   If we assumed -- if we're only

33 (Pages 126 - 129)

Cole

1                  Cole
2  looking at the EI evidence by itself, it's
3  polarized with respect to Latinos and Whites
4  and not between Blacks and Whites.
5      Q.   Also it would be polarized
6  between Blacks and Latinos, wouldn't it?
7      A.   It would.
8      Q.   Turn to page 39, the May 19,
9  2015 election at the bottom of the page.  I
10 would like to ask you some questions about
11 these EI results.
12        Take a look at the race for the
13 seat of Jacob Lefkowitz.  This is a
14 three-way head-to-head race between or among
15 Jacob Lefkowitz, Sabrina Charles Pierre and
16 Alan Keith Jones, correct?
17     A.   Correct.
18     Q.   Looking at the "Percentage of
19 Latino Voters Voting for Candidate, EI"
20 column, you calculated an estimate of 0.7
21 percent for the percentage of Latino voters
22 who voted for Jacob Lefkowitz, correct?
23     A.   Correct.
24     Q.   You calculated 64.2 percent of
25 the Latino voters who voted for Sabrina

Cole

1                  Cole
2  Charles Pierre, correct?
3      A.   Correct.
4      Q.   For Alan Keith Jones there is an
5  asterisk.  At the bottom of the page the
6  asterisk says, "Indeterminate."  What does
7  that mean?
8      A.   It means if the EI program
9  doesn't have enough information to calculate
10 an estimate, it won't, and that's what
11 happened here.
12     Q.   Why would it not have enough
13 information?
14     A.   Jones only got 468 votes.
15 That's why.
16     Q.   So a low amount of votes is
17 significant to the EI analysis?
18     A.   Well, if the algorithms can't --
19 in general, indeterminate votes are likely
20 with smaller number of vote totals.
21     Q.   How could it be that you were
22 able to calculate Sabrina Charles Pierre
23 received 64.2 percent, Jacob Lefkowitz got
24 .7 percent and then not be able to determine
25 what Alan Keith Jones got; wouldn't he just

Cole

1                  Cole
2  get the remainder?
3      A.   Not necessarily.
4      Q.   Why not?
5      A.   These results are generated
6  independently.  This is not like a
7  regression where you could subtract a result
8  from one and that would be your estimate.
9  Given the way that King is devised, these
10 numbers don't necessarily add up to 100
11 percent.  The Jones estimate is based on 468
12 votes; whereas, Charles Pierre is based on
13 4,600 votes, and Lefkowitz 3,000 -- 6,380.
14     Q.   So if you were to take Alan
15 Keith Jones out of the equation because
16 you're independently evaluating them, how
17 can it be that Sabrina Charles Pierre got
18 64.2 percent of the vote and Jacob Lefkowitz
19 got 0.7 percent of the vote; aren't we
20 missing a fairly large percent of the vote
21 in that estimate?
22     A.   These percentages are
23 percentages of Latino voters.
24     Q.   Right.
25        What happened to the other

Cole

1                  Cole
2  30-something percent?
3      A.   We don't know because EI wasn't
4  able to generate an estimate given the small
5  number of votes that Jones got.
6      Q.   Well, but there were a large
7  number of votes for Jacob Lefkowitz, right?
8      A.   Based on 6,380 votes.
9      Q.   And there were a large number of
10 votes for Sabrina Charles Pierre, right?
11     A.   4,600.
12     Q.   Are you confident in your
13 estimate of 64.2 percent of the Latino vote
14 for Sabrina Charles Pierre?
15     A.   I am.
16     Q.   Are you confident in your
17 estimate of 0.7 percent of the Latino vote
18 for Jacob Lefkowitz?
19     A.   I am.
20     Q.   How can you be confident in
21 those estimates if you can't say what
22 happened to the other 30 percent of the
23 Latino voters?
24     A.   Because the vote -- the analysis
25 for Lefkowitz was done independently of what

1         Cole
2   Jones got.
3       Q.   Are you saying that you can get
4   reliable EI estimates for a two-way race
5   where you're not getting -- you wouldn't
6   have the percentages add up to a hundred
7   percent?
8           MR. GROSSMAN:  Objection.
9       A.   I already explained that.
10      Q.   Well, I can understand how you
11  could get a little bit over a hundred
12  percent or a little below a hundred percent.
13  I don't understand how it could be reliable
14  to say that 64.2 percent of Latino voters
15  voted for one candidate, .7 percent of
16  Latino candidates voted for another
17  candidate; what happened to the rest of
18  them?  Don't you want to know?
19      A.   I'd like to know, but there was
20  insufficient data for EI to produce an
21  estimate.
22      Q.   Did you calculate confidence
23  intervals for your estimates for the percent
24  of Latino voters voting for the candidates
25  in 2015?

1         Cole
2       A.   We've already gone over whether
3   or not I generated confidence intervals.
4       Q.   So you did not generate
5   confidence intervals for your estimates for
6   the percent of Latino voters voting for
7   candidate in 2015, correct?
8       A.   I generated standard errors.
9       Q.   Right.
10          But not confidence intervals,
11  right?
12      A.   I did not produce confidence
13  intervals, that's right.
14      Q.   Let's move to the next column
15  over, sticking with the seat of Jacob
16  Lefkowitz, you generated an estimate that
17  36.2 percent of Black voters voted for Jacob
18  Lefkowitz, correct?
19      A.   Correct.
20      Q.   Are you confident in that
21  estimate?
22      A.   Yes.
23      Q.   And you generated an estimate
24  that 74.6 percent of Black voters voted for
25  Sabrina Charles Pierre, correct?

1         Cole
2       A.   Correct.
3       Q.   Are you confident in that
4   estimate?
5       A.   I am.
6       Q.   You also generated an estimate
7   that 3.6 percent of Black voters voted for
8   Alan Keith Jones, right?
9       A.   Yes.
10      Q.   Are you confident in that
11  estimate?
12      A.   I am.
13      Q.   Why were you able to generate an
14  estimate among Black voters for Alan Keith
15  Jones, but not for Latino voters?
16      A.   Because there are more Black
17  voters than Latino voters.
18      Q.   When you say 3.6 percent of
19  Black voters for Alan Keith Jones, 3.6
20  percent of what number?
21      A.   Of Black voters.
22      Q.   Right.
23          What I mean is:  Do you know how
24  many Black voters voted in the 2015
25  election?

1         Cole
2       A.   I know how many Blacks of
3   citizen voting age population there are.
4   And that's what is used as the predictor.
5       Q.   So you don't actually know how
6   many Black voters voted in the 2015
7   election, right?
8       A.   Not actually how many voted.
9       Q.   Is there a way for you to
10  estimate how many Black voters actually
11  voted in this election?
12      A.   You could generate turnout
13  estimates to help you do that.
14      Q.   Did you generate turnout
15  estimates for the 2015 election?
16      A.   They have been generated, yes.
17      Q.   Who generated them?
18      A.   I did.
19      Q.   Do you report them in your
20  report?
21      A.   No.
22      Q.   Why not?
23      A.   We've gone through this same set
24  of questions this morning.
25      Q.   For the 2013 election, that's

Page 138

Cole

1
2 correct.
3    A.   The methodology is the same.
4    Q.   So is it fair to say that
5 everything you did methodologically for 2013
6 election, you also did for the 2015
7 election?
8    A.   Yes.
9    Q.   So for the 2015 election you did
10 not generate any confidence intervals,
11 correct?
12    A.   Correct.
13    Q.   You did not report any turnout
14 estimate for the 2015 election, correct?
15    A.   That's right.
16    Q.   But you have a turnout estimate
17 for the 2015 election?
18    A.   Yes.
19    Q.   Is the turnout estimate relevant
20 to your conclusions in your report?
21    A.   The main questions relate to
22 cohesion and crossover voting.  Turnout
23 estimates were not a main focus of the
24 report.  I was not the -- in general, my
25 conclusions would not change given turnout

Page 139

Cole

1
2 data.
3    Q.   Is your turnout estimates -- or
4 rather, are your turnout estimates relevant
5 to your conclusions in your report in any
6 way?
7    A.   My conclusions about racially
8 polarized voting were made without respect
9 to turnout estimates.
10    Q.   That's one of the conclusions in
11 your report.  What about the others?  Are
12 your turnout estimates relevant to any of
13 the conclusions in your report?
14    A.   There were three main questions.
15 The answer would be the same for all three;
16 racially polarized voting, Black cohesion,
17 Black and Latino cohesion and whether
18 candidates of choice of Blacks -- Blacks or
19 Blacks and Latinos are usually defeated by
20 White voters as a bloc.
21    Q.   Have you shared turnout analysis
22 and estimates with anyone?
23    A.   I don't think so.
24    Q.   Are you saying that turnout
25 estimates are irrelevant to your report?

Page 140

Cole

1
2    A.   Not necessarily irrelevant, but
3 they did not influence my conclusion.
4    Q.   Why did you generate a turnout
5 estimate?
6    A.   They're part -- they're standard
7 output from the King's EI program.
8    Q.   And you, I believe, testified
9 before, but just in case I missed it, and
10 you have retained that standard output from
11 the ecological inference?
12    A.   I have.
13    Q.   As you sit here today, do you
14 recall anything about that turnout estimate?
15       MR. GROSSMAN:  Objection.
16    Q.   Meaning if I was to ask you your
17 best recollection of what the Black turnout
18 was in 2015, would you recall anything about
19 your turnout estimate?
20    A.   I don't recall the specific
21 estimates.
22    Q.   What do you recall?
23    A.   I recall that in general, in
24 general Whites turned out at higher rates
25 than Blacks and Latino.  That's what I

Page 141

Cole

1
2 recall.
3    Q.   A lot higher?
4    A.   I don't recall.
5    Q.   Ballpark?
6    A.   No ballpark.
7    Q.   Was Black turnout low?
8    A.   I just answered that.  I
9 remember that Whites tended to vote at a
10 higher rate, participated at a higher rate
11 than the other two racial categories.
12       MR. GROSSMAN:  This is probably
13    a good time for a break.  We have been
14    going for about an hour.
15       MR. LEVINE:  For an hour?
16       MR. GROSSMAN:  Yes.
17       MR. LEVINE:  Yes, of course.
18       (Recess taken.)
19    Q.   We're looking at the 2015
20 elections.  Before we turn back to that, let
21 me direct your attention to page 6 of your
22 report.  Take a look at Footnote 9, and I'll
23 read it so everybody can follow along.  I'm
24 starting after the citation.  It reads, "A
25 Black preferred candidate in a head-to-head

36 (Pages 138 - 141)

Cole

1  Cole
2  contest with two candidates is the candidate
3  who receives a majority of the Black votes.
4  Determination of Black preferred candidates
5  in head-to-head contests with more than two
6  candidates needs to be established on an
7  election-specific data basis, yet the level
8  of support for a candidate can change given
9  the total number of candidates; although
10  receiving a majority of Black votes in
11  contest with more than two candidates is not
12  required for determination as a Black
13  preferred candidate, receiving a majority of
14  Black votes would be an indication of
15  substantial support from Black voters."
16      What do you mean that "receiving
17  a majority of Black votes in contests with
18  more than two candidate is not required for
19  determination as a Black preferred
20  candidate"?
21      A.  I'll give you an example.  Let's
22  say we have ten candidates and candidate --
23  the one with the highest vote got 40 percent
24  of the vote.  Everybody else got five, four,
25  small amounts of percentage of votes.

1  Cole
2      On a case-by-case basis, you
3  might conclude that the candidate with the
4  40 percent was the preferred candidate, not
5  necessarily requiring majority, if you've
6  got more than two candidates.  That's what I
7  mean by that.
8      Q.  Do you have to change the way
9  you do an ecological inference analysis to
10  account for that possibility where you have
11  three-way elections?
12      A.  Each candidate is analyzed
13  separately.
14      Q.  So in the three-way elections in
15  2015, nothing about the way you performed
16  the ecological inference analysis changes?
17      A.  No.
18      Q.  Let's look at the seat of Yonah
19  Rothman, page 39, bottom of the page.  For
20  the seat of Yonah Rothman, you estimated
21  that 0.5 percent of Latino voters voting for
22  the candidate -- only 0.5 percent of Latino
23  voters voted for Yonah Rothman, correct?
24      A.  Correct.
25      Q.  And you estimated that 99.4

1  Cole
2  percent of Latino voters voted for Natasha
3  Morales, correct?
4      A.  Correct.
5      Q.  Are you confident in those
6  estimates?
7      A.  I am.
8      Q.  The next column you estimated
9  that 40 percent of Black voters voted for
10  Yonah Rothman, correct?
11      A.  Correct.
12      Q.  And you estimated that 59.9
13  percent of Black voters voted for Natasha
14  Morales, correct?
15      A.  Correct.
16      Q.  Looking at the White voter
17  column, you estimated that 72.1 percent of
18  White voters voted for Yonah Rothman,
19  correct?
20      A.  Correct.
21      Q.  And you estimated that 28.1
22  percent of White voters voted for Natasha
23  Morales, correct?
24      A.  Correct.
25      Q.  Are you confident in those

1  Cole
2  estimates?
3      A.  I am.
4      Q.  Because these are point
5  estimates, is it possible that the actual
6  support of Black voters for Yonah Rothman
7  could have been higher than 40 percent?
8      A.  It's possible.
9      Q.  Is it possible that the actual
10  support of Black voters for Natasha Morales
11  could have been lower than 59.9 percent?
12      A.  It's possible.
13      Q.  How likely is it?
14      A.  Given the standard errors that
15  were generated with these analyses, I found
16  it to be not likely.
17      Q.  Let's look at the seat of Eliahu
18  Solomon, the next one.  Here we have another
19  three-way race.  You calculated that the
20  percentage of Latino voters voting for
21  candidate Juan Pablo Ramirez was 0.3
22  percent; is that correct?
23      A.  Correct.
24      Q.  Are you confident in that
25  estimate?

37 (Pages 142 - 145)

Cole

1
2       A.   I am.
3       Q.   You estimated that 99.4 percent
4   of Latino voters voted for Steve White,
5   correct?
6       A.   Correct.
7       Q.   Are you confident in that
8   estimate?
9       A.   I am.
10      Q.   And you have a candidate named
11  Yisroel Eisenbach for whom the Latino voter
12  support is indeterminate.  Is that for the
13  same reason that you determined the Alan
14  Keith Jones Latino support was
15  indeterminate?
16      A.   Yes.
17      Q.   Does that indeterminate estimate
18  in any way affect the reliability of your
19  estimates for the other two candidates?
20      A.   No.
21      Q.   Does it strike you as
22  interesting that no or virtually no Latino
23  voters voted for Juan Pablo Ramirez and all
24  or nearly all Latino voters voted for Steve
25  White?

Cole

1
2       A.   White was the candidate of
3   choice in the Latinos.  It does not
4   necessarily have to be the same race as the
5   voters.
6       Q.   Do you consider the race of the
7   candidate at all as a factor in your
8   conclusion when you determine whether or not
9   there is racial polarization?
10      A.   I tend to find the interracial
11  contest to be more probative than a race
12  that is not interracial.  It gives the
13  voters a choice, a racial choice.
14      Q.   What do you mean by that, by "a
15  racial choice"?
16      A.   Meaning that a contest between
17  two Blacks and two Whites would not have a
18  racial choice; whereas, a contest between a
19  Black and White candidate, there is a racial
20  choice.
21      Q.   In an interracial contest, are
22  you saying a White candidate receiving
23  support of White voters and a Black
24  candidate receiving the support of Black
25  voters would be indicative of racial

Cole

1
2   polarization?
3       A.   The racial polarization would
4   still be whatever the preferred candidate is
5   of the particular racial group.  I'm just
6   saying that in the situation where there are
7   multiple races, you have a different dynamic
8   than you would if there weren't multiple
9   races as the candidates.
10      Q.   In the 2015 elections, looking
11  at the White voter column, you estimated
12  that 68 percent of White voters voted for
13  Juan Pablo Ramirez, correct?
14      A.   Correct.
15      Q.   Are you confident in that
16  estimate?
17      A.   I am.
18      Q.   And 25.2 percent of White voters
19  voted for Steve White; are you confident in
20  that estimate?
21      A.   Yes.
22      Q.   And 6 percent of White voters
23  voted for Yisroel Eisenbach; are you
24  confident in that estimate?
25      A.   I am.

Cole

1
2       Q.   Is it still relevant to your
3   analysis, because it's an interracial
4   contest, even if a majority of White voters
5   supported the Latino candidate and a
6   majority of Latino voters supported the
7   White candidate?
8       A.   It's still racially polarized
9   voting.  The preferred candidate of --
10  regardless of the race of the candidate, the
11  preferred candidate of Latinos and Blacks
12  lost.
13          The cases -- the data that were
14  decided in Gingles were all cross-racial
15  cases.  Over time analysts began also
16  analyzing White-White contests.  So as I
17  said in the report, the preference for
18  elections to rely upon would be recent
19  indigenous contests that are interracial,
20  but the White-White can also inform about
21  racially polarized voting and Black-Black
22  and so on.
23      Q.   Right.
24          So if interracial races are more
25  probative because they provide voters of

Cole

1
2  more racial choice, as you say, isn't it
3  probative when you have a race where White
4  voters overwhelming vote for a Latino
5  candidate and Latino voters overwhelming
6  vote for a White candidate?
7      A.   I mean, it's an interesting
8  finding.
9      Q.   Have you ever seen that in an
10  election before?
11     A.   I've seen situations where White
12  preferred -- this similar pattern, yes.
13     Q.   Even though voters are voting
14  for a candidate who is not of their own race
15  instead of voters voting for a candidate who
16  is of their own race, even though it's a
17  reversal, your opinion is that this race is
18  still indicative of racial polarization?
19     A.   Yes.
20     Q.   If that's right, why would
21  interracial contests be more probative than
22  same race contests?
23     A.   In a contest involving just
24  Whites, for example, the whole outcome is --
25  you know, is mitigated by the fact that

Cole

1
2  there is no racial choice.  It's just a
3  different dynamic.
4      Q.   But here there is a racial
5  choice, right?
6      A.   The point is is that it's the
7  candidate of choice of the voters.  That's
8  the real outcome you're looking at.
9      Q.   That's interesting.  Because
10  then that suggests that the candidate of
11  choice of the Latino voters is the candidate
12  of choice, not because of the race of the
13  candidate, but because of something else,
14  right?
15     A.   It would indicate that they
16  are -- sure.  Probably other factors, of
17  course.
18     Q.   Let's take a look at 2016, the
19  top of the same page, page 39.  The seat of
20  Bernard Charles, you calculated that the
21  percentage of Latino voters voting for
22  candidate Bernard Charles 1.2 percent,
23  correct?
24     A.   Correct.
25     Q.   And you calculated the percent

Cole

1
2  of Latino voters who voted for Kim Foskew
3  was 99.1 percent, correct?
4      A.   Correct.
5      Q.   And you calculated in the next
6  column that the percentage of Black voters
7  who voted for Bernard Charles was 1.4
8  percent, correct?
9      A.   Correct.
10     Q.   And you calculated that the
11  percentage of Black voters who voted for Kim
12  Foskew was 99.6 percent, correct?
13     A.   Correct.
14     Q.   Are you confident in all of
15  those estimates?
16     A.   I am.
17     Q.   You also calculated that the
18  percentage of White voters who supported
19  Bernard Charles was 77.2 percent, correct?
20     A.   Correct.
21     Q.   And that 23 percent of White
22  voters supported Kim Foskew, correct?
23     A.   Correct.
24     Q.   Bernard Charles is a Black man,
25  correct?

Cole

1
2      A.   Correct.
3      Q.   And Kim Foskew is a White women,
4  correct?
5      A.   Yes, yes.
6      Q.   We have the same pattern, don't
7  we, where you have majority of White voters
8  who voted for a Black candidate and a
9  majority of Black voters who voted for a
10  White candidate, right?
11     A.   Right.
12     Q.   And like we just discussed, does
13  that suggest to you that if Kim Foskew is
14  the candidate of choice for Black voters,
15  it's not because of her race?
16     A.   We don't know the reason.  This
17  is just the result.  I don't know if it has
18  to do with the race of the candidate.  We
19  just know that Kim Foskew is the candidate
20  of choice of Blacks and Latinos.  Don't know
21  the reason for it.
22     Q.   And you know that Bernard
23  Charles was the candidate of choice for
24  White voters, correct?
25     A.   Correct.

39 (Pages 150 - 153)

Cole

1
2      Q.    So let's go down to the next
3  election for the seat of Pierre Germain.
4  You calculated that 77 percent of White
5  voters voted for Pierre Germain, right?
6      A.    Right.
7      Q.    Are you confident in that
8  result?
9      A.    I am.
10      Q.    And 23 percent of White voters
11  voted for Jean Fields, right?
12      A.    Right.
13      Q.    And Pierre Germain is a Black
14  man also, correct?
15      A.    Yes.
16      Q.    And Jean Fields is a Black
17  woman, right?
18      A.    Right.
19      Q.    So that suggests that 77.2
20  percent of Whites voted for Bernard Charles,
21  also 77 percent of Whites voted for Pierre
22  Germain; so that is a consistent amount of
23  White support for two Black candidates
24  correct?
25      A.    That's correct.  Your analysis

Cole

1
2  excludes the fact that there were two Black
3  candidates --
4      Q.    Right.
5      A.    -- for the seat of Pierre
6  Germain, so Whites had to vote for a Black
7  candidate.
8      Q.    That's a useful point, because
9  23 percent of Whites, according your
10  estimates, voted for Kim Foskew, right?
11      A.    Right.
12      Q.    23 percent of White voters voted
13  for Jean Fields, right?
14      A.    Right.
15      Q.    So even when presented with a
16  racial choice, as you put it, the same
17  percentages of White voters voted the same
18  way as between candidates, right?
19      A.    Right.  And Foskew and Fields
20  and Morales are all -- they all ran together
21  on the same slate, public school slate.
22      Q.    Look at the seat of Yehuda
23  Weissmandl, 78 percent of White voters
24  supported Yehuda Weissmandl, right?
25      A.    Right.

Cole

1
2      Q.    And 24 percent of White voters
3  supporter Natasha Morales, right?
4      A.    Right.
5      Q.    And Yehuda Weissmandl is White?
6      A.    Right.
7      Q.    So as between the support for
8  Bernard Charles, Pierre Germain and Yehuda
9  Weissmandl, it's about the same, between 77
10  and 78 percent of White voters, correct?
11      A.    Correct.
12      Q.    And there is no variation
13  according to the race of the candidate, is
14  there?
15      A.    That's correct.
16      Q.    And that's true for their
17  opponents because in each of those
18  elections, the first your opponent was White
19  woman, the second your opponent was a Black
20  woman, and the third the opponent was a
21  Latino woman, and the amount of White
22  support remained the same across all three
23  of those candidates, true, correct?
24      A.    Correct.
25      Q.    Doesn't that suggest that if

Cole

1
2  Yehuda Weissmandl is the preferred candidate
3  of White voters, it's not because of his
4  race?
5      A.    These results to me suggest that
6  the three candidates that ran, who were
7  supported by private school interests, were
8  supported regardless of their race.
9      Q.    Great.
10          And the three candidates who
11  ran, to use your term, with the support of
12  the public school community lost without
13  regard to their race, right?
14      A.    That's correct.
15      Q.    Let's take a look at 2017.  For
16  the 2017 election, for the sake of
17  completeness, as you testified before, you
18  did the same thing methodologically for the
19  2017 election that you did for all the
20  previous, correct?
21      A.    That's correct.
22      Q.    And for the 2017 election you
23  did not generate confidence intervals,
24  correct?
25      A.    Correct.

