# **EXHIBIT 12**

```
East Ramapo 2013 Trustee Charles: RBV Summary Black Voters

**   **
CML return:    0.0000      N:            10.0000      _Esims:     100.0000
_Ebeta         0.0000      _Esigma:       0.5000      _Erho:        0.5000
_Eisn:        10.0000      resamp:        6.0000
_GhActual:     1.0000
_Estval:       1.0000
_Eeta:         0.0000
log-likelihood:            9.5257
ln(mean(Imptce Ratio)):   11.5434

Maximum likelihood results in scale of estimation (and se's)
      Zb0       Zw0      sigB      sigW       rho      etaB      etaW
   1.6899   -0.7315   -6.0000   -0.4976   -0.0009    0.0000    0.0000
   0.3144    0.7383   10.7274    0.3996    0.5080    0.0000    0.0000

Untruncated psi's
       BB        BW        SB        SW       RHO
   0.9225    0.0467    0.0025    0.6080   -0.0009

Truncated psi's (ultimate scale)
       BB        BW        SB        SW       RHO
   0.9225    0.4107    0.0025    0.2675   -0.0044

Aggregate bounds
            BETABB      ETAW
Lower:      0.1409    0.5535
Upper:      0.9911    0.7140

Estimates of Aggregate Quantities of Interest
     BETAB    BETAW
    0.8968   0.5713
    0.0597   0.0113
```

PL0000065

```
East Ramapo 2013 Trustee Charles: Turnout Summary Black Voters

**   **
CML return:    0.0000      N:            10.0000      _Esims:    100.0000
_Ebeta         0.0000      _Esigma:       0.5000      _Erho:       0.5000
_Eisn:        10.0000      resamp:        5.0000
_GhActual:     1.0000
_Estval:       1.0000
_Eeta:         0.0000
log-likelihood:           24.9160
ln(mean(Imptce Ratio)):   27.5661

Maximum likelihood results in scale of estimation (and se's)
     Zb0       Zw0      sigB      sigW       rho      etaB      etaW
 -2.4834   -1.1241   -1.2833   -3.0981    0.1034    0.0000    0.0000
  2.1536    0.1477    0.8989    0.3084    0.4869    0.0000    0.0000

Untruncated psi's
      BB        BW        SB        SW       RHO
 -0.3116    0.2167    0.2771    0.0451    0.1030

Truncated psi's (ultimate scale)
      BB        BW        SB        SW       RHO
  0.1382    0.2172    0.1204    0.0449    0.0400

Aggregate bounds
          BETABB      ETAW
Lower:    0.0000    0.0965
Upper:    0.6491    0.2777

Estimates of Aggregate Quantities of Interest
   BETAB    BETAW
  0.1586   0.2334
  0.0425   0.0119
```