UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>Defendants. | 17 Civ. 8943 (CS) (JCM) |

## NOTICE OF WITHDRAWAL

Due to the reasons set forth in the separately emailed letter, Counsel for Plaintiffs hereby withdraws the motion for a preliminary injunction, Dkt. No. 15.

1

Dated: March 29, 2018
New York, New York

Respectfully submitted,

/s/ Claudia T. Salomon
Claudia T. Salomon
Corey A. Calabrese
Elizabeth A. Parvis
Claudia.Salomon@lw.com
Corey.Calabrese@lw.com
Elizabeth.Parvis@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200

Arthur Eisenberg
Perry Grossman
Kevin Jason
aeisenberg@nyclu.org
pgrossman@nyclu.org
kjason@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329

*Attorneys for Plaintiffs*