# EXHIBIT F

1/26/17, 9:35 AM - Hersh Horowitz: Thanks
1/26/17, 9:36 AM - Harry Grossman: My pleasure
2/12/17, 7:55 PM - Hersh Horowitz: <Media omitted>
2/12/17, 7:56 PM - Hersh Horowitz: I was searching for some data, in Clarkstown in 2016 the largest polling location had 1300 voters. Versus east ramapi over 2000
2/12/17, 11:27 PM - Harry Grossman: We also have a lot more voters in total.
2/13/17, 2:04 PM - Hersh Horowitz: <Media omitted>
2/13/17, 2:04 PM - Hersh Horowitz: They are way lower
2/13/17, 2:07 PM - Harry Grossman: We have more voters in a single location than they have in their entire district.
2/13/17, 2:08 PM - Hersh Horowitz: Correct
2/14/17, 5:02 PM - Harry Grossman: I know somebody who would like to run for one of the seats. Who should I connect him to?
2/14/17, 5:02 PM - Harry Grossman: Joel Freilich.
2/14/17, 5:06 PM - Hersh Horowitz: Give me his number and Rabbi Oshry will call him.
2/14/17, 5:13 PM - Harry Grossman: 845-499-8069
2/14/17, 9:13 PM - Hersh Horowitz: Was there a crowd in the audience tonight?
2/14/17, 9:14 PM - Hersh Horowitz: Meeting over?
2/14/17, 9:15 PM - Hersh Horowitz: Lots of speakers on the change of poling location?
2/14/17, 9:20 PM - Harry Grossman: Exec session now. A few speakers about polling.
2/14/17, 9:27 PM - Harry Grossman: Very adamant against moving forward with polling change this year.
2/14/17, 9:27 PM - Hersh Horowitz: Big crowd? None spoke in favor of the change?
2/14/17, 9:35 PM - Harry Grossman: None.
2/14/17, 9:35 PM - Harry Grossman: All against.
3/9/17, 12:40 PM - Harry Grossman: Do we know who are candidates are this year?
3/9/17, 2:56 PM - Hersh Horowitz: Harry Grossman.
3/9/17, 2:58 PM - Hersh Horowitz: Oshry has been busy with it, and he has 4 people for the 2 other seats. Last I spoke he hadn't decided yet. I will check with him again today
3/9/17, 3:08 PM - Harry Grossman: One month away.
3/9/17, 3:11 PM - Hersh Horowitz: That's early for us.
3/9/17, 3:11 PM - Hersh Horowitz: We usually do this a day prior to deadline.
3/9/17, 3:11 PM - Hersh Horowitz: Last year he collected all signatures on the actual day that it was due
3/9/17, 3:15 PM - Harry Grossman: Cathy told me.
3/9/17, 3:17 PM - Hersh Horowitz: So aren't you a bit early for asking?
3/9/17, 3:20 PM - Harry Grossman: Maybe you didn't want me anymore?  And it isnt how I do things. ðŸ˜œ
3/28/17, 7:22 PM - Harry Grossman: Heads up that the due date for petitions is April 17 which is last days of Yom Tov.
4/13/17, 2:49 PM - Harry Grossman: I just received a call that deadline for petitions is Monday and district is closed tomorrow. Is this happening?  Monday is Yom Tov.
4/13/17, 3:10 PM - Hersh Horowitz: He didn't know they were closed tomorrow.  He collected all signatures,  he just needs to number all pages and review then before submitting.
4/13/17, 3:10 PM - Harry Grossman: Good Friday.
4/14/17, 12:19 AM - Harry Grossman: Did it get completed?