# FEERICK LYNCH MacCARTNEY & NUGENT PLLC

## ATTORNEYS AT LAW

**ROCKLAND COUNTY OFFICE**
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000  FAX. 845-353-2789

DENNIS E.A. LYNCH
DONALD J. FEERICK, JR.
J. DAVID MacCARTNEY, JR.
BRIAN D. NUGENT*
MARY E. MARZOLLA*

OF COUNSEL
DONALD J. ROSS
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

WESTCHESTER COUNTY OFFICE
235 MAIN STREET, SUITE 330
WHITE PLAINS, NEW YORK 10601
*(Not for service of papers)*

**www.flmpllc.com**

*All correspondence must be sent to Rockland County Office*

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. McGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

October 26, 2018

*Via E-Filing*

Hon. Judith C. McCarthy
United States Magistrate Judge
South District of New York
300 Quarropas Street
White Plains, New York  10601-4150

Re:  National Association for the Advancement of Colored People,
v. East Ramapo Central School District
Docket No. 17 Civ. 8943

Dear Judge McCarthy:

The undersigned has just been contacted by Rabbi Yehuda Oshry concerning the matter above-captioned.  I have received today the October 25, 2018 correspondence sent by Counsel for the Plaintiffs to you.  As I have not met with Rabbi Oshry after receiving that correspondence and have only had a very brief discussion verbally with him, I write to request the opportunity after speaking with Rabbi Oshry to respond on this Monday with regard to said correspondence.

With the very preliminary information I have received today, I believe there is a substantial question whether Rabbi Oshry was properly served with any Subpoena. Moreover, to the extent that any Discovery sought may involve religious privileges or First Amendment rights, that also should be explored by myself with Rabbi Oshry and ascertained so Your Honor can be

so informed in a responsive letter.  I therefore request the opportunity to respond on this Monday, October 29, 2018 to the Court and Opposing Counsel on said October 25, 2018 letter.

   Finally, I am currently involved in discussions with Opposing Counsel with regard to the potential production of another Witness and I will certainly continue in good faith with those discussions as well as attempt to resolve this matter in good faith once I am able to ascertain the full background concerning this matter.  Thanking the Court for its time and consideration of this request, I remain,

Very truly yours,

Dennis E. A. Lynch

DEAL/sd
cc: Claudia T. Salomon, Esq.