# EXHIBIT B

| From: | Aron Weider [aba845@yahoo.com] |
|---|---|
| Sent: | 3/4/2018 12:59:13 PM |
| To: | Butler, David J. [david.butler@morganlewis.com] |
| Subject: | Fw: wolfsat |

[EXTERNAL EMAIL]

----- Forwarded Message -----
From: Aron B. Weider <aba845@yahoo.com>
To: "menashe@roadwayinstall.com" <menashe@roadwayinstall.com>
Sent: Wednesday, May 9, 2007, 2:29:09 PM EDT
Subject: wolfsat

Dear Mr. Wolfset,

Initially, I represent P.R.O.B.E. (Parents for the Responsible Operation of the Board of Education) We have been involved in both Publicity and Fund Raising for "Monsey' candidates that have run for Board Seats for the past four years. Just as a point of reference, I have worked closely with Kalman Weber (as SERTA) for the last four years to change the make-up of the school board. To this extent we have been very successful except when some of the rabbonim in the community interfered by selecting candidates who: a) were not really interested in running but succumbed under 'pressure' and then, b) they made no effort to help their candidacy. I understand that you were selected, but correct me if I am wrong, by Rabbi Horowitz of YARC to run for the seat of Gabriel Tenembaum. I have heard of Rabbi Horowitz's 'connection' to the ERCSD.

The most pivotal goal I will aim to work on as soon as I am elected is lowering property taxes You nor anyone else on the school board is in the position to lower school taxes, except by the judicious cutting of school programs, or decreasing classes sizes, by the elimination of teacher positions.. This will not be a quick or easy job, as there will be much resistance from nay quarters.

in our area. I have many innovative ideas I would like to implement in order to tackle this monumental task. I had the opportunity to meet with members of the East Ramapo Taxpayers Association, an organization that has been active in this area for many years. Their support has encouraged me that my goals are realistic and can be met.

I would appreciate an opportunity to meet with you personally in the very near future to discuss the above, and I look forward to getting your support in the upcoming election.

As Election Day is around the corner, and as 'our/Kalman's' candidate Itzkowitz 'bailed out' we find ourselves in a situation that we will be giving our support to Kandel, Paige & Wieder. We hope to see you in the 'Winner's Circle' this coming Tuesday night.      Jerrold Wolfset

---

It's here! Your new message!
Get  <https://urldefense.proofpoint.com/v2/url?u=http-3A__us.rd.yahoo.com_evt-3D49938_-2Ahttp-3A__tools.search.yahoo.com_toolbar_features_mail_&d=DwMFaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=_ej7iH1PmEh5FlsF6yDHIyDnjCdlYIFeOPGjtDKLh8s&m=NnrqjkUO5TagsFhjZQAbSq5OJ7AvpRFX9Ga-GJsRyhY&s=DP07Rt-d65CoJ5Y6REXYtXtdp-7U8EfaE-y5b8iWVhE&e=> new email alerts with the free Yahoo! Toolbar.
<https://urldefense.proofpoint.com/v2/url?u=http-3A__us.rd.yahoo.com_evt-3D49938_-2Ahttp-3A__tools.search.yahoo.com_toolbar_features_mail_&d=DwMFaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=_ej7iH1PmEh5FlsF6yDHIyDnjCdlYIFeOPGjtDKLh8s&m=NnrqjkUO5TagsFhjZQAbSq5OJ7AvpRFX9Ga-GJsRyhY&s=DP07Rt-d65CoJ5Y6REXYtXtdp-7U8EfaE-y5b8iWVhE&e=>

CONFIDENTIAL                                                                                                                                                      ERCSD_WIEDER_00000083