# EXHIBIT C

1/19/16, 11:11 PM - Hersh Horowitz: What's your email address?

1/19/16, 11:13 PM - Hersh Horowitz: I got it already.  When you have time take a look at my email and the attachment and I want to discuss thereafter with you.

3/16/16, 5:45 PM - Harry Grossman: Off the record, between us - do you think this will turn out badly?

3/16/16, 5:48 PM - Hersh Horowitz: Call me

5/15/16, 6:30 PM - Hersh Horowitz: Please call me when you can talk

5/15/16, 7:49 PM - Hersh Horowitz: Shimmy just posted the meeting on the group.  Please respond and push others should join as well

5/25/16, 2:57 PM - Harry Grossman: Any developments on Ramapo Central - busing in general and busing from private school to public school for special ed services?

5/25/16, 3:29 PM - Hersh Horowitz: No. As you know I was waiting for a meeting.  .....  now they told that I they not available till June 7th.

5/25/16, 3:30 PM - Hersh Horowitz: I have a meeting this Friday with the yeshivas affected

5/25/16, 3:37 PM - Hersh Horowitz: To decide next steps

5/25/16, 3:53 PM - Harry Grossman: Remember you said you wanted to do it a nice way?

5/25/16, 3:53 PM - Harry Grossman: Sometimes you are dealing with people who don't want whatyou want.

5/25/16, 3:57 PM - Hersh Horowitz: Agree.  But we have to do our part.

5/25/16, 3:58 PM - Hersh Horowitz: We must give all the benefit of the

5/25/16, 4:10 PM - Harry Grossman: Not at your own expense. The district will slow down over summer. Small window.

6/14/16, 11:09 PM - Harry Grossman: I knew nothing about what you said East Ramapo offered. It sounds illegal to me and I don't want to start spreading it before we get to see it. We can't bus kids who live in a different district.

6/14/16, 11:10 PM - Hersh Horowitz: Sandy did it on her own with out asking me. One of the ramapo central parents was on her head....

6/14/16, 11:12 PM - Harry Grossman: I don't think she has the authority to do that. Legally we can only bus East Ramapo kids, I think.

6/14/16, 11:13 PM - Hersh Horowitz: <Media omitted>

6/14/16, 11:13 PM - Hersh Horowitz: Correct me if I'm wrong

6/14/16, 11:17 PM - Harry Grossman: It sounds sketchy to me and would have to pass legal muster.

6/14/16, 11:18 PM - Harry Grossman: Let's just keep this close to the vest until absolutely necessary. Find out exactly what she was suggesting and I can bounce it off attorney.

6/14/16, 11:19 PM - Hersh Horowitz: Will do. I will let you know tomorrow

7/8/16, 10:24 AM - Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.

7/11/16, 10:50 PM - Hersh Horowitz: Can I still call you? Quick question

7/11/16, 10:56 PM - Harry Grossman: Yes

7/28/16, 1:05 AM - Hersh Horowitz: Andrew Mandel is writing next meeting is august 23rd. I thought you having one on August 9th? It would be a good idea to have one on the 9th as that's Clarkstown next meeting and that will bring more people then yours....

7/28/16, 5:04 AM - Harry Grossman: It is the 9th. Also having one on the 2nd

7/29/16, 2:36 PM - Hersh Horowitz: I tried explaining to Yehuda the other day my

personal opinion that instead of saying administrative eror he should say district clerk eror. It seems that he doesn't want to do this to Cathy ,however it is in fact her mistake and I don't think the board should take the blame for something that has nothing with them. I don't know if you agree with me but just sharing my point of view.

7/29/16, 2:44 PM - Hersh Horowitz: I see the statement already.

7/29/16, 3:33 PM - Harry Grossman: I agree with Yehuda. Cathy does so much for us, I wouldn't throw her under the bus. Plus, they would blame us anyway.

7/29/16, 3:48 PM - Hersh Horowitz: I leave it up to tou guys.  U are in this.

8/10/16, 12:23 AM - Hersh Horowitz: I had 2 items on the agenda tonight. Was it brought up? Did it pass?

8/10/16, 12:24 AM - Harry Grossman: Both passed. No nays.

8/10/16, 12:24 AM - Hersh Horowitz: Great. Now I can go to sleep.

8/10/16, 12:25 AM - Harry Grossman: LOL

8/10/16, 12:25 AM - Hersh Horowitz: Why we're you there so late?

