UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRING VALLEY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, JULIO CLERVEAUX, CHEVON DOS REIS, ERIC GOODWIN, JOSE VITELIO GREGORIO, DOROTHY MILLER, HILLARY MOREAU, AND WASHINGTON SANCHEZ, <br><br>                  Plaintiffs, <br><br>       v. <br><br> EAST RAMAPO CENTRAL SCHOOL DISTRICT, <br><br>                  Defendants. | 17 Civ. 8943 (CS)(JCM) |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between Spring Valley branch of the National Association for the Advancement of Colored People, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Jose Vitelio Gregorio, Dorothy Miller, Hillary Moreau, and Washington Sanchez (collectively, Plaintiffs), and Defendant East Ramapo Central School District, that Mr. Washington Sanchez is voluntarily withdrawing as Plaintiff in the above captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs.

Dated: November 1, 2018
       New York, New York

| MORGAN, LEWIS & BOCKIUS LLP | LATHAM & WATKINS LLP |
|---|---|
| By: /s/ David J. Butler<br>David J. Butler[1]<br>Randall Levine<br>101 Park Avenue<br>New York, NY 10178<br>T: (212) 309-6000<br>F: (212) 309-6001<br>-and-<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>T: (202) 739-3000<br>F: (202) 739-3001<br>david.butler@morganlewis.com<br>randall.levine@morganlewis.com<br><br>*Attorneys for Defendant* | By: /s/ Claudia T. Salomon<br>Claudia T. Salomon<br>Corey Calabrese<br>Jennifer Matystik (admitted *pro hac vice*)<br>Rakim Johnson (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: claudia.salomon@lw.com<br>Email: corey.calabrese@lw.com<br>Email: jennifer.matystik@lw.com<br>Email: rakim.johnson@lw.com<br><br>Arthur Eisenberg<br>Perry Grossman<br>Kevin Jason<br>aeisenberg@nyclu.org<br>pgrossman@nyclu.org<br>kjason@nyclu.org<br>New York Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 607-3329<br><br>*Attorneys for Plaintiffs* |

---

[1] Plaintiffs use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.