# EXHIBIT H

report expected in mid Dec. Hopefully concluding that formula change must be priority.
11/10/15, 7:41 AM - Mort Becker: Wow! Watch this!

http://hudsonvalley.news12.com/news/new-superintendent-meets-with-school-board-1.11077266#autoplay=true

11/10/15, 7:58 AM - ‎+1 ███████: Don't have lohud account which its asking for the video. Can you post the video?
11/10/15, 8:01 AM - Joel Petlin: I agree with you Harry but as you know, ANY budget deficit will count against you in the Comptrollers scoring as well as in the press. We all believe in quality schools but how do we pay for them? Walcott is the only one that can undue the damage of the Greenberg Powerpoint. That should be added to the mission of this group.
11/10/15, 8:03 AM - Shaya Glick: <Media omitted>
11/10/15, 8:04 AM - ‎+1 ███████: Why don't we just work towards better use of funds and higher scores?
11/10/15, 8:08 AM - Harry Grossman: Joel - completely agree. When comptroller's report card comes out we will be most improved district in state. Fund balance is large component and we went from $8m deficit to $2m surplus.
11/10/15, 8:09 AM - Harry Grossman: Jonathan - we need more funds. Much more. Mandated services for private schools will continue to drain funds from public schools.
11/10/15, 8:10 AM - Harry Grossman: Private school kids increasing by 2000 per year.
11/10/15, 8:15 AM - Pinny Goldblatt: Can we get a state senator or local politician to represent us in Albany for increased funding?
11/10/15, 8:16 AM - ‎+1 ███████: There was a meeting w/ David Carlucci @ Shalom Gelbtuch's house a couple years back; he promised, swore up n down he'd help. He sold us out and like every politician, just yes'd us and moved to the other side of the aisle to yes them too
11/10/15, 8:17 AM - ‎+1 ███████: Baruch, I remember that meeting as well. Don't know that he'll really be that helpful other than gives us lip service
11/10/15, 8:18 AM - ‎+1 ███████: Again, how many of us voted or gave to his campaign??? Of course we didn't get what we wanted.
11/10/15, 8:19 AM - ‎+1 ███████: you can't expect anything from them if you don't support and vote.
11/10/15, 8:20 AM - Pinny Goldblatt: Agreed. But we did support someone. Who was our candidate?
11/10/15, 8:20 AM - Shaya Glick: All starts with what Walcott will conclude in his report.
11/10/15, 8:20 AM - Pinny Goldblatt: It shouldn't be lost in all this that Mike Parietti was the guy who ran for town supervisor. Can you imagine what his agenda would have been?
11/10/15, 8:21 AM - Yehuda Weissmandl: He might be a good angle, he was sold out by his people that turned on him because he tried to make a compromise last year with the monitor bill. He is a pariah in their movement. Perhaps a meeting with him showing some love and support, we can get him to lead the way.
11/10/15, 8:22 AM - Yehuda Weissmandl: That video of perrietti should be circulated
11/10/15, 8:26 AM - Rivkie Feiner: I thanked David C exactly what YW is saying. He was embarrassingly bood by crowd when he was introduced at rcc when Dennis Walcott was introduced because HE didn't push for monitor with veto power.

