UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                Plaintiffs,<br><br>     v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                Defendants. | 17 Civ. 8943 (CS) (JCM) |

**DECLARATION OF CLAUDIA T. SALOMON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE BOARD MEMBERS' MOTION FOR RECONSIDERATION**

CLAUDIA T. SALOMON, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a Partner at the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, co-counsel for Plaintiffs with the New York Civil Liberties Union Foundation in the above-captioned matter. I am a member in good standing of the bar of the State of New York and this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to the Board Members' Motion for Reconsideration. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Pierre Germain held on October 18, 2018.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Bernard Charles Jr. held on October 15, 2018.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of the document bearing Bates number ERCSD_BoE_00000765.

6. Attached as Exhibit 4 is a true and correct copy of the document bearing Bates number ERCSD_GROSSMAN_00000490.

7. Attached as Exhibit 5 is a true and correct copy of the document bearing Bates number ERCSD00017469.

8. Attached as Exhibit 6 is a true and correct copy of the document bearing Bates number ERCSD_ROTHMAN_00000035.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of the document bearing Bates number ERCSD_GROSSMAN_00000742.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
November 9, 2018

_____
Claudia T. Salomon