# EXHIBIT 1 – CONFIDENTIAL

# [Sealing Request Pending]