# EXHIBIT J

1        UNCERTIFIED ROUGH DRAFT
2        THE VIDEOGRAPHER:  This is the start
3   of Media Labeled Number One of the video
4   recorded deposition of Kalman Weber in
5   the matter of National Association for
6   the Advancement of Colored People, Spring
7   Valley Branch, et al., v. East Ramapo
8   Central School District, et al. in the
9   United States District Court, for the
10  Southern District of New York.
11       This deposition is being held at 885
12  Third Avenue, New York, New York on
13  November 15, 2018, at approximately 11:14
14  a.m.  My name is Robert Rinkewich.  I am
15  the legal video specialist from TSG
16  Reporting, Inc. headquartered the at 747
17  Third Avenue, New York, New York.  The
18  court reporter is Christina Diaz in
19  association with TSG Reporting.  Counsel,
20  please introduce yourselves.
21       MS. ELSNER:  Kate Elsner, from
22  Latham & Watkins on behalf of plaintiffs
23  in this case.
24       MR. MANGAS:  Russell Mangas, Latham
25  & Watkins on behalf of plaintiffs.

Page 161

1          UNCERTIFIED ROUGH DRAFT
2     p.m.  This is the end of Media Number 3.
3     We are off the record.
4          (Recess)
5          THE VIDEOGRAPHER:  The time is 3
6     p.m.  This is the start of Media Number
7     4.  We are on the record.
8  BY MS. ELSNER:
9     Q.    Mr. Weber, today we have gone
10  through approximately ten advertisements, and
11  you testified that you weren't responsible for
12  any of them, correct?
13    A.    I don't know.  I wasn't responsible
14  for any of them?  I don't remember.  There was
15  nothing that I had done there?  The ones you
16  showed today, yes, that's correct.  I didn't
17  do any of them.
18    Q.    And earlier, you had testified that
19  these advertisements, they said that they were
20  sponsored by you or sponsored by SERTA but
21  that they weren't?
22    A.    That's correct.
23    Q.    Before today, did you know that
24  other individuals were using your name and
25  using SERTA's name in order to put

1                UNCERTIFIED ROUGH DRAFT
2      advertisements out to the community?
3           A.   Yes.
4           Q.   And did you review any of those
5      advertisements before they were put out?
6           A.   No.  I saw them in the community.  I
7      never got to see anything.
8           Q.   Ad you don't know who has been
9      responsible for using your name --
10          A.   No.
11          Q.   -- for advertisements?  Does that
12     trouble you that individuals were doing that?
13          A.   That troubles me very much.
14          Q.   And when --
15          A.   Because some things weren't true
16     what they put in.  I don't remember offhand,
17     and I would never put my name to some of the
18     things that they put.
19          Q.   When you found out that individuals
20     were putting your name and SERTA's name on
21     advertisements that you weren't responsible
22     for, what did you do about that?
23          A.   I didn't know who they were.  What
24     should I do?  I didn't know who they were, but
25     if I let word out in the community that they