UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH,** *et al.*, <br><br>                          **Plaintiffs,** <br><br> v. <br><br> **EAST RAMAPO CENTRAL SCHOOL DISTRICT,** *et al.*, <br><br>                          **Defendants.** | ECF CASE <br><br> Case No. 7:17-cv-08943 <br><br> DISTRICT JUDGE <br> CATHY SEIBEL <br><br> MAGISTRATE JUDGE <br> JUDITH C. MCCARTHY |

## [PROPOSED] ORDER

Upon consideration of the November 14, 2018 motion of Defendant East Ramapo Central School District ("District") to compel the production of documents from non-party Jamaican Civic and Cultural Association of Rockland, Inc. ("JAMCCAR") pursuant to a subpoena *duces tecum* dated October 8, 2018, the argument of the District's counsel at a hearing on the motion set by the Court and to which JAMCCAR was invited to attend, and having received no response from JAMCCAR, it is on this ____ day of December 2018, hereby

ORDERED that the District's motion to compel is GRANTED; and it is

FURTHER ORDERED that JAMCCAR shall produce all documents responsive to the October 8, 2018 subpoena to Morgan, Lewis & Bockius LLP, Attention: David J. Butler, 101 Park Avenue, New York, NY 10178-0060 and/or david.butler@morganlewis.com on or before January 2, 2019 at 5:00 p.m. EST.

SO ORDERED.

_____
Hon. Judith C. McCarthy, U.S.M.J.