UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **National Association for the Advancement of Colored People, Spring Valley Branch; Julio Clerveaux; Chevon Dos Reis; Eric Goodwin; Jose Vitelio Gregorio; Dorothy Miller; and Hillary Moreau,** <br><br>    **Plaintiffs,** <br><br>    v. <br><br>**East Ramapo Central School District,** <br><br>    **Defendant.** | ECF CASE <br><br> No. 7:17-cv-08943 <br><br> DISTRICT JUDGE <br> CATHY SEIBEL <br><br> MAGISTRATE JUDGE <br> JUDITH C. MCCARTHY |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant East Ramapo Central School District and non-parties Harry Grossman, Yehuda Weissmandl, and Joel Freilich, through undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order of District Judge Cathy Seibel entered in this action on November 19, 2018 (ECF No. 224).  This notice amends the Notice of Appeal previously filed in this action on November 20, 2018 (ECF No. 225).  The appeal to which this Amended Notice of Appeal relates has been docketed in the Second Circuit under Case No. 18-3481.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Dated: December 14, 2018

s/ David J. Butler
David J. Butler
Randall M. Levine
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
   -and-

1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com
randall.levine@morganlewis.com

William S.D. Cravens
Clara Kollm
Adam Adler
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
william.cravens@morganlewis.com
clara.kollm@morganlewis.com
adam.adler@morganlewis.com

*Counsel for Defendant and Non-Parties Harry Grossman, Yehuda Weissmandl, and Joel Freilich*