UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRING VALLEY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> EAST RAMAPO CENTRAL SCHOOL DISTRICT, <br><br> Defendants. | Case No: 7:17 Civ 08943(CS)(JCM) |

**NOTICE OF RULE 72(a) OBJECTION TO, AND MOTION TO RECONSIDER, MAGISTRATE JUDGE'S DECEMBER 3, 2018 ORDER GRANTING DEFENDANT'S MOTION TO QUASH SUBPOENAS DIRECTED TO DAVID BUTLER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 72(a), Plaintiffs National Association for the Advancement of Colored People, Spring Valley Branch; Julio Clerveaux; Chevon Dos Reis; Eric Goodwin; Jose Vitelio Gregorio; Dorothy Miller; Hillary Moreau; and Washington Sanchez ("Plaintiffs"), by and through undersigned counsel, object to the Magistrate Judge's December 3, 2018 Order (*See* Dec. 3, 2018 Minute Entry.) granting Defendant East Ramapo Central School District's ("Defendant") motion to quash subpoenas directed to David J. Butler, and hereby move this Court to reconsider and reverse and/or amend the Magistrate Judge's Order. In the alternative, Plaintiffs respectfully request that the Court hold its final decision until the parties have a final order from the Second Circuit regarding

1

whether Harry Grossman must testify at a deposition. Plaintiffs also file the attached memorandum of law in support of their objection and motion to reconsider.

*   *   *

Dated: December 17, 2018

**LATHAM & WATKINS, LLP**

s/ Claudia Salomon
Claudia Theda Salomon
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: claudia.salomon@lw.com

*Counsel for Plaintiffs*
*National Association for the Advancement of Colored People, Spring Valley Branch, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Jose Vitelio Gregorio, Dorothy Miller, Hillary Moreau, and Washington Sanchez*

# CERTIFICATE OF SERVICE

I hereby certify that on, December 17, 2018, a true and correct copy of the foregoing was served by CM/ECF on all counsel of record, including the following:

David J. Butler
Randall Levine
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
david.butler@morganlewis.com
randall.levine@morganlewis.com

William Cravens
Clara Kollm
Adam Adler
1111 Pennsylvania Avenue,
NW Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
william.cravens@morganlewis.com
clara.kollm@morganlewis.com
adam.adler@morganlewis.com

                                                                    s/ Claudia Salomon
                                                                      Claudia Salomon