# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
SPRING VALLEY BRANCH; JULIO
CLERVEAUX, CHEVON DOS REIS; ERIC
GOODWIN; JOSE VITELIO GREGORIO;
DOROTHY MILLER; HILLARY MOREAU;
AND WASHINGTON SANCHEZ,

                Plaintiffs,

    v.

EAST RAMAPO CENTRAL SCHOOL
DISTRICT AND MARYELLEN ELIA, IN
HER CAPACITY AS THE
COMMISSIONER OF EDUCATION OF
THE STATE OF NEW YORK,

                Defendants.

17 Civ. 8943 (CS) (JCM)

---

## EXPERT REPORT OF
## MATTHEW A. BARRETO, PhD. & LOREN COLLINGWOOD, PhD.

## EXPERT REPORT OF
## MATTHEW A. BARRETO, PhD. & LOREN COLLINGWOOD, PhD.

**I.  SCOPE OF WORK**

1.  We were retained by the law firm of Latham & Watkins LLP and the New York Civil Liberties Union Foundation to examine the degree to which elections for Board Members of the East Ramapo Central School District ("ERCSD", "East Ramapo" or the "District") are characterized, or not, by racially polarized voting between whites and non-whites, and the extent to which white or non-white candidates of choice are regularly elected to the Board of Education (the "Board").

2.  We filed our preliminary expert report on July 29, 2018 (the "Preliminary Expert Report"). The Preliminary Expert Report is attached to this report as Appendix B.

3.  This report serves as an addendum to the Preliminary Expert Report and contains our additional analyses of elections and factors surrounding East Ramapo elections for the Board.

4.  This report, together with the Preliminary Expert Report, serve as our expert report (the "Expert Report").

**II.  OVERVIEW OF EXPERT REPORT**

5.  The primary aim of the Expert Report is to examine whether evidence of racially polarized voting exists in elections for East Ramapo and to determine if black and Latino eligible voters have their electoral interest blocked by a combination of institutional arrangements and white bloc-voting.

6.  We have three main conclusions: 1) Using data on actual voters, there is very strong evidence of racially polarized voting in elections in East Ramapo from 2013 to 2018; 2) black-preferred and Latino-preferred candidates have never won a single contested election in

2

East Ramapo from 2013 to 2018; and 3) the electoral system in place for District elections contains many features that are known to reduce black and Latino voter participation and opportunities to elect candidates of choice.

## III.   ANALYSIS OF RACIALLY-POLARIZED VOTING IN EAST RAMAPO

7.   Ecological statistical models, like EI and EI RxC used in our Expert Report, attempt to draw an inference regarding how groups voted using aggregate ecological data, often of *eligible* voters. Yet, when data on *actual* voters is available, it is helpful to examine how candidate vote choice varied across precincts given precinct racial demographics of the actual voters, as opposed to the eligible voters. To compile actual voter data here, we employed a technique that is commonly used in social science analysis of voting patterns, and has been used in previous voting rights lawsuits: surname matching and local census data. As explained in our Preliminary Expert Report, we employ the WRU package in R to estimate the probability that a voter is white, black, Latino, or other, using a combination of surname and geolocation. The result is that for every person who actually cast a ballot in the 2017 election, we have a reliable estimate of their race or ethnicity, which we can then aggregate at the precinct level.[1] Using this data we create a more accurate picture of voter behavior in the 10 precincts in East Ramapo to run ecological analysis of vote choice and racial demographics.[2] The results are reported in

---

[1] *See* Kosuke Imai and Kabir Khanna, "Improving Ecological Inference by Predicting Individual Ethnicity from Voter Registration Records," Political Analysis vol. 24, at 263-72 (2016).

[2] Here, we are not necessarily interested in the racial assignment for any single individual voter because we use the aggregate precinct data to evaluate patterns across precincts, and are therefore more interested in the combined or aggregate racial assignments across precincts. Using the aggregate data gives us a much more refined read on the racial and ethnic demographics of the voters from one precinct to another because the data is more accurate at an aggregate level.

3

Tables 1-3 below for the elections in 2013, 2016, and 2018 for both EI and RxC based on our eiCompare package for R[3]. We were not able to analyze results for the 2015 election at the time of this report because the Microsoft Excel voter file provided by the District contained incorrect precinct district assignments for the voters. We will supplement our opinions with further analysis of the 2015 election results when the corrected data are made available to us.

8. **TABLE 1A: 2013 VOTE CHOICE ESTIMATES USING VOTER RACE (BISG)**

|  | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  | EI | RxC |  |
| Corado | 75 | 68 | Won | 3 | 15 |  | 2 | 34 |  |
| Tuck | 25 | 32 |  | 98 | 85 | Blocked | 99 | 66 | Blocked |
| Germain | 70 | 67 | Won | 5 | 26 |  | 7 | 39 |  |
| Clerveaux | 29 | 33 |  | 94 | 74 | Blocked | 90 | 61 | Blocked |
| Charles | 68 | 66 | Won | 4 | 22 |  | 10 | 44 |  |
| Forrest | 31 | 34 |  | 93 | 78 | Blocked | 91 | 56 | Blocked |

9. **TABLE 1B: 2013 VOTE CHOICE ESTIMATES WHITE / NON-WHITE**

|  | White vote | | | Non-White vote | | |
|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  |
| Corado | 75 | 70 | Won | 5 | 18 |  |
| Tuck | 25 | 30 |  | 95 | 82 | Blocked |
| Germain | 71 | 71 | Won | 19 | 19 |  |
| Clerveaux | 29 | 29 |  | 81 | 81 | Blocked |
| Charles | 68 | 68 | Won | 26 | 24 |  |
| Forrest | 33 | 32 |  | 73 | 76 | Blocked |

---

[3] Collingwood, Loren, Kassra Oskooii, Sergio Garcia-Rios, and Matt Barreto. 2016. "eiCompare: Comparing Ecological Inference Estimates across EI and EI: RxC." *The R Journal*. 8:2

10. **TABLE 2A: 2016 VOTE CHOICE ESTIMATES USING VOTER RACE (BISG)**

|  | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  | EI | RxC |  |
| Charles | 77 | 75 | Won | 17 | 25 |  | 5 | 41 |  |
| Foskew | 23 | 25 |  | 94 | 75 | Blocked | 89 | 59 | Blocked |
| Germain | 77 | 74 | Won | 4 | 24 |  | 1 | 40 |  |
| Fields | 22 | 26 |  | 90 | 76 | Blocked | 97 | 60 | Blocked |
| Weissmandl | 78 | 72 | Won | 3 | 19 |  | 3 | 36 |  |
| Morales | 22 | 28 |  | 96 | 81 | Blocked | 98 | 63 | Blocked |

11. **TABLE 2B: 2016 VOTE CHOICE ESTIMATES WHITE / NON-WHITE**

|  | White vote | | | Non-White vote | | |
|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  |
| Charles | 79 | 77 | Won | 14 | 23 |  |
| Foskew | 21 | 23 |  | 86 | 77 | Blocked |
| Germain | 77 | 76 | Won | 17 | 21 |  |
| Clerveaux | 23 | 24 |  | 83 | 79 | Blocked |
| Weissmandl | 78 | 74 | Won | 2 | 16 |  |
| Morales | 22 | 26 |  | 95 | 84 | Blocked |

12. **TABLE 3A: 2018 VOTE CHOICE ESTIMATES USING VOTER RACE (BISG)**

|  | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  | EI | RxC |  |
| Trieger | 85 | 62 | Won | 20 | 18 |  | 3 | 39 |  |
| Moster | 14 | 38 |  | 72 | 82 | Blocked | 97 | 61 | Blocked |
| Weissmandl | 83 | 83 | Won | 5 | 16 |  | 2 | 40 |  |
| Cintron | 17 | 17 |  | 91 | 84 | Blocked | 95 | 60 | Blocked |

13.    **TABLE 3B: 2018 VOTE CHOICE ESTIMATES WHITE / NON-WHITE**

|  | White vote | | | Non-White vote | | |
|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  |
| Trieger | 85 | 65 | Won | 40 | 18 |  |
| Moster | 15 | 35 |  | 61 | 82 | Blocked |
| Weissmandl | 82 | 83 | Won | 31 | 21 |  |
| Cintron | 17 | 17 |  | 69 | 78 | Blocked |

14.    The results in Tables 1-3 make clear the pattern of racially polarized voting among whites and non-whites evidenced by actual voter data as opposed to eligible voter (CVAP) data.  Both EI and RxC produce results consistent with the data reported in the Preliminary Expert Report, but also provide individual group estimates for whites, blacks, and Latinos, which show that both blacks and Latinos voted cohesively within each minority group and across the two minority groups for the candidates who lost each election: Tuck, Clerveaux, and Forrest in 2013; Foskew, Fields, and Morales in 2016; and Moster and Cintron in 2018.  In contrast, whites voted in a bloc in favor of the winning candidate in each election: Corado, Germain and Charles in 2013; Charles, Germain and Weissmandl in 2016; and Weissmandl and Trieger in 2018.

A.    **Replication of 2017 BISG Using Catalist Race Models for Actual Voters**

15.    We also reviewed the 2017 BISG results provided in the Preliminary Expert Report and compared them to an alternative process for estimating voter race using the Catalist race model on the voter file.  We present the original 2017 analysis using WRU and BISG and the new 2017 analysis using the Catalist race model and BISG below.

16.    **TABLE 4: 2017 VOTE CHOICE ESTIMATES USING VOTER RACE FROM WRU PACKAGE (BISG)**

| | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
| | EI | RxC | | EI | RxC | | EI | RxC | |
| Berkowitz | 72 | 73 | Won | 10 | 23 | | 5 | 36 | |
| Manigo | 28 | 27 | | 93 | 77 | Blocked | 94 | 64 | Blocked |
| Grossman | 72 | 74 | Won | 2 | 23 | | 5 | 36 | |
| Goodwin | 29 | 26 | | 91 | 77 | Blocked | 91 | 64 | Blocked |
| Freilich | 75 | 77 | Won | 14 | 27 | | 5 | 40 | |
| Dos Reis | 25 | 23 | | 93 | 73 | Blocked | 87 | 60 | Blocked |

17.    **TABLE 5: 2017 VOTE CHOICE ESTIMATES USING VOTER RACE FROM CATALIST DATA (BISG)**

| | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
| | EI | RxC | | EI | RxC | | EI | RxC | |
| Berkowitz | 81 | 75 | Won | 3 | 17 | | 5 | 37 | |
| Manigo | 21 | 25 | | 96 | 83 | Blocked | 93 | 63 | Blocked |
| Grossman | 80 | 75 | Won | 2 | 20 | | 3 | 35 | |
| Goodwin | 19 | 25 | | 96 | 80 | Blocked | 95 | 65 | Blocked |
| Freilich | 84 | 78 | Won | 1 | 22 | | 2 | 36 | |
| Dos Reis | 16 | 22 | | 95 | 78 | Blocked | 90 | 64 | Blocked |

18.    The vote choice estimates reported in Tables 4-5 are nearly identical, validating

the original model that we produced in our Preliminary Expert Report using the WRU method

for imputing voter race, with a second data source from Catalist using their race model. In both

instances for the 2017 elections, the analysis using voter's actual race estimates produces strong

and statistically significant estimates of racially polarized voting in East Ramapo elections and

the estimates are statistically indistinguishable from one another, suggesting both are equally

reliable in assessing voter race.

## IV.   ANALYSIS OF OTHER FACTORS AFFECTING THE ABILITY OF MINORITIES IN EAST RAMAPO TO ELECT THEIR CANDIDATES OF CHOICE

19.     In this Expert Report, we provide some analysis bearing on other factors (the "Senate Factors") that were identified by the United States Supreme Court in *Thornburg v. Gingles* as relevant to assessing a claim under Section 2 of the Voting Rights Act.[4]  The factors we examine below are:

- Factor 3: "the extent to which the state or political subdivision has used unusually large election districts, majority vote requirements, anti-single shot provisions, or other voting practices or procedures that may enhance the opportunity for discrimination against the minority group";

- Factor 4: "if there is a candidate slating process, whether members of the minority group have been denied access to that process";

- Factor 5: "the extent to which minority group members bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process;" and

- Factor 7: "the extent to which members of the minority group have been elected to public office in the jurisdiction."[5]

### A.   Discrimination-Enhancing Electoral Practices

20.     Senate Factor Three examines "the extent to which the state or political subdivision has used voting practices or procedures that tend to enhance the opportunity for discrimination against the minority group."

21.     There are a number of institutional factors in place in East Ramapo that may account for reduced minority voting rates and opportunities to elect candidates of choice.  In this

---

[4] 478 U.S. 30, 37, 44-45 (1986).  In addition to the Senate Factors discussed below, our analysis of racially-polarized voting discussed in our Expert Report addresses Senate Factor 2, "the extent to which voting in the elections of the state or political subdivision is racially polarized."  *Id.*

[5] *Id.*

section we examine such factors and reference the extant literature published in the social sciences that identify discrimination-enhancing practices that can affect minority voter turnout.

22.     *At-large elections reduce minority opportunities to elect candidates of choice.* All Board elections in East Ramapo are conducted at-large with no requirement that any candidate live in any particular area of the District.  Scholars and courts have long-recognized that at-large election districts reduce minority turnout and negatively affect minority voters' ability to elect their candidates of choice (Trounstine and Valdini, 2008; Engstron and McDonald, 1986).  At-large elections negatively impact minority representation by diluting their votes.  In the presence of racially-polarized voting, a cohesive white majority can effectively determine the winner of all seats elected at-large, ensuring that candidates can only win if they are preferred by white voters.

23.     Leal, Martinez-Ebers, and Meier (2004) find evidence that at-large elections negatively impact Latino opportunities to elect candidates of choice to school boards.  Their analysis finds evidence that the proportion of Latinos in a population positively affects Latino representation on school boards, but that at-large election structures significantly weaken this relationship by reducing voter turnout and, in turn, chances to elect candidates of choice.

24.     Hajnal and Trounstine (2005) find that for blacks, at-large elections and off-cycle local elections are a larger obstacle to achieving representation on city councils and in mayors' offices.  Their analysis compares the results of parametrically simulated elections, where turnout is equal across racial groups, to actual elections in the U.S.'s ten largest cities.  In summarizing their statistical findings, Hajnal and Trounstine write: "[s]pecifically, the coefficients in Table 2 indicate that moving from at-large to district elections and changing the dates of local elections to coincide with the dates of national elections would increase the proportion of blacks on city

9

councils by a little over 6%, all else equal. Given that most cities still retain at-large elections and off-cycle elections, these two institutional changes could greatly influence black representation nationwide." *Id.* at 52. In sum, they offer strong and consistent evidence that a turnout disadvantage greatly restricts minority representation and benefits greater white representation in local elections.

