# EXHIBIT 1

## Tuesday, May 20, 2008
### Official Results

| | Public Counter | Absentee Ballots | Emergency Ballots | Affidavit Ballots | Proposition #1 | | Seat of David Resnick | | | Seat of Steven Rosenstock | | Seat of Nathan Rothschild |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Yes | No | Aron Wieder | Steven White | David Resnick | Moshe Hopstein | Steven Rosenstock | Nathan Rothschild |
| #1 Lime Kiln | 827 | 3 | 0 | | 208 | 587 | 526 | 258 | 2 | 544 | 2 | 582 |
| #2 Summit Park | 427 | 7 | 0 | 1 | 287 | 122 | 40 | 354 | 2 | 86 | 4 | 169 |
| #3 Freshman Center | 1,780 | 2 | 0 | 20 | 37 | 1,619 | 1,708 | 46 | 1 | 1,711 | 1 | 1,039 |
| #4 Ramapo | 1,262 | 3 | 0 | 4 | 63 | 1,148 | 1,103 | 82 | 2 | 1,094 | 2 | 852 |
| #5 Hillcrest | 1,457 | 5 | 0 | | 218 | 1,143 | 1,169 | 252 | 2 | 1,202 | 2 | 1,011 |
| #6 RCC Annex | 478 | 6 | 0 | 4 | 290 | 112 | 107 | 352 | 2 | 133 | 5 | 130 |
| #7 Spring Valley | 1,493 | 6 | 0 | 15 | 178 | 1,172 | 1,241 | 209 | 1 | 1,256 | 4 | 679 |
| #8 Margetts | 441 | 5 | 0 | | 179 | 259 | 174 | 226 | 2 | 205 | 3 | 215 |
| #9 Chestnut Ridge | 412 | 14 | 0 | 1 | 264 | 143 | 45 | 342 | 1 | 109 | 2 | 199 |
| #10 Hempstead | 480 | 9 | 0 | 1 | 253 | 173 | 148 | 294 | 2 | 193 | 4 | 227 |
| Totals | 9,057 | 60 | 0 | 46 | 1,977 | 6,478 | 6,261 | 2,415 | 17 | 6,533 | 29 | 5,103 |