# EXHIBIT 2

# Annual Budget & Trustee Vote
*Tuesday, May 19, 2009*
Official Results

| | Public Counter | Absentee Ballots | Emer. Ballots | Affidavit Ballots | Total Votes | Proposition #1 | | Proposition #2 | | Seat of Solomon Akerman | | Seat of Akiva Feinsod | | | Seat of Richard Stone | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | 1A | 1B | 3A | 3B | 3C | 5A | 5B |
| | | | | | | Yes | No | Yes | No | Morris Kohn | Leonardo Vera | Carolyn G Watson | Margaret Hatton | Eliyahu Solomon | Emilia White | Richard Stone |
| #1 Lime Kiln | 1,290 | 10 | 0 | 5 | 1,305 | 384 | 534 | 283 | 935 | 904 | 364 | 56 | 338 | 887 | 327 | 947 |
| #2 Summit Park | 698 | 11 | 0 | 5 | 714 | 410 | 123 | 324 | 220 | 72 | 609 | 51 | 581 | 51 | 548 | 136 |
| #3 Freshman Center | 2,499 | 3 | 0 | 15 | 2,517 | 211 | 698 | 76 | 2,212 | 2,367 | 112 | 22 | 88 | 2,372 | 91 | 2391 |
| #4 Ramapo | 1,712 | 7 | 0 | 42 | 1,761 | 256 | 773 | 155 | 1,510 | 1,600 | 112 | 37 | 86 | 1,593 | 92 | 1625 |
| #5 Hillcrest | 1,981 | 7 | 0 | 27 | 2,015 | 341 | 305 | 208 | 1,498 | 1,478 | 503 | 48 | 480 | 1,455 | 459 | 1519 |
| #6 RCC Annex | 905 | 10 | 0 | 16 | 931 | 449 | 83 | 321 | 238 | 146 | 748 | 75 | 729 | 94 | 746 | 158 |
| #7 Spring Valley | 2,128 | 13 | 0 | 31 | 2,172 | 387 | 532 | 227 | 1,661 | 1,654 | 447 | 42 | 421 | 1,647 | 418 | 1695 |
| #8 Margetts | 640 | 11 | 0 | 1 | 652 | 284 | 190 | 234 | 360 | 269 | 352 | 61 | 315 | 258 | 318 | 314 |
| #9 Chestnut Ridge | 600 | 19 | 0 | 3 | 622 | 391 | 140 | 275 | 255 | 66 | 531 | 109 | 462 | 35 | 434 | 168 |
| #10 Hempstead | 990 | 17 | 0 | 12 | 1,019 | 483 | 191 | 287 | 404 | 212 | 770 | 65 | 736 | 186 | 716 | 271 |
| Totals | 13,443 | 108 | 0 | 157 | 13,708 | 3,596 | 3,569 | 2,390 | 9,293 | 8,768 | 4,548 | 566 | 4,236 | 8,578 | 4,149 | 9224 |