# EXHIBIT 15

1                    B. CHARLES, JR.
2     UNITED STATES DISTRICT COURT
3     SOUTHERN DISTRICT OF NEW YORK
      ------------------------------------x
4     NATIONAL ASSOCIATION FOR THE
      ADVANCEMENT OF COLORED PEOPLE,
5     SPRING VALLEY BRANCH; JULIO
      CLERVEAUX; CHEVON DOS REIS; ERIC
6     GOODWIN; JOSE VITELIO GREGORIO;
      DOROTHY MILLER; HILLARY MOREAU;
7     and WASHINGTON SANCHEZ,
8                    Plaintiffs,

                                   Civil Action No.
9            vs.                   17 Civ. 8943(CS))JC
10    EAST RAMAPO CENTRAL SCHOOL
      DISTRICT and MARYELLEN ELIA, IN HER
11    CAPACITY AS THE COMMISSIONER OF
      EDUCATION OF THE STATE OF NEW
12    YORK,
13                   Defendant.
      ------------------------------------x
14
15    VIDEOTAPED DEPOSITION OF BERNARD L. CHARLES, JR.
16                 New York, New York
17                 October 22, 2018
18
19
20
21
22
23    Reported by:
24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25    JOB NO. 149474

1          B. CHARLES, JR.

2          MR. CRAVENS:  William Cravens from

3     Morgan, Lewis & Bockius for the defendant.

4          THE VIDEOGRAPHER:  Thank you.

5          Will the court reporter please swear   09:58

6     in the witness.

7                    * * *

8  BERNARD L. CHARLES, JR., called as a

9      witness, having been duly sworn by a Notary

10      Public, was examined and testified as       09:58

11      follows:

12  EXAMINATION BY

13  MR. NOVAKOVSKI:

14     Q.    Can you please state your name for the

15  record.                                         09:59

16     A.    Bernard L. Charles, Jr.

17     Q.    And you were just sworn in by the

18  court reporter.  Do you understand that you are

19  now under oath and you must testify truthfully,

20  just as you would in front of a Court?          09:59

21     A.    Yes.

22     Q.    Okay.  And are there any reasons you

23  might be unable to testify truthfully today?

24     A.    No.

25     Q.    Okay.  And have you ever been deposed  09:59

1                    B. CHARLES, JR.

2   got from the left and from the right.  So I'm --

3   I'm good.

4        Q.    So the person from the Orthodox and

5   Hasidic community collected your signatures?    12:20

6        A.    Yes.

7        Q.    And who is this person?

8        A.    I don't recall who, what

9   organization -- I don't recall if it was an

10  individual.  I don't recall exactly who it was.  12:20

11  I don't recall.  But, you know, they said that

12  they would, you know, they liked my, you know,

13  what I stand for, you know, and they will

14  support me.

15            At that time, I found out that Steve   12:20

16  White had decided that they were going to

17  support another slate of candidates, which he

18  never told me.  So I -- two people said they

19  would support me.  One came through, one didn't.

20  So I just went with the group that did.  So it   12:21

21  wasn't anybody specifically that I can give you

22  a name of.

23       Q.    Well, you did testify that there was

24  one person from the Orthodox and Hasidic

25  community that approached you, right?           12:21

1                    B. CHARLES, JR.

2        A.    E-mails?  I have no idea.

3        Q.    Do you know if they made any calls on

4    your behalf?

5        A.    I have no idea.                    12:26

6        Q.    So they coordinated your campaign,

7    right?

8        A.    They -- yes.

9        Q.    Did you have to approve anything

10   before it was done?                          12:26

11       A.    No.

12       Q.    So you didn't approve the signs or the

13   fliers?

14       A.    No.

15       Q.    Okay.  Let's turn to the elections.  12:27

16             And you ran on the slate with Mr.

17   Pierre Germain and Ms. MaraLuz Corado, right?

18       A.    Yes.

19       Q.    And what's your understanding of the

20   term "slate"?                                12:27

21       A.    Well, people that I knew and I wanted

22   to work with and I felt we would be a good,

23   diverse community, good slate, which was

24   probably one of the best slates that they ever

25   had, because you had a black, a Haitian, and a  12:27

1              B. CHARLES, JR.

2   Latino.  No slate has ever had that.

3        Q.    So the race of the slate was

4   important?

