# EXHIBIT 16

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2
     Case No. 7:17-cv-08943
3    - - - - - - - - - - - - - - - - - - -x
4    NATIONAL ASSOCIATION FOR THE
     ADVANCEMENT OF COLORED PEOPLE, SPRING
5    VALLEY BRANCH; JULIO CLERVEAUX; CHEVON
     DOS REIS; ERIC GOODWIN; JOSE VITELIO
6    GREGORIO; DOROTHY MILLER; HILLARY
     MOREAU; and WASHINGTON SANCHEZ,
7
                         Plaintiffs,
8
             -against-
9
     EAST RAMAPO CENTRAL SCHOOL DISTRICT and
10   MARYELLEN ELIA, IN HER CAPACITY AS THE
     COMMISSIONER OF EDUCATION OF THE STATE
11   OF NEW YORK,
12                       Defendants.
13   - - - - - - - - - - - - - - - - - - -x
14
                         November 8, 2018
15                       9:14 a.m.
16
17           Deposition of EUSTACHE CLERVEAUX, taken
18   by attorneys for Defendant East Ramapo Central
19   School District. pursuant to subpoena, held at
20   the offices of Morgan Lewis & Bockius LLP, 101
21   Park Avenue, New York, New York, before Helen
22   Mitchell, a Registered Professional Reporter and
23   Notary Public.
24
25

1          E U S T A C H E   C L E R V E A U X,

2     having been first duly sworn by the Notary

3     Public (Helen Mitchell), was examined and

4     testified as follows:

5     EXAMINATION

6     BY MS. KOLLM:

7               Q        Good morning.

8               A        Good morning.

9               Q        My name is Clara Kollm, and I'm

10    here representing the East Ramapo Central School

11    District.

12                       Can you please state your full

13    name for the record?

14              A        Eustache Clerveaux.

15              Q        Do you understand that you're

16    here today pursuant to a subpoena?

17              A        Yes.

18              Q        Do you understand that the case

19    caption in this case is the NAACP of Spring

20    Valley versus East Ramapo Central School

21    District?

22              A        Yes.

23              Q        On what date did you first

24    learn that you were asked to sit for a

25    deposition?

1    you reviewed?

2              A         Anything that my attorney gave

3    me, but I don't recall specifically.

4              Q         Did you review testimony from

5    more than one witness?

6                        MS. CALABRESE:  I'm going to

7              object on privilege grounds.

8              Q         Is your brother Julio

9    Clerveaux?  Am I saying his name right?

10             A         Julio.

11             Q         Julio.  Is that your brother?

12             A         Yes.

13             Q         Are you aware that Julio gave

14   testimony in this case?

15             A         Yes.

16             Q         Did you review Julio's

17   deposition testimony to prepare for today?

18                       MS. CALABRESE:  Again, I'm

19             going to object on privilege grounds.

20             Q         Did you read the deposition

21   testimony transcript from Julio's deposition to

22   prepare for today?

23                       MS. CALABRESE:  Again, I'm

24             going to object on privilege grounds.

25                       MS. KOLLM:  Whether or not he

1              the form of the question.

2        A        What do you mean "whose seat"?

3        Q        Did you run to replace a

4    particular individual on the board?

5        A        I don't recall.

6        Q        Who was your opponent in the

7    2013 school board election?

8        A        I don't recall his name, but if

9    I see his name I'll remember.

10        Q        Do you remember the race of

11    your opponent?

12        A        Yes.

13        Q        What was that?

14        A        He was Haitian American.

15        Q        At the time you ran for school

16    board in 2013, did you believe that you could

17    have been an effective member of the school

18    board?

19              MS. CALABRESE:  Objection to

20        the form of the question.

21        A        I believe I will be.

22        Q        Are you running for school

23    board again?

24        A        I don't know what's going to

25    happen in the future.

1    asked question.

2           Q        Do you have an example of a
3    question that wasn't being answered?

4                  MS. CALABRESE:  Objection to
5           the form of the question.

6           A        I believe I answered the
7    question; I don't recall any question at this
8    time.

9           Q        I'm sorry if you said this
10   already, but do you remember if one of your
11   questions was not answered by the board?

