

**EXHIBIT 17**

```
 1
 2    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    Case No. 7:17-cv-08943
      ----------------------------------------x
 4    NATIONAL ASSOCIATION FOR THE ADVANCEMENT
      OF COLORED PEOPLE, SPRING VALLEY BRANCH,
 5    et al.,
 6                         Plaintiffs,
 7         - against -
 8    EAST RAMAPO CENTRAL SCHOOL DISTRICT, et
 9    al.,
10
                         Defendants.
11
      ----------------------------------------x
12
                         October 23, 2018
13                       8:11 a.m.
14
15
16         CONTINUED DEPOSITION of JULIO
17    CLERVEAUX, held at the offices of Morgan,
18    Lewis & Bockius LLP, located at 101 Park
19    Avenue, New York, New York 10178, before
20    Anthony Giarro, a Registered Professional
21    Reporter, a Certified Realtime Reporter and
22    a Notary Public of the State of New York.
23
24
25
```

1
2    J U L I O   C L E R V E A U X, after
3  having first been duly sworn by a Notary
4  Public of the State of New York, was
5  examined and testified as follows:
6    EXAMINATION BY
7    MS. KOLLM:
8         Q         Good morning.
9         A         Good morning.
10        Q         My name is Clara Kollm.  And
11  I represent the East Ramapo Central
12  School District in this litigation.
13                  Will you please state your
14  full name for the record?
15        A         Julio Clearveaux.
16        Q         Is your current address
17  still 8 Wolfe Drive, Spring Valley, New
18  York 10977?
19        A         That's my home address.  But
20  I recently moved.
21        Q         You recently moved?
22        A         Yeah.
23        Q         What is your new address?
24        A         32C Forest Drive,
25  Garnerville.

1           JULIO CLERVEAUX

2       Q       New York?

3       A       Yes.

4       Q       Is that within the East

5   Ramapo Central School District?

6       A       No.

7       Q       When did you relocate?

8       A       About a year ago.

9       Q       About a year ago?

10      A       Yeah.

11      Q       So that's about

12   October 2017?

13      A       I think around September.

14      Q       September 2017?

15      A       Yeah.

16      Q       Do you understand that

17   you're here today pursuant to a Notice of

18   Deposition to give testimony in a case

19   captioned NAACP, Spring Valley versus

20   East Ramapo Central School District?

21      A       Yes.

22      Q       And are you a named

23   plaintiff in the case?

24      A       Yes.

25      Q       On what date did you first

1              JULIO CLERVEAUX

2  election for the school board.  But I

3  think I only vote for the 2013 one.

4       Q       You only voted for the East

5  Ramapo School Board elections in the 2013

6  election?

7       A       That's correct.

8       Q       You did not vote in years

9  2014, 2015, 2016 or 2017; is that right?

10      A       For the school board, no.

11      Q       Okay.  Thank you.

12              Did any documents refresh

13 your recollection about your voting

14 history in the school board elections?

15      A       No.

16      Q       When did you remember that

17 you did not vote in the 2014 through 2018

18 elections?

19      A       I think when I reviewed the

20 last deposition or the last transcript,

21 call them.

22      Q       When did you review the

23 transcript from your February 7th, 2018

24 deposition?

25      A       I don't remember the exact

1                    JULIO CLERVEAUX

2    date.

3        Q        Approximately is fine.

4        A        Maybe within the past 30

5    days.

6        Q        Did you vote for the East

7    Ramapo School Board elections in 2018?

8        A        No.

9        Q        Have you given testimony in

10   a deposition other than your

11   February 7th, 2018 deposition in this

12   case?

13       A        No.

14       Q        You've never testified at

15   trial; right?

16       A        No.

17       Q        No, you have never testified

18   at trial?

19       A        No.

20       Q        So I know you've given a

21   deposition previously.  So I'll just go

22   over the rules briefly.  And if you have

23   any questions, please let me know.

24       A        All right.

25       Q        I'm going to ask you some

1              JULIO CLERVEAUX

2      A        I believe it was 2013.

3      Q        And you voted in the 2013

4  election for your brother?

5      A        Yes.

6      Q        Did you vote for any other

7  candidate for the school board in the

8  2013 election?

9      A        Yes, I did.

10     Q        Do you remember who you

11 voted for in the 2013 school board

12 election?

13     A        I don't remember the name.

14 But whoever was running with my brother,

15 I voted for them.

16     Q        What do you mean when you

17 say "running with your brother"?

