# EXHIBIT 18

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Civil Action No. 7:17-cv-08943
 5   ------------------------------------x
     NATIONAL ASSOCIATION FOR THE ADVANCEMENT
 6   OF COLORED PEOPLE, SPRING VALLEY BRANCH,
     et al.,
 7
                  Plaintiffs,
 8
 9
          - against -
10
11
     EAST RAMAPO CENTRAL SCHOOL DISTRICT,
12   et al.,
13                Defendants.
     ------------------------------------x
14                   March 6, 2018
                     10:06 a.m.
15
16
17       Deposition of OSCAR COHEN, taken by
18   Defendants, pursuant to Notice, held at the
19   offices of Morgan Lewis & Bockius LLP, 101
20   Park Avenue, New York, New York, before
21   Todd DeSimone, a Registered Professional
22   Reporter and Notary Public of the State of
23   New York.
24
25
```

1    COHEN
2  OSCAR  COHEN,
3  called as a witness, having been first duly
4  sworn, was examined and testified
5  as follows:
6  EXAMINATION BY MR. LEVINE:
7      Q.    Good morning.  My name is
8  Randall Levine.  I'm an attorney for the
9  East Ramapo Central School District.
10           Could I ask you to state your
11 full name for the record, please.
12     A.    Oscar Cohen.
13     Q.    Should I address you as
14 Dr. Cohen?
15     A.    I do have a doctorate, but
16 address me as you please.
17     Q.    All right.  Have you ever been
18 deposed before?
19     A.    Not to my recollection.
20     Q.    Do you understand that you are
21 here today to give testimony in a case
22 called NAACP versus the East Ramapo Central
23 School District?
24     A.    I do.
25     Q.    Because you haven't been

COHEN

A. It is a euphemism for public education.

Q. The same sentence, same paragraph, you refer to, and I will quote, "a majority of members from the Orthodox and ultra-Orthodox Jewish community (bloc)."

What do you mean by "the Orthodox and ultra-Orthodox Jewish community"?

A. I mean the private school community.

Q. What's the private school community?

A. The community that sends their children to private schools.

Q. Are they all Orthodox and ultra-Orthodox Jews?

MR. JASON: Objection, foundation.

A. I don't know.

Q. Why did you refer in this sentence to "the Orthodox and ultra-Orthodox Jewish community"?

1                    COHEN
2       A.     Yes.
3       Q.     So when you say "seats
4  currently controlled by private school
5  interests," you mean board members who are
6  supported by the Orthodox and
7  ultra-Orthodox Jewish communities, right?
8       A.     I mean board members who
9  ascribe to the private schooling of the
10 children for whom they -- for their own
11 children, for the most part.
12      Q.     And by that, as we have
13 established from looking at these other
14 documents, I thought, when you are talking
15 about the private school community, you
16 mean, at least primarily, the Orthodox and
17 ultra-Orthodox Jewish community, right?
18      A.     Correct.
19      Q.     So in the next sentence, when
20 you say "white preferred candidates would
21 still, in all likelihood, be shoo-ins for
22 the remaining five seats," you are now
23 using another phrase to mean the same
24 thing, "white preferred candidates" refer
25 to candidates supported by the Orthodox and

1        COHEN
2   Hasidic Jewish communities, right?
3           MR. JASON:  Objection,
4   mischaracterizes testimony.
5       Q.    You can answer.
6       A.    Whose children are just about
7   100 percent white, correct.
8       Q.    So when you say "white
9   preferred candidates" in this sentence, you
10  mean candidates supported by the Orthodox
11  and Hasidic Jewish communities, right?
12      A.    Correct.
13      Q.    You say that they "would, in
14  all likelihood, be shoo-ins for the
15  remaining five seats."  What do you mean by
16  that?
17      A.    What paragraph?
18      Q.    Last paragraph, right after the
19  phrase "white preferred candidates," in the
20  last paragraph, the next clause is "in all
21  likelihood, be shoo-ins."
22          So what do you mean when you
23  say "white preferred candidates would
24  still, in all likelihood, be shoo-ins for
25  the remaining five seats"?

I N D E X

WITNESS      EXAMINATION BY         PAGE

COHEN        LEVINE                  4


E X H I B I T S

COHEN           DESCRIPTION              PAGE
Exhibit 1  PL0004034-0004040             19
Exhibit 2  PL0000991-0000991             64
Exhibit 3  PL0017150                     74
Exhibit 4  Document, not Bates           88
           stamped
Exhibit 5  PL0004270-0004271            105
Exhibit 6  Declaration of Oscar         119
           Cohen
Exhibit 7  PL0002452-0002453            151

DIRECTIONS NOT TO ANSWER

Page      Line
9         6
9         22


REQUESTS

Page      Line
   (NONE)

```
 1
 2              CERTIFICATION
 3
 4     I, TODD DeSIMONE, a Notary Public for
 5  and within the State of New York, do hereby
 6  certify:
 7     That the witness whose testimony as
 8  herein set forth, was duly sworn by me; and
 9  that the within transcript is a true record
10  of the testimony given by said witness.
11     I further certify that I am not related
12  to any of the parties to this action by
13  blood or marriage, and that I am in no way
14  interested in the outcome of this matter.
15     IN WITNESS WHEREOF, I have hereunto set
16  my hand this 6th day of March, 2018.
17                  [signature: Todd DeSimone]
18
                    _____
19                     TODD DESIMONE
20
21            *       *       *
22
23
24
25
```