# EXHIBIT 19

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------- X
     NATIONAL ASSOCIATION FOR
 4   THE ADVANCEMENT OF
     COLORED PEOPLE,
 5   SPRING VALLEY BRANCH, et al.,
 6              Plaintiffs,
 7         vs.                  No.
                                7:17-cv-08943
 8
     EAST RAMAPO CENTRAL
 9   SCHOOL DISTRICT, et al.,
10              Defendants.
     ---------------------------- X
11
12                         February 7, 2018
13                         12:05 p.m.
14
15
16         Deposition of CHEVON DOS REIS,
17   held at the offices of Morgan, Lewis &
18   Bockius LLP, 101 Park Avenue, New York,
19   New York, pursuant to Notice, before
20   Theresa Tramondo, AOS, CLR, a Notary
21   Public of the State of New York.
22
23   Reported by:
24   THERESA TRAMONDO, AOS, CLR
25   JOB NO. PA2808168A
```

1
2  BY THE COURT REPORTER:
3       Q.    Please state your full name for
4  the record.
5       A.    Chevon Dos Reis, C-H-E-V-O-N,
6  D-O-S, R-E-I-S.
7       Q.    What is your address?
8       A.    Home, 64 South Main Street,
9  Apartment 2D, Spring Valley, New York, New
10 York  10977.
11 C H E V O N   D O S   R E I S, called as a
12 witness, having been duly sworn by a
13 Notary Public, was examined and testified
14 as follows:
15 EXAMINATION BY
16 MR. LEVINE:
17      Q.    We are on the record.  Good
18 afternoon, Ms. Dos Reis.  My name is Randall
19 Levine.  I'm an attorney for the East Ramapo
20 Central School District.
21            Could you state your full name
22 for the record, please?
23      A.    Chevon Dos Reis.
24      Q.    What is your address?
25      A.    64 South Main Street, Apartment

1                    Dos Reis
2  private school community, right?
3        A.    From what I understand.
4        Q.    Mr. Germain is a Black man too,
5  right?
6        A.    Um-hum, yes.
7        Q.    When he was elected, he was
8  elected with support from the private school
9  community, wasn't he?
10       A.    That's what he told me.
11       Q.    Do you recognize the name
12 MaraLuz Corado?
13       A.    No.
14       Q.    Do you recall a Latino woman
15 ever being elected to the school board?
16       A.    A Latina woman?
17       Q.    Um-hum.
18       A.    No, not that I recall.
19       Q.    Do you think that you lost the
20 election in 2017 because of your race?
21       A.    Not because of my race, no.
22       Q.    Why do you think you lost?
23             MR. PEARCE:  Objection.
24       A.    I don't know.
25       Q.    Do you think that private school

```
                                            Page 144

 1
 2            C E R T I F I C A T E
 3   STATE OF NEW YORK      )
 4                          : ss.
 5   COUNTY OF NEW YORK     )
 6            I, THERESA TRAMONDO, a Notary
 7   Public within and for the State of New
 8   York, do hereby certify:
 9            That Chevon Dos Reis, the witness
10   whose deposition is hereinbefore set
11   forth, was duly sworn by me and that such
12   deposition is a true record of the
13   testimony given by the witness.
14            I further certify that I am not
15   related to any of the parties to this
16   action by blood or marriage, and that I am
17   in no way interested in the outcome of
18   this matter.
19            IN WITNESS WHEREOF, I have
20   hereunto set my hand this 19th day of
21   February, 2018.
22                          *Theresa Tramondo* (signature)
23                          _____
24                          THERESA TRAMONDO
25
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

```
------------- I N D E X --------------
WITNESS          EXAMINATION BY              PAGE
C. DOS REIS      MR. LEVINE                  5/126
                 MS. MATTHEWS                113
-------- INFORMATION REQUESTS ---------
DIRECTIONS:  134, 135, 135
RULINGS:  (NONE)
TO BE FURNISHED:  (NONE)
REQUESTS:  (NONE)
MOTIONS:  (NONE)
CONFIDENTIAL:  (NONE)
------------- EXHIBITS --------------
DOS REIS                                    FOR ID.

 Dos Reis Exhibit 1, document,              11
  declaration of Chevon Dos Reis
    (EXHIBITS RETAINED BY REPORTER.)
```