# EXHIBIT 20

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------- X
    NATIONAL ASSOCIATION FOR
4   THE ADVANCEMENT OF
    COLORED PEOPLE,
5   SPRING VALLEY BRANCH, et al.,
6              Plaintiffs,
7          vs.                    No.
                                 7:17-cv-08943
8

    EAST RAMAPO CENTRAL
9   SCHOOL DISTRICT, et al.,
10             Defendants.
    ----------------------------- X
11
12                     February 8, 2018
13                     1:53 p.m.
14

15

16         Deposition of JEAN E. FIELDS,
17   held at the offices of Morgan, Lewis &
18   Bockius LLP, 101 Park Avenue, New York,
19   New York, pursuant to Notice, before
20   Theresa Tramondo, AOS, CLR, a Notary
21   Public of the State of New York.
22

23   Reported by:
24   THERESA TRAMONDO, AOS, CLR
25   JOB NO. PA2808169B

1
2  BY THE COURT REPORTER:
3        Q.    Please state your full name for
4  the record.
5        A.    Jean E. Fields, J-E-A-N,
6  F-I-E-L-D-S.
7        Q.    What is your address?
8        A.    Home, 3 Deer Run Road, Pomona,
9  New York  10970.
10 J E A N   E   F I E L D S, called as a
11 witness, having been duly sworn by a
12 Notary Public, was examined and testified
13 as follows:
14 EXAMINATION BY
15 MR. LEVINE:
16       Q.    We are on the record.  Good
17 afternoon.  My name is Randall Levine.  I'm
18 an attorney for the East Ramapo Central
19 School District.
20             Could you please state your full
21 name for the record.
22       A.    Jean E. Fields.
23       Q.    Thank you, Ms. Fields.
24             Do you understand you're here
25 today to give testimony in a case called

1                    Fields

2    I wasn't on the campaign.

3         Q.    In the second sentence of

4    paragraph 26 you say, "During that time, I

5    witnessed a shift in the tenor of these

6    board meetings as the board became hostile

7    and unwelcoming to members of the public

8    school community who attended."  Do you see

9    that?

10        A.    Yes.

11        Q.    When you use the phrase "public

12   school community" in paragraph 26, what do

13   you mean by that?

14        A.    The parents of the public school

15   students.

16        Q.    Is there anybody else besides

17   the parents of the public school students

18   who would be members of the public school

19   community?

20        A.    Yes.

21        Q.    Who else would you say -- I'm

22   only asking for your understanding.  Who

23   else would you say counts as a member of the

24   public school community?

25        A.    I think anyone who advocates for

1                    Fields
2    public school education.
3        Q.    So it is not necessary to be the
4    parent of a public school student to be a
5    member of the public school community; is
6    that right?
7        A.    That's true.
8        Q.    Is your understanding of the
9    public school community in any way limited
10   by a person's race?
11       A.    No.
12       Q.    So White people can be members
13   of the public school community?
14       A.    Why, of course.
15       Q.    And Latino people can be members
16   of the public school community?
17       A.    Yes.
18       Q.    And Black people can be members
19   of the public school community?
20       A.    Yes.
21       Q.    And Jewish people can be members
22   of the public school community?
23       A.    Yes.
24       Q.    Is there anybody who can't be a
25   member of the public school community?

1                    Fields
2          A.    I guess anybody who does not
3    advocate for public school.
4          Q.    What do you mean by "advocate
5    for public school"?
6          A.    That is committed to a strong
7    public school education.
8          Q.    Is that like a -- is what you're
9    describing a policy preference in favor of
10   public school programs; is that a fair way
11   to describe it?
12         A.    I don't know.
13         Q.    I'm just trying to understand
14   what you mean by "advocate for public
15   schools." So anybody who has a particular
16   preference for strong or well-funded public
17   schools; is there a policy angle to it?
18         A.    I don't know of a policy, but
19   anyone who believes and advocates for public
20   school education would be that community,
21   even if they don't have kids in public
22   school.
23         Q.    What specifically might somebody
24   who advocates for the public school in your
25   understanding, what specifically might they

1                        Fields

2    be advocating for?

