# EXHIBIT 21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NATIONAL ASSOCIATION FOR THE ADVANCEMENT

OF COLORED PEOPLE, SPRING VALLEY BRANCH, et al.

                        Plaintiff,

      v.

EAST RAMAPO CENTRAL SCHOOL DISTRICT, et al.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

DEPOSITION OF PIERRE GERMAIN

New York, New York

Thursday, October 18, 2018

Reported by:

LEONORA L. WALKER

JOB NO.  149473

1                    P. GERMAIN

2              reporter please swear in the witness.

3              P I E R R E   G E R M A I N           10:50:53

4    The witness herein, having first been duly sworn by a

5    Notary Public for the State of New York was examined

6    and testified as follows:                        10:50:53

7    EXAMINATION BY

8    MS. PARVIS:

9         Q    Good morning, Mr. Germain.            10:51:00

10        A    Good morning.  How are you?

11        Q    Good, thank you.  How are you?

12             Before we get started I just wanted to  10:51:06

13   go over a few ground rules so we understand how this is

14   going to work today.

15             Have you ever been deposed or testified  10:51:13

16   under oath before?

17        A    Not on that scale, but I have.

18        Q    So you have been deposed before?       10:51:20

19        A    Uh-huh.

20        Q    Do you know how many times, or for when,

21   or for what purposes?                            10:51:26

22        A    I think that's only once.

23        Q    Only once?

24        A    Yeah.                                   10:51:30

25        Q    So you're aware that you just were sworn

P. GERMAIN

1

2      A       About that, two or three.

3      Q       Two or three?                            11:22:21

4      A       Uh-huh.

5      Q       Okay.  And do you remember when these

6   board meetings took place?  The month?            11:22:31

7      A       105 Madison.

8              MR. CRAVENS:  Where or when?

9              MS. PARVIS:  I said when, but that's     11:22:40

10       okay.  Where is perfectly fine.

11   BY MS. PARVIS:

12       Q       Do you remember when these board        11:22:45

13   meetings took place?

14       A       When?  Like the timing?

15       Q       Like the month of 2013?                 11:22:55

16       A       I don't remember.  I know it started at

17   7:30 p.m.

18       Q       Okay.                                   11:23:00

19       A       But the day, like, when it's announced,

20   that's the time I go, but I don't remember if it's the

21   first week or the second week.  No, that I don't     11:23:09

22   remember.

23       Q       Totally understandable.

24              And when you attended those board        11:23:19

25   meetings, what were the issues of greatest concern for

1                        P. GERMAIN

2   you at the time?

3           MR. CRAVENS:  Objection to the form.      11:23:29

4           THE WITNESS:  The reason why that I

5       attended at that time the meetings because I

6       was not even -- I was -- there was a time I    11:23:43

7       spent a lot of time in Haiti after the

8       earthquake.  So I tried to help the Haitian

9       construction in Haiti.  So when I came back and 11:23:55

10      I met with a friend of mine, by the name of

11      Mohammad, and he's a mechanic guy.  He's from

12      Pakistan.  And he attended meetings before I    11:24:10

13      have, and he was concerned because there was

14      one Haitian lady at the time -- that's the way

15      he put it -- was tried to videotaping the       11:24:24

16      meeting.  They have to call police on her, and

17      he was concerned that we need to get together

18      to see what we can do.  And then he said he     11:24:34

19      didn't like the way they were treating the lady

20      at that time in the meeting.

