# EXHIBIT 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X   *
                                       *
NATIONAL ASSOCIATION FOR THE           *
ADVANCEMENT OF COLORED PEOPLE,         *
SPRING VALLEY BRANCH, JULIO            *
CLERVEAUX, CHEVON DOS REIS; ERIC       *   INDEX NO:
GOODWIN; JOSE VITELIO GREGORIO;        *   17-CV-8943
DOROTHY MILLER; HILLARY MOREAU;        *
and WASHINGTON SANCHEZ                 *
                                       *
            PLAINTIFFS,                *
                                       *
       vs                              *
                                       *
EAST RAMAPO CENTRAL SCHOOL             *
DISTRICT and MARYELLEN ELIA, In        *
Her Capacity as the Commissioner       *
of Education of the State of New       *
York,                                  *
                                       *
            DEFENDANTS.                *
-----------------------------------X

VIDEOTAPED DEPOSITION of SHAYA GLICK
Montebello, New York
Tuesday, December 4, 2018

Reported by:

Mary Agnes Drury, RPR, NYACR, CLR

JOB NO. 151980

1           SHAYA GLICK

2      from Latham & Watkins representing the         10:35
3      plaintiffs.                                    10:35
4           MR. MANGAS:  Russell Mangas, Latham       10:35
5      & Watkins representing the plaintiffs.         10:35
6           MR. LYNCH:  Good morning, Dennis          10:35
7      Lynch, representing this particular
8      non-party witness, Mr. Glick.
9           MR. BUTLER:  David Butler
10     representing the defendant.
11 S H A Y A   G L I C K,
12     called as a witness, having been duly
13     affirmed by a Notary Public, was examined
14     and testified as follows:
15          MR. LYNCH:  This is Mr. Lynch.            10:36
16     Before we begin, prior to getting started,     10:36
17     I want to indicate that we made a              10:36
18     production of records that we understood       10:36
19     was responsive.                                10:36
20          This Friday after Shabbat started, I      10:36
21     did receive a communication from counsel       10:36
22     for the plaintiffs that they believe the       10:36
23     production was not completely responsive.      10:36
24          The first business day after getting      10:36
25     that, that I could get reach my client; and    10:36

Page 31

SHAYA GLICK

```
 2    they ask that in applications.  I know I'm        11:00
 3    not Indian, and I know I'm not an                 11:00
 4    African-American.  I know I'm not an              11:01
 5    Hispanic-American, I don't know, Caucasian        11:01
 6    or I don't know.                                  11:01
 7  BY MS. MATYSTIK:
 8    Q.   When you do fill out those forms,            11:01
 9  what do you typically select?                       11:01
10         THE WITNESS:  I struggle.  I try             11:01
11    to --                                             11:01
12         MR. LYNCH:  Objection.                       11:01
13    Q.   Would you generally identify as              11:01
14  being white?                                        11:01
15    A.   Yes, but my ancestry is from Africa,         11:01
16  you know.  All the way back to Moses and Erin,      11:01
17  we go back to Africa.  You know, my                 11:01
18  grandparents were born between the Euphrates        11:01
19  and the Tigris, if you know where that is; they     11:01
20  were -- and Jacob.                                  11:01
21    Q.   Yeah.  So you're a member of the             11:01
22  Hasidic community; is that correct?                 11:01
23         MR. LYNCH:  Objection.                       11:01
24         THE WITNESS:  I'm wondering who came         11:01
25    up with this phrase, "Hasidic community."         11:01
```

1           SHAYA GLICK

2      A community is a community.  A community of     11:01
3      East Ramapo would rather fit my                 11:01
4      description.                                    11:01
5      Q.    So for your religion, how do you          11:01
6 identify yourself?                                   11:02
7      A.    I'm a Jew.                                11:02
8      Q.    Okay.  Are you -- my understanding        11:02
9 is there are different sort of the sects within     11:02
10 Judaism or there may be Orthodox or --              11:02
11     A.    But there is so much fake news out        11:02
12 there about this, so...                             11:02
13     Q.    Well, so I'm asking you, is there         11:02
14 such a thing as being Orthodox Jewish?              11:02
15     A.    I would call it hybrid.  I'm              11:02
16 Hasidic, Orthodox.  I wouldn't say conservative     11:02
17 but modern Orthodox Jew, you know they...           11:02
18     Q.    And in your mind, what does it mean       11:02
19 to be a modern Orthodox Jew?                        11:02
20     A.    To every day wake up in the morning       11:02
21 and sanctify the name of God.  Help people.         11:02
22           There is a world to come, and I           11:02
23 believe in that.  Everyday that I help a poor       11:02
24 kid get an education, every day that I can help     11:02
25 a family put bread on a table, and every day        11:02

Page 64

SHAYA GLICK

2  Q. Do you have any understanding what   11:47
3  Chaim Saperstein might have meant when he wrote   11:47
4  the Grossman slate?   11:47
5  A. No.   11:47
6  Q. Have you ever heard that term before   11:47
7  "slate"?   11:47
8  A. No, never. Even now, I don't know.   11:47
9  It's having -- it must mean the side that won.   11:47
10 Q. The side that won.   11:47
11    Do you recall if Mr. Grossman was   11:47
12 running with anyone?   11:48
13 A. Not really.   11:48
14 Q. Did you vote in that election?   11:48
15 A. I don't remember.   11:48
16 Q. So is it -- so right after this you   11:48
17 respond, couldn't have done it without you all   11:48
18 participating.   11:48
19    Does that mean, couldn't have won   11:48
20 the election?   11:48
21 A. I don't know what I was referring to   11:48
22 at that time, but I guess so.   11:48
23 Q. So this is May 17, 2017. Would this   11:48
24 have been around or at the time of a school   11:48
25 board election?   11:48

