# EXHIBIT 23

1
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  --------------------------- X
   NATIONAL ASSOCIATION FOR
4  THE ADVANCEMENT OF
   COLORED PEOPLE,
5  SPRING VALLEY BRANCH, et al.,
6              Plaintiffs,
7         vs.                    No.
                                 7:17-cv-08943
8
   EAST RAMAPO CENTRAL
9  SCHOOL DISTRICT, et al.,
10             Defendants.
   --------------------------- X
11
12                       February 8, 2018
13                       10:26 a.m.
14
15
16         Deposition of ERIC GOODWIN, held
17 at the offices of Morgan, Lewis & Bockius
18 LLP, 101 Park Avenue, New York, New York,
19 pursuant to Notice, before Theresa
20 Tramondo, AOS, CLR, a Notary Public of the
21 State of New York.
22
23 Reported by:
24 THERESA TRAMONDO, AOS, CLR
25 JOB NO. PA2808169A

1
2  BY THE COURT REPORTER:
3        Q.    Please state your full name for
4  the record.
5        A.    Eric Goodwin, G-O-O-D-W-I-N.
6        Q.    What is your address?
7        A.    Home address, 87 Meadow Lane,
8  Nanuet, New York 10954.
9  E R I C   G O O D W I N , called as a
10 witness, having been duly sworn by a
11 Notary Public, was examined and testified
12 as follows:
13 EXAMINATION BY
14 MR. LEVINE:
15       Q.    Good morning, Mr. Goodwin.
16       A.    Good morning.
17       Q.    My name is Randall Levine.  I'm
18 an attorney for the East Ramapo Central
19 School District.
20       A.    Yes.
21       Q.    Do you understand you're here
22 today to give testimony in a case called
23 NAACP versus East Ramapo Central School
24 District?
25       A.    Yes, I do.

1                    Goodwin

2        Q.    Do you think that the Black
3   community, to the extent you have an
4   understanding, feels disenfranchised because
5   of their race?
6        A.    Are we speaking in terms of East
7   Ramapo or African Americans across the
8   board?
9        Q.    Just East Ramapo.
10       A.    Could you say the question
11  again?
12       Q.    Yes.  I'll do it better this
13  time.
14             Do you think that Black
15  residents of East Ramapo feel
16  disenfranchised because they're Black?
17             MS. PARVIS:  Objection.
18       A.    I can't speak for all African
19  Americans.  I feel disenfranchised
20  because -- I can't speak for all African
21  Americans.  I can only speak for me.
22       Q.    Do you think that you lost your
23  election for the school board because of
24  your race?
25       A.    No.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

```
 1
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK     )
 4                          : ss.
 5    COUNTY OF NEW YORK    )
 6
 7              I, THERESA TRAMONDO, a Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10              That Eric Goodwin, the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that such
13    deposition is a true record of the
14    testimony given by the witness.
15              I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I am
18    in no way interested in the outcome of
19    this matter.
20              IN WITNESS WHEREOF, I have
21    hereunto set my hand this 19th day of
22    February, 2018.
23                        /s/ Theresa Tramondo
24                        _____
25                           THERESA TRAMONDO
```

```
 1
 2    ------------ I N D E X -------------
 3    WITNESS         EXAMINATION BY           PAGE
 4    E. GOODWIN      MR. LEVINE               5
 5                    MS. MATTHEWS             110
 6
 7    -------- INFORMATION REQUESTS ---------
 8    DIRECTIONS:  (NONE)
 9    RULINGS:  (NONE)
10    TO BE FURNISHED:  (NONE)
11    REQUESTS:  (NONE)
12    MOTIONS:  (NONE)
13    CONFIDENTIAL:  (NONE)
14
15
16    -------------- EXHIBITS ---------------
17    GOODWIN EXHIBIT                    FOR ID.
18
19     Goodwin Exhibit 1, declaration      11
20     Goodwin Exhibit 2, document,        46
21     campaign website printout titled
22     "East Ramapo Coming Together"
23     Goodwin Exhibit 3, newspaper        87
24     article from The Journal News
25         (EXHIBITS RETAINED BY REPORTER.)
```