

# EXHIBIT 24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 7:17-cv-08943

- - - - - - - - - - - - - - - - - - - - -x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,

Plaintiffs,

-against-

EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,

Defendants.

- - - - - - - - - - - - - - - - - - - - -x

November 9, 2018
10:00 a.m.

Deposition of Plaintiff, JOSE VITELIO GREGORIO, taken by attorneys for Defendant East Ramapo Central School District, pursuant to notice, held at the offices of Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, New York, before Helen Mitchell, a Registered Professional Reporter and Notary Public.

S A G R A R I O   M E L O
was duly sworn by the Notary Public (Helen Mitchell), to faithfully and accurately translate the proceedings between English and Spanish as required.

J O S E   V I T E L I O   G R E G O R I O,
having been first duly sworn through the interpreter, was examined and testified as follows:

EXAMINATION

BY MS. KOLLM:

Q Good morning, Mr. Gregorio.
My name is Clara Kollm, and I represent the East Ramapo Central School District in this case.
Will you please state your full name for the record.
A Jose Vitelio Gregorio.
Q Mr. Gregorio, I understand that you speak English and Spanish. Is that right?
A Yes.
Q For the record, we have an interpreter here with you today, who speaks Spanish and will be translating my questions.
A Correct.

I don't have access to see the budget, but I don't know how the budget is distributed. I don't have access to see how the budget is distributed, but I believe that we can have something better.

I don't know if I answer what you wanted to hear.

Q Isn't it true that the budget is discussed at Board of Education meetings?

MR. JOHNSON: Objection.

A Yes, but I don't understand how a budget can be distributed. I don't understand that.

Q Is this lawsuit about the quality of education in the district?

MR. JOHNSON: Objection.

A Specifically, in my own words, yes, we are looking for a better quality education for our children.

Q Without revealing any communications you may or may not have had with your attorneys, how did you come to be a named plaintiff in this litigation?

MR. JOHNSON: Before the witness answers, I would like to remind

BY MS. KOLLM:

Q When I refer to the word "slate," I'm not referring to an official organization, I am also referring to informal associations.

A That I don't know.

Q Do you consider race when deciding for whom to cast a vote for school board?

A Not necessarily.

Q Do you consider religion when deciding for whom to cast a vote for in a school board election?

A No.

Q Can you please look at numbered paragraph six of your declaration.

Does paragraph six require any clarification?

A Yes. It will be the last eleven years.

Q Would you agree that there is approximately one school board election each year?

A Can you repeat the question again?

A Okay, that's fine.
Q So with that understanding, does paragraph seven require any clarification?
A No. No, it doesn't need any change.
Q Thank you.
Have you ever been prevented from casting a vote in a school board election for your chosen candidate?
A No.
Q To the best of your knowledge, what voting system does the district employ to elect school board members?
A No, I don't know the system.
Q Do you know what an at-large voting system is?
A I only understand that they count the ballots; the one that has the more ballots, he wins/she wins. That's all I understand as the system.
Q Is that what you understand the system in the district to be?
A Yeah, that's the way it is up until now, that's what I understand now.
Q Do you know what a ward voting

Q Do you remember if there were any Latino or Hispanic candidates in the 2015 school board election?

A Yes, there was a Hispanic/Puerto Rican descent, but I don't remember exactly if it was 2015.

Q Are you referring to Juan Pablo Ramirez?

A Yes.

Q Did you support Mr. Ramirez's candidacy?

A Yes.

Q And he was elected to the board; right?

A No, I don't remember if he was elected.

Q Why did you support Mr. Ramirez's candidacy?

A I'm going to be direct. For being Hispanic, thinking that he was going to help us.

Q Is it fair to say that Mr. Ramirez received support from the Latino and Hispanic community?

MR. JOHNSON: Objection.

A Yes.

Q Do you know if Mr. Ramirez received support from the black community?

MR. JOHNSON: Objection.

A I don't know. I don't know that.

Q Did you vote in the 2014 school board election?

A To be honest, I don't remember if I voted that year.

Q Did you vote in the 2013 school board election?

A Yes.

Q Do you remember for whom you voted?

A No. I don't remember, no.

Q Do you remember if there were any Hispanic or Latino candidates running for the board in 2013?

A I don't remember if it was that year, a Mr. Ivan Rivera. I don't remember if it was that year.

Q Do you remember if he was elected?

A No, he was not elected.

C E R T I F I C A T E

I, HELEN MITCHELL, a Registered Professional Reporter and Notary Public, do hereby certify:

I reported the proceedings in the within-entitled matter, and that the within transcript is a true record of such proceedings.

I further certify that I am not related, by blood or marriage, to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of November, 2018.

Helen Mitchell

_____________________________

HELEN MITCHELL, RPR

November 9, 2018

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| JOSE GREGORIO | Ms. Kollm | 3 |


E X H I B I T S


| FOR IDENTIFICATION | | PAGE |
| --- | --- | --- |
| Gregorio 1 | Declaration of Jose Vitelio Gregorio | 30 |
| Gregorio 2 | Request for production of documents | 74 |