

# EXHIBIT 25

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
2

3     NAACP, SPRING VALLEY
      BRANCH, ET AL.
4

          PLAINTIFFS,
5

      VS.                      CIVIL ACTION NO. 7:17-CV-08943
6

      EAST RAMAPO CENTRAL
7     SCHOOL DISTRICT, ET AL.,

8         DEFENDANTS.

9     _____/

10

                 DEPOSITION OF MARGARET "PEGGY" HATTON
11

12              Taken on behalf of the Defendants

13

14     DATE & TIME:         Friday, November 16, 2018
                            9:50 a.m. - 4:00 p.m.
15

       PLACE:               Hedquist & Associates
16                          345 East Forsyth Street
                            Jacksonville, Florida  32202
17

18

19

           Examination of the witness taken before:
20

       Celeste O. Werkheiser, RMR, CRR, Notary Public
21

22              Veritext Legal Solutions
                   Mid-Atlantic Region
                 1250 Eye Street NW - Suite 350
23               Washington, D.C.  20005

24

25

1                        I N D E X
2    WITNESS:                                    PAGE:
3
     MARGARET "PEGGY" HATTON
4
         EXAMINATION BY MS. SCHUSTER.................4
5
         CROSS-EXAMINATION BY MR. NOVAKOVSKI.......155
6
7    EXHIBITS:
8
     EXHIBIT 1      SUBPOENA.........................7
9
     EXHIBIT 2      DECLARATION......................8
10
     EXHIBIT 3      EMAIL CHAIN FROM MS. HATTON TO
11                  ROCKNET GROUP DATED 12/8/2014....21
12   EXHIBIT 4      EMAIL CHAIN DATED 12/13/2010
                    TO 12/12/2012...................55
13
     EXHIBIT 5      EAST RAMAPO STAKEHOLDERS
14                  PRESERVING PUBLIC EDUCATION
                    MINUTES OF MEETING OF
15                  12/10/2009.....................101
16   EXHIBIT 6      LETTER TO THE EDITOR:  HATTON
                    NOT HAPPY WITH E. RAMAPO VOTE...117
17
     EXHIBIT 7      EMAIL CHAIN DATED 3/17/2014
18                  TO 3/18/2014...................132
19   EXHIBIT 8      EMAIL FROM MS. HATTON TO
                    MR. FORREST DATED 4/10/2014.....143
20
21
22
23
24
25

1           S T I P U L A T I O N

2           It was stipulated and agreed by and between

3      counsel for the respective parties, and the witness,

4      that the reading and signing of the deposition by the

5      witness was not waived.

6                          -  -  -

7                    MARGARET "PEGGY" HATTON,

8      acknowledged having been duly sworn to tell the truth

9      and testified upon her oath as follows:

10               THE WITNESS:  Yes.

11                    DIRECT EXAMINATION

12     BY MS. SCHUSTER:

13          Q    Good morning.  My name is Stephanie Schuster.

14     I represent the East Ramapo Central School District.

15     You're Margaret Hatton?

16          A    Yes.

17          Q    You go by Peggy?

18          A    Yes.

19          Q    And Ms. Hatton, do you have a middle name?

20          A    Ann.

21          Q    Ann is your middle name?  I know you're

22     represented by counsel today?

23          A    Yes, I am.

24          Q    And are you represented by Latham and Watkins?

25          A    Yes, I am.

1  Central School District litigation pending in the

2  Southern District of New York.  When I refer to

3  litigation today, or the litigation, will you understand

4  that I'm referring to this, the NAACP, the East Ramapo

5  case?

6      A    Yes.

7      Q    You're not a party to the litigation, right?

8      A    No.

9      Q    Did you ever consider becoming a party to this

10 litigation?

11     A    No.

12     Q    For the record, what is your race?

13     A    My race?

14     Q    Yes, ma'am.

15     A    I'm white.

16     Q    You can set Exhibit 1 aside.

17          (Exhibit 2 marked.)

