# EXHIBIT 26

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ---------------------------------------------X
   NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF
4  COLORED PEOPLE, SPRING VALLEY BRANCH, JULIO
   CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE
5  VITELIO GREGORIO; DOROTHY MILLER; HILLARY
   MOREAU; AND WASHINGTON SANCHEZ,
6                                 Plaintiffs,
             vs                   Index No.:
7                                 17-CV-8943
8  EAST RAMAPO CENTRAL SCHOOL DISTRICT and
   MARYELLEN ELIA, In Her Capacity as the
9  Commissioner of Education of the State of New
   York,
10                                Defendants.
   ---------------------------------------------X
11

12                  21 Remsen Avenue
                    Monsey, New York 10952
13                  December 19, 2018
                    12:01 p.m.
14

15

16       EXAMINATION BEFORE TRIAL of HERSH
17  HOROWITZ, the Non-Party Witness in the
18  above-entitled action, taken on behalf of the
19  Plaintiff, held at the above time and place,
20  and taken before Dorene Glover, a reporter and
21  Notary Public within and for the State of New
22  York.
23

24  JOB NUMBER: 152530
25

1

2    H E R S H   H O R O W I T Z,

3    the witness herein, having first been affirm by

4    a Notary Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. MANGAS:                                          12:03

8        Q.   Please state your name for the            12:03

9    record.                                             12:03

10       A.   Hersh Horowitz.                            12:03

11       Q.   Please state your address.                12:03

12       A.   21 Remsen Avenue, Monsey, New York         12:03

13   10952.                                              12:01

14       Q.   Good afternoon, my name is Russell         12:01

15   Mangas.  I represent the plaintiffs in this         12:01

16   case.  Can you please state your full name for      12:01

17   the record?                                         12:01

18       A.   Hersh Horowitz.                            12:01

19       Q.   And have you ever been deposed             12:01

20   before, Mr. Horowitz?                               12:01

21       A.   No.                                        12:01

22       Q.   So I'll give you a couple of --            12:01

23   just a belief explanation of a couple of things     12:01

24   that may help us through the day.                   12:01

25            First of all, I'm going to try to          12:01

1                    HOROWITZ

2    Freilich to Rabbi Oshry?                        02:15

3        A.   Again, I don't recall exactly what     02:15

4    happened here.  Reading this I'm thinking about  02:15

5    it, I do know for a fact that -- so let me go    02:16

6    back.  You asked Rabbi Oshry, what makes him     02:16

7    popular, another point I forgot to mention       02:16

8    about him, he's called Shadchan,                 02:16

9    S-H-A-D-C-H-A-N, that's a Yiddish word.  I       02:16

10   don't know what to describe.                     02:16

11            MR. BUTLER:  Matchmaker.                 02:16

12       A.   So that makes the answer of what        02:16

13   makes him popular.  That making him popular       02:16

14   anybody that's such a Shadchan is usually a       02:16

15   popular person.  It's usually a person that has   02:16

16   a loud mouth but somebody that talks a lot of     02:16

17   somebody, that knows a lot of people.  Somebody   02:16

18   that's popular within the community.             02:16

19       Q.   Why was it important for someone        02:16

20   who wanted to run for the school board to talk    02:17

21   to Rabbi Oshry?                                   02:17

22       A.   I'm not going too say it was            02:17

23   important did I write that it's important for     02:17

24   him to talk to him.  I didn't actually write      02:17

25   that.  I didn't write that.                       02:17

1                          HOROWITZ

2          Q.    Was it not important?                02:17

