# EXHIBIT 27

1

2 UNITED STATES DISTRICT COURT

3 SOUTHERN DISTRICT OF NEW YORK

4 Civil Action No. 7:17-cv-08943

5 ------------------------------------x

NATIONAL ASSOCIATION FOR THE ADVANCEMENT

6 OF COLORED PEOPLE, SPRING VALLEY BRANCH,

et al.,

7

Plaintiffs,

8

9 - against -

10

EAST RAMAPO CENTRAL SCHOOL DISTRICT,

11 et al.,

12 Defendants.

------------------------------------x

13 March 8, 2018

2:05 p.m.

14

15 Deposition of NATIONAL ASSOCIATION

16 FOR THE ADVANCEMENT OF COLORED PEOPLE,

17 SPRING VALLEY BRANCH, by WILLIE J. TROTMAN,

18 taken by Defendants, pursuant to Rule

19 30(b)(6) Notice, held at the offices of

20 Morgan Lewis & Bockius LLP, 101 Park

21 Avenue, New York, New York, before Todd

22 DeSimone, a Registered Professional

23 Reporter and Notary Public of the State of

24 New York.

25

1              TROTMAN

2    W I L L I E   J.   T R O T M A N,

3    called as a witness, having been first duly

4    sworn, was examined and testified

5    as follows:

6    EXAMINATION BY MR. BUTLER:

7         Q.      Good afternoon, Mr. Trotman.

8    How are you today?

9         A.      Good afternoon.

10        Q.      Are you doing okay?

11        A.      I'm doing okay.

12        Q.      We are now going to start the

13   deposition of the NAACP, and you are the

14   representative for the NAACP; is that

15   correct?

16        A.      Correct.

17        Q.      Just as a preliminary matter,

18   the same rules of engagement that we

19   discussed this morning with respect to your

20   individual deposition is what we are going

21   to try to observe with respect to this

22   deposition.  All right?

23        A.      Okay.

24        Q.      Let's begin with you telling

25   us, please, what you did to prepare for

1                  TROTMAN

2        Q.      Are you sure?

3        A.      I'm not positive.

4        Q.      Anything other than 10 and part

5  of 15?

6        A.      That's the only ones I can

7  think of presently.  That's it.

8        Q.      What is the NAACP of Spring

9  Valley?

10       A.      The NAACP of Spring Valley is a

11 chapter of the National Association for the

12 Advancement of Colored People whose mission

13 is to eliminate injustice and inequality

14 and discrimination.

15       Q.      So its goals are to eliminate

16 injustice and inequality and

17 discrimination?

18       A.      Correct.

19       Q.      Are there any other goals?

20       A.      That's the generalization of

21 it.

22       Q.      When was the Spring Valley

23 Branch of the NAACP started?

24       A.      1951.

25       Q.      Who started it?

1              TROTMAN

2      A.      A young lady -- what's her

3   name -- Atkins.  I can't think of the first

4   name offhand.

5      Q.      And you have been the president

6   since 2004, correct?

7      A.      That is correct.

8      Q.      Who is your vice president?

9      A.      First vice president is Ouida

10  Toutebon.

11     Q.      Could you spell that?

12     A.      O-u-i-d-a  T-o-u-t-e-b-o-n.

13     Q.      Is that a Ms. or a Mr.?

14     A.      Mr. -- I mean Ms., I'm sorry,

15  Ms.

16     Q.      Thank you.  I'm not quite as

17  embarrassed.

18             How long has Ms. Toutebon

19  been --

20     A.      I'm going to say first vice

21  president, two years.

22     Q.      Who are the other officers?

23     A.      Second vice president is Vivian

24  Street.

25     Q.      How long has Ms. Street been

1                    TROTMAN
2     Committee?
3          A.      Correct.
4          Q.      Are all of the people on the
5     Executive Committee of the NAACP of Spring
6     Valley residents of the area?
7          A.      You have to be a bit more
8     precise when you say "area."
9          Q.      Well, what are the geographic
10    confines of the NAACP of Spring Valley?
11    What's your catchment area?
12         A.      That's pretty much a
13    two-pronged answer.  The membership can be
14    national.  There are no limitations on
15    where you have to be to be a member.  So we
16    have members in North Carolina and Florida.
17         Q.      Who are members of the NAACP of
18    Spring Valley?
19         A.      Correct.
20         Q.      I will get to that.  But we can
21    jump right into that.
22                 How many members do you have in
23    NAACP of Spring Valley?
24         A.      Approximately 400.
25         Q.      400 total members?

```
 1                TROTMAN
 2      Q.     So if I want to be a member, I
 3  have to pay dues?
 4      A.     Yes.
 5      Q.     I can't be a member if I don't
 6  pay dues?
 7      A.     That's true.
 8      Q.     How much are the dues?
 9      A.     For a regular member, $30 a
10  year.
11      Q.     What about a not regular
12  member?
13      A.     So it's $30 for a member, $75 a
14  year for ten years, $150 for ten years, and
15  $250 for ten years.
16      Q.     Those are the different
17  categories of membership?
18      A.     Correct.
19      Q.     How many regular members does
20  NAACP of Spring Valley currently have, of
21  the somewhere around 400 members?
22      A.     About 50 percent are life
23  subscribing members.
24      Q.     So roughly 200 are regular
25  members and 200 are in one of those
```

1                    TROTMAN

2    of the time is spent on educational issues

3    in general.

