# EXHIBIT 28

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2
    Case No. 7:17-cv-08943
 3  - - - - - - - - - - - - - - - - - - - -x
 4  NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED PEOPLE, SPRING
 5  VALLEY BRANCH; JULIO CLERVEAUX; CHEVON
    DOS REIS; ERIC GOODWIN; JOSE VITELIO
 6  GREGORIO; DOROTHY MILLER; HILLARY
    MOREAU; and WASHINGTON SANCHEZ,
 7
                           Plaintiffs,
 8
            -against-
 9
    EAST RAMAPO CENTRAL SCHOOL DISTRICT and
10  MARYELLEN ELIA, IN HER CAPACITY AS THE
    COMMISSIONER OF EDUCATION OF THE STATE
11  OF NEW YORK,
12                         Defendants.
13  - - - - - - - - - - - - - - - - - - - -x
14
                           November 19, 2018
15                         11:00 a.m.
16
17          Deposition of HILLARY MOREAU, taken by
18  attorneys for Defendant East Ramapo Central
19  School District, pursuant to notice, held at the
20  offices of Morgan Lewis & Bockius LLP, 101 Park
21  Avenue, New York, New York, before Helen
22  Mitchell, a Registered Professional Reporter and
23  Notary Public.
                VERITEXT LEGAL SOLUTIONS
24                 MID-ATLANTIC REGION
             1250 Eye Street NW - Suite 350
25              Washington, D.C.  20005
```

1           H I L L A R Y   M O R E A U,
2    having been first duly sworn by the Notary
3    Public (Helen Mitchell), was examined and
4    testified as follows:
5    EXAMINATION
6    BY MS. KOLLM:
7           Q      Good morning.  My name is Clara
8    Kollm and I represent the East Ramapo Central
9    School District in this litigation.
10                 Will you please state your full
11   name for the record.
12          A      Hillary Moreau.
13          Q      Is your current address 48
14   Creekside Circle, Spring Valley, New York,
15   10977?
16          A      Yes.
17          Q      Are you represented by counsel
18   today?
19          A      Yes.
20          Q      Is that your lawyer sitting
21   next to you?
22          A      Yes.
23          Q      Have you given testimony in a
24   deposition previously?
25          A      No.

```
 1  with anyone else?
 2       A     I told my employer that I need
 3  to come here.
 4       Q     That counts.  Anyone else?
 5       A     No, not that I remember.
 6       Q     Are you currently registered to
 7  vote in the district?
 8       A     Yes.
 9       Q     When did you first register to
10  vote in the district?
11       A     I don't remember.
12       Q     When was the last school board
13  election in which you voted?
14       A     The 2017 election.
15       Q     Did you vote in the 2018 school
16  board election?
17       A     Yes.
18       Q     Who did you vote for in the
19  2018 school board election?
20       A     I only remember one of the
21  names of the persons I voted for; Jose Cintron.
22       Q     Do you remember if Mr. Cintron
23  was part of a slate of candidates?
24       A     Possibly.
25       Q     You just don't remember one way
```

```
 1          Q      And your kids and Mr. Germain's
 2   kids attend school within the district; is that
 3   right?
 4          A      Our kids were of the same age
 5   to go to school, so they were familiar with each
 6   other.
 7          Q      Do your kids attend public
 8   school in the district?
 9          A      No.
10          Q      Have your kids ever attended
11   public school in the district?
12          A      No.
13          Q      How old are your children?
14          A      Twenty-five.
15          Q      Do you have more than one
16   child?
17          A      No.
18          Q      One child who's 25?
19          A      (Nodding)
20          Q      Who never attended school in
21   the East Ramapo Central School District?
22          A      Right.
23          Q      Did your child attend private
24   school at any point?
25          A      She did.
```

```
 1            Q        Was the private school within
 2   the East Ramapo Central School District?
 3            A        One of them.
 4            Q        What was the name of that
 5   school?
 6            A        Saint Joe's Catholic school.
 7            Q        For the record, could you state
 8   your race, please?
 9            A        My race?
10            Q        Yes.
11            A        I'm African American.
12            Q        Is your daughter also African
13   American?
14            A        Yes.
15            Q        Are there other African
16   American students at St. Joe's Catholic school?
17                     MR. PEARCE:  Object to the
18            form.
19            Q        When your daughter attended
20   school at St. Joe's Catholic school, did she
21   attend with other minority classmates?
22            A        So, yes.  There was a mix of
23   races at St. Joe's school.
24            Q        Do you remember when your
25   daughter attended St. Joe's Catholic school?
```

1 understanding a ballot for the school board
2 election?
3     A    I guess if there's a lot of
4 different people running, it's possible. You
5 have to kind of pay close attention to it.
6     Q    Can you talk more about that?
7     A    So on a ballot, right, how is
8 it outlined, the ballot, and --
9     Q    Can you speak up? Sorry.
10     A    So the ballot says -- you see
11 the two names, and it may say "pick one from
12 here" or "pick two from here," so the way it's
13 outlined, sometimes you may not -- you may not
14 be clear on how many you're supposed to vote
15 for, how many you can vote for, as well as there
16 were -- in addition to that there's the --
17 the -- how do you call it -- the referendums,
18 or -- how do you call it -- the budget vote
19 also.
20     Q    Anything else?
21     A    No.
22     Q    So is race important to you
23 when selecting a candidate for school board?
24     A    No.
25     MS. KOLLM: We can take a

```
 1              C E R T I F I C A T E
 2
 3      I, HELEN MITCHELL, a Registered
 4  Professional Reporter and Notary Public, do
 5  hereby certify:
 6      I reported the proceedings in the
 7  within-entitled matter, and that the within
 8  transcript is a true record of such proceedings.
 9      I further certify that I am not related, by
10  blood or marriage, to any of the parties in this
11  matter and that I am in no way interested in the
12  outcome of this matter.
13      IN WITNESS WHEREOF, I have hereunto set my
14  hand this 26th day of November, 2018.
15
16                      _____
17                      HELEN MITCHELL, RPR
18
19
20
21
22
23
24
25
```

November 19, 2018

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| HILLARY MOREAU | Ms. Kollm | 3 |
| | Mr. Pearce | 127 |
| | Ms. Kollm | 129 |

E X H I B I T S

FOR IDENTIFICATION                                           PAGE

| Moreau 1 | Engagement letter dated November 13, 2017 | 58 |
| Moreau 2 | Complaint | 81 |
| Moreau 3 | Declaration by Hillary Moreau | 97 |

REQUEST FOR RULING / DIRECTION NOT TO ANSWER

| PAGE | LINE |
|---|---|
| 46 | 5 |
| 53 | 7 |
| 122 | 19 |