# EXHIBIT 29

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
       -----------------------------------X   *
                                              *
       NATIONAL ASSOCIATION FOR THE           *
       ADVANCEMENT OF COLORED PEOPLE,         *
       SPRING VALLEY BRANCH, JULIO            *
       CLERVEAUX, CHEVON DOS REIS; ERIC       *   INDEX NO:
       GOODWIN; JOSE VITELIO GREGORIO;        *   17-CV-8943
       DOROTHY MILLER; HILLARY MOREAU;        *
       and WASHINGTON SANCHEZ                 *
                                              *
                     PLAINTIFFS,              *
                                              *
            vs                                *
                                              *
       EAST RAMAPO CENTRAL SCHOOL             *
       DISTRICT and MARYELLEN ELIA, In        *
       Her Capacity as the Commissioner       *
       of Education of the State of New       *
       York,                                  *
                                              *
                     DEFENDANTS.              *
       -----------------------------------X
```

VIDEOTAPED DEPOSITION of RABBI YEHUDA OSHRY
Montebello, New York
Tuesday, December 4, 2018

Reported by:

Mary Agnes Drury, RPR, NYACR, CLR

JOB NO. 151980

|    |                                              |       |
|----|----------------------------------------------|-------|
| 1  |                                              |       |
| 2  |         MS. MATYSTIK:  Jennifer Matystik,    | 03:10 |
| 3  | also of Latham & Watkins, on behalf of       | 03:10 |
| 4  | plaintiff.                                   | 03:10 |
| 5  |         MR. LYNCH:  Dennis Lynch for the     | 03:10 |
| 6  | non-party witness.                           | 03:10 |
| 7  |         MR. BUTLER:  David Butler for the    | 03:10 |
| 8  | defendants.                                  | 03:10 |
| 9  |         VIDEOGRAPHER:  At this time would    | 03:10 |
| 10 | the court reporter please swear or affirm    | 03:10 |
| 11 | both the witness and the interpreter and we  | 03:10 |
| 12 | may proceed.                                 | 03:10 |
| 13 |                                              |       |
| 14 | L A W R E N C E  G I L L I G,                |       |
| 15 |     called as an interpreter, having been duly |     |
| 16 |     affirmed by the Notary Public to interpret |     |
| 17 |     the proceedings from Yiddish to English    |     |
| 18 |     and English to Yiddish; interpreted        |     |
| 19 |     as follows:                                |     |
| 20 |                                              |       |
| 21 | R A B B I  Y E H U D A  O S H R Y,           |       |
| 22 |     called as a witness, having been duly      |     |
| 23 |     affirmed by a Notary Public, was examined  |     |
| 24 |     and testified as follows:                | 03:11 |
| 25 |         MR. LYNCH:  If I may.  We did have   | 03:11 |

| | | |
|---|---|---|
| 1 | RABBI YEHUDA OSHRY | |
| 2 | the school and the house of worship? | 03:26 |
| 3 | A. No, it's the same. | 03:26 |
| 4 | Q. Would it be appropriate to refer to | 03:26 |
| 5 | Shaar Ephraim as Yeshiva? | 03:26 |
| 6 | A. Yes. | 03:26 |
| 7 | Q. And you said that you run Shaar | 03:26 |
| 8 | Ephraim, what does that mean? | 03:26 |
| 9 | A. I am a part of it and I run it. | 03:26 |
| 10 | Q. Does that mean -- the concept I'm | 03:26 |
| 11 | familiar with is a principal of an elementary | 03:26 |
| 12 | school or I suppose that runs the school, are | 03:26 |
