# EXHIBIT 30

1
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3
   ------------------------------------------
4
   NATIONAL ASSOCIATION FOR THE
5  ADVANCEMENT OF COLORED PEOPLE,
   Spring Valley Branch; JULIO CLERVEAUX;
6  CHEVON DOS REIS; ERIC GOODWIN; JOSE
   VITELIO GREGORIO; DOROTHY MILLER;
7  HILLARY MOREAU; and WASHINGTON
   SANCHEZ,
8
                Plaintiffs,
9
      vs.
10
   EAST RAMAPO CENTRAL SCHOOL DISTRICT
11 and MARYELLEN ELIA, in her Capacity
   As the Commissioner of Education
12 of the State of New York,
13              Defendants.
14 17 Civ. 8943
15 ------------------------------------------
16
17      VIDEOTAPED DEPOSITION OF YONAH ROTHMAN
18            Wednesday, November 14, 2018
19                New York, New York
20
21
22
23 REPORTED BY:
24 Christina Diaz, CRC, CRR, RMR, CSR, CLR
25 Job Number:  150986

1                     Y. Rothman
2      plaintiffs.
3            MS. PARVIS:  Elizabeth Parvis for
4      plaintiffs.
5            MR. CRAVENS:  Will Cravens from
6      Morgan Lewis & Bockius for the defendant.
7            MR. BUTLER:  David Butler for the
8      defendant.
9            THE VIDEOGRAPHER:  Will the court
10     reporter please affirm the witness.
11 Y O N A H   R O T H M A N,
12           having been duly affirmed by a
13     Notary Public, was examined and testified
14     as follows:
15 EXAMINATION
16 BY MR. JASON:
17     Q.   Good morning, Mr. Rothman.  I am
18 Kevin Jason.  I work for the New York Civil
19 Liberties Union and I represent the plaintiffs
20 in this case.
21           Could you state your name for the
22 record.
23     A.   Yonah Rothman.
24     Q.   Okay.  And you were just sworn in by
25 the court reporter.  Do you understand that


1  Y. Rothman

2  Q. Fair. In the 2012 school board
3  elections, you ran on slate with Mr. Solomon
4  and Mr. Lefkowitz, correct?
5  MR. CRAVENS: Objection to form.
6  A. I am not sure, again, what slate
7  means, but I didn't know I was running with
8  them until I actually saw a sign on somebody's
9  lawn, so if that's slate, then, yes.
10  Q. So you saw a sign with your name
11  alongside Mr. Lefkowitz' name and
12  Mr. Solomon's name?
13  A. Right.
14  Q. And this was a sign encouraging
15  people to vote for the three of you?
16  A. Yes. I was only approached only
17  about my seat. It's funny. I should have
18  asked that question, but I never did. Maybe
19  it was silly of me, but I was just only really
20  concerned about my running for myself. So
21  when I saw the sign, I was like, oh, I should
22  have asked who else is running with me but...
23  Q. Do you know who made the decision to
24  create a sign for the three of you?
25  A. No.

1  Y. Rothman

2  for.  No one -- I never went to a meeting who

3  to vote for.  I relied on reading the

4  newspaper the week before.  I was really -- I

5  am a big proponent of going out to vote.  I

6  just always have been.  So I make my wife

7  vote.  I go out and my children, when they

8  turn 18, they go out and vote.  And I believe

9  in the democratic process.  I think that's how

10 you make change.

