

# EXHIBIT 31

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    ----------------------------------------
4
    NATIONAL ASSOCIATION FOR THE
5   ADVANCEMENT OF COLORED PEOPLE,
    Spring Valley Branch; JULIO CLERVEAUX;
6   CHEVON DOS REIS; ERIC GOODWIN; JOSE
    VITELIO GREGORIO; DOROTHY MILLER;
7   HILLARY MOREAU; and WASHINGTON
    SANCHEZ,
8
                    Plaintiffs,
9
        vs.
10
    EAST RAMAPO CENTRAL SCHOOL DISTRICT
11  and MARYELLEN ELIA, in her Capacity
    As the Commissioner of Education
12  of the State of New York,
13                  Defendants.
14  17 Civ. 8943
15  ----------------------------------------
16
17          VIDEOTAPED DEPOSITION OF KALMAN WEBER
18              Thursday, November 15, 2018
19                  New York, New York
20
21
22
23  REPORTED BY:
24  Christina Diaz, CRC, CRR, RMR, CSR, CLR
25  Job Number:  150158

1              K. Weber

2          MR. BUTLER:  David Butler on behalf

3      of the defendant.

4          THE VIDEOGRAPHER:  Will the court

5      reporter please affirm the witness.          11:15AM

6  K A L M A N   W E B E R,

7          having been duly affirmed by a

8      Notary Public, was examined and testified

9      as follows:

10 EXAMINATION

11 BY MS. ELSNER:

12     Q.   Mr. Weber, could you please state --

13         THE WITNESS:  Before we go on, you

14     said you are the attorney for the

15     defendant.  It means you are my attorney?   11:15AM

16         MR. BUTLER:  I am not your attorney.

17         THE WITNESS:  You are not my

18     attorney.  Okay.  Fine.

19     Q.   Mr. Weber, could you please state

20 your name for the record.                        11:15AM

21     A.   I am known as Kalman Weber,

22 K-A-L-M-A-N, Weber, W-E-B-E-R.  That is my

23 Jewish name.  That is how I -- that's what I

24 go by.  And my legal name, which I sign legal

25 documents is Kenneth Weber.                      11:16AM

                    K. Weber

1

2  relations effort to make sure taxes don't go

3  too high and they were getting out of hand

4  with some of the previous superintendents.  10

5  percent, 15 percent, they were asking for          11:33AM

6  increases.  So I wrote letters to the

7  newspapers and advertised sometimes more with

8  writing letters, that one shouldn't make an

9  increase.  This is before Governor Cuomo made

10 his tax cap.  Before then, it was getting out    11:34AM

11 of hand.  The taxes shouldn't go too high.

12       So basically, that's how I am

13 involved.

14    Q.    Now you mentioned the Southeast

15 Ramapo Taxpayers Association --                    11:34AM

16    A.    That's how I call myself, yes.

17    Q.    If we refer to that as "SERTA," will

18 you understand what we are referring to?

19    A.    Yes.

20    Q.    We will talk about that later, but I    11:34AM

21 want to backtrack.  You said that you work for

22 the community.

23    A.    That is not a true meaning of the

24 word.  Work for the community, meaning I have

25 the interests of the poor people of the            11:34AM

1    K. Weber

2  community in mind when I try and keep the

3  taxes down.

4    Q.    Earlier you testified that the

5  community referred to the synagogue.  Is that    11:34AM

6  what you're referring to?

7    A.    People in the synagogue, yes.

8  That's basically.

9    Q.    Is there anyone else in the

10  community besides individuals from the    11:34AM

11  synagogue?

12    A.    I don't think so.

13    Q.    Are there any African Americans

14  within the community?

15    A.    Well, they go to their churches.  It    11:35AM

16  would be very interesting if they would come

17  into a synagogue.  They wouldn't understand a

18  word.  It's not said in English.  So a

19  synagogue is a synagogue, and a church is a

20  church, and to each his own, and that's how it    11:35AM

21  is.

22    I do go public.  I go to the -- I

23  went -- in the past I have done more than I do

24  in the present.  I used to go to the school

25  board meetings, which is open to the public    11:35AM

1                    K. Weber

2  and which is open to African Americans and

3  Spanish and white people and Hasidic people

4  and whoever, and everybody is there and there

5  I used to speak.  That's when I made my          11:35AM

6  opinions known to the public at the public

7  school board meetings.

8       Q.    I just wanted to clarify something.

9  You said that you didn't think that there were

10 any African Americans within the community.      11:36AM

11            Do you know of any African Americans

12 in the community?

