

**EXHIBIT 32**

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    - - - - - - - - - - - - - - - - - - -x
4
    NATIONAL ASSOCIATION FOR THE
5   ADVANCEMENT OF COLORED PEOPLE,
    SPRING VALLEY BRANCH; JULIO
6   CLERVEAUX; CHEVON DOS REIS; ERIC
    GOODWIN; JOSE VITELIO GREGORIO;
7   DOROTHY MILLER; HILLARY MOREAU;
    and WASHINGTON SANCHEZ,
8
                    Plaintiffs,
9                                17 Civ. 8943
          -against-
10
    EAST RAMAPO CENTRAL SCHOOL
11  DISTRICT and MARYELLEN ELIA, IN HER
    CAPACITY AS THE COMMISSIONER OF
12  EDUCATION OF THE STATE OF NEW
    YORK,
13
                    Defendants.
14
    - - - - - - - - - - - - - - - - - - -x
15
                    January 28, 2019
16                  9:11 a.m.
17          Deposition of EMILIA WHITE,
18  taken by Defendant, pursuant to Notice,
19  held at the offices of Morgan Lewis
20  Bockius LLP, 101 Park Avenue, New York,
21  New York, before Sharon Pearce, a
22  Registered Merit Reporter, Certified
23  Realtime Reporter, and Notary Public of
24  the State of New York.
25              *      *      *

```
1                    WHITE
2  E M I L I A   W H I T E,
3          having first been duly sworn by
4             Sharon Pearce, the Notary Public,
5             was examined and testified as
6             follows:
7  EXAMINATION
8  BY MS. KOLLM:
9       Q.    Good morning, Emilia.
10      A.    Good morning.
11      Q.    My name is Clara Kollm, and I
12 represent the East Ramapo Central School
13 District in this litigation.
14            Will you please state your full
15 name for the record.
16      A.    My name is Emilia White.
17      Q.    Okay.  Do you understand that
18 you are here today pursuant to a subpoena?
19      A.    Yes.
20      Q.    Are you represented by counsel
21 today?
22      A.    Yes.
23      Q.    Is that your lawyer sitting next
24 to you?
25      A.    Yes.
```

1                    WHITE
2    that, because I don't want people to say
3    I'm anti-Semite, as I've been called
4    before, but they all wear yamakas; they
5    all wear the same overcoat.  It's, like,
6    it's their religion.  That's how they
7    dress.  So you can -- you can tell this
8    person is Jewish.
9        Q.    Okay.  So you can tell that they
10   are Jewish because of outward signs of
11   their religion, like a yamaka; is that
12   right?
13            MS. BARBIERI:  Objection.
14       A.    How they're dressed.
15       Q.    How they're dressed.
16       A.    Yes.
17            MS. BARBIERI:  Objection.
18       Q.    Okay.  So would you please state
19   your race for the record.
20       A.    I'm Haitian.
21       Q.    Haitian.
22            Do you currently live --
23       A.    Or should I say Haitian
24   American?
25       Q.    Whatever you prefer.

1                  WHITE

2       A.     A trustee is what it is.  You --

3   the constituents trust you to make

4   decisions on their behalf.  You safeguard

5   the assets of the -- of the village, of

6   the taxpayers.

7       Q.     So this is a trustee of Spring

8   Valley; is that right?

9       A.     Yes.

10      Q.     How many trustees of Spring

11  Valley are there at any given time?

12      A.     Four trustees.

13      Q.     Four trustees.

14             And a trustee, is that an

15  elected position?

16      A.     Yes.  Well, they can be

17  appointed.

18      Q.     Were you elected to be trustee?

19      A.     Yes.

20      Q.     How long was your term as

21  trustee?

22      A.     Four years.

23      Q.     Four years.

24             So when were you elected to be a

25  trustee?

1                    WHITE

2       A.     In 2013.

3       Q.     2013.

4              And you served one term as

5    trustee?

6       A.     Yes.

7       Q.     Did you ever hold any other

8    elected office in the district?

9       A.     No.

10      Q.     Did you ever run for any other

11   elected office?

12      A.     Yes.

13      Q.     Which other elected positions

14   did you run for?

