# EXHIBIT 33

1
2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    - - - - - - - - - - - - - - - - - - - -x
4
    NATIONAL ASSOCIATION FOR THE
5  ADVANCEMENT OF COLORED PEOPLE,
    SPRING VALLEY BRANCH; JULIO
6  CLERVEAUX; CHEVON DOS REIS; ERIC
    GOODWIN; JOSE VITELIO GREGORIO;
7  DOROTHY MILLER; HILLARY MOREAU;
    and WASHINGTON SANCHEZ,
8
                Plaintiffs,
9                      17 Civ. 8943
         -against-
10
    EAST RAMAPO CENTRAL SCHOOL
11  DISTRICT and MARYELLEN ELIA, IN HER
    CAPACITY AS THE COMMISSIONER OF
12  EDUCATION OF THE STATE OF NEW
    YORK,
13
                Defendants.
14
    - - - - - - - - - - - - - - - - - - - -x
15
              February 25, 2019
16               10:02 a.m.
17        Deposition of STEVEN WHITE,
18  taken by Defendant, pursuant to Notice,
19  held at the offices of Morgan Lewis
20  Bockius LLP, 101 Park Avenue, New York,
21  New York, before Sharon Pearce, a
22  Registered Merit Reporter, Certified
23  Realtime Reporter, and Notary Public of
24  the State of New York.
25           *     *     *

```
 1                  S. WHITE
 2  S T E V E N     W H I T E,
 3           having first been duly sworn by
 4             Sharon Pearce, the Notary Public,
 5             was examined and testified as
 6             follows:
 7  EXAMINATION
 8  BY MS. KOLLM:
 9      Q.    Good morning, Mr. White.
10      A.    Good morning.
11      Q.    My name is Clara Kollm, and I
12  represent the East Ramapo Central School
13  District in this litigation.
14            Will you please state your full
15  name for the record.
16      A.    Steven White.
17      Q.    Do you understand that you're
18  here today pursuant to a subpoena?
19      A.    Yes.
20      Q.    Are you represented by counsel
21  today?
22      A.    Yes.
23      Q.    Is that your lawyer sitting next
24  to you?
25      A.    Correct.
```

1                    S. WHITE

2    seems to be the best term to describe the

3    division between the two sides.  It

4    becomes complicated.  You have some people

5    who are members of the Hasidic community

6    who send their kids to public school.  So

7    it becomes complicated to find a good

8    term.

9            So for the most part, what you

10   have is people searching for a term that

11   seems to describe what you want to talk

12   about accurately.  And it's never really

13   good.  There's never -- I've never seen

14   anybody come up with a good accurate term

15   that describes that.  I know that's a long

16   answer, but that's about the best I can do

17   to describe what that particular term

18   might mean there.

19       Q.    So when you referred to the

20   private school community, you were

21   referring to Orthodox or Ultra-Orthodox

22   Jews in East Ramapo?

23            MS. BARBIERI:  Objection.

24       A.    That would be -- that would be

25   the majority of the people included in

1              S. WHITE

2    that -- in that particular term.

3         Q.    Who else would be included?

4         A.    Well, it's not that it would

5    include others.  It's that if you said

6    it's the Hasidic community, you would be

7    saying there are members of the Hasidic

8    community who aren't part of the private

9    school community.  So they're not -- the

10   two terms are not exactly equal.  I would

11   say private school community would be a

12   subset of the Ultra-Orthodox or Hasidic

13   community, not the other way around.

14        Q.    So can you give into an example

15   of who would be a member of the Hasidic

16   community who wouldn't also be a member of

17   the private school community?

18        A.    We had a school board member.

19   His name was Stone.  And he made a point

20   of pointing out that he was Orthodox and

21   he sent his kids to public school.

22        Q.    Do you have a first name?

23        A.    Is it Richard Stone?  I think it

24   was Richard Stone.

25        Q.    So let's go back to the

```
 1              S. WHITE
 2    Jewish landlords who are -- who have
 3    become the absentee landlords in most of
 4    Spring Valley.  And so -- and so this is
 5    what I'm referring to when I talk about
 6    labor camp.
 7         Q.    So are you saying that the
 8    Orthodox are trying to turn Rockland
 9    County into a labor camp for the non-White
10    people who will work as domestic servants
11    for them?
12         A.    No.  I'm very clear that it's
13    Spring Valley.
14         Q.    So are you saying that the
15    Orthodox community in Spring Valley is
16    trying to turn Rockland County into a
17    labor camp for the non-White people who
18    will work as domestic servants for them?
19         A.    No.  I'm not saying anyone is
20    trying to turn Rockland County into a
21    labor camp.  I'm saying it's -- Spring
22    Valley is being used -- I mean, that's
23    pretty clear from what it says here.
24         Q.    I'll try one more time.
25              So are you saying that the
```

```
 1              S. WHITE
 2   Orthodox community is trying to turn
 3   Spring Valley into a labor camp for the
 4   non-White people who will work as domestic
 5   servants for them?
 6       A.   I'm saying it is currently being
 7   used as a labor camp.
 8       Q.   Are you using "labor camp" for
 9   the specific purpose of referring to the
10   Holocaust where Jews were actually put in
11   real labor camps?
12       A.   No.  The word "labor camp"
13   predates the Holocaust by a long time.
14       Q.   Why did you use "labor camp"
15   here?
16       A.   Labor camp is a place where
17   people live temporarily while they're
18   doing work.  It's lodging.  So when New
19   York State was settled, and the loggers
20   came to log New York State, they lived in
21   labor camps.  That's where they slept.
22   That's where they ate.  It's not a home.
23   It's a place where your workers are
24   lodged.
25              And so the essence of the
```

```
 1              S. WHITE
 2   for the other people living in the
 3   neighborhood to cause them to want to get
 4   out of that neighborhood.
 5      Q.    So when you're referring to
 6   segregation in housing, you're referring
 7   to the segregation we discussed earlier
 8   with Orthodox Jews and other members of
 9   the East Ramapo community; is that right?
10            MS. BARBIERI:  You have to keep
11       your voice up.  I can barely hear you.
12       You're mumbling.
13            MS. KOLLM:  I will do my best.
14            MS. BARBIERI:  You can talk
15       louder.
16      Q.    Do you need me to repeat the
17   question, Mr. White?
18      A.    Yes.  Please repeat the
19   question.
20      Q.    So when you were referring to
21   segregation in housing, your referring to
22   the segregation we discussed earlier with
23   the Orthodox Jews and other members of the
24   East Ramapo community; is that right?
25      A.    So the -- what we discussed
```

1              S. WHITE
2    earlier included creating gated segregated
3    communities which are by one racial ethnic
4    group only.  The group that happens to be
5    doing that in East Ramapo also happened to
6    be Orthodox Jewish for the most part.
7         Q.    What do you mean when you say
8    "also happened to be"?
9         A.    What I mean is that it doesn't
10   make a difference the religion of the
11   people who are doing these actions.
12   That's not the important part.  The
13   important part is that people of other
14   ethnicities/races are not allowed into
15   these areas.
16        Q.    Isn't their Orthodox religion
17   important to the people who are moving
18   into those communities?
19             MS. BARBIERI:  I can't hear you.
20        Q.    Isn't the religion important to
21   them?
22             MS. BARBIERI:  Them?  Meaning
23        who?
24        Q.    Meaning the persons moving into
25   the segregated housing.

1                    S. WHITE
2    conversation about the socioeconomic
3    relationships between different
4    communities in the area.  This is
5    something that I feel I have some
6    awareness of.  And I try to share it, and
7    sometimes I don't share it as eloquently
8    as I would like to.  But this is a
9    document about racial social economic
10   justice for the Black, brown, Latino
11   people of color that live in my community
12   and how we can achieve a more balanced and
13   more fair and more socially just community
14   by addressing the fact that there are a
15   lot of inequities and there are power
16   differentials in the community.
17        Q.    Are you finished?
18        A.    Yes.
19        Q.    Just for the record, Mr. White,
20   you're a White man; correct?
21        A.    Correct.
22        Q.    Okay.  Let's take a quick break.
23              (Luncheon recess:  12:15 p.m.)
24
25

1                    S. WHITE

2        Q.      What is Power of Ten?

3        A.      It's an email newsletter.

4        Q.      And you manage the Power of Ten

5    email newsletter?

6        A.      Correct.

7        Q.      You're the only one who sends

8    out the newsletter; right?

9        A.      Correct.

10       Q.      When did you first create the

11   Power of Ten newsletter?

12       A.      It was maybe 2009 or 2010.

13       Q.      And you have always been the

14   only person who has sent out newsletter

15   for Power of Ten; is that right?

16       A.      Correct.

17       Q.      And you have a Power of Ten

18   email address; right?

19       A.      Correct.

20       Q.      Does any other person have a

21   Power of Ten email address?

22       A.      No.

23       Q.      Who creates the Power of Ten

24   content?

25       A.      Mostly me.

1           S. WHITE

2       Q.    Is it fair to say that you write

3   most of the content on Power of Ten

4   newsletter?

5       A.    Yes.

6       Q.    And there's also a Power of Ten

7   website; right?

8       A.    Correct.

9       Q.    Is it fair to say that you write

10  most of the content on the Power of Ten

11  website?

12      A.    Yes.

13      Q.    If content is written by someone

14  other than you, then you typically

15  attribute it to that person; is that

16  right?

17      A.    Correct.

18      Q.    And you approve all of the

19  content on the Power of Ten website;

20  right?

21      A.    Yes.

22      Q.    And you approve all content

23  on -- within the Power of Ten newsletter;

24  right?

25      A.    Correct.

1                S. WHITE

2      Q.      And any person can subscribe to

3   the Power of Ten newsletter; right?

4      A.      Correct.

5      Q.      How often does the Power of Ten

6   newsletter go out?

7      A.      Maybe twice a month.

8      Q.      Has that always been the case?

9      A.      It varies with need.  Sometimes

10  the month might go by with nothing, and

11  sometimes there might be three or four in

12  a month.

13     Q.      How many persons subscribe to

14  the Power of Ten newsletter today?

15     A.      I think I have about 6,000 email

16  addresses.

17     Q.      Can you list for me the other

18  groups that you are involved with that are

19  involved in school board elections within

20  the district?

21     A.      Currently, this year, you're

22  talking about?

23     Q.      Sure.

24     A.      I don't know of any other -- I

25  don't know of anyone who's actually

```
 1              S. WHITE
 2   involved in school board elections this
 3   year.
 4        Q.    And by this year, you're
 5   referring to the upcoming 2019 school
 6   board election?
 7        A.    Correct.
 8        Q.    What about for the 2018 school
 9   board election?
10        A.    2018 school board elections was
11   adopted by the group Strong East Ramapo.
12        Q.    And what was your involvement
13   with Strong East Ramapo?
14        A.    I'm the treasurer.
15        Q.    Are you familiar with a group
16   called the East Ramapo Stakeholders
17   Republic Education?
18        A.    Yes.
19        Q.    Was that group active in school
20   board elections within the district?
21        A.    Yes.
22        Q.    When did that group begin
23   working -- when did East Ramapo
24   Stakeholders Republic Education, to your
25   knowledge, get involved in the district
```

1                S. WHITE

2    wanted to do the work.

3        Q.    And what was that group called?

4        A.    Concerned Citizens.  I think

5    that's what they were called.  Concerned

6    Citizens of East Ramapo, something like

7    that.

8        Q.    Are you involved or were you

9    involved in 2011 or '12 with Concerned

10   Citizens of East Ramapo?

11       A.    Yes.

12       Q.    In what capacity?

13       A.    I gave them technical support,

14   helped build the web page and things like

15   that.

16       Q.    Do you know if the East Ramapo

17   Stakeholders group was formally

18   incorporated or otherwise registered with

19   the State of New York?

20       A.    I believe it was not.

21       Q.    So going back, what have your

22   various roles been related to the East

23   Ramapo Stakeholders when it was in

24   existence?

25       A.    2007, I was a regular assistant

1          S. WHITE

2  on the campaign, making some phone calls,

3  things like that.  2008, I was candidate.

4  2009, I was the -- what was the word they

5  used for it again?  The chairman they

6  called me.  The chairman of the East

7  Ramapo Stakeholders.  And I was --

8  continued to be the chairman until it

9  dissolved in 2011 -- I think probably

10  2011.  Yeah.

11      Q.    And the East Ramapo Stakeholders

12  group is involved in slating candidates

13  for school board elections?

14      A.    Yeah.

15      Q.    In your opinion, what was your

16  greatest accomplishment as the chairman of

17  the East Ramapo Stakeholders?

18      A.    I think I helped the group to

19  create a more democratic process and open

20  it up more to the whole general public as

21  a whole.

22      Q.    A democratic process to slate

23  candidates for school board?

24      A.    Right.

25      Q.    And how did you do that?

1                    S. WHITE
2        A.      We held public forums, we
3    invited the public to come, and we invited
4    all eligible people who were interested in
5    running for school board to come and
6    participate.
7        Q.      When was the first year that you
8    held a public forum for potential school
9    board candidates?
10        A.      2009.
11        Q.      Where did that take place?
12        A.      Oh, gosh.  I think that might
13    have been at the Finkelstein Library.
14        Q.      Do you remember approximately
15    how many people attended?
16        A.      Maybe 50 or 60 people.  It might
17    have been at the Rockland Community
18    College extension, now that I'm thinking
19    about it.  It was either of those two
20    places, I believe.
21        Q.      Okay.  Did you have more than
22    one forum for potential candidates in
23    2009?
24        A.      No.
25        Q.      Did you continue to host forums

```
1                    S. WHITE
2    made some flyers, but I can't really
3    remember.
4        Q.    Would Power of Ten distribute
5    this information?
6        A.    Yeah.
7        Q.    Does Power of Ten endorse
8    candidates for school board?
9        A.    Yes.
10       Q.    In 2009, do you recall who the
11   candidates of Power of Ten endorsed?
12       A.    There was -- it was Leonardo
13   Vera and Emilia White and Peggy Hatton.
14       Q.    So going back for a second.
15             You said you ran for the school
16   board in 2008; is that right?
17       A.    Correct.
18       Q.    Did you receive any endorsements
19   for your candidacy?
20       A.    No.
21       Q.    Did you seek any endorsements
22   for your candidacy?
23       A.    No.  Well, it was -- it was a
24   strange year, because the president of the
25   school board, Nathan Rothschild, had
```

1                    S. WHITE

2    ready.  And then when it came time to hand

3    in the petitions -- because you still had

4    to go out and gather petitions -- we

5    handed in the petitions, and somebody else

6    handed in the petitions, and boom, I did

7    have an opponent.  And so I never ended up

8    getting on the school board after all that

9    preparation.

10        Q.    Do you recall who your opponent

11   was?

12        A.    Aaron Weeder.  Apparently, there

13   was some disagreement between

14   Mr. Rothschild and Mr. Weeder.

15   Mr. Rothschild was the one who had told us

16   there wouldn't be any opposition if we

17   only ran one person.

18        Q.    So you were ultimately the one

19   public school candidate who ran for school

20   board in 2008?

21        A.    Correct.

22        Q.    Did you vote for yourself in

23   2008?

24        A.    It's a long time ago.  I hope I

25   did.

1                S. WHITE
2   candidacy for school board in 2008?
3       A.    I think that people, when
4   they're considering who to vote for, think
5   about how is each candidate going to
6   represent the issues that are important to
7   my particular racial group.
8       Q.    And your racial group was the
9   public school community?
10      A.    No.  That's not a racial group.
11      Q.    What was your racial group?
12      A.    Well, I'm White.  But the
13  question is not my race.  The question is
14  for a person who's a member of a racial
15  group who is going to vote, they're going
16  to ask themselves how will each candidate
17  who is running for office best represents
18  the issues that are important to me and my
19  racial group.
20      Q.    Do you believe that you best
21  represented the interests of the minority
22  communities in the district in the 2008
23  election?
24      A.    Yes, I did.
25      Q.    Why do you believe that?

1                    S. WHITE

2     the segregationist communities in New

3     Square and Monsey."

4              Do you see that?

5         A.    Yes.

6         Q.    What did you mean by "controlled

7     by the segregationist communities in New

8     Square and Monsey"?

9         A.    Well, political and economic

10    life would refer to who gets elected to

11    office and who is in control of the means

12    of production in the community.

13        Q.    Your campaign was not designed

14    to appeal to communities in New Square and

15    Monsey, was it?

16             MS. BARBIERI:  Objection.

17        A.    No.

18        Q.    Did you ever deliver this

19    speech?

20        A.    It was a long time ago.  I don't

21    remember delivering the speech.  But I see

22    that it's something that is written as a

23    speech.  So most likely, I did.

24        Q.    So can you read with me.  I'm

25    going down to the fifth paragraph on the

```
1              S. WHITE
2              (S. White Exhibit 7, Official
3        School Board Election results dated
4        May 21, 2013, was marked for
5        identification, as of this date.)
6        Q.    So Exhibit 7 is the official
7    results for the May 2013 school board
8    election.
9              Who were the public school
10   candidates in 2013?
11       A.    We endorsed Margaret Tuck,
12   Eustache Clerveaux, and Robert Forrest.
13       Q.    And when you say "we," you mean
14   the public school community?
15       A.    That year -- because there have
16   been several different groups that have
17   come along that have wanted to be the ones
18   that, you know, were operating.  I believe
19   that year was a group called Save Our
20   Schools.  I believe Robert Forrest was the
21   president of Save Our Schools.
22       Q.    So in 2013, the public school
23   candidates endorsed by Save Our Schools
24   were Margaret Tuck, Eustache Clerveaux,
25   and Robert Forrest; is that right?
```

1               S. WHITE

2       A.      Yes.

3       Q.      What race is Margaret Tuck?

4       A.      She's African American.

5       Q.      And what race is Robert Forrest?

6       A.      African American.

7       Q.      What about Bernard Charles?

8       A.      African American.

9       Q.      Pierre Germain?

10      A.      African -- well, he's Haitian

11  descent, African American.

12      Q.      Eustache Clerveaux?

13      A.      Same.

14      Q.      And Maraluz Corado.

15      A.      She's Latina.

16      Q.      How did you determine which

17  slate to endorse?

18      A.      I think this was the year that

19  was the year after there were no

20  candidates.  And there was going to be no

21  candidates that year also.  No one had

22  come forward.  No one had been wanting to

23  run a campaign.  There was no action

24  whatsoever.  And it was Robert Forrest who

25  came forth at the last minute really and

1                    S. WHITE

2    tagged on to the end of the document when

3    I -- when I created a revised version in

4    2013 maybe.  But whether or not I actually

5    distributed it or not, I don't remember.

6               (S. White Exhibit 9, An email

7          dated March 11, 2013, with attachment,

8          Bates PL0023470, was marked for

9          identification, as of this date.)

10        Q.    So Exhibit 9 is an email from

11   Steve White to steve@poweroften.us dated

12   March 11, 2013.

13             Do you see that?

14        A.    Yes.

15        Q.    So I'd like to direct your

16   attention to Bullet 3, which starts at the

17   bottom of the first page and continues on

18   to the next page.  So I'm going to read

19   that first paragraph.

20             "The Board of Education election

21   is fast approaching.  There is a lot at

22   stake for the public school students.  As

23   many of you know, there is a huge budget

24   deficit that threatens the very foundation

25   of education for every East Ramapo

1              S. WHITE

2    student.  We need three candidates who are

3    thoroughly familiar with all issues facing

4    the district.  The East Ramapo

5    Stakeholders for public education has

6    experience in assisting candidates in

7    forming a unified campaign and platform

8    based on community concerns as well as

9    providing voter information, coordinating

10   volunteers, and fundraising for school

11   board candidates.  If you or someone you

12   know is considering running for the school

13   board, please have a look at the candidate

14   questionnaire at" -- and then there's a

15   hyperlink to the Power of Ten called

16   "Candidate Questionnaire."

17            Do you see that?

18        A.    I see.

19        Q.    It says, "Please send your

20   answers to steve@poweroften.us by Friday,

21   March 15th."

22            Do you see that?

23        A.    I see.

24        Q.    Does this refresh your

25   recollection about the procedure in 2013?

1           S. WHITE

2    want, which is what the goal of running a

3    questionnaire is."

4           So it may have been that Bob

5    Forrest became president of Save Our

6    Schools after he was the school board

7    candidate and not before.  It may have

8    been -- the creation of Save Our Schools

9    may have come out of this particular 2013

10   campaign.

11       Q.    So it was your idea in 2013 to

12   reach out to the public with a "call for

13   candidates"?

14       A.    Yeah.  I've always been the one

15   to remind people that you need to make the

16   process as democratic as possible.  And I

17   constructed the questionnaires and the

18   forums and collecting all the data from

19   all the people who attended the forums and

20   in order to be able to provide the public

21   with some idea of -- that they are the

22   ones who are being consulted in all of

23   this.  They are the ones who are being

24   represented.

25       Q.    And is the questionnaire in

1                    S. WHITE

2    2013 -- was it only available in English?

3        A.    The questionnaire was only

4    available in English.

5        Q.    Do you remember how many persons

6    filled out the 2013 candidate

7    questionnaire?

8        A.    Oh, I don't remember.

9        Q.    Do you remember if it was more

10   than five?  Fewer than five?

11       A.    I don't remember.

12       Q.    Do you remember how you went

13   from calling for candidates in March of

14   2013 and then endorsing a public school

15   slate before the 2013 election?

16       A.    Well, this is the way the

17   process is set up.  And I remember that

18   being the year that we had a lot of

19   difficulties coming off of a year where we

20   had no campaign at all.  But it's -- the

21   way it's supposed to be set up is you call

22   for people to throw their hat in the ring,

23   and then you gather from them their

24   responses to these questions, which are

25   actually -- the questions are all based on

1          S. WHITE

2    information from the Center For Public

3    Education web page to find out -- to get

4    some feedback from them about their

5    understanding of being a school board

6    member.

7              And then you share their

8    responses with the public when they come

9    to the forum, and then they are offered an

10   opportunity to present themselves to the

11   public.  The public is offered an

12   opportunity to rate the candidates.  And

13   after we collect those ratings, we bring

14   it back to the group of people who have

15   been candidates in previous elections.

16             So I hunt up all the people who

17   have previously ever been a candidate and

18   ask them to come together to a meeting and

19   sit down and review all of this to try to

20   put together the final slate of

21   candidates.

22       Q.    And you've been organizing this

23   process since approximately 2009; is that

24   right?

25       A.    Yes.

1                S. WHITE

2        Q.    And that process is still going

3   on today?

4        A.    Yes.  And remember, I'm coming

5   out of my experience in 2008 when there

6   was a deal made and there was no

7   consultation of the public, and nobody

8   was -- people had a bad taste in their

9   mouth from having to make a deal with the

10  school board president about, "Well, you

11  guys pick a school board candidate and

12  we'll make a deal."  And that left a very

13  bad taste in my mouth and in other

14  people's feelings that this is not the

15  correct way to go about representing

16  yourself as a representative of the

17  public, is to have smoke-filled backroom

18  deals.

19            And so I made sure that there

20  wasn't going to be any more smoke-filled

21  backroom deals, that we're always going to

22  reach out to the public, you know, and

23  more or less, we were successful, some

24  years better than others, mostly just due

25  to logistical challenges, lack of

1             S. WHITE
2    enthusiasm on the part of people.
3    Sometimes it would be hard to find anybody
4    who is -- really wanted to run for school
5    board.
6             But in most years, it seems that
7    we got a fairly good response of people
8    willing to run and a fairly good response
9    of people coming out to our forums or
10   sending emails or in other ways being
11   supportive and responsive to the more
12   democratic process that I was trying to
13   instill.
14       Q.    Was the questionnaire
15   distributed to the public in any other way
16   other than the Power of Ten newsletter?
17       A.    The announcement was made to the
18   local press.  We sent out announcements
19   too.  But it was not always passed on.
20   Sometimes -- there was sometimes when the
21   general news might publish something and
22   sometimes when they wouldn't have an
23   article about the --
24       Q.    Were you finished?
25       A.    Yes.

1                S. WHITE

2        Q.    Do you have personal knowledge

3    that your candidate questionnaire was ever

4    published on any other medium besides

5    Power of Ten?

6        A.    No.  It wouldn't be -- it would

7    be a link.  That's not how it works.

8        Q.    I see.

9        A.    Other people would pass on the

10   link to get to it.  But it has to be in

11   one place, because you're collecting all

12   the information at one place.  So --

13       Q.    So the candidate questionnaire

14   is always on the Power of Ten website;

15   right?

16       A.    Yes.  Yes.  The candidate

17   question -- the actual questionnaire

18   itself, the link to the questionnaire

19   could be passed around in many different

20   way, whether it's formally, informally.

21   But in order to access the questionnaire,

22   you would have to access the

23   questionnaire.  It doesn't live in

24   multiple places on the internet.  That's

25   not how the internet works.

```
 1              S. WHITE
 2      Q.    Does anyone besides yourself
 3  have access to the answers of potential
 4  candidates before you circulate it?
 5      A.    No.
 6      Q.    So you just a moment ago said no
 7  more deals.
 8            What did you mean by that?
 9      A.    The year that I ran for school
10  board, there was a deal made between
11  Nathan Rothschild and Mimi Calhoun.  And
12  people who had been activists in the
13  community were asked to abide by that deal
14  and to refrain from running for school
15  board in order so that Mr. Rothschild
16  would make sure that there would be no
17  opposition to our candidate.
18      Q.    So to your knowledge, what was
19  the deal that ensured there would be no
20  opposition to your candidate?
21      A.    If you run only one candidate,
22  that candidate will not be opposed.
23      Q.    What's wrong with that deal?
24      A.    It leaves out the -- it leaves
25  out the public.  It's a smoke-filled
```

1                    S. WHITE

2              (S. White Exhibit 11, Official

3        Election Results dated May 15, 2012,

4        Bates PL0070467, was marked for

5        identification, as of this date.)

6        Q.    So Exhibit 11 is the official

7    school board results for 2012.

8              Does this refresh your

9    recollection as to whether there were

10   public school candidates running for the

11   school board in 2012?

12       A.    Yes.  Definitely.

13       Q.    Who were the public school

14   candidates running for the school board in

15   2012?

16       A.    It was Foskew, Rivera, and

17   Thompson.  That was the Concerned Citizens

18   year, 2012.

19       Q.    And Power of Ten endorsed

20   Foskew, Thompson, and Rivera?

21       A.    Correct.

22              (S. White Exhibit 12, Official

23        Election Results dated May 20, 2014,

24        was marked for identification, as of

25        this date.)

```
 1              S. WHITE
 2      Q.    So Exhibit 12 is the official
 3 results from the May 2014 school board
 4 election.
 5              Do you see any public school
 6 candidates who ran for office in 2014?
 7      A.    This is the year we didn't have
 8 anybody.
 9      Q.    Okay.  So why didn't you have
10 any public school candidates in 2014?
11      A.    I think no one came forward.
12 There was no -- there was no interest.
13 That was the year of complete apathy.  So
14 it wasn't 2013, which was after -- 2013
15 was before.  2015 was the year after.  So
16 that's why I didn't remember -- that's why
17 2013 we did have a process, because 2013
18 we hadn't yet hit that point.
19      Q.    Does this help you recall
20 anything about the process in 2013?
21      A.    Yeah.  2013 would have been --
22 wouldn't have been the year that was --
23 that there was all of the confusion,
24 because that was the year that -- that was
25 the year before the year with no
```

1           S. WHITE

2       Q.    Who was a member of Stakeholders

3  at that time?

4       A.    There was a -- there was a good

5  group of people who were meeting.  We had

6  Mimi, Steve Price, Suzanne Young Mercer,

7  Dr. Gordon, Professor Gordon, Jodi Fox,

8  Peggy Hatton, Tony Luciano.  Who else used

9  to go?  Carole Anderson.  These are all

10 people who would regularly meet.  There

11 were others too, but I'm not remembering

12 all of them.

13      Q.    Okay.  If you remember any

14 others, just let me know.

15           Were you still the chairman of

16 the Stakeholders?

17      A.    I became chairman in 2009.  And

18 I thought I had stopped using the name

19 after 2011.  But apparently, I used it

20 once more in 2013.  That must have been

21 the last time.  But people had already

22 stopped meeting regularly by the time 2013

23 came around.

24

25

1           S. WHITE
2      Q.    Did Power of Ten endorse any
3  candidates for school board in the 2014
4  election?
5      A.    No.
6      Q.    Why not?
7      A.    No one coordinated themselves
8  together to present themselves to the
9  public.
10          MS. BARBIERI:  Could we take a
11      quick break?
12          MS. KOLLM:  Sounds good.
13          (Recess)
14  BY MS. KOLLM:
15      Q.    So before the break, we were
16  just talking about the 2014 election.
17          Do you remember that?
18      A.    Yeah.
19      Q.    So I want to hand you what's
20  going to be marked as the next exhibit.
21          (S. White Exhibit 14, An email
22      chain dated January 4, 2015, Bates
23      SW-0000018885, was marked for
24      identification, as of this date.)
25      Q.    So Exhibit 14 is an email from

1                S. WHITE

2       Q.    So Exhibit 15 is the official

3  results from the May 2015 school board

4  election.

5             Who were the public school

6  candidates endorsed by Power of Ten?

7       A.    Sabrina, Natashia, and myself.

8       Q.    And it looks like there are two

9  three-way races, the seat of Jacob

10  Lefkowitz -- the candidates were Sabrina,

11  Jacob Lefkowitz, and Alan Keith Jones; is

12  that right?

13      A.    That's correct.

14      Q.    And for the seat of Mr. Solomon,

15  there are three individuals -- yourself,

16  Juan Pablo Ramirez, and Mr. Eisenbach; is

17  that right?

18      A.    Correct.

19      Q.    Why did Power of Ten endorse

20  Sabrina, yourself, and Ms. Morales over

21  any other candidate who ran in 2015?

22      A.    In 2015 was that year when there

23  was so much disorganization.  And there

24  was no candidate in 2014.  And I believe

25  that Natashia really kind of just

                    S. WHITE

1    persuaded myself and Sabrina to get

2    involved.  I don't remember the process

3    that we had.  I do remember there being

4    forums.  I remember attending some kind of

5    a forum where Mr. -- I believe Mr. Jones

6    attended.

7         Q.    What race is Mr. Jones?

8         A.    I believe he's African American.

9         Q.    And what race is Mr. Ramirez?

10        A.    He's Latino.

11        Q.    So can you please turn back to

12   Exhibit 8.  It is the email from you to

13   Ms. Morales dated February 23, 2015.

14        A.    Okay.  Yeah.

15        Q.    So we've now established that in

16   the 2015 elections, you and Ms. Morales

17   ran as part of the same slate; is that

18   right?

19        A.    Correct.

20        Q.    So do you recall why you are

21   sending Ms. Morales the attachments and

22   the text within Exhibit 8?

23        A.    It looks like it was just to

24   inform her of the history of campaigns and

```
 1              S. WHITE
 2      Q.     And does the school board have a
 3  role with regard to nonpublic school
 4  students within the district?
 5      A.     There are some -- there are some
 6  roles that the board has that pertain to
 7  nonpublic schools.  Yes.
 8      Q.     Did you take a position in your
 9  2015 campaign on any of those roles?
10      A.     I don't know.  There had been an
11  ongoing problem with the school board
12  approving, spending public funds on
13  nonpublic education, for which they were
14  cited by the State Education Department
15  and eventually, after multiple lawsuits,
16  were forced to stop the practice.  So we
17  might have had a position about spending
18  public funds illegally on nonpublic
19  education.  That's possible.
20      Q.     Did you campaign in any
21  neighborhoods where the parents primarily
22  sent their children to nonpublic schools?
23      A.     We did not.
24      Q.     Was it part of your platform in
25  2015 to oppose the plan of the Orthodox
```

1                    S. WHITE

2    Jewish community to use Spring Valley as a

3    non-White labor camp?

4        A.    I don't think that was part of

5    the school campaign.  Excuse me.

6               Okay.  Sorry about that.

7               MS. KOLLM:  Just for the record,

8         Mr. White received a phone call and

9         silenced it.

10       Q.    Thank you.

11              Did your 2015 platform attempt

12   to appeal to Orthodox voters within the

13   district in any way?

14       A.    I believe there are some people

15   in the Ultra-Orthodox community who do

16   support public education.  And if they --

17   if they approved what we were saying, then

18   that might be something that might appeal

19   to them.

20       Q.    So I understand.

21              My question is not whether

22   persons in the Orthodox community

23   supported your platform.  It's whether

24   there was anything within your platform

25   that was designed to elicit support from

1              S. WHITE

2    the Orthodox community.

3         A.    Not specifically.  There

4    wasn't -- it wasn't -- it wasn't

5    designed -- it wasn't designed

6    specifically to address any specific needs

7    that the Orthodox community would have

8    separate from the public school community.

9    But it wasn't excluding anyone from the

10   Orthodox community who would have had the

11   same feelings about the value of public

12   education that we had.

13        Q.    Is that a typical stance for

14   public school candidates who run for

15   school board in the district?

16           MS. BARBIERI:  Objection.

17        A.    So I think that the platforms

18   have been about education and haven't been

19   about the school board -- when you're

20   running for a school board, you have to

21   run based on issues.  And there are going

22   to be some people from every different

23   racial ethnic background who are going to

24   agree with your issues or disagree with

25   your issues.

```
 1              S. WHITE
 2          For the most part, the issues
 3    that we were raising were issues which
 4    were broadly supported by people of color
 5    because they had their children in the
 6    public schools, and they would benefit
 7    from increased school funding and things
 8    like that.  And for the most part, it was
 9    opposed by people who don't use the public
10    schools, because that wasn't a benefit
11    that they saw for themselves.
12          However, there would have been a
13    few people on each side who -- for whom
14    the appeal was not that way.  I know that
15    there were some people in the Orthodox
16    communities, the Ultra-Orthodox Jewish
17    communities and the modern Orthodox Jewish
18    communities.  We've got a variety of
19    Jewish communities in the district,
20    including people who are just ethnically
21    Jewish like myself, who have different
22    opinions about public education.  So, you
23    know, even though it wasn't tailored or
24    designed to a person such as myself who is
25    ethnically Jewish versus someone who is my
```

```
 1              S. WHITE
 2   neighbor who might be a person who is not
 3   Jewish but might agree with that.
 4          So it wasn't really -- we didn't
 5   tailor our campaign to focus specifically
 6   for a particular ethnic or a religious or
 7   racial group.  But we did know that there
 8   would be certain majorities from within
 9   those groups who would support or oppose
10   the campaign based on the information that
11   we are giving.
12      Q.    In your 2015 campaign for school
13   board, did you or your slate take a
14   position on taxes?
15      A.    Well, the taxes for schools,
16   that's the school budget vote.  And there
17   had been a number of years where we
18   purposefully did not take a position on
19   the school budget vote.  And the reason
20   was because --
21      Q.    Can I pause you just for a
22   second?  Which years are you referring?
23      A.    I would say -- I would say that
24   there was not a position like a yes or no.
25   When you saw the campaign literature that
```

1          S. WHITE

2    opinion was an inadequate budget.

3        Q.    I know I interrupted you.  Did

4    you have something else to say?

5        A.    No.  That's all.

6        Q.    Okay.

7              (S. White Exhibit 16, Official

8        Election Results dated May 17, 2016,

9        was marked for identification, as of

10       this date.)

11       Q.    So Exhibit 16 is the official

12   results of the school board election in

13   May 2016.

14             Who were the public school

15   candidates endorsed by Power of Ten in the

16   2016 election?

17       A.    It would be Foskew and Fields

18   and Natashia Morales and Sabrina.

19       Q.    And can you tell me the race of

20   each candidate?

21       A.    Foskew is White.  Fields is

22   African American.  Natashia is Latina.

23   Sabrina is African American of Haitian

24   descent.

25       Q.    And can you tell me the races of

1                    S. WHITE
2       each of their opponents?
3           A.      Charles is African American.
4       Pierre Germain is African American of
5       Haitian descent.   Weissmandl is White.
6       That's all.
7           Q.      Thank you.
8                   (S. White Exhibit 17, An email
9           dated December 18, 2015, with a
10          questionnaire, Bates EW-0000019847,
11          was marked for identification, as of
12          this date.)
13          Q.      So Exhibit 17 is an email from
14      Steve White dated December 18, 2015, to
15      several people.   The subject line is
16      "2016candidatequestionnaire.docx."   And if
17      you look on the back, the page with Bates
18      No. EW0000019848, you'll see a document
19      titled "The 2016 East Ramapo School Board
20      Candidate Questionnaire."
21                  Do you see that?
22          A.      I see it.
23          Q.      Did you write the 2016 East
24      Ramapo School Board Candidate
25      Questionnaire?

1                    S. WHITE

2       A.    Yes.  Well, I should say a

3   certain amount of this is still being

4   plagiarized from -- well, it's not

5   plagiarized.  I gave credit to the Center

6   For Public Education.

7       Q.    You compiled the document titled

8   "2016 East Ramapo School Board Candidate

9   Questionnaire"?

10      A.    Yes.

11      Q.    Okay.  And I'm going back to the

12  first email on the page ending in 19847.

13  And you say, "Dear former candidates for

14  school board, some of you came on Monday

15  to discuss the 2016 campaign.  We agreed

16  to hold a public forum in January on

17  either Wednesday, the 20th, or Saturday,

18  the 23rd.  Work to be done is write a

19  press release, post a questionnaire for

20  potential candidates, update the web page

21  and Facebook page to reflect our

22  activities."  And then there are links to

23  Facebook and a web page for

24  Charles-Pierre, Morales, White.  And then

25  it says "Questionnaire attached."

1                S. WHITE

2          Do you see that?

3     A.    I see.

4     Q.    So why did you send out this

5 email to the former candidates for the

6 school board?

7     A.    Asking for help with the work

8 that needs to be done.

9     Q.    Had anyone started the 2016

10 campaign for school board prior to you

11 sending this email on December 18, 2015?

12     A.    I don't know if anyone had done

13 anything.  From looking at this, I see

14 this looks like it's -- we had already met

15 on Monday.  So probably -- this was

16 December 18th.  So probably sometime

17 during the month of December, somebody

18 said, "Hey, we need to do something."  And

19 I had to invite people to something that

20 had happened on Monday to discuss how are

21 we going to do this.  And part of the

22 process of what happened on Monday was we

23 tried to pick a date for a forum.  And we

24 had a couple of tentative dates that we

25 had worked out for the forum.

1                S. WHITE

2        Q.    Is this forum a public forum or

3    is it a forum to discuss potential

4    candidates for the public school slate?

5        A.    No.  The public forum.

6        Q.    And at the public forum in early

7    January -- or late January -- excuse me --

8    potential school board candidates would

9    announce their candidacy or something

10   else?

11       A.    Yes.  They would present

12   themselves to the public.  The public

13   would be handed copies of the

14   questionnaires that were filled out with a

15   rating system for them to review the

16   candidates.  And then I would collect that

17   information and bring it back to the list

18   of people who you see on the top of this

19   email most likely, all former candidates.

20       Q.    Why wasn't Alan Jones included

21   as a former candidate?

22       A.    These are the former candidates

23   who have all been previously parts of our

24   campaigns.  So I wouldn't include former

25   candidates of people who had not worked

```
 1              S. WHITE
 2   with us.
 3       Q.    And by "us," you're referring to
 4   the public school community; is that
 5   right?
 6       A.    No.  I mean, it's the group of
 7   people who have all been working together
 8   on campaigns.  If I worked together with
 9   Sabrina and Robert Forrest, I don't
10   remember which year that Mr. Jones ran,
11   but, you know, we all -- part of the deal
12   is if you want to be -- if you want to
13   receive endorsements, if you want to
14   participate with others, part of the deal
15   is that you agree to the process and to
16   participate with the process.  If you show
17   up and say, "I'm going to run
18   independently of whatever anybody else
19   wants to do," you're perfectly welcome to
20   run independently of what everybody else
21   wants to, but you're not part of the joint
22   process that everyone else is working on
23   together.
24       Q.    So Mr. Jones in 2015 ran
25   independently and was not part of the
```

1                    S. WHITE

2     slating process for which you were

3     involved; is that right?

4          A.    I don't think that he ever

5     submitted -- I can't say I know for sure

6     if he ever submitted a questionnaire or

7     if -- I think he just basically

8     pronounced, you know, I'm going to be a

9     candidate.  And it was -- to be honest,

10    Mr. Jones' campaign was a little bit of a

11    oddball.  He did attend a forum.  I

12    remember him attending a forum, and he and

13    I were both discussing the issues.  And

14    every question that came up, I would give

15    an answer, and he would say, "Well, I

16    agree with everything Mr. White says."

17    And I was, like, "Well, why are you

18    running against if you're just going to

19    agree?  Why don't you just work with us?"

20    It was, you know, crazy.

21              But that's how -- that's how he

22    was.  He was a little bit of a strange

23    person.  And, you know, he was welcome to

24    participate.  If he submitted himself to

25    be a candidate, he was welcome to

1              S. WHITE

2    participate, fill out the form, comment.

3    He might well have been selected,

4    actually.  You know, through the whole

5    process we had always, like, a person --

6    for example, the year that Peggy

7    Hatton was the candidate, it was --

8        Q.    Oh, I'm sorry.  She ran for more

9    than one year.

10       A.    Okay.  It was the first year

11   when she was the candidate when it was

12   Leonardo Vera and Emilia White.

13       Q.    So 2009.

14       A.    And there was another man who

15   was going to be a candidate.  And the way

16   we worked it out was is that even if

17   you're not selected to be one of the

18   original slate, you're going to be --

19   which is what happened to me in 2008 --

20   you're going to be a backup.

21            So there was a woman -- what was

22   her name again?  And she came to the

23   Gordons, and she met with us, and she was

24   absolutely adamant that she wasn't going

25   to participate in our process and was

1              S. WHITE

2     going to be on her own.  And she felt that

3     she could succeed.  And we said, "Well,

4     look, you know, please be part -- you can

5     be -- there's an election every year.  You

6     can be part of it this year as support.

7     You will be considered as a backup in the

8     event that, you know, someone can't run.

9     And there's always next year.  And we

10    would love -- and then you would have a

11    year of campaigning under your belt so

12    that you could be a great candidate, and,

13    you know, we would be happy to consider

14    you as just the same as everybody else."

15    And she did.

16             And then what happened was the

17    guy dropped out.  And it would have been

18    her.  She would have been on the list.

19    But she ended up being an opponent because

20    she just did not like to work with others.

21    And it was kind of sad because she was a

22    really nice lady and had good intentions

23    and it was a shame that she ended up

24    running against Peggy Hatton and I can't

25    remember her name.  She was a PTA person,

                    S. WHITE

1

2   very nice lady.

3          (S. White Exhibit 18, Official

4      Election Results dated May 19, 2009,

5      was marked for identification, as of

6      this date.)

7      Q.    So since we are talking about

8   the 2009 election in which Ms. Hatton ran,

9   I wanted to introduce Exhibit 18, which is

10   the official results from the 2009

11   election.  And it looks like Peggy or

12   Margaret Hatton had two opponents:

13   Mr. Solomon and Ms. Watson.

14          Is Ms. Carolyn Watson to whom

15   you've been referring?

16      A.    That's right.  Yes.

17      Q.    And so Ms. Watson did not

18   participate in what was at the time the

19   stakeholder slating process; is that

20   correct?

21      A.    Correct.  Well, she

22   participated, but then she opted out.

23      Q.    Okay.

24      A.    By participated, I mean she came

25   to a meeting.  I remember if she came to

1                S. WHITE

2    one or two meetings and basically tried to

3    convince us -- tried to convince us that

4    we shouldn't have a process, that we

5    should be back to the old smoke-filled

6    backroom process.

7        Q.    Do you recall if Ms. Watson --

8    never mind.  So let's go back to

9    Exhibit 17.

10               Why wasn't Ms. Watson included

11   in your December 18, 2015 email?  She's a

12   former candidate of the school board.

13       A.    Well, she had opted not to be

14   participating in our process.  That's the

15   same thing with Mr. Jones.  It was --

16   it's -- if you opt out of the process,

17   then you've opted out.

18       Q.    So it's a one-time opt-out?

19   It's not an annual opt-out?  Is that

20   right?

21       A.    No.  I mean, each year, there's

22   an opportunity to present yourself as a

23   candidate, to be one of the candidates

24   who's part of the process.  And then this

25   list of people are the list of

1               S. WHITE

2   ex-candidates who have been part of the

3   process. So he was always -- anyone is

4   always perfectly eligible and welcome to

5   respond to the questionnaire and to come

6   to the forum and to present themselves to

7   the public.

8           And then once you've gone

9   through that process and the public has

10  said, "I like you," and then you -- these

11  are the people who had experience being

12  part of our process inside of the

13  campaign. So Mr. -- Ms. Watson and

14  Mr. Jones didn't have that experience.

15  They had never been part of our process of

16  running a campaign and how to do all of

17  the things.

18         So the reason for putting this

19  group of people together is because they

20  had the institutional knowledge of how

21  things work. And it's a technical

22  process. Their role is not a -- it is not

23  really so much that of an arbiter.

24  They're not the plebiscite. They are the

25  technical experts who have had experience

1          S. WHITE

2    with the process before and can help to

3    guide the process to being successful.

4        Q.    So the same reasons would have

5    precluded Mr. Juan Pablo Ramirez from

6    receiving your December 2015 email; is

7    that right?

8        A.    Yeah.  That's right.  This

9    particular group of people is just the

10   people who have participated in our

11   campaigns.  And that's a complicated

12   process.  First of all, you have to put

13   together a platform together with other

14   people.  You have to, like, have

15   disagreements and work through your

16   disagreements and then decide, okay, and

17   show that capability of working together

18   and then go out onto the campaign trail

19   and all the things you learned.  And

20   that's why they are on this list, because

21   they've done that.  So if you haven't done

22   that, then you wouldn't be on this list.

23       Q.    And so only the persons on that

24   list are the ones who decide the slate for

25   that year.

1                    S. WHITE
2        A.    Yes.  Well, they're not exactly
3    the decider.  They're more of the filter.
4    It's very interesting, because I put it
5    together kind of as a way of preventing
6    possible -- a possible slate which didn't
7    have as good a chances of winning.
8    Because, you know, it's possible that you
9    might hold a forum one year, and everybody
10   who came to the forum, like, kind of
11   picked three candidates who were not going
12   to work well together.  I was just
13   anticipating a possibility of that.
14             So I left it open.  I didn't
15   make it, like, a kind of a democratic
16   election process which was final from the
17   public.  I wanted to have that one last
18   step where people who were experts in the
19   technical details of running a campaign
20   would be able to make sure we put together
21   a slate that worked well.
22             But the interesting coincidence
23   of it was that they never ever had to
24   overrule the public.  In each and every
25   situation, whenever the public rating

1          S. WHITE
2 system came out, it was always the top
3 three people that the public liked always
4 turned out to be the three people that the
5 group -- I call them the council of
6 elders -- would always be satisfied with
7 that and go forward with the top raters
8 from the public, which -- there was one
9 year where there was a tie between me and
10 Steve Price, very early on.  I remember we
11 were having -- there was a big debate
12 going back and forth, you know.
13      Q.    Do you remember what year?
14      A.    That would have been 2010 was
15 the year that Steve Price ran, because it
16 turned out to be Steve Price.  I was so
17 happy because I really didn't want to be
18 the candidate.  And that was the year --
19 what was it?  It was -- Price, Young
20 Mercer, and Luciano I think was the three
21 that year.  Yeah.  And the public was
22 tied.  And it was the council of elders
23 that had to cast the tiebreaker.  And even
24 that was tied right down to the last vote.
25 There was only one vote by one vote that I

S. WHITE

1
2  was so happy that it was Steve Price.
3      Q.    Who was on the council of elders
4  that year?
5      A.    In 2010?  It would have still
6  been the Stakeholders organization at that
7  time.  There hadn't yet been a number
8  of -- all of these people hadn't yet been
9  candidates.  It was a much smaller group
10  of people who were candidates.  And at
11  that time, you didn't have to be a
12  ex-candidate.  It included people who had
13  been a part of the Stakeholders
14  organization before I ever got involved
15  who had been running campaigns since
16  before I ever even got involved, people
17  like Carole Anderson.
18      Q.    So Carole Anderson is still on
19  your email at Exhibit 17; right?
20      A.    Yeah.  Well, she went on to
21  become a candidate one year.
22      Q.    Oh, I see.
23           So when did you decide to limit
24  the -- what you called the council of
25  elders to former candidates?

1                    S. WHITE

2       A.     Well, I had to put it together

3    when the Stakeholders no longer existed.

4       Q.     So approximately 2013?

5       A.     Yeah, because 2012 was the year

6    Concerned Citizens came along.  And then

7    2013, that was another one of the years I

8    don't have a good remembrance of exactly

9    how it was put together.  But certainly

10   after 2013, Stakeholders was now history,

11   and we had to figure out how to have that

12   final -- how to that final process was

13   going to go.

14      Q.     I want to hand you what's going

15   to be marked Exhibit 19.

16            (S. White Exhibit 19, An email

17        dated January 12, 2016, with

18        attachment, Bates SW-0000020987, was

19        marked for identification, as of this

20        date.)

21      Q.     So Exhibit 19 is a

22   January 12, 2016, email from you to

23   poweroften@npogroups.org dated -- and if

24   you'll see Bullet 4, which begins on the

25   backside of the page, you say, "It's time

1              S. WHITE

2    to start thinking about the May school

3    board and budget vote."

4              And then if you go on, it looks

5    like you decided that Thursday,

6    January 28th, was going to be the date of

7    the public forum.  And you go on to say,

8    "Our goal is to strengthen the unity in

9    our community and to provide the very best

10   support to a unified slate of candidates."

11             Do you see that?

12        A.    Mm-hmm.

13        Q.    Did you write that?

14        A.    Yes.

15        Q.    And then at the bottom of Bullet

16   4 it said, "Those who wish to run should

17   fill this Google form."

18             Do you see that?

19        A.    Yes.

20        Q.    And that's the Google form that

21   was attached to Exhibit 17?

22        A.    17.  Let me see.

23        Q.    It's on the backside.

24        A.    No.  That's not a Google form.

25   This is the printed material.

1                    S. WHITE

2        Q.    Did the Google form have the

3    same questions from the attachment to

4    Exhibit 17?

5        A.    Yes.

6              (S. White Exhibit 20, An email

7        dated February 9, 2016, was marked for

8        identification, as of this date.)

9        Q.    So Exhibit 20 is an email from

10   you.  It's actually an email string

11   involving two emails from

12   steve@poweroften.us.  The earliest is

13   dated February 4, 2016, and then the

14   subsequent email is dated

15   February 9, 2016.

16             The first sentence at the top of

17   Exhibit 20 says, "As promised, last night,

18   we invited all the former candidates from

19   years past to gather and to consider how

20   to put together an effective slate of

21   candidates for this year.  They considered

22   the opinions given by people who attended

23   the forum (there were unfortunately not

24   very many) and the questionnaire answers

25   that you all provided.  We are happy to

1                    S. WHITE

2    report that we have formed the mothers of

3    education, four women who represent

4    diverse backgrounds and skills and have

5    each a personal stake in the district.

6    They are Jean Fields, Kim Foskew, Sabrina

7    Charles-Pierre, and Natashia Morales."

8    And then in my recitation, I left out the

9    parentheticals that are in Exhibit 20.

10            So my question is do you

11   remember who attended the forum referenced

12   in the second sentence?

13       A.    I don't remember who attended

14   the forum, no.

15       Q.    Do you remember who filled out

16   the candidate questionnaire for the 2016

17   election?

18       A.    That would be everybody who this

19   email is sent to.

20       Q.    Why do you say that?

21       A.    Well, it's an email to tell

22   people -- it's an email that tells the

23   people who had -- who had agreed that they

24   would be willing to be school board

25   candidates the results of the selection

1                S. WHITE

2    process.

3        Q.    If you go down towards the

4    bottom of the same email, it says,

5    "Special thanks are due to all of you who

6    are willing to serve on this most

7    difficult board."

8              What did you mean by that?

9        A.    I'm not seeing that.  Where is

10   it?

11       Q.    It's right above your signature.

12       A.    Oh, I see.  Not at the bottom of

13   the whole thing.  At the bottom of that

14   one particular paragraph there.  I see it.

15   Yes.

16       Q.    What did you mean by that?

17       A.    Well, I'm being appreciative of

18   people who are willing to volunteer their

19   time to be on the East Ramapo School

20   Board.

21       Q.    What did you mean specifically

22   by "willing to serve on this most

23   difficult board"?

24       A.    So being a member of the East

25   Ramapo School Board is not an easy thing.

1                S. WHITE

2    Meetings routinely run into the wee hours

3    of the morning.  There is a lot of

4    contentious issues that come up.  Two

5    school board members resigned from the

6    positions and wrote letters that were

7    published about the terrible difficulties

8    they had as school board members and had

9    to redesign because they felt decisions

10   were being taken in their name without

11   their consultation.  That was Suzanne

12   Young Mercer and Steven Price.

13            And so almost everything about

14   East Ramapo has become very difficult.  We

15   just recently had our district clerk

16   resign, and the person who was hired to

17   replace her resigned after one week.  And

18   the district clerk told me when she goes

19   to the clerk conventions, she has sympathy

20   from everyone for her most difficult clerk

21   position.

22            So almost everything -- the

23   teachers in East Ramapo face the

24   difficulty of not knowing if they are

25   going to have a job next year because of

```
 1              S. WHITE
 2  all the slews of layoffs.  So almost
 3  everything is difficult.
 4      Q.    So can you tell me the race of
 5  the people who you sent this
 6  February 9, 2016, email to?
 7      A.    I think so.  Yeah.  D. Sachs'
 8  name is not there, but I believe that's
 9  David Sachs.  I believe he's White.  David
10  Curry is White.  Natashia is Latina.  Tim
11  Scott is African American.  Hamadi Martin,
12  African American.  Sabrina Charles-Pierre,
13  African American.  Kim Foskew is White.
14  Ed Joseph, African American.
15              (S. White Exhibit 21, A
16      compilation of candidate
17      questionnaires, Bates SW-0000052536,
18      was marked for identification, as of
19      this date.)
20      Q.    So Exhibit 21 is a compilation
21  of what appears to be your candidate
22  questionnaires; is that right?
23      A.    Yeah.  These appear to be answer
24  for the candidate questionnaires.  Yes.
25      Q.    And this appears to be for 2016;
```

1                    S. WHITE

2   right?

3        A.    Yes.

4        Q.    So can you bring out Exhibit 16.

5        A.    Excuse me.  Can I take a

6   bathroom break?

7        Q.    Yes.

8              (Recess)

9   BY MS. KOLLM:

10       Q.    So Power of Ten endorsed the

11  2016 public school candidates; right?

12       A.    Correct.

13             (S. White Exhibit 22, A Power of

14       Ten newsletter dated May 24, 2016, was

15       marked for identification, as of this

16       date.)

17       Q.    So if you look at -- so

18  Exhibit 22 is the May 24, 2016, Power of

19  Ten newsletter.  And if you look at the

20  page that in the bottom right says 4 of 8.

21       A.    Yes.

22       Q.    It says, "Message from our

23  candidates."

24             And those are the public school

25  candidates for 2016?

```
 1              S. WHITE
 2   certainly, there isn't a lot of what you
 3   would call general campaigning activity
 4   going on.
 5        Q.    Okay.
 6              (S. White Exhibit 23, Official
 7        Election Results dated May 16, 2017,
 8        was marked for identification, as of
 9        this date.)
10        Q.    So Exhibit 23 are the additional
11   results for the 2017 school board
12   election.
13              Can you tell me who the public
14   school candidates were in 2017 who Power
15   of Ten endorsed?
16        A.    Manigo, Goodwin, and Dos Reis.
17        Q.    And those three individuals are
18   also plaintiffs in this litigation; is
19   that right?
20        A.    I'm not 100 percent sure who's
21   plaintiffs and who's not.
22        Q.    Do you know how many candidates
23   filled out the candidate questionnaire
24   linked on Power of Ten in 2017?
25              MS. BARBIERI:  Objection.
```

```
 1                    S. WHITE
 2    something about it?
 3         Q.    That makes sense.
 4               But you never solicited
 5    Mr. Charles or Mr. Germain; right?
 6         A.    No.
 7               (S. White Exhibit 26, Official
 8         Election Results dated May 15, 2018,
 9         was marked for identification, as of
10         this date.)
11         Q.    So do you have Exhibit 26 in
12    front of you?
13         A.    Exhibit 26.  Yes.
14         Q.    And Exhibit 26 is the results
15    for the May 2018 school board election.
16               Can you tell me who the public
17    school candidates endorsed by Power of Ten
18    were in this election.
19         A.    Sabrina, Miriam, and Joselito.
20               (S. White Exhibit 27, An email
21         dated February 4, 2018, Bates
22         SW-0000023941, was marked for
23         identification, as of this date.)
24         Q.    Exhibit 27 is an email from you
25    to you.  It says, "Thank you."  And it
```

1                S. WHITE

2  says, "Thank you for responding to the

3  school board candidates questionnaire."

4  And it's dated February 4, 2018.

5          So my question is do you

6  remember who filled out the 2018 school

7  board candidate questionnaire?

8      A.      There were a number of people.

9  Do we have any -- no.  I think what

10  happened was I blind copied, so I don't

11  have the list here on this email.  I don't

12  remember everyone.  No.

13      Q.      Do you remember anyone?

14      A.      2018?  Who was at the forum?

15  Now let me try to remember.

16      Q.      Were the candidates who became

17  the public school slate part of the forum

18  in 2018?

19      A.      Yes.

20      Q.      Do you recall if the candidates

21  who formed the public school slate in 2018

22  filled out your 2018 candidate

23  questionnaire?

24      A.      They did.

25      Q.      Is there anyone else who you can

1          S. WHITE

2    remember filled out the 2018 candidate

3    questionnaire or participated in the 2018

4    forum?

5        A.    There were.  There were others.

6    Because I remember we had to have the

7    conversation.  We had to tally it up, and

8    then we had to have the conversation like

9    we did every other year.  Maybe I'm just

10   getting tired.  This is just last year

11   now, and I can't remember who was there.

12   Was it -- Vince Sykes was one of them, I

13   think?  Was he the year before?  No.  I

14   think he was -- maybe he was last year.

15   Vince Sykes.  And then -- wow.  There

16   were -- there were, I would say, five or

17   six at least.

18       Q.    If you remember, just please let

19   me know.

20            Did you limit the 2018 slating

21   process to former candidates like you had

22   previous years?

23       A.    We did --

24            MS. BARBIERI:  I'm sorry.  Could

25       I have that question read back.

```
 1                S. WHITE
 2           (The requested portion of the
 3      record was read.)
 4      A.    So I assume you're asking about
 5 the -- what I call the council of elders.
 6      Q.    Yes.  The council of elders.
 7      A.    Yes.  I sent an email to those
 8 who had previously been candidates, asking
 9 them to participate in the process of
10 finalizing the slate.
11      Q.    So have you already endorsed the
12 slate for the 2019 school board election?
13      A.    We have not.
14      Q.    Is it fair to say that you've
15 been involved with the slating process for
16 the public school slate of school board
17 candidates in every election from 2013
18 onward?
19      A.    Yes.
20      Q.    Okay.  Let's take a break.
21           (Recess)
22           (S. White Exhibit 28, A letter
23      dated August 16, 2017, Bates
24      PL0072412, was marked for
25      identification, as of this date.)
```

1
2                    I N D E X
3
   WITNESS              EXAMINATION BY        PAGE
4
   STEVEN WHITE
5
6
7
                    E X H I B I T S
8
   S. WHITE            DESCRIPTION            PAGE
9
   Exhibit 1           An email dated         8
10                     December 28, 2016,
                       with attachment,
11                     Bates SW-0000045534
12 Exhibit 2           An email dated         63
                       August 18, 2012,
13                     with attachment,
                       Bates SW-0000013033
14
   Exhibit 3           An email dated         106
15                     February 14, 2013,
                       with attachment,
16                     Bates SW-0000014375
17 Exhibit 4           Official Election      121
                       Results dated
18                     May 20, 2008
19 Exhibit 5           An email dated         124
                       October 14, 2014,
20                     with attachment,
                       Bates SW-0000044187
21
   Exhibit 6           An email dated         130
22                     October 8, 2012,
                       with attachment,
23                     Bates SW-0000013216
24
25

```
 1
 2                    I N D E X(Cont'd)
 3
 4                    E X H I B I T S
 5  S. WHITE              DESCRIPTION              PAGE
 6  Exhibit 7             Official School          143
                          Board Election
 7                        Results dated
                          May 21, 2013
 8
    Exhibit 8             An email dated           147
 9                        February 23, 2015,
                          with attachment,
10                        Bates SW-0000044478
11  Exhibit 9             An email dated           150
                          March 11, 2013,
12                        with attachment,
                          Bates PL0023470
13
    Exhibit 10            Power of Ten             160
14                        website printout
15  Exhibit 11            Official Election        165
                          Results dated
16                        May 15, 2012,
                          Bates PL0070467
17
    Exhibit 12            Official Election        165
18                        Results dated
                          May 20, 2014
19
    Exhibit 13            An email chain dated     170
20                        February 25, 2014,
                          Bates SW-0000017556
21
    Exhibit 14            An email chain dated     173
22                        January 4, 2015,
                          Bates SW-0000018885
23
    Exhibit 15            Official Election        182
24                        Results dated
                          May 15, 2015
25
```

1
2                        I N D E X(Cont'd)
3
4                        E X H I B I T S
5    S. WHITE          DESCRIPTION              PAGE

6    Exhibit 16        Official Election        196
                       Results dated
7                      May 17, 2016
8    Exhibit 17        An email dated           197
                       December 18, 2015,
9                      with a questionnaire,
                       Bates EW-0000019847
10
     Exhibit 18        Official Election        205
11                     Results dated
                       May 19, 2009
12
     Exhibit 19        An email dated           212
13                     January 12, 2016,
                       with attachment,
14                     Bates SW-0000020987
15   Exhibit 20        An email dated           214
                       February 9, 2016
16
     Exhibit 21        A compilation            218
17                     of candidate
                       questionnaires, Bates
18                     SW-0000052536
19   Exhibit 22        A Power of Ten           219
                       newsletter dated
20                     May 24, 2016
21   Exhibit 23        Official Election        245
                       Results dated
22                     May 16, 2017
23   Exhibit 24        An email dated           247
                       February 13, 2017,
24                     with attachments,
                       Bates SW-0000045602
25

1
2                    I N D E X(Cont'd)
3
4                     E X H I B I T S
5   S. WHITE          DESCRIPTION                PAGE
6   Exhibit 25        An email dated             249
                      February 10, 2017,
7                     Bates SW-0000019457
8   Exhibit 26        Official Election          252
                      Results dated
9                     May 15, 2018
10  Exhibit 27        An email dated             252
                      February 4, 2018,
11                    Bates SW-0000023941
12  Exhibit 28        A letter dated             255
                      August 16, 2017,
13                    Bates PL0072412
14  Exhibit 29        An email dated             287
                      June 17, 2012,
15                    with attachment,
                      Bates SW-0000012811
16
    Exhibit 30        An email dated             290
17                    January 11, 2013,
                      with attachment,
18                    Bates SW-0000000112
19  Exhibit 31        An email dated             291
                      January 19, 2013,
20                    with attachment,
                      Bates SW-0000014070
21
    Exhibit 32        An email dated             298
22                    January 22, 2013,
                      with attachment,
23                    Bates SW-0000014081
24
25

1
2                    I N D E X(Cont'd)
3
4                     E X H I B I T S
5   S. WHITE           DESCRIPTION              PAGE
6   Exhibit 33         An email dated           300
                       May 15, 2016,
7                      with attachment,
                       Bates SW-0000045461
8
    Exhibit 34         An email dated           317
9                      January 15, 2013,
                       Bates SW-0000013578
10
    Exhibit 35         An email dated           317
11                     August 7, 2012,
                       Bates SW-0000012992
12
    Exhibit 36         An email chain dated     319
13                     August 9, 2012,
                       Bates SW-0000012997
14
    Exhibit 37         An email dated           320
15                     September 15, 2013,
                       Bates SW-0000035092
16
    Exhibit 38         An email dated           321
17                     December 25, 2014,
                       Bates SW-0000025665
18
19
20
21
22
23
24
25

CERTIFICATION

I, SHARON PEARCE, a Notary Public for
and within the State of New York, do
hereby certify:

That the witness whose testimony as
herein set forth, was duly sworn by me;
and that the within transcript is a true
record of the testimony given by said
witness.

I further certify that I am not
related to any of the parties to this
action by blood or marriage, and that I am
in no way interested in the outcome of
this matter.

IN WITNESS WHEREOF, I have hereunto
set my hand this 26th day of February,
2019.

*Sharon Pearce*

_____
SHARON PEARCE, RMR, CRR
                    *        *        *