# EXHIBIT 34

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -X

NATIONAL ASSOCIATION FOR THE ADVANCEMENT

OF COLORED PEOPLE, SPRING VALLEY BRANCH, et al.

                Plaintiff,

   v.                             17 Civ. 8943

EAST RAMAPO CENTRAL SCHOOL DISTRICT, et al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

DEPOSITION OF ARON WIEDER

New York, New York

Wednesday, October 10, 2018

Reported by:

LEONORA L. WALKER

JOB NO. 149147

1    A. WIEDER

2         A R O N   W I E D E R

3   The witness herein, having first been duly affirmed by

4   a Notary Public for the State of New York was

5   questioned and responded as follows:

6             THE COURT REPORTER: State your name and

7        address for the record, please.

8             THE WITNESS: Aron Wieder. My address?

9        My home address?

10            15 Dorsett Road, Spring Valley, New York

11       10977.

12  EXAMINATION BY

13  MR. MANGAS:

14       Q    Good morning, Mr. Wieder.

15       A    Good morning.

16       Q    Have you been deposed before?

17       A    No.

18       Q    Since it's your first time I'll be

19  brief, but I'll give a couple of ground rules that

20  hopefully that will make the day go a little more

21  smoothly.

22            Number one, is I'm going to try to ask

23  my questions clearly so that you understand them. If

24  there's anything about my questions today that you

25  don't understand, will you please let me know and ask

1                    A. WIEDER

2              MR. CRAVENS: Objection to the form.

3       A      Correct.                                    12:40

4       Q      But notwithstanding that, you understand

5  that the decisions made to control or reduce the public

6  budget when they have an impact on public schools that   12:40

7  the impact is primarily felt by black and latino

8  students, correct?

9              MR. CRAVENS: Objection to form.              12:40

10      A      Can you ask the question again?

11      Q      Sure. You understand that policies,

12 budget cuts, or budget control of the public schools,    12:40

13 those policies primarily impact students who are black

14 or latino, correct?

15      A      Correct.                                    12:41

16      Q      In paragraph 30 you say, to my knowledge

17 the Orthodox and Hasidic Jewish communities do not use

18 a formal slating process.                                12:41

19             What's a formal slating process?

20      A      Formal slating process, what I would

21 mean to say is that for the most part, as least as far   12:41

22 as I know, people are interested and they become

23 candidates for whatever reason there might be, and once

24 they are candidates, people, leaders in the community    12:42

25 will then try to find out a little bit more about all

Page 84

1  A. WIEDER

2  the candidates and then make a decision who to endorse.

3  Q   So in the context of East Ramapo school    12:42
4  board elections, the first step is the community
5  leaders will interview and speak to potential
6  candidates in the community, correct?           12:42

7          MR. CRAVENS:  Objection to the form.

8  A   You're going to have to explain that to
9  me because as I said, I can only speak for me.  I can   12:43
10 only speak for my candidacy, so my candidacy I was
11 approached by one person.  He felt I should run.  I
12 decided to run.  Once I became a candidate, I then went  12:43
13 to others, other leaders in the community and I asked
14 them for their support.

15 Q   The person that you were referring to    12:43
16 was Rabbi Horowitz?

17 A   Yes.

18 Q   What is the process for speaking to and   12:43
19 endorsing candidates for the school board?

20 A   There is many.  It's all sort of
21 communities.  Many leaders, many rabbis, activists,    12:43
22 many people.

23 Q   About how many?

24 A   I wouldn't be able to tell you.          12:43

25 Q   More than ten?

1  A. WIEDER
2
3  5:39
4
5  ---------------------I N D E X-------------------------
6  5:39

7  WITNESS    EXAMINATION BY    PAGE
8  A. Wieder           Mr. Mangas              6
9  5:39
10 ----------------------E X H I B I T S------------------

| PLAINTIFF'S | | PAGE | |
|---|---|---|---|
| Exhibit 1 | Subpoena Duces Tecum | 26 | 5:39 |
| Exhibit 2 | Subpoena to produce documents | 26 | |
| Exhibit 3 | Declaration of Aron Wider | 40 | |
| Exhibit 4 | E-mail | 112 | 5:39 |
| Exhibit 5 | E-mail | 120 | |
| Exhibit 6 | E-mail | 130 | |
| Exhibit 7 | E-mail | 136 | 5:39 |
| Exhibit 8 | E-mail | 139 | |
| Exhibit 9 | E-mail | 144 | |
| Exhibit 10 | Flyer | 146 | 5:39 |
| Exhibit 11 | Flyer | 146 | |
| Exhibit 12 | E-mail | 146 | |
| Exhibit 13 | Flyer | 146 | 5:39 |
| Exhibit 14 | Yiddish Document | 152 | |

```
 1                    A. WIEDER

 2   Exhibit 15    Article                      152

 3   Exhibit 16    Yiddish Flyer                195          5:39

 4   Exhibit 17    English Version of Flyer  196

 5   ----------------------E X H I B I T S------------------

 6   PLAINTIFF'S                               PAGE          5:39

 7   Exhibit 18    Letter                       199

 8   Exhibit 19    E-mail                       205

 9   Exhibit 20    E-mail                       214          5:39

10   Exhibit 21    Newsletter                   219

11   Exhibit 22    Newsletter                   222

12   Exhibit 23    Proposed budget              225          5:39
```