40 (Pages 154 - 157)

Cole

1
2    Q.   And for the 2017 election you
3   did generate turnout estimates, but did not
4   report them, correct?
5    A.   Correct.
6        MR. LEVINE:  I'm going to mark
7   as Cole Exhibit 4 this document.
8        (Cole Exhibit 4, Annual Budget
9        and Trustee Vote for May 16, 2017
10       Official Results, marked for
11       identification, as of this date.)
12   Q.   The exhibit you've just been
13  handed marked Cole 4 is a copy of the Annual
14  Budget and Trustee Vote for May 16, 2017
15  Official Results.
16       Have you seen this one before?
17   A.   Yes.
18   Q.   I think you know what I'm about
19  to ask you, which has to with the far column
20  on your table for the votes?
21   A.   Right.
22   Q.   And the official results, the
23  vote counts in the bottom row, do you see
24  those?
25   A.   I do.

Cole

1
2    Q.   They don't match up?
3    A.   That's correct.
4    Q.   Is that a typo?
5    A.   They are typos.  When I first
6   got the 2017 data, I got unofficial results.
7   My analyses were run on official results,
8   and so that's why these numbers don't match.
9   These are the unofficial totals.  But the
10  analyses were run on the official totals.
11   Q.   So I'm clear, the analyses that
12  you ran to generate your EI estimates of
13  racial support for the candidates, you used
14  the official results?
15   A.   That's correct.
16   Q.   And the report just lists the
17  vote totals in error, that is just a typo
18  drawn from the unofficial results?
19   A.   That's correct.
20   Q.   So we can disregard that column
21  and there is no reason to believe that that
22  resulted in any error in your estimate?
23   A.   That's right.
24   Q.   Very good.
25       I think we can maybe short track

Cole

1
2   this election because of the work we've done
3   so far.
4        Are you confident in your EI
5   estimates for each of the estimates that you
6   generated for the 2017 election?
7    A.   I am.
8    Q.   And you did not consider any
9   supplemental evidence or other quantitative
10  analysis that caused you to question the
11  results that you got for the 2017 election?
12       MR. GROSSMAN:  Objection.
13   Q.   Is that right?
14   A.   Could you repeat the question?
15   Q.   Yes.
16       So none of the supplemental
17  evidence or other quantitative analysis that
18  you performed caused you to question your
19  results for the 2017 election, right?
20   A.   Yes, the results were all
21  consistent.
22   Q.   Looking at the first row, you
23  estimated that 36.5 percent of Black voters
24  voted for Mark Berkowitz and 68.8 percent of
25  Black voters voted for Alexandra Manigo,

Cole

1
2   right?
3    A.   Right.
4    Q.   And for the seat of Harry
5   Grossman below, you estimated that 7.6
6   percent of Black voters voted for Harry
7   Grossman and 94.2 percent of Black voters
8   voted for Eric Goodwin, right?
9    A.   Right.
10   Q.   Did it strike you as anomalous
11  Mark Berkowitz appeared to do significantly
12  better with the Black vote than Harry
13  Grossman?
14   A.   With the seat of Harry Grossman
15  you have a relatively high percentage of
16  Black voters supporting a Black candidate.
17  In a contest that is amongst Whites, a
18  smaller percentage of Black voters supported
19  Alexandra Manigo, a White, but still
20  cohesive.  It was more cohesive when there
21  was a Black running.
22   Q.   Do you understand Eric Goodwin
23  to be running on a slate endorsed by what
24  you've characterized as the public school
25  community?

Cole

1
2    A.   Yes.
3    Q.   Do you understand Alexandra
4  Manigo to be running as been running on
5  the same slate Eric Goodwin?
6    A.   Yes.
7    Q.   Why do you think they received
8  such disparate levels of support despite
9  running on the same slate?
10   A.   First of all, both percentages
11 indicate cohesion and indicative of
12 polarized voting.  This would just be an
13 example where -- potentially a contest where
14 there is no Black running, was not related
15 to the severe kind of polarization that we
16 saw with the seats of Grossman and
17 Engel/Chajmovicz.
18   Q.   Is there something different
19 about Mark Berkowitz?
20   A.   What do you mean by that?
21   Q.   Well, for example, for the seat
22 of Engle you have 99.4 percent of Black
23 voters supporting Chevon Dos Reis, who is a
24 Latino woman, and 3.4 percent of Black
25 voters supporting Joe Freilich.  That is

Cole

1
2  also a very different vote breakdown as
3  between Mark Berkowitz and Alexandra Manigo
4  despite the fact that all three are slate
5  candidates, right?
6    A.   Right.
7    Q.   So I'm just wondering if that
8  strikes you as anomalous?
9    A.   His pattern was -- yes, it was
10 somewhat different, let's say, than 2016 and
11 one possibility is that not being an
12 interracial contest may have made a
13 difference.
14   Q.   So there is some element of
15 support for these candidates that is not
16 necessarily tied to the slate that they're
17 running on, but may be related to other
18 factors; is that about right?
19   A.   It's possible.  It's possible.
20   Q.   Are you as confident in these
21 results as you were in all of the prior
22 ones?
23   A.   Yes.
24   Q.   And so looking back over the
25 report, is the only set of EI estimates that

Cole

1
2  you generated in which you are not confident
3  the percentage of Black voters who voted for
4  the candidates in May 21, 2013 election?
5    A.   It sounds right.
6        MR. LEVINE:  Why don't we take a
7    five-minute break and see if there is
8    anything left to do.
9        MR. GROSSMAN:  Okay.
10       MR. LEVINE:  Sound good?
11       MR. GROSSMAN:  Sounds good.
12       (Recess taken.)
13   Q.   Let's go back on the record.  I
14 only have a few more questions.  Thank you
15 very much for your patience so far.
16       I still have a question that I'm
17 not clear of in terms of what you're calling
18 the "correlation analysis."  If you could
19 turn to your report, which is the document
20 we marked as Exhibit 2, to page 8, paragraph
21 22, the very bottom of the page, that
22 paragraph actually extends over on to the
23 page 9, and at the top of the page, and in
24 the penultimate sentence of that paragraph,
25 you list the three methods of analysis that

Cole

1
2  you used, right?
3    A.   Yes.
4    Q.   In the third method of analysis
5  you identify as Goodman single-equation
6  ecological regression, right?
7    A.   Right.
8    Q.   Did you do a Goodman
9  single-equation ecological regression
10 analysis?
11   A.   What I should have said there to
12 generate more clarity is "that correlation
13 analysis from a Goodman single-equation
14 analysis."  The same variables were used in
15 both.
16   Q.   I apologize.  You have not
17 generated more clarity yet, but maybe we
18 will get there.
19       What do you mean by that?
20   A.   I mean that in generating a
21 correlation, we're looking a the association
22 between two variables.  In this case the
23 racial composition of a precinct and the
24 vote share for a candidate.  Correlation
25 looks at the association between the two.

42 (Pages 162 - 165)

Cole

1           Cole
2 There is no prediction involved.  It is an
3 association.
4     Q.   How is that different from
5 Goodman single-equation ecological
6 regression?
7     A.   The formula is different.  The
8 formula for correlation is the covariance
9 divided by the product that the -- the
10 standard deviations of the two variables.
11 That's one formula.
12         The regression, which also uses
13 the same two variables, but looks to predict
14 how much vote share based on race using a
15 least squares approach, but the basic
16 formula is Y equals Ax plus B.  A formula,
17 an equation, Y equals Ax plus B.
18     Q.   So is this list in your report,
19 where you list Goodman single-equation
20 ecological regression, is that inaccurate?
21     A.   It's not inaccurate.  To be
22 clearer, I should have said, "correlation
23 from."  It's a correlation from the Goodman
24 approach.
25     Q.   Are the problems identified in

1           Cole
2 the Grofman article that we discussed of
3 using CVAP as your independent variable and
4 having multiple racial categories equally
5 applicable to the analysis that you did
6 using Goodman single-equation ecological
7 regression?
8     A.   Those critiques have to do with
9 generating racial bloc voting estimates from
10 a single equation.  And at that point in
11 time they were developing bivariate
12 ecological regression, BERA, B-E-R-A, which
13 in terms of the regression was an advance
14 over just using the single regression.
15 That's separate from what I did.
16     Q.   Why didn't you do the Goodman
17 single-equation ecological regression that
18 projects racial polarization?
19     A.   I didn't use the Goodman
20 single-equation because research has shown
21 when you compare those estimates to known
22 individual level data, let's say from
23 well-designed exit poll studies, that the EI
24 estimates are more correct than the single
25 regression estimates.

1           Cole
2     MR. LEVINE:  I have no further
3 questions.
4     MS. CONNELL:  I have no
5 questions.
6     MR. GROSSMAN:  I do have some
7 questions.
8 EXAMINATION BY
9 MR. GROSSMAN:
10     Q.   Good afternoon, Dr. Cole.
11     A.   Good afternoon.
12     Q.   Counsel asked you earlier to
13 define what you meant by a Preliminary
14 Expert Report.  When you issued your opinion
15 in this report, had you received any
16 discovery from the district or the
17 commissioner?
18     A.   The only discovery from the
19 district is what I got from their website in
20 terms of data.
21     Q.   To the best of your knowledge,
22 the defendants in this case have not yet
23 produced any documents that would have
24 allowed you to further inform your analysis?
25     A.   No.

1           Cole
2     Q.   Is it possible that further data
3 and information could further inform your
4 analysis?
5     A.   Yes.
6     Q.   You testified before about
7 receiving data from Steve White.  You
8 reviewed the accuracy of the data you
9 received from Mr. White?
10     A.   I did.
11     Q.   Do you know if anyone else
12 reviewed the accuracy of the data received
13 from Mr. White?
14     A.   Yes.
15     Q.   Who else?
16     A.   Bill Cooper.
17     Q.   Did you find any errors in the
18 data?
19     A.   No.
20     Q.   You testified before that you
21 received election data in this case from
22 websites.  Do you recall which website
23 contained the election data that you
24 referred to earlier?
25     A.   It's the main East Ramapo

Cole
1
2     Central School District data -- website.
3         Q.    You testified earlier that you
4     were retained as an expert in February of
5     2017.  Can you clarify whether you were
6     retained as a consulting expert or a
7     testifying expert at that time?
8         A.    I was consulting at that time.
9     I had not agreed or had an arrangement to
10    testify at that point.
11        Q.    Do you recall approximately when
12    you were retained as a testifying expert in
13    this case?
14        A.    This is going to be a
15    guesstimate.  Maybe May or June, or
16    something like that, of 2017.
17        Q.    How many methods of quantitative
18    analysis are reflected in your report?
19        A.    Three.
20        Q.    Are all three of these methods
21    peer-reviewed?
22        A.    Yes.
23        Q.    Are all of your analyses
24    replicable?
25        A.    Yes.

Cole
1
2         Q.    And you retained all the data
3     necessary to replicate all of your analyses?
4         A.    Yes.
5         Q.    Did you testify earlier that the
6     EzI output generates standard error?
7         A.    Yes.
8         Q.    You've reported ecological
9     inference estimates in approximately a dozen
10    cases; is that accurate?
11        A.    That sounds about right, yes.
12        Q.    Do you always report the
13    standard errors?
14        A.    No.
15        Q.    Do you typically report the
16    standard errors?
17        A.    No.
18        Q.    Did you testify that the EzI
19    program also generates estimates of turnout
20    by race in its output?
21        A.    Yes.
22        Q.    The dozen or so cases in which
23    you have produced reports using the
24    ecological inference, do you always report
25    those turnout outputs?

Cole
1
2         A.    No.
3         Q.    Do you typically report those
4     turnout outputs?
5         A.    No.
6         Q.    Have you ever been disqualified
7     as an expert as a result of the Daubert
8     motion?
9         A.    No.
10        Q.    You testified that you testified
11    as an expert in approximately 30 voting
12    rights cases overall; is that correct?
13        A.    Sounds right -- oh, let me take
14    that back.
15        Q.    Let me actually rephrase the
16    question.
17            You testified that you have been
18    retained as an expert in approximately 30
19    voting rights cases; is that correct?
20        A.    That's correct.
21        Q.    Thank you.
22            You were asked about your
23    confidence in your EI estimates.  Is it your
24    testimony that you performed those EI
25    calculations correctly?

Cole
1
2         A.    Yes.
3         Q.    Is your level of confidence in
4     your EI estimates reflective in any way of
5     whether you performed your EI estimates
6     correctly?
7         A.    Yes.
8         Q.    You analyzed 12 contested
9     elections; is that correct -- strike that.
10            You analyzed 12 contested
11    elections for the board; is that correct?
12        A.    That's correct.
13        Q.    In 2015 did the EI conflict with
14    the correlation analysis in any of the
15    contests?
16        A.    No.
17        Q.    In 2016 did EI conflict with the
18    correlation analysis in any of the contests?
19        A.    No.
20        Q.    In 2017 did the EI conflict with
21    the correlation analysis in any of the
22    contests?
23        A.    No.
24        Q.    Counsel asked you before about
25    confidence intervals.  What is the relation

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Cole

1               Cole
2 between standard error and confidence
3 intervals?
4     A.   You used the standard error --
5 you can use the standard error to generate
6 confidence intervals.
7     Q.   So a standard error would allow
8 you to understand -- strike that.
9       A standard error would allow
10 anyone to understand that your EI analysis
11 was conducted reliably and correctly; is
12 that an accurate statement?
13     MR. LEVINE:  Objection.
14     Q.   Let me rephrase.
15       Does standard error reflect on
16 the reliability of the calculation -- strike
17 that one more time.
18       Does standard error reflect on
19 the reliability of an analysis?
20     MR. LEVINE:  Objection.
21     A.   I'm going to ask what you mean
22 by "reliability."
23     Q.   That's an excellent question.
24       What does standard error tell us
25 about or tell you about whether you've

Cole

1               Cole
2 performed ecological inference analysis
3 accurately -- strike that.  I'll leave that
4 alone.
5       Does your review of the standard
6 error -- strike that.  Is the turnout for --
7 strike that.
8       How does your analysis of the
9 2012 U.S. presidential election affect your
10 confidence in your analysis of racially
11 polarized voting in contests for election of
12 the East Ramapo Central School District
13 Board of Education?
14     A.   I analyzed the presidential
15 contest in order to expand the number of
16 voters involved in an interracial electoral
17 contest, and the results were supportive of
18 racially polarized voting in the school --
19 amongst school district voters.
20     Q.   Turn to Table 2 on page 38 of
21 your report.  Look at the election
22 between -- I am sorry, the contest between
23 Mark Berkowitz and Alexandra Manigo.  What
24 is the margin of victory -- strike that.
25       In the contest between Mark

Cole

1               Cole
2 Berkowitz and Alexandra Manigo, by what
3 margin does Ms. Manigo receive a higher
4 percentage of Black votes than
5 Mr. Berkowitz?
6     A.   Approximately 32 percent.
7     Q.   If a candidate won an election
8 by 32 percent, how would you characterize a
9 victory of that magnitude?
10     A.   It would be of landslide
11 proportions.
12     Q.   I would like you to turn your
13 attention to HPA in this table.  In each of
14 these three elections how would you
15 characterize the margin of victory among
16 White voters for Mr. Berkowitz, Mr. Grossman
17 and Mr. Freilich?
18     A.   Well, there are similar
19 estimates and they're indicative of very
20 high cohesion?
21     Q.   According to the HPA analysis,
22 the White preferred candidate won every
23 contested election that you analyzed?
24     A.   That's correct.
25     Q.   You used multiple -- you

Cole

1               Cole
2 testified before that you used three
3 separate measures of racially polarized
4 voting analyses; is that correct?
5     A.   That's correct.
6     Q.   Where those quantitative
7 measures conflict, is supplemental evidence
8 valuable to resolve the tension?
9     MR. LEVINE:  Objection.
10     A.   They were helpful.
11     Q.   I would like you to turn your
12 attention to paragraph 64 on page 28 of your
13 report -- strike that.
14       Turn to paragraph 67 of your
15 report, page 31.
16     A.   I'm with you.
17     Q.   What does this data tell you
18 about the composition of the public school
19 student body and the private school student
20 body?
21     MR. LEVINE:  Objection.
22     A.   As I said earlier, these NYSED
23 data indicated that the population at public
24 schools is virtually almost all non-White
25 and private school population is close to

Cole

1
2 100 percent White.
3     Q.   Given the racial composition of
4 the schools, do you think it's more or less
5 likely that a slate that is preferred by
6 advocates of investment in public schooling
7 would be preferred by minority voters?
8         MR. LEVINE:  Objection.
9     A.   I would.
10    Q.   Let's try the question one more
11 time.
12    A.   Yes.
13    Q.   Based on your understanding of
14 the racial composition of the schools, how
15 does that affect your understanding of how
16 an organization that advocates for greater
17 investment in the public schools would
18 receive support from -- strike that.
19         Turning your attention to
20 paragraph 65, you were asked about an Op Ed
21 written by Ms. Hatton; is that correct?
22    A.   Yes.
23    Q.   The Op Ed received a response
24 from Yehuda Weissmandl, President of East
25 Ramapo Central School District Board of

Cole

1
2 Education; is that correct?
3     A.   That's correct.
4     Q.   Does the fact that
5 Mr. Weissmandl responded to Ms. Hatton's
6 Op Ed lend credibility to her piece?
7         MR. LEVINE:  Objection.
8     Q.   In your mind?
9         MR. LEVINE:  Objection.
10    A.   It would lead me to believe that
11 he felt the need to respond to it would
12 indicate her letter was of some importance.
13    Q.   Do you recall if
14 Mr. Weissmandl's Op Ed contradicted any of
15 the points Ms. Hatton made about whether
16 Mr. Charles, Mr. Germain and
17 Mr. Corado (sic) skipped the NAACP forum?
18    A.   No.
19    Q.   Do you recall whether
20 Mr. Weissmandl's Op Ed contradicted
21 Ms. Hatton's point that the public school
22 community was suspicious of Charles, Germain
23 and Corado because they refused to return
24 calls to the press and made implausible
25 promises to restore almost every program cut

Cole

1
2 over the past five years without any
3 specific plans?
4     A.   No.
5     Q.   Have you used EI analysis in
6 other reports where you've testified as an
7 expert in which there were multiple, more
8 than two racial groups in the community --
9 strike that.
10         Did you use correlation analysis
11 in reports where there were more than two
12 racial groups in a community?
13    A.   Yes.
14    Q.   Those reports were not excluded
15 as the result of Daubert challenges; is that
16 correct?
17    A.   Correct.
18    Q.   What does the term "statistical
19 significance" mean?
20    A.   You establish a level of
21 statistical significance, it allows you to
22 state that your result is not happening by
23 chance alone at a particular level.
24    Q.   Are there social science
25 analyses that you're aware of that use a

Cole

1
2 statistical significance level of p value of
3 .2?
4         MR. LEVINE:  Objection.
5     A.   Yes.
6     Q.   What analysis?
7     A.   In the area of Medicare/Medicaid
8 fraud audits.  I should say, alleged fraud
9 audits.
10    Q.   It's your understanding that
11 when those audits are conducted and yield
12 results of a p value of .2, what does that
13 indicate?
14    A.   When demands are made for
15 repayment, a lower level of confidence
16 interval is used.
17    Q.   So is there still some value to
18 results that report a p value of .2?
19    A.   Yes.  Oh, yes.
20    Q.   You testified earlier that you
21 did not perform any analysis of racially
22 polarized voting on the 2014 election?
23    A.   Yes.
24    Q.   Did you review supplemental
25 evidence regarding the 2014 election?

46 (Pages 178 - 181)

Cole

1
2    A.   I did.
3    Q.   Is that evidence of racially
4 polarized voting?
5    A.   I believe the take-home story
6 from that supplemental evidence was that
7 residents that typically support a public
8 school slate felt that running candidates
9 would be futile.
10    Q.   Did that inform your analysis of
11 racially polarized voting?
12    A.   Yes.
13    Q.   Earlier you mentioned a
14 representative sample of supplemental data.
15 What did you mean by the term
16 "representative sample"?
17    A.   Relied upon a sample that was
18 representative of the sites that were
19 systematically generated.
20    Q.   Looking at the 2013 election,
21 Table 2, page 40, what does the HPA indicate
22 in terms of White support for the winning
23 candidates Corado, Germain and Charles?
24    A.   Consistent across all three
25 candidates at very high levels of cohesion.

Cole

1
2    Q.   Corado, Germain and Charles each
3 won the White vote by a margin of
4 approximately 70 points; is that accurate?
5    A.   In those homogenous precincts,
6 yes.
7    Q.   The vote totals, looking at the
8 vote totals, do those elections reflect such
9 as wide margin?
10       MR. LEVINE:  Objection.
11       MR. GROSSMAN:  Let me rephrase.
12    Q.   What is the approximate margin
13 of victory in terms of total votes for
14 candidates Corado, Germain and Charles?
15    A.   Approximately 1700, 16 to 17
16 hundred votes.
17    Q.   Do the HPA analysis and margin
18 of victory in terms of total votes inform
19 your confidence in whether the EI -- strike
20 that.
21       Does the HPA and the margin of
22 victory in terms of total votes affect your
23 confidence in whether MaraLuz Corado, Pierre
24 Germain and Bernard Charles actually won
25 73.9, 91.8 and 89.7 percent of the Black

Cole

1
2 vote respectively?
3       MR. LEVINE:  Objection.
4    A.   It would lead me to believe
5 there is an inconsistency there.
6       MR. GROSSMAN:  I have nothing
7 further.
8       MR. LEVINE:  I have a few
9 questions.
10 EXAMINATION (CONT'D)
11 BY MR. LEVINE:
12    Q.   I have a few more redirect
13 questions.
14       When I asked you before if you
15 had all of the data that you required to
16 perform your ecological inference analysis,
17 you answered yes.
18       How could obtaining discovery of
19 the district influence your ecological
20 inference analysis?
21    A.   I'm not so sure it influenced
22 the EI analysis.  It might have some bearing
23 on the supplemental data that I collected.
24    Q.   As you sit here today, can you
25 think of any evidence that you might receive

Cole

1
2 that would somehow change your opinions?
3    A.   Not at this time.
4    Q.   Take a look at your report and
5 turn to the last page Table 4a, page 45.
6 You were asked whether based upon your
7 analysis the White preferred voter -- sorry,
8 the White preferred candidate had won every
9 single election that you analyzed and you
10 answered yes, but that's not true, is it,
11 because in your analysis of the 2012
12 presidential election the Black preferred
13 candidate won and the White preferred
14 candidate lost at least for this
15 jurisdiction, right?
16    A.   I was answering with respect to
17 the district contests.
18    Q.   All right.
19       So the question asked you -- I
20 know because I paid very close attention.
21 The question asked you whether the White
22 preferred candidate won every election that
23 you analyzed and so the answer to that
24 question is no, right?
25    A.   That's correct.

Cole

1
2    Q.   Right.  Because the 2012
3  election, the Black preferred candidate won
4  and the White preferred candidate lost,
5  right?
6    A.   That's correct.
7    Q.   For this 2012 presidential
8  election you be analyzed only election
9  districts that were totally within the East
10  Ramapo school boundaries, correct?
11    A.   Correct.
12    Q.   The vote totals reflected in
13  your table are significantly greater than
14  the vote totals in school board elections,
15  right?
16    A.   Right.
17    Q.   Does that suggest that the
18  turnout for this presidential election is
19  significantly greater than it would be for
20  school board elections?
21    A.   It certainly is greater.
22    Q.   Did you perform a turnout
23  estimate or generate a turnout estimate for
24  this presidential election?
25    A.   Turnout estimates were

Cole

1
2  generated.
3    Q.   Were they retained?
4    A.   Yes.
5    Q.   Did you generate a confidence
6  interval for your estimates for this
7  election?
8    A.   No.
9    Q.   Are exogenous elections as
10  probative as endogenous elections?
11    A.   Usually not.
12    Q.   Is this presidential election
13  particularly probative for some reason?
14    A.   It's probative because it
15  indicates high levels of racially polarized
16  voting with a larger electorate than the
17  district contests.
18    Q.   Doesn't it indicate that with
19  higher levels of turnout Black preferred
20  candidates can win even without White voter
21  support in these East Ramapo districts?
22    A.   Well, in this contest with this
23  level of voter participation and the turnout
24  levels -- I mean, and the cohesion levels,
25  the Black preferred candidate was able to

Cole

1
2  win.
3    Q.   Look at page 13 of your report,
4  you concluded in paragraph 75 that --
5      MR. GROSSMAN:  Wrong page.
6    Q.   Page 33, paragraph 75, you
7  concluded "as with the 2015, 2016 and 2017
8  board elections, for East Ramapo voters in
9  the 2012 U.S. president election was
10  racially polarized with a coalition of Black
11  and Latino voters coalescing around Obama
12  and White voters supporting Romney."
13      Why is that relevant to your
14  conclusions with respect to the East Ramapo
15  Central School District elections?
16    A.   It's an indication of highly
17  racially polarized voting.
18    Q.   You were asked if your analysis
19  performed in your report was replicable.
20  You answered yes.  You were asked if the
21  data was retained and you said yes.
22      Are you able to collect and
23  produce all of the data necessary for
24  someone to replicate your analysis?
25    A.   Yes.

Cole

1
2    Q.   Have you been asked to do that
3  yet?
4      MR. GROSSMAN:  You can answer.
5    A.   Not specifically.  I've been
6  asked if I have the data to be able to do
7  that.
8    Q.   You were asked whether in the
9  past you have reported on the standard error
10  generated as part of generating your
11  estimates.  You answered that you don't
12  typically report the standard error.
13      Have you ever reported in other
14  prior cases your confidence intervals for
15  your estimates?
16    A.   No.
17    Q.   You've never reported your
18  confidence intervals in any report that
19  you've ever filed in the court?
20    A.   In a voting rights case, that's
21  correct.
22    Q.   You were asked about the 2013
23  election and specifically you were asked
24  whether the EI analysis that you performed
25  conflicted with the correlation analysis and

Cole

1
2    I just didn't understand the question and so
3    I didn't understand your answer.
4         How could the EI analysis and
5    the correlation analysis conflict; don't
6    they measure different things?
7         A.    I believe I answered it using a
8    different word than "conflict."
9         Q.    Right.
10             Was that intentional?
11        A.    Yes.
12        Q.    Okay.  So what is the better --
13   what is the better way to describe that?
14        A.    I'd say, not consistent,
15   something like that.
16        Q.    So I had asked you earlier
17   whether it's possible for your correlation
18   analysis that you performed for the 2013
19   elections, specifically with respect to
20   Black voters, and your EI analysis with
21   respect to the Black voter in 2013 to both
22   be reliable, both estimates.  Do you recall
23   that?
24        A.    Not specifically.
25        Q.    So you don't recall when I asked

Cole

1
2    you that question?
3         A.    As I said, I don't recall that
4    specific question.
5         Q.    All right.  Well, we can go over
6    it again.
7             Is it possible that both your
8    correlation analysis for the Black voters in
9    2013 and your EI estimate for the Black
10   voters in 2013 to both be reliable?
11        A.    If I didn't before, I'll ask it
12   now, what do you mean by "reliable"?
13        Q.    Meaning -- well, is it possible
14   that your correlation analysis can generate
15   a reliable indicator; for example, of
16   increasing minority support for particular
17   candidates in different polling places and
18   have your EI analysis still be as reliable
19   as it otherwise would be?
20        A.    Once again, what do you mean by
21   "reliable"?
22        Q.    Here is the thing, I don't
23   understand why you say that your correlation
24   analysis necessarily is inconsistent with
25   your EI estimate.  I don't think they have

Cole

1
2    anything to do with each other.  Am I wrong?
3         A.    Yes.
4         Q.    What do they have to do with
5    each other?
6         A.    Correlation coefficient is a
7    measure of the strength of the relationship
8    between racial composition of precincts and
9    voter outcome.  And the EI produces specific
10   estimates which are another indication of
11   the magnitude of polarized voting.
12        Q.    So what I'm asking is:  Is it
13   possible for your correlation analysis to
14   accurately reflect the increasing degree of
15   Black voter support for a certain candidate
16   and have your EI estimate of the share of
17   Black voter support for the candidates in
18   2012 to be -- or 2013, rather, to be the
19   same?
20        A.    It's possible.
21        Q.    Right.
22             That means that those two
23   analyses are not necessarily inconsistent,
24   right?
25        A.    Not necessarily.

Cole

1
2         Q.    Right.
3             Is there any reason to think
4    that they are inconsistent?
5         A.    Yes.  As I said in my report,
6    the correlational analysis is more
7    consistent with facts on the ground than the
8    EI estimates.
9         Q.    If I also recall correctly your
10   correlation analysis for the 2013 election
11   for the Black voters, you did not generate
12   an estimate that was statistically
13   significant, right?
14        A.    That's correct, but the effect
15   size of those correlations was of the
16   magnitude that one can rely upon them.
17        Q.    Right.
18             So the not statistically
19   significant correlation analysis that is not
20   necessarily inconsistent with the EI
21   estimate that you generated is outweighed by
22   facts on the ground; is that your testimony?
23        A.    I'm saying that the correlation
24   coefficient is consistent with facts on the
25   ground, and those -- and homogenous precinct

Cole

1
2  analysis, and those --
3      Q.   Hold on a second.  You didn't do
4  a homogenous precinct analysis for Black
5  voters in 2013?
6      A.   That's true.  For the White
7  cohesion, for the White analysis, the
8  correlation coefficient was consistent with
9  homogenous precinct analysis and EI and the
10  supplemental evidence.
11      Q.   Right.
12          Isn't the White voter EI that
13  you estimate, isn't that generated
14  independently of your Black voter EI?
15      A.   Yes.
16      Q.   So your correlation analysis is
17  not necessarily inconsistent with your EI
18  estimate for Black voters in 2013; is that a
19  fair sum up?
20      A.   Could repeat that?
21      Q.   Your correlation analysis for
22  Black voters in 2013 is not necessarily
23  inconsistent with your EI estimate for Black
24  voters in 2013; is that a fair sum up?
25      A.   No.  I would say that -- did you

Cole

1
2  say not necessarily consistent?
3      Q.   I said, "not necessarily
4  inconsistent."
5      A.   I'd say it's not -- I would
6  prefer to say that the different results
7  from the correlation analysis and the EI
8  analysis for Black voters in 2013 without
9  supplemental evidence would lead me -- it
10  would be inconclusive.
11          MR. LEVINE:  Could you read that
12      answer back?
13          (Record read.)
14      Q.   I hate to keep going after that
15  one subject, but I remain confused because
16  what do you mean when you say "different
17  results from the correlation analysis and
18  the EI estimate," they don't generate the
19  same results ever, they measure different
20  things, right?
21      A.   They measure different aspects
22  of racially polarized voting.
23      Q.   What do you mean by "different
24  results"?
25      A.   The results from the correlation

Cole

1
2  coefficient can inform the analyst about
3  racially polarized voting.
4      Q.   Do the results of the
5  correlation coefficient ever tell you the
6  percentage by race of support for a
7  candidate?
8      A.   That's not what it is meant to
9  do.
10      Q.   Right.
11          So the results of a correlation
12  analysis are always going to be different
13  than an ecological inference analysis,
14  right?
15      A.   They measure different aspects
16  of racially polarized voting.  The
17  correlation coefficient, as I said before,
18  measures the strength of the association
19  between racial composition of the precincts
20  and voter outcome; whereas, EI is a
21  different reflection, different kinds of
22  estimates, but does inform you about
23  racially polarized voting.
24      Q.   Is there some particular output
25  from your correlation analysis that you

Cole

1
2  would want to see to confirm a particular
3  result in your ecological inference
4  analysis?
5          MR. GROSSMAN:  Objection.
6      A.   A correlation coefficient is a
7  correlation coefficient.  That's the result.
8      Q.   Since I believe this is a
9  paraphrase of your own testimony, let's try
10  it one more time to sum up.
11          The results of your correlation
12  analysis for the 2013 election with respect
13  to Black voters is not necessarily
14  inconsistent with your estimate of the
15  support of Black voters for candidates in
16  the 2013 election?
17          MR. GROSSMAN:  Objection.
18      A.   You asked me that question
19  before and I answered it differently with a
20  different set of words.
21      Q.   Which is why I asked it again.
22  Would you like me to ask it one more time to
23  see if I can get you to reanswer it one more
24  time?
25      A.   Can you rephrase it?

Cole

1
2      Q.   If it will make more sense,
3   right?
4      A.   Yeah.
5      Q.   All right.
6         The results of your correlation
7   analysis for the 2013 election, Black
8   voters, are not inconsistent -- rather not
9   necessarily inconsistent with your EI
10  estimate of Black voter support for
11  candidates in the 2013 election?
12     A.   I think that is essentially the
13  same wording. You're saying "not
14  necessarily inconsistent"?
15     Q.   Um-hum.
16     A.   And I'm saying that they are
17  inconsistent.
18     Q.   You're saying they are
19  inconsistent?
20     A.   For the Black voters, the EI and
21  correlational results are not consistent.
22     Q.   Why do you think that is?
23     A.   I don't know.
24     Q.   Do you think that's because your
25  EI analysis is mistaken?

Cole

1
2      A.   I don't think so.
3      Q.   Do you think that's because your
4   correlation analysis might be mistaken?
5      A.   I don't think so.
6      Q.   Is either one of those possible?
7      A.   Possible; not likely, but
8   possible.
9      Q.   It's a conundrum; if your EI
10  analysis for 2013 for the Black voters is
11  unreliable or inconsistent, what makes the
12  rest of your EI worth paying attention to?
13         MR. GROSSMAN:  Objection.
14     A.   I'm confident in the results.  I
15  just can't explain them for that 2013.
16         MR. LEVINE:  No further
17     questions.
18         MR. GROSSMAN:  Let me clarify
19     one sort of technical thing very
20     briefly.
21  EXAMINATION (CONT'D)
22  BY MR. GROSSMAN:
23     Q.   Counsel asked you whether you
24  have been asked to collect the data and
25  documents that you would use in order to

Cole

1
2   produce your analysis.  You said "no"
3   before.  Have you -- you've retained all of
4   those data and documents, correct?

Cole

1
2      A.   Yeah, I believe I answered -- I
3   believe I answered it that way.
4      Q.   Okay, sorry.  Just I wanted to
5   make clear that we've already done that
6   retention.
7         MR. GROSSMAN:  We're done.
8         MR. LEVINE:  That concludes the
9     deposition.  Thank you very much.  I
10    appreciate your time.
11        (Time noted:  5:32 p.m.)
12   _____
13        STEVEN PARKER COLE, Ph.D.
14
15  Subscribed and sworn to before me
16  this ___ day of _____, 201_.
17
18  _____
19     Notary Public
20
21
22
23
24
25

Page 202

1
2          C E R T I F I C A T E
3  STATE OF NEW YORK   )
4                      : ss.
5  COUNTY OF NEW YORK  )
6          I, THERESA TRAMONDO, a Notary
7  Public within and for the State of New
8  York, do hereby certify:
9          That Steven Parker Cole, Ph.D.,
10 the witness whose deposition is
11 hereinbefore set forth, was duly sworn by
12 me and that such deposition is a true
13 record of the testimony given by the
14 witness.
15         I further certify that I am not
16 related to any of the parties to this
17 action by blood or marriage, and that I am
18 in no way interested in the outcome of
19 this matter.
20         IN WITNESS WHEREOF, I have
21 hereunto set my hand this 13th day of
22 February, 2018.
23         _Theresa Tramondo_
24         _____
25         THERESA TRAMONDO

Page 203

1
2  ------------ I N D E X --------------
3  WITNESS   EXAMINATION BY    PAGE
4  S.P. COLE   MR. LEVINE      5/184
5            MR. GROSSMAN     168/199
6  -------- INFORMATION REQUESTS ---------
7  DIRECTIONS: (NONE)
8  RULINGS: (NONE)
9  TO BE FURNISHED: (NONE)
10 REQUESTS: (NONE)
11 MOTIONS: (NONE)
12 CONFIDENTIAL: (NONE)
13 -------------- EXHIBITS ---------------
14 COLE            FOR ID.
15 Cole Exhibit 1, Curriculum vitae   9
16 of Steven P. Cole, Ph.D., dated
17 December 2017
18 Cole Exhibit 2, Preliminary Expert  29
19 Report of Steven P. Cole, Ph.D.
20 Cole Exhibit 3, article cited in    108
21 Footnote 17 of expert report
22 Cole Exhibit 4, Annual Budget and   158
23 Trustee Vote for May 16, 2017
24 Official Results
25   (EXHIBITS RETAINED BY REPORTER.)

Page 204

1  NAACP v. ERCSD
2  Steven Parker Cole, Ph.D.
3    INSTRUCTIONS TO THE WITNESS
4        Please read your deposition over
5  carefully and make any necessary corrections.
6  You should state the reason in the
7  appropriate space on the errata sheet for any
8  corrections that are made.
9        After doing so, please sign the errata
10 sheet and date it.
11       You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14       It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25 2808166

Page 205

1  NAACP v. ERCSD
2  Steven Parker Cole, Ph.D.
3        E R R A T A
4        - - - - -
5  PAGE  LINE  CHANGE
6  ___ ___ _____
7  Reason:_____
8  ___ ___ _____
9  Reason:_____
10 ___ ___ _____
11 Reason:_____
12 ___ ___ _____
13 Reason:_____
14 ___ ___ _____
15 Reason:_____
16 ___ ___ _____
17 Reason:_____
18 ___ ___ _____
19 Reason:_____
20 ___ ___ _____
21 Reason:_____
22 ___ ___ _____
23 Reason:_____
24 ___ ___ _____
25 2808166

52 (Pages 202 - 205)

Page 206

1   NAACP v. ERCSD
2   Steven Parker Cole , Ph.D.
3       ACKNOWLEDGMENT OF DEPONENT
4       I, _____, do
5   hereby certify that I have read the foregoing
6   pages and that the same is a correct
7   transcription of the answers given by
8   me to the questions therein propounded,
9   except for the corrections or changes in form
10  or substance, if any, noted in the attached
11  Errata Sheet.
12
13  _____      _____
14  DATE            SIGNATURE
15
16
17
18
19
20
21
22
23
24
25  2808166

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

**[& - 2:13]** Page 1

| & |
| --- |

**&**   1:18 2:6 3:6
7:18

| 0 |
| --- |

**0.3**   145:21
**0.5**   143:21,22
**0.7**   130:20 132:19
133:17
**001**   101:18
**021**   101:19
**08943**   1:7

| 1 |
| --- |

**1**   9:6,7,17,21 45:17
203:15
**1.2**   151:22
**1.4**   152:7
**10**   24:21,22 25:15
**10.6**   95:5
**100**   132:10 178:2
**10004**   2:17
**10022-4834**   2:8
**101**   1:18
**10271-0332**   3:21
**10598**   5:9
**108**   203:20
**10:07**   1:13
**11**   72:19 103:22
107:9
**1111**   3:7
**12**   103:25 173:8,10
**120**   3:20
**125**   2:16
**1250**   2:24
**13**   188:3
**1315**   5:7
**13th**   202:21
**140**   29:4
**142**   115:19,19
**15**   24:21,22 25:6
25:16

**150**   28:15
**158**   203:22
**16**   158:9,14 183:15
203:23
**168/199**   203:5
**17**   104:11 108:2,8
108:15 125:13
183:15 203:21
**1700**   183:15
**18**   74:25 120:15
**19**   130:8
**1969**   125:8
**1989**   104:17 114:8
114:12,16
**1990s**   65:19
**1993**   14:14
**1995**   16:9,11
**1997**   77:23 78:13
78:25 114:19
**1:30**   101:22

| 2 |
| --- |

**2**   9:12,18 11:4
17:20,24 18:13
19:25 20:4 22:16
25:11 29:19,20,25
30:17 40:25 45:19
61:16,18 102:14
164:20 175:20
181:3,12,18
182:21 203:18
**20**   25:7,13,16 26:5
78:16 82:11
**20004-2541**   3:8
**20005**   2:25
**201**   201:16
**2010**   42:7
**2011**   42:4
**2012**   13:2,25 14:5
41:19,25 42:21
45:6 175:9 185:11
186:2,7 188:9

192:18
**2013**   41:8 44:6,13
44:17,22 45:2,5,14
62:7 63:4,16 64:4
70:19 71:14,20
73:12,18,25 74:9
74:16,23 75:14
76:20 79:24 80:7
80:11,18,25 81:25
82:17 83:2,10,16
83:22 84:9,15,20
85:3,7 86:14 87:7
87:16 88:6 89:5,9
92:14,19 93:3
95:11 96:23 99:22
100:4,21 102:17
115:5 119:7,17
120:17 121:14,20
122:7 123:19,21
124:6,8 129:2,7,9
129:15,20,22
137:25 138:5
164:4 182:20
189:22 190:18,21
191:9,10 192:18
193:10 194:5,18
194:22,24 195:8
197:12,16 198:7
198:11 199:10,15
**2013-2017**   61:19
**2014**   41:10 42:14
42:18 181:22,25
**2015**   41:12 120:15
123:4 125:13
130:9 134:25
135:7 136:24
137:6,15 138:6,9
138:14,17 140:18
141:19 143:15
148:10 173:13
188:7

**2016**   11:5 41:14
54:16 151:18
163:10 173:17
188:7
**2017**   9:9 10:3
27:17,19 28:2,6,10
28:21 41:16 54:16
123:4 157:15,16
157:19,22 158:2,9
158:14 159:6
160:6,11,19 170:5
170:16 173:20
188:7 203:17,23
**2018**   1:12 202:22
**202-373-6541**   3:15
**21**   62:7 74:16
95:11 99:22
102:17 164:4
**212-416-8965**   3:24
**212-607-3347**   2:20
**212-9061200**   2:11
**22**   164:21
**23**   152:21 154:10
155:9,12
**24**   156:2
**25**   29:16 54:11
**25.2**   148:18
**26**   10:16 72:5,12
72:13,16,17,19
**28**   86:11 98:21
177:12
**28.1**   144:21
**2808166**   204:25
205:25 206:25
**29**   118:7 203:18
**29.3**   64:13,20,24
93:6
**2:13**   102:3

**3**

**3**   108:6,7 122:6
203:20
**3,000**   132:13
**3.4**   162:24
**3.6**   136:7,18,19
**30**   22:19 23:20
133:2,22 172:11
172:18 204:16
**30.2**   94:12
**30.5**   93:21
**30030**   5:10
**31**   116:11 125:6
177:15
**31.6**   94:25
**32**   176:6,8
**33**   188:6
**350**   2:24
**36.2**   135:17
**36.5**   160:23
**38**   11:4 175:20
**39**   130:8 143:19
151:19

**4**

**4**   158:7,8,13
203:22
**4,600**   132:13
133:11
**40**   61:17 92:16
115:4 129:3,6
142:23 143:4
144:9 145:7
182:21
**43**   102:15
**44**   103:17
**45**   185:5
**46**   45:19
**468**   131:14 132:11
**49**   55:9,11,17

**4a**   185:5

**5**

**5**   54:8 110:19
**5/184**   203:4
**50**   52:5 115:18,22
115:24
**51**   55:8,12,17 56:5
56:15,16 57:17
58:4,10
**55**   54:25 55:2
**59.9**   144:12 145:11
**595**   108:17,19
109:23
**5:32**   201:11

**6**

**6**   1:12 49:22 50:25
141:21 148:22
**6,380**   132:13 133:8
**60**   56:7 120:11,14
**60/40**   56:8
**64**   86:12 177:12
**64.2**   130:24 131:23
132:18 133:13
134:14
**65**   178:20
**67**   177:14
**68**   116:12,13
148:12
**68.8**   160:24
**69**   116:20 125:6,7

**7**

**7**   131:24 134:15
**7.6**   94:16 161:5
**70**   52:23 183:4
**70/30**   56:10
**72.1**   144:17
**721**   5:9
**73.9**   64:7 75:15,17
183:25

**74.6**   135:24
**75**   188:4,6
**77**   154:4,21 156:9
**77.2**   152:19 154:19
**78**   155:23 156:10
**7:17**   1:7

**8**

**8**   26:17 164:20
**80**   57:16 58:3,9
**885**   2:7
**89.7**   115:8 183:25

**9**

**9**   121:19 122:4,5
122:17 141:22
164:23 203:15
**90**   56:21 79:19
**91.8**   81:24 82:16
82:25 83:9,15,22
84:7 183:25
**94.2**   161:7
**95**   79:9
**99.1**   152:3
**99.4**   94:21 143:25
146:3 162:22
**99.5**   94:7
**99.6**   92:22 93:2
152:12

**a**

**a.m.**   1:13
**able**   8:20 35:19,20
70:12 98:25
100:17 131:22,24
133:4 136:13
187:25 188:22
189:6
**absolute**   101:8,15
**accepted**   10:18
**account**   143:10
**accounts**   97:18,18

**accuracy**   37:14
72:8,25 73:5,9,12
73:17 77:8 169:8
169:12
**accurate**   8:21
25:14 34:3 171:10
174:12 183:4
204:19
**accurately**   175:3
192:14
**achieve**   103:10
115:13
**acknowledgment**
206:3
**act**   17:15,19,21
127:3
**acted**   25:24
**action**   202:17
**activist**   118:9
**actual**   20:13 98:24
145:5,9
**adam**   3:11
**adam.adler**   3:14
**add**   10:7,9 86:2,8
132:10 134:6
**addition**   111:7
**additional**   32:11
72:21 78:18
**address**   5:6,7,25
**addresses**   34:16
34:17 35:13,19
36:10
**adjunct**   13:2,7
14:14
**adler**   3:11
**administrators**
52:6,8
**advance**   167:13
**advancement**   1:4
**advantages**   72:6
72:21

advocate 90:25
advocates 89:16
  90:2,4,12,21
  123:12 178:6,16
advocating 49:25
affect 146:18
  175:9 178:15
  183:22
affective 10:18
affirmative 46:17
  47:7
afternoon 168:10
  168:11
ag.ny.gov 3:23
age 69:18,21
  110:24 111:23,24
  112:10 113:9,22
  137:3
agenda 89:17
agendas 126:13
aggregate 36:13
aggregated 36:7
aggregation 37:6
ago 18:14 20:19
  25:6,7 68:22
agree 19:15
agreed 4:5,11,15
  170:9
agriculture 11:7
ahead 29:17
al 1:5,9
alan 130:16 131:4
  131:25 132:14
  136:8,14,19
  146:13
alcohol 8:8
alexandra 160:25
  161:19 162:3
  163:3 175:23
  176:2

algorithms 131:18
alleged 181:8
allow 174:7,9
allowed 168:24
allows 180:21
alpaca 11:9,15
  12:5,12
alpacas 11:16
  12:10
americans 111:6
amount 109:8
  131:16 154:22
  156:21
amounts 111:8
  142:25
ample 61:9
analyses 17:11,12
  17:13 27:24 28:8
  32:6 35:3 42:20
  62:5 68:21 88:8
  88:11 89:19 96:3
  97:19 102:16
  125:25 145:15
  159:7,10,11
  170:23 171:3
  177:4 180:25
  192:23
analysis 12:3
  13:15 15:4,9,13
  16:3,24 17:3,7
  19:17,19,21,22
  28:5 35:2 61:7,13
  61:20,25 62:19
  63:2,11,13,14
  66:15,22 71:13,20
  72:3 82:6,7,15
  84:15 85:20 86:24
  87:2 88:6,10,17
  89:8 93:14 95:24
  96:5,6,10,11,14,20
  96:21 97:8 98:8,9

98:22 99:10 100:5
104:3,20 105:3
106:21,22,23
110:6 111:18
112:4,19,24 113:3
113:5,6,15,20
114:7,11,12,21,23
115:12,16 122:19
123:19 124:6,13
124:14 129:11,12
131:17 133:24
139:21 143:9,16
149:3 154:25
160:10,17 164:18
164:25 165:4,10
165:13,14 167:5
168:24 169:4
170:18 173:14,18
173:21 174:10,19
175:2,8,10 176:21
180:5,10 181:6,21
182:10 183:17
184:16,20,22
185:7,11 188:18
188:24 189:24,25
190:4,5,18,20
191:8,14,18,24
192:13 193:6,10
193:19 194:2,4,7,9
194:16,21 195:7,8
195:17 196:12,13
196:25 197:4,12
198:7,25 199:4,10
200:2
analyst 110:24
  196:2
analysts 149:15
analytical 32:15
analyze 26:23 28:2
  32:25 33:6 39:24
  40:21,23 41:18,21

41:25 42:4,7,17,22
43:2,5,13,24 47:25
48:3,4
analyzed 40:15
  41:19 74:23 82:4
  143:12 173:8,10
  175:14 176:23
  185:9,23 186:8
analyzing 13:21
  54:12 86:22 87:6
  111:22 149:16
animal 12:17
animals 12:14
annual 158:8,13
  203:22
anomalous 161:10
  163:8
answer 6:25 8:5
  22:4 37:7,20,23
  38:24 39:3 47:20
  57:4 71:21 77:22
  78:7,8 79:12
  98:20 101:2,3
  102:10 105:11
  110:4 128:19
  139:15 185:23
  189:4 190:3
  195:12
answered 46:16
  47:6 141:8 184:17
  185:10 188:20
  189:11 190:7
  197:19 201:2,3
answering 8:16
  88:18 185:16
answers 6:9 8:21
  93:19 206:7
anybody 30:6 31:6
  31:11 52:10
aos 1:20,24

**apologize** 165:16
**appearance** 2:2
  3:2
**appeared** 161:11
**appears** 30:4
**applicable** 167:5
**applied** 11:24
**apply** 74:22
**appreciate** 201:10
**approach** 82:9
  166:15,24
**approaches** 82:22
**appropriate** 61:11
  78:5 111:14 204:7
**approximate** 80:6
  80:10,17,19,24
  81:5,9 183:12
**approximately**
  16:22 20:19 22:19
  25:13 29:4,16
  38:14 52:5,22
  67:2 74:19 170:11
  171:9 172:11,18
  176:6 183:4,15
**approximation**
  23:22 80:3
**approximations**
  78:6
**area** 14:20,25 15:5
  79:15,20 181:7
**areas** 14:18 48:11
  115:23
**arrangement**
  170:9
**article** 10:17 16:24
  104:14 107:25
  108:6,7,12,14,17
  114:15,20 119:9
  120:10,14 167:2
  203:20

**articles** 17:2,6,9
  78:24 87:18 119:7
**asians** 85:25 111:6
**aside** 129:10
**asked** 23:5,7 26:22
  27:6 31:25 32:4,5
  32:20 46:23 47:13
  47:22,25 48:3
  103:8 168:12
  172:22 173:24
  178:20 184:14
  185:6,19,21
  188:18,20 189:2,6
  189:8,22,23
  190:16,25 197:18
  197:21 199:23,24
**asking** 20:13
  59:17 66:17
  100:17 126:6
  192:12
**aspects** 61:10
  195:21 196:15
**asserting** 39:4
**assess** 24:7 82:13
  127:11
**assessing** 79:20
**assessments** 58:23
**assistants** 31:13
**associated** 105:21
**association** 1:3
  104:5 105:4,12,20
  107:11 112:25
  120:8 165:21,25
  166:3 196:18
**assume** 6:18 40:4
  98:12 110:3 129:4
  129:8,23
**assumed** 78:4
  129:25
**assumes** 111:3

**assuming** 20:10
  23:14
**assumptions** 39:2
**asterisk** 131:5,6
**atlanta** 13:4 14:16
  16:12,16
**atlantic** 2:24
**attached** 204:13
  206:10
**attend** 117:16
**attention** 141:21
  176:13 177:12
  178:19 185:20
  199:12
**attorney** 3:19 5:19
  204:16
**attorneys** 7:20
**audits** 181:8,9,11
**author** 11:24
**authored** 68:10,12
**authors** 78:25
**available** 10:20
  110:24
**avenue** 1:19 2:7
  3:7 5:9
**avoid** 111:15
**aware** 10:13,24,25
  60:24 78:13,18
  113:19 114:25
  180:25
**awfully** 66:16
**ax** 105:25 166:16
  166:17
**axis** 109:24,25

**b**

**b** 55:13 106:2
  166:16,17 167:12
**back** 21:23 36:2
  44:3 45:5 50:25
  57:3,7 65:14,14
  92:14 93:18 102:8

**115:3,4 116:11
  118:6 129:2,6
  141:20 163:24
  164:13 172:14
  195:12
**background** 60:25
**ballet** 13:24
**ballpark** 16:21
  22:16 25:9 29:14
  141:5,6
**baptist** 5:7
**based** 67:23
  132:11,12 133:8
  166:14 178:13
  185:6
**basic** 166:15
**basically** 54:21
  98:19
**basis** 47:15 142:7
  143:2
**bearing** 184:22
**began** 13:25 15:14
  28:8 149:15
**behavior** 54:12
**believe** 19:3 21:22
  22:23 40:10 50:20
  51:16,20 52:9
  68:4,7,21 74:17
  87:14 90:8 108:14
  119:8 123:13
  140:8 159:21
  179:10 182:5
  184:4 190:7 197:8
  201:2,3
**beneath** 62:7
**bera** 167:12
**berkowitz** 160:24
  161:11 162:19
  163:3 175:23
  176:2,5,16

**bernard**   94:19
103:17 104:15
115:6,9,17 129:14
129:19 151:20,22
152:7,19,24
153:22 154:20
156:8 183:24
**bernie**   114:25
**best**   9:25 25:15
40:11 140:17
168:21
**better**   55:14
161:12 190:12,13
**beyond**   17:9
**big**   99:17
**bill**   28:12 33:12
35:15,16 169:16
**bit**   27:11 134:11
**bivariate**   19:22
167:11
**black**   16:15 44:4
44:12 46:4,14,24
46:24 55:11,12
56:17 57:11,18
58:4,16 59:11,24
60:4 62:16,19
64:2,8,13,21 65:2
75:16 81:24 82:17
83:2,9,15,22 84:8
85:15 86:5 90:17
91:2 93:6,15 94:3
94:16 95:6,10,22
96:2,15,22 97:6,23
97:25 98:9,13
102:21 103:3,12
103:20 106:5
107:18 109:7,14
110:2 111:11
112:6 115:8
116:14,22 117:23
117:24 118:14,21

119:5,16 120:2,21
123:10,20,21
124:6,7,21 126:9
126:12,21 127:7
127:25 128:4,20
129:14 135:17,24
136:7,14,16,19,21
136:24 137:6,10
139:16,17 140:17
141:7,25 142:3,4
142:10,12,14,15
142:17,19 144:9
144:13 145:6,10
147:19,23,24
149:21,21 152:6
152:11,24 153:8,9
153:14 154:13,16
154:23 155:2,6
156:19 160:23,25
161:6,7,12,16,16
161:18,21 162:14
162:22,24 164:3
176:4 183:25
185:12 186:3
187:19,25 188:10
190:20,21 191:8,9
192:15,17 193:11
194:4,14,18,22,23
195:8 197:13,15
198:7,10,20
199:10
**blacks**   54:24 55:3
85:23 100:25
111:7,14 113:18
123:8 128:23
130:4,6 137:2
139:18,18,19
140:25 147:17
149:11 153:20
**bloc**   47:3 61:20
86:20 88:12 105:6

110:6,16 112:15
127:12 128:24
139:20 167:9
**blood**   202:17
**board**   33:16 40:16
41:3,8,22 42:2,5,8
42:12,23 43:3,7
44:4,5,13,16 45:5
45:14 48:21 54:16
86:14 87:7 118:23
120:19,24 121:14
173:11 175:13
178:25 186:14,20
188:8
**bockius**   1:18 3:6
**body**   13:24 177:19
177:20
**book**   77:24 78:13
114:18
**bottom**   61:17
92:15 102:15
103:23,24 108:20
115:4 129:3,6
130:9 131:5
143:19 158:23
164:21
**bound**   76:2,10
**boundaries**   35:6,7
186:10
**bounds**   65:20
**brain**   11:18
**branch**   1:5
**break**   8:2,6 56:23
56:25 57:8 101:21
141:13 164:7
**breakdown**   163:2
**briefly**   199:20
**bring**   27:12
**broad**   2:16 26:4
52:14 66:16

**broadway**   3:20
**budget**   158:8,14
203:22
**business**   5:7
**butler**   3:10

**c**

**c**   5:11 102:4 202:2
202:2
**calabrese**   2:9
**calculate**   76:19
77:3,12 79:23
104:23 131:9,22
134:22
**calculated**   77:18
129:9 130:20,24
145:19 151:20,25
152:5,10,17 154:4
**calculating**   109:7
**calculation**   174:16
**calculations**
172:25
**call**   19:13
**called**   5:12 50:10
51:13 67:10 73:7
82:9 107:22 126:8
**calling**   164:17
**calls**   179:24
**campaign**   49:9
117:15
**candidate**   33:16
55:2,9,10,12,13
56:3,6,16,17 57:12
57:17,19 58:5,9,18
59:12 60:5,8
62:11,17,24 63:4,8
63:16,21 64:3,9,14
64:22 69:7 75:16
85:14 92:21 97:23
97:24 98:10,14
102:22 103:4,13
103:20 107:14,19

109:14 110:3
117:16 125:25
126:2,4 130:19
134:15,17 135:7
141:25 142:2,8,13
142:18,20,22
143:3,4,12,22
145:21 146:10
147:2,7,19,22,24
148:4 149:5,7,9,10
149:11 150:5,6,14
150:15 151:7,10
151:11,13,22
153:8,10,14,18,19
153:23 155:7
156:13 157:2
161:16 165:24
176:7,22 185:8,13
185:14,22 186:3,4
187:25 192:15
196:7

**candidates** 44:5
44:12,16 46:23
47:2 48:8,17,20,24
49:2,4,17,24 51:4
55:3 59:25 89:17
89:19,22 90:5
95:10 96:23 104:7
109:13 116:15,23
117:19,23 121:4
121:20,22,24,25
122:8,10,11,13
123:9,10,11
125:12,13 126:23
127:4 128:22
129:15,20 134:16
134:24 139:18
142:2,4,6,9,11,22
143:6 146:19
148:9 154:23
155:3,18 156:23

157:6,10 159:13
163:5,15 164:4
182:8,23,25
183:14 187:20
191:17 192:17
197:15 198:11

**capacity** 7:21

**capture** 71:7

**captured** 71:5

**carefully** 204:5

**carolina** 113:12

**case** 5:20 7:10,14
17:16,20,25 18:13
18:15,18,20,23
19:4,6,9,12,13,16
20:3,4,7,10,18,23
20:25 21:3,7,12,14
21:18,21,24,25
22:9,12 23:4,7,14
27:15 28:13,18,24
29:3 32:2 38:3
66:18 87:12 99:12
99:21 109:21
111:17 113:12,19
140:9 143:2,2
165:22 168:22
169:21 170:13
189:20

**cases** 19:25 22:17
22:20 23:10,17,20
23:24 25:11 26:13
66:21,24 109:4
149:13,15 171:10
171:22 172:12,19
189:14

**cast** 69:5,6,24
104:7 107:13,19

**categories** 85:19
96:16 112:5,11
113:16,24 141:11
167:4

**category** 70:5,10
70:13,19 127:21

**cause** 111:7

**caused** 117:24
160:10,18

**center** 16:12

**centered** 39:18

**central** 1:8 3:4
5:20 27:21 40:17
170:2 175:12
178:25 188:15

**certain** 192:15

**certainly** 17:8
186:21

**certification** 4:8

**certify** 202:8,15
206:5

**chajmovicz**
162:17

**challenges** 180:15

**chance** 180:23

**change** 10:4,9,11
10:15 61:6,12
138:25 142:8
143:8 185:2 205:5

**changes** 10:23
143:16 204:12
206:9

**characterization**
110:10

**characterize** 176:8
176:15

**characterized**
161:24

**charles** 94:20
103:17 115:6,9,17
117:15 129:14,19
130:15 131:2,22
132:12,17 133:10
133:14 135:25
151:20,22 152:7

152:19,24 153:23
154:20 156:8
179:16,22 182:23
183:2,14,24

**check** 114:22

**chevon** 162:23

**choice** 128:23
139:18 147:3,13
147:13,15,18,20
150:2 151:2,5,7,11
151:12 153:14,20
153:23 155:16

**church** 5:8

**circles** 56:8

**circumstances**
86:14 110:22

**citation** 141:24

**cited** 88:21 107:25
108:7,14 125:7
203:20

**citing** 104:13

**citizen** 69:20
111:23 137:3

**city** 18:16 21:19
21:20

**civil** 2:15 7:19

**clarify** 7:9 18:2
20:6 23:6 45:4
88:22 104:22
170:5 199:18

**clarity** 165:12,17

**class** 16:17,18,21

**classes** 15:19,24
16:2,4,8,11

**clean** 30:9,13

**clear** 49:12 58:19
159:11 164:17
201:5

**clearer** 166:22

**clerveaux** 94:7,13
94:17

close   177:25
185:20
clr   1:20,24
coalescing   188:11
coalition   46:24
188:10
coauthors   12:4
coefficient   99:17
104:24 110:5,15
192:6 193:24
194:8 196:2,5,17
197:6,7
coefficients   105:9
cohesion   55:25
56:3,7,13 106:5
138:22 139:16,17
162:11 176:20
182:25 187:24
194:7
cohesive   46:5,8,14
161:20,20
cole   1:17 2:5,14
5:5,23,24 6:1,3
7:1 8:1 9:1,6,7,8
9:16,18,21 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1,19,20,22,25
30:1,17,23 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1,25
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1

56:1 57:1 58:1
59:1 60:1 61:1,16
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1,14
103:1 104:1 105:1
106:1 107:1 108:1
108:6,7 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1,7,8,13 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
168:10 169:1
170:1 171:1 172:1

173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1,13
202:9 203:4,14,15
203:16,18,19,20
203:22 204:2
205:2 206:2
collect   188:22
199:24
collected   86:19
87:22 184:23
collecting   86:22
87:6,10
collection   12:3
colleges   16:15
color   121:21 122:8
colored   1:4
columbia   15:16
column   62:9,12,15
62:16,17,22,25
63:6,12,18,23
64:19 86:9 92:20
130:20 135:14
144:8,17 148:11
152:6 158:19
159:20
columns   75:20,21
combines   65:19
come   63:23 77:25
80:3 93:18
coming   8:9,12
commissioner
3:17 168:17

communication
12:4 37:24
communications
37:17,19 38:5,9,13
38:21,23 39:5,16
39:18
community   89:22
90:14,17 91:6,10
91:18,24 92:9
117:17 121:6
125:8 128:3
157:12 161:25
179:22 180:8,12
compare   93:13,15
167:21
compared   34:5
97:19
completeness
157:17
composition   104:5
105:13,19 107:12
113:2 114:4
117:11 165:23
177:18 178:3,14
192:8 196:19
compositions
111:21
compost   11:10
composted   12:12
12:18,20
comprised   34:21
computer   71:9
concept   75:23
concerned   12:11
concerning   119:7
conclude   26:25
55:7 59:20 143:3
concluded   22:24
25:16 115:12
188:4,7

**concludes** 201:8
**conclusion** 54:7
  64:12,20 117:8
  121:12 122:25
  140:3 147:8
**conclusions**
  138:20,25 139:5,7
  139:10,13 188:14
**conditions** 112:9
**conducted** 14:8
  174:11 181:11
**conducting** 48:6
**confidence** 75:23
  75:25 76:2,4,6,8
  76:14,19,24 77:4
  77:14,18,20,25
  78:4,20,22 79:4,5
  79:9,10,19,21,23
  80:4,6,10,14,17,20
  80:24 81:6,9,12,13
  81:15 83:25 97:6
  97:9,15 98:17
  134:22 135:3,5,10
  135:12 138:10
  157:23 172:23
  173:3,25 174:2,6
  175:10 181:15
  183:19,23 187:5
  189:14,18
**confident** 77:7,10
  81:16,18,19,22
  82:15,25 83:8,14
  83:21 84:2,9,13
  85:6 89:4 92:21
  92:25 93:5,10,20
  93:25 94:6,11,15
  94:20,24 95:4,19
  133:12,16,20
  135:20 136:3,10
  144:5,25 145:24
  146:7 148:15,19

148:24 152:14
154:7 160:4
163:20 164:2
199:14
**confidential**
  203:12
**confirm** 197:2
**conflating** 125:22
**conflict** 173:13,17
  173:20 177:7
  190:5,8
**conflicted** 189:25
**confused** 195:15
**connect** 128:12
**connected** 125:11
**connection** 23:24
  126:20,22
**connell** 3:22 168:4
**consider** 47:13
  55:4 60:22 66:9
  90:10 115:19
  119:19 147:6
  160:8
**considered** 56:9
  115:22,25 127:23
**consistency**
  126:10 127:11
**consistent** 34:9
  93:14,17 95:23
  96:2 97:20 126:14
  126:16 154:22
  160:21 182:24
  190:14 193:7,24
  194:8 195:2
  198:21
**consists** 124:19
**consortium** 16:14
**consultant** 24:6,13
  25:3,10,24 26:6,13
  39:11

**consultation** 15:6
**consultations**
  13:10
**consulting** 170:6,8
**cont** 61:19
**cont'd** 3:2 102:6
  184:10 199:21
**contained** 169:23
**contest** 41:20
  54:22 55:22 56:4
  57:13 58:21 59:10
  63:21 87:13 119:8
  142:2,11 147:11
  147:16,18,21
  149:4 150:23
  161:17 162:13
  163:12 175:15,17
  175:22,25 187:22
**contested** 54:9,14
  173:8,10 176:23
**contests** 42:15,20
  43:16 52:4 86:15
  87:7 121:14 142:5
  142:17 149:16,19
  150:21,22 173:15
  173:18,22 175:11
  185:17 187:17
**context** 24:13
  47:19 60:24 61:6
  66:4 86:19 89:13
  123:15 126:14
  127:11
**contextual** 61:11
**continue** 30:7
**continued** 15:15
**continues** 113:4
**continuing** 12:22
  13:25 14:6
**continuum** 56:3
**contradicted**
  179:14,20

**contrary** 117:4
**contribute** 121:11
  122:24
**conundrum** 199:9
**cooper** 33:12
  35:15,16 169:16
**copies** 30:13
**copy** 108:12
  158:13
**corado** 64:9 75:17
  117:15 129:13,18
  179:17,23 182:23
  183:2,14,23
**corey** 2:9
**corey.calabrese**
  2:10
**correct** 7:11,12,15
  7:16,23 10:8
  12:23,24 14:2,6,7
  28:13,14 30:23,24
  41:3,17 42:15,16
  46:5,6,8,9,17,18
  47:4,5 61:22,23
  62:3,4 64:10,11,15
  67:16 72:3,4 77:2
  77:17 80:11,18
  81:4 85:4,5,16
  92:23,24 93:8,9
  94:4 98:10 102:17
  102:18 104:17,18
  111:17 112:2,3,6,7
  114:10 115:9,10
  115:14 125:20
  129:15,16,20,21
  129:24 130:16,17
  130:22,23 131:2,3
  135:7,18,19,25
  136:2 138:2,11,12
  138:14 143:23,24
  144:3,4,10,11,14
  144:15,19,20,23

[correct - de]                                                              Page 9

144:24 145:22,23
146:5,6 148:13,14
151:23,24 152:3,4
152:8,9,12,13,19
152:20,22,23,25
153:2,4,24,25
154:14,24,25
156:10,11,15,23
156:24 157:14,20
157:21,24,25
158:4,5 159:3,15
159:19 167:24
172:12,19,20
173:9,11,12
176:24 177:4,5
178:21 179:2,3
180:16,17 185:25
186:6,10,11
189:21 193:14
200:4 206:6
**corrections** 204:5
204:8 206:9
**correctly** 74:17
172:25 173:6
174:11 193:9
**correlated** 111:13
114:3
**correlation** 82:6
93:14 96:3,5,10,14
96:20 97:7,19
98:8,22 99:9,17
100:23 102:16
104:3,24 105:3,8
105:18 106:11,13
106:17,23 110:5
110:15 111:18
112:4,19,24
113:15,20 114:2,7
114:11,12,21
115:11,16,18,24
115:25 116:3

123:18 124:5,14
129:11 164:18
165:12,21,24
166:8,22,23
173:14,18,21
180:10 189:25
190:5,17 191:8,14
191:23 192:6,13
193:10,19,23
194:8,16,21 195:7
195:17,25 196:5
196:11,17,25
197:6,7,11 198:6
199:4
**correlational**
19:22 88:9,24
93:16 95:24
122:18 123:6
193:6 198:21
**correlations** 84:3
107:21 115:21,22
193:15
**coterminous** 35:7
**council** 43:9
**counsel** 2:2 3:2 4:6
6:23 7:4,6,22
31:10,11 33:11,19
37:20 38:6,24
40:5 43:12 108:13
119:9,11 168:12
173:24 199:23
**count** 23:21 86:8
**countered** 120:19
**counts** 158:23
**county** 20:16
34:14 43:4 119:25
202:5
**couple** 108:22
**course** 128:18
141:17 151:17

**court** 1:2 4:19 5:2
18:7 19:2 20:9,22
21:9 60:25 90:10
189:19 204:20
**courtroom** 6:12
**covariance** 166:8
**create** 76:10
**credibility** 179:6
**credible** 118:21
119:4 120:20
**credit** 124:20
**crediting** 96:19
**critiques** 167:8
**critiquing** 17:12
**cross** 149:14
**crossover** 106:4
138:22
**currently** 8:14
15:22,23
**curriculum** 9:7
203:15
**cut** 179:25
**cv** 1:7 9:23 10:2,7
10:12,23 23:21
26:12
**cvap** 69:15,20,25
107:18 167:3

| **d** |
| --- |

**d** 5:11 68:6 88:2
102:4 203:2
**d.c.** 2:25 3:8
**dance** 13:3,5,9,19
13:22 14:9
**dancers** 13:24
**dancing** 13:22
**data** 12:3,3 15:4
27:25 28:3 32:11
32:19,22,24 33:2,5
33:9,10,20,22,24
34:2,5,8,9,11,12
34:18,19,25 35:8

35:12 36:3,7,9,11
36:13,17 37:2,5,11
37:14,21,25 38:18
38:25 39:24 40:9
42:22 43:3,6,10,11
43:13,19,20,22
52:25 53:3,5 61:9
70:8,11 71:11,18
71:23,25 75:11
80:4 82:19 84:4
84:12,19,22,24,25
85:3,21 87:11,24
95:17,18 98:4
99:14 107:2,3
110:23,25 111:3
111:19,25 112:10
113:9,13,23
134:20 139:2
142:7 149:13
159:6 167:22
168:20 169:2,7,8
169:12,18,21,23
170:2 171:2
177:17,23 182:14
184:15,23 188:21
188:23 189:6
199:24 200:4
**date** 9:10 10:2,10
29:23 108:10
158:11 204:10
206:14
**dated** 9:8 10:3
203:16
**daubert** 172:7
180:15
**david** 3:10
**david.butler** 3:13
**day** 201:16 202:21
**days** 204:16
**de** 5:9

deal   17:2
dealing   110:17
deals   87:23
decatur   5:10
  18:16 19:13,16
  20:3 21:14,18,19
  21:20,21,23,25
  22:8
december   9:9 10:3
  10:5,19 203:17
decided   21:9
  149:14
decision   124:20
decisions   117:14
deemed   204:19
defeated   47:2
  128:23 139:19
defendant   3:4,17
  5:19 21:21
defendants   1:10
  168:22
define   168:13
defined   54:21
definition   59:18
  60:21
degradation   12:19
degree   54:10,19
  99:4,9,25 100:8
  101:19 192:14
degrees   57:25
demands   181:14
demographer
  35:14
demographic
  52:25
demonstrate
  120:25
denominators
  111:2,9
department   13:3,8
  13:11 14:9,15

15:7 53:2
depends   79:13,14
  79:15 99:11,13
deponent   206:3
deposed   6:3 19:4
deposing   204:15
deposition   1:16
  4:9,16 8:2 9:3,12
  30:7 201:9 202:10
  202:12 204:4,13
  204:17,18
depression   10:17
describe   190:13
described   37:7
  55:16 56:12
  104:20 109:20
describing   98:22
design   14:19,22
designations   35:20
designed   11:25
  167:23
designing   13:13
  13:14 15:2,3
despite   162:8
  163:4
determination
  142:4,12,19
determine   35:9
  131:24 147:8
determined   24:11
  76:7,9 77:19
  80:13 146:13
developed   65:18
  114:8,9,11,17
developing   13:14
  167:11
developments
  104:15
deviations   166:10
devised   132:9

devoted   54:4
difference   97:21
  163:13
differences   109:6
  109:12
different   34:21
  35:4 58:2,25
  59:25 63:7 84:14
  95:8,13,14 107:6,7
  110:9 148:7 151:3
  162:18 163:2,10
  166:4,7 190:6,8
  191:17 195:6,16
  195:19,21,23
  196:12,15,21,21
  197:20
differently   54:22
  197:19
dimension   89:21
direct   87:25
  141:21
directional   79:18
directions   203:7
disbelieve   120:4
discipline   14:24
discovery   168:16
  168:18 184:18
discrepancy   97:4
discuss   59:4
discussed   122:22
  124:23 153:12
  167:2
discusses   37:21
  38:25 77:24
discussion   92:13
disorders   10:19
disparate   84:12
  97:6 162:8
disqualified   172:6
disregard   159:20

distinction   105:15
  105:16
distribution   78:3
  99:13 111:12
district   1:2,2,9 3:5
  5:20 7:7 21:6,8
  27:22 34:22 35:20
  35:22 36:8,14
  39:19 40:17 43:17
  43:18 46:4,25
  48:8,16 51:17
  85:19 88:15
  117:18 168:16,19
  170:2 175:12,19
  178:25 184:19
  185:17 187:17
  188:15
district's   33:11
  50:2 89:7
districts   34:20
  35:14 36:11 186:9
  187:21
divided   70:2,3
  123:5 128:2 166:9
document   9:6,15
  9:16,17,20 11:3
  12:16 29:24 30:3
  30:5,16,21 61:16
  74:7 102:13 158:7
  164:19
documents   168:23
  199:25 200:4
doing   28:8 82:10
  106:8,22 204:9
doramectin   11:9
  11:14,20
dos   67:23 162:23
downloaded   68:5
dozen   38:14 67:2
  171:9,22

**dr**  5:24 6:3 168:10
**draft**  18:22 31:3
**drafting**  29:9
**drawing**  126:20
**drawn**  105:17
  159:18
**drink**  8:8
**drug**  12:16,19
**duly**  5:12 202:11
**dynamic**  148:7
  151:3

**e**

**e**  5:9,11,11,11
  51:14 88:2 102:2
  102:2,4,4,4 167:12
  202:2,2 203:2
  205:3
**earlier**  51:8 76:13
  168:12 169:24
  170:3 171:5
  177:22 181:20
  182:13 190:16
**east**  1:8 3:4 5:20
  11:16 27:21 33:16
  40:17 41:2,22
  42:2,5,8 44:3,21
  45:2,13 48:20
  50:11 52:13,16,20
  53:8,22 91:11
  118:9 120:22
  126:9 169:25
  175:12 178:24
  186:9 187:21
  188:8,14
**easy**  67:15
**ecological**  19:22
  19:23 61:22 62:2
  62:13,18 63:2
  64:25 65:7,10,17
  66:3,11,15,22 67:4
  70:17 71:13,20

72:2,7 78:15
86:24,25 88:5,9,16
88:22 89:8 96:6
96:10,21 97:10
98:8,15 114:9,16
114:22 115:7
116:5 140:11
143:9,16 165:6,9
166:5,20 167:6,12
167:17 171:8,24
175:2 184:16,19
196:13 197:3
**economic**  88:5
**ed**  178:20,23 179:6
  179:14,20
**editor**  119:2,4,21
  119:24 121:9,10
**educating**  54:5
**education**  11:8
  44:13,17 53:2
  118:9 175:13
  179:2
**educational**  87:23
**effect**  4:18 13:21
  13:23 99:18
  193:14
**ei**  61:20,21 62:11
  62:17,24 64:3
  69:3,10 72:22
  73:6 75:21 77:12
  80:13 82:6,15
  83:23 84:15 85:3
  85:7,14 88:21,24
  89:3,5 92:21
  95:25 97:15,20
  98:19 114:25
  116:13,25 117:5
  121:13,14 122:15
  123:2,21 124:12
  129:8,12,24 130:2
  130:11,19 131:8

131:17 133:3
134:4,20 140:7
159:12 160:4
163:25 167:23
172:23,24 173:4,5
173:13,17,20
174:10 180:5
183:19 184:22
189:24 190:4,20
191:9,18,25 192:9
192:16 193:8,20
194:9,12,14,17,23
195:7,18 196:20
198:9,20,25 199:9
199:12
**eisenbach**  146:11
  148:23
**either**  6:15 111:18
  199:6
**elected**  44:5,12,16
**election**  34:20
  35:13,20 36:8,11
  36:14 39:19,23
  40:2,4,9,12,16
  42:2,5,8,14,22,22
  43:2,20 56:14
  57:9 58:5,20 59:9
  59:21,23 60:2
  61:5 74:9 75:14
  79:25 80:7,11,18
  80:25 82:18 84:20
  85:7 87:16 89:5,9
  92:15 115:5
  119:18,23 129:22
  130:9 136:25
  137:7,11,15,25
  138:6,7,9,14,17
  142:7 150:10
  154:3 157:16,19
  157:22 158:2
  160:2,6,11,19

164:4 169:21,23
175:9,11,21 176:7
176:23 181:22,25
182:20 185:9,12
185:22 186:3,8,8
186:18,24 187:7
187:12 188:9
189:23 193:10
197:12,16 198:7
198:11
**elections**  22:9,13
  22:21,25 23:12
  40:16,20 41:3,8,22
  42:12,12,18,24
  43:3,7,9 44:21
  45:2,14 48:21
  54:9,15,16 61:19
  74:16 88:6 102:17
  126:18 127:4
  141:20 143:11,14
  148:10 149:18
  156:18 173:9,11
  176:14 183:8
  186:14,20 187:9
  187:10 188:8,15
  190:19
**electoral**  175:16
**electorate**  123:6
  187:16
**element**  163:14
**elia**  3:17
**eliahu**  145:17
**emory**  13:3 14:10
  14:15 15:17
**endogenous**
  187:10
**endorsed**  121:23
  122:10 126:17
  161:23
**endorsement**
  126:7 127:6,22

| | | | |
|---|---|---|---|
| **endorsements** 117:12 124:24 125:2,11,22 | **esq** 2:9,18 3:9,10 3:11,22 | 160:23 161:5 | 108:21 110:20 141:23 142:24 |
| **engel** 162:17 | **essentially** 198:12 | **estimates** 29:14 62:12 65:6,23 | **evidence** 86:13,17 86:18,23 87:7,10 |
| **engle** 162:22 | **establish** 34:20 97:15 180:20 | 69:10 70:18 72:8 72:22,25 73:5,12 | 87:16,20,22 88:4 93:16 97:17 |
| **enrollment** 53:6 | **established** 97:13 98:5 142:6 | 73:17,25 74:9,25 75:20 76:20,25 | 116:21,24 117:4,7 117:17 119:4,16 |
| **entitled** 62:16 | **estimate** 29:13 35:21 64:24 65:5 | 77:8,11,21 78:2 79:24 80:7,15,18 | 120:2,21 121:2,8 121:13,21 122:9 |
| **entries** 28:17 29:6 | **entry** 11:5,12 13:2 13:5 | 69:4 70:12 73:10 74:5 75:2,5,8,9,9 | 80:25 82:21 83:12 85:7 86:20 88:13 | 122:15,16,18,19 122:20,22,25 |
| **environment** 89:13 | 75:11,17 76:3,11 77:13 80:22 81:23 | 89:5 93:15 95:20 95:23,25,25 96:14 | 123:6 124:19 125:4 126:12 |
| **equally** 167:4 | 82:16 83:8 84:7 84:10,11 85:3 | 96:22 97:9 105:6 106:16 109:8 | 127:7,10,24 128:2 128:11 129:11 |
| **equals** 105:25 166:16,17 | 92:22 93:2,6,11,21 93:25 94:2,6,12,16 | 110:7,17 111:8 112:12,16 121:14 | 130:2 160:9,17 177:7 181:25 |
| **equation** 106:2 109:10,20 110:8 | 94:20,25 95:5 103:2,11,19 106:5 | 123:4 127:12 133:21 134:4,23 | 182:3,6 184:25 194:10 195:9 |
| 110:13 132:15 165:5,9,13 166:5 | 111:20 116:4 121:13 123:2,21 | 135:5 137:13,15 138:23 139:3,4,9 | **exact** 75:3 78:4 109:8 |
| 166:17,19 167:6 167:10,17,20 | 124:7 129:9 130:20 131:10 | 139:12,22,25 140:21 144:6 | **examination** 5:15 102:6 168:8 |
| **ercsd** 204:1 205:1 206:1 | 132:8,11,21 133:4 133:13,17 134:21 | 145:2,5 146:19 152:15 155:10 | 184:10 199:21 203:3 |
| **eric** 3:19 161:8,22 162:5 | 135:16,21,23 136:4,6,11,14 | 158:3 159:12 160:5,5 163:25 | **examine** 24:6 |
| **errata** 204:7,9,12 204:15 206:11 | 137:10 138:14,16 138:19 140:5,14 | 167:9,21,24,25 171:9,19 172:23 | **examined** 5:13 80:21 |
| **error** 73:8,8 76:9 76:12,18 83:24 | 140:19 145:25 146:8,17 148:16 | 173:4,5 176:19 186:25 187:6 | **example** 13:20 52:3 55:2,6,20,23 |
| 111:15 159:17,22 171:6 174:2,4,5,7 | 148:20,24 159:22 186:23,23 191:9 | 189:11,15 190:22 192:10 193:8 | 56:6 57:14,14,23 58:3,7,11,21 59:4 |
| 174:9,15,18,24 175:6 189:9,12 | 191:25 192:16 193:12,21 194:13 | 196:22 | 59:5 60:7,9 61:6 61:15 107:17 |
| **errors** 73:23,25 74:4,8,15,22 77:9 | 194:18,23 195:18 197:14 198:10 | **estimating** 95:9 **et** 1:5,9 | 115:6 123:8 142:21 150:24 |
| 77:16,24 78:21 79:2 80:12,21 | **estimated** 97:25 115:7 143:20,25 | **eustache** 94:7,13 94:17 | 162:13,21 191:15 |
| 109:9 110:22 112:20 135:8 | 144:8,12,17,21 146:3 148:11 | **evaluating** 132:16 **everybody** 85:22 | **examples** 79:17 125:8 |
| 145:14 169:17 171:13,16 | | 85:23,24 103:25 | |

**excellent** 174:23
**excluded** 180:14
**excludes** 155:2
**exclusive** 123:23
  124:8,11,15
**exhibit** 9:6,7,12,13
  9:17,18,21 29:18
  29:19,20,25 30:10
  30:13,15,17 35:24
  40:25 54:9 61:16
  102:14 108:6,7
  158:7,8,12 164:20
  203:15,18,20,22
**exhibits** 203:13,25
**exit** 167:23
**exogenous** 187:9
**expand** 26:2
  175:15
**expanded** 15:16
**expectations** 98:5
**expected** 98:2,3
**experience** 11:4
**experienced** 12:10
**experiments** 13:14
**expert** 7:10 12:5
  17:15,19,24 18:3,4
  18:12 19:24 20:5
  20:14,18 22:17,25
  23:11,23 27:14
  29:21 30:22 31:16
  31:17,21 33:12
  65:9,11 66:2,5,7,8
  66:10,12 101:11
  102:14 108:8
  168:14 170:4,6,7
  170:12 172:7,11
  172:18 180:7
  203:18,21
**expertise** 12:8
  15:6

**explain** 24:3 60:19
  124:10 199:15
**explained** 134:9
**explore** 27:20,23
**explored** 48:7,8,13
**extends** 164:22
**extent** 37:19,21
  38:23,25
**extreme** 54:10,18
**eye** 2:24
**ezi** 67:11,12,18,22
  68:3 171:6,18

## f

**f** 102:2 202:2
**fact** 82:22 83:21
  117:23 127:13,14
  150:25 155:2
  163:4 179:4
**factor** 124:22
  147:7
**factors** 151:16
  163:18
**facts** 37:21 38:25
  193:7,22,24
**factual** 86:19
  89:13 123:15
  126:14,15 127:11
**fail** 204:18
**fair** 36:16 44:24
  110:10 138:4
  194:19,24
**fairly** 132:20
**faith** 91:17
**familiar** 75:4,22
**familiarize** 9:15
  30:3
**far** 28:24 109:17
  158:19 160:3
  164:15
**farm** 12:9

**farmers** 12:12
**farms** 12:13
**favor** 21:9
**favorable** 89:18
**favoring** 51:5 52:8
**february** 1:12
  27:17,19 28:2,6,9
  28:21 170:4
  202:22
**federal** 20:8 21:6,8
**feel** 77:10
**felt** 42:11 43:16
  81:14 83:4 119:21
  179:11 182:8
**female** 13:24
**field** 14:17 17:13
**fields** 154:11,16
  155:13,19
**figure** 25:9 61:4
  85:19 106:3
**figures** 75:19
**file** 71:8 74:12
**filed** 19:2 20:11,13
  23:15,25 25:12
  66:24 189:19
**filing** 4:7
**final** 31:24 32:13
  32:17 54:7 63:18
  116:12 128:25
**find** 24:9 25:25
  58:15 82:20 86:23
  98:18 119:15
  147:10 169:17
**finding** 150:8
**findings** 97:6
**fine** 8:3 30:11
  128:6
**finish** 8:4
**finished** 88:18
  90:8 101:2

**firm** 7:14
**first** 9:11 11:2,5
  14:5,21 45:18
  46:2,3 54:13 62:9
  78:12 106:9
  114:10 156:18
  159:5 160:22
  162:10
**fit** 97:13,25
**five** 42:11 68:22
  74:19 142:24
  164:7 180:2
**florida** 26:18,20
  27:2
**focus** 71:2 138:23
**focused** 45:24
**focuses** 15:2
**folks** 91:16
**follow** 87:4 104:2
  108:22 110:21
  141:23
**followed** 67:15
  109:16
**following** 55:5
**follows** 5:14 102:5
**footnote** 104:10,10
  108:2,8,15 109:15
  110:19 112:8
  120:11,14 141:22
  203:21
**force** 4:18
**foregoing** 206:5
**form** 4:12 5:24
  33:6 48:19 105:25
  113:5 206:9
**formal** 15:8,12
  16:2,4,8 97:3
**formed** 45:20
**former** 33:15
**formula** 166:7,8
  166:11,16,16

**forrest** 94:22 95:2
  95:6
**forth** 202:11
**forum** 117:16
  179:17
**forward** 17:13
**foskew** 152:2,12
  152:22 153:3,13
  153:19 155:10,19
**found** 25:3 28:4
  91:21 145:15
**four** 41:2,5 55:16
  142:24
**fraud** 181:8,8
**freilich** 162:25
  176:17
**fremont** 20:16
  21:12 22:12
**friedman** 64:4
  92:19 102:22
  103:8
**front** 13:22
**full** 5:3,21
**fully** 8:16 10:2
**function** 69:15,16
  99:19
**furnished** 203:9
**further** 4:11,15
  32:4 78:14 118:6
  125:8 168:2,24
  169:2,3 184:7
  199:16 202:15
**futile** 182:9

**g**

**gardens** 12:13
**gary** 65:7 68:13,14
  73:6 77:23 80:2
  97:11 114:18
**gears** 27:11
**general** 3:19 23:18
  24:10 58:11

105:12 131:19
  138:24 140:23,24
**generally** 49:24
  51:4
**generate** 65:4,23
  69:3 70:18 73:7
  76:13 77:15 80:5
  80:9,16,19,24 81:5
  99:16 107:7,21
  112:15 133:4
  135:4 136:13
  137:12,14 138:10
  140:4 157:23
  158:3 159:12
  165:12 174:5
  186:23 187:5
  191:14 193:11
  195:18
**generated** 65:6
  72:9,23,25 75:10
  79:2 88:12 91:22
  97:9 98:14 116:4
  124:7 132:5 135:3
  135:8,16,23 136:6
  137:16,17 145:15
  160:6 164:2
  165:17 182:19
  187:2 189:10
  193:21 194:13
**generates** 89:13
  171:6,19
**generating** 77:14
  165:20 167:9
  189:10
**georgia** 5:10 13:4
  14:16
**germain** 81:23
  82:16,25 83:9,14
  83:21 84:9 117:14
  129:13,18 154:3,5
  154:13,22 155:6

156:8 179:16,22
  182:23 183:2,14
  183:24
**getting** 79:3
  127:19 134:5
**gingles** 113:4,8,14
  149:14
**give** 8:21 60:18
  79:17 86:19 96:9
  142:21
**given** 6:10 32:4
  60:7 61:9 77:9
  78:3 80:2 82:19
  83:23 84:3,3,11
  117:10 132:9
  133:4 138:25
  142:8 145:14
  178:3 202:13
  206:7
**gives** 56:2,5 76:4
  147:12
**giving** 59:3 96:13
  96:16
**go** 17:9 29:17 30:8
  30:12 92:7,11
  118:5 154:2
  164:13 191:5
**going** 9:5 20:6
  24:16 32:3 44:9
  64:17 77:22 78:6
  78:8 79:12 82:23
  84:5 97:16 109:22
  109:23 118:5
  124:10 141:14
  158:6 170:14
  174:21 195:14
  196:12
**good** 5:17 7:24
  8:24 56:20 114:14
  116:10 141:13
  159:24 164:10,11

168:10,11
**goodman** 165:5,8
  165:13 166:5,19
  166:23 167:6,16
  167:19
**goodman's** 107:22
**goodwin** 161:8,22
  162:5
**graduate** 15:16,17
**grant** 11:8,25
**graph** 109:23
**great** 157:9
**greater** 56:10
  101:18 178:16
  186:13,19,21
**grofman** 104:15
  114:25 167:2
**grossman** 2:18
  14:4 19:8 22:2
  27:16 30:11 33:3
  36:20 37:18 38:22
  39:7,10,17 40:22
  41:4 45:22 47:14
  47:17 52:17,21
  56:20 57:20 64:16
  64:23 67:14,18
  71:15 82:2 92:12
  95:12 100:20
  101:14 115:15
  122:6 123:25
  134:8 140:15
  141:12,16 160:12
  161:5,7,13,14
  162:16 164:9,11
  168:6,9 176:16
  183:11 184:6
  188:5 189:4 197:5
  197:17 199:13,18
  199:22 201:7
  203:5

**ground** 6:7 193:7
193:22,25
**group** 49:4 56:2,4
109:9 111:5 126:4
148:5
**groups** 48:17 49:3
49:15 50:9 58:8
60:7 111:10 121:3
125:23 180:8,12
**guess** 24:17,21
66:6
**guesstimate**
170:15
**guidance** 80:2

**h**

**h** 5:11 102:4
**half** 25:18,19
26:17 38:14
**hand** 87:13 125:24
202:21
**handed** 158:13
**happened** 131:11
132:25 133:22
134:17
**happening** 180:22
**harry** 161:4,6,12
161:14
**hasidic** 91:10,13
91:19,25 92:6,10
**hate** 195:14
**hatton** 117:22
118:4,5,8,10,12,14
118:17,20 120:19
121:9 122:23
178:21 179:15
**hatton's** 117:13
124:20 179:5,21
**head** 74:5 130:14
130:14 141:25,25
142:5,5

**heard** 53:18
**hebrew** 54:5
**heights** 5:8
**held** 1:17 49:9
**help** 137:13
**helpful** 55:6
177:10
**hereinbefore**
202:11
**hereto** 4:7
**hereunto** 202:21
**high** 99:2,7,23
100:6,13,18 101:6
101:9,12,16
161:15 176:20
182:25 187:15
**higher** 140:24
141:3,10,10 145:7
176:3 187:19
**highest** 142:23
**highlighting** 30:19
**highlights** 30:4
**highly** 188:16
**hispanic** 62:19
63:3,15 64:2,8,13
64:21 65:2 75:15
81:24 83:15 84:8
85:14,15 93:21
94:3,25 95:5,21
102:21 103:3,12
103:19 111:6
126:12 128:23
**historically** 16:15
**hold** 65:25 194:3
**home** 182:5
**homogenous**
19:21 63:10,13
82:7 88:10 122:19
183:5 193:25
194:4,9

**hour** 28:12,15
141:14,15
**hours** 28:23 29:2,8
29:11
**hpa** 61:20 63:8,9
88:25 97:20
176:13,21 182:21
183:17,21
**hum** 198:15
**hundred** 134:6,11
134:12 183:16
**hypothesis** 79:18
**hypothetical** 59:9

**i**

**identical** 111:5
**identification** 9:10
29:23 108:9
158:11
**identified** 118:24
166:25
**identify** 29:5
165:5
**illness** 8:15
**illogical** 100:9
**image** 13:24
**imperative** 204:14
**implausible**
179:24
**importance**
109:11 179:12
**important** 90:9
109:6
**improve** 49:18
**inaccurate** 166:20
166:21
**inadvertently**
111:3
**include** 85:25
**included** 43:17
120:7,17

**incomplete** 31:22
**inconclusive** 83:5
83:7,13,17 98:19
195:10
**inconsistency**
184:5
**inconsistent** 111:2
111:9 191:24
192:23 193:4,20
194:17,23 195:4
197:14 198:8,9,14
198:17,19 199:11
**incorrect** 98:15,16
**increase** 105:22
123:7,10
**increased** 50:2
**increases** 105:22
123:8
**increasing** 191:16
192:14
**independent**
110:25 111:25
112:21 113:10,21
167:3
**independently**
36:3,18,25 132:6
132:16 133:25
194:14
**indeterminate**
131:6,19 146:12
146:15,17
**index** 73:9
**indicate** 31:21
83:24 89:19 123:4
151:15 162:11
179:12 181:13
182:21 187:18
**indicated** 116:14
177:23
**indicates** 121:21
122:9 187:15

**indication** 142:14
  188:16 192:10
**indicative** 147:25
  150:18 162:11
  176:19
**indicator** 191:15
**indigenous** 149:19
**individual** 167:22
**inference** 19:23
  61:22 62:2,13,19
  63:2 64:25 65:8
  65:10,17 66:3,11
  66:15,22 67:4
  70:17 71:13,20
  72:2,7 78:15
  86:24 87:2 88:5,9
  88:16,23 89:8
  96:6,11,21 97:10
  98:9,15 114:9,16
  114:23 115:7
  116:5 140:11
  143:9,16 171:9,24
  175:2 184:16,20
  196:13 197:3
**influence** 97:8
  140:3 184:19
**influenced** 184:21
**inform** 149:20
  168:24 169:3
  182:10 183:18
  196:2,22
**information** 38:17
  58:23 61:12 69:2
  69:10,12 70:4,9
  71:4,5 82:12
  87:25 89:11,12
  90:9 93:12 97:14
  118:21 120:25
  121:4 123:14,16
  131:9,13 169:3
  203:6

**informed** 89:11
**injected** 11:19
**input** 69:3,12
**inputs** 110:9,11,12
  110:14
**inquiry** 48:12 71:3
  79:16
**instance** 24:24
  25:21,24 26:11
**instances** 26:7
**institution** 49:13
**instruction** 6:25
**instructions** 204:3
**insufficient** 134:20
**intentional** 190:10
**interest** 75:13
**interested** 89:3
  202:18
**interesting** 65:12
  146:22 150:7
  151:9
**interests** 49:5
  89:23 90:6 91:5
  157:7
**interracial** 147:10
  147:12,21 149:3
  149:19,24 150:21
  163:12 175:16
**interrupt** 127:18
**interval** 75:23,25
  76:2,6,8 77:14,18
  77:25 79:19 80:4
  83:25 181:16
  187:6
**intervals** 76:14,20
  76:24 77:4 78:5
  78:20,22 79:4,22
  79:24 80:6,10,17
  80:20,24 81:6,9,12
  81:14 134:23
  135:3,5,10,13

138:10 157:23
  173:25 174:3,6
  189:14,18
**introduced** 109:9
**invariably** 89:24
  123:13 125:11
**invested** 90:2
**investigate** 44:20
  45:12
**investigator** 11:6
  11:13,22,23
**investment** 50:2
  178:6,17
**invited** 16:2
**involve** 109:5
**involved** 166:2
  175:16
**involving** 17:20
  122:23 150:23
**irrelevant** 139:25
  140:2
**isolation** 121:5
**issue** 39:20 48:7
  48:20 125:24
**issued** 168:14
**issues** 11:19

**j**

**j** 3:10
**jacob** 130:13,15
  130:22 131:23
  132:18 133:7,18
  135:15,17
**james** 104:14
**jean** 154:11,16
  155:13
**jewish** 53:17 54:5
  91:17,20,25 92:6
  92:10
**jews** 91:11,14
**jim** 114:24

**job** 1:25 60:18
  61:3
**joe** 162:25
**jones** 130:16 131:4
  131:14,25 132:11
  132:15 133:5
  134:2 136:8,15,19
  146:14
**journal** 10:18
**journalistic** 97:17
  97:18
**juan** 145:21
  146:23 148:13
**june** 170:15
**jurisdiction** 24:6
  26:9,22 43:22
  185:15
**jurisdictions** 44:2

**k**

**k** 120:9
**kalman** 120:8
**keep** 51:17 59:5
  195:14
**keeping** 31:18
**keith** 130:16 131:4
  131:25 132:15
  136:8,14,19
  146:14
**kim** 152:2,11,22
  153:3,13,19
  155:10
**kind** 50:6 58:25
  87:21 90:9 105:2
  123:14 162:15
**kinds** 37:25 49:10
  82:19 88:7 121:5
  125:24 196:21
**king** 68:13,15
  97:11 132:9
**king's** 65:7,10,16
  66:2,10 67:4 73:6

77:13,23 78:13
80:2 114:18 140:7
**know** 18:25 19:6,9
19:14 21:3,5
24:20 28:23 29:8
33:18 34:2 35:3
37:4 38:4 40:2
44:4,11,15 50:12
50:14,21 51:15,21
52:12,15,19,22,24
53:7,21 59:15
67:12,24 68:8,10
71:21 73:24 74:4
75:5 79:6 113:8
113:14 118:12
126:19 128:7
133:3 134:18,19
136:23 137:2,5
150:25 153:16,17
153:19,20,22
158:18 169:11
185:20 198:23
**knowing** 12:13
**knowledge** 9:25
40:11 168:21
**known** 167:21

**l**

**l** 5:11 102:4 120:9
**labeled** 11:3
**landslide** 176:10
**large** 20:15 81:12
111:8 112:12,20
115:22,25 132:20
133:6,9
**largely** 89:18
91:22
**larger** 75:11
110:22 187:16
**late** 65:19
**latham** 2:6 7:18

**latino** 44:15 46:14
46:25 62:10 85:13
86:4 90:18 92:20
92:22 93:2,12
94:8,21 95:15,20
95:25 97:22 101:5
112:6 116:22
117:24 118:17,22
119:5,17 120:21
123:11 124:21
130:19,21,25
132:23 133:13,17
133:23 134:14,16
134:24 135:6
136:15,17 139:17
140:25 143:21,22
144:2 145:20
146:4,11,14,22,24
149:5,6 150:4,5
151:11,21 152:2
156:21 162:24
188:11
**latinos** 85:22
100:23 130:3,6
139:19 147:3
149:11 153:20
**law** 7:13
**lawyer** 104:17
**lead** 11:24 97:5
179:10 184:4
195:9
**leaders** 51:5,25
52:2,8
**leads** 116:24 117:8
**leave** 12:17 82:23
175:3
**lefkowitz** 130:13
130:15,22 131:23
132:13,18 133:7
133:18,25 135:16
135:18

**left** 102:10 164:8
**legal** 2:23 26:18,20
27:2 109:11
**lend** 179:6
**leon** 5:9
**letter** 52:4 67:15
119:2,3,20 120:5,7
120:18 121:9,10
122:23,23 179:12
**letters** 49:10
119:24
**level** 21:6,8 43:19
76:4 77:20 79:6,9
79:10 99:2,7,23
100:6,14,18 101:6
101:9,12,16 142:7
167:22 173:3
180:20,23 181:2
181:15 187:23
**levels** 162:8
182:25 187:15,19
187:24,24
**levine** 3:9 5:16,18
9:5 29:17 30:6,12
35:23 39:4,8,13
47:15 56:25 57:3
101:20 102:7,8
108:5 141:15,17
158:6 164:6,10
168:2 174:13,20
177:9,21 178:8
179:7,9 181:4
183:10 184:3,8,11
195:11 199:16
201:8 203:4
**lewis** 1:18 3:6
**liberties** 2:15 7:19
**license** 68:14
**lies** 90:6
**likelihood** 65:21

**limited** 127:21
**line** 106:2 205:5
**list** 26:12,14 117:7
164:25 166:18,19
**listed** 11:5
**lists** 34:13,15
159:16
**literature** 86:23
**litigation** 20:8,13
25:11 104:16
**little** 134:11,12
**live** 12:9
**llama** 12:12
**llp** 1:18 2:6 3:6
**loewen** 104:14
114:24
**long** 12:16,18
114:13
**look** 9:14 29:18
30:2 45:17 55:21
61:14 94:5 97:14
108:16 109:23
110:19 116:20
117:6 119:10
130:12 141:22
143:18 145:17
151:18 155:22
157:15 175:21
185:4 188:3
**looking** 49:18 51:3
54:23 55:24,25
60:6,20 63:25
64:5 94:19 112:25
113:17 115:5
117:9 118:7 130:2
130:18 141:19
144:16 148:10
151:8 160:22
163:24 165:21
182:20 183:7

**looks** 165:25 166:13
**lose** 89:20 125:14
**losing** 116:23 126:18 127:4
**losman** 94:6 102:24 103:9,14
**lost** 123:13 149:12 157:12 185:14 186:4
**lot** 141:3
**low** 51:17 131:16 141:7
**lower** 51:5 52:8 79:21 145:11 181:15
**lozenges** 8:13
**luncheon** 101:22
**lw.com** 2:10

**m**

**m** 3:9 68:6 120:9
**magnitude** 176:9 192:11 193:16
**main** 45:23 46:2 48:11 50:24 71:2 138:21,23 139:14 169:25
**maintaining** 51:6
**major** 109:12
**majorities** 58:16 58:17
**majority** 47:3 57:10,11 58:8 59:10,11,23,24 60:3,4 142:3,10,13 142:17 143:5 149:4,6 153:7,9
**makeup** 35:4,10 35:21 48:9 87:24 88:3,14 89:7

**making** 100:11
**man** 152:24 154:14
**manigo** 160:25 161:19 162:4 163:3 175:23 176:2,3
**manure** 11:9,15 12:6,11,13,20
**mapping** 35:18
**maraluz** 64:9 75:16 129:13,18 183:23
**margaret** 64:14,22 65:3 92:23 93:3,7 93:22
**margin** 175:24 176:3,15 183:3,9 183:12,17,21
**margins** 112:12
**mark** 9:5 29:18 108:5 158:6 160:24 161:11 162:19 163:3 175:23,25
**marked** 9:9,11,16 9:21 29:22,25 30:17 40:24 61:16 102:13 108:9,16 158:10,13 164:20
**marriage** 202:17
**maryellen** 3:17
**match** 36:12,15 159:2,8
**material** 92:4
**materials** 91:15,21
**matter** 57:16,25 60:16 82:22 98:24 202:19
**maximum** 65:21

**mean** 13:5 17:10 17:11 18:3,4 19:14 20:7 23:14 24:3 27:23 31:17 34:6,7,12,24 37:4 40:4,23 47:23 48:13,15,16 49:7 49:14 50:16 52:2 54:18 59:15,25 62:11 65:11 66:5 66:7 69:16,20,23 70:6 73:4 78:23 78:24 81:18 82:24 83:7,13,20 91:10 91:19,25 92:9 96:25 106:17 107:14 112:18 116:23 124:11,12 125:21 131:7 136:23 142:16 143:7 147:14 150:7 162:20 165:19,20 174:21 180:19 182:15 187:24 191:12,20 195:16,23
**meaning** 58:16 140:16 147:16 191:13
**means** 62:20 75:6 77:19 79:6 131:8 192:22
**meant** 107:23 120:16 168:13 196:8
**measure** 73:7,11 75:12 76:9 190:6 192:7 195:19,21 196:15
**measurement** 13:15 15:3 99:3,8

99:25 100:7 105:20
**measures** 72:7,24 73:4,16 76:17 88:24 105:21 177:3,7 196:18
**medicaid** 181:7
**medicare** 181:7
**medicated** 12:14
**medication** 11:20
**medications** 8:11
**meetings** 49:9
**member** 61:19
**members** 50:19,21 51:19,21 121:6
**membership** 50:15,17
**memory** 14:20
**meningeal** 11:17
**mentioned** 88:22 182:13
**messaging** 117:21
**method** 65:20 82:9 86:21 87:3,9 165:4
**methodically** 95:9
**methodologically** 138:5 157:18
**methodologies** 87:3
**methodology** 65:18,22 85:11 87:5 95:14 114:6 138:3
**methods** 95:16 104:16 164:25 170:17,20
**mid** 2:24
**middle** 6:23 62:6 108:25

**mind** 81:6 179:8
**mine** 30:19
**minority** 49:23
  90:3 117:17,18
  120:2 121:25
  122:12 178:7
  191:16
**minus** 115:18
**minute** 164:7
**minutes** 56:22
**mirrors** 13:23
**missed** 140:9
**missing** 132:20
**mississippi** 11:16
**mistaken** 43:8
  198:25 199:4
**mitigated** 150:25
**mixed** 82:9 87:2
**model** 78:4
**modest** 109:11
**modifications** 68:6
**mods** 68:5
**moment** 9:14 30:2
  59:4
**monica** 3:22
**monica.connell**
  3:23
**monthly** 11:20
**months** 10:22
**morales** 144:3,14
  144:23 145:10
  155:20 156:3
**morehouse** 16:16
**morgan** 1:18 3:6
**morganlewis.com**
  3:12,13,14
**morning** 5:17 8:9
  8:12 137:24
**moses** 64:3 92:19
  102:22 103:8

**motion** 172:8
**motions** 203:11
**move** 8:25 12:25
  14:13 56:7 135:14
**moving** 17:12 54:6
  62:15 85:10
**multiple** 14:3 34:4
  58:22,23 148:7,8
  167:4 176:25
  180:7
**mutually** 123:23
  124:8,11

**n**

**n** 5:11 88:2 102:2
  102:2,2,4 120:9
  203:2
**naacp** 179:17
  204:1 205:1 206:1
**name** 5:3,18,22
  18:15 67:8
**named** 64:9,14
  146:10
**names** 34:15,16,17
  35:13 53:24
**natasha** 144:2,13
  144:22 145:10
  156:3
**nathan** 94:5
  102:24 103:9,14
**national** 1:3
**native** 111:6
**nature** 13:12
  15:11 77:6
**nearly** 146:24
**necessarily** 78:22
  79:3 86:25 91:3
  91:12 92:3 96:12
  96:17,18,24 97:2
  97:12 99:18
  100:13 123:23
  126:2 132:3,10

140:2 143:5 147:4
163:16 191:24
192:23,25 193:20
194:17,22 195:2,3
197:13 198:9,14
**necessary** 101:8
  171:3 188:23
  204:5
**need** 8:2 15:20
  32:12 35:3 59:20
  69:2,5,6,7,8 93:18
  97:13 107:3
  179:11
**needed** 71:19,25
**needs** 142:6
**neither** 110:23
**neurological** 11:19
**never** 189:17
**new** 1:2,19,19,21
  2:8,8,15,17,17
  3:18,21,21 5:8
  7:19 53:2 87:23
  202:3,5,7
**news** 87:17
**newspaper** 118:24
**newspapers** 49:10
**nh** 62:16,23 63:7
**non** 62:19 63:3,15
  64:2,8,13,21 65:2
  75:15 81:24 83:15
  84:8 85:14,15
  93:21 94:3,25
  95:5,21 102:21
  103:3,12,19
  127:14 128:13
  177:24
**north** 113:11
**northeast** 11:6
**notary** 1:21 4:17
  5:13 201:19 202:6

**note** 9:11
**noted** 102:3
  201:11 204:12
  206:10
**notice** 1:20
**number** 9:13 27:4
  29:13 69:14,24
  98:23 131:20
  133:5,7,9 136:20
  142:9 175:15
**numbers** 63:22
  75:3 86:5,6,7
  132:10 159:8
**nw** 2:24 3:7
**nyclu** 7:20
**nyclu.org** 2:19
**nysed** 88:2,2
  177:22

**o**

**o** 5:11 68:6 102:2
  102:2,2,4
**oath** 6:10
**obama** 188:11
**object** 6:24 30:7
**objection** 14:4
  19:8 22:2 27:16
  33:3 36:20 37:18
  38:22 39:17 40:22
  41:4 45:22 47:14
  47:16 52:17,21
  57:20 64:16,23
  71:15 82:2 95:12
  100:20 101:14
  115:15 123:25
  134:8 140:15
  160:12 174:13,20
  177:9,21 178:8
  179:7,9 181:4
  183:10 184:3
  197:5,17 199:13

**objections**  4:12
**observations**
   117:14 124:21
**obtain**  68:17,18
   71:24 99:2,7,23
   100:6,18 101:12
   102:19,25 103:18
**obtained**  68:21
**obtaining**  184:18
**occurred**  25:21
   44:25
**october**  120:15
**offered**  21:24
**office**  3:18
**offices**  1:17
**official**  40:12
   63:23 118:24
   158:10,15,22
   159:7,10,14
   203:24
**oh**  172:13 181:19
**okay**  18:8 23:17
   24:18 27:11 35:12
   39:13 45:8 70:3
   82:14 84:6 88:19
   101:3 110:19
   122:21 124:18
   164:9 190:12
   201:4
**once**  12:17 113:25
   125:10 191:20
**ones**  30:9 50:24
   74:4 121:2 163:22
**ongoing**  19:10,11
   20:25
**online**  10:20
**op**  178:20,23
   179:6,14,20
**open**  31:18 68:3
**operating**  67:21

**opine**  18:17 22:8,9
   22:13,21 27:7
   46:23
**opined**  23:7,12
   26:8,21 27:9
**opining**  44:25 45:8
**opinion**  7:14 18:6
   21:24 37:13 46:7
   46:10,19 47:9
   48:19,23 101:11
   116:16 150:17
   168:14
**opinions**  31:21,24
   33:6 40:25 41:7
   45:20 185:2
**opponent**  156:18
   156:19,20
**opponents**  156:17
**opposite**  116:25
   125:14
**order**  11:18
   175:15 199:25
**ordinary**  109:9
**ordinate**  109:25
**organization**
   50:15,17,18 51:13
   51:18 126:7
   127:20 128:5
   178:16
**organizations**
   26:14 49:25 50:5
   50:7,23 51:5,11,25
   125:17,18,19,23
   127:15,17
**original**  204:15
**orthodox**  91:10,13
   91:19,25 92:6,9
**outcome**  105:14
   105:20 113:3
   114:5 150:24
   151:8 192:9

196:20 202:18
**outlined**  126:11
**output**  70:21
   73:15 74:10 140:7
   140:10 171:6,20
   196:24
**outputs**  171:25
   172:4
**outweigh**  121:17
**outweighed**
   193:21
**outweighs**  121:13
   122:15
**overall**  84:2 119:6
   172:12
**overwhelming**
   150:4,5

**p**

**p**  1:16 2:5,14 5:11
   5:11 9:8 29:21
   30:22 102:4,4
   115:18 181:2,12
   181:18 203:16,19
**p.m.**  101:22 102:3
   201:11
**pa2808166**  1:25
**pablo**  145:21
   146:23 148:13
**page**  9:12 10:16
   11:2,4 26:17
   45:18,19,19 61:17
   61:17,18 62:6
   72:13,19 86:11
   92:16 102:15,15
   103:17,22,23,24
   103:25 107:9
   108:17,18,19,20
   109:23 110:20
   115:4,4 116:11
   118:7 122:6 125:6
   129:2,3,6 130:8,9

131:5 141:21
   143:19,19 151:19
   151:19 164:20,21
   164:23,23 175:20
   177:12,15 182:21
   185:5,5 188:3,5,6
   203:3 205:5
**pages**  206:6
**paid**  185:20
**paper**  10:21 120:6
**papers**  10:17
**paragraph**  45:17
   49:22 50:25 54:6
   54:8 72:5,10,13,16
   72:17,19,20 86:12
   98:21 108:21,25
   110:17 116:12,13
   116:20 121:19
   122:4,5,17 125:6
   164:20,22,24
   177:12,14 178:20
   188:4,6
**paraphrase**  197:9
**parasite**  11:17
**parent**  118:9
**park**  1:18
**parker**  5:5,23
   201:13 202:9
   204:2 205:2 206:2
**part**  6:16 60:14
   70:16,21 73:14
   74:10 77:5 119:6
   140:6 189:10
**participate**  12:2
**participated**
   141:10
**participation**
   187:23
**particular**  14:22
   56:2,4 57:13,14
   58:11 63:16 69:7

77:20 87:13 100:4
123:9 126:3 148:5
180:23 191:16
196:24 197:2
**particularly**
123:19 187:13
**parties** 4:7 6:24
202:16
**patience** 164:15
**pattern** 84:2 97:13
98:2,3,4 150:12
153:6 163:9
**patterns** 98:6
**paying** 199:12
**peer** 16:23,25 17:5
170:21
**penalties** 6:10
**pennsylvania** 3:7
**penultimate**
164:24
**people** 1:4 89:14
90:20 91:20 92:2
92:6,10 121:20
122:8 126:17
127:17 128:4
**percent** 54:25 55:2
55:8,9,11,12,17,17
56:5,7,15,16 57:16
57:18 58:3,4,10,10
62:10,16,23 64:8
64:13,20,25 75:15
79:9,19 81:24
82:17 83:2,9,15,22
84:7 92:20,22
93:2,6,21 94:8,12
94:16,21,25 95:5
95:15 107:18,19
109:24 110:2
115:8 130:21,24
131:23,24 132:11
132:18,19,20

133:2,13,17,22
134:7,12,12,14,15
134:23 135:6,17
135:24 136:7,18
136:20 142:23
143:4,21,22 144:2
144:9,13,17,22
145:7,11,22 146:3
148:12,18,22
151:22,25 152:3,8
152:12,19,21
154:4,10,20,21
155:9,12,23 156:2
156:10 160:23,24
161:6,7 162:22,24
176:6,8 178:2
183:25
**percentage** 63:3,7
63:14,25 69:8
85:13,14,15 86:3,4
86:5,6 94:2 95:9
95:20,21 96:15,22
97:22 98:13
102:20 103:2,11
103:19 104:6
107:13 123:7
130:18,21 142:25
145:20 151:21
152:6,11,18
161:15,18 164:3
176:4 196:6
**percentages** 97:24
132:22,23 134:6
155:17 162:10
**perception** 14:20
**perfectly** 8:3
**perform** 19:17,20
35:2 42:19 67:4
71:13,19 72:2
104:19 109:19
181:21 184:16

186:22
**performed** 62:2
66:15,21 84:17
97:8 113:20 114:7
115:11 143:15
160:18 172:24
173:5 175:2
188:19 189:24
190:18
**performing** 29:6
113:15
**period** 114:5
**perjury** 6:11
**perry** 2:18
**person** 90:25
**pgrossman** 2:19
**ph.d.** 1:17 2:5,14
5:5 9:8 29:22
30:23 201:13
202:9 203:16,19
204:2 205:2 206:2
**phrase** 51:9,24
66:20 75:4 90:12
90:14 91:5
**phrased** 26:3
71:22
**pick** 57:4 102:10
**picking** 36:2
**piece** 9:2 179:6
**pieces** 58:23 78:11
84:12 120:24
**pierre** 81:23 82:16
82:25 83:8,14,21
84:8 129:13,18
130:15 131:2,22
132:12,17 133:10
133:14 135:25
154:3,5,13,21
155:5 156:8
183:23

**place** 36:8,14
39:19 72:23
**places** 34:21 35:5
35:5,10,22 36:12
191:17
**plaintiff** 21:10
**plaintiffs** 1:6 2:4
2:13 7:22 21:12
21:15 33:12 38:3
38:6 39:11 108:13
**plans** 180:3
**playing** 57:23
**please** 5:3,21 6:9
6:16 30:2 204:4,9
**plus** 106:2 166:16
166:17
**point** 7:25 15:25
56:21 75:5,8,9,17
75:20 76:3,10
77:10 83:3 99:15
100:11 114:14
115:2 117:9 145:4
151:6 155:8
167:10 170:10
179:21
**pointed** 115:21
**points** 55:17
179:15 183:4
**polarization** 44:21
45:13 54:10,19
56:14 60:22 98:25
99:4,9,25 100:8
147:9 148:2,3
150:18 162:15
167:18
**polarized** 18:19
22:10,14,22 23:2
23:13,19 24:7,9,12
25:4,17,25 26:8,21
27:8,20 42:20
54:20 55:4,7,20

56:15 57:10,15,19
58:6,12,15,24
59:12,14,18,21,22
60:3,13 61:8
65:23 82:4 83:19
88:13 113:6
117:10 123:3,5
127:8 129:23
130:3,5 139:8,16
149:8,21 162:12
175:11,18 177:3
181:22 182:4,11
187:15 188:10,17
192:11 195:22
196:3,16,23
**political** 35:7 56:8
125:18,22
**politically** 46:4,8
**poll** 167:23
**polling** 34:21 35:4
35:5,10,22 36:8,12
36:14 39:19 72:23
191:17
**ponce** 5:9
**population** 69:19
69:21 110:25
111:23,25 112:10
113:9,23 137:3
177:23,25
**posed** 88:20
**positions** 42:23
**possibility** 31:18
143:10 163:11
**possible** 98:7,11
106:7 116:2,6,9,10
124:16 145:5,8,9
145:12 163:19,19
169:2 190:17
191:7,13 192:13
192:20 199:6,7,8

**potential** 77:25
**potentially** 162:13
**power** 50:10,12
**precinct** 19:21
63:11,14 72:23
82:7 88:10 114:4
122:19 165:23
193:25 194:4,9
**precincts** 98:24
99:6,23 100:5
104:6 105:13,19
107:12 111:21
113:2 123:8 183:5
192:8 196:19
**predict** 166:13
**prediction** 105:24
166:2
**predictor** 107:18
137:4
**prefer** 117:19
195:6
**preference** 118:22
120:3 126:9
127:25 128:20
149:17
**preferences** 119:5
119:17 120:22
124:22 126:11,21
127:7
**preferred** 46:24
49:24 51:3 104:4
107:10,15,17,22
116:14,15,22
121:24,25 122:11
122:12 123:10,11
125:13,25 126:4
129:14,19 141:25
142:4,13,19 143:4
148:4 149:9,11
150:12 157:2
176:22 178:5,7

185:7,8,12,13,22
186:3,4 187:19,25
**preliminary** 29:20
30:22 31:16,17,20
168:13 203:18
**premise** 51:16
**prepare** 30:25
**presence** 111:5
**present** 11:5 12:22
13:2 14:2,6,14
24:10 27:12
**presentations** 16:3
**presented** 155:15
**president** 120:18
120:23 178:24
188:9
**presidential** 41:20
42:21 175:9,14
185:12 186:7,18
186:24 187:12
**press** 10:19 179:24
**pretty** 26:3 52:14
**prevalent** 82:10
**prevent** 8:15
11:18
**previous** 37:7
157:20
**primary** 11:6,13
11:21,23 14:16,18
47:23
**print** 30:9,12
**prior** 8:8,12 18:8
23:6 44:13,22
45:2,14 47:20
163:21 189:14
**private** 49:6 51:6
51:9 52:5,7,12,16
52:20 53:8,22
89:23 90:4,6 91:4
91:6,9,18,24 92:8
117:11,21,25

121:23 122:11
125:15 157:7
177:19,25
**privilege** 39:5
**probably** 55:13
92:7 141:12
151:16
**probative** 147:11
149:25 150:3,21
187:10,13,14
**problems** 166:25
**process** 97:4
**produce** 134:20
135:12 188:23
200:2
**produced** 80:13
168:23 171:23
**produces** 68:8
192:9
**product** 166:9
**professional** 18:6
**professionally**
87:5
**professor** 13:2,8
14:14,17 65:9,16
66:2,10 77:13
78:12
**program** 13:21
64:25 65:7 67:3,7
68:17,19,20 70:17
73:6 131:8 140:7
171:19 179:25
**programs** 107:6
**project** 12:21
**projects** 27:4
167:18
**promises** 179:25
**promoting** 90:5
**prone** 11:17
**proportion** 69:6,7
111:11

**proportions**
  176:11
**proposal**  11:25
**proposition**
  104:14
**propounded**  206:8
**protect**  127:3
**provide**  7:14 8:5
  13:10 15:6 29:13
  33:21 38:16 60:25
  65:22 123:15
  127:9,10 149:25
**provided**  27:25
  28:3 32:20,22,24
  33:2,5,9 34:3,11
  35:9,14 36:4
  37:11,22 39:2,23
  40:5,12 43:6,9,11
  43:20 71:12,19,23
  108:13
**provides**  126:14
**psychology**  14:15
  14:17,24,25 15:5
**public**  1:21 4:17
  5:13 49:3,8,12,14
  49:16,17,18 50:3,5
  88:15 89:7,16,18
  90:2,11,13,16,21
  90:24 117:11,12
  117:15,20 118:8
  120:6 123:12
  125:10 126:13
  127:13,15 128:12
  128:16 155:21
  157:12 161:24
  177:18,23 178:6
  178:17 179:21
  182:7 201:19
  202:7
**publications**  10:16
  13:17

**publicized**  124:23
  124:25
**publish**  119:22
**published**  10:21
  16:23,25 17:5
  52:4 78:24 114:18
  119:2 120:5
**purpose**  12:15
  18:5
**purposes**  27:14
**pursuant**  1:19
**put**  76:3 107:4
  155:16

## q

**qualified**  116:18
**qualify**  90:21
**qualifying**  17:11
**qualitative**  82:8
  82:12
**quality**  49:18
**quantitative**  61:10
  82:12 88:8,11,23
  98:18 123:15
  127:9 160:9,17
  170:17 177:6
**question**  4:13 6:17
  6:18,19,23 7:2,8
  8:4,5 14:5 15:21
  18:9 20:11,12
  22:6 23:6,8 26:3
  26:24 37:8 39:14
  44:11 45:9 46:3,7
  46:13,17,22 47:7
  52:14 54:13 57:4
  59:2,7 60:15
  65:13,15 66:6,17
  71:22 77:23 78:7
  78:9 82:13 85:11
  88:20 89:6 100:9
  102:9 103:7,9,16
  105:11 108:24

110:4 111:16
124:3 128:20,22
129:2 160:10,14
160:18 164:16
172:16 174:23
178:10 185:19,21
185:24 190:2
191:2,4 197:18
**questions**  6:8,15
  8:16,22 9:2 31:25
  45:21,23 46:2
  47:12,18,21,22,23
  47:24 48:2,3,5
  130:10 137:24
  138:21 139:14
  164:14 168:3,5,7
  184:9,13 199:17
  206:8
**quick**  35:23
**quite**  71:21
**quote**  118:8

## r

**r**  51:14 102:2
  167:12 202:2
  205:3,3
**race**  53:6 92:18
  93:24 111:22
  113:13 126:3
  127:16 130:12,14
  134:4 145:19
  147:4,6,11 149:10
  150:3,14,16,17,22
  151:12 153:15,18
  156:13 157:4,8,13
  166:14 171:20
  196:6
**races**  54:21 70:20
  73:13,25 74:22
  76:21 148:7,9
  149:24

**racial**  35:4,10,21
  44:21 45:13 48:9
  54:10,19 56:2,4,13
  58:8 60:7,22
  61:20 69:8 70:5,9
  70:13,19 85:18,21
  86:20 87:24 88:3
  88:12,14 89:6
  98:25 104:5 105:6
  105:13,18 107:12
  110:6,16 111:21
  112:5,11,15 113:2
  113:16,23 114:4
  117:11 125:18,23
  126:4 127:12,21
  141:11 147:9,13
  147:15,18,19,25
  148:3,5 149:14
  150:2,18 151:2,4
  155:16 159:13
  165:23 167:4,9,18
  178:3,14 180:8,12
  192:8 196:19
**racially**  18:19
  22:10,13,21 23:2
  23:13,19 24:7,9,12
  25:4,17,25 26:8,21
  27:8,20 42:19
  54:20 55:7,20
  56:14 57:10,19
  58:6,12,15,24
  59:12,14,18,21,22
  60:2,12 61:7
  65:23 82:4 83:19
  88:12 113:6 123:3
  123:5 127:8
  129:23 139:7,16
  149:8,21 175:10
  175:18 177:3
  181:21 182:3,11
  187:15 188:10,17

195:22 196:3,16
196:23
**ramapo** 1:8 3:4
5:20 27:21 33:17
40:17 41:2,23
42:2,5,8 44:3,22
45:2,13 48:21
50:11 52:13,16,20
53:8,22 91:11
118:9 120:22
126:9 169:25
175:12 178:25
186:10 187:21
188:8,14
**ramirez** 145:21
146:23 148:13
**ran** 66:18 69:10
155:20 157:6,11
159:12
**randall** 3:9 5:18
**randall.levine**
3:12
**randomness** 79:21
**range** 74:3,14,22
74:24 75:2 81:13
**rarely** 54:11
**rate** 141:10,10
**rates** 12:19 140:24
**rbv** 72:22 109:7,8
**read** 35:11 49:20
57:3,6 67:19
72:21 102:8,12
107:25 108:22
109:21 110:21
120:6 121:15
141:23 195:11,13
204:4 206:5
**reading** 72:10
122:3 125:5 129:5
**reads** 141:24

**real** 86:4,6,7 151:8
**really** 24:21 55:24
128:19
**reanswer** 197:23
**reason** 8:19 43:24
119:19 120:3
146:13 153:16,21
159:21 187:13
193:3 204:6 205:7
205:9,11,13,15,17
205:19,21,23
**reasons** 60:19,23
61:4
**recall** 19:12 24:23
25:2,20,23 26:7,19
27:3,6,9 29:12
39:22 44:14 53:3
68:2 74:17 75:2
81:8,11 90:14
140:14,18,20,22
140:23 141:2,4
169:22 170:11
179:13,19 190:22
190:25 191:3
193:9
**receipt** 204:16
**receive** 82:25
176:3 178:18
184:25
**received** 33:10
36:17 37:2 63:21
81:23 82:16 83:9
83:14,21 94:7
131:23 162:7
168:15 169:9,12
169:21 178:23
**receives** 142:3
**receiving** 142:10
142:13,16 147:22
147:24 169:7

**recess** 35:25 57:2
101:22 141:18
164:12
**recognize** 9:17,20
30:16
**recognized** 86:21
87:5
**recollection** 25:15
74:20,21 140:17
**record** 5:4,18,22
28:17 30:14 35:11
49:20 57:6,7
67:19 92:12,13
102:12 121:15
164:13 195:13
202:13
**recorded** 28:20
**redirect** 184:12
**refer** 78:25 91:24
122:17
**reference** 45:16
78:12,20 84:6
99:22
**referencing**
120:11
**referred** 74:15
101:4 169:24
**referring** 50:4,8
51:7,12 54:15
66:23
**refers** 61:21
120:14
**reflect** 32:6 83:18
174:15,18 183:8
192:14
**reflected** 31:22
170:18 186:12
**reflection** 196:21
**reflective** 173:4
**reflects** 84:4

**refresh** 6:6
**refused** 179:23
**regard** 83:12
127:6 157:13
**regarding** 86:14
87:7,16 181:25
**regardless** 127:16
149:10 157:8
**region** 2:24
**registered** 109:25
110:2 111:10
**registration** 33:22
33:24 34:8,11,12
35:12 38:17
110:23 111:4,19
113:13
**regress** 106:14
**regression** 19:23
104:3,20,25 105:5
105:8,23,25 106:9
106:12,16,22
107:10,16,23
109:10,11,20
110:9,13,14
112:13,15 113:21
114:3 132:7 165:6
165:9 166:6,12,20
167:7,12,13,14,17
167:25
**regressions** 107:20
**reis** 162:23
**relate** 13:18 14:23
138:21
**related** 40:25 41:7
53:16 69:18 113:6
162:14 163:17
202:16
**relates** 56:12
**relation** 120:17
173:25

relationship
  128:21 192:7
relative  83:25 89:8
relatively  55:19
  161:15
relevant  66:6 88:4
  88:16 127:24
  138:19 139:4,12
  149:2 188:13
reliability  146:18
  174:16,19,22
reliable  96:5 116:3
  116:5,8 119:16,20
  120:2 123:20,22
  124:13,14,17
  129:10 134:4,13
  190:22 191:10,12
  191:15,18,21
reliably  174:11
relied  115:24
  182:17
religion  53:15,17
religious  53:8,12
  53:14
rely  36:17 100:13
  100:14 114:2
  119:11,13 129:12
  149:18 193:16
relying  124:19
remain  195:15
remainder  51:2
  132:2
remained  156:22
remember  26:10
  27:5 43:23,25
  44:10 141:9
repayment  181:15
repeat  18:8 26:24
  59:6 64:17 71:16
  83:11 100:2 103:5
  124:3 160:14

194:20
rephrase  6:17,18
  32:10 33:4 36:22
  36:23 44:9 57:21
  172:15 174:14
  183:11 197:25
rephrasing  45:9
replace  35:24
replicable  170:24
  188:19
replicate  171:3
  188:24
report  12:3 18:22
  18:25 29:9,21
  30:22,25 31:3,7,15
  31:16,19,21,22
  32:9,13,17,25 33:7
  39:24 40:15,24
  45:17,18 49:22
  54:7 61:3,15,25
  62:18,25 63:12
  66:8 70:22,23
  72:5 73:16,22,22
  74:3 75:15 76:23
  76:25 77:6 82:5
  83:4 85:12 86:12
  90:13 91:7 92:16
  98:21 100:12
  102:14 103:23
  106:15 107:7
  108:8 115:3,21
  118:6,7 137:19,20
  138:13,20,24
  139:5,11,13,25
  141:22 149:17
  158:4 159:16
  163:25 164:19
  166:18 168:14,15
  170:18 171:12,15
  171:24 172:3
  175:21 177:13,15

181:18 185:4
  188:3,19 189:12
  189:18 193:5
  203:19,21
reported  1:23 62:5
  73:19 92:15
  106:19 110:15
  117:22 171:8
  189:9,13,17
reporter  5:2 61:24
  203:25
reporting  63:19
  64:7,12,19 106:16
reports  62:12
  121:6 171:23
  180:6,11,14
represent  5:19 7:7
  39:8 108:11
representative
  87:11,15 182:14
  182:16,18
represented  7:4
requests  203:6,10
required  71:12
  77:5 142:12,18
  184:15
requirement
  73:21
requiring  111:14
  143:5
research  11:7
  13:10,14 14:19,22
  15:2 31:13 48:6
  48:14 79:11 82:8
  82:13 113:5
  167:20
researcher  104:4
  107:11
reserved  4:13
residential  111:12

residents  182:7
residual  11:9,14
resolve  177:8
resolved  19:7 21:4
  21:5,7
respect  13:13
  82:14 87:17,19
  88:4 93:24 111:16
  115:17 123:19
  130:3 139:8
  185:16 188:14
  190:19,21 197:12
respective  4:6
respectively  184:2
respond  179:11
responded  179:5
response  178:23
rest  93:19 134:17
  199:12
restore  179:25
result  63:13 76:5
  83:23 115:13
  116:25 117:2
  132:7 153:17
  154:8 172:7
  180:15,22 197:3,7
resulted  159:22
results  13:16 32:7
  34:9 39:24 40:3,5
  40:9,13,16 58:25
  60:20 61:2 62:18
  62:25 81:15,16,20
  82:20 83:5,6,18
  84:3,13 92:15
  93:13 97:12,15
  98:18 105:2,23
  109:12 114:2,22
  115:5 116:8,13
  117:5 124:5 127:9
  129:7 130:11
  132:5 157:5

158:10,15,22
159:6,7,14,18
160:11,19,20
163:21 175:17
181:12,18 195:6
195:17,19,24,25
196:4,11 197:11
198:6,21 199:14
203:24
**resumed**  102:4
**retained**  7:10,13
7:17,18 17:14,18
18:5,12,17 19:17
20:14,17 21:11,15
21:17 24:5 25:3
26:15,20 27:13,18
39:12 74:11
140:10 170:4,6,12
171:2 172:18
187:3 188:21
200:3 203:25
**retention**  201:6
**retentions**  26:12
**return**  179:23
204:14
**reveals**  37:19
38:23
**reversal**  150:17
**review**  16:24,25
17:5 175:5 181:24
**reviewed**  52:25
53:4 80:12 91:15
169:8,12 170:21
**richer**  58:24
**right**  5:24 6:4 10:6
23:20,25 24:2
28:15 40:18 41:8
41:10 45:3,21
46:14 56:18,19
57:22 60:9 69:22
74:6 76:25 78:10

82:3 85:8,9 86:10
89:2 92:5 100:16
104:16 106:8,13
110:10 111:19
112:5,17 114:23
116:10 120:12,16
123:22,24 124:2,9
125:19 126:5,16
127:2,19 129:24
132:24 133:7,10
135:9,11,13 136:8
136:22 137:7
138:15 149:23
150:20 151:5,14
153:10,11 154:5,6
154:11,12,17,18
155:4,10,11,13,14
155:18,19,24,25
156:3,4,6 157:13
158:21 159:23
160:13,19 161:2,3
161:8,9 163:5,6,18
164:5 165:2,6,7
171:11 172:13
185:15,18,24
186:2,5,15,16
190:9 191:5
192:21,24 193:2
193:13,17 194:11
195:20 196:10,14
198:3,5
**rights**  17:15,19,21
109:4 127:2
172:12,19 189:20
**river**  11:17
**road**  5:8
**robert**  94:22 95:2
95:6
**rockland**  34:14
43:4 118:25
119:21,25

**role**  11:6,11 22:25
**roll**  111:4
**romney**  188:12
**rothman**  143:19
143:20,23 144:10
144:18 145:6
**rough**  24:17,21
**row**  158:23 160:22
**rules**  6:7
**rulings**  203:8
**run**  49:24 51:4
67:22 85:21
106:10,13 107:3,6
125:12 159:7,10
**running**  48:17
126:23 161:21,23
162:4,4,9,14
163:17 182:8
**runs**  103:24
**rural**  26:18,20
27:2

**s**

**s**  5:11 51:14 68:6
88:2 102:2,2,2,4
**s.p.**  203:4
**sabrina**  130:15,25
131:22 132:17
133:10,14 135:25
**sake**  157:16
**sample**  75:10
79:21 87:11,15
99:16,20 100:12
182:14,16,17
**samples**  12:2
**save**  117:12
124:24 125:2,16
126:8,17 127:3,5
127:20,22 128:5
128:21
**saved**  71:8

**saw**  53:13 77:10
162:16
**saying**  17:5 96:4
107:5 112:8 134:3
139:24 147:22
148:6 193:23
198:13,16,18
**says**  45:19 51:3
61:17,18 62:10,24
63:7,18 72:21
86:13 104:2
116:13 131:6
**scenario**  58:14,22
59:13
**schneiderman**
3:19
**school**  1:9 3:4 5:20
7:7 27:21 33:10
33:16 34:22 35:22
40:16,17 41:2,8,22
42:2,5,8,12,23
43:18 44:4,5 45:5
45:13 48:7,16,21
52:5,7 53:6 54:4
54:15 88:15 89:7
89:16,23 90:2,4,6
90:11,13,16,21,24
91:4,6,9,18,24
92:8 117:20,21,25
118:8,23 120:23
121:23 122:11
123:12 125:10
126:13 128:16
155:21 157:7,12
161:24 170:2
175:12,18,19
177:18,19,25
178:25 179:21
182:8 186:10,14
186:20 188:15

**schooling** 178:6
**schools** 48:9 49:4
49:6,8,13,14,16,17
49:19 50:3,5 51:7
51:9 52:13,16,20
53:8,9,12,14,22
87:24 88:4,15
89:18 90:3,7
117:12,13 124:24
125:2,15,17 126:8
126:17 127:3,5,13
127:16,20,22
128:5,13,15,21
177:24 178:4,14
178:17
**science** 79:10
180:24
**sciences** 79:19
**scientific** 115:23
**sealing** 4:8
**search** 119:7
**seat** 64:3 92:19
94:5,19 102:22,24
103:7,9,14,16
115:6 130:13
135:15 143:18,20
145:17 151:19
154:3 155:5,22
161:4,14 162:21
**seats** 162:16
**second** 14:20
46:13 60:14 72:20
156:19 194:3
**section** 17:20,24
18:13 19:25 20:4
22:16 25:11
**see** 32:10 36:11,14
59:20 62:7 64:4
72:9 86:15 92:4
99:4 104:7,11
109:2 121:5

158:23 164:7
197:2,23
**seeing** 109:5
**seeks** 104:4 107:11
**seen** 54:11 150:9
150:11 158:16
**segment** 43:17
**semesters** 16:20
**sense** 106:6 198:2
**sentence** 51:2 54:8
72:20 86:13
103:24 104:2
107:9 109:21
116:12 117:10
121:19 122:4
164:24
**sentences** 108:23
**separate** 121:3
167:15 177:3
**separately** 85:22
106:18,20 143:13
**separates** 121:3
**separating** 56:13
**serta** 51:14,15
117:13 124:24
125:2,17
**serve** 7:10,21
17:14,18 18:12
20:14,17 23:23
27:13
**served** 17:24
19:24 20:5 23:11
25:10 26:6
**services** 26:18,20
27:2
**serving** 11:12
**set** 58:24 74:8
75:11 79:20 85:21
129:10 137:23
163:25 197:20
202:11,21

**sets** 88:11 89:10
**setting** 79:3 89:25
**setup** 104:25
**seven** 52:23
**severe** 11:19
162:15
**share** 165:24
166:14 192:16
**shared** 139:21
**sheet** 204:7,10,12
204:15 206:11
**short** 159:25
**show** 26:16 49:23
109:12 129:12,17
**showed** 115:17
**shown** 167:20
**sic** 125:8 179:17
**sided** 125:10
**sign** 204:9
**signature** 202:23
206:14
**signed** 4:16,18
52:4
**significance** 99:3,8
99:24 100:7,14,19
100:22,24 101:4,7
101:10,13,17,19
102:20,25 103:10
103:18 180:19,21
181:2
**significant** 99:19
115:14,20 125:3
131:17 193:13,19
**significantly**
161:11 186:13,19
**signing** 204:11
**similar** 91:8 121:5
150:12 176:18
**simplistic** 60:6
**simply** 112:25
114:3

**single** 14:8 61:5
104:3,19 105:7
107:10,16,23
109:10,19 110:8
110:12,14 112:13
112:14 113:21
114:3 165:5,9,13
166:5,19 167:6,10
167:14,17,20,24
185:9
**sit** 10:24 46:11,20
47:10 116:16
140:13 184:24
**sites** 182:18
**situation** 54:24
60:11,12 89:15
148:6
**situations** 24:8
112:22 150:11
**six** 54:9,14 117:23
121:20 122:7
**size** 99:16,20
100:12 193:15
**skipped** 179:17
**slate** 48:18,25
49:16 89:16 90:5
117:20,25 121:23
125:9 126:23
155:21,21 161:23
162:5,9 163:4,16
178:5 182:8
**slates** 48:24 89:22
117:21 121:3
**slating** 48:7,8,15
48:20
**small** 43:17,22
44:2 80:14 98:23
133:4 142:25
**smaller** 131:20
161:18

**social** 79:10,18
  115:23 180:24
**software** 67:3,7,25
  68:3,6,9,11,12,23
  69:3 77:13
**solomon** 145:18
**solutions** 2:23
**someplace** 74:12
**somewhat** 111:13
  163:10
**sorry** 72:14,18
  100:25 120:16
  127:10,18 175:22
  185:7 201:4
**sort** 84:23,25 85:2
  199:19
**sorts** 95:17,18
**sound** 164:10
**sounds** 164:5,11
  171:11 172:13
**source** 40:8 68:3
  118:21 119:4,16
  119:20,25 120:21
**sources** 34:4 49:23
  97:14 118:24
  125:7
**southeast** 120:7
**southern** 1:2
**space** 204:7
**speak** 118:10
**specific** 15:20 22:5
  24:23 25:21,23
  26:7,10 29:12
  61:14 74:4 78:19
  84:6 99:21 109:7
  140:20 142:7
  180:3 191:4 192:9
**specifically** 43:23
  45:16 53:4 97:16
  189:5,23 190:19
  190:24

**specification**
  111:15
**specifics** 27:3,5
**spent** 29:9
**split** 55:15 56:8,9
**spoken** 91:16
**spring** 1:5
**square** 82:21
**squares** 166:15
**ss** 202:4
**stand** 63:9
**standard** 73:8,22
  73:24 74:8,15,22
  76:12 77:9,15,24
  78:21,25 79:10
  80:12,21 83:24
  135:8 140:6,10
  145:14 166:10
  171:6,13,16 174:2
  174:4,5,7,9,15,18
  174:24 175:5
  189:9,12
**stands** 63:10 67:12
**start** 14:21 28:9
**starting** 92:18
  108:24 118:3
  141:24
**state** 1:21 3:18 5:3
  5:21 20:8 49:23
  53:2 54:8 87:23
  180:22 202:3,7
  204:6
**statement** 174:12
**states** 1:2 78:2
**stating** 54:7
**statistical** 13:15
  15:4,9,12 16:3,24
  17:2,6 19:17,19
  65:20,21 72:8,24
  73:5,9,11,17 99:2
  99:7,24 100:6,14

  100:18,22,24
  101:4,6,10,12,17
  102:19,25 103:10
  103:18 111:14
  115:13 180:18,21
  181:2
**statistically** 99:18
  115:14,20 193:12
  193:18
**statistics** 14:19,23
  15:18,24 16:2,5,8
  16:10
**step** 106:9
**steps** 65:14
**steve** 33:13,14,15
  33:18,20,23 34:10
  35:9 36:4,18 37:2
  37:11,17 38:2,6,10
  38:13,16,20 39:6,9
  39:10,15 146:4,24
  148:19 169:7
**steven** 1:16 2:5,14
  5:5,23 9:8 29:21
  30:22 201:13
  202:9 203:16,19
  204:2 205:2 206:2
**sticking** 135:15
**stipulated** 4:5,11
  4:15
**stipulations** 4:2
**stopping** 56:21
**story** 182:5
**straight** 106:2
**street** 2:16,24
  35:19
**strength** 192:7
  196:18
**strike** 96:8 146:21
  161:10 173:9
  174:8,16 175:3,6,7
  175:24 177:13

  178:18 180:9
  183:19
**strikes** 163:8
**strong** 56:9 98:24
  99:17
**student** 15:17
  177:19,19
**students** 128:17
**studied** 15:5
**studies** 14:3 15:16
  167:23
**study** 11:25 12:15
  12:18,18 14:3,9,12
  14:17 82:10
**studying** 13:19,20
**sub** 30:10
**subject** 6:10
  112:19 195:15
  204:11
**subscribed** 201:15
**subsequent** 31:19
  120:25
**substance** 206:10
**substantial** 142:15
**subtract** 132:7
**subtracted** 69:24
**successful** 116:15
  126:24,25
**sufficient** 42:13
  99:6,23 100:5
**suggest** 47:23
  114:21 153:13
  156:25 157:5
  186:17
**suggested** 119:9
**suggests** 97:11,16
  116:22 117:17
  123:6 151:10
  154:19
**suite** 2:24

**sum** 194:19,24
  197:10
**summarize** 47:21
**summarizes** 61:25
**summary** 61:19
  102:16
**supplement**
  122:15 129:10
**supplemental** 82:8
  84:4 86:13,17,22
  87:6,15,20,22
  89:12 97:17
  116:21,24 117:4,7
  120:24 121:12
  122:20,22 123:14
  124:18 125:3
  126:11 127:10,24
  160:9,16 177:7
  181:24 182:6,14
  184:23 194:10
  195:9
**support** 13:16
  49:15,16,25 50:10
  51:4,6 56:2,5 58:2
  58:4,18 89:16,24
  95:10,21,22
  109:13,14 123:9
  125:9,23 126:12
  126:13 142:8,15
  145:6,10 146:12
  146:14 147:23,24
  154:23 156:7,22
  157:11 159:13
  162:8 163:15
  178:18 182:7,22
  187:21 191:16
  192:15,17 196:6
  197:15 198:10
**supported** 47:2
  48:25 49:2,5
  89:23 123:12

149:5,6 152:18,22
  155:24 157:7,8
  161:18
**supporter** 156:3
**supporters** 49:17
**supporting** 58:9
  60:8 126:23
  127:15 161:16
  162:23,25 188:12
**supportive** 49:3,6
  49:7,14 50:5 51:9
  58:12 175:17
**suppose** 65:13
**sure** 18:10 19:15
  23:9 25:8 26:17
  32:3 33:25 36:24
  44:18 56:24 103:6
  105:16 109:22
  113:11,13 151:16
  184:21
**surrounded** 37:25
**suspicious** 179:22
**sustainable** 11:7
**switch** 27:11
**sworn** 4:18 5:13
  201:15 202:11
**system** 67:21,23
**systematically**
  182:19

---
**t**
---

**t** 3:19 5:11 51:14
  102:2,4 202:2,2
  205:3
**tab** 9:19
**table** 61:18,24
  62:5,7 85:12
  158:20 175:20
  176:13 182:21
  185:5 186:13
**take** 8:2,6,11 9:14
  29:18 30:2,2

35:23 45:17 55:16
  56:23,25 61:14
  65:13 78:10
  101:20 108:16
  110:19 118:2
  130:12 132:14
  141:22 151:18
  157:15 164:6
  172:13 182:5
  185:4
**taken** 28:7 35:25
  57:2 141:18
  164:12
**takes** 12:16
**talk** 45:25
**talking** 15:22 45:4
  58:20,22 72:15,17
  79:16
**tallies** 63:23
**tasks** 29:5
**taught** 16:4,8
**taxes** 51:6,17 52:8
**taxpayers** 120:8
**teach** 15:18,23
  16:10,21
**teacher** 13:5
**teaching** 13:22
  15:25
**teachings** 54:5
**technical** 199:19
**technique** 32:16
  62:3,13 65:10,17
  66:3,11,13 67:5
  78:15 79:2 115:8
**techniques** 19:20
  65:20 111:15
**technology** 35:18
**tell** 6:16 15:11
  38:20 39:15 70:4
  70:6,8 119:11
  174:24,25 177:17

196:5
**tells** 126:8
**ten** 16:22 20:19
  35:21 50:10,13
  99:6,16,22 100:5
  100:12 142:22
**tend** 147:10
**tended** 141:9
**tension** 177:8
**term** 53:18 73:8
  79:5 157:11
  180:18 182:15
**terms** 48:2 87:2
  98:18 125:15
  125:3 164:17
  167:13 168:20
  182:22 183:13,18
  183:22
**testified** 5:14
  23:18 50:4 51:8
  76:13 89:4 102:5
  123:18 140:8
  157:17 169:6,20
  170:3 172:10,10
  172:17 177:2
  180:6 181:20
**testify** 18:20 20:20
  20:22 170:10
  171:5,18
**testifying** 6:11
  18:6 170:7,12
**testimony** 56:11
  172:24 193:22
  197:9 202:13
**thank** 164:14
  172:21 201:9
**theater** 13:3,8,19
  14:9
**thereabouts** 114:8
**theresa** 1:20,24
  202:6,25

**thing**  50:6 157:18
  191:22 199:19
**things**  49:11 117:6
  190:6 195:20
**think**  8:20 32:12
  32:21 38:19 50:9
  67:14 74:24 83:3
  89:10,11 113:17
  114:24 116:7
  126:7 139:23
  158:18 159:25
  162:7 178:4
  184:25 191:25
  193:3 198:12,22
  198:24 199:2,3,5
**third**  2:7 46:22
  156:20 165:4
**thirty**  204:16
**three**  18:14 45:20
  45:23,25 47:22
  48:5 88:7,11
  112:5 113:23
  118:24 130:14
  139:14,15 143:11
  143:14 145:19
  156:22 157:6,10
  163:4 164:25
  170:19,20 176:14
  177:2 182:24
**threshold**  101:9
  101:16
**throat**  8:13
**tied**  163:16
**tight**  81:14 83:25
**time**  4:14 16:7
  17:23 18:11 25:2
  25:19 28:17,20
  29:6 32:14,18
  38:7 80:23 102:3
  114:13 141:13
  149:15 167:11

  170:7,8 174:17
  178:11 185:3
  197:10,22,24
  201:10,11
**timeout**  35:24
**times**  6:22 24:15
  24:19,22,22 25:10
  25:13,16 26:5
  38:12,15 66:14,17
  118:25 119:21,25
**title**  31:20 62:9
**titled**  31:15
**today**  6:9,15,22
  7:5,21 8:2,17
  10:24 46:11,20
  47:10 116:17
  140:13 184:24
**tools**  13:15 15:3
**top**  11:3 45:18
  61:18 74:5 103:25
  108:17 151:19
  164:23
**total**  69:5,14,15,25
  86:8 142:9 183:13
  183:18,22
**totally**  186:9
**totals**  34:7 63:20
  85:24 131:20
  159:9,10,17 183:7
  183:8 186:12,14
**town**  43:3,6,8,10
  43:19
**towns**  43:3
**track**  159:25
**trade**  29:15
**training**  15:8,12
**tramondo**  1:20,24
  202:6,25
**transcript**  204:17
  204:18

**transcription**
  206:7
**treated**  8:14
**trial**  4:14
**trick**  55:18
**true**  75:12 121:18
  125:14 156:16,23
  185:10 194:6
  202:12
**trustee**  158:9,14
  203:23
**truthful**  8:21
**truthfully**  8:16
**try**  51:17 178:10
  197:9
**trying**  127:5
**tuck**  64:15,22 65:3
  92:23 93:3,7,22
**turn**  61:15 86:3,11
  102:14 103:22
  116:11 118:3
  130:8 141:20
  164:19 175:20
  176:12 177:11,14
  185:5
**turned**  140:24
**turning**  11:2 21:23
  44:3 50:25 92:14
  102:13 115:3
  129:2 178:19
**turnout**  69:8,13,23
  70:5,9,12,19
  110:23 111:4,19
  137:12,14 138:13
  138:16,19,22,25
  139:3,4,9,12,21,24
  140:4,14,17,19
  141:7 158:3
  171:19,25 172:4
  175:6 186:18,22
  186:23,25 187:19

  187:23
**two**  14:18 50:24
  89:10 97:5 105:4
  105:21 110:21
  112:11,21 113:16
  121:2,3 134:4
  141:11 142:2,5,11
  142:18 143:6
  146:19 147:17,17
  154:23 155:2
  165:22,25 166:10
  166:13 180:8,11
  192:22
**type**  109:20
**types**  87:20
**typically**  49:2,5,15
  75:10 171:15
  172:3 182:7
  189:12
**typo**  159:4,17
**typos**  159:5

**u**

**u.s.**  41:19 175:9
  188:9
**um**  198:15
**unclear**  47:18
**uncontested**  42:15
  42:17
**undergraduate**
  15:14 16:18
**underlined**  86:12
**underlinings**
  30:19
**underlying**  78:3
**underpinning**
  126:15
**understand**  6:12
  6:14,20 7:2,8 8:6
  17:4 22:3 36:21
  56:11 59:19 60:15
  91:23 105:16

123:17 125:16
127:5 134:10,13
161:22 162:3
174:8,10 190:2,3
191:23
**understanding**
30:18 54:3 79:8
90:17,22 118:15
118:18 178:13,15
181:10
**understood** 6:19
**unfiled** 26:13
**union** 2:15 7:19
**unique** 35:6
**united** 1:2
**universities** 16:15
**university** 11:8
13:4 14:15 15:15
16:12
**unofficial** 159:6,9
159:18
**unreliable** 199:11
**update** 10:4
**updated** 68:23
**urban** 104:17
**use** 30:9 34:18,25
35:8 66:10,12
67:3,21 76:10,12
76:18 77:24 79:5
82:11 84:19,22,23
87:11 90:13 91:6
105:5,23 107:17
110:24 111:18
112:14 157:11
167:19 174:5
180:10,25 199:25
**useful** 128:10
155:8
**uses** 166:12
**usually** 47:2 55:21
109:5,10,12

128:24 139:19
187:11

**v**

**v** 5:11 102:4 204:1
205:1 206:1
**vague** 47:17
**valley** 1:5
**valuable** 177:8
**value** 75:12
101:18 115:18
181:2,12,17,18
**vap** 111:3
**variable** 107:18
111:2 112:2
113:10,22 167:3
**variables** 104:23
105:5 165:14,22
166:10,13
**variation** 156:12
**various** 105:2
**verified** 36:19
**verify** 36:3,9,25
37:5,13
**veritext** 2:23
**vermont** 11:8
**version** 67:24
**versus** 18:16 20:15
85:22,23,24
**veterinary** 12:8
**victory** 175:24
176:9,15 183:13
183:18,22
**view** 118:20
**viewing** 53:13
**virginia** 15:15
**virtually** 90:3,7
127:14 128:13
146:22 177:24
**vitae** 9:8 203:15
**voketz** 18:16

**vote** 54:21,25 55:3
56:16,17 57:12,17
57:18 59:11,24
60:4,16,23,23
63:20,23 85:24
86:8 107:19 110:2
117:25 123:20,21
124:6,7 128:14,15
128:17 131:20
132:18,19,20
133:13,17,24
141:9 142:23,24
150:4,6 155:6
158:9,14,23
159:17 161:12
163:2 165:24
166:14 183:3,7,8
184:2 186:12,14
203:23
**voted** 64:8,14,21
65:2 84:8 92:23
93:3,7,22 94:13,17
94:21 95:2,6
115:9 130:22,25
134:15,16 135:17
135:24 136:7,24
137:6,8,11 143:23
144:2,9,13,18,22
146:4,23,24
148:12,19,23
152:2,7,11 153:8,9
154:5,11,20,21
155:10,12,17
160:24,25 161:6,8
164:3
**voter** 33:22,23
34:7,8,11,12 95:10
95:20,22 105:14
114:4 118:22
119:5,17 120:3,22
124:21 126:9,21

127:7,25 128:20
144:16 146:11
148:11 185:7
187:20,23 190:21
192:9,15,17
194:12,14 196:20
198:10
**voters** 34:13,15,16
43:18 46:4,14,25
55:8,10,11,12
56:15,17 57:11,11
57:17,18 58:3,4,17
58:17 59:10,11,24
59:24 60:4,4,16,23
62:10,16,20,23
63:3,8,15 64:2,8
64:14,21 65:2
75:16 81:24 82:17
83:2,10,15,22 84:8
85:13,15,16 86:4,5
86:7 92:20,23
93:3,7,16,22 94:3
94:8,9,12,16,21
95:2,6,15 96:2,15
96:22 97:22,23,25
98:9,13 101:5,5
102:21 103:3,12
103:20 110:3
115:8 116:22
117:18,24 121:24
122:12 128:24
130:19,21,25
132:23 133:23
134:14,24 135:6
135:17,24 136:7
136:14,15,17,17
136:19,21,24
137:6,10 139:20
142:15 143:21,23
144:2,9,13,18,22
145:6,10,20 146:4

146:23,24 147:5
147:13,23,25
148:12,18,22
149:4,6,25 150:4,5
150:13,15 151:7
151:11,21 152:2,6
152:11,18,22
153:7,9,14,24
154:5,10 155:12
155:17,23 156:2
156:10 157:3
160:23,25 161:6,7
161:16,18 162:23
162:25 164:3
175:16,19 176:16
178:7 188:8,11,12
190:20 191:8,10
193:11 194:5,18
194:22,24 195:8
197:13,15 198:8
198:20 199:10
**votes** 63:18,22
69:5,6,14,24 81:25
82:17 83:2,10,16
83:22 104:7
107:13 131:14,16
131:19 132:12,13
133:5,7,8,10 142:3
142:10,14,17,25
158:20 176:4
183:13,16,18,22
**voting** 17:15,19,20
18:19 23:18 24:7
24:9,12 25:5,17,25
26:9,22 27:8,21
42:20 47:3 54:12
54:20 55:8,9,10,11
55:13,20 58:13,16
58:24 59:13,14,19
61:8,20 62:10,17
62:23,24 63:4,8,15

64:2 65:24 69:18
69:21 75:16 82:5
83:19 85:13 86:20
88:12,13 89:14
92:20 94:8 96:23
97:22,23 98:10,13
102:21 103:3,12
103:20 104:16
105:6 106:4 109:4
110:6,16,24
111:23,24 112:10
112:15 113:7,9,22
123:3,5 127:2,8,12
128:24 130:19
134:24 135:6
137:3 138:22
139:8,16 143:21
145:20 149:9,21
150:13,15 151:21
162:12 167:9
172:11,19 175:11
175:18 177:4
181:22 182:4,11
187:16 188:17
189:20 192:11
195:22 196:3,16
196:23
**vs** 1:7

**w**

**wait** 8:4
**waived** 4:10
**walk** 92:16
**want** 26:2 32:9,16
56:23 58:19 87:11
88:21 100:2
108:23 114:10
126:19 134:18
197:2
**wanted** 201:4
**washington** 2:25
3:8

**watkins** 2:6 7:19
**way** 26:3,17 60:2,6
60:17,23 61:12
66:20 71:22 77:23
84:17 107:4 128:7
130:14 132:9
134:4 137:9 139:6
143:8,11,14,15
145:19 146:18
155:18 173:4
190:13 201:3
202:18
**ways** 82:5
**we've** 9:21 30:17
40:24 56:21 58:25
127:13 135:2
137:23 160:2
201:5
**weak** 55:19 56:6
**weber** 120:8
**website** 33:11 53:5
53:13 88:2 168:19
169:22 170:2
**websites** 40:10
169:22
**weight** 96:9,13,17
96:18 121:21
122:9,16,25
**weighting** 97:3
**weissmandl**
120:18,20 121:11
122:24 155:23,24
156:5,9 157:2
178:24 179:5
**weissmandl's**
179:14,20
**went** 10:19
**whereof** 202:20
**white** 33:13,14,15
33:18,20,23 34:10
35:9 36:4,18 37:3

37:11,17 38:2,6,10
38:13,16,20 39:6,9
39:10,15 47:3
51:3 55:8,10
56:15 57:11,17
58:3,17 59:10,23
60:3 62:23,23
63:3,7,15 85:16
86:7 90:7,20 91:2
93:22 94:12 95:2
97:20 101:5 106:4
109:6,13,13,14,24
112:6 116:14
121:24 122:12
127:14 128:13,24
129:19 139:20
144:16,18,22
146:4,25 147:2,19
147:22,23 148:11
148:12,18,19,22
149:4,7,16,16,20
149:20 150:3,6,11
152:18,21 153:3,7
153:10,24 154:4
154:10,23 155:12
155:17,23 156:2,5
156:10,18,21
157:3 161:19
169:7,9,13 176:16
176:22 177:24
178:2 182:22
183:3 185:7,8,13
185:21 186:4
187:20 188:12
194:6,7,12
**whites** 54:23,25
85:23 100:24
111:7,11,13
113:18 130:3,4
140:24 141:9
147:17 150:24

154:20,21 155:6,9
161:17
**wide**  183:9
**win**  89:24 187:20
188:2
**winning**  121:22
122:10 182:22
**witness**  5:12 17:15
17:19,24 18:3,4,12
19:25 20:5,14
22:18,25 23:11
27:14 67:17 102:9
202:10,14,20
203:3 204:3
**woman**  154:17
156:19,20,21
162:24
**women**  153:3
**won**  176:7,22
183:3,24 185:8,13
185:22 186:3
**wondering**  163:7
**word**  67:15 108:24
190:8
**wording**  198:13
**words**  15:21
121:16 122:2
197:20
**work**  13:18 28:9
28:13,18 30:15
31:6 32:5 78:14
78:19 160:2
**worked**  22:17
28:24 29:2
**working**  12:21
29:9 30:8 59:18
60:21
**worm**  11:18,18
**worth**  41:2 199:12
**write**  80:25 81:3

**writing**  12:4 13:16
80:20
**written**  91:16
178:21
**wrong**  188:5 192:2
**wrote**  49:10 83:4
122:7

**x**

**x**  1:3,10 109:24
203:2

**y**

**y**  88:2 105:25
109:25 166:16,17
**yeah**  198:4 201:2
**years**  18:14 20:19
25:6,7 41:2,6,18
42:11 54:11 68:22
78:16 82:11 84:16
84:18,21 85:4
180:2
**yehuda**  120:18,20
155:22,24 156:5,8
157:2 178:24
**yeshiva**  53:19 54:2
54:4
**yeshivas**  53:23,24
**yield**  181:11
**yisroel**  146:11
148:23
**yonah**  143:18,20
143:23 144:10,18
145:6
**york**  1:2,19,19,21
2:8,8,15,17,17
3:18,21,21 5:8
7:19 53:2 87:23
202:3,5,8
**yorktown**  5:8

**z**

**zero**  52:23