8/10/16, 12:25 AM - Hersh Horowitz: This is insane. Till 12am

8/10/16, 12:25 AM - Harry Grossman: Lots to talk about in executive session

8/10/16, 12:25 AM - Harry Grossman: Public speaking lasted 1 hour.

8/10/16, 12:26 AM - Hersh Horowitz: Can't these things be hashed out before hand?  It's a drainer. Sitting with all these haters all these hours is no picnic

8/10/16, 12:27 AM - Hersh Horowitz: Only Hashem can pay you for this.

8/10/16, 12:28 AM - Hersh Horowitz: No words

8/10/16, 12:28 AM - Harry Grossman: On the contrary. ×¢×" ×ž××" ×•×¢×©×¨¨×™×× ×©©× ×" when I come before Hashem this is my defense. I got it in this world.

8/10/16, 12:28 AM - Harry Grossman: ðŸ˜Š

8/10/16, 12:28 AM - Harry Grossman: Can't internalize it.

8/10/16, 12:29 AM - Harry Grossman: They feel disempowered because they are.

8/10/16, 12:29 AM - Hersh Horowitz: Great defense indeed

8/10/16, 12:30 AM - Harry Grossman: So they strike out. As long as it is only verbal I don't care.

8/10/16, 12:30 AM - Hersh Horowitz: Yes. My guess new monitor soon and in 2 months all are gone and it's quite again

8/10/16, 12:31 AM - Harry Grossman: The reality on the ground isn't changing.

8/10/16, 12:32 AM - Harry Grossman: Especially with $3m. Full day kindergarten. The arts restored in all grades. The smart bond money coming in. Capital bond $55m.

8/10/16, 12:32 AM - Harry Grossman: And they will still complain

8/10/16, 12:32 AM - Harry Grossman: They must be Jews. ðŸ˜œ

8/10/16, 12:33 AM - Hersh Horowitz: But at least they are getting weaker. Open a journal news from 3 years ago and you will see a different world.  This is with them hating us.

8/10/16, 12:34 AM - Hersh Horowitz: All of this is credit ro you guys and commissioner

8/10/16, 12:34 AM - Harry Grossman: Yes. Commissioner is great.

8/10/16, 12:34 AM - Hersh Horowitz: What's capital bond? Tou putting it again for the voters?

8/10/16, 12:35 AM - Harry Grossman: She saw the truth very quickly.

8/10/16, 12:35 AM - Harry Grossman: In December.

8/10/16, 12:35 AM - Harry Grossman: Voting in October.

8/10/16, 12:35 AM - Harry Grossman: Resolution in October.

8/10/16, 12:35 AM - Harry Grossman: Vote in December

1/26/17, 9:35 AM - Hersh Horowitz: Thanks

1/26/17, 9:36 AM - Harry Grossman: My pleasure

2/12/17, 7:55 PM - Hersh Horowitz: <Media omitted>

2/12/17, 7:56 PM - Hersh Horowitz: I was searching for some data, in Clarkstown in 2016 the largest polling location had 1300 voters. Versus east ramapi over 2000

2/12/17, 11:27 PM - Harry Grossman: We also have a lot more voters in total.

2/13/17, 2:04 PM - Hersh Horowitz: <Media omitted>

2/13/17, 2:04 PM - Hersh Horowitz: They are way lower

2/13/17, 2:07 PM - Harry Grossman: We have more voters in a single location than they have in their entire district.

2/13/17, 2:08 PM - Hersh Horowitz: Correct

2/14/17, 5:02 PM - Harry Grossman: I know somebody who would like to run for one of the seats. Who should I connect him to?

2/14/17, 5:02 PM - Harry Grossman: Joel Freilich.

2/14/17, 5:06 PM - Hersh Horowitz: Give me his number and Rabbi Oshry will call him.

2/14/17, 5:13 PM - Harry Grossman: 845-499-8069

2/14/17, 9:13 PM - Hersh Horowitz: Was there a crowd in the audience tonight?

2/14/17, 9:14 PM - Hersh Horowitz: Meeting over?

2/14/17, 9:15 PM - Hersh Horowitz: Lots of speakers on the change of poling location?

2/14/17, 9:20 PM - Harry Grossman: Exec session now. A few speakers about polling.

2/14/17, 9:27 PM - Harry Grossman: Very adamant against moving forward with polling change this year.

2/14/17, 9:27 PM - Hersh Horowitz: Big crowd? None spoke in favor of the change?

2/14/17, 9:35 PM - Harry Grossman: None.

2/14/17, 9:35 PM - Harry Grossman: All against.

3/9/17, 12:40 PM - Harry Grossman: Do we know who are candidates are this year?

3/9/17, 2:56 PM - Hersh Horowitz: Harry Grossman.

3/9/17, 2:58 PM - Hersh Horowitz: Oshry has been busy with it, and he has 4 people for the 2 other seats. Last I spoke he hadn't decided yet. I will check with him again today

3/9/17, 3:08 PM - Harry Grossman: One month away.

3/9/17, 3:11 PM - Hersh Horowitz: That's early for us.

3/9/17, 3:11 PM - Hersh Horowitz: We usually do this a day prior to deadline.

3/9/17, 3:11 PM - Hersh Horowitz: Last year he collected all signatures on the actual day that it was due

3/9/17, 3:15 PM - Harry Grossman: Cathy told me.

3/9/17, 3:17 PM - Hersh Horowitz: So aren't you a bit early for asking?

3/9/17, 3:20 PM - Harry Grossman: Maybe you didn't want me anymore?  And it isnt how I do things. ðŸ˜œ

3/28/17, 7:22 PM - Harry Grossman: Heads up that the due date for petitions is April 17 which is last days of Yom Tov.

4/13/17, 2:49 PM - Harry Grossman: I just received a call that deadline for petitions is Monday and district is closed tomorrow. Is this happening?  Monday is Yom Tov.

4/13/17, 3:10 PM - Hersh Horowitz: He didn't know they were closed tomorrow.  He collected all signatures,  he just needs to number all pages and review then before submitting.

4/13/17, 3:10 PM - Harry Grossman: Good Friday.

4/14/17, 12:19 AM - Harry Grossman: Did it get completed?

doable. Science start with chemistry and physics. Biology a bit more dicey.

8/27/17, 11:27 PM - Hersh Horowitz: Hard. We are at basic literacy and math.

8/27/17, 11:29 PM - Harry Grossman: Understood. That's why I said a plan with goals to achieve

8/27/17, 11:29 PM - Harry Grossman: I'm not saying you can jump to that tomorrow.

8/27/17, 11:44 PM - Harry Grossman: Maybe it already exists.  My thinking is a comprehensive plan to upgrade the literacy in the yeshivot.  Begin with English and math.  Establish milestones to achieve and the process to ultimately reach regents exams in those topics.  Science and social studies would be more in the development phase as there are cultural concerns that need to be properly addressed plus you can't do higher science without having the math already in place.  Once again, the idea being a plan with target dates.  Always subject to change.

9/12/17, 9:31 PM - Harry Grossman: Contract tabled for next meeting.

9/12/17, 9:31 PM - Hersh Horowitz: Why?

9/12/17, 9:31 PM - Hersh Horowitz: Sabrina?

9/12/17, 9:31 PM - Harry Grossman: Didn't have the votes.

9/12/17, 9:32 PM - Harry Grossman: Sabrina and Germaine. Very questionable. Didn't want to push it.

9/12/17, 9:32 PM - Hersh Horowitz: Good. When u can talk I would like to hear their questions.

9/12/17, 10:28 PM - Harry Grossman: Now I'm available

3/25/18, 1:56 AM - Hersh Horowitz: Will be tough to get it this week. Pesach.......
additionally I don't know of any school that has already set next year's calender. Making it impossible to know how many days

3/25/18, 6:50 AM - Harry Grossman: Understood. Doesn't need to be exact. For example. Need a ballpark figure. We know the Yom tovim and erev and isru  chag if they normally give off. A winter break if they have one.  You get the idea. Seriously it shouldn't take someone more than 10 minutes. How many kids are ER if they have it otherwise total number of kids. That also can change.

4/2/18, 4:19 PM - Harry Grossman: Spoke to David Butler today. He asked me to convey message that it would be good for the case to have a minority to run against Sabrina that community could support. Message conveyed.   Good moed.

4/2/18, 5:46 PM - Hersh Horowitz: If we are to run a minority person, then why not keep Sabrina?

4/2/18, 6:23 PM - Harry Grossman: She really doesn't get it. Very nice but very very influenced by Luciano.

4/2/18, 6:23 PM - Harry Grossman: I've tried to explain it to her many times.

4/4/18, 12:28 PM - Harry Grossman: The ou just got Albany to give $15 mil for STEM education. Last year was $5 mil unprecedented. If we take the $, will need to provide the education

4/4/18, 12:29 PM - Harry Grossman: Can we get this out to YARC?

4/4/18, 12:45 PM - Hersh Horowitz: STEM money is not that simple. Not sure why they Put In the 15 million. I don't think they were able to spend the 5 million this year.

4/4/18, 12:56 PM - Harry Grossman: Not an area that I really know. If you are planning to expand math this year in the yeshivas, however, it can give you funding. I think you did English last year.

4/4/18, 12:57 PM - Hersh Horowitz: Funding was very complicated and too many strings attached

4/20/18, 5:59 PM - Hersh Horowitz: Who told you about This?

4/20/18, 6:04 PM - Harry Grossman: I posed certain questions to Dr. W regarding transportation and preparing for the upcoming year.

4/21/18, 11:14 PM - Hersh Horowitz: Did she get back to you?

4/21/18, 11:15 PM - Hersh Horowitz: Additionally, I didn't get new poking location cards. When are they being sent?

4/21/18, 11:19 PM - Harry Grossman: They were sent out yesterday I think.

4/21/18, 11:20 PM - Harry Grossman: Should be getting them Monday or Tuesday

4/21/18, 11:21 PM - Harry Grossman: Not yet. About some parts yes.  Not about that meeting.

4/21/18, 11:24 PM - Hersh Horowitz: Is she hiding something?

4/21/18, 11:26 PM - Harry Grossman: <Media omitted>

4/23/18, 6:31 PM - Harry Grossman: The meeting in May has nothing to do with transportation vendors. It is for smart bond.

4/29/18, 1:09 AM - Hersh Horowitz: FYI.. There is 30,696 children bli ein hura in our schools this year. This includes Pre-K

4/29/18, 1:20 AM - Harry Grossman: ×•×™×¨·×'×• ×•×™×¢×¦×žׂ× ×'×žׂ×" ×žׂ×"

4/29/18, 1:21 AM - Harry Grossman: Baruch Hashem.

4/29/18, 1:22 AM - Hersh Horowitz: ×'×œ×™ ×¢×™×Ÿ ×"×•×¨×¢

5/8/18, 2:40 PM - Hersh Horowitz: Are you in town today?

5/8/18, 2:40 PM - Hersh Horowitz: Mean local?

5/8/18, 2:42 PM - Harry Grossman: Not until tonight.  Sorry.

5/8/18, 3:27 PM - Harry Grossman: I have dentist appointment followed by mincha/maariv. Available after that.

5/8/18, 3:32 PM - Hersh Horowitz: Enjoy the dentist.  having meeting with schools about next week's election and wanted a board member to attend. I just reached our president and he will come.

5/8/18, 3:33 PM - Harry Grossman: ðŸ'

5/8/18, 3:33 PM - Harry Grossman: Trump?

5/8/18, 3:34 PM - Hersh Horowitz: The real President

5/8/18, 3:37 PM - Harry Grossman: What time is meeting?

5/8/18, 3:42 PM - Hersh Horowitz: 4:30. Will be happy to have you join

5/8/18, 3:50 PM - Harry Grossman: Not a prayer. Sorry. Not even leaving until 5

5/8/18, 9:47 PM - Hersh Horowitz: <Media omitted>

5/8/18, 9:47 PM - Hersh Horowitz: We missed you

5/8/18, 9:48 PM - Harry Grossman: Did it just end?

5/8/18, 9:49 PM - Hersh Horowitz: No. 6pm

5/8/18, 9:49 PM - Harry Grossman: Didn't realize Dr. W and Shanahan and Wickham would be there. Good meeting?

5/8/18, 9:50 PM - Hersh Horowitz: Yes. Valter came as well

5/8/18, 9:50 PM - Hersh Horowitz: Yes, lots of questions. She was pushing very hard for the budget

5/8/18, 9:52 PM - Harry Grossman: Private schools get about 8-9 days in this budget.

5/8/18, 9:53 PM - Hersh Horowitz: She was trying to make the case. They were upset why only 167 versus 178

5/8/18, 9:54 PM - Harry Grossman: The answer is President Day, Xmas, Thanksgiving,  New Year, Veterans Day, etc...

5/8/18, 9:54 PM - Harry Grossman: We are open. They are closed.