4/29/18, 8:12 PM - Harry Grossman: When there was heavy Latino turnout, much of it was little kids.
4/29/18, 8:21 PM - Aron Saperstein: Why don't we tell them the kids are here to keep the adults in line??
4/29/18, 8:38 PM - Mort Becker: <Media omitted>
4/29/18, 10:30 PM - Rivkie Feiner: <Media omitted>
4/29/18, 10:41 PM - Sara Fuerst: Stepping nachas 😌
4/29/18, 10:43 PM - Eileen Grossman: its what we teach
4/29/18, 10:43 PM - Eileen Grossman: kudos Rivkie and continued nachas
4/29/18, 10:47 PM - Rivkie Feiner: Amein. It was great. Bh :)
4/29/18, 10:48 PM - Rivkie Feiner: EVERYONE seems to be reading our Lohud series! I had so many people come over to me and say oh you don't know me but I've been reading the articles.. it's amazing kh someone said to me it's about time Lohud realized there's something good in the Jewish community etc 😌
4/29/18, 11:41 PM - Joel Petlin: https://www.vosizneias.com/post/read/296462//2018/04/30/brooklyn-ny-hikind-employee-fired-after-preying-on-students-at-prominent-girls-school-in-bp-administration-turned-blind-eye/all_comments
4/29/18, 11:57 PM - Rivkie Feiner: So it's real??
4/29/18, 11:59 PM - Rivkie Feiner: Very sad
4/30/18, 12:07 AM - Joel Freilich: NYPD SVU is now investigating. What a mess
4/30/18, 12:13 AM - Chaim Saperstein: Amazing how many future victims were saved ONLY because a message was spread on whatsap, the only medium that gives parents a voice against the establishment.
And imagine how many children could have been saved earlier, if not for misguided (even if well meaning) cries of SHHHHHH!!! LASHON HARAH!!!! Which are, sadly, a predators best friend.
4/30/18, 12:15 AM - Rivkie Feiner: Such a chillul hashem :(
4/30/18, 12:18 AM - Mendy Sabo: <Media omitted>
4/30/18, 12:18 AM - Mendy Sabo: ███████ this was one of those WhatsApp recordings
4/30/18, 12:28 AM - Chaim Saperstein: As I said in my message on Friday, there were many, many indicators that the message was not false. Some of you may know that I was involved behind the scenes with resolving certain situations and was given a sad, but necessary education in detecting and recognizing the indicators. Although I admit that I forwarded this message in haste, it was not done as a knee-jerk reaction forwarding, it was only after it passed the sniff test that I did.
4/30/18, 12:34 AM - Shaya Glick: We here on this group are consistently aware of the fake news that is written all over the media about us.

Yet when it comes to a story that somehow fits the agenda. We are suddenly all for it. And it must be true!??? Is it?

I know this story pretty well I spoke to the people involved. It's a non-story.

And some people will always take a ride on other peoples blood.

It's the lifeline of a school for crying out loud.

CONFIDENTIAL

Shame on certain politicians for getting on social media without knowing any of the facts.

I was ×ž×§×'×œ on myself not to trade in other peoples *shame* stories.
4/30/18, 12:36 AM - Chaim Saperstein: So all those mothers who found out their children were groped, they are all lying, right?
4/30/18, 12:37 AM - Shaya Glick: You know for a fact that these VN are from parents?
4/30/18, 12:37 AM - Shaya Glick: Do you?
4/30/18, 12:37 AM - Shaya Glick: https://www.gofundme.com/justice-for-spikey
4/30/18, 12:40 AM - Chaim Saperstein: So Hikind is lying also, right? EVERYONE is lying. The girls, their mothers, Hikind. Only Rabbi Klein is telling the truth. Got it.
4/30/18, 5:06 AM - Harry Grossman: The process is to have the police investigate, not to make yourself judge, jury and executioner when you have zero facts.
4/30/18, 5:07 AM - Harry Grossman: Trying somebody through internet posts is a very bad process.
4/30/18, 5:07 AM - Aron Saperstein: Oh boy,
I see every one is up early today...
4/30/18, 5:09 AM - Harry Grossman: How many people have tried board members through internet posts of various criminal activity. It still happens.
4/30/18, 5:11 AM - Harry Grossman: You even have Albany reports saying it's true. Is it?
4/30/18, 5:14 AM - Harry Grossman: He is an at-will employee. Can be fired without a reason.
4/30/18, 5:25 AM - Harry Grossman: How does firing him solve anything or protect anybody if he is a predator? No mesirah with a non-Jew. Don't understand why nobody complained to police about him. Really, nothing to do with school.
4/30/18, 5:40 AM - Harry Grossman: Isn't this exactly what Mandel, Hatton and Luciano do? Lob accusations and allegations on the internet and get people throughout the US to pile on?
4/30/18, 5:41 AM - Harry Grossman: There is a process and prosecution through internet is not it.
4/30/18, 6:44 AM - Chaim Saperstein: Ahh, yes. there are no blind as those who refuse to see.

If not for spreading on whatsapp, his access to the girls would continue unfettered.

The spreading on whatsapp put the stop to this evil.

If you had it your way, he would still be molesting them.

But hey, at least nobody would be discussing this on whatsapp, so it's a win, right?
4/30/18, 6:52 AM - Eileen Grossman: rabbi klein should be brought up on being an accomplice.. what a ****
4/30/18, 6:53 AM - Shaya Glick: All the parents on *this group* that send the kids to ×'×™×™×ª ×©×"×" we're notified by you posting it right here 2 hours before the zman on friday.
4/30/18, 6:55 AM - Shaya Glick: We have an election coming up that will continue to

bring us bussing and services that we need. Hopefully we'll tend to that as well

4/30/18, 6:55 AM - Harry Grossman: Chaim, we will agree to disagree. All you had to do was contact CPS and/or police with girls being accused and let the investigation take place. WhatsApp was completely unnecessary.

4/30/18, 6:56 AM - Harry Grossman: Not sure I should go home. 😕

4/30/18, 7:00 AM - Dov Rakover: Guys good morning, let's stick to our board and budget issues and maybe our Monsey and Rockland issues. We can't tackle Brooklyn and Klal Yisrael issues on our small group chat

4/30/18, 7:03 AM - Chaim Saperstein: We we do.

Of course, the fact that the parents were intimidated from speaking out until they were united and empowered through social media to put a stop to the terror sort of points to one side over the other.

Shaya, your point about *this* group is moot. The point of spreading the post was not to *warn* people, it is to expose certain corruption in certain institutions where the safety and wellbeing of children are sacrificed at the altar of saving the reputation and shenanigans among the institutions. As Rabbi Horowitz tells me all the time, 'sunlight is the best disinfectant' It is only widespread condemnation that spurs action. It is only the knowledge that we won't follow like a bunch of sheep and bow to the whim of every administrator, by putting them on notice that we *will* expose them for not protecting the children, that we will be able to save our children.

4/30/18, 7:06 AM - Shaya Glick: Agree

4/30/18, 8:00 AM - Chaim Saperstein: Don't think for one second that it is not related.

We are working on getting more tax dollars to pay for more busing for Yeshivas.
You better be prepared for a PS parent to get up and ask why tax dollars should go to institutions that insist on being unaccountable to anybody, to the point that they are able and willing to cover up years of molestation by staffers simply to enforce their own sovereignty over their parent body.
It's a question that very well may be asked, don't be surprised if it's Miriam Moster who asks it.
And we better have a darn good answer.
'SHHHHHHHH!!! IT'S LASHON HARAH!!!!' might cut it for some of you in this chat, it is not going to work from the dais with a hundred angry East Ramapo looking for reasons to deny us the busing.
So we can start working on a palatable response, as I am already working on, or we could continue to behave in the manner that allowed this problem to happen.

4/30/18, 8:34 AM - You left

5/30/18, 7:44 AM - ‎+1 ███ ███‎ added you

5/30/18, 7:49 AM - Eileen Grossman: The Journal News - Lohud: Homework? Rockland kids' petition may abolish it

https://www.lohud.com/story/news/education/2018/05/30/homework-petition/631898002/

5/30/18, 8:15 AM - Rivkie Feiner:

https://www.lohud.com/story/opinion/readers/2018/05/30/east-ramapo-budget-revote-must-pass-june-19-school-advocate-says/651854002/

5/30/18, 8:20 AM - Sara Fuerst: This also sounds like a "great education idea"

5/30/18, 8:21 AM - Sara Fuerst: Don't understand Yiddish but can read the Tzionim and treif

CONFIDENTIAL

ERCSD_BoE_00001728