25.     ***Off-cycle elections reduce minority turnout.*** Board elections in East Ramapo are not held concurrently with any other federal, state, or local election. Instead, elections in East Ramapo take place on the third Tuesday of May every year.[6] Elections are held every year because the terms of the Board's nine members are staggered so that three seats are up for election each year.[7] Local elections held during off-cycle periods—whether in May or in years when no other elections are on the ballot—tend to generate relatively low levels of information about the candidates and produce unusually low voter turnout. Hajnal and Lewis (2003); Oliver (2012); Anzia (2014). In addition, turnout among African-American voters tends to be disproportionately low in off-cycle local elections. Hajnal and Trounstine (2005); Hill and Leighley (1992).

26.     When local elections are not held on the same date as elections for state and federal offices, turnout is lower. Berry and Gersen (2010) analyze the link between local elections and policymaking by examining how their timing affects turnout. "Elections held at odd times force potential voters to bear additional costs to participate in the political process. As these costs increase, voters with less at stake in the election will be more likely to abstain and

---

[6] N.Y. Educ. Law § 1906.

[7] East Ramapo Central School District Policies § 2120 (Board Member Elections), http://www.ercsd.org/files/_vNK7T_/a937a7be0281f4043745a49013852ec4/2120_-_Board_Member_Elections.pdf.

voters with more at stake in the election will comprise a larger share of the active electorate …"
*Id.* at 39. They conduct a rigorous statistical analysis on turnout in municipal and school board
elections between 1996 and 2006. They find that "within the same jurisdiction over time,
turnout in school board elections is approximately 22 percentage points higher in even years than
in odd years; turnout in municipal elections is approximately 17 percentage points higher in even
years than in odd years." *Id.* at 51-52

     27.    In examining how electoral institutions contribute to levels of voter turnout in
elections, Hajnal and Lewis (2003) conclude that "[m]oving local elections to coincide with the
dates of national elections would have by far the largest impact on voter turnout." *Id.* at 645. In
their analysis of data from a survey of California cities, they test for the effects of election timing
on voter turnout in local municipal elections for mayor and city council. They find that, on
average, turnout in these elections is about 38 percent higher when they coincide with
presidential election dates than they are in off-cycle elections, turnout is 26 percent higher in
elections that coincide with midterm congressional elections, and turnout is 25 percent higher
when they coincide with presidential primaries. The authors stress that "participation in local
elections depends critically on the timing of those elections." *Id.* at 656.

     28.    Electoral structures that discourage turnout and disengage voters have the effect
of maintaining the status quo by increasing the proportion of incumbents who run and win local
elections. Trounstine (2013) finds that the advantage incumbents have over challengers in local
elections is positively associated with electoral structures that encourage lower turnout. These
structures, which she refers to as low-turnout environments, include elections that are not held on
the same day as that of higher levels of government. Her analysis of data on electoral structures
from the Federal Election Assistance Commission and the International City County Manager's

Association, also includes census data to control for demographics, and surveys from 1986, 1992, 1996, and 2001.  Trounstine (2013) finds evidence that low-turnout environments positively affect the rate at which incumbents run, and the rate at which they win local elections.

29. ***Few polling places compared to other Rockland County elections***.  Polling consolidation decreases voter turnout in elections.  In New York, school district elections are run by the school districts rather than the county Board of Elections, which runs most other elections. There are substantially fewer polling places in use for District elections in East Ramapo than for other elections in the same geographic area.  Until 2017, East Ramapo voters were assigned to only 10 polling places.[8]  In 2018, East Ramapo voters were assigned to 13 polling places.[9]  For state and federal elections run by the Rockland County Board of Elections, voters in the same geographic area were assigned to approximately 24 polling places.[10]  The result is not only an effective reduction in polling places for Board elections over other types of elections, but the added confusion for voters who may vote in two different locations in each type of election.

30. McNulty, Dowling, and Ariotti (2009) examine the link between reductions in the number of polling place locations and voter participation.  Their analysis uses data from a "natural experiment" in which New York State's Vestal Central School District closed three of its eight polling locations.  Using the voter file, they analyze changes in individual level turnout

---

[8] *See* East Ramapo Central School District, Annual Budget & Trustee Vote, Official Results, May 16, 2017, http://www.ercsd.org/files/_eKIG5_/d3de2602f91b827a3745a49013852ec4/Attachment_A_-_Official_Budget_Vote_Results_-_2017_06-06-17.pdf.

[9] *See* East Ramapo Central School District, Annual Budget & Trustee Vote, Official Results, May 15, 2018, http://www.ercsd.org/files/_pHBBI_/6b2d48d46a65300a3745a49013852ec4/Attachment_A_-_Official_Budget_Vote_Results_-_May_15_2018.pdf.

[10] *See, e.g.,* County of Rockland Polling Places – 2018.

in school board elections between 2005, before the consolidation, and in 2006, after the consolidation. They find that this consolidation reduced turnout by about 7 percent on average.

31.     Similarly, Brady and Mcnulty (2011) examine how Los Angeles County polling consolidation in the 2003 California gubernatorial recall election affects turnout. Again, they rely on a "natural experiment" where the decisions over consolidating polling locations were independent of voters and candidates in the election. Using individual voter data from the LA County voter file, their analysis finds that reductions in the number of polling places results in lower voter turnout comparing across similar elections.

32.     *Numbered posts prevent bullet voting and result in a de facto majority-vote requirement.* In East Ramapo, candidates run for specific seats, also called numbered posts.[11] Voters are also only permitted to cast one vote in each race. Scholars and courts have long recognized that numbered posts further dilute the minority vote because they prevent minority groups from engaging in bullet voting, that is, concentrating all of their votes on a single candidate while white voters may split their voters across multiple candidates. Grofman, Handley, and Niemi (1992); Engstrom and McDonald (1982).

33.     The high incidence of two-candidate races also results in a de facto majority vote requirement. Since 2008, counting every year for which election results are available on the District's website, there have been a total of 36 contests for seats on the Board—25 contested elections and 11 uncontested elections. For those 25 contested elections, all but three featured only two candidates. Even more salient, out of fourteen contests for open seats, i.e., seats with

---

[11] East Ramapo Central School District Policies § 2120.1 (Candidates and Campaigning), http://www.ercsd.org/files/_vNK7T_/781d00554adb44c43745a49013852ec4/2120.1_-_Candidates_and_Campaigning.pdf.

13

no incumbent running, which should generate more candidate interest (Gaddie and Bullock 2000), only one featured more than two candidates. Moreover, in each of the three contests with three candidates, the third-place candidate received less than 5 percent.[12]  This level of annual consistency in just two main candidates running for numbered posts, with voters permitted to cast only one vote in each post, results in a de facto majority vote requirement, which further prevents minorities from using single-shot voting to elect their candidates of choice.

34.    *Lack of Spanish-language election materials reduces Latino participation*.  In East Ramapo, the majority of public school students and nearly ten percent of the District's citizen voting age population are Latino;[13] however, an inspection of the election information on the District's website reveals few, if any, Spanish-language election materials such as absentee ballot applications, sample ballots, or polling place look-ups.[14]  A clear finding in the literature is that the lack of availability of Spanish-language election materials reduces Latino voter turnout.[15]  Jones-Correa (2005) conducts a national analysis of Section 203 coverage and finds

---

[12] In 2015, Yisroel Eisenbach received 556 out of 11,464 votes cast or 4.8%, compared to the other two candidates who received 4,615 and 6,293 votes or 40.2% and 54.9%, respectively.  In another 2015 contest, Alan Keith Jones 468 out of 11,448 votes cast or 4.1%, compared to the other two candidates who received 4,600 and 6,380 votes or 40.1% and 55.7% respectively.  In 2009, Carolyn Watson received 566 out of 13,380 votes or 4.1%, compared to the other two candidates who received 4,236 and 8,578 votes 31.7% and 65.4% respectively.  *See* East Ramapo Central School District, Election Results, May 19, 2015, http://www.ercsd.org/files/_TeCAI_/62dc7639ca48f4fc3745a49013852ec4/Official_Vote_Results_-_05-19-15.pdf; East Ramapo Central School District, Election Results, May 19, 2009, http://www.ercsd.org/files/_TeB70_/47db81eb38e2dabc3745a49013852ec4/Official_Vote_Results_-_05-19-09.pdf.

[13] *See* 2010 Census Data for the District, Report of William S. Cooper, ¶¶ 21, 19.

[14] We understand that two English-language pamphlets for bond votes in December 2015 and 2016 had been produced that refer to Spanish-language versions of the same documents.

[15] Inability to speak and read English negatively impacts Latino election turnout and voter registration.  Parkin and Zlotnick (2011) examine the relationship between Latino citizens'

strong statistical evidence that when Spanish language materials were present, Latino turnout was higher. Hopkins (2011) uses a regression discontinuity to examine jurisdictions that do and do not offer bilingual voting materials. Hopkins finds that jurisdictions which lack fully translated Spanish materials directly result in lower Latino turnout, and he notes that in many instances the turnout differences negatively impact Latino candidates of choice from winning office.

35.    In a new study, Fraga and Merseth (2016) examine the causal relationship between the Voting Rights Act's (VRA) language minority provisions and turnout for Latinos and Asian Americans. The authors use a technique called regression discontinuity design, where they are able to isolate the causal effects of these provisions by examining counties and municipalities that fall either just below or just above the threshold required for the VRA's mandated language assistance. This threshold has an "as if random" effect because jurisdictions very close to the threshold in either direction are very similar to each other, with the major difference between them being a small population percentage of non-English speaking groups. Using data from 1,465 counties and municipalities nationwide, they analyze voter registration and turnout in the 2012 election and find that VRA coverage accounts for a significant increase in Latino and Asian American registration and turnout. A clear takeaway is that Spanish-language materials need to be provided to give an equal opportunity for voter engagement and participation.

---

participation in U.S. elections and the ability to read and write in English. Using data from the Pew Hispanic Center's 2004 National Survey of Latinos (NSL), their analysis of Latinos with citizenship finds that that the ability to speak and read English is positively associated with registration. They model the likelihood that respondents vote and find that, after controlling for other factors, English increases the likelihood of participation for respondents.

**B.      Minority Access to the Candidate Slating Process**

36.      Factor 4 examines "[i]f there is a candidate slating process, whether members of the minority group have been denied access to that process."

37.      A slating process encompasses far more than merely partisan control over candidate access to a line on the ballot.  In non-partisan municipal elections, civic group and community leaders act effectively as political parties, recruiting and/or endorsing candidates and assisting with those candidates' election efforts.  These powerful organizations can significantly hinder the ability of minorities to elect their candidates of choice when they exclude minorities from their operations.  A critical dimension to the issue of minority access to the slating process is the extent to which minority voters are able to participate in the process of selecting candidates to be endorsed.  Davidson and Fraga (1988).

38.      *The extent to which minority voters are able to participate in the process of selecting candidates to be endorsed.*  One way in which minorities are inhibited from electing their candidates of choice is through their exclusion from the groups that make influential endorsements.  Davidson and Fraga (1988) investigated the proposition that where a "powerful slating refuses minority participants equal access to its nominating process . . ., the nominating candidates, even if members of the minority groups themselves, are not representatives of minority interests."[16]  The results of their investigation supported the proposition.  Davidson and Fraga found that in the cities they researched, slating organizations erected barriers to minority participation by holding meetings at inconvenient times, vesting authority in a handful of community leaders who were largely unaccountable to others in the organization, failing to

---

[16] *Id.* at 378.

follow parliamentary rules for their endorsement process, or even maintain consistent procedures from year to year. In all the circumstances investigated by Davidson and Fraga, the slating organizations "met in private and did not reveal their deliberations to the press."[17] The result in terms of the election of minority candidates is that "all slating groups included some minority group members, but they were often described by minority leaders not involved in the slating process as tokens, and in some cases the minority nominees were not the choice of minority voters."[18]

39.    For every contested Board election analyzed, minority candidates have only won when they have been the preferred candidates of a large white voting bloc, while also opposed by large majorities of black and Latino voters.[19] These results suggest that these minority candidates may have been endorsed without any input from minority voters.

40.    In addition, a BISG (WRU) analysis of some of the nominating petitions signed by voters in East Ramapo shows that prior victorious minority candidates received most of their nominating signatures from white voters. Likewise, white-preferred candidates who are also white received most of their nominating signatures from white voters. We examined the names and addresses on the nominating petitions for open seat elections with no incumbent in 2013 (Corado v. Tuck); in 2015 (Ramirez v. Whites); and in 2017 (Freilich v. Dos Reis).

---

[17] *Id.* at 382

[18] *Id.*

[19] *See* results of racially polarized voting analysis in Preliminary Expert Report and also in this report above, ¶ 10.

17

41.     **TABLE 6: Race and Ethnicity of Signatures on Nominating Petitions[20]**

| Candidate | % signatures White | % signatures Black | % signatures Latino |
|---|---|---|---|
| 2013 – Corado | 87.8% | 1.2% | 10.2% |
| 2013 – Tuck | 20.9% | 61.1% | 11.8% |
| 2015 – Ramirez | 83.3% | 16.2% | 0.5% |
| 2015 – White | 37.4% | 34.5% | 22.4% |
| 2017 – Freilich | 95.6% | 0.7% | 3.2% |
| 2017 – Dos Reis | 36.1% | 44.3% | 12.4% |

42.     There are several indications that elections in East Ramapo are characterized by two opposing sets of slating organizations. *First*, as noted above, our analysis of racial voting patterns shows that the minority candidates who have been elected in East Ramapo have not been the preferred candidates of minority voters.

43.     *Second*, as noted above, the repeated occurrence of two-candidate elections over the past decade, including the presence of two-candidate elections in 13 out of 14 contests for open seats, is often an indicator of organizational control over ballot access.

44.     *Third*, in every contest analyzed, the winning candidates and losing candidates each received similar vote totals and similar degrees of support from different racial groups, which is highly unusual, except in instances of partisan elections with two main parties.

---

[20] ERCSD00013402 (Dos Reis); ERCSD00013074 (Freilich); ERCSD00013685 )(Ramirez) ; ERCSD00013668, ERCSD00013750 (White); ERCSD00012680 (Corado) ERCSD00012742 (Tuck)

45.     Eight out of the past 10 years of elections in East Ramapo have featured multiple contested elections.[21] An analysis of the vote totals shows that each set of candidates is generating a common level of support in turning out voters, which is consistent with those candidates benefitting from slating organizations. As Davidson and Fraga (1988) observed, slating organizations do more than "merely announce their slate at a press conference," but take on roles "fund[ing] and coordinat[ing] their candidates' campaigns and mobiliz[ing] votes in their behalf."[22]

46.     The following tables show our analysis of vote totals, which focuses on calculating the differential between the vote totals won by the set of winning candidates as a percentage of the average votes by winning candidates. We also calculate the same metric for losing candidates. Looking at this differential allows us to get a sense of the variation in vote totals across candidates while better controlling for the level of turnout in each election.

47.     Rows marked by "Pos. 1," "Pos. 2," etc. or"Seat 1," "Seat 2," or "Seat 3" contain the vote totals and percentages for the winner and runner-up in each contest. The row marked "Min-Max" contains the difference in raw vote totals between the winning candidate receiving the most votes and the winning candidate receiving the fewest votes, as well as the same raw vote differential for runner-up candidates. The row marked "Avg. Total" contains the average raw vote total received by winning candidates and the same value for runner-up candidates. The row marked "Std. Deviation" reports the overall standard deviation across all the vote totals for both winner and losers. The row marked "% Differential" calculates the ratio of the standard deviation to the average total, measure the amount of differential, on average. Finally, the row

---

[21] There were no contested elections in 2014 and only one contested election in 2010 and 2008.
[22] *Id.* at 383.

19

marked "% deviation" reports the absolute deviation, using the "Min-Max" number divided by the average vote total.

48.     As a point of comparison, we examined the Seattle City Council election in 2011 which also used a numbered post system and featured two candidates per seat.  However, as is clearly seen in Table 7, the results for the candidates in Seattle varied widely from position to position, with some candidates winning by very large margins (82% to 17%) while other races were near ties (51% to 49%).  This is what a normal election system looks like when there is no slating scheme in place and all candidates run independent of one another. Overall Seattle reported 17% difference for winning candidates and 39% for losing candidates and then 44% deviation among winning candidates and 104% deviation for losing candidates in 2011.

49.     Table 8 reports the same information for the 2011 East Ramapo District election in which 3 positions were up and also featured two candidates per seat.  The 3 winning candidates got nearly the exact same vote totals across the 3 seats – only varying by 43 total votes with a standard deviation of 22 votes.  The same trend is true for the losing candidates with only 89 total votes separating the candidates and a standard deviation of 52.  In this case, the amount of measured variation is very small, with 0.22% differential among winners and 0.44% variation.  For losing candidates the differential is also small at 0.66% and deviation of 1.13%.

50.     **TABLE 7: 2011 SEATTLE CITY COUNCIL RESULTS**

| Seattle 2011 | Winner | Loser |
|---|---|---|
| Pos. 1 | 84,124 | 82,060 |
| Pos. 3 | 96,978 | 61,138 |
| Pos. 5 | 112,808 | 42,452 |
| Pos. 7 | 130,674 | 26,758 |
| Pos. 9 | 102,620 | 54,296 |
| Avg Total | 105,441 | 53,341 |
| Min-Max | 46,550 | (55,302) |
| Std. Deviation | 17,500 | 20,686 |
| % differential | 17% | 39% |
| % deviation | 44% | -104% |

20

51.    **TABLE 8: 2011 ERCSD ELECTION RESULTS**

| ERCSD 2011 | Winner | Loser |
|---|---|---|
| Seat 1 | 9,904 | 7,907 |
| Seat 2 | 9,923 | 7,909 |
| Seat 3 | 9,947 | 7,818 |
| Avg. Total | 9,925 | 7,878 |
| Min-Max | 43 | (89) |
| Std. Deviation | 22 | 52 |
| % Differential | 0.22% | 0.66% |
| % deviation | 0.43% | -1.13% |

52.    For East Ramapo, we went on to analyze each year in which there were multiple contested elections, excluding races that involved more than two candidates for one seat.[23] From 2011 to 2018, the vote totals in East Ramapo show relatively low levels of variation for both winning and losing candidates. Looking at the raw vote total as a percentage of the average votes received, for winning candidates, that differential has been under 5% for each election analyzed. Although there is greater variation among the losing candidates, the differential has remained at or below 10% until this past year. The larger and steadily increasing differential for losing candidates is consistent with the slate supporting those candidates weakening over time.

---

[23] As noted above, since 2008 only three races have featured a third candidate. Those candidates received only a few hundred votes, or fewer than five percent.

53. **TABLE 9: ERCSD ELECTION RESULTS 2012 – 2018**

| ERCSD 2012 | Winner | Loser |
|---|---|---|
| Seat 1 | 8,474 | 6,315 |
| Seat 2 | 8,460 | 6,276 |
| Seat 3 | 8,521 | 6,335 |
| Avg. Total | 8,485 | 6,309 |
| Min-Max | 61 | 59 |
| Std. Deviation | 32 | 30 |
| % Differential | 0.38% | 0.48% |
| % deviation | 0.72% | 0.94% |

| ERCSD 2013 | Winner | Loser |
|---|---|---|
| Seat 1 | 6,806 | 5,244 |
| Seat 2 | 6,899 | 5,085 |
| Seat 3 | 6,833 | 5,175 |
| Avg. Total | 6,846 | 5,168 |
| Min-Max | 93 | (159) |
| Std. Deviation | 48 | 80 |
| % Differential | 0.70% | 1.54% |
| % deviation | 1.36% | -3.08% |

| ERCSD 2016 | Winner | Loser |
|---|---|---|
| Seat 1 | 7,973 | 3,972 |
| Seat 2 | 7,860 | 4,137 |
| Seat 3 | 7,626 | 4,401 |
| Avg. Total | 7,820 | 4,170 |
| Min-Max | (347) | 429 |
| Std. Deviation | 177 | 216 |
| % Differential | 2.26% | 5.19% |
| % deviation | -4.44% | 10.29% |

| ERCSD 2017 | Winner | Loser |
|---|---|---|
| Seat 1 | 9,158 | 4,964 |
| Seat 2 | 9,137 | 4,910 |
| Seat 3 | 9,530 | 4,503 |
| Avg. Total | 9,275 | 4,792 |
| Min-Max | 393 | (461) |
| Std. Deviation | 221 | 252 |
| % Differential | 2.38% | 5.26% |
| % deviation | 4.24% | -9.62% |

| ERCSD 2018 | Winner | Loser |
|---|---|---|
| Seat 1 | 7,179 | 1,996 |
| Seat 2 | 6,977 | 2,308 |
| Avg. Total | 7,078 | 2,152 |
| Min-Max | (202) | 312 |
| Std. Deviation | 143 | 221 |
| % Differential | 2.02% | 10.25% |
| % deviation | -2.85% | 14.50% |

54.     *Fourth*, recent campaign finance disclosures suggest that winning candidates have access to channels of political support that have been sufficient to overcome fundraising from losing candidates. Candidates for election to the Board are required to file with the District Clerk sworn statements of expenditures and contributions made to aid in his or her nomination or election or to influence the nomination or defeat of any candidate.[24]  If a candidate's campaign contributions or expenditures exceed $500, the candidate must file a sworn statement itemizing their expenditures and contributions received.[25]  This statement must list the amount of all money or other valuable things paid, given, expended, or promised by the candidate, or incurred for or on the candidate's behalf with his or her approval.[26]  If a candidate raises or spends less than $500, that candidate must still file a sworn statement stating as much.[27]

55.     From 2015 through 2017, the most recent year for which campaign finance disclosures have been produced, no winning candidate has reported exceeding the minimum

---

[24] N.Y. Educ. Law § 1528.

[25] N.Y. Educ. Law §§ 1528-1531.

[26] N.Y. Educ. Law § 1528.

[27] *Id.*

reporting requirement of $500 for either campaign contributions or expenditures.[28] Over the

same period, losing candidates reported significant campaign expenditures—from $6,858 in

2015 up to $10,644 in 2017.[29]  Ordinarily, one would expect at least some positive relationship

between a candidates' campaign expenditures and their vote totals.  Jacobson (1978); Erikson

and Palfrey (1998); Bonneau (2007).  The losing candidates averaged 4,693 votes in 2015 and

4,792 in 2017.[30]  At the same time, the average vote totals for winning candidates rose

substantially from 6,398 in 2015 to 9,275 in 2017 with no reported increase in campaign

expenditures—and indeed, with no reported campaign expenditures at all. This indicates that

elections in East Ramapo are characterized by two opposing sets of slating organizations.

Similar trends were widely reported across the South for decades.  Groman, Handley, Niemi

(1992); Davidson (1992).

---

[28] For all disclosures of winning 2015 candidates, *see* ERCSD00017689; ERCSD00017685.  For disclosures of winning 2017 candidates, *see* ERCSD00017617; ERCSD00017610; ERCSD00017602; ERCSD00017603; ERCSD00017594; ERCSD00017618; ERCSD00017601. We requested all campaign finance disclosures for each of the elections on which we were able to analyze racial voting patterns.  There were not campaign finance disclosures available for every candidate in every election.  Where there were gaps in a candidate's disclosure records, we assumed that there was no new information over the previous disclosures.  Where there were no required disclosures for a candidate, we assumed that the candidate had no expenditures or contributions to disclose.

[29] For disclosures of losing 2015 candidates, *see* ERCSD00017679-684; ERCSD00017679-684; ERCSD00017679-684; ERCSD00017686.  For disclosures of winning 2017 candidates, *see* ERCSD00017595; ERCSD00017611; ERCSD00017577; ERCSD00017582; ERCSD00017604.

[30] *See* East Ramapo Central School District, Annual Budget & Trustee Vote, Official Results, May 16, 2017, http://www.ercsd.org/files/_eKIG5_/d3de2602f91b827a3745a49013852ec4/Attachment_A_-_Official_Budget_Vote_Results_-_2017_06-06-17.pdf; East Ramapo Central School District, Annual Budget & Trustee Vote, Official Results, May 19, 2015, http://www.ercsd.org/files/_TeCAI_/62dc7639ca48f4fc3745a49013852ec4/Official_Vote_Results_-_05-19-15.pdf.

### C.   East Ramapo has a Trend of Low and Decreasing Minority Political Participation

56.     Factor 5 considers the extent to which minority political is depressed and whether that depression is correlated with socioeconomic disparities among a variety of other circumstances.

57.     Black and Latino voters report lower levels of turnout for Board elections relative to white voters. Our analysis shows an overall trend of decreasing minority turnout between 2013 and 2018. In our Preliminary Expert Report, Table 7 displayed the turnout rates for whites and minorities. Minority turnout rates are consistently lower than rates for whites, by 6 to 13 percentage points.

### TABLE 7: VOTER TURNOUT RATES BY RACE 2013 – 2017

#### RxC Turnout Estimates: Voted / CVAP

|              | White | non-White |
|--------------|-------|-----------|
| 2013 Turnout | .2250 | .1620     |
| 2015 Turnout | .2197 | .1451     |
| 2016 Turnout | .2473 | .1263     |
| 2017 Turnout | .2876 | .1529     |

58.     One potential cause is that where there is racially-polarized voting and minority-preferred candidates regularly lose elections, research shows that minority voters tend to disengage out of futility. Lack of trust in the electoral system has been found to greatly reduce subsequent voter turnout. Birch (2010). Mozaffar and Schedler (2002) report evidence that when electoral systems are in place that make it seem as though the outcome is predetermined, voters withdraw and see less reason to cast their vote. As our analysis above shows, minorities in East Ramapo have experienced electoral futility with their preferred candidates defeated by increasingly wide margins in at least the last 14 contested elections.

59.     In addition, imbalances in voter turnout for different racial or ethnic groups negatively and significantly affect minority group representation.  Hajnal and Trounstine (2005) test whether these imbalances in racial group turnout affect who wins and who loses in local elections, where turnout is already generally lower than in national elections.  Using prior theories from studies finding that turnout is already skewed by race, where white voters outvote all other racial categories at the local level (Leighley 2001; Verba, Schlozman, and Brady 1995), their study examines the effects of turnout on mayoral and city council elections.  This analysis finds that Asian American and Latino representation on city councils and in mayors' offices is negatively impacted by low voter turnout compared to white representation in these offices.  Any practices that serve to reduce voter participation rates are found to directly reduce opportunities for Latinos and Asian Americans to elect candidates of choice.

### D.     Minority Candidates Have Experienced Relatively Little Success and Minority-Preferred Candidates Have Experienced No Recent Success

60.     Factor 7 considers the extent to which minority candidates have been elected in the jurisdiction.

61.      Out of those 45 races, 32 races were contested and 13 races were uncontested.  White candidates have won 25 out of those 32 contested races.  Out of 32 contested races, 18 were interracial contests with minority candidates winning only 3 out of 18 (Young-Mercer def. Wieder in 2007, Ramirez def. White in 2015, Charles def. Foskew in 2016).  We report a full table of every election since 2005, the candidates who won, lost, and their race or ethnicity in the Appendix A, Table 1.

62.     In three out of the seven races won by minority candidates, the minority candidates were also incumbents (Charles def. Forrest in 2013; Charles def. Foskew in 2016, Germain def. Fields in 2016).  Incumbency offers strong electoral benefits.  As noted above,

26

Trounstine (2013) finds clear evidence of an incumbency advantage, especially in electoral contexts with low-turnout environments.

63.     Out of the seven Board elections won by minority candidates, we have analyzed racial voting patterns in six out of seven. The one exception is a 2007 contest in which Suzanne Young-Mercer defeated Aron Wieder, for which data was not available. In each of the six contests we did analyze, minority candidates were elected only when they were the preferred candidates of a large white voting bloc and opposed by large majorities of black and Latino voters. Our analysis of racially-polarized voting in contested elections from 2013 through 2018 shows that no minority-preferred candidate has prevailed in the past 14 contested elections over 5 years.

64.     The result is that no minority-preferred minority candidate has won since a Board election since at least 2007.

27

# # #

We reserve the right to continue to supplement the Expert Report in light of additional facts, testimony and/or materials that may come to light through the course of discovery or otherwise.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2018
Los Angeles County, California


MATTHEW A. BARRETO


LOREN COLLINGWOOD

# SOURCES

## Citations

Anzia, Sarah F. 2014. "Timing and Turnout: How Off-Cycle Elections Favor Organized Groups" (University of Chicago Press).

Berry, Christopher R., and Jacob E. Gersen. 2010. "The Timing of Elections Symposium: Reassessing the State and Local Government Toolkit." *University of Chicago Law Review* 77: 37–64.

Birch, Sarah. 2010. "Perceptions of Electoral Fairness and Voter Turnout." *Comparative Political Studies*. 43:12

Brady, Henry E., and John E. Mcnulty. 2011. "Turning Out to Vote: The Costs of Finding and Getting to the Polling Place." *American Political Science Review* 105(1): 115–34.

Bobo, Lawrence, and Franklin D. Gilliam. "Race, Sociopolitical Participation, and Black Empowerment." The American Political Science Review, vol. 84, no. 2, 1990, pp. 377–393.

Bonneau, Chris. 2007. "The Effects of Campaign Spending in State Supreme Court Elections." *Political Research Quarterly*. 60:3

Davidson, Chandler, and Luis Ricardo Fraga. 1988. "Slating Groups as Parties in a 'Nonpartisan' Setting." *The Western Political Quarterly* 41(2): 373–90.

Davidson, Chandler. 1992. "The Voting Rights Act: A Brief History." In *Controversies in Minority Voting*. Eds. Bernard Grofman and Chandler Davidson. Washington, DC: Brookings Institution Press

Engstrom, Richard L., and Michael D. McDonald. 1986. "The Effects of At-Large Versus District Elections on Racial Representation in U.S. Municipalities." Electoral Laws and Their Political Consequences, ed. Bernard Grofman and Arend Lijphart (Agathon Press).

Engstrom, Richard and Michael McDonald. 1982. "The Underrepresentation of Blacks on City Councils: Comparing the Structural and Socioeconomic Explanations for South/Non-South Differences." *The Journal of Politics*. 44:4

Erikson, Robert and Thomas Palfrey. 1998. "Campaign Spending and Incumbency: An Alternative Simultaneous Equations Approach." The Journal of Politics. 60:2

Fraga, Bernard L., and Julie Lee Merseth. 2016. "Examining the Causal Impact of the Voting Rights Act Language Minority Provisions." *Journal of Race, Ethnicity and Politics* 1(1): 31–59.

Fraga, Luis Ricardo. 1988. "Domination through Democratic Means: Nonpartisan Slating Groups in City Electoral Politics." *Urban Affairs Quarterly* 23(4): 528–55.

29

Gaddie, Ronald Keith and Charles S. Bullock. 2000. Elections to open seats in the U.S. House: Where the Action is. Lanham, MD: Rowman & Littlefield Press.

Grofman, Bernard, Lisa Handley, and Richard Niemi. 1992. Minority Representation and the Quest for Voting Equality, New York: Cambridge University Press.

Hajnal, Zoltan L., and Paul G. Lewis. 2003. "Municipal Institutions and Voter Turnout in Local Elections." *Urban Affairs Review* 38(5): 645–68.

Hajnal, Zoltan, and Jessica Trounstine. 2005. "Where Turnout Matters: The Consequences of Uneven Turnout in City Politics." *The Journal of Politics* 67(2): 515–35.

Hill, Kim Quaile, and Jan E. Leighley. 1992. "The Policy Consequences of Class Bias in State Electorates." *American Journal of Political Science* 36(1): 351-365.

Hopkins, Daniel J., and Katherine T. McCabe. 2012. "After It's Too Late: Estimating the Policy Impacts of Black Mayoralties in U.S. Cities." *American Politics Research* 40(4): 665–700.

Hopkins, Daniel. 2011. "Translating into Votes: The Electoral Impacts of Spanish-Language Ballots." *The American Journal of Political Science*. 55:4

Imai, Kosuke and Kabir Khanna, "Improving Ecological Inference by Predicting Individual Ethnicity from Voter Registration Records," Political Analysis vol. 24, at 263-72 (2016).

Iyengar, Shanto, Daniel H. Lowenstein, and Seth Masket. 2001. "The Stealth Campaign: Experimental Studies of Slate Mail in California." *Journal of Law & Politics* 17: 295–332.

Jacobson, Gary. 1978. "The effects of campaign spending in congressional elections." *The American Political Science Review*. 72:2

Jones-Correa, Michael. 2005. "Language Provisions Under the Voting Rights Act: How Effective Are They?" *Social Science Quarterly*. 86:3

Kahn, Kim Fridkin, and Patrick J. Kenney. 2002. "The Slant of the News: How Editorial Endorsements Influence Campaign Coverage and Citizens' Views of Candidates." *American Political Science Review* 96(2): 381–94.

Leal, David L., Valerie Martinez-Ebers, and Kenneth J. Meier. 2004. "The Politics of Latino Education: The Biases of At-Large Elections." *Journal of Politics* 66(4): 1224–44.

Leighley, Jan E. 2001. *Strength in Numbers?: The Political Mobilization of Racial and Ethnic Minorities*. Princeton University Press.

McClenaghan, J. Sean, and Ruth Ann Ragland. 2002. "Municipal Elections and Community Media." *The Social Science Journal* 39(2): 203–19.

McNulty, John E., Conor M. Dowling, and Margaret H. Ariotti. 2009. "Driving Saints to Sin: How Increasing the Difficulty of Voting Dissuades Even the Most Motivated Voters." *Political Analysis* 17(4): 435–55.

Mozaffar, S., & Schedler, A. 2002. The comparative study of electoral governance— Introduction. *International Political Science Review*, 23, 5-27

Oliver, Eric J. 2012. "Local Elections and the Politics of Small-Scale Democracy (Princeton University Press."

Parkin, Michael, and Frances Zlotnick. 2011. "English Proficiency and Latino Participation in U.S. Elections." *Politics & Policy* 39(4): 515–37.

Trounstine, Jessica. 2013. "Turnout and Incumbency in Local Elections." *Urban Affairs Review* 49(2): 167–89.

Trounstine, Jessica and Melody E. Valdini. 2008. "The Context Matters: The Effects of Single-Member Versus At-Large Districts on City Council Diversity." *American Journal of Political Science* 52(3): 554-569.

Verba, Sidney, Kay Lehman Schlozman, and Henry E. Brady. 1995. *Voice and Equality: Civic Voluntarism in American Politics*. Harvard University Press.

## Other Documents Considered

ERCSD00017541
ERCSD00017543
ERCSD00017550
ERCSD00017544
ERCSD00017538
ERCSD00017553
ERCSD00017549
ERCSD00017537
ERCSD00017545
ERCSD00017542
ERCSD00017539
ERCSD00017555
ERCSD00017556
ERCSD00015747
ERCSD00017552
ERCSD00017689
ERCSD00017685
ERCSD00017679
ERCSD00017679
ERCSD00017679
ERCSD00017686.
ERCSD00017531

ERCSD00017533
ERCSD00017535
ERCSD00017617
ERCSD00017610
ERCSD00017602
ERCSD00017603
ERCSD00017594
ERCSD00017601
ERCSD00017595
ERCSD00017611
ERCSD00017577
ERCSD00017582
ERCSD00017604
ERCSD00017618

# APPENDIX A

## Table 1: Racial/Ethnic Backgrounds of Candidates by Year

(W) denotes white
(B) denotes black
(L) denotes Latina/o
(I) denotes Incumbent
(Incumbent by Appointment) Incumbent holds office as a result of appointment by the Board to a vacant seat rather than holding seat as a result of election.

### 2005

|        | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|--------|---------------------------------------|--------------------------------------|
| Seat 1 | David Resnick (W)                     | Danielle Bright (B) (I)              |
| Seat 2 | Steven Rosenstock (W)                 | Georgine Hyde (W) (I)                |
| Seat 3 | Nathan Rothschild (W) (I)             |                                      |

### 2006

|        | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|--------|---------------------------------------|--------------------------------------|
| Seat 1 | Solomon Akerman (W)                   |                                      |
| Seat 2 | Akiva Feinsod (W)                     | Christian Sampson (B) (I)            |
| Seat 3 | Richard Stone (W) (I)                 | Suzanne Young-Mercer (B)             |

### 2007

|        | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|--------|---------------------------------------|--------------------------------------|
| Seat 1 | Mimi Calhoun (W) (I)                  | David Kandel (W)                     |
| Seat 2 | Stephen Price (W) (I)                 | Beverly Paige (B)                    |
| Seat 3 | Suzanne Young-Mercer (B)              | Aron Wieder (W)                      |

33

**2008**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Aron Wieder (W) | Steven White (W) |
| Seat 2 | Moshe Hopstein (W) |  |
| Seat 3 | Nathan Rothschild (W) (I) |  |

**2009**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|---|
| Seat 1 | Morris Kohn (W) | Leonardo Vera (L) |  |
| Seat 2 | Eliyahu Solomon (W) (I) | Margaret Hatton (W) | Carolyn Watson (W) |
| Seat 3 | Richard Stone (W) (I) | Emilia White (B) |  |

**2010**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Moses Friedman (W) | Antonio Luciano (W) |
| Seat 2 | Stephen Price (W) (I) |  |
| Seat 3 | Suzanne Young-Mercer (B) (I) |  |

**2011**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Moshe Hopstein (W) (I) | Margaret Hatton (W) |
| Seat 2 | Yehuda Weissmandl (W) | Antonio Luciano (W) |
| Seat 3 | Daniel Schwartz (W) | Carole Anderson (B) |

| Seat 4 | JoAnn Thompson (B) (I) (Incumbent by appointment) | |

## 2012

| | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Jacob Lefkowitz (W) | Hiram Rivera (L) |
| Seat 2 | Eliyahu Solomon (W) (I) | Kim Foskew (W) |
| Seat 3 | Yonah Rothman (W) | Joanne Thompson (B) (I) |

## 2013

| | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Maraluz Corado (L) | Margaet Tuck (B) |
| Seat 2 | Pierre Germain (B) | Eustache Clerveaux (B) |
| Seat 3 | Bernard Charles (B) (I) (Incumbent by appointment) | Robert Forrest (B) |

## 2014

| | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Moshe Hopstein (W) (I) | |
| Seat 2 | David Wanounou (W) (I) (Incumbent by appointment) | |
| Seat 3 | Yehuda Weissmandl (W) (I) | |
| Seat 4 | Harry Grossman (W) (I) (Incumbent by appointment) | |

**2015**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|---|
| Seat 1 | Jacob Lefkowitz (W) (I) | Sabrina Charles-Pierre (B) | Alan Keith Jones (B) |
| Seat 2 | Yonah Rothman (W) (I) | Natashia Morales (L) |  |
| Seat 3 | Juan Pablo Ramirez (L) | Steven White (W) | Yisroel Eisenbach (W) |

**2016**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Bernard Charles (B) (I) | Kim Foskew (W) |
| Seat 2 | Pierre Germain (B) (I) | Jean Fields (B) |
| Seat 3 | Yehuda Weissmandl (W) (I) | Natashia Morales (L) |
| Seat 4 | Sabrina Charles-Pierre (B) (I) (Incumbent by Appointment) |  |

**2017**

|  | Winning Candidate (Race) (Incumbency) | Losing Candidate (Race) (Incumbency) |
|---|---|---|
| Seat 1 | Mark Berkowitz (W) | Alexandra Manigo (W) |
| Seat 2 | Harry Grossman (W) (I) | Eric Goodwin (B) |
| Seat 3 | Joel Freilich (W) | Chevon Dos Reis (L) |

**2018**

|        | **Winning Candidate** (Race) (Incumbency) | **Losing Candidate** (Race) (Incumbency) |
|--------|-------------------------------------------|------------------------------------------|
| Seat 1 | Yoel Trieger (W)                          | Moster (W)                               |
| Seat 2 | Ephraim Weissmandl (W)                    | Jose Cintron (L)                         |
| Seat 3 | Sabrina Charles-Pierre (B) (I)            |                                          |

Sources for Table 1 of Appendix A:

East Ramapo Central School District, Election Results 2008 to present, http://www.ercsd.org/pages/East_Ramapo_CSD/Departments/District_Clerk/Budget_Vote_and_Election_Infor/Election_Results__-_2008_to_pr

Facebook, *Charles-Pierre, Cintron, and Moster for 2018 East Ramapo School Board*, https://www.facebook.com/CharlesPierreCintronMoster/

Facebook, *Ramapo for All*, https://www.facebook.com/RamapoForAll/

Alice Gomstyn, *3 in East Ramapo Board Races Urged to Withdraw*, The Journal News, 14A, April 20, 2007

Alice Gomstyn, *$178M Budget Passes Muster in East Ramapo*, The Journal News, 10A, May 17, 2006

Alice Gomstyn, *Incumbents, Young-Mercer Win*, The Journal News, 4A, May 16, 2007

Juvenile Justice Information Exchange, *Public Kid vs. Private Kid Divide in One New York Community Turns Dangerous*, May 6, 2013 https://jjie.org/2013/05/06/public-kid-vs-private-kid-divide-in-one-new-york-community-turns-dangerous/

*Legal Notices*, The Journal News, 8A, May 9, 2011

*Legal Notices*, The Journal News, 11C, Apr. 4, 2014

Lucky Lou Productions, *East Ramapo Appoints Sabrina Charles-Pierre*, YouTube, Oct. 19, 2015 https://www.youtube.com/watch?v=1N_D64ptSDw

LuckyLouProduction, *East Ramapo Adding Additional Non Mandated Busing Days for 18-19*, YouTube, Mar. 15, 2018, https://www.youtube.com/watch?v=H7SJTZ518Es

Lucky Lou Production, *East Ramapo Carole Anderson Talks about Grossman*, YouTube, Nov. 28, 2015, https://www.youtube.com/watch?v=cjEEkkVrcQs

Lucky Lou Production, *East Ramapo Board Member Joanne Thompson*, YouTube, Oct. 1, 2011, https://www.youtube.com/watch?v=cSag51P27lo

Lucky Lou Productions, *East Ramapo Emilia White Asks for Translators*, YouTube, Dec. 5, 2014, https://www.youtube.com/watch?v=-X7s6q7RZ44

Steve Lieberman, *Georgine Hyde, Holocaust Survivor, ex-E. Ramapo Board President dies*, The Journal News, 8A Aug. 30, 2015, https://www.lohud.com/story/news/local/rockland/2015/08/30/georgine-hyde-holocaust-survivor-ex-e-ramapo-board-president-dies/71416872/

Michael P. McKinney, *Slate of Four Candidates Campaign for East Ramapo BOE*, THE JOURNAL NEWS, Apr. 2, 2016, http://www.lohud.com/story/news/local/rockland/ramapo/2016/04/02/east-ramapo-candidates-campaign/82557154/

Mareesa Nicosia, *State: E. Ramapo Board May Be on Hook for Legal Fees*, The Journal News, Dec. 11, 2014, https://www.lohud.com/story/news/education/2014/12/01/east-ramapo-board-gets-legal-protection-risk/19761371/

Mareesa Nicosia, E. Ramapo Appoints Board Members, The Journal News, 3A, Mar. 13, 2013

*Photo Gallery: East Ramapo School District*, This American Life, *Photo Gallery: East Ramapo School District* https://www.thisamericanlife.org/extras/east-ramapo-school-district

Polanve, *Leonardo Vera*, YouTube, Mar. 21, 2009, https://www.youtube.com/watch?v=P6Iysiooewo

Power of Ten, *Justice Is Coming to East Ramapo, One Step at a Time*, July 15, 2015, https://poweroften.us/justice-is-coming-to-east-ramapo-one-step-at-a-time/

Preserve Ramapo, How They Voted, http://www.preserveramapo.com/Preserve%20Ramapo%202009/oustatcher_and_board_close_colton.htm

Kimberly Redmond, *E. Ramapo: 3 Seats Up for Grabs on School Board*, THE JOURNAL NEWS, May 9, 2017 http://www.lohud.com/story/news/education/2017/05/09/e-ramapo-school-board/314374001/

Adrienne Sander, *Lone Latino East Ramapo School Board Member Resigns*, The Journal News, July 24, 2015, https://www.lohud.com/story/news/education/2015/07/23/east-ramapo-school-board-resignation/30571361/

Gary Stern and Mareesa Nicosia, *East Ramapo: A District in Crisis*, The Journal News, Nov. 19, 2014https://www.lohud.com/story/news/education/2014/09/17/east-ramapo-district-crisis/15775703/

Alex Taylor, *Ramapo: Ballot Checks Continue in Ward Vote Count*, The Journal News, Aug. 4, 2015, https://www.lohud.com/story/news/politics/2015/08/04/ramapo-ballot-checks-continue-ward-vote-count/31107211/

Yoel Trieger, *East Ramapo Board Candidate: We Need to Work with Hasidic Schools to Ensure Change, The Journal News*, May 11, 2018, https://www.lohud.com/story/opinion/contributors/2018/05/11/work-hasidic-yeshivas-toward-change-east-ramapo-candidate-says/602853002/

Benjamin Wallace-Wells, *Them and Them*, New York Magazine, Apr. 21, 2013, http://nymag.com/news/features/east-ramapo-hasidim-2013-4/index2.html

Randi Weiner, *East Ramapo to Vote on Trustees, Budget*, The Journal News, 4A, (May 18, 2008) (picturing Steven White and Nathan Rothschild)

Randi Weiner, *$172.7M Budget Shot Down*, The Journal News, 8A, May 18, 2005

## APPENDIX A CONTINUED

### 2013 Analysis

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_tuck | 94.511 | 25.150 |
| se | 0.896 | 0.213 |
| pct_corado | 4.790 | 74.769 |
| se | 0.622 | 0.242 |
| Total | 99.301 | 99.919 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| tuck | 82.062 | 29.828 |
| 2.5 | 65.361 | 24.594 |
| 97.5 | 96.503 | 35.71 |
| corado | 17.938 | 70.172 |
| 2.5 | 3.497 | 64.29 |
| 97.5 | 34.639 | 75.406 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_tuck | 99.981 | 98.309 | 25.230 |
| se | 0.014 | 1.648 | 0.333 |
| pct_corado | 2.409 | 3.305 | 74.744 |
| se | 5.214 | 5.784 | 0.316 |
| Total | 102.390 | 101.614 | 99.974 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| tuck | 66.012 | 84.774 | 31.747 |
| 2.5 | 37.098 | 65.673 | 27.334 |
| 97.5 | 89.217 | 98.335 | 36.525 |
| corado | 33.988 | 15.226 | 68.253 |
| 2.5 | 10.783 | 1.665 | 63.475 |
| 97.5 | 62.902 | 34.327 | 72.666 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_clerveaux | 80.989 | 28.308 |
| se | 3.097 | 0.863 |
| pct_germain | 19.482 | 71.216 |
| se | 3.052 | 0.950 |
| Total | 100.471 | 99.524 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| clerveaux | 80.968 | 29.014 |
| 2.5 | 64.66 | 24.014 |
| 97.5 | 94.855 | 34.684 |
| germain | 19.032 | 70.986 |
| 2.5 | 5.145 | 65.316 |
| 97.5 | 35.34 | 75.986 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_clerveaux | 90.494 | 93.847 | 28.935 |
| se | 8.180 | 6.463 | 2.841 |
| pct_germain | 6.845 | 5.320 | 70.427 |
| se | 6.733 | 5.221 | 2.979 |
| Total | 97.339 | 99.167 | 99.362 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| clerveaux | 61.363 | 74.355 | 33.209 |
| 2.5 | 26.332 | 53.027 | 27.925 |
| 97.5 | 90.072 | 93.081 | 37.978 |
| germain | 38.637 | 25.645 | 66.791 |
| 2.5 | 9.928 | 6.919 | 62.022 |
| 97.5 | 73.668 | 46.973 | 72.075 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_charles | 26.330 | 67.699 |
| se | 0.317 | 0.413 |
| pct_forrest | 72.590 | 32.744 |
| se | 3.839 | 0.748 |
| Total | 98.921 | 100.443 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| forrest | 75.946 | 31.509 |
| 2.5 | 60.337 | 26.61 |
| 97.5 | 89.693 | 36.982 |
| charles | 24.054 | 68.491 |
| 2.5 | 10.307 | 63.018 |
| 97.5 | 39.663 | 73.39 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_charles | 10.376 | 3.823 | 67.534 |
| se | 8.010 | 4.913 | 0.908 |
| pct_forrest | 91.136 | 93.237 | 31.174 |
| se | 8.050 | 6.907 | 2.570 |
| Total | 101.512 | 97.060 | 98.707 |

| Candidate | RxC:<br>Hispanic | RxC:<br>Black | RxC:<br>White |
|---|---|---|---|
| forrest | 56.477 | 78.424 | 33.592 |
| 2.5 | 22.63 | 58.997 | 29.494 |
| 97.5 | 86.823 | 93.254 | 37.989 |
| charles | 43.523 | 21.576 | 66.408 |
| 2.5 | 13.177 | 6.746 | 62.011 |
| 97.5 | 77.37 | 41.003 | 70.506 |

## 2016 Analysis

| Candidate | EI: Pct<br>Minority | EI: Pct<br>White |
|---|---|---|
| pct_charles | 14.368 | 79.399 |
| se | 0.337 | 0.325 |
| pct_foskew | 85.608 | 20.586 |
| se | 0.838 | 0.124 |
| Total | 99.976 | 99.985 |

| Candidate | RxC:<br>Minority | RxC:<br>White |
|---|---|---|
| charles | 22.872 | 76.99 |
| 2.5 | 6.546 | 72.084 |
| 97.5 | 43.85 | 81.109 |
| foskew | 77.128 | 23.01 |
| 2.5 | 56.15 | 18.891 |
| 97.5 | 93.454 | 27.916 |

| Candidate | EI: Pct<br>Latino | EI: Pct<br>Black | EI: Pct<br>White |
|---|---|---|---|
| pct_charles | 5.222 | 16.526 | 77.259 |
| se | 4.443 | 15.006 | 0.260 |
| pct_foskew | 89.435 | 93.725 | 22.667 |
| se | 7.261 | 7.203 | 0.019 |
| Total | 94.657 | 110.251 | 99.926 |

| Candidate | RxC:<br>Hispanic | RxC:<br>Black | RxC:<br>White |
|---|---|---|---|
| charles | 40.824 | 24.844 | 75.096 |
| 2.5 | 10.843 | 4.917 | 70.99 |
| 97.5 | 76.438 | 51.232 | 78.801 |
| foskew | 59.176 | 75.156 | 24.904 |
| 2.5 | 23.562 | 48.768 | 21.199 |
| 97.5 | 89.157 | 95.083 | 29.01 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_germain | 17.244 | 77.302 |
| se | 2.347 | 0.065 |
| pct_fields | 83.238 | 22.673 |
| se | 1.178 | 0.110 |
| Total | 100.481 | 99.975 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| germain | 20.764 | 75.986 |
| 2.5 | 4.741 | 70.893 |
| 97.5 | 42.14 | 80.172 |
| fields | 79.236 | 24.014 |
| 2.5 | 57.86 | 19.828 |
| 97.5 | 95.259 | 29.107 |

| Candidate | EI: Pct Latino | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_germain | 0.317 | 3.884 | 77.129 |
| se | 0.303 | 3.797 | 0.458 |
| pct_fields | 97.103 | 90.166 | 22.566 |
| se | 4.256 | 10.709 | 0.500 |
| Total | 97.420 | 94.050 | 99.694 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| germaine | 40.531 | 23.825 | 73.781 |
| 2.5 | 10.426 | 5.116 | 69.959 |
| 97.5 | 76.565 | 48.406 | 77.358 |
| fields | 59.469 | 76.175 | 26.219 |
| 2.5 | 23.435 | 51.594 | 22.642 |
| 97.5 | 89.574 | 94.884 | 30.041 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_weissmandl | 2.119 | 77.665 |
| se | 1.851 | 1.215 |
| pct_morales | 95.136 | 22.162 |
| se | 4.913 | 1.019 |
| Total | 97.255 | 99.827 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| weissmandl | 15.908 | 74.371 |
| 2.5 | 2.717 | 69.969 |
| 97.5 | 34.408 | 78.231 |
| morales | 84.092 | 25.629 |
| 2.5 | 65.592 | 21.769 |
| 97.5 | 97.283 | 30.031 |

| Candidate | EI: Pct Latino | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_weissmandl | 3.105 | 2.536 | 77.928 |
| se | 7.605 | 3.443 | 0.770 |
| pct_morales | 97.838 | 95.868 | 22.272 |
| se | 4.666 | 4.245 | 0.959 |
| Total | 100.943 | 98.404 | 100.200 |

| Candidate | RxC: Hispanic | RxC: Black | RxC: White |
|---|---|---|---|
| weissmandl | 36.565 | 18.738 | 72.048 |
| 2.5 | 8.84 | 3.693 | 68.777 |
| 97.5 | 71.771 | 39.3 | 75.194 |
| morales | 63.435 | 81.262 | 27.952 |
| 2.5 | 28.229 | 60.7 | 24.806 |
| 97.5 | 91.16 | 96.307 | 31.223 |

## 2017 Analysis with Catalist data

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_berkowitz | 97.317 | 18.954 |
| se | 3.089 | 0.642 |
| pct_manigo | 2.582 | 80.735 |
| se | 3.234 | 0.839 |
| Total | 99.899 | 99.689 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| pct_berkowitz | 12.749 | 24.45 |
| 2.5 | 2.99 | 16.395 |
| 97.5 | 25.059 | 30.861 |
| pct_manigo | 87.251 | 75.55 |
| 2.5 | 74.941 | 69.139 |
| 97.5 | 97.01 | 83.605 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_berkowitz | 5.166 | 2.984 | 80.702 |
| se | 4.619 | 2.807 | 0.394 |
| pct_manigo | 92.789 | 96.084 | 21.438 |
| se | 6.953 | 3.234 | 0.232 |
| Total | 97.955 | 99.068 | 102.140 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| berkowitz | 37.203 | 16.952 | 74.881 |
| 2.5 | 9.371 | 2.869 | 71.565 |
| 97.5 | 73.779 | 37.95 | 78.084 |
| manigo | 62.797 | 83.048 | 25.119 |
| 2.5 | 26.221 | 62.05 | 21.916 |
| 97.5 | 90.629 | 97.131 | 28.435 |

| Candidate | EI: Minority | EI: Pct White |
|---|---|---|
| pct_goodwin | 97.993 | 18.898 |
| se | 2.371 | 0.615 |
| pct_grossman | 2.779 | 80.588 |
| se | 3.017 | 0.931 |
| Total | 100.773 | 99.486 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| goodwin | 83.78 | 22.407 |
| 2.5 | 65.327 | 18.945 |
| 97.5 | 96.899 | 27.049 |
| grossman | 16.22 | 77.593 |
| 2.5 | 3.101 | 72.951 |
| 97.5 | 34.673 | 81.055 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_goodwin | 94.615 | 96.224 | 18.999 |
| se | 5.499 | 4.354 | 0.716 |
| pct_grossman | 3.236 | 2.288 | 80.210 |
| se | 5.008 | 2.939 | 1.212 |
| Total | 97.852 | 98.512 | 99.210 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| goodwin | 64.569 | 79.732 | 25.46 |
| 2.5 | 29.932 | 57.549 | 22.291 |
| 97.5 | 91.146 | 96.177 | 29.072 |
| grossman | 35.431 | 20.268 | 74.54 |
| 2.5 | 8.854 | 3.823 | 70.928 |
| 97.5 | 70.068 | 42.451 | 77.709 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_frielich | 3.357 | 84.206 |
| se | 0.322 | 0.088 |
| pct_dosreis | 96.450 | 15.914 |
| se | 0.617 | 0.625 |
| Total | 99.807 | 100.120 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| dosreis | 80.061 | 20.085 |
| 2.5 | 52.119 | 15.798 |
| 97.5 | 96.531 | 27.232 |
| frielich | 19.939 | 79.915 |
| 2.5 | 3.469 | 72.768 |
| 97.5 | 47.881 | 84.202 |

| Candidate | EI: Pct Hisp | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_frielich | 2.232 | 0.742 | 84.103 |
| se | 1.999 | 0.260 | 0.423 |
| pct_dosreis | 90.323 | 94.658 | 15.694 |
| se | 9.372 | 6.055 | 0.026 |
| Total | 92.556 | 95.400 | 99.796 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| dosreis | 63.561 | 77.629 | 22.266 |
| 2.5 | 29.817 | 52.755 | 18.555 |
| 97.5 | 91.206 | 95.767 | 26.643 |
| frielich | 36.439 | 22.371 | 77.734 |
| 2.5 | 8.794 | 4.233 | 73.357 |
| 97.5 | 70.183 | 47.245 | 81.445 |

## 2018 Analysis

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_trieger | 39.771 | 84.514 |
| se | 4.140 | 0.652 |
| pct_moster | 60.526 | 15.207 |
| se | 4.053 | 0.543 |
| Total | 100.297 | 99.722 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| moster | 82.261 | 34.746 |
| 2.5 | 63.954 | 30.35 |
| 97.5 | 95.728 | 40.052 |
| trieger | 17.739 | 65.254 |
| 2.5 | 4.272 | 59.948 |
| 97.5 | 36.046 | 69.65 |

| Candidate | EI: Pct Latino | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_trieger | 2.685 | 19.789 | 85.359 |
| se | 0.206 | 2.398 | 0.156 |
| pct_moster | 97.267 | 71.982 | 14.420 |
| se | 0.201 | 5.383 | 0.172 |
| Total | 99.953 | 91.771 | 99.778 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| pct_trieger | 39.069 | 17.746 | 62.302 |
| 2.5 | 10.99 | 3.965 | 58.486 |
| 97.5 | 72.84 | 37.286 | 65.914 |
| pct_moster | 60.931 | 82.254 | 37.698 |
| 2.5 | 27.16 | 62.714 | 34.086 |
| 97.5 | 89.01 | 96.035 | 41.514 |

| Candidate | EI: Pct Minority | EI: Pct White |
|---|---|---|
| pct_cintron | 68.524 | 17.461 |
| se | 2.359 | 0.473 |
| pct_weissmandl | 31.198 | 82.576 |
| se | 2.339 | 0.316 |
| Total | 99.723 | 100.038 |

| Candidate | RxC: Minority | RxC: White |
|---|---|---|
| cintron | 78.455 | 16.783 |
| 2.5 | 60.902 | 14.644 |
| 97.5 | 91.824 | 19.471 |
| weissmandl | 21.545 | 83.217 |
| 2.5 | 8.176 | 80.529 |
| 97.5 | 39.098 | 85.356 |

| Candidate | EI: Pct Latino | EI: Pct Black | EI: Pct White |
|---|---|---|---|
| pct_cintron | 94.759 | 91.385 | 17.400 |
| se | 0.594 | 0.994 | 0.298 |
| pct_weissmandl | 1.728 | 4.988 | 82.569 |
| se | 3.206 | 0.320 | 0.325 |
| Total | 96.488 | 96.373 | 99.969 |

| Candidate | RxC: Hispanic | RxC: Black | RxC White |
|---|---|---|---|
| cintron | 59.716 | 84.145 | 17.216 |
| 2.5 | 27.621 | 64.966 | 15.505 |
| 97.5 | 86.511 | 96.928 | 19.245 |
| weissmandl | 40.284 | 15.855 | 82.784 |
| 2.5 | 13.489 | 3.072 | 80.755 |
| 97.5 | 72.379 | 35.034 | 84.495 |

47

# APPENDIX B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
SPRING VALLEY BRANCH; JULIO
CLERVEAUX, CHEVON DOS REIS; ERIC
GOODWIN; JOSE VITELIO GREGORIO;
DOROTHY MILLER; HILLARY MOREAU;
AND WASHINGTON SANCHEZ,

               Plaintiffs,

    v.

EAST RAMAPO CENTRAL SCHOOL
DISTRICT AND MARYELLEN ELIA, IN
HER CAPACITY AS THE
COMMISSIONER OF EDUCATION OF
THE STATE OF NEW YORK,

               Defendants.

17 Civ. 8943 (CS) (JCM)

---

## DECLARATION OF DR. MATTHEW A. BARRETO

Dr. Matthew A. Barreto, pursuant to provisions of 28 U.S.C. § 1746, declares as follows:

    1.     I respectfully submit this declaration on behalf of Plaintiffs in the above-captioned action.

    2.     I have been retained by Latham & Watkins LLP and the New York Civil Liberties Union Foundation, counsel for Plaintiffs in the above-captioned litigation, to prepare an expert opinion regarding the existence and extent of racially-polarized voting in the East Ramapo Central School District, located in Rockland County, New York.

    3.     Attached to this Declaration as Exhibit A is a copy of my preliminary expert report (the "Preliminary Expert Report").  My findings and conclusions are contained therein.

4.     I co-authored the Preliminary Expert Report with Dr. Loren Collingwood, Assistant

Professor of Political Science at the University of California, Riverside, and he has submitted his

own declaration summarizing his qualifications.

5.     I know of the facts set forth in this declaration based on my own personal

knowledge, and could and would competently testify to those facts if asked to do so.

6.     Attached to this Declaration as Exhibit B is a copy of my curriculum vitae, which

sets forth my qualifications, including a list of all publications I have authored within the past 10

years and a listing of cases in which I have served as an expert or a consultant.

7.     I am compensated at the rate of $300 per hour for my work.

8.     I reserve the right to continue to supplement the Preliminary Expert Report in light

of additional facts, testimony and/or materials that may come to light through the course of

discovery or otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on July 29, 2018
Los Angeles County, California

MATTHEW A. BARRETO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ, | 17 Civ. 8943 (CS) (JCM) |

Plaintiffs,

v.

EAST RAMAPO CENTRAL SCHOOL
DISTRICT AND MARYELLEN ELIA, IN
HER CAPACITY AS THE
COMMISSIONER OF EDUCATION OF
THE STATE OF NEW YORK,

Defendants.

## DECLARATION OF LOREN COLLINGWOOD, PhD.

Dr. Loren Collingwood, pursuant to provisions of 28 U.S.C. § 1746, declares as follows:

1.    I respectfully submit this declaration on behalf of Plaintiffs in the above-captioned action.

2.    I have been retained by Latham & Watkins LLP and the New York Civil Liberties Union Foundation, counsel for Plaintiffs in the above-captioned litigation, to prepare an expert opinion regarding the existence and extent of racially-polarized voting in the East Ramapo Central School District, located in Rockland County, New York.

3.    I co-authored the preliminary expert report attached as Exhibit A to the Declaration of Dr. Matthew A. Barreto (the "Preliminary Expert Report"), Professor of Political

Science and Chicano Studies at the University of California, Los Angeles, and he has submitted his own declaration summarizing his qualifications.

4.       I know of the facts set forth in the Preliminary Expert Report of my own personal knowledge, and could and would competently testify to those facts if asked to do so.

5.       I am currently Assistant Professor of Political Science at the University of California, Riverside. I conduct statistical modeling and analysis for the research firms Latino Decisions; Greenberg Quinlan Rosner Research; and National Democratic Institute.

6.       I have taught courses on mass media and public opinion; state politics and public policy; race and ethnic politics; electoral politics; and quantitative methods and statistical programming for Ph.D. students.

7.       I earned a Ph.D. in Political Science at the University of Washington in 2012 with an emphasis on racial and ethnic politics in the United States, political behavior, campaigns and elections, and public opinion.

8.       I have published peer-reviewed academic research papers on voting patterns among Latinos, African Americans and Anglos, and specifically on racially polarized voting, and in full, I have published (or forthcoming) 29 journal articles and book chapters which have been vetted through the social science review process. I have also authored or co-authored six R packages (a statistical software system).

9.       I have conducted demographic, census and voting analysis in voting rights redistricting lawsuits in multiple cases in California, including in Los Angeles County, Riverside County, San Mateo County, and Monterey County.

10.     A reasonable and accurate summary of my qualifications, publications and activities are set forth fully in my curriculum vitae, a true and correct copy of which is attached to the Expert Report as Exhibit C.

11.     I am compensated at the rate of $300 per hour for my work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2018
Los Angeles, California

LOREN COLLINGWOOD

Appendix B to Barreto & Collingwood Expert Report

Page 2

# EXHIBIT A

### PRELIMINARY EXPERT REPORT OF
### MATTHEW A. BARRETO, PhD. & LOREN COLLINGWOOD, PhD.

**I.      QUALIFICATIONS**

1.      I am currently a Professor of Political Science and Chicana/o Studies at the
University of California, Los Angeles and Faculty Director of the Latino Policy & Politics
Initiative.  I am the co-founder of the research firm Latino Decisions.  In January 2015, I
accepted an appointment at the level of Full Professor at the University of California, Los
Angeles (UCLA) in the departments of Political Science and Chicana/o Studies.  Before I joined
UCLA, I was a Professor at the University of Washington for more than nine years.  At the
University of Washington, I was an affiliated faculty member of the Center for Statistics and the
Social Sciences (CSSS), and an adjunct Associate Professor of Law at the University's law
school, where I served as Director of the University of Washington Law Center for Democracy
and Voting Rights.

2.      I have taught courses on the Voting Rights Act, Racial and Ethnic Politics,
Electoral Politics, Public Opinion, Immigration, Demographics, Qualitative Research Methods,
Introduction to Statistical Analysis and Advanced Statistical Analysis for Ph.D. students.

3.      I earned a Ph.D. in Political Science at the University of California, Irvine in
2005, with an emphasis on racial and ethnic politics in the United States, political behavior,
demographics, and public opinion.

4.      I have published peer-reviewed academic research papers on voting patterns
among Latinos, African Americans and whites, and specifically on racially polarized voting and
the Voting Rights Act, and I have published four books and 60 journal articles and book
chapters, which have been vetted through the social science review process.

5.      I have conducted demographic, census and voting analyses in voting rights redistricting lawsuits in multiple cases in Washington, California, Texas and Florida.

## II.      SCOPE OF WORK

6.      We were retained by the law firm of Latham & Watkins LLP and the New York Civil Liberties Union Foundation to examine the degree to which elections for Board Members of the East Ramapo Central School District ("East Ramapo") are characterized, or not, by racially polarized voting between whites and non-whites, and the extent to which white or non-white candidates of choice are regularly elected to the Board of Education (the "Board").

## III.      OVERVIEW OF PRELIMINARY EXPERT REPORT

7.      The primary aim of this Preliminary Expert Report is to examine whether evidence of racially polarized voting exists in elections for East Ramapo and to determine, if racially polarized voting does exist, whether these patterns undermine black and Latino electoral interests in elections, or whether blacks and Latinos are able to effectively elect candidates of choice to the Board.

8.      The focus of this inquiry is whether blacks and/or Latinos vote differently from whites, and whether bloc voting by whites against black and Latino candidates of choice is diluting the votes of black and Latino voters and systematically preventing those minority voters from electing their candidates of choice to Board seats. To assess voting patterns, we relied on both King's Ecological Inference (EI) and Rosen et al.'s EI RxC, which have both been used extensively in legal research and legal actions for voting rights analyses to assess the *Gingles* conditions of minority cohesion and white bloc voting. We also performed a Bayesian Improved

2

Surname and Geocoding[1] (BISG) analysis on the voters in the 2017 election, which has also been adopted and augmented in the analysis of elections, to estimate the number of black, white, and Latino voters who actually turned out to vote.[2]   We intend to apply BISG methodology to all voter files for East Ramapo elections since 2013 that can be digitized into a useable format.

9.      For this Preliminary Expert Report, we investigated the existence of polarization between white and non-white voters using data on citizen voting age population (CVAP) for all contests for seats on the Board from 2013 to 2017. We examined the voting patterns for black, white, and Latino voters based on the application of BISG to actual voter turnout in the 2017 Board election.  Finally, we investigated the existence of racially polarized voting in the general election for President of the United States in 2012 by estimating the candidate preferences of black, white, and Latino voters.  In total, we were able to conduct a preliminary examination of voting patterns for 28 candidates across 13 elections, which are summarized in Table 1 below.

10.      Overall, the official precinct data and ecological analyses point to a clear pattern of racially polarized voting in East Ramapo elections.  Based on this preliminary investigation, we conclude that across every election analyzed, whites bloc vote at high rates and have elected their candidates of choice to the Board in every instance.  We also conclude that black and

---

[1] *See* Marc N. Elliott et al., "Using the Census Bureau's surname list to improve estimates of race/ethnicity and associated disparities," Health Services Outcome Research Methods, vol. 9, at 69-83 (2009).

[2] As Plaintiffs' counsel noted in the Court-conference on July 12, 2018, we are providing this method of analysis for one election only at this time in order to preview the methodology to the District.  We reserve the right to supplement our analysis with data from additional elections and from external sources that perform the same or similar analyses on voting populations.  We also reserve the right to supplement and revise our conclusions and findings to the extent necessitated by performing a similar analysis on additional elections.  We also reserve the right to perform additional quality control and validation on the analyses presented here.

Latino voters are cohesive, and their candidates of choice are regularly blocked from winning by unified white voting.

## IV.  RACIALLY POLARIZED VOTING

11.    An analysis of racially polarized voting is a key component of claims brought under Section 2 of the Voting Rights Act.[3]  Traditionally, challengers under Section 2 submit evidence of minority political cohesiveness and majority bloc voting against minority interests through a racially polarized voting analysis, among other evidence.  Racially polarized voting occurs when minority and non-minority voters favor different candidates, or would have elected different candidates to office, when a minority candidate of choice is running for office.

12.    Because individual level vote choice is often unknown in local elections (*i.e.* through an exit poll), the voting patterns of white and minority voters must be inferred using statistical methods.  Information regarding the candidates for which each individual voter actually cast his or her ballot are not available from public sources.  The only information available is whether or not an individual voted.  The estimates of the relative candidate preferences of blacks, Latino, and white voters, and of those other voters participating in the election, are derived through a statistical method known as EI developed by Prof. Gary King.[4] Since the late 1990s, EI "has been the benchmark method courts use in evaluating racial polarization in voting rights lawsuits, and has been used widely in comparative politics research

---

[3] *See Thornburg v. Gingles*, 478 U.S. 30, 50-51 (1986); *see also Pope v. Cnty. of Albany*, 687 F.3d 565 (2d Cir. 2012); *Goosby v. Town Bd. of Town of Hempstead*, 180 F.3d 476 (2d Cir. 1999); *NAACP v. City of Niagara Falls*, 65 F.3d 1002 (2d Cir. 1995); *United States v. Vill. of Port Chester*, 704 F. Supp. 2d 411 (S.D.N.Y. 2010).

[4] *See* Gary King, A Solution to the Ecological Inference Problem Reconstructing Individual Behavior from Aggregate Data, Princeton University Press (1997).

4

on group and ethnic voting patterns."[5]  Two variations of EI that have emerged are referred to as

King's EI and EI: RxC.  The two methods are closely related, and Prof. King was a co-author

and collaborator on the RxC method.[6]  Generally speaking, both methods take ecological data in

the aggregate – such as precinct vote totals – and use Bayesian statistical methods to find voting

patterns by regressing candidate choice against racial demographics within the aggregate

precinct.  King's EI is sometimes referred to as the iterative approach, in that it runs a 2-by-2

analysis of each candidate and each racial group, in iterations, whereas the RxC method allows

multiple rows and multiple columns to be estimated simultaneously in one model.  In our

research, we have found that the two methods provide very consistent results and can be used in

tandem to provide greater confidence in results.

13.     We conducted our analysis of contested elections in East Ramapo from 2012 to

2017 in four parts: First, we analyzed whether or not whites in East Ramapo vote in a bloc, and

whether or not they elect their candidates of choice to the Board.  To this end, we applied both

King's EI and Rosen et. al.'s RxC to the election results and data on the CVAP of each polling

place to assess how whites voted across Board elections from 2013 to 2017 in contested elections

with two or more candidates.  Second, once we determined how whites voted, using basic

algebra, we then estimated how non-whites[7] voted, given the share of the electorate that each

group comprised.  Third, we concluded with a full comparison of ecological inference analysis of

---

[5] Loren Collingwood, Kassra Oskooii, Sergio Garcia-Rios, and Matt Barreto, "eiCompare: Comparing Ecological Inference Estimates across EI and EI:R x C," The R Journal, vol. 8, at 93 (2016).

[6] See Ori Rosen, Wenxin Jiang, Gary King, and Martin Tanner, "Bayesian and frequentist inference for ecological inference: the R x C case," Statistica Neerlandica, vol. 55, at 134-46 (2001).

[7] The term "non-white" as used herein refers to individuals who identify as black, Latino or other, while "white" refers to those who identify as white, non-Hispanic.

white, black, and Latino vote estimates for the three 2017 Board contests, the only District voter

file to which we have been able to apply BISG at the time of the service of this report. Finally,

we present vote choice estimates for an exogenous election, the 2012 Presidential election.[8]

## A.   Ecological Inference from Precinct Data

14.   We have compiled data on the percentage of CVAP who are black, Latino, white,

or other, by precinct, and merged that with precinct-level voter choice from relevant election

results for East Ramapo from 2013-2017 as well as the 2012 Presidential election. All election

data were derived from the East Ramapo election results provided to us by counsel for the

Plaintiffs. We understand counsel obtained the official election results for the Board elections

from East Ramapo's website.[9]  Racial demographic data at the precinct level were provided by

Mr. William Cooper, an expert on demographics in New York. All data used herein came from

publicly available sources or from the District and can be freely downloaded and/or reproduced

upon request.

15.   In addition to using CVAP data to assess white and non-white voting patterns, we

also relied on demographic data of the actual voters. While CVAP data can be useful, not all

eligible voters actually vote, and differential turnout rates by race/ethnicity mean that CVAP data

alone can be less reliable than also incorporating data on actual voters. For the 2017 election, we

examined a list of all persons who voted in the Board election, totaling 14,343 names and

addresses from the voter file, which was produced to Plaintiffs' counsel through discovery. For

---

[8] In analyzing the 2012 Presidential Election, the large number of precincts and the variation in the racial composition of precincts allowed us to draw conclusions about black, white, and Latino voter patterns based on CVAP data, rather than actual turnout data.

[9] *See* East Ramapo Central School District, Election Results, http://www.ercsd.org/pages/East_Ramapo_CSD/Departments/District_Clerk/Budget_Vote_and_Election_Infor/Election_Results__-_2008_to_pr

the 2017 election, we were able to identify the racial/ethnic demographics of those who actually voted, a more precise measure of racial demographics than *eligible* voters in each precinct.  We used this data to estimate voting patterns for whites, blacks, Latinos and "other" in the 2017 contests.

16.     We analyzed all candidates for contested Board elections in East Ramapo from 2013 to 2017, which includes 26 candidates across 12 elections.  We added an analysis of the 2012 presidential election, because a much larger set of voting precincts in East Ramapo was available to analyze for that election, allowing us to cross-check voting patterns against an exogenous election.  The full set of candidates analyzed is summarized in Table 1.

## TABLE 1: SUMMARY OF ELECTIONS ANALYZED[10]

| Election Year | Office | Candidates | Vote Share | Outcome |
|---|---|---|---|---|
| 2013 | School Board | Charles | 56.7 | Won |
| | | Forrest | 43.0 | Lost |
| 2013 | School Board | Germain | 57.4 | Won |
| | | Clerveaux | 42.3 | Lost |
| 2013 | School Board | Corado | 56.4 | Won |
| | | Tuck | 43.4 | Lost |
| 2015 | School Board | Lefkowitz | 55.7 | Won |
| | | Charles-Pierre | 40.2 | Lost |
| | | Jones | 4.1 | Lost |
| 2015 | School Board | Rothman | 57.2 | Won |
| | | Morales | 42.7 | Lost |
| 2015 | School Board | Ramirez | 54.9 | Won |
| | | White | 40.3 | Lost |
| | | Eisenbach | 4.8 | Lost |
| 2016 | School Board | Charles | 66.7 | Won |
| | | Foskew | 33.2 | Lost |
| 2016 | School Board | Germain | 65.5 | Won |
| | | Fields | 34.5 | Lost |
| 2016 | School Board | Weissmandl | 63.4 | Won |
| | | Morales | 36.6 | Lost |
| 2017 | School Board | Berkowitz | 64.8 | Won |
| | | Manigo | 35.1 | Lost |
| 2017 | School Board | Grossman | 65.0 | Won |
| | | Goodwin | 34.9 | Lost |
| 2017 | School Board | Freilich | 67.9 | Won |
| | | Dos Reis | 32.1 | Lost |
| 2012 | President | Obama | 55.4 | Won |
| | | Romney | 43.5 | Lost |

17.    We undertook an analytic approach that allowed for a reliable estimate of racially polarized voting using aggregate voter precinct data. To assess voting preferences, we employed both King's EI and EI:RxC using a statistical package that we developed with co-authors called

---

[10] In 2014, all candidates ran unopposed.

8

eiCompare for R.[11]  These techniques make it possible to infer from aggregate level, voter

precinct information how racial groups within given political sub-units – in this case East

Ramapo – voted and whether or not blacks and Latinos voted differently than whites.

18.    To assess the racial composition of the East Ramapo electorate with the greatest

feasible accuracy, we also applied BISG to the voter file for the 2017 election using a statistical

package for voter analysis developed by Imai and Khanna, the authors of a peer-reviewed article

on this topic published in a leading journal on political science methodology.[12]  BISG is a

methodology that uses individual-level data, including a voter's surname, geographic location,

and the racial composition of the voter's census tract or block to generate the probability that an

individual belongs to a particular racial group where self-reported information is not available.

19.    To apply BISG to the East Ramapo voter file, we examined the surnames and

geographic location of each voter in the 2017 election from the voter file provided to Plaintiffs'

counsel through discovery.  Using the R package wru[13], each voter was assigned a probability

that they are of a given racial group in order to ascertain the number of voters from each racial

group (white, black, Latino, or other) in each of the 10 precincts in the 2017 election.  Applying

that analysis at the precinct level, we were then able to make predictions about how racial groups

within East Ramapo voted in the 2017 elections and whether or not blacks and Latinos voted

differently than whites.

---

[11] *See supra* n. 6, at 92-101.

[12] *See* Kosuke Imai and Kabir Khanna, "Improving Ecological Inference by Predicting Individual Ethnicity from Voter Registration Records," Political Analysis vol. 24, at 263-72 (2016).

[13] Kosuke Imai and Kabir Khanna, "wru: Who are You? Bayesian Prediction of Racial Category Using Surname and Geolocation," available at https://cran.r-project.org/web/packages/wru/index.html

9

## Inquiry 1: Whether white bloc voting exists in East Ramapo

20.     We begin by presenting results on white voting patterns. The ecological estimates for whites have a high degree of confidence because the population of whites in East Ramapo is larger than the population of non-whites, and there is more variation in the percentage of the population that is white across the 10 voting precincts as reported in Table 2. This variation produces vote choice estimates that are quite stable and reliable. Across the 26 candidates for contested Board elections from 2013 – 2017, both the EI and the RxC estimates show high rates of white bloc voting, as reported in Table 3. The ecological estimates for EI and RxC also corroborate each other, suggesting more confidence and reliability of the white vote choice estimates, consistent across two different statistical models. The full set of results and corresponding statistical outputs for the ecological models can be found in Appendix A.

### TABLE 2: WHITE AND MINORITY CVAP BY PRECINCT IN EAST RAMAPO CSD

| prec | name | pct_white | pct_minority |
|------|------|-----------|--------------|
| 1 | Lime Kiln | 0.9022 | 0.0978 |
| 2 | Summit Park | 0.5915 | 0.4085 |
| 3 | Kakiat | 0.9272 | 0.0728 |
| 4 | Ramapo HS | 0.9674 | 0.0326 |
| 5 | Hillcrest | 0.5517 | 0.4483 |
| 6 | Kurtz Center | 0.2319 | 0.7681 |
| 7 | Spring Valley | 0.6051 | 0.3949 |
| 8 | Margetts | 0.7164 | 0.2836 |
| 9 | Chestnut Ridge | 0.6162 | 0.3838 |
| 10 | Hempstead | 0.3186 | 0.6814 |

## TABLE 3: ESTIMATED WHITE VOTE IN EAST RAMAPO CSD ELECTIONS

| 2017 | EI | RxC | White preferred Candidate won |
|---|---|---|---|
| Berkowitz | 78 | 77 | Yes |
| Manigo | 23 | 23 | |
| Grossman | 79 | 77 | Yes |
| Goodwin | 22 | 23 | |
| Freilich | 80 | 79 | Yes |
| Dos Reis | 20 | 21 | |
| | | | |
| 2016 | EI | RxC | |
| Charles | 78 | 77 | |
| Foskew | 21 | 23 | |
| Germain | 77 | 76 | |
| Fields | 22 | 24 | |
| Weissmandl | 75 | 76 | |
| Morales | 25 | 24 | |
| | | | |
| 2015 | EI | RxC | |
| Lefkowitz | 71 | 72 | Yes |
| Charles-Pierre | 23 | 27 | |
| Jones | 3 | 1 | |
| Rothman | 72 | 72 | Yes |
| Morales | 28 | 28 | |
| Ramirez | 72 | 69 | Yes |
| White | 26 | 27 | |
| Eisenbach | 7 | 5 | |
| | | | |
| 2013 | EI | RxC | |
| Charles | 70 | 69 | Yes |
| Forrest | 30 | 31 | |
| Germain | 72 | 71 | Yes |
| Clerveaux | 28 | 29 | |
| Corado | 72 | 70 | Yes |
| Tuck | 28 | 30 | |

21.     In every single election to the Board from 2013 to 2017, the white-preferred candidate won, and won with strong evidence of bloc voting among whites in East Ramapo. Based on this analysis of CVAP data, typically, white voters provide on average 73.4% (RxC

11

average) to 74.3% (EI average) bloc vote in favor of their preferred candidate. There is no question that a majority of whites delivered the votes necessary to elect their candidates of choice to office.

## Inquiry 2: Whether cohesive voting among non-whites exists in East Ramapo

22.     Now that we have established reliable point estimates for white voters, we can easily determine how non-whites voted, using some basic algebra to solve the unknown quantity. Starting with what we do know, we know exactly how many ballots were cast, and we know exactly how many ballots each candidate received. Table 3 above provides information on how white voters cast their ballots, therefore leaving the votes for non-whites missing. Yet, given that we have the other pieces of information, we can solve the equation for how non-whites voted.

23.     Quite simply: *Total votes for candidate₁ (y) = white votes for candidate (x1) + non-white votes for candidate (x2).* Where we have the values for x1 and x2, as we do here, then we can solve for y.

24.     The only other piece of information we need is what share of all total voters were white versus non-white (*i.e.* voter turnout for whites versus non-whites). This information is obtained using ecological inference techniques, and is stated as one of the parameters that social scientists may wish to derive using ecological inference by Prof. King, the author of the statistical model. In fact, when running either EI or RxC, the models will generate turnout estimates for whites and non-whites and store those estimates, to be used as part of generating the overall vote choice percentages.

25.     We start by using the 2017 election between Berkowitz and Manigo as an example to illustrate how we are able to produce reliable vote choice estimates for both whites and non-whites. First, the ecological inference models estimate white voter turnout to be 28.76%

12

and non-white turnout to be 15.29%.  Based on those estimates, we can calculate how many total

white and non-white voters participated in the 2017 election, as reported in Table 4:

**TABLE 4: 2017 ELECTION VOTER TURNOUT BY RACE**

|           | Turnout | CVAP   | Votes  | Share |
|-----------|---------|--------|--------|-------|
| White     | 0.2876  | 36,472 | 10,491 | 74.2% |
| Non-White | 0.1529  | 23,851 | 3,648  | 25.8% |
| Total     | 0.2344  | 60,323 | 14,139 | 1.00  |

26.     Now that we know how many total white and non-white voters cast ballots in the

2017 election, we can use simple algebra to solve how non-whites voted, relying on our white

vote choice estimates reported above in section 1.  For example, in the election between

Berkowitz and Manigo, we are confident that whites cast 10,491 ballots given their turnout rate

of 28.76% (36,472 CVAP x 28.76 turnout rate = 10,491 votes cast) and that non-whites cast

3,648 ballots given their turnout rate of 15.29%.  From the vote choice estimates reported above

in Table 2, the RxC model suggests that 77% of whites voted for Berkowitz and 23% voted for

Manigo.  Thus, 10,491 votes x 77% = 8,078 votes for Berkowitz.  We know for certain that

Berkowitz received 9,158 total votes in the election, and if 8,078 came from whites, then it must

be that the remainder of his votes, 1,080, came from non-whites.  In total, non-whites cast 3,648

total ballots, of which 1,080 went to Berkowitz, meaning that he received exactly 30% of the

non-white vote, leaving 70% of the non-white vote, or 2,551 raw votes, in favor of Manigo.  The

math for this formula is depicted in Table 5:

## TABLE 5: ESTIMATED WHITE AND NON-WHITE VOTE IN 2017 ELECTION

|  | Known quantities | | | Estimated quantities | | |  |
|---|---|---|---|---|---|---|---|
|  | Among white voters | | | Among non-white voters | | |  |
|  | RxC results | total voters | raw votes for each | estimated Results | total voters | raw votes for each | Total |
| Berkowitz | 0.77 0.23 | 10,491 | 8,078 | 0.30 | 3,648 | 1,080 | 9,158 |
| Manigo |  | 10,491 | 2,413 | 0.70 | 3,648 | 2,551 | 4,964 |

27.    Not only do the results show that a clear majority of non-whites had to have cast their ballots for Manigo in order for her to gain a total of 4,964 – as reported by the official election results – but further, the results show that no matter how non-whites had voted, there was no way they could have overcome the white bloc voting in favor of Berkowitz. In Table 6 we provide a hypothetical simulation in which 100% of non-whites voted cohesively for Manigo, giving her all 3,648 of their votes. In this instance, Manigo would have tallied 6,061 total votes versus 8,078 total votes that Berkowitz received from whites, giving him 57% overall to win the election. Even if we set the white vote at its lowest statistical possibility of 72% for Berkowitz, the same results hold with non-white voters having no ability to overcome the strong white bloc voting that ensured a Berkowitz victory, even if every single non-white voter preferred Manigo.

## TABLE 6: SIMULATION IN WHICH NON-WHITES VOTE 100% FOR MANIGO

|  | Among white voters | | | Among non-white voters | | |  |  |
|---|---|---|---|---|---|---|---|---|
|  | RxC results | total voters | raw votes for each | simulated results | total voters | raw votes for each | Total | Share |
| Berkowitz | 0.77 | 10,491 | 8,078 | 0.00 | 3,648 | - | 8,078 | 0.57 |
| Manigo | 0.23 | 10,491 | 2,413 | 1.00 | 3,648 | 3,648 | 6,061 | 0.43 |

28.    The same basic math that we applied to the 2017 Berkowitz-Manigo election can be applied to every single election to the Board, starting with the vote choice estimates for

14

whites, determining the number of white votes for each candidate, and then extracting the non-white vote from the remainder. The first step is estimating the different turnout rates by whites and non-whites in each election so that we can determine how many total ballots were cast by whites and minorities. These results are presented in Table 7.

### TABLE 7: VOTER TURNOUT RATES BY RACE 2013 – 2017

**RxC Turnout Estimates: Voted / CVAP**

|              | White | non-White |
|--------------|-------|-----------|
| 2013 Turnout | .2250 | .1620     |
| 2015 Turnout | .2197 | .1451     |
| 2016 Turnout | .2473 | .1263     |
| 2017 Turnout | .2876 | .1529     |

29.     Next, in Tables 8 – 11, we present comparable data as in Table 5 above. Across every election analyzed, using the actual vote totals from the official election results and the ecological estimates (RxC) for white votes, a clear pattern emerges: non-white voters consistently vote cohesively for the candidate who loses. Because of the high degree of white bloc voting, whites are able to effectively control the election outcomes of East Ramapo Board elections and completely prevent blacks and Latinos from being able to elect their candidates of choice.

15

## TABLE 8: ESTIMATED WHITE AND NON-WHITE VOTE IN 2017 ELECTION

|  | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
|  | RxC results | total voters | raw votes for each | estimated Results | total voters | raw votes for each | Total |
| Berkowitz | 0.77 | 10,491 | 8,078 | 0.30 | 3,648 | 1,080 | 9,158 |
| Manigo | 0.23 | 10,491 | 2,413 | 0.70 | 3,648 | 2,551 | 4,964 |

|  | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
|  | RxC results | total voters | raw votes for each | estimated results | Total Voters | raw votes for each | Total |
| Grossman | 0.77 | 10,437* | 8,036 | 0.30 | 3,629* | 1,101 | 9,137 |
| Goodwin | 0.23 | 10,437 | 2,401 | 0.69 | 3,629 | 2,509 | 4,910 |

\* the Grossman-Goodwin election had 73 fewer ballots cast than Berkowitz-Manigo

|  | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
|  | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Freilich | 0.79 | 10,428* | 8,238 | 0.36 | 3,617* | 1,292 | 9,530 |
| Dos Reis | 0.21 | 10,428 | 2,190 | 0.64 | 3,617 | 2,313 | 4,503 |

\* the Freilich-Dos Reis election had 85 fewer ballots cast than Berkowitz-Manigo

## TABLE 9: ESTIMATED WHITE AND NON-WHITE VOTE IN 2016 ELECTION

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Weissmandl | 0.76 | 9,020 | 6,855 | 0.26 | 3,013 | 772 | 7,627 |
| Morales | 0.24 | 9,020 | 2,165 | 0.74 | 3,013 | 2,236 | 4,401 |

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Germain | 0.76 | 8,964* | 6,812 | 0.35 | 3,036* | 1,048 | 7,860 |
| Fields | 0.24 | 8,964 | 2,151 | 0.65 | 3,036 | 1,986 | 4,137 |

*the Germain-Fields election had 33 fewer ballots cast than Weissmandl-Morales*

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Charles | 0.77 | 8,929 | 6,875 | 0.36 | 3,024 | 1,098 | 7,973 |
| Foskew | 0.23 | 8,929 | 2,054 | 0.63 | 3,024 | 1,918 | 3,972 |

*the Charles-Foskew election had 80 fewer ballots cast than Weissmandl-Morales*

17

## TABLE 10: ESTIMATED WHITE AND NON-WHITE VOTE IN 2015 ELECTION

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Ramirez | 0.69 | 8,014 | 5,530 | 0.22 | 3,461 | 763 | 6,293 |
| White | 0.27 | 8,014 | 2,164 | 0.71 | 3,461 | 2,451 | 4,615 |
| Eisenbach | 0.05 | 8,014 | 401 | 0.04 | 3,461 | 155 | 556 |

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Lefkowitz | 0.72 | 8,001* | 5,760 | 0.18 | 3,455* | 620 | 6,380 |
| Charles-Pierre | 0.27 | 8,001 | 2,160 | 0.71 | 3,455 | 2,440 | 4,600 |
| Jones | 0.01 | 8,001 | 80 | 0.11 | 3,455 | 388 | 468 |

*the Lefkowitz-Charles-Pierre election had 19 fewer ballots cast than Ramirez-White*

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Rothman | 0.72 | 7,959* | 5,730 | 0.23 | 3,437* | 793 | 6,523 |
| Morales | 0.28 | 7,959 | 2,228 | 0.77 | 3,437 | 2,636 | 4,864 |

*the Rothman-Morales election had 79 fewer ballots cast than Ramirez-White*

18

**TABLE 11: ESTIMATED WHITE AND NON-WHITE VOTE IN 2013 ELECTION**

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Corado | 0.70 | 8,206 | 5,744 | 0.27 | 3,864 | 1,062 | 6,806 |
| Tuck | 0.30 | 8,206 | 2,462 | 0.72 | 3,864 | 2,782 | 5,244 |

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Germain | 0.71 | 8,171 | 5,802 | 0.29 | 3,848 | 1,097 | 6,899 |
| Clerveaux | 0.29 | 8,171 | 2,370 | 0.71 | 3,848 | 2,715 | 5,085 |

*\* the Germain-Clerveaux election had 79 fewer ballots cast than Corado-Tuck*

| | Among white voters | | | Among non-white voters | | | |
|---|---|---|---|---|---|---|---|
| | RxC results | total voters | raw votes for each | estimated results | total voters | raw votes for each | Total |
| Charles | 0.69 | 8,188 * | 5,650 | 0.31 | 3,856* | 1,183 | 6,833 |
| Forrest | 0.31 | 8,188 | 2,538 | 0.68 | 3,856 | 2,637 | 5,175 |

*\* the Charles-Forrest election had 26 fewer ballots cast than Corado-Tuck*

30.     To provide further evidence for the non-white vote choice results estimated above, we next turn back to ecological inference models to estimate how non-white voters as a whole voted using precinct data. When the non-white vote is aggregated together, the population is larger, and the variation across the precincts is greater, which provides more information for the statistical models to rely on when generating estimates. This is especially important because with only 10 available precincts, having greater variation in the racial population data across precincts is preferred. The results in Table 12 point to clear and statistically reliable estimates of

19

minority vote cohesion. First, in each Board election, minority voters are cohesive, proving clear majority support for their candidate of choice. Second, in each Board election, the minority candidate of choice loses. This data is very consistent with the algebraic estimates provided above in Tables 8-11 and provides another method that again points to evidence of racially polarized voting. Moreover, because this analysis is based on CVAP data, rather than actual turnout data, and based on preliminary findings from our application of BISG to the 2017 voter file, we expect the data in Table 12 to represent a conservative (that is, relatively low) estimate of minority cohesion, compared to what actual turnout data would reflect once we conduct future analyses on additional elections.

**TABLE 12: EI AND RXC VOTE ESTIMATES FOR WHITES AND NON-WHITES**

| | White vote | | | Non-white vote | | |
|---|---|---|---|---|---|---|
| 2017 | EI | RxC | | EI | RxC | |
| Berkowitz | 78 | 77 | Won | 39 | 36 | |
| Manigo | 23 | 23 | | 60 | 64 | Blocked |
| Grossman | 79 | 77 | Won | 38 | 37 | |
| Goodwin | 22 | 23 | | 61 | 63 | Blocked |
| Freilich | 80 | 79 | Won | 42 | 43 | |
| Dos Reis | 20 | 21 | | 58 | 57 | Blocked |
| | | | | | | |
| 2016 | EI | RxC | | EI | RxC | |
| Charles | 78 | 77 | Won | 41 | 43 | |
| Foskew | 21 | 23 | | 58 | 57 | Blocked |
| Germain | 77 | 76 | Won | 40 | 40 | |
| Fields | 22 | 24 | | 60 | 60 | Blocked |
| Weissmandl | 75 | 76 | Won | 39 | 35 | |
| Morales | 25 | 24 | | 61 | 65 | Blocked |
| | | | | | | |
| 2015 | EI | RxC | | EI | RxC | |
| Lefkowitz | 71 | 72 | Won | 27 | 24 | |
| Charles-Pierre | 23 | 27 | | 69 | 69 | Blocked |
| Jones | 3 | 1 | | 6 | 7 | |
| Rothman | 72 | 72 | Won | 29 | 26 | |
| Morales | 28 | 28 | | 70 | 73 | Blocked |
| Ramirez | 72 | 69 | Won | 17 | 27 | |
| White | 26 | 27 | | 72 | 70 | Blocked |
| Eisenbach | 7 | 5 | | 2 | 4 | |
| | | | | | | |
| 2013 | EI | RxC | | EI | RxC | |
| Charles | 70 | 69 | Won | 32 | 30 | |
| Forrest | 30 | 31 | | 68 | 70 | Blocked |
| Germain | 72 | 71 | Won | 25 | 30 | |
| Clerveaux | 28 | 29 | | 74 | 70 | Blocked |
| Corado | 72 | 70 | Won | 23 | 29 | |
| Tuck | 28 | 30 | | 77 | 71 | Blocked |

## Inquiry 3: Demographics of actual voters

31.    Ecological statistical models, like EI and EI RxC used above, attempt to draw an inference regarding how groups voted using aggregate ecological data, often of *eligible* voters. Yet, when the data is available, it is helpful to examine how candidate vote choice varied across precincts given precinct racial demographics of the *actual* voters, not the eligible voters. To do this, we employed a technique that is commonly used in social science analysis of voting patterns, and has been used in previous voting rights lawsuits: surname matching and local census data. As noted above, we employ the wru package in R to estimate the probability that a voter is white, black, Latino, or other, using a combination of surname and geolocation. The result is that for every person who actually cast a ballot in the 2017 election, we have a reliable estimate of their race or ethnicity, which we can then aggregate at the precinct level. Using this data we create a more accurate picture of voter behavior in the 10 precincts in East Ramapo to run ecological analysis of vote choice and racial demographics.[14] The results are reported in Table 13 and the full set of results and corresponding statistical outputs for the ecological models can be found in Appendix A

---

[14] Here, we are not necessarily interested in the racial assignment for any single individual voter because we use the aggregate precinct data to evaluate patterns across precincts, and are therefore more interested in the combined or aggregate racial assignments across precincts. Using the aggregate data gives us a much more refined read on the racial and ethnic demographics of the voters from one precinct to another because the data is more accurate at an aggregate level.

**TABLE 13: 2017 VOTE CHOICE ESTIMATES USING VOTER RACE (BISG)**

|  | White vote | | | Black vote | | | Latino vote | | |
|---|---|---|---|---|---|---|---|---|---|
|  | EI | RxC |  | EI | RxC |  | EI | RxC |  |
| Berkowitz | 72 | 73 | Won | 10 | 23 |  | 5 | 36 |  |
| Manigo | 28 | 27 |  | 93 | 77 | Blocked | 94 | 64 | Blocked |
| Grossman | 72 | 74 | Won | 2 | 23 |  | 5 | 36 |  |
| Goodwin | 29 | 26 |  | 91 | 77 | Blocked | 91 | 64 | Blocked |
| Freilich | 75 | 77 | Won | 14 | 27 |  | 5 | 40 |  |
| Dos Reis | 25 | 23 |  | 93 | 73 | Blocked | 87 | 60 | Blocked |

32.     The results in Table 13 make clear the pattern of racially polarized voting among whites and non-whites when breaking the data down to actual voters and not CVAP. Both EI and RxC produce results consistent with those above, but provide individual group estimates for whites, blacks, and Latinos which show that both blacks and Latinos voted cohesively within each minority group and across the two minority groups, for the candidates who lost each election: Manigo, Goodwin, and Dos Reis, while whites voted in a bloc in favor of the winning candidate in each election: Berkowitz, Grossman, and Freilich.

**Inquiry 4: Additional evidence from an exogenous election**

33.     Beyond the East Ramapo elections analyzed, we also examined the 2012 presidential election, only for precincts within the East Ramapo geography, to assess how the same group of voters cast ballots in an interracial exogenous election. While each geography and jurisdiction across the country is unique, one potential limitation with the Board elections is that East Ramapo utilizes only 10 voting precincts and thus reports results by only 10 voting precincts for the years 2013 – 2017, which can make the inference more challenging if there is not adequate variation across the 10 precincts. The 2012 presidential election was administered by the Rockland County Board of Elections and as such there were 72 precincts available for

23

analysis. Having 72 precincts allows for the possibility that more variation can be found across precincts, which can benefit the ecological estimates.

34.     The 2012 Presidential election shows clear patterns of racially polarized voting between white and non-white voters within East Ramapo, and leaves no question whatsoever that white and minority voters had complete opposite vote choice patterns and that black and Latino voters had similar vote choice patterns. As reported in Table 14, Romney won an estimated 75% of the white vote, while Obama won over 95% of the non-white vote. Further, because of the larger number of precincts, and more variation across racial demographics in each precinct, we also provided vote choice estimates for white, black, and Latino voters for the 2012 presidential election. These results confirm patterns of polarized voting in both the EI and RxC analysis. In the EI analysis, 87% of blacks and 74% of Latinos voted for Obama, compared to only 25% of whites. In the RxC analysis, 98% of blacks and 96% of Latinos voted for Obama compared to only 25% of whites.

**TABLE 14: VOTE CHOICE AMONG EAST RAMAPO PRECINCTS IN 2012**

**PRESIDENTIAL ELECTION**

|        | White vote | | Black vote | | Latino vote | |
|--------|----|-----|----|-----|----|-----|
|        | EI | RxC | EI | RxC | EI | RxC |
| Romney | 75 | 25  | 13 | 2   | 30 | 4   |
| Obama  | 25 | 75  | 87 | 98  | 74 | 96  |

|        | White vote | | Non-White | |
|--------|----|-----|----|-----|
|        | EI | RxC | EI | RxC |
| Romney | 75 | 77  | 8  | 1   |
| Obama  | 25 | 23  | 93 | 99  |

## V.     CONCLUSION

35.     Across the data we have been able to consider to this point, three consistent findings emerge from our preliminary analysis:

24

1.  Elections in East Ramapo are characterized by strong patterns of racially polarized voting, consistent from 2012 to 2017.

2.  White voters are highly cohesive in bloc voting against non-white candidates of choice in Board elections. White voters have been on the winning side of every Board election since 2013, and are able to control the outcome of Board elections.

3.  Non-white communities are cohesive and consistently vote for similar candidates of choice, but those candidates have not won a contested Board election since at least 2013 for East Ramapo. We have found that even if 100% of blacks and Latinos voted in unison for a candidate, they would not be able to overcome the high degree of bloc voting by whites.

4.  Our analysis of actual turnout in the 2017 Board elections and our analysis of the 2012 presidential election demonstrate that blacks vote as a highly cohesive bloc, Latinos vote as a highly cohesive bloc, and blacks and Latinos vote cohesively across these groups.

36.    These results are consistent across multiple different types of analysis, and different sources of data. First, our analysis shows consistent divergent voting patterns by whites and non-whites when using aggregate precinct level data, as well as extrapolation from official vote tallies. Despite providing data on a limited number of election precincts, the high bloc voting rates of white voters cannot be denied, and provides critical evidence of racially polarized voting throughout East Ramapo elections. Across almost any dimension we considered, elections are characterized by racially polarized voting.

37.    We reserve the right to continue to supplement our report as noted throughout this

report and in light of additional facts, testimony and/or materials that may come to light through

the course of discovery or otherwise.

38.    I declare under the penalties of perjury that the foregoing is true and accurate to

the best of my knowledge and belief, and I affirm that I have co-authored this report.

Executed on July 29, 2018
Los Angeles County, California

MATTHEW A. BARRETO