5        A.    Very important.                    12:27

6        Q.    And why is the race of the slate

7   important?

8        A.    Because it represented everybody.

9        Q.    When you say everybody, what you do

10  mean?                                          12:27

11       A.    It represented the Haitian community,

12  the black community, and the Latino community.

13       Q.    Why is it important to represent the

14  Haitian, the black, and the Latino community?

15       A.    Because, at that time, we were the    12:28

16  only three people running, and we would

17  represent the public school community.

18       Q.    But why is that representation

19  important?

20            MR. CRAVENS:  Objection.  Asked and   12:28

21       answered.

22            THE WITNESS:  Because that's the

23       makeup of our -- of our community.

24  BY MR. NOVAKOVSKI:

25       Q.    But why is it important for the       12:28

1          B. CHARLES, JR.

2 their race on the board, right?

3     A.    Absolutely.

4     Q.    Do the elections in East Ramapo

5 require three candidates run together?        12:29

6     A.    No, this was -- yeah, I believe so,

7 yeah.  Every three -- every year you have three

8 candidates that run.

9     Q.    But are the candidates required to run

10 together as a slate?                          12:30

11     A.    Yes.  I'm going to say yes/no.  I

12 mean, most people run as a slate.  I guess if

13 you want to run as an independent, you can.

14     Q.    And you got both Mr. Germain and Ms.

15 Corado to join your slate, right?             12:30

16     A.    Yes.

17     Q.    Did anyone recommend them to you?

18     A.    No, I knew them.

19     Q.    So you knew Mr. Germain?

20     A.    Yes.                                12:30

21     Q.    And you knew Ms. Corado?

22     A.    Yes.

23     Q.    Did anyone ask you to include them on

24 the slate?

25     A.    Did anybody ask me?  No, nobody asked 12:30

```
 1                   B. CHARLES, JR.
 2                       INDEX
 3   EXAMINATION OF B. CHARLES, JR.              PAGE
 4   By Mr. Novakovski                             6
 5
 6
 7
 8   CHARLES EXHIBITS:                           PAGE
 9   Exhibit 1, Notice of Non-Party Subpoena Duces  36
     Tecum
10
     Exhibit 2, Plaintiffs Spring Valley Branch of knew 36
11   the NAACP, et al., Amended Attachment A to
     Non-Party Board Members' Subpoenas Duces Tecum
12
     Exhibit 3, Declaration of Bernard Charles, Jr.   50
13
     Exhibit 4, Expenditure and Contribution        194
14   Statement For Candidates For Member of the
     Board of Education
15
     Exhibit 5, Expenditure and Contribution        194
16   Statement For Candidates For Member of the
     Board of Education
17
     Exhibit 6, Annual Budget & Trustee Vote,       216
18   Tuesday, May 21, 2013, Official Results
19   Exhibit 7, article from Hamodia.com entitled   250
     "East Ramapo School Board Results"
20
     Exhibit 8, statement by Yehudah Weissmandl     306
21   dated August 30, 2016
22   Exhibit 9, East Ramapo CSD (Spring Valley)     311
     Graduation Rate Data 4 Year Outcome As Of June
23
     Exhibit 10, East Ramapo CSD (Spring Valley)    311
24   Graduation Rate Data 4 Year Outcome As Of June
25   Exhibit 11, an e-mail chain bearing Bates Nos. 335
```

1            B. CHARLES, JR.

2            INDEX (Cont'd.)

3    CHARLES EXHIBITS:                    PAGE

4    (No Exhibit 12)

5    Exhibit 13, an e-mail chain bearing Bates Nos.   343

     ERCSD_GROSSMAN_00000808 through 810

6

     Exhibit 14, an e-mail chain bearing Bates Nos.   357

7    ERCSD_CHARLES_00000192 through 194

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25