12                  MS. CALABRESE:  Objection to
13          the form of the question.

14          A        I can't recall at this time.

15          Q        Do you have any children?

16          A        No.

17          Q        In your 2013 campaign for
18   school board, did you run as part of a slate?

19                  MS. CALABRESE:  Objection to
20          the form of the question.

21          A        What do you mean by "slate"?
22   I'm not sure what is a slate.

23          Q        Were there other candidates for
24   school board at the same time with whom you
25   campaigned?

1  Germain Charles stating that they met with other

2  member in the community, that's what I know.

3          Q       Does paragraph eight of your

4  declaration require any clarification?

5          A       No, it does not.

6          Q       In your own words, why do you

7  think you lost the school board election in

8  2013?

9          A       Because I received less vote.

10         Q       Do you believe you lost the

11 2013 election because of your race?

12                 MS. CALABRESE:  Objection to

13         the form of the question.

14         A       I don't believe so.

15         Q       For the record, can you please

16 identify your race and ethnicity?

17         A       I'm Haitian American.

18         Q       Are you registered to vote in

19 the district?

20         A       Yes, I do.

21         Q       Have you ever cast a vote for

22 school board elections?

23         A       Yes, I have.

24         Q       Did you get to vote for

25 yourself in 2013?

1          A          I'm sorry, what was your
2     question?
3          Q          What issues are important to
4     you when you consider a candidate for the 2019
5     school board?
6                    MS. CALABRESE:  Objection to
7               the form of the question.
8          A          I would say there's no specific
9     issues, but as long as the issue is
10    candidates -- as long as the issues align with
11    my issues and what's best for all children in
12    the district, then I will vote for those
13    candidates.
14         Q          You don't vote for a candidate
15    for school board based on their race; right?
16         A          I'm a global citizen, so I
17    don't see race in my vote.
18         Q          Is it important to you who
19    Power of Ten endorses for the 2019 school board?
20         A          No, it does not.
21         Q          Have you ever voted for a
22    candidate for school board who was not endorsed
23    by Power of Ten?
24                    MS. CALABRESE:  Objection to
25               the form of the question.

1          A          Yeah.  May or may not; it's

2     depends.

3          Q          I understand.

4          A          For improving the strategy I

5     was using.

6          Q          Understood.

7                     Do you have an opinion about

8     why you received fewer votes?

9          A          No, I don't have any opinion.

10          Q          You campaigned with Margaret

11     Tuck and Robert Forrest; right?

12          A          That's correct.

13          Q          Did you know Margaret Tuck or

14     Robert Forrest before you campaigned together?

15          A          I don't remember when did I

16     meet them exactly, but they're a member of the

17     community.  And when I show my interest running

18     for the school board, that's how, I would say,

19     our relationship getting stronger, because we

20     share the same value.

21          Q          Were you introduced by Steve

22     White?

23          A          When you say "introduced," what

24     do you mean?

25          Q          Did Steve White have a role in

1            C E R T I F I C A T E

2

3       I, HELEN MITCHELL, a Registered

4  Professional Reporter and Notary Public, do

5  hereby certify:

6       I reported the proceedings in the

7  within-entitled matter, and that the within

8  transcript is a true record of such proceedings.

9       I further certify that I am not related, by

10 blood or marriage, to any of the parties in this

11 matter and that I am in no way interested in the

12 outcome of this matter.

13      IN WITNESS WHEREOF, I have hereunto set my

14 hand this 14th day of November, 2018.

15

16      _____

17                 HELEN MITCHELL, RPR

18

19

20

21

22

23

24

25

1   November 8, 2018

2                I N D E X

3   WITNESS           EXAMINATION BY       PAGE

4   EUSTACHE CLERVEAUX   Ms. Kollm        3

5

6             E X H I B I T S

7

  FOR IDENTIFICATION            PAGE

8

  E. Clerveaux 1   Declaration of Eustache   27

9              Clerveaux

10   E. Clerveaux 2   Document headed       74

             "Official Results,

11              Tuesday, May 21, Trustee

             Vote"

12

13

   REQUEST FOR RULING / DIRECTION NOT TO ANSWER

14

           PAGE     LINE

15

             10      20

16

17

18

19

20

21

22

23

24

25