18     A        He was running as a team.

19     Q        He was running as a team?

20     A        Yes.

21     Q        What do you mean by that?

22     A        A team, more than one people

23 was running.

24     Q        And do you remember who else

25 was on his team?

1              JULIO CLERVEAUX

2      A        I don't remember their name.

3      Q        Do you remember how your

4   brother chose the persons who would be on

5   his team with him?

6              MS. PARVIS:  Objection.

7      A        No.

8      Q        Were you involved in the

9   process by which your brother chose his

10  team for the election?

11     A        No.

12     Q        Was this litigation ongoing

13  in 2013?

14     A        I don't know.

15     Q        You don't know?

16     A        I don't know.

17     Q        How did you become a

18  plaintiff in this case?

19              MS. PARVIS:  Objection.

20     Q        Let me rephrase.

21              So you're a named plaintiff

22  in this litigation; right?

23     A        Correct.

24     Q        In your own words, can you

25  tell me what it means to be a named

1                     JULIO CLERVEAUX

2    plaintiff in litigation?

3         A         To be part of the process of

4    -- to be part of the litigation process.

5         Q         And what is your role in the

6    litigation process?

7         A         What you mentioning before,

8    a plaintiff.

9         Q         What does it mean to be a

10   plaintiff?

11                  MS. PARVIS:  Objection.

12        Q         You can answer.

13        A         To be part of the

14   litigation.

15        Q         Who were you first

16   approached by about potentially

17   participating as a plaintiff in the

18   litigation?

19        A         Who ask me to be a

20   plaintiff?  Well, I made that decision

21   myself to be a plaintiff.  But I think I

22   was talking to Steve White.

23        Q         Who is Steve White?

24        A         I know, or I think he's a

25   resident of the East Ramapo School

1                    JULIO CLERVEAUX

2          A          Emma.

3          Q          When did you first register

4      to vote in the East Ramapo Central School

5      District?

6          A          I don't remember.  But maybe

7      2007, 2008.  I don't remember.

8          Q          And were you registered to

9      vote in the district the entire time you

10     lived at 8 Wolfe Drive?

11         A          I'm still registered to vote

12     there.

13         Q          You're still registered to

14     vote in the district, even though you've

15     moved?

16         A          I own a house there.

17         Q          And you're still eligible to

18     vote even though you've moved?

19                    MS. PARVIS:  Objection.

20         Q          You can answer.

21         A          I don't know.  I don't

22     change -- I never change.  So I'm still

23     registered to vote there.

24         Q          What didn't you change?

25         A          My voting registration.

1              JULIO CLERVEAUX
2       A       The candidate have children?
3  No.  That's not important.
4       Q       You don't vote for
5  candidates for the school board based on
6  their race, do you?
7       A       No.
8               MS. KOLLM:  We can take a
9       break.
10              (A short recess was taken.)
11      Q       So, Mr. Clearveaux, you've
12  made some clarifications to your
13  declaration today; isn't that right?
14      A       Yes.
15      Q       When did you first realize
16  your declaration required clarification?
17      A       I don't remember when
18  exactly.
19      Q       It was after you reviewed
20  your deposition transcript in this
21  litigation; is that right?
22      A       I think so.  But I don't
23  remember.
24      Q       Did you tell anyone that
25  your declaration required clarification?

1

2                    I N D E X

3

4                E X A M I N A T I O N

5   EXAMINATION

6    Ms. Kollm              43

7

8                E X H I B I T S

9

10  J. Clerveaux           Description        Page

11  J. Clerveaux Exhibit 2 Defendant          98
                           East Ramapo
12                         Central School
                           District's
13                         First Set of
                           Requests for
14                         Production of
                           Documents
15                         Directed to
                           Plaintiff
16                         Julio
                           Clerveaux

17
    J. Clerveaux Exhibit 3 Letter             103
18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4

5        I, ANTHONY GIARRO, a Shorthand

6    Reporter and a Notary Public, do hereby

7    certify that the foregoing witness, JULIO

8    CLERVEAUX, was duly sworn on the date

9    indicated, and that the foregoing, to the

10   best of my ability, is a true and accurate

11   transcription of my stenographic notes.

12        I further certify that I am not

13   employed by nor related to any party to

14   this action.

15

16

17

                     _____

18                   ANTHONY GIARRO

19

20

21

22

23

24

25