3        A.    Fabulous education, strong

4    programs, just the best that a kid can get

5    in the public school.

6        Q.    Would an advocate for public

7    schools advocate for better funding of

8    public schools?

9             MR. JASON:  Objection.

10       A.    I think it advocates for the

11   best education that a students can obtain in

12   a public school, whatever that means; I

13   mean, whatever avenues.

14       Q.    Turning back to paragraph 26,

15   you say that you "witnessed a shift in the

16   tenor of these board meetings as the board

17   became hostile and unwelcoming to members of

18   the public school community who attended."

19   If the board is hostile to the members of

20   the public school community, what community

21   is the board from?

22       A.    Majority of the private school

23   community.

24       Q.    I'm just asking for your

25   understanding.  What do you mean when you

1                     Fields

2    say "private school community"?

3         A.     Any student in school who is not

4    attending public school of school age.

5         Q.     That would be private school

6    students, right?

7         A.     Yes.

8         Q.     Is the private school community

9    limited to private school students

10   themselves?

11        A.     I think just that the public

12   school community is limited to those persons

13   who advocate for public school.  I think it

14   would be the same for private school.

15        Q.     So the private school community

16   in your understanding is made up of people

17   who advocate for private schools?

18        A.     Private education, yes.

19        Q.     What sort of things would

20   someone who advocates for private education

21   advocate for specifically?

22             MR. JASON:  Objection.

23        A.     Not sending their child to a

24   public school.

25        Q.     Anything else?

1                    Fields

2          A.    Not that I know of.

3          Q.    When you say that you "witnessed

4    a shift of the tenor of these board

5    meetings," when between 2003 and 2013 did

6    you witness that shift?

7          A.    Particularly, I would say,

8    around 2005.  There was a public school

9    trustee on the board of education who was a

10   holocaust survivor and she advocated

11   strongly for strong programs.  She just

12   loved students, loved kids, and she lost her

13   seat on that board.

14         Q.    Do you remember her name?

15         A.    Yes, I do.

16         Q.    What was her name?

17         A.    Georgine Hyde, H-Y-D-E.

18         Q.    You witnessed a shift in the

19   tenor in 2005 with Ms. Hyde's departure from

20   the board.  Did anything else happen in 2005

21   that contributed to your sense that the

22   tenor had changed?

23         A.    Not that I can recall.

24         Q.    Do you recall who else was on

25   the school board at the time in 2005?

```
 1                    Fields
 2    we could not go and talk to them.  If you
 3    met them outside and they said, hi, you
 4    could you say hi to them, but while they
 5    were in school, you could not.
 6         Q.    I understand.
 7               What about outside of school?
 8         A.    No.
 9         Q.    Why not?
10         A.    Because we don't live in the
11    same areas.
12         Q.    Turn to the same page, bottom of
13    the page, page 8, please, paragraph 28.  So
14    folks can read along, I'll read it.  "The
15    board's attentiveness and responsiveness to
16    the public school community began to decline
17    around 2005 when candidates backed by
18    organizations and leaders favoring lower
19    taxes and maintaining a high level of
20    district services for private school
21    students gained a majority of seats on the
22    board."  Do you see that paragraph?
23         A.    Yes, I do.
24         Q.    As you sit here today, do you
25    believe that paragraph is accurate?
```

```
 1                    Fields
 2        A.    Yes, I do.
 3        Q.    When you say "organizations and
 4   the leaders favoring lower taxes and
 5   maintaining a high level of district
 6   services for private school students," what
 7   organizations are you referring to?
 8        A.    White organizations that lived
 9   in the Monsey, New Square, Kaser
10   neighborhoods.
11        Q.    Do you mean organizations from
12   the Orthodox and Hasidic Jewish communities?
13        A.    Yes.
14              MR. JASON:  Objection.
15        Q.    By "organizations" in the
16   context of paragraph 28, are you referring
17   to organizations from the Orthodox and
18   Hasidic Jewish communities?
19        A.    Yes.
20        Q.    When you say "leaders" in the
21   context of that paragraph, who do you mean?
22        A.    The same thing.
23        Q.    So by "leaders" in paragraph 28,
24   you mean leaders from the Orthodox and
25   Hasidic Jewish communities?
```

1                    Fields

2          A.    Yes.

3          Q.    How do you know, if you know,

4    that those organizations and leaders favored

5    lower taxes?

6                MR. JASON:  Objection.

7          A.    Because I've been to board

8    meetings where they stood up and basically

9    said on behalf of their communities that

10   they wanted lower taxes.

11         Q.    Do you know whether they were

12   referring to property taxes?

13         A.    I imagine so, yes.

14         Q.    How do you know that they

15   favored maintaining a high level of district

16   services for private school students?

17         A.    They also said that.

18         Q.    Other than people from the

19   Orthodox and Hasidic Jewish communities

20   speaking at board meetings, have you ever

21   heard anyone else from the Orthodox and

22   Hasidic Jewish communities express that they

23   favor lower taxes?

24         A.    No.  But I might add that the

25   person who spoke indicated that he spoke on

```
 1                    Fields
 2   behalf of the organization.  He belonged to
 3   an organization.
 4        Q.    Do you recall the name of the
 5   organization?
 6        A.    No, I don't.
 7        Q.    Did you ever form an
 8   understanding of why the Orthodox and
 9   Hasidic Jewish communities favored lower
10   taxes?
11             MR. JASON:  Objection.
12        A.    No.
13        Q.    Did you ever hear anyone say why
14   this particular organization from the
15   Orthodox and Hasidic Jewish communities
16   favored lower taxes?
17        A.    No.
18        Q.    Do you have an understanding of
19   your own?
20        A.    No.
21        Q.    In the same paragraph when you
22   say "maintaining a high level of district
23   services for private school students," what
24   specifically are you talking about there?
25        A.    Whatever services the private
```

```
 1                    Fields

 2    schools get from the district.

 3         Q.    Such as?

 4         A.    Mandated services,

 5    transportation and books.  That's all that

 6    comes to mind.

 7         Q.    When you say "mandated

 8    services," what services are mandated?

 9         A.    "Mandated service" is a term

10    that refers to special education students

11    and any service that they're required.

12         Q.    It's only for special education

13    students, though?

14         A.    Mandated services only applies

15    to special ed.

16         Q.    In paragraph 28 you say that

17    "candidates backed by organizations that

18    favor lower taxes and maintaining a high

19    level of district services for private

20    school students gained a majority of seats

21    on the board."  So by that, do you mean that

22    in the 2005 election a majority of the board

23    of education were members of the Orthodox

24    and Hasidic Jewish community?

25         A.    I don't know that.  I don't
```

```
 1              Fields
 2   remember that, if it was 2005.
 3        Q.    But it was around 2005, right?
 4        A.    Yes.
 5              MR. JASON:  Objection.
 6        Q.    In your mind is there anything
 7   wrong with members of the Orthodox and
 8   Hasidic Jewish community favoring lower
 9   taxes?
10        A.    Absolutely not.  I'd like lower
11   taxes too.
12        Q.    In your mind is there anything
13   wrong with members of the Orthodox and
14   Hasidic Jewish community favoring a high
15   level of district services for private
16   school students?
17        A.    No.
18        Q.    Is there anything wrong with
19   members of the Orthodox and Hasidic Jewish
20   communities running for seats on the school
21   board?
22        A.    No.
23        Q.    Turn to page 2, at the bottom of
24   the page, paragraph 8, I'm paraphrasing,
25   correct me if I'm wrong, but paragraph 8
```

1                    Fields

2         Q.    Did your campaign slate take any

3    official positions on any district services

4    affecting private school students?

5         A.    You know, we were concerned

6    about getting the best education for public

7    school students.  And that's really what we

8    concentrated on.  We wanted the public

9    schools to be as good as they could be.  I'd

10   say, as good as they were before.  Like, I

11   would say, that every parent wants that.

12        Q.    So services for private school

13   students were not a major part of your

14   campaign; is that a fair statement?

15        A.    That's a fair statement.

16        Q.    Did your campaign take any

17   official position on reducing district

18   services to private school students?

19        A.    No.

20        Q.    Did your campaign take any

21   official position on maintaining district

22   services to private school students?

23        A.    No.

24        Q.    Did you in your campaign make

25   any effort to appeal to the parents of

```
 1                    Fields
 2   private school students to vote for you?
 3        A.    There were private school
 4   parents who reached out to us.
 5        Q.    Do you remember specifically?
 6        A.    I don't know who they were.  I
 7   mean, I don't remember their names.  I know
 8   it was a group of women from the private
 9   school community who met us at the library
10   and their intent was that they wanted to
11   support us and they also wanted their
12   children to be educated.
13        Q.    In that context, do you mean by
14   saying "private school community" the
15   Orthodox and Hasidic Jewish communities?
16        A.    Yes.
17        Q.    Did you meet with those women at
18   the library?
19        A.    Yes.
20        Q.    Do you recall when about that
21   meeting may have occurred?
22        A.    I don't recall.  I don't recall,
23   but it has to be within the campaign year,
24   so...
25        Q.    Do you recall who was there
```

1                    Fields
2    neighborhoods?
3         A.    Yes.
4         Q.    When you referred to exclusively
5    Orthodox and Hasidic Jewish neighborhoods
6    before, what neighborhoods were those?
7         A.    Kaser, some of Monsey and
8    New Square.
9         Q.    You didn't campaign in those
10   neighborhoods?
11        A.    No.
12        Q.    Why not?
13        A.    Because I didn't think I would
14   be welcome there.
15        Q.    Why didn't you think you would
16   be welcome there?
17        A.    Because when my husband and I
18   first moved to Rockland County, we didn't
19   know the county, and we drove into a street
20   in New Square, and we were surrounded by a
21   bunch of men, and we were escorted out.
22        Q.    Did the women you met with from
23   the Orthodox and Hasidic Jewish communities
24   offer to campaign for you in those
25   exclusively Orthodox and Hasidic Jewish

1                    Fields

2        Q.    Do you believe it's been

3   historically low?

4        A.    In the past, yes.

5        Q.    Were you successful in your run

6   for the school board?

7        A.    No, I was not.

8        Q.    Do you think you lost the

9   election because you're Black?

10       A.    No.  I think I lost the election

11   because someone else got more votes.

12       Q.    Do you think that Black

13   residents of East Ramapo have a fair

14   opportunity to run for the school board?

15       A.    No, I don't believe that.

16       Q.    Why not?

17       A.    First of all, I would like an

18   opportunity to voice what my concerns are,

19   and since there's always -- the residents --

20   the minority residents never have an

21   opportunity to get in on the school board,

22   so -- it's always the other side, the other

23   community, and something about that.

24       Q.    Well, let's drill down on that a

25   little bit.

```
1                      Fields
2              Do the residents from the
3     minority community, are they not able to get
4     elected to the school board because they're
5     minorities?
6              MR. JASON:  Objection.
7         A.    I don't think so.  I think it's
8     because they don't have enough votes.
9         Q.    Why do you think they don't have
10    enough votes?
11        A.    Because in the Jewish -- the
12    Orthodox and Hasidic communities, there is
13    something called a "bloc vote," and whatever
14    their interests are, the bloc vote always
15    wins.
16        Q.    Does the bloc vote, as you
17    describe it, do they vote for minority
18    candidates?
19             MR. JASON:  Objection.
20        A.    They vote for people who have
21    their interests at heart, whether they're
22    minority or not.
23        Q.    Your understanding is that the
24    Orthodox and Hasidic Jewish communities vote
25    for candidates who align with their
```

```
1                    Fields
2   interests regardless of their race?
3        A.    Yes.
4        Q.    In your experience in East
5   Ramapo, has there ever been a problem with
6   minority voters being kept away from the
7   polls?
8        A.    Not that I know of.
9        Q.    Do you know, or, rather, in your
10  experience, have you ever seen candidates
11  for the school board in East Ramapo ever
12  campaign on an issue specifically about
13  race?
14       A.    I have not.
15             But I would like to take a
16  break.
17             MR. LEVINE:  That's fine.
18             (Recess taken.)
19       Q.    In 2016 you ran against an
20  opposing slate, right?
21       A.    Yes.
22       Q.    And that opposing slate included
23  a gentleman by the name of Pierre Germain;
24  do you remember that?
25       A.    Yes.
```

```
 1                    Fields
 2   process that you needed to go through to get
 3   on to a certain slate, but just to run for
 4   the school board, you don't need to be on a
 5   slate, do you?
 6        A.    You don't need to.  You just
 7   need to apply.  You need to have a certain
 8   number of signatures and you need to make a
 9   formal application to the board of
10   education.
11        Q.    Right.
12             So there is no reason why three
13   people can't go down to the school district
14   and file those papers and run for the school
15   board, right?
16             MR. JASON:  Objection.
17        A.    With the proper signatures.
18        Q.    Right.
19             They don't need a formal slate
20   to do that?
21             MR. JASON:  Objection.
22        Q.    Do they?
23        A.    No, I don't think so.
24        Q.    Right.
25             So do you know whether your
```

```
 1                    Fields
 2  opponents, Pierre Germain, Bernard Charles
 3  and Yehuda Weissmandl, went through any
 4  formal slating process?
 5        A.    No.  They probably just got
 6  together with the same interests and decided
 7  to.
 8        Q.    Right.  I mean, it's possible.
 9              MR. LEVINE:  Off the record.
10              (Discussion off the record.)
11        Q.    Two of your opponents in the
12  2016 election were Black men, right?
13        A.    One was.
14        Q.    Mr. Charles was a Black man,
15  right?
16        A.    He wasn't my opponent.
17        Q.    Two members of the opposing
18  slate were Black men, right?
19        A.    Yes.
20        Q.    And your understanding is that
21  they were supported by the Orthodox and
22  Hasidic Jewish communities, right?
23        A.    Yes.
24        Q.    Do you think that the race of
25  the candidates in your election was a
```

```
 1                      Fields
 2   motivating factor for any of the voters who
 3   voted?
 4          A.    No.
 5               MR. LEVINE:  I have no further
 6          questions.
 7               MS. MATTHEWS:  I don't have any
 8          questions.
 9               MR. JASON:  Off the record.
10               (Discussion off the record.)
11               MR. JASON:  No questions from
12          plaintiffs.
13               (Time noted:  4:09 p.m.)
14                    _____
15               JEAN E. FIELDS
16
17   Subscribed and sworn to before me
18   this ___ day of _____, 201_.
19
20   _____
21          Notary Public
22
23
24
25
```

1

2           C E R T I F I C A T E

3    STATE OF NEW YORK     )

4                          : ss.

5    COUNTY OF NEW YORK    )

6

7           I, THERESA TRAMONDO, a Notary

8    Public within and for the State of New

9    York, do hereby certify:

10          That Jean E. Fields, the witness

11   whose deposition is hereinbefore set

12   forth, was duly sworn by me and that such

13   deposition is a true record of the

14   testimony given by the witness.

15          I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I am

18   in no way interested in the outcome of

19   this matter.

20          IN WITNESS WHEREOF, I have

21   hereunto set my hand this 19th day of

22   February, 2018.

23          _____

24

25          THERESA TRAMONDO

1

2    ------------- I N D E X --------------

3    WITNESS       EXAMINATION BY         PAGE

4    J.E. FIELDS    MR. LEVINE              5

5

6    -------- INFORMATION REQUESTS ---------

7    DIRECTIONS:  (NONE)

8    RULINGS:  (NONE)

9    TO BE FURNISHED:  (NONE)

10   REQUESTS:  (NONE)

11   MOTIONS:  (NONE)

12   CONFIDENTIAL:  (NONE)

13

14   -------------- EXHIBITS ---------------

15   FIELDS EXHIBIT              FOR ID.

16

17    Fields Exhibit 1, document titled   10

18    "Declaration of Jean E. Fields"

19    Fields Exhibit 2, letter to         43

20    Dr. Joel Klein from State

21    Education Department dated

22    December 14, 2012

23

24      (EXHIBITS RETAINED BY REPORTER.)

25