21          When he said that and I said, well, one     11:24:48

22      thing that I realize also with my folks because

23      our problem, and I'm talking about culture, we

24      most likely like to complain too much, but we   11:25:06

25      refuse to participate.  And by not

P. GERMAIN

1
2    participating so we don't know what's going on.
3    That's one of the reason why I become a fire        11:25:15
4    fighter in my neighborhood at that time.
5         And I did say to him that, well, since
6    I'm back now, I would try to get involved           11:25:30
7    myself and volunteer my time to see what's
8    going in the district.  And we take it from
9    there to see if I could make a difference in        11:25:40
10   the quality of education of the kids in the
11   area.  And we spoke about that.
12        After that, I met with -- it was a             11:26:01
13   meeting.  I don't know what -- I met with
14   Brendel Charles Logan.
15        THE COURT REPORTER:  Brendel?                  11:26:17
16        THE WITNESS:  Brendel, B-R-E-N-D-E-L.
17   When we were talking and I said to her at that
18   time that I would like to get involved in the       11:26:31
19   school district to know what's going on in the
20   district.  And after I said to that to her, I
21   received a phone call.  I remember that day.  I     11:26:46
22   received a phone call, and the person, it was a
23   Spanish person that called me at that time and
24   I was speaking Spanish.  And then she was           11:26:56
25   impressed and listened to me speaking Spanish

1          P. GERMAIN

2     with that person.

3          She said, oh, you speak Spanish, too?    11:27:06

4          I said, yes, I do.

5          And she said, oh, my God.  God is always

6     good because I don't understand.  My husband    11:27:12

7     involved in the district, and you just said you

8     would like to get involved, and you speak

9     Spanish which is a good thing.  Can I introduce  11:27:22

10    you to my husband?

11         I said, no problem.  And that was the

12    time she introduced me to Bernard Charles at     11:27:33

13    that time.  And he said me at that time that he

14    was -- he was a part of the district already

15    because he was not elected.  He was -- what you  11:27:42

16    call that?  He was appointed at the district at

17    that time, and there will be election taking

18    place.  And he asked me if I would join his      11:27:56

19    team.  And I said no problem because I would

20    love to get involved.

21         He reached out to another lady, the         11:28:05

22    Spanish lady.  That's the way we get involved

23    in the election, and we take it from there.  I

24    remember that.  Yeah.  That's why I get          11:28:16

25    involved.

P. GERMAIN

1

2  allowed to.

3       Q       So it's your position you cannot testify   12:39:18

4  about anything that occurred during your executive

5  session?

6       A       I cannot.                                   12:39:36

7       Q       So earlier when you decided to run, you

8  initially spoke with Mrs. Charles who put you in touch

9  with her husband; is that correct?                       12:40:15

10      A       That's correct.

11      Q       And Mr. Charles asked you to join his

12 team to run for a seat on the school board; is that      12:40:22

13 correct?

14      A       That's correct.

15      Q       Can you describe what you mean by the       12:40:24

16 word "team"?

17      A       When you join someone, it's more than

18 one, so to me it's like this your teammate.  This is     12:40:33

19 the person you're going to get together to do

20 something, to fight for something.  That's what I

21 consider to be a team.                                   12:40:41

22      Q       Okay.  And you said earlier that another

23 woman was part of that team.  Is that woman Marylou

24 Corado?                                                  12:40:47

25      A       Marylou Corado, that is correct.

P. GERMAIN

1

2       Q       And how did you meet Ms. Corado?

3       A       I think we were campaigning.  I go                12:41:01

4   sometimes to her church, right there on South Central

5   Avenue at that time.

6       Q       How did you communicate with Ms. Corado?  12:41:07

7   Did you e-mail?

8       A        I think we talk on the phone, or I go

9   to her place usually at the church area.               12:41:28

10      Q       Did you ever send text messages?

11      A       I don't remember.

12      Q       And what about Mr. Charles?  For the        12:41:33

13  most part, how did you communicate with Mr. Charles?

14      A       Verbally also.

15      Q       Verbally?  Verbally in person or            12:41:37

16  verbally on the phone?

17      A        In person, or sometimes on the phone, or

18  sometimes I meet with you at your office or something   12:41:41

19  like that.

20      Q       Did you ever e-mail back and forth with

21  Mr. Charles?                                            12:41:44

22      A       No.

23      Q       Okay.  I'm just going to go back to your

24  declaration.  I'll continue to read so you don't have   12:42:02

25  to hurt your eyes.

                         P. GERMAIN

campaign events?

         A       I don't know.                           12:56:47

         Q       Did you have any fundraisers, campaign

fundraisers?

         A       No.  I don't remember, no.              12:56:54

         Q       Did you generally fund raise in 2013 as

you were campaigning?

         A       No.                                     12:56:59

         Q       Did you raise any funds in 2013 as you

were campaigning?

         A       No.                                     12:57:34

                 MS. PARVIS:  You want a break?

                 THE WITNESS:  Yeah.

                 MS. PARVIS:  Okay.                       12:57:34

                 THE VIDEOGRAPHER:  Time is 12:58 p.m.

         and we're going off the record.

                 (Whereupon a break was taken.)          12:57:40

                 THE VIDEOGRAPHER:  This is the start of

         media label number 3.  The time now is 1:36

         p.m. and we're back on the record.              13:36:14

BY MS. PARVIS:

         Q       Mr. Germain, before we broke for the

lunch break, we were discussing some of the things that  13:36:25

he did to campaign.  So I just want to go back to your

1                         P. GERMAIN

2    declaration, which has been marked as Exhibit 1.

3                    On page 3 of that declaration, paragraph  13:36:36

4    11, I'm happy to read for you.  It says, as part of our

5    campaign, we met with members of Orthodox and Hasidic

6    community.  Mr. Charles already knew several members of  13:36:47

7    that community.  He introduced Ms. Corado and me to

8    rabbis in the Orthodox and Hasidic community.

9                    In that first sentence when you say "we  13:36:56

10   met with members of the Orthodox and Hasidic

11   community," is we the members of your team earlier Mr.

12   Charles and Ms. Corado?                                 13:37:05

13        A     That's correct.

14        Q     Do you know which members of the

15   Orthodox and Hasidic community you met with?           13:37:09

16        A     I met with a couple rabbis, but I don't

17   know their name.

18        Q     You don't know their name.                  13:37:23

19              Do you know when --

20        A     I was told their name, but I don't

21   remember their name to be honest with you.             13:37:24

22        Q     And do you know when you met with these

23   rabbis?

24        A     I cannot be specific about it, but I        13:37:35

25   remember before we -- at the time we were campaigning

1                          P. GERMAIN

2    though, and he said, well, you now, I'm going to

3    introduce to some rabbis, and then we went to their        13:37:50

4    offices, and we sit down and we talk.  As I was

5    introduced to them, I remember I said to them that you

6    are from Israel, you went through Holocaust.  I'm          13:38:13

7    pretty sure now you're here in New York, you're not

8    going back to Israel.  I'm Haitian, we went through

9    slavery.  And I'm here in now New York.  I'm pretty        13:38:27

10   sure I'm not going back to Haiti or ever.  We're here

11   to live together.  So why don't we do -- get ourselves

12   together, we seek one objective, the kids.  Let's see      13:38:43

13   what we can do for them.  That was my approach.

14        Q     So you said this was before you were

15   campaigning?                                                13:38:50

16        A     At the time I believe I was campaigning.

17   I don't remember exact time.

18        Q     Okay.  You don't remember.                      13:38:57

19              What if we put it in relation to the

20   phone call that you had with Mr. Charles -- well, the

21   phone call you had with Mrs. Charles.                      13:39:05

22              How soon after you decided to run with

23   Mr. Charles and as part of Mr. Charles' team did you

24   meet with these rabbis?                                    13:39:13

25        A     Coincidentally it was not that far I

1                    P. GERMAIN

2

3                                              15:56:36

4  --------------------I N D E X------------------------

5  WITNESS    EXAMINATION BY    PAGE

6  P. Germain         Ms. Parvis            6       15:56:36

7

8  ---------------------E X H I B I T S------------------

9  PLAINTIFF'S                        PAGE      15:56:36

10  Exhibit 1   Declaration of Pierre Germain   44

11  Exhibit 2   Expenditure and Contribution

12              Statement                115      15:56:36

13  Exhibit 3   East Ramapo Article      130

14  Exhibit 4   E-mail                   157

15  Exhibit 5   Notice of Subpoena       163      15:56:36

16  Exhibit 6   The Blame Game Article   168

17

18                                              15:56:36

19

20

21                                              15:56:36

22

23

24                                              15:56:36

25