Page 65

SHAYA GLICK

    MR. LYNCH: Objection as to guesses. 11:48

    THE WITNESS: I really don't 11:48
remember what day the election was, so I 11:48
wouldn't know. 11:49

Q. It looks like at the top Harry 11:49
Grossman says, this election was huge. Does 11:49
that refresh your recollection as to when it 11:49
might have taken place? 11:49

A. It could be, yeah. 11:49

Q. So your testimony is you don't 11:49
remember if you voted in this election, and you 11:49
can't recall who also ran for the board with 11:49
Grossman? 11:49

    THE WITNESS: Correct. 11:49

    MR. LYNCH: Objection. You may 11:49
answer. 11:49

Q. And you also don't know what the 11:49
Grossman slate is? 11:49

    MR. LYNCH: Objection. 11:49

    THE WITNESS: No. I wouldn't know 11:49
what he's referring to them as Grossman 11:49
slate, I wouldn't know that. 11:50

Q. So when you say couldn't have done 11:50
it without all of you participating, what is it 11:50

SHAYA GLICK

2  that you did, what is it that you could have    11:50
3  done without?    11:50
4      MR. LYNCH: Objection.    11:50
5      THE WITNESS: Couldn't is the    11:50
6    community. I'm referring to -- I'm reading    11:50
7    it back. So again, I'm going to try to    11:50
8    interpret whatever I'm thinking now. You    11:50
9    can -- couldn't have done without all of    11:50
10   you participating; meaning, I guess, all    11:50
11   the people in this chat maybe.    11:50
12     MR. LYNCH: Objection as to guesses.    11:50
13     THE WITNESS: I'm guessing, because    11:50
14   I wouldn't remember the, you know, the --    11:50
15 BY MS. MATYSTIK:    11:50
16   Q.  So you don't have any recollection    11:50
17 as to who you voted for in this election?    11:50
18   A.  Or if I voted at all.    11:50
19   Q.  If you voted at all.    11:50
20     Do you recall whether you advocated    11:50
21 for any particular candidate that was running?    11:51
22   A.  I'm sure I was advocating for the    11:51
23 candidate that would restore bussing and peace    11:51
24 and harmony in the community, that type of    11:51
25 thing.    11:51

```
1
2                C E R T I F I C A T E
3
4   STATE OF NEW YORK    )
5                        ) ss.:
6   COUNTY OF ONONDAGA   )
7
8          I, Mary Agnes Drury, a Notary Public
9      within and for the State of New York, do
10     hereby certify:
11         That SHAYA GLICK, the witness whose
12     deposition is hereinbefore set forth, was
13     duly sworn by me and that such deposition
14     is a true record of the testimony given by
15     such witness.
16         I further certify that I am not
17     related to any of the parties to this
18     action by blood or marriage; and that I am
19     in no way interested in the outcome of this
20     matter.
21         IN WITNESS WHEREOF, I have hereunto
22     set my hand this 8th day of December, 2018.
23                    MADrury
24                    --------------------------
25                         Mary Agnes Drury
```

INDEX

WITNESS/EXAMINATIONS                                      PAGE

SHAYA GLICK

EXAMINATION BY MS. MATYSTIK                               10


                    GLICK EXHIBITS

NUMBER         DESCRIPTION                                PAGE

Exhibit 1      Subpoena Dated 9/27/18,                    18
               16-Pages

Exhibit 2      Excerpts from What's App                   43
               Chat, Bates Stamped
               ERCSD_BoE_313 to '314, '397
               to '398, '405, '417 to '418,
               '545 to '547, '810 to '811,
               '833, '837, '839, '843, '849
               '862, '875, '1626, '1704,
               21-Pages

Exhibit 3      Charles Deposition Excerpts,               121
               Dated 10/22/18, Cover Page,
               and Page 258 to 261, 2-Pages

Exhibit 4      Rothman Deposition Excerpts,               127
               Dated 11/14/18, Cover Page 70
               to 77, 3-Pages

1
2
3          GLICK EXHIBITS (Continued)
4   NUMBER       DESCRIPTION                    PAGE
5   Exhibit 5   Real Estate Ramapo Twitter      142
6               Messages, Dated 3/22/13 to
7               5/11/18, 158-Pages
8   Exhibit 6   Real Estate Ramapo Twitter      143
9               Excerpts, 6-Pages
10  Exhibit 7   Weissmandl E-mail Chain Dated   170
11              5/20/13, Bates Stamped
12              ERCSD_ROTHMAN_243 to '244,
13              2-Pages
14  Exhibit 8   Yehudarsd@gmail.com E-mail      176
15              Chain Dated 7/7/13, Bates
16              Stamped GLICK_1 to '19,
17              19-Pages
18  Exhibit 9   New York Magazine Article,      183
19              "Them and Them" 13-Pages
20  Exhibit 10  Instagram Post Dated 5/8/12,    189
21              1-Page
22
23
24              *     *     *
25