18     Q    Ms. Hatton, I'm handing you a document we've

19 marked as Exhibit 2 to your deposition.  And this is

20 titled the Declaration of Margaret "Peggy" Hatton and

21 was filed in the litigation on December 8, 2017; does

22 that sound right?

23     A    I'm sorry, could you ask that question again?

24     Q    If you look at the top of the document, in

25 blue, there's a file date that says December 8, 2017; is

1          THE WITNESS:  Yes, I do.

2     BY MS. SCHUSTER:

3          Q     But I thought public school community meant

4     people who have children who attend public schools.

5          MR. NOVAKOVSKI:  Objection.

6     BY MS. SCHUSTER:

7          Q     That's what you testified to earlier; is that

8     right?

9          MR. NOVAKOVSKI:  Objection.

10          THE WITNESS:  No.  No.

11     BY MS. SCHUSTER:

12          Q     Okay.  So if you were to refer to someone as a

13     public school candidate for the School Board or a public

14     school member of the board, what do you mean by public

15     school?

16          A     People who had an interest in the public school

17     or whose children, perhaps in the past, attended the

18     public schools, people who themselves went to public

19     schools and understood what public school education was

20     all about.

21          Q     You said people who had an interest.  You just

22     mean a general interest?  Or what do you mean?

23          A     An interest in getting a decent education for

24     public school students.

25          Q     And what, in your opinion, constitutes

1    Ramapo called New Square?

2         A    Yes, I am.

3         Q    Are a large portion of the residents in New

4    Square Orthodox or Hasidic Jews?

5              MR. NOVAKOVSKI:  Objection.

6              THE WITNESS:  Yes, they are.

7    BY MS. SCHUSTER:

8         Q    Do you consider New Square to be a

9    predominantly private school community?

10             MR. NOVAKOVSKI:  Objection.

11             THE WITNESS:  Yes.

12   BY MS. SCHUSTER:

13        Q    Are you familiar with the neighborhood called

14   Kaser in the district?

15        A    Yes.

16        Q    Are a large portion of the residents in Kaser

17   Orthodox and Hasidic Jews?

18             MR. NOVAKOVSKI:  Objection.

19             THE WITNESS:  Yes.

20   BY MS. SCHUSTER:

21        Q    Would you describe Kaser as predominantly a

22   private school community?

23             MR. NOVAKOVSKI:  Objection.

24             THE WITNESS:  Yes.

25   BY MS. SCHUSTER:

1    Q   Are you familiar with a neighborhood called

2  Monsey in East Ramapo?

3    A   Yes.

4    Q   Is there a large portion of residents in Monsey

5  who are Orthodox and Hasidic Jews?

6        MR. NOVAKOVSKI:  Objection.

7        THE WITNESS:  I don't know how you would

8    quantify large.

9  BY MS. SCHUSTER:

10    Q   Well, how did you clarify it in response to my

11  prior question?

12    A   Those are -- New Square and Kaser are

13  exclusively Hasidic communities.  Monsey is more

14  diverse.

15    Q   Would you say a majority of the residents in

16  Monsey are Orthodox or Hasidic Jews?

17    A   I don't know.

18    Q   Would you describe Monsey as predominantly a

19  private school community?

20        MR. NOVAKOVSKI:  Objection.

21        THE WITNESS:  I don't know.

22  BY MS. SCHUSTER:

23    Q   Do you have an opinion?

24        MR. NOVAKOVSKI:  Objection.

25        THE WITNESS:  I know a lot of kids from public

1      school that lived in those neighborhoods as well.

2  BY MS. SCHUSTER:

3      Q    Do you have an opinion one way or another of

4  whether Monsey is a predominantly private school

5  community?

6      A    No.  I really don't.  I don't know.

7      Q    You've been a candidate for a seat on the

8  district's Board of Education; is that right?

9      A    That's correct.

10      Q    Twice?

11      A    That's correct.

12      Q    And you first ran for a seat on the board in

13  2009?

14      A    That's correct.

15      Q    And then a second time in 2011; is that right?

16      A    That's right.

17      Q    You didn't win the election for School Board in

18  2009?

19      A    No, I did not.

20      Q    Do you think you lost the election because of

21  your race?

22      A    No.

23      Q    And you didn't win the election for School

24  Board in 2011, correct?

25      A    I'm sorry?

1     Q    You didn't win your run for School Board in

2 2011?

3     A    No.

4     Q    Do you think you lost that election because of

5 your race?

6     A    No.

7     Q    If you could turn back to Exhibit 2, which is

8 your declaration.

9     A    To what page?

10     Q    We're going to go to page 9, paragraph 32.  In

11 paragraph 32 you wrote, "without the support of a large

12 portion of the white community, I lost both the 2009 and

13 2011 elections."

14        Is that right?

15     A    Uh-huh.  That's what it says.

16     Q    You didn't lack support of a large portion of

17 the white community because of your race, right?

18        MR. NOVAKOVSKI:  Objection.

19        THE WITNESS:  Say that again.

20 BY MS. SCHUSTER:

21     Q    I'll rephrase.  Did you lack support from the

22 large portion of the white community because of your

23 race?

24        MR. NOVAKOVSKI:  Objection.

25        THE WITNESS:  No.

1    BY MS. SCHUSTER:

2        Q    What defines the white community, as you're

3    using that term in paragraph 32?

4        A    The religious white community.

5        Q    Religious white community.

6        A    Uh-huh.

7        Q    Is that all religions?

8        A    No.

9        Q    Which religions?

10       A    Probably the Hasidic and Orthodox community.

11       Q    Probably?

12       A    Yes.  Probably.

13       Q    What did you mean when you wrote this sentence

14   in paragraph 32?

15       A    I meant what I said.

16       Q    What did you mean by white community?

17       A    I just said the Orthodox and Hasidic community.

18       Q    You meant the Orthodox and Hasidic community.

19   So you don't consider yourself a member of the white

20   community?

21           MR. NOVAKOVSKI:  Objection.

22           THE WITNESS:  I am not a Hasidic or Orthodox

23       white person.

24   BY MS. SCHUSTER:

25       Q    So do you consider yourself a member of the

1   white community that you referred to in paragraph 32?

2      A    No.

3      Q    Turn to the same page, paragraph 31.  It is the

4   last sentence, you state, "I was not invited to attend

5   candidate forums or campaign in predominantly white

6   neighbors including New Square, Kaser or Monsey."

7          Did I read that right?

8      A    That's what it says.

9      Q    Which candidate forums in New Square were you

10  not invited to?

11     A    I don't know if they -- what forums they had

12  because I was never invited.  They were not publicized.

13     Q    So you don't know if there were any candidate

14  forums in New Square?

15     A    I do not know.

16     Q    There could have been none?

17     A    There could have been none.

18     Q    What candidate forums in Kaser were you not

19  invited to?

20          MR. NOVAKOVSKI:  Objection.

21          THE WITNESS:  I don't know because I wasn't

22    invited.

23  BY MS. SCHUSTER:

24     Q    So there could have been none?

25     A    There could have been done.

1      available to come and talk to the congregation, you
2      know.  The same thing with maybe -- I believe that
3      Waldorf private school also invited candidates at
4      different times to come and speak.  So the outreach
5      more or less came from the outside to us.
6  BY MS. SCHUSTER:
7      Q    Okay.  And when you're referring to us, who's
8  us?
9      A    The slate of candidates that we were running
10 together with.
11     Q    Who was on the slate of candidates in 2009?
12     A    Oh, boy.  Emilia White, Leonardo Vera, and
13 myself.
14     Q    And how did that slate come together?
15     A    There was a meeting of what was then called the
16 Stakeholders group which were Stakeholders for the
17 public school community and they -- people nominated
18 people that they felt would be a good candidate and at
19 the end of the evening there was a vote.
20     Q    Did Stakeholders eventually take on a different
21 name?
22     A    I'm sorry?
23     Q    Did Stakeholders ever take on a different name?
24     A    I can't really say that because people -- it
25 was a fluid group and so other groups rose.  I wouldn't

1    say it took on another name.  No.

2         I also should say that Tony Levin was a

3    candidate in that slate and he dropped out, which is why

4    I was put in.

5    Q    You took Tony Levin's seat, or his spot on the

6    slate, pardon me.

7    A    Not his seat but his spot on the ticket.

8    Q    Got it.  So the Stakeholders was a meeting for

9    members of the public school community?

10   A    There were people of every -- there were people

11   represented.  A lot of organizations.  That's how it

12   started out.  Organizations that would send one of their

13   members to attend the meetings.

14   Q    Which organizations?

15   A    Oh, my gosh, I can't tell you.  I don't recall

16   all of them.

17   Q    Do you recall any of them?

18   A    The NAACP, JAMCCAR, KONBITLAKAY.  Don't ask me

19   to spell it.  There were others.  And honestly I don't

20   recall.  It was such a long time ago.

21   Q    Was the Southeast Ramapo Taxpayers Association

22   part of that?

23   A    No.

24   Q    And is it these organizations, the NAACP,

25   JAMCCAR, KONBITLAKAY, and others that formed the

1    a member of the Stakeholders?

2         A    It would vary from year-to-year, yes.

3         Q    From year-to-year it would vary who the person

4    was?

5         A    Yeah.

6         Q    Or if they were a member of the Stakeholders?

7         A    They were -- again, it was a very loose --

8    like, there wasn't a membership, you know.  It was just

9    a group of people.  But they would be usually from that

10   group.

11        Q    In 2011, who was on your slate?

12        A    Myself, Carole Anderson, Antonio Luciano, and

13   Joann Thompson.

14        Q    Did any member win their race, any member of

15   your slate in 2011?

16        A    I'm sorry?

17        Q    Did Mr. Luciano win his election in 2011?

18        A    No.

19        Q    Did Ms. Anderson win her run for the School

20   Board in 2011?

21        A    No.

22        Q    Did Ms. Thompson win a seat on the School Board

23   in 2011?

24        A    Yes.

25             (Exhibit 4 marked.)

1     Q    Is this in 2009?

2     A    Yes.

3     Q    Okay.

4     A    So that's that.

5     Q    And he dropped out of the race?

6     A    He dropped out of the race very late in the

7 race and so I was put in as a backup candidate.

8         Okay.  Now, what was your next question?

9     Q    How did the slate that you were on in 2011,

10 you, Ms. Hatton, Mr. Luciano, Ms. Anderson and Mr.

11 Thompson look like the student population that you

12 described?

13     A    Mr. Luciano is Latino, he's Puerto Rican.

14 Carole Anderson is African American.  Joann Thompson,

15 I'm not sure if she's Haitian but she has Haitian

16 children and was very involved in the Haitian community.

17 And then there was me.

18     Q    Is Ms. Thompson black?

19     A    Yes.

20     Q    She speak Creole?

21     A    Do I speak Creole?

22     Q    Did Ms. Thompson speak Creole?

23     A    I believe she does.

24     Q    Ms. Thompson won that election?

25     A    Yes, she did.

1    the community as long as they qualified.  But people

2    would want our backing the Stakeholders group

3    because we would help them run their campaigns.  But

4    they could do whatever they wanted.

5  BY MS. SCHUSTER:

6    Q    And then the last sentence of this bullet

7  point, it says, "Latino population needs to be motivated

8  and out to vote."

9         Do you see that?

10   A    Yes, I do.

11   Q    Was there a lack of motivation with the Latino

12  population at this time?

13        MR. NOVAKOVSKI:  Objection.

14        THE WITNESS:  Yes.  I would say that there was.

15   The lack of motivation in the Latino community at

16   that point was that many of them were here

17   illegally.  They were afraid to come out to

18   meetings.  Many of them couldn't vote because of

19   their illegal status in this country.  So we tried

20   to get them to help us in ways that were legal like

21   helping us with door knocking campaigns and helping

22   us translate things into their language, the same

23   thing with the Creole population so that we were

24   hitting every audience to try to get them to help us

25   get the vote out.  So that's probably what that's in

1      reference to.

2    BY MS. SCHUSTER:

3      Q    Sure.  The lack of motivation part, was there

4    also just a lack of voting by eligible Latino voters?

5           MR. NOVAKOVSKI:  Objection.

6           THE WITNESS:  I can't say that that's true

7        because I would think that the majority were not

8        eligible to vote.

9    BY MS. SCHUSTER:

10     Q    Majority were not eligible?

11     A    That's my impression.

12     Q    Did the Stakeholders ever distribute materials

13   in Yiddish?

14     A    I think we did.  I'm not sure but I think we

15   did.

16     Q    Who on the Stakeholders speaks Yiddish?

17     A    Nobody.

18     Q    I want to ask you about the next bullet point,

19   which says "homework" in all caps.  Do you see that?

20     A    Yes.

21     Q    And it says, "recruit someone for candidate

22   pool."

23          Can you tell me what that means?

24          MR. NOVAKOVSKI:  Objection.

25          THE WITNESS:  I guess it meant to do some

1  schools serving children of color almost exclusively."

2      Do you see that?

3      A    Yes, I do.

4      Q    How do you know that private schools in East

5  Ramapo served white children almost exclusively?

6      A    Well, we know that the Yeshivas were white

7  exclusively.  They wouldn't take my son because he was a

8  different religion than they were.  And they certainly

9  wouldn't take anybody else that wasn't the same religion

10  as they were.  So those were the majority of the private

11  schools in East Ramapo.

12      You know, the number at some point, and I don't

13  know what year it was, but it was over 100 private

14  Yeshivas or Jewish day schools in the district.  And

15  there were, in our school district, maybe five or less

16  than five other private schools other than Yeshiva or

17  Jewish day schools.

18      Q    Did you ever attempt to enroll either of your

19  sons in a Yeshiva?

20      A    I was laughed at when I suggested it to the

21  tutor who was tutoring my son.  She said it would

22  absolutely not happen and she laughed.

23      Q    But you never actually attempted to enroll

24  either of your sons?

25      A    No.

1    Q    Was that spilling into the School Board

2    elections?

3            MR. NOVAKOVSKI:  Objection.

4            THE WITNESS:  You have to repeat that because I

5       can't hear you.

6    BY MS. SCHUSTER:

7    Q    Was that -- the politics of the last election

8    cycle, was that spilling over into the School Board

9    elections in your opinion?

10   A    No.  Because this election took place in

11   November and the School Board elections hadn't begun

12   yet.

13   Q    And are you not, in this SOS East Ramapo list

14   serve, are you not talking about anything related to the

15   School Board?

16   A    Well, I'm referring to the previous election in

17   that particular piece, that we need to get past who was

18   elected as county executives and get on with, you know,

19   with our organization for the upcoming School Board

20   election.  But we hadn't started at that point, I don't

21   believe.

22   Q    You can set that one aside.  Do you recall if a

23   public school candidate ran for the School Board in May

24   2014?

25   A    I'm not sure.  There was one year that they did

1  not run candidates but I'm not sure of the year.

2          (Exhibit 8 marked.)

3      Q    Ms. Hatton, I'm handing you a document that

4  we've marked as Exhibit 8.  Take a quick look at this

5  and let me know if this refreshes your recollection, if

6  2014 was the year that no public school candidate ran

7  for the School Board.

8      A    Okay.

9          (Pause.)

10     A    Okay.

11     Q    Does that refresh your recollection if May 2014

12 was the year that no public School Board candidates ran

13 for the School Board?

14     A    Yes.

15     Q    And it was in May 2014?

16     A    I believe that they did not run a candidate

17 that year.

18     Q    And was it your idea that the Stakeholders not

19 put together a slate of candidates for 2014?

20     A    Was it my idea?  No.  I didn't live there at

21 the time so people would ask me for my opinion.

22     Q    But you agreed with that move?

23     A    Did I agree with this?  I wrote it, yes.

24     Q    You agreed with not running any candidates in

25 2014.

1      A     That's what I wrote.

2      Q     Do you still agree with it?

3      A     At that time, yes.

4      Q     Do you agree with it today?  Do you think it

5  was a good idea?

6      A     Absolutely not.

7      Q     Do you know if public school advocates today

8  still show up at School Board meetings in large numbers?

9      A     They do not show up in large numbers.  From

10  reviewing videotapes and reading Tweets, we can see that

11  the numbers have dramatically decreased.

12         The reason for that is that many of the illegal

13  Latinos feel as though once they're on Ramapo property,

14  which the school district, even though it resides in

15  Spring Valley, the Ramapo police actually has

16  jurisdiction over that, and they believe that they will

17  be picked up by ICE.

18         There have been people from the religious

19  community that have videotaped people protesting and

20  they're afraid that they're going to be deported.  And

21  as a result of that -- you know, the Latino community is

22  the largest part of the East Ramapo school district.

23  Their numbers are increasing.

24         And so as a result of that, those people from

25  the Latino community would walk, bring baby strollers,

1    A    Carolyn Watson was a PTA parent in the public

2    school.

3    Q    Ms. Watson run against you in the 2009 race for

4    School Board?

5    A    Yes, she did.

6    Q    What is Ms. Watson's race?

7    A    Her what?

8    Q    Race.

9    A    Race.  Oh, I thought you said weight.  That

10   wouldn't have been a good answer.  She's white.

11   Q    Did she have the backing of the Stakeholders as

12   well?

13   A    I assume not because I had their backing.

14        MS. SCHUSTER:  Okay.  It's a good time to

15   break.

16        (A recess was taken.)

17   BY MS. SCHUSTER:

18   Q    Back on the record.  Ms. Hatton, earlier today

19   I believe you testified that JAMCCAR and the NAACP would

20   reach out to the Stakeholders to invite their slate of

21   candidates to campaign events.

22   A    They reached out to everybody that was running.

23   Q    That was running.  Who from JAMCCAR reached out

24   to you?

25   A    Whoever was the engagement person, you know,

1          Do you see that?

2     A    Yes.

3     Q    And which portion of the white community

4  supported you in 2009 and 2011?

5     A    Well, certainly probably the entire village of

6  Chestnut Ridge that knew me would have supported me and

7  many of the other villages would have supported me.  I

8  was pretty well known in the community so I think I

9  would have gotten a lot of support from the general

10 population.

11    Q    And which portion of the white community did

12 not support you in 2009 and 2011?

13    A    People who didn't have their children in public

14 schools or whose children graduated, perhaps, or retired

15 people in addition, you know, to the blocked community.

16         MR. NOVAKOVSKI:  I have no further questions.

17         (Witness excused.)

18         (The deposition was concluded at 4:00 p.m.)

19

20

21

22

23

24

25

1                   CERTIFICATE OF OATH

2

3     STATE OF FLORIDA)

4     COUNTY OF DUVAL)

5

6          I, Celeste O. Werkheiser, RMR, CRR, and a

7     Notary Public, State of Florida, certify that MARGARET

8     "PEGGY" HATTON personally appeared before me on November

9     16, 2018, and was duly sworn.

10          WITNESS my hand and official seal on

11    November 17, 2018.

12

13

14

15

16

17

18          Celeste O. Werkheiser, RMR, CRR

            My Commission Expires September 28, 2022

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA)

4    COUNTY OF DUVAL)

5

6         I, Celeste O. Werkheiser, RMR, CRR, certify

7    that I was authorized to and did stenographically report

8    the deposition of MARGARET "PEGGY" HATTON; that a review

9    of the transcript was requested; and that the foregoing

10   transcript, Pages 1 through 156, is a true record of my

11   stenographic notes.

12        I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action, nor am I

16   financially interested in the action.

17

18        DATED on November 17, 2018, Jacksonville, Duval

19   County, Florida.

20   

21

          Celeste O. Werkheiser, RMR, CRR

22

23

24

25