3          A.    I didn't say that it's important     02:17

4   for him.                                          02:17

5          Q.    I'm not saying that you said that.   02:17

6   What I'm doing is asking you, Mr. Grossman        02:17

7   said, "I know someone who'd like to run for on    02:17

8   the board seats, who should I connect him to.     02:17

9   You said Rabbi Oshry will call him."  Why was     02:17

10  it important for him to connect to?               02:17

11         A.    I don't know that it was important   02:17

12  for him to talk to him.  I didn't say that.  I    02:17

13  said that I would connect him to Rabbi Oshry.     02:17

14  So that means obviously that I took the           02:17

15  information and gave it to Rabbi Oshry to call    02:17

16  him.                                              02:17

17         Q.    Why did you give his information to  02:17

18  Rabbi Oshry?                                      02:18

19         A.    He said that he wants to run.  As I  02:18

20  said Rabbi Oshry, is a popular person.  I do      02:18

21  know for a fact that Rabbi Oshry was Mr.          02:18

22  Freilich's matchmaker.  So very likely that's     02:18

23  why I said, you know, he's knows him.  Let him    02:18

24  talk to him.  Rabbi Oshry's a popular person      02:18

25  and will help a lot of people.  That's why I      02:18

1                          HOROWITZ

2    sent him to him.                                    02:18

3        Q.   So I'm just asking if the context          02:18

4    of running for the school board seat, how could     02:18

5    Rabbi Oshry help him?                               02:18

6        A.   He can --                                  02:18

7            MR. DOBERMAN:  Off the record.             02:18

8            (Whereupon, an off-the-record              02:18

9        discussion was held.)                          02:18

10       A.   He can give him advice, support, he       02:18

11   can do a lot of things.                            02:18

12       Q.   What kind of support could Rabbi          02:19

13   Oshry give to Mr. Freilich?                        02:19

14       A.   What type of support?  I think he         02:19

15   can give him probably moral support.               02:19

16       Q.   So your understanding is that when        02:19

17   Mr. Grossman asked if you -- who he should         02:19

18   connect someone to that wanted to run for the      02:19

19   school board.  You're understanding of that was    02:19

20   who should you connect him to for moral            02:19

21   support?                                           02:19

22       A.   I don't exactly know.  I don't            02:19

23   remember.  This is going back a year ago or        02:19

24   more.  But I can imagine it can be for a number    02:19

25   of things.  Was it prior, was it after being a     02:19

HOROWITZ

| | | |
|---|---|---|
| 1 | | |
| 2 | candidate.  I don't know exactly what the story | 02:19 |
| 3 | here was but I just said -- I will connect him | 02:19 |
| 4 | to Rabbi Oshry. | 02:19 |
| 5 | Q.   Why did you say you would connect | 02:19 |
| 6 | him to Rabbi Oshry? | 02:19 |
| 7 | A.   I don't know. | 02:20 |
| 8 | Q.   So let me ask this:  Did you | 02:20 |
| 9 | actually provide Mr. Freilich's number to Rabbi | 02:20 |
| 10 | Oshry? | 02:20 |
| 11 | A.   I don't remember. | 02:20 |
| 12 | MR. MANGAS:  I'm going to ask you | 02:20 |
| 13 | again, if he doesn't remember, he can | 02:20 |
| 14 | testify that he doesn't remember, | 02:20 |
| 15 | please.  I don't need -- you can object | 02:20 |
| 16 | to form foundation but I don't need you | 02:20 |
| 17 | to give him advice. | 02:20 |
| 18 | MR. DOBERMAN:  You're completely | 02:20 |
| 19 | misunderstanding his testimony but | 02:20 |
| 20 | that's fine. | 02:20 |
| 21 | Q.   Do you know if Rabbi Oshry and Mr. | 02:20 |
| 22 | Freilich ended up connecting about running for | 02:20 |
| 23 | the school board? | 02:21 |
| 24 | A.   No idea. | 02:21 |
| 25 | Q.   Let's move down, same page, move | 02:21 |

1                    HOROWITZ

2  down a little more than halfway down the page.    02:21

3  There's a series of messages on March 9th,        02:21

4  2017.  I'll go ahead and give you a second to     02:21

5  read those.                                        02:21

6      A.   Okay.                                     02:21

7      Q.   On March 9th, 2017, at 12:40 p.m.        02:22

8  Mr. Grossman messages you and says, do we know    02:22

9  who are the candidates are this year.  You        02:22

10 respond and say, Harry Grossman.                   02:22

11      MR. DOBERMAN:  Just want to make             02:22

12      sure it's reflected in the transcript        02:22

13      that the communication is, do we know        02:22

14      who are, A-R-E, our candidates are this      02:22

15      year.  I think you said our.  I heard        02:22

16      you say our.                                  02:22

17      MR. MANGAS:  I didn't mean to but            02:22

18      good clarification.                           02:22

19      Q.   You respond and then you respond,       02:22

20 again, and you say Oshry has been busy with it     02:22

21 and he has four people for the other two seats.   02:22

22 Last I spoke, he hasn't decided yet.  I will      02:22

23 check with him again today; do you see that?      02:23

24      A.   Yes.                                     02:23

25      Q.   What did you mean by Oshry has been     02:23

1                    HOROWITZ

2   busy with it?                                    02:23

3        A.   I don't remember exactly.  You're     02:23

4   going into detailed conversation.  This is not  02:23

5   that I put in my head and thought what am I      02:23

6   going to respond, how am I going to respond to   02:23

7   him, I told him now, what I knew, what -- I      02:23

8   don't remember exactly.  You're asking me now    02:23

9   about this.  This is not part of so much that I  02:23

10  am busy with.  He was just, you know, putting    02:23

11  me like a middle person here I see and so I      02:23

12  don't know exactly.  You want to ask me what     02:23

13  Oshry has been busy with, you got to ask Oshry.  02:23

14  Honestly, I don't know.                          02:23

15       Q.   Fair enough and I understand this      02:23

16  was a year ago.  What I'm trying to figure out   02:23

17  is, you know, you suggest Oshry as a contact     02:23

18  you described.  He's been busy with these four   02:23

19  people for two board seats.  I'm trying to       02:23

20  understand what Rabbi Oshry's role is in the     02:24

21  campaign for school board.                       02:24

22       A.   Okay.                                  02:24

23       Q.   Let me just ask that question:         02:24

24  What is Rabbi Oshry's role in the campaign for   02:24

25  school board?                                    02:24

HOROWITZ

A.   I don't know his exact role in this          02:24

school board.  I don't know that he has an        02:24

exact specific role.  I do know that he helps     02:24

out a lot.  He's involved in certain things.      02:24

To know the exact best is approaching him and     02:24

asking him such a certainty someone who has       02:24

been involved.                                    02:24

Q.   Does he select the candidates that           02:24

will run for the school board election?           02:24

A.   I don't know.  I can't say that,             02:24

no.  I don't know that he selects candidates.     02:24

Q.   What did you mean when he said --            02:24

when you said, "Oshry has four people for the     02:24

other two seats."  Then you say, "last I spoke    02:24

he hasn't decided yet."                           02:24

A.   It could be that I was talking to            02:24

Oshry at that time.  That's what he said, so, I   02:25

conveyed that message.  I don't remember.         02:25

Q.   Let me ask you -- I understand               02:25

you're saying you don't specifically remember     02:25

what you may hear but in general, did he have a   02:25

role in selecting who would run for the school    02:25

board?                                            02:25

A.   He's somewhat involved.  General             02:25

HOROWITZ

1
2  elections, he helps out.  I don't know his          02:25
3  role, what he does.                                 02:25
4        Q.   When you say, I will check with him      02:25
5  again today, do you recall whether you checked      02:25
6  with Rabbi Oshry last year about who the            02:25
7  candidates for the other two boards would be?       02:25
8        A.   Honestly, no.                            02:25
9        Q.   Honesty is all I can ask for.            02:25
10       A.   I don't remember.                        02:26
11       Q.   If we look at the very next message      02:26
12  in the chain on March 9th, 2017, Mr. Grossman      02:26
13  writes, "one month away."  You respond, "that's    02:26
14  early for us."                                      02:26
15            What did you mean by that?               02:26
16       A.   The way I'm reading this whole text      02:26
17  now, he was bugging me, sorry to say that.  I      02:26
18  tried pushing him off.  Get off my back.  So I     02:26
19  said you have one month.  Leave me alone that's    02:26
20  the way I'm reading it now.                        02:26
21       Q.   I'll read the two next messages.        02:26
22  You also say, usually do this a day prior to       02:26
23  dead line then.  Then you say in your next         02:26
24  message, last year he collected all signatures    02:26
25  on the last day it was due; do you see that?      02:26

1                      HOROWITZ

2                    I N D E X

3

4    EXAMINATION BY              PAGE

5    MR. MANGAS                  6-168

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               HOROWITZ
2             E X H I B I T S
3    Exhibit          DESCRIPTION              PAGE

4    Exhibit H1       Subpoena                 33
     Exhibit H2       Excerpt                  46
5    Exhibit H3       E-mail                   51
     Exhibit H4       E-mail                   61
6    Exhibit H5       E-mail                   71
     Exhibit H6       WhatsApp chat            80
7    Exhibit H7       Document                 126
     Exhibit H8       Excerpt                  131
8    Exhibit H9       Excerpt                  135
     Exhibit H10      E-mail                   145
9    Exhibit H11      March 2, 2017 e-mail     147

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1           HOROWITZ

2        C E R T I F I C A T E

3   STATE OF NEW YORK        )

                 ss.:

4   COUNTY OF BRONX          )

5

6

7        I, DORENE GLOVER, a Notary Public for

8   and within the State of New York, do hereby

9   certify:

10       That the witness whose examination is

11  hereinbefore set forth was duly sworn and that

12  such examination is a true record of the

13  testimony given by that witness.

14       I further certify that I am not related

15  to any of the parties to this action by blood

16  or by marriage and that I am in no way

17  interested in the outcome of this matter.

18       IN WITNESS WHEREOF, I have hereunto set

19  my hand this 22nd day of December, 2018.

20

21   _____ *Dorene Glover* _____

22            DORENE GLOVER

23

24

25