4         Q.      Is it fair to say that the

5    majority of the activity of NAACP of Spring

6    Valley focuses on education and issues

7    relating to the school board and the school

8    district?

9         A.      Education, yes.

10        Q.      Is it fair to say that the

11   NAACP opposes the policies and practices of

12   the current school board?

13                MR. TURNER:  I object to form.

14        A.      I can't really say policies,

15   but quite a few of the practices.

16        Q.      Is it fair to say that the

17   NAACP disapproves of several of the current

18   school board members?

19        A.      Not necessarily the members per

20   se, but many of their policies and their

21   practices.

22        Q.      So your testimony is that the

23   NAACP doesn't oppose Hasidic members on the

24   board?

25        A.      No, we don't.

```
1              TROTMAN
2      Q.      But NAACP disagrees with and
3  disapproves of certain of the policies of
4  the board; is that correct?
5      A.      That is correct.
6      Q.      You have already discussed in
7  your earlier deposition an issue having to
8  do with polling places, so I would like you
9  to put that aside.
10     A.      Okay.
11     Q.      Other than that polling places
12 concern, what policy and practice of the
13 board does NAACP oppose?
14     A.      Besides the polling places, the
15 location of the polling places, location
16 meaning there are some of them in schools
17 while kids are in school, that's what I
18 mean; the no trespassing, allowing
19 trespassing by anyone while the students
20 are in school; the executive sessions when
21 the monitors are not present; not seemingly
22 making education a top priority; not
23 seemingly making education resources a top
24 priority; not making the physical
25 buildings, the repair of the physical
```

1              TROTMAN
2       Q.      The white bloc vote, is that
3  the Hasidic/Orthodox Jewish vote?
4       A.      I cannot say it is the white
5  Jewish vote.  I can say it is probably
6  white and maybe Jewish.  I can't
7  specifically say they are Jewish.  It is
8  the white bloc vote though.
9       Q.      So you think that the white
10 Jewish Hasidic voters joined together with
11 other white voters and defeat minority
12 candidates?
13      A.      Candidates, not minority,
14 candidates who believe in public and/or
15 equal education for all.
16      Q.      So the differences that
17 separate the two blocs of voting are policy
18 issues about what you are going to support
19 in your school district, right?
20              MR. TURNER:  Objection to form.
21      A.      I would say pretty much, yes.
22      Q.      So when you have the public
23 school candidates, those are the ones who
24 support spending money on public schools in
25 a particular way, and when you have the

1                    TROTMAN

2    you will?

3         A.        Right.

4         Q.        Now explain to me what the

5    NAACP understands to be the private school

6    candidates' view and the private school

7    slate, how do they differ?

8         A.        We think that the private

9    schools, the private school candidates

10   believe in less taxation, pretty much in

11   segregation, of gender segregation, race

12   segregation.

13        Q.        Is that it?

14        A.        That's it.

15        Q.        And when you talk about gender

16   segregation and race segregation, you are

17   saying in the Yeshivas where the private

18   school community sends their children,

19   there are not a whole lot of minorities and

20   the sexes are generally segregated by

21   school, correct?

22        A.        I'm saying -- what I'm saying

23   is there are three school buses that pass

24   me by when I'm standing.  There is a school

25   bus with Latinos and blacks and a few

1

2                 I N D E X

3

    WITNESS          EXAMINATION BY          PAGE

4

    TROTMAN          BUTLER                    4

5                    TURNER                    95

6

                E X H I B I T S

7

    NAACP            DESCRIPTION             PAGE

8   Exhibit 1 Second Amended Notice          6
              of Rule 30(b)(6)

9             Deposition

    Exhibit 2 Binder of materials            29

10            reviewed by witness

    Exhibit 3 PL0012009-0012010              75

11  Exhibit 4 Letter from Blanchard          86
              to Trotman dated 10/27/15

12

13

14

    DIRECTIONS NOT TO ANSWER

15

    Page      Line

16        (NONE)

17

18

    REQUESTS

19

    Page      Line

20        (NONE)

21

22

23

24

25

1

2              CERTIFICATION

3

4      I,  TODD DeSIMONE, a Notary Public for

5  and within the State of New York, do hereby

6  certify:

7      That the witness whose testimony as

8  herein set forth, was duly sworn by me; and

9  that the within transcript is a true record

10  of the testimony given by said witness.

11      I further certify that I am not related

12  to any of the parties to this action by

13  blood or marriage, and that I am in no way

14  interested in the outcome of this matter.

15      IN WITNESS WHEREOF, I have hereunto set

16  my hand this 8th day of March, 2018.

17

18              *Todd DeSimone*

19              TODD DESIMONE

20

21              *       *       *

22

23

24

25