| 13 | you the principal of Shaar Ephraim? | 03:26 |
| 14 | A. No, I'm not the principal. | 03:26 |
| 15 | Q. Do you have an official position at | 03:26 |
| 16 | Shaar Ephraim? | 03:27 |
| 17 | A. Yeah. I would be the if you want to | 03:27 |
| 18 | call it the administrative, administrator of | 03:27 |
| 19 | the school. | 03:27 |
| 20 | Q. Would you be the head master of the | 03:27 |
| 21 | school? | 03:27 |
| 22 | A. Yes. | 03:27 |
| 23 | Q. Is Shaar Ephraim a private school? | 03:27 |
| 24 | A. Yes. | 03:27 |
| 25 | Q. And are the students at Shaar | 03:27 |

| | | |
|---|---|---|
| 1 | RABBI YEHUDA OSHRY | |
| 2 | somebody came and asked me, is he not Jewish | 03:34 |
| 3 | and he wants to come into the school, I would | 03:34 |
| 4 | take him or not.  Yes.  That wouldn't come up | 03:34 |
| 5 | in my term of being in the school so I can't | 03:34 |
| 6 | give you the answer of what would happen at | 03:34 |
| 7 | such a time. | 03:34 |
| 8 |     Q.   So understanding there is no | 03:34 |
| 9 | requirement to be white, my question is:  Of | 03:34 |
| 10 | the student body, are all of the students that | 03:34 |
| 11 | currently attend that Yeshiva white? | 03:34 |
| 12 |     A.   I would say most, but again I told | 03:34 |
| 13 | them like I told them, there are certain | 03:34 |
| 14 | children from different countries and they come | 03:34 |
| 15 | not the color white, we accept them not being | 03:34 |
| 16 | the color white. | 03:34 |
| 17 |     Q.   Are there any black students that | 03:34 |
| 18 | attend Shaar Ephraim? | 03:34 |
| 19 |     A.   There was -- there is Utopian Jewish | 03:34 |
| 20 | people, there's Cayman Jewish people -- Yemen. | 03:34 |
| 21 |         THE INTERPRETER:  Yemen. | |
| 22 |         THE WITNESS:  Yemen.  Thank you. | |
| 23 | You see, that's the way you'd do it. | |
| 24 |         Sorry, I said a Jewish word, you | 03:34 |
| 25 | see, that's why we need you today. | 03:35 |

Page 28

1  RABBI YEHUDA OSHRY

2          And they are in all white and they                03:35
3      are accepted.                                         03:35
4  BY MR. MANGAS:                                            03:35
5      Q.   If you walk through the hallways,                03:35
6  are you seeing any students who appear                    03:35
7  non-white, like, black skin?                              03:35
8      A.   We don't want them to walk in the                03:35
9  hallways.  We keep them in the classrooms or in           03:35
10 the big room in the synagogue, that's the way             03:35
11 we want them to grow up.                                  03:35
12          The boys wouldn't know in the                    03:35
13 hallways, we usually try to explain that's not            03:35
14 the proper place to be in.                                03:35
15     Q.   That seems like a fair rule.                     03:35
16          So if you went into the classrooms,              03:35
17 would you see any children with black skin?               03:35
18     A.   In certain times, yes.  I don't -- I             03:35
19 can't say -- very low in number.  And then at             03:35
20 certain times, yes, you would see that.                   03:35
21     Q.   And what times would those be?                   03:35
22     A.   It's not every year.  It could be a              03:35
23 year that they are here, and it could be a year           03:35
24 that I don't have none of them, and it could be           03:35
25 a year that's a minimum number.                           03:36

1           RABBI YEHUDA OSHRY

2          So it's -- the percentage is a very        03:36
3    low percentage.                                  03:36
4       Q.   Okay.  And then I'll ask the same        03:36
5    question about Latino students; are there        03:36
6    Latino students that attend Shaar Ephraim?       03:36
7               INTERPRETER:  Spanish.                03:36
8               THE WITNESS:  Jewish?  Because we     03:36
9         have Spanish boys from Brazil that are      03:36
10        Jewish, but they're Latinos, so if that's   03:36
11        what's called Spanish, right?               03:36
12              INTERPRETER:  What do you mean by     03:36
13        Latinos?                                    03:36
14   BY MR. MANGAS:
15      Q.   So I'm asking about ethnically           03:36
16   Latino; so, born in countries like South         03:36
17   America.
18      A.   Yes.                                     03:36
19      Q.   Mexico.                                  03:36
20      A.   South America.  Mexico, not that I       03:36
21   can remember, but South America, yes.            03:36
22      Q.   And about how many of those students     03:36
23   attend Shaar Ephraim?                            03:36
24      A.   It depends.  If they're bright           03:36
25   students and they've been accepted at there, we  03:37

1  RABBI YEHUDA OSHRY

2  BY MR. MANGAS:                                              04:58

3      Q.  Do the candidates that you've spoken                04:58
4  with in past school board elections, do those               04:58
5  candidates typically run together as -- I'm                 04:58
6  going to use the word "slate."                              04:58

7          Let me ask this question first:  If                 04:58
8  I use the word "slate" do you understand what I             04:58
9  meant?                                                      04:58

10     A.  Yeah, take my kids slating.                         04:58

11     Q.  I am not using the word "sled," I'm                 04:58
12 using the word "slate."                                     04:58

13         (Interpreter is interpreting.)                      04:58

14         THE WITNESS:  No.                                   04:58

15     Q.  Do the candidates that you've spoken                04:58
16 with in the elections in 2018, 2017, or 2016,               04:58
17 have you understood that those candidates are               04:59
18 running together with other candidates?                     04:59

19     A.  I didn't -- it didn't come into my                  04:59
20 mind in a row three, that's why I didn't                    04:59
21 recall.  Again, to tell you if there was the                04:59
22 same or not in the same, that wasn't my -- it               04:59
23 could have been four people come to me and say,             04:59
24 I would support them all.                                   04:59

25         As long as they are good people, I                  04:59

Page 94

1  RABBI YEHUDA OSHRY

2  don't care if it's eight, if they can run     04:59
3  eight, let them run as much as they could.    04:59
4         To me, it doesn't make a difference    04:59
5  of how much they run or if they run, as long as  04:59
6  they are good people, I would tell them, you're  04:59
7  accepted.                                     04:59
8     Q.   Are you familiar with the fact that  04:59
9  each candidate for school board is required to  04:59
10 submit a nominating petition to become eligible  05:00
11 for election?                                 05:00
12        (Interpreter is interpreting.)         05:00
13        THE WITNESS:  Petitions.  Yeah,        05:00
14    yeah.  Do I know of everybody has to give  05:00
15    it?  Yes.                                  05:00
16    Q.   Have you been involved in the past    05:00
17 elections in helping gather signatures for the  05:00
18 nominating petitions?                         05:00
19    A.   The answer is no.                     05:00
20    Q.   Have you in the past elections        05:00
21 submitted nominating petitions on behalf of   05:00
22 candidates?                                   05:00
23    A.   Yes.                                  05:00
24    Q.   What candidates have you submitted    05:00
25 nominating petitions on behalf of?            05:00

RABBI YEHUDA OSHRY

    A.    I don't recall.   05:00

    Q.    I'm going to pull out the quiz' sheet again and ask you some names and you'll let me know if you recall.   05:00

        So I'll start in 2018.   05:01

        Did you submit a nominating petition on behalf of Joel Trieger?   05:01

    A.    Let me tell you, I don't know, and let me tell you what it is. They used to -- I was the one to bring it in. I don't know in what --   05:01

        (Witness is speaking with interpreter.)   05:01

        INTERPRETER: On me, I was the person that was appointed to bring it in, I brought it in.   05:01

        THE WITNESS: So I didn't know anything of that. I was -- this was my typical honor, I used to bring it in. This was my -- I didn't do anything in it, but I was the man who came in and brought it in for all those years. I can't say all, but most of those years, bring it in.   05:01

BY MR. MANGAS:   05:01

C E R T I F I C A T E

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ONONDAGA   )

      I, Mary Agnes Drury, a Notary Public within and for the State of New York, do hereby certify:

      That RABBI YEHUDA OSHRY, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

      I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of December, 2018.

*MADrury*

---------------------------

Mary Agnes Drury

INDEX

| | |
|---|---|
| WITNESS/EXAMINATIONS | PAGE |
| RABBI YEHUDA OSHRY | |
| EXAMINATION BY MR. MANGAS | 8 |

OSHRY EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | What's App Excerpts Bates Stamped ERCSD_GROSSMAN_490 to '503, 14-Pages | 100 |
| Exhibit 2 | Subpoena, Dated 9/24/18, 19-Pages | 123 |

\* \* \*