11           But there is no official group.

12 This WhatsApp group is probably as big as

13 anything that -- big that any kind of thing

14 that's set up out there.  There is no like

15 mass e-mail, mail.  You get some things in the

16 mail like from both sides, why they -- people

17 represent.  You get that political mail like

18 you would get under any election, government,

19 senate, mayor election.  And I think that can

20 be convincing.  It's that people put a message

21 out.  The other school wants to take away your

22 bussing.  If the private school parent knows

23 all they get is bussing, and they are going to

24 take that away, and they are paying a lot in

25 taxes, they feel like, "I better vote for this

I N D E X

WITNESS
Yonah Rothman

EXAMINATION BY                                              PAGE
Mr. Jason                                                   6


E X H I B I T S
(Exhibits attached to transcript)

ROTHMAN           DESCRIPTION                       PAGE

Exhibit 1         Notice of Non-Party               32
                  Subpoena Duces Tecum,
                  two pages, with
                  attachments

Exhibit 2         Annual Budget & Trustee           77
                  Vote, Tuesday, May 15,
                  2012, Official Results,
                  one page

Exhibit 3         Expenditure and                   92
                  Contribution Statement
                  for Candidates for
                  Member of the Board of
                  Education bearing
                  Production No. ERCSD
                  17737

Exhibit 4         Expenditure and                   93
                  Contribution Statement
                  for Candidates for
                  Member of the Board
                  of Education bearing
                  Production No. ERCSD
                  17768

E X H I B I T S (Continued)

| ROTHMAN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 5 | e-mail string beginning with e-mail dated 6/3/15 bearing Production No. ERSCD_ROTHMAN 307 through 308 | 106 |
| Exhibit 6 | Meeting Minutes dated July 2, 2013, pages 7295 through 7322 | 129 |
| Exhibit 7 | Article dated July 4, 2013, two pages | 150 |
| Exhibit 8 | Letter dated July 7, 2013 bearing Production No. ERSCD_ROTHMAN 184 | 163 |
| Exhibit 9 | Meeting Minutes dated October 7, 2015, pages 7725 through 7727 | 168 |
| Exhibit 10 | e-mail string beginning with e-mail dated 3/7/2013 bearing Production Nos. ERSCD_ROTHMAN 406 through 407 | 175 |
| Exhibit 11 | Letter dated March 7, 2013, two pages | 183 |
| Exhibit 12 | e-mail string beginning with e-mail dated 12/12/12 bearing Production No. ERSCD_ROTHMAN 389 | 189 |
| Exhibit 13 | e-mail dated 5/20/13 bearing Production No. ERSCD_ROTHMAN 238 | 195 |
| Exhibit 14 | e-mail string beginning with e-mail dated 5/20/13 bearing Production No. ERSCD_ROTHMAN 239 | 203 |

```
 1
 2                    E X H I B I T S (Continued)
 3   ROTHMAN              DESCRIPTION                    PAGE
 4   Exhibit 15    e-mail string beginning               210
                  with e-mail dated 5/20/13
 5                bearing Production Nos.
                  ERSCD_ROTHMAN 245
 6                through 246
 7   Exhibit 16    e-mail string beginning               212
                  with e-mail dated 5/20/13
 8                bearing Production Nos.
                  ERSCD_ROTHMAN 247
 9                through 248
10   Exhibit 17    Letter dated December                 215
                  17, 2015 bearing
11                Production Nos.
                  ERCSD_GROSSMAN 583
12                through 584
13   Exhibit 18    Article dated December                216
                  17, 2015, four pages
14
     Exhibit 19    e-mail string beginning               227
15                with e-mail dated
                  10/15/15 bearing
16                Production Nos.
                  ERCSD_GROSSMAN 838
17                through 840
18   Exhibit 20    e-mail dated 10/13/15                 229
                  bearing Production No.
19                ERCSD_GROSSMAN 841
20   Exhibit 21    WhatsApp Chat Transcript              244
                  bearing Production No.
21                ERCSD_BoA 75 through 76
22   Exhibit 22    ERCSA_BOE 75 Binders                  244
                  1 and 2
23
     Exhibit 23    WhatsApp Chat Transcript              248
24                bearing Production Nos.
                  ERCSD_BoA 500 through 502
25
```

| | |
|---|---|
| INFORMATION REQUESTS | |
| INSERTED INFORMATION | - NONE - |
| REQUESTS FOR PRODUCTION | - NONE - |
| RULING | - NONE - |
| DIRECTIONS NOT TO ANSWER | - NONE - |