13      A.    Yes.  I do know some.

14      Q.    Can you tell me their names?

15      A.    I can't tell you any.  I don't know    11:36AM

16 the names.  I have one that lives two doors

17 away from me.  He is a Haitian who became a

18 convert to Judaism.  So a Haitian lives two

19 doors away from me, or actually I'm 9, he's 11

20 Maple Leaf.  Now he lives now next door.  But    11:36AM

21 in general, to each his own.  Everybody likes

22 -- they go to church.  We have our beliefs, we

23 are talking about religious beliefs now.  They

24 have their beliefs and they are entitled to

25 their beliefs and we are entitled to our         11:36AM

1                          K. Weber

2    beliefs.  Freedom of religion and.

3        Q.    Are there any Latino individuals

4    within the community?

5        A.    Not that I am personally in touch        11:36AM

6    with, but yes, of course they are.  But, you

7    know, same thing, converts.

8        Q.    Do you know how many?

9        A.    No idea.

10       Q.    Would it be more or less than 10?        11:37AM

11       A.    I have no idea.  I can't tell you,

12   but what I do know is the Jewish religion does

13   not look for converts.  If somebody wants to

14   become a convert, they don't make it easy to

15   convert because one has to be serious about      11:37AM

16   converting, and if somebody is serious they

17   accept them with open arms and afford them all

18   the courtesy and all the benefits, whatever it

19   is that one can get when one belongs to the

20   Jewish community.  One is very open.  There is    11:37AM

21   no such thing as color with us.  A black

22   person is the same as a white person.  We

23   don't look at color, it's religion.  If they

24   feel sincerely about it, with pleasure.

25       Q.    You said that SERTA is a one-man        11:37AM

1                     K. Weber

2    operation.

3              What does SERTA do?

4        A.    SERTA is a public relations and a

5    public relations person.  Basically that's          11:38AM

6    what it is.  To get publicity as a one-man

7    thing, if I am going to just sign, I will be

8    known as Kalman Weber.  I will not get much

9    publicity.  If I sign my name as Kalman Weber,

10   President of Southeast Ramapo Taxpayers             11:38AM

11   Association, I will get.  So I write the

12   newspapers and I write at length explaining

13   why I feel that the taxes are too high, and I

14   usually get published.

15       Q.    So other than writing newspapers, is     11:38AM

16   there anything else that you do through SERTA?

17       A.    I publicize it, and that helps bring

18   out the vote.  So I do have a good name in the

19   community.  People know me.  They know I am

20   honest, and they believe me.  I have no             11:39AM

21   personal outside interests whatsoever.  So if

22   I say that one should vote yes on the budget

23   or I say no on the budget, there are very many

24   people who follow my recommendation.

25       Q.    Let's talk about that a little bit        11:39AM

1                    K. Weber

2  I'm not talking about the synagogue now.  We

3  are talking about the halls that -- which

4  people --

5       Q.    Understood.                              12:05PM

6            And once you have the sense from

7  your conversations with members of the

8  community that a certain candidate is

9  supported by the community, you then place ads

10  or use whatever means you can to help that      12:05PM

11  candidacy, is that fair to say?

12       A.    That's fair to say, yes.

13       Q.    Do you try to obtain --

14       A.    Sometimes I go against the board.

15  The board might be for certain candidates, and   12:05PM

16  I might feel that those candidates will not

17  help to keep taxes down.  I will support the

18  alternate candidates.

19       Q.    Can you identify a time when the

20  board was for a candidate, but you did not      12:05PM

21  support that candidate?

22       A.    I think -- this actually reminded

23  me.  This time was a certain slate this year

24  included a black public school parent.  Do you

25  see this?  This is in the second column, the    12:06PM

1                    K. Weber

2    second column in the one, two, three, four,

3    five, six, seventh, underneath "using

4    endorsements," underneath that, that black

5    candidate, which I supported, the board did          12:06PM

6    not support.

7              I went against the board on that,

8    and I went against the board this past budget

9    vote.  I spoke up against the board at the

10   board meeting and wrote a lengthy letter to          12:06PM

11   the -- I think I wrote a lengthy letter to The

12   Journal News stating my position as opposed to

13   the board.  I don't -- often I don't go along.

14   Because I have -- the only thing I have in

15   mind is that people should be able to pay for        12:06PM

16   it, and you have people who can not pay for

17   it, it's -- I can't go along with it.

18         Q.    In 2007 when the board support --

19   when you supported an African American

20   candidate and the board did not support that        12:07PM

21   candidate, do you know why the board did not

22   support that candidate?

23         A.    I can't remember.  You are showing

24   me that.  I haven't seen this -- I don't think

25   I even got a copy of this.  Maybe I have this        12:07PM

K. Weber

in my old papers.  It's possible.  I went

through the whole box.  It's probably on

spending, I would imagine.  I would imagine it

was on spending.  But this was the time -- you       12:07PM

say it was 2007?  I don't remember.  Let's see

the date on top.  Yes, in 2007.  If I am not

mistaken since 2005, the nonpublic school had

control over the board, so they did have

control over the board and even though I went       12:07PM

against them then, and I went against the

board.  I can't remember the reason, but I can

say -- I am speculating that it's very

possible that it was because of taxes.  That's

basically why I am involved as I told you       12:08PM

before, so that would lead me to think that it

probably was over taxes.  But I supported this

black woman -- sorry, African American woman,

and I remember that the board supported --

maybe they supported an African American man.       12:08PM

Racism doesn't come into this.  I don't know,

but I felt that candidate -- she was a public

school parent.

        Q.    Do you remember her name?

        A.    It says it here.  Does it say it?       12:08PM

1                    K. Weber

2              No, it doesn't.

3              I don't remember the name.  I don't

4    remember the name of today's board members,

5    but I think she called me up, and she asked          12:08PM

6    for my help, and I asked what her policies

7    was, and I said, Fine, I am perfectly willing

8    to help you.  And I remembered the board,

9    because I was going against the board, the

10   board supports somebody else, then I remember.      12:09PM

11   It's happened at other times as well.  I am

12   not automatic.  I am here to help people.  I

13   get nothing out of it.  It might cost me

14   money.  That's all, but I get nothing out of

15   it.  I am here to help people, and I felt that     12:09PM

16   she would be the better.

17        Q.    Now, you were discussing candidates

18   that the -- the "Board" did or did not

19   support.

20              Who are you referring to when you          12:09PM

21   say "the Board"?

22        A.    The nine members who sit there on

23   the school board of East Ramapo.

24        Q.    Ad do they always agree on who the

25   next candidate should be for the board?            12:09PM

1                    K. Weber

2        A.     No idea.   They accepted candidates.

3    Okay.   What I mean is accepted candidates,

4    there are usually two slates.   There are

5    usually two slates, and, one, the school board        12:10PM

6    endorses.   I don't know if they endorse them

7    legally, or they will do anything to endorse

8    them, but they are comfortable with them; and

9    one is those who run against the school board,

10   which is in those years already, the public          12:10PM

11   school parents went up.   So I imagine.   I

12   don't know.

13       Q.     When you say "slates," what do you

14   mean?

15       A.     Every election, you have a ballot          12:10PM

16   with two slates.

17       Q.     What is a "slate"?

18       A.     People go around for signatures to

19   run on the school board, and people go around

20   with three signatures for candidate, and            12:10PM

21   opposing people are also three signatures or

22   candidate, so...

23            You must have a certain percentage

24   of voters have to sign, then you are eligible

25   to run for the board.   Usually it's three and       12:11PM

                              K. Weber

 1

 2   three.  Sometimes it's three and two.

 3   Somebody decides -- one side decides to put up

 4   only two candidates, and sometimes it's not

 5   three and three, it's three, three and then if     12:11PM

 6   there is one, there's an independent who wants

 7   to run.  It usually runs with slates.  It

 8   usually goes together and it ends up being

 9   public school versus nonpublic school.  I

10   don't know if it's done intentionally, but       12:11PM

11   that's the way it usually works out.

12           MS. ELSNER:  I think now is probably

13       a pretty good time for a break and maybe

14       some lunch.

15           THE VIDEOGRAPHER:  The time is 12:11     12:11PM

16       p.m.  This is the end of media number

17       one.  We are off the record.

18           (Lunch recess:  12:11 p.m.)

19

20

21

22

23

24

25

1          K. Weber

2          AFTERNOON SESSION

3               12:30 p.m.

4          THE VIDEOGRAPHER:  The time is 12:30

5     p.m.  This is the start of media number          12:30PM

6     two.  We are on the record.

7  BY MS. ELSNER:

8     Q.    Mr. Weber, did you speak to anyone

9  over the break?

10    A.    Yes.                                        12:30PM

11    Q.    Who did you speak to?

12    A.    I spoke to my son twice and to my

13 wife twice or three times.

14    Q.    Did you speak to Mr. Butler at all?

15    A.    Yes.                                        12:30PM

16    Q.    What did you talk about with

17 Mr. Butler?

18    A.    Mr. Butler told me that I should

19 allow the question to finish before I answer.

20 He said, You should not answer questions          12:30PM

21 before the questioner has finished asking the

22 question.  That's all he said.

23    Q.    Yes.  Did he tell you anything else?

24    A.    No.

25    Q.    Right before the break, you were --    12:31PM

1                          K. Weber

2    that they are legally entitled to.  So we were

3    comfortable to vote -- to have him on our

4    slate even though he was on the slate of the

5    public school.                              12:32PM

6         Q.    Apart from Mr. Rothschild, are there

7    any other instances where individuals who have

8    the interest of the public schools are on the

9    nonpublic school slate?

10        A.    I don't know.                     12:32PM

11        Q.    Can you recall any such instance?

12        A.    I told you, I don't know.

13        Q.    Before the break, you were also

14   discussing that sometimes candidates who you

15   decide to endorse are not endorsed by the      12:33PM

16   board.

17             Do you remember that testimony?

18        A.    Yes.

19        Q.    How do you know who the board

20   endorses?                                     12:33PM

21        A.    I see it.  I either see it -- I see

22   it.  Either they have lawn signs out or they

23   have signs in the synagogue.  I see it.  They

24   publicize it.

25        Q.    Do you know who specifically is in   12:33PM

1                    K. Weber

2    charge of those campaign efforts on behalf of

3    the board?

4        A.    I don't know if somebody is in

5    charge.  It's very spontaneous.  It's people          12:33PM

6    who want to make sure that they are not being

7    taken for a ride and their taxes don't go way

8    out of hand.  I don't think it's one person at

9    all.  It could be anybody.

10       Q.    Do you ever endorse individuals for         12:33PM

11   public office other than the school board?

12       A.    I don't endorse actually, I mean, I

13   tell people to vote.  I say people should

14   vote.  I am a nobody.  It's not me who

15   endorses, but I recommend voting for.  For any        12:34PM

16   other thing other than the school board, let

17   me tell you this.  The only major vote

18   affecting a budget that people have a say in

19   is the school board.  There is no other vote.

20   The only other vote is the library vote, which        12:34PM

21   are a vote for a budget, but that is minor.

22   Once I went very strongly against it because

23   they wanted a 6 percent or 10 percent

24   increase.  But the only vote where people have

25   a say in budget which comes to major money is         12:35PM

K. Weber

1
2  the school.  There is no other vote.  So
3  that's the one -- I am here for the people.
4  So that's the one I get involved in.
5      Q.    When you support candidates, do you      12:35PM
6  support the slate of candidates or do you
7  generally support just an individual
8  candidate?
9      A.    Depending what they -- see, each
10 candidate gives out usually pamphlets what      12:35PM
11 their position is, and I look at what their
12 position is.  If I feel that's in sync with
13 what I feel would be good for the people, I
14 vote for it.  And sometimes I don't recommend
15 a person because I feel they are not for      12:35PM
16 education.  I am very pro-education.  I am
17 against waste, but I am very pro-education.
18 If I feel that somebody just for the sake of
19 no -- I will not go with them.  So it depends
20 on the candidate, what they recommend.      12:35PM
21     Q.    Have you ever supported the public
22 school slate in a board election?
23     A.    There used to be just one slate
24 running.  They used to be running unopposed
25 many years ago.  Of course, we supported it.      12:36PM

1                    K. Weber

2        Q.    And since the --

3        A.    Since the problems were with the

4   taxes going, we were talking at one time about

5   a 15 percent increase.  That's what they were        12:36PM

6   talking about at the school board.  I go to

7   the meetings.  And I said, We have to do

8   something.  We cannot let it get out of hand.

9   Then I started publicizing what I stand for,

10  and then it seems people believed in me.          12:36PM

11       Q.    Have you ever publicized in support

12  of the public school slate?

13       A.    I don't remember.  I don't recall.

14       Q.    Do the slates that you support ever

15  lose?                                             12:37PM

16       A.    If not enough people go out to vote,

17  then they will lose.  If they get enough

18  voters, they will win.  It depends if the

19  voters come out.  Are you asking me if the

20  voters come out every time?  Check the           12:37PM

21  records.  I don't know.

22       Q.    To the best of your recollection, do

23  you recall whether or not a slate that you

24  have ever supported has lost?

25       A.    Yes.                                   12:37PM

1                    K. Weber

2        A.    That is true.

3        Q.    What does the "bloc vote" mean?

4        A.    Exactly what it says.  Bloc vote

5   means that possibly, I feel, thousands -- I        12:56PM

6   feel that thousands of people who believe in

7   me, and if I say vote for somebody, they will

8   go along with it.  So that is called a bloc

9   vote.

10       Q.    And does the bloc vote support the      12:56PM

11  candidates you support?

12       A.    I can't tell you.  Usually this

13  involves the budget.  I don't know each year

14  if they would support it.  I don't know.  If

15  the board supports somebody else and I am --     12:56PM

16  and there might be a clash, then I don't know.

17  But I do have credence, and I am believed to

18  be honest, and people do trust what I say.

19            But basically again I am telling you

20  I am in this basically for the taxpayer.         12:56PM

21  That's why we called it Southeast Ramapo

22  Taxpayers Association.  That's basically where

23  my interest lays.

24       Q.    And any candidates that you support

25  or resolutions that you support, are those       12:57PM

1                         K. Weber

2    always involving cutting taxes or keeping

3    taxes low?

4         A.    Basically, yes.

5         Q.    Does the bloc vote always support        12:57PM

6    the nonpublic school slate?

7         A.    I don't know.  Just like I have a

8    bloc vote, other people have their bloc vote.

9    The public school has their bloc vote, and

10   sometimes the board has their bloc vote.         12:57PM

11            By the word "bloc vote," I just mean

12   that there are many, many people who follow

13   what I say.  Maybe I used the wrong word by

14   calling it bloc vote.  It gives other ideas.

15   But I just meant the people following me.        12:57PM

16        Q.    And your bloc vote, the people who

17   tend to follow your recommendations --

18        A.    I don't know if that's the right

19   word, to call it "bloc vote," but followers.

20   Followers would have been a more correct         12:58PM

21   definition.

22        Q.    Do they vote for the nonpublic

23   school slate?

24        A.    In the United States of America,

25   when one votes, one goes into a booth, close     12:58PM

1
2                    I N D E X
3  WITNESS
4  Kalman Weber
5  EXAMINATION BY                          PAGE
6  Ms. Elsner                               5
7
8
9
10                 E X H I B I T S
          (Exhibits attached to transcript)
11
     WEBER          DESCRIPTION            PAGE
12
     Exhibit 1    Notice of Non-Party      18
13                Subpoena Duces Tecum,
                  two pages, with
14                attachments
15   Exhibit 2    Article dated August     35
                  12, 2007, one page
16
     Exhibit 3    Article dated 12/7/14,   62
17                three pages
18   Exhibit 4    Article dated 10/18/15,  72
                  two pages
19
     Exhibit 5    Article dated 6/27/18,   85
20                two pages
21   Exhibit 6    Expenditure and          108
                  Contribution Statement
22                for Candidates for
                  Member of the Board of
23                Education, bearing
                  Production Nos. ERCSD
24                17545 through 17546
25

1
2                    E X H I B I T S (Continued)
3    WEBER               DESCRIPTION                PAGE
4    Exhibit 7      Expenditure and                110
                    Contribution Statement
5                   for Candidates for
                    Member of the Board of
6                   Education bearing
                    Production Nos. ERCSD
7                   17550 through 17551
8    Exhibit 8      Document entitled "For         122
                    our Children and For Our
9                   Posterity," four pages,
                    with attachment
10
     Exhibit 9      Yiddish Document,              122
11                  four pages
12   Exhibit 10     Two-page Mailer                136
13   Exhibit 11     Palm Cards, three pages        137
14   Exhibit 12     Community Connections          139
                    Excerpts, five pages
15
     Exhibit 13     Annual Budget &                142
16                  Trustee Vote, Tuesday,
                    May 21, 2013
17                  Unofficial Results,
                    three pages
18
     Exhibit 14     Annual Budget &                148
19                  Trustee Vote, Tuesday,
                    May 17, 2016, Unofficial
20                  Results, two pages
21   Exhibit 15     Series of Questions            159
                    and Answers, four pages
22
     Exhibit 16     Spreadsheet, six pages         161
23
24
25

R E F E R E N C E D   E X H I B I T S

| WIEDER | PAGE |
| --- | --- |
| 10 | 115 |
| 11 | 115 |
| 12 | 115 |
| 16 | 118 |
| 17 | 118 |

INFORMATION REQUESTS

INSERTED INFORMATION          - NONE -

REQUESTS FOR PRODUCTION        - NONE -

RULING                         - NONE -

DIRECTIONS NOT TO ANSWER       - NONE -