15      A.     In 2011, I ran for Town Council

16   for the Town of Ramapo.

17      Q.     Town of Ramapo?

18             And you were unsuccessful?

19      A.     Correct.

20      Q.     Who was your opponent in that

21   race?

22      A.     I believe it was -- I believe

23   Brendel Logan.  I'm not 100 percent sure.

24      Q.     Okay.  Did you run for any other

25   elected office besides the school board of

```
1              WHITE
2         And then do you see your name?
3    A.    Yes.
4    Q.    Do you remember this
5  December 10, 2009, meeting?
6    A.    Not really.
7    Q.    Does reading this document
8  refresh your recollection about the
9  December 10, 2009, meeting?
10   A.    No.
11   Q.    Can you tell me what East Ramapo
12 Stakeholders is?
13   A.    It's -- it's a group of people
14 that -- parents or concerned citizens who
15 got together to advocate for education in
16 our district.
17   Q.    Is East Ramapo Stakeholders
18 different from the group you talked about
19 earlier?  I think it was called Strong
20 East Ramapo.
21   A.    I think the name is different.
22 I don't think the purpose is different.
23   Q.    Are there similar people
24 involved in both organizations?
25   A.    Yes.
```

1             WHITE

2      Q.     Would it be fair to say that

3  Strong East Ramapo was an outgrowth of

4  East Ramapo Stakeholders?

5      A.     Possibly.

6      Q.     Do you know who would have

7  written the meeting minutes for the East

8  Ramapo Stakeholders in general?

9      A.     I can assume it might have been

10  my husband.  I can assume.  I'm assuming

11  that's him.  But I'm not sure.  I can't

12  tell you 100 percent who wrote the

13  minutes.

14      Q.     Why do you assume your husband

15  wrote the minutes?

16      A.     Because he's involved in a lot

17  of the meetings, and a lot of times, he

18  writes things.  So I assume it's him.  But

19  I don't know.

20      Q.     And in the first bullet, it

21  looks like your husband chaired this

22  meeting; is that right?

23            MS. BARBIERI:  Objection.  This

24      document speaks for itself.

25      A.     That's what it says on the

1              WHITE
2    there, you don't need to be asked for ID.
3         Q.    So new voters are more likely to
4    be asked for an ID, because their
5    signature would not be in the book; is
6    that right?
7         A.    Right.
8         Q.    Okay.
9         A.    First-time voters.
10        Q.    First-time voters are more
11   likely to be asked for an ID.
12        A.    Yes.
13        Q.    And -- okay.  Were there any
14   other incidents that you reported to a
15   poll captain that you wanted to discuss?
16        A.    I report things a lot.  So I
17   don't remember right now.  I can't
18   remember most of them.
19        Q.    If you remember another one,
20   please let me know.
21             Are you aware of any of the
22   incidents that you reported to a poll
23   captain being elevated to the district
24   administration or the school board?
25        A.    No.

1               WHITE

2       Q.      When you reported an incident to

3   a poll captain, what would generally

4   happen?

5       A.      What would really happen?  What

6   would happen?  Sometimes the captain would

7   try to help the person, you know,

8   especially if I tell the person, wait,

9   she's going to help you.  And they would,

10  you know, try, because if they don't, I

11  would call the -- you know, try to call

12  the district, the chairperson or

13  something.  So --

14      Q.      Somebody above the poll captain.

15      A.      Yeah.  So usually, you know, the

16  person might try to help.  But I've seen

17  people come out of the polling places with

18  tears in their eyes after they're trying

19  to vote.  It reminds me of the 1950s, 30s,

20  40s, 50s, when people were being

21  mistreated, especially when people wanted

22  to vote, you know, in the 1920s, 30s, 40s,

23  what -- it motivates you when you can come

24  out and cast your vote.  You feel like you

25  have been empowered.  So when they come

```
 1              WHITE
 2   out, they're crying, you just feel
 3   terrible.  And I would say, no, don't go.
 4   Just stay here.  Somebody is going to help
 5   you.  I would, you know, go outside, leave
 6   and go outside.  And some polling places,
 7   if you left then they tell you you can't
 8   go back in.  You have to have another
 9   certificate.
10        Q.    As a poll watcher?
11        A.    Yes.
12        Q.    So take one step back.
13              As a poll watcher, do you need a
14   certificate?
15        A.    Yes.
16        Q.    Where do you get the
17   certificate?
18        A.    Well, normally, before -- I
19   believe before 2008, you could get poll
20   certificates from the clerk.  The clerk
21   would give -- would give the candidates
22   the poll certificates.  The candidates
23   would give the certificates to the people
24   that were going to poll watch.  But after
25   2008, you have to get it directly from the
```

1           WHITE

2    clerk of the school district.  And to get

3    it from the clerk, you have to -- that's

4    what I went through -- you have to go

5    between a certain time before school

6    closes, before they close the doors, to

7    get the certificate from the clerk, and

8    you have to promise you're going to be

9    there from this time to this time, which

10   makes no sense, because what if you just

11   want to stay for an hour or three hours

12   and you're not sure?  You should be able

13   to have a certificate.  You can't have --

14   you can't write down exactly when you're

15   going to start, when you're going to end.

16   It's poll watching.  So it was made very

17   difficult for people -- poll watchers to

18   even poll watch, because it was so

19   restrictive, you know.  So it was more

20   like we were working for the -- we were

21   being fought by the people that works for

22   the district.  Whenever it's time to vote,

23   there was a struggle.  You know, we want

24   to just poll watch, but we get all kinds

25   of difficulties from the -- from the

1              WHITE

2    school representative.

3        Q.    So the rules for poll watchers

4    after 2008, they were applicable to all

5    poll watchers; right?

6        A.    Yeah.

7        Q.    Okay.

8        A.    For the district, because for

9    the, you know -- for poll watchers for

10   regular elections, in the district you get

11   the certificates from the candidates.  And

12   you don't have to write down the time

13   you're go in to be there.  You get a blank

14   certificate.  You write down the time and

15   you sign it.

16       Q.    So it's different for school

17   board elections.

18       A.    Yes.

19       Q.    Have you ever been prevented

20   from poll watching?

21       A.    People have tried, but I've poll

22   watched.

23       Q.    What do you mean by people have

24   tried?

25       A.    They say, "You can't be here.

1          WHITE

2    You can't -- you know, you can't come

3    here.  No."  And then I would say, "I am a

4    poll watcher, I have a certificate, and I

5    have the right to be here."  Then they

6    would say, "Okay.  Then you can sit

7    there."  And I say, "No.  If I sit there,

8    then I won't be able to see anything.  So

9    I can stay here as long as I'm not in the

10   way."  So I would stay.  Then they would,

11   you know --

12         Q.    Then they would leave you alone

13   and let you poll watch?

14         A.    Yeah.  Let me -- let me watch.

15   Because that's all you do.  You don't do

16   anything.  You don't touch the paper.  You

17   don't touch paper.  You don't do anything.

18   You just want to make sure that things are

19   running smoothly.

20         Q.    About how many poll watchers

21   would be at a polling place at any given

22   time?

23         A.    I don't know.  I've seen two,

24   maybe three at a time.

25         Q.    Can you name anyone who was a

1                   WHITE

2   poll watcher with you?

3       A.    Not exactly with me, but there

4   were people that poll watch, while I poll

5   watched in different poll watching places.

6   So -- yeah.  But a lot of people have poll

7   watched, you know, including Tony Luciano,

8   Michael Miller, I believe Curtis Whitehead

9   has, Steven White.

10      Q.    So earlier, you said that if you

11  didn't go to the captain about an

12  incident, you could call somebody above

13  the captain; is that right?

14      A.    Well, if the person didn't do

15  anything, then I would call the school --

16  the clerk.

17      Q.    So approximately how many times

18  did you call the clerk about an incident

19  while you were poll watching?

20      A.    A few times.  I don't remember

21  how many times.

22      Q.    Less than five?

23      A.    Yeah.

24      Q.    Okay.  And what would happen

25  when you called the district clerk?

```
 1              WHITE
 2      A.    I don't know.  They would talk
 3  to the captains.  I don't know.
 4      Q.    So you would just report the
 5  incident, and then the clerk would
 6  presumably do something about it.
 7      A.    Yeah.
 8            MS. BARBIERI:  Objection.
 9      Q.    Did you see what happened at the
10  polling place after your call?
11      A.    No.  What do you mean what
12  happened?
13      Q.    Was the incident that you were
14  calling about resolved after you called
15  the clerk?
16      A.    I don't know.  I don't know.  If
17  I called about someone who couldn't vote,
18  who was asked to go back and forth, and
19  the person leaves or the person is trying
20  to leave, I would say, you know, let me
21  call.  And I don't know what happened
22  after that.  As I said, you can't be on
23  the phone, so you have to go outside and
24  make a report and come back inside.  So
25  you can't --
```

```
1              WHITE
2      Q.    So let's talk about your school
3  board candidacy in 2009.
4            Do you remember -- or did you
5  run as part of the slate?
6      A.    Yes.
7      Q.    Do you remember who else was on
8  your slate?
9      A.    You asked me that already.
10      Q.    Do you remember now?  I don't
11  know if you remembered previously.
12      A.    It was --
13      Q.    Oh, did you say --
14      A.    Myself --
15      Q.    -- it was Peggy Hatton and --
16      A.    -- and Tony Luciano.
17      Q.    Does the name Leonardo Vera --
18      A.    I'm sorry.
19      Q.    Is that right?
20      A.    Leonardo Vera.  Leonardo Vera.
21  Oh, my God.  It's, like -- okay.
22      Q.    Here.  Maybe this will help.
23  I'll give you what will be marked as
24  Emilia White Exhibit 2.
25
```

```
 1              WHITE
 2         (Emilia White Exhibit 2,
 3    Official results of the May 2009
 4    election, was hereby marked for
 5    identification, as of this date.)
 6    A.    It's, like, Leonardo --
 7    Q.    Okay.  So Emilia White Exhibit 2
 8 is the official results of the May 2009
 9 election.
10         And on the right-hand side, you
11 can see that there are three seats for the
12 school board that are being -- that are
13 vacant, that is, a candidate can run for.
14         So the candidates in 2009 were
15 Morris Kohn, Leonardo Vera, Carolyn
16 Watson, Margaret Hatton, Eliyahu Solomon,
17 Emilia White, and Richard Stone.
18         Does that refresh your
19 recollection about who was --
20    A.    Yes.
21    Q.    -- part of your slate?
22    A.    Yes.
23    Q.    Okay.  So who was part of your
24 slate?
25    A.    It was Peggy Hatton and Leonardo
```

1              WHITE

2    Vera.

3         Q.    Okay.  And how did you come to

4    be on a slate with Leonardo Vera and Peggy

5    Hatton?

6         A.    How did I come to be on a slate?

7    Well, we showed interest in running,

8    and -- and I think they had a vote that

9    was a vote from I think the stakeholders

10   or -- I think the stakeholders.  That was

11   from the stakeholders.

12        Q.    When you say "the stakeholders,"

13   are you referring to the East Ramapo

14   Stakeholder group?

15        A.    Yes.  I think that's the same

16   group that had meetings in trying to

17   recruit people interested in voting, in

18   running, and I showed an interest, and I

19   think they voted for us to run.

20        Q.    Is Margaret Hatton the same

21   person as Peggy Hatton?

22        A.    Yes.

23        Q.    Okay.  And what skin color is

24   Leonardo Vera?

25        A.    He's Latino American.

1                    WHITE

2         Q.    And what is the skin color of

3    the other candidates?  So starting on the

4    left.  We'll just go from the left to

5    right.

6              So Morris Kohn?

7         A.    Mr. Kohn, I believe, is --

8    they're all -- they're all white.

9         Q.    So Mr. Kohn, Carolyn Watson,

10   Eliyahu Solomon, and Richard Stone are all

11   white.

12        A.    I believe so.

13        Q.    Okay.  So you mentioned that the

14   East Ramapo Stakeholders would recruit

15   candidates.

16              Can you describe that recruiting

17   process.

18        A.    They would have meetings, and

19   they would ask for people to fill out -- I

20   believe fill out a questionnaire, and then

21   they would be asked to give the reason why

22   they would run for school board and what

23   would they do, you know, how would they

24   help better the school, the education of

25   the children.  And then if people felt

```
1              WHITE
2   shouldn't I email address be in it?
3       Q.    I would think so.  Maybe it came
4   from another file in your computer.  I
5   don't know.  But this came from your
6   custodial file.
7       A.    I don't know.
8       Q.    So it was in your possession.
9       A.    I cannot answer that question.
10            MS. BARBIERI:  It may not have
11        come from her inbox.
12      Q.    It may not have come from your
13  inbox.  That is correct.
14      A.    I don't know.  I don't have
15  this.  I don't know anything about this.
16      Q.    Okay.  So you've never seen this
17  before.
18      A.    I do not remember seeing this.
19            (Emilia White Exhibit 6, An
20        email chain dated March 2, 2012, was
21        hereby marked for identification, as
22        of this date.)
23      Q.    So Exhibit 6, if you turn to the
24  first full page of text, is an email from
25  happykcc@hotmail.com to firgodj@aol.com.
```

1                    WHITE

2        A.    Because those who send their

3    children to Catholic schools, they're not

4    on the board.  They're not -- they're not

5    there to make sure our children get an

6    education.  The people that are on the

7    board are the people responsible for the

8    education of the children.

9        Q.    The next paragraph says, "For

10    the past three years, I have been speaking

11    with students, parents, teachers, and

12    concerned individuals in our community and

13    beyond.  Everyone feels disenfranchised

14    and beaten by the system and the board

15    members who control (dominate the board)."

16            Can you give me any examples by

17    name of students with whom you spoke?

18        A.    I'm not going to give you

19    examples of students of whom I spoke.  I

20    spoke with students and parents and

21    teachers.  That's something that I -- that

22    people come to me and can me questions.

23    I'm not going to give you their names and

24    tell you this is who I spoke with.  And

25    that was -- that was many, many, many,

1                 WHITE

2     many people that I spoke with.

3          Q.     Can you give me examples --

4          A.     Upset.  People that are upset.

5          Q.     Can you give me examples by name

6     of students with whom you spoke?

7          A.     Of students, no.

8          Q.     Can you give me examples by name

9     of parents with whom you spoke?

10         A.     The people that the parents that

11    goes to the schools thousands of students.

12    There are thousands of public school

13    children.  I spoke to some of their

14    parents and some of the students.

15         Q.     Can you --

16         A.     Some have graduated from --

17    since -- since they spoke.  Some have not.

18    Some are not.

19         Q.     Are you finished?

20         A.     I can't remember their names

21    right now.

22         Q.     Okay.  So you can't name any

23    parents with whom you spoke that --

24         A.     Besides the parents that I --

25    that are on the list, on the list that you

```
 1              WHITE
 2   showed me before, the people on the
 3   mailing list --
 4       Q.    Are you referring to an exhibit
 5   we looked at?
 6       A.    All the people on Exhibit 1,
 7   whether they are -- they were parents or
 8   concerned citizens, felt that we are
 9   disenfranchised.
10       Q.    So you remember having
11   conversations with all or some of the
12   persons --
13       A.    Many of them.
14       Q.    Can you please let me finish my
15   question before you answer.
16       A.    Please finish.
17       Q.    So do you remember having
18   conversations with all or some of the
19   persons listed as present at the meeting
20   on Exhibit 1?
21       A.    I remember having conversations
22   with a lot of them.
23       Q.    Can you identify which persons
24   you're referring to?
25       A.    Dr. Susan Gordon, Peggy Hatton,
```

```
 1              WHITE
 2   myself, Curtis Whitehead, Tony Luciano,
 3   Michael Miller.
 4        Q.    So you spoke --
 5        A.    I said Peggy Hatton.
 6        Q.    Were you --
 7        A.    Those were some.
 8        Q.    Were you referring to any
 9   particular conversations you had with
10   these parents in your letter of Exhibit 6?
11        A.    Say that again.
12        Q.    In Exhibit 6, you say that you,
13   in speaking with parents, and you just
14   testified that some of those parents are
15   identified on Exhibit 1.
16              And my question is whether you
17   have a specific memory about any of the
18   conversations you had with those parents
19   that you used when writing this letter.
20        A.    I didn't -- the parents -- the
21   people that I -- they're not all parents,
22   you know.  They're concerned citizens, not
23   all parents.  And it's -- the reason why
24   they are on this list or they get involved
25   is because they are concerned about what's
```

1                    WHITE

2    going on in the district, the lack of

3    education the kids were getting.  So the

4    mere fact that they are there, it proves

5    that they care, and they want change.  And

6    we talk about what's going on in the

7    school.  We are upset about the lack of

8    education.  We feel that the kids are

9    being neglected.

10        Q.    Sitting here today, can you

11   identify by name any of the teachers with

12   whom you spoke --

13        A.    No.

14        Q.    -- that you referenced in your

15   letter?

16        A.    No.

17        Q.    So the next paragraph starts by

18   saying, "Accommodations are made for white

19   voters but not for black voters."

20            So is it your -- when you wrote

21   this letter, what did you mean by that?

22        A.    It's exactly what it says.  The

23   following practices are discriminatory,

24   because they either make it easier for

25   white voters or more difficult for voters

```
 1              WHITE
 2  help them.
 3      Q.    Did you ever observe a poll
 4  worker being unhelpful to voters of color?
 5      A.    Yes.
 6      Q.    Can you give me an example?
 7      A.    I don't have an example, because
 8  I don't really remember.  You're asking me
 9  to give you an example of everything,
10  which -- this is really -- I think this is
11  ridiculous.  I wrote a letter to the
12  NAACP, voicing my concerns about the lack
13  of education or the issues in the school
14  district.  And I get -- I come here.  I
15  spend hours.  And you're grilling me as if
16  I committed a crime.  So I really think
17  this is unfair.  And this is what I'm
18  talking about disenfranchisement.  If
19  anybody write a letter or open their
20  mouths of what's going on, and they get
21  treated like this, people are not coming
22  out to complain about anything.  Me?  This
23  won't stop me.  I will write another
24  letter.  I'll write ten letters.  But this
25  is -- this is what I'm talking about.
```

1          WHITE
2      Q.    You're saying that this
3  deposition is discriminatory?
4      A.    It's ridiculous that you're
5  grilling me about something -- a letter I
6  wrote.  I am not part of this lawsuit.
7      Q.    This letter was filed in this
8  litigation.  You see the top part?
9      A.    It doesn't matter.  I'm just
10  telling you.  You're asking me to read
11  every bullet point, every -- and you're
12  asking me the same questions multiple
13  times.  You know, and all I did was write
14  a letter.
15      Q.    So you're saying this -- when
16  you said this is ridiculous, what are you
17  referring to?
18      A.    I'm referring to the type of
19  questions you are asking me and how you're
20  asking me the same questions over and
21  over.  And I don't know what answers you
22  want from me.  When I answer to the best
23  of my ability, you still ask me the same
24  questions again.  So -- but all I did was
25  write a letter, you know, and I'm getting

1
2                      I N D E X
3
   WITNESS                 EXAMINATION BY        PAGE
4
   EMILIA WHITE            MS. KOLLM             4
5
6
7
                    E X H I B I T S
8
   WHITE                  DESCRIPTION           PAGE
9
   Exhibit 1      East Ramapo Stakeholders   60
10                 Minutes of Meeting of
                   December 10, 2009
11
   Exhibit 2      Official results of the    88
12                 May 2009 election
13 Exhibit 3      East Ramapo Stakeholders   102
                   Minutes of Meeting of
14                 March 2, 2010
15 Exhibit 4      An email dated             143
                   April 23, 2013
16
   Exhibit 5      An email chain dated       155
17                 May 11, 2013
18 Exhibit 6      An email chain dated       158
                   March 2, 2012
19
20
21
22
23
24
25

```
1
2                    CERTIFICATION
3
4      I, SHARON PEARCE, a Notary Public for
5   and within the State of New York, do
6   hereby certify:
7      That the witness whose testimony as
8   herein set forth, was duly sworn by me;
9   and that the within transcript is a true
10  record of the testimony given by said
11  witness.
12     I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of
16  this matter.
17     IN WITNESS WHEREOF, I have hereunto
18  set my hand this 7th day of February,
19  2019.
20
21  _____
22  SHARON PEARCE, RMR, CRR
23               *      *      *
24
25
```