# EXHIBIT A

Page 1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2
   Case No. 7:17-cv-08943
3  - - - - - - - - - - - - - - - - - - - -x
4  NATIONAL ASSOCIATION FOR THE
   ADVANCEMENT OF COLORED PEOPLE, SPRING
5  VALLEY BRANCH; JULIO CLERVEAUX; CHEVON
   DOS REIS; ERIC GOODWIN; JOSE VITELIO
6  GREGORIO; DOROTHY MILLER; HILLARY
   MOREAU; and WASHINGTON SANCHEZ,
7
                          Plaintiffs,
8
            -against-
9
   EAST RAMAPO CENTRAL SCHOOL DISTRICT and
10 MARYELLEN ELIA, IN HER CAPACITY AS THE
   COMMISSIONER OF EDUCATION OF THE STATE
11 OF NEW YORK,
12                        Defendants.
13 - - - - - - - - - - - - - - - - - - - -x
14
                     November 8, 2018
15                   9:14 a.m.
16
17       Deposition of EUSTACHE CLERVEAUX, taken
18 by attorneys for Defendant East Ramapo Central
19 School District. pursuant to subpoena, held at
20 the offices of Morgan Lewis & Bockius LLP, 101
21 Park Avenue, New York, New York, before Helen
22 Mitchell, a Registered Professional Reporter and
23 Notary Public.
24
25

1           E U S T A C H E    C L E R V E A U X,
2      having been first duly sworn by the Notary
3      Public (Helen Mitchell), was examined and
4      testified as follows:
5      EXAMINATION
6      BY MS. KOLLM:
7              Q      Good morning.
8              A      Good morning.
9              Q      My name is Clara Kollm, and I'm
10     here representing the East Ramapo Central School
11     District.
12                    Can you please state your full
13     name for the record?
14             A      Eustache Clerveaux.
15             Q      Do you understand that you're
16     here today pursuant to a subpoena?
17             A      Yes.
18             Q      Do you understand that the case
19     caption in this case is the NAACP of Spring
20     Valley versus East Ramapo Central School
21     District?
22             A      Yes.
23             Q      On what date did you first
24     learn that you were asked to sit for a
25     deposition?

Page 68

1   school community," what does that mean to you in
2   the context of this litigation?
3           A       It's mean people who live in
4   the community and -- and they -- whether they or
5   their children or their friends go to private
6   schools.
7           Q       Do you consider yourself part
8   of the private school community?
9           A       Yes.
10          Q       So you're part of both the
11  public school community and the private school
12  community?
13          A       Yes, I believe so.
14          Q       Would the private school
15  community include religious schools in the
16  district?
17          A       Any private schools, whether
18  religious or not.
19          Q       To the best of your knowledge,
20  do minorities send their kids to private schools
21  in the district?
22          A       I think people have the choice
23  to decide that on their own, whether they want
24  to send it to public or private.
25          Q       So to the best of your

Page 69

```
 1   knowledge, do students of color attend private
 2   schools within the district?
 3                  MS. CALABRESE:  Objection to
 4          the form of the question.
 5          A      Again, people send their kids
 6   to the school of their choice, whether it's
 7   public or private.
 8          Q      You just don't know one way or
 9   the other?
10          A      What do you mean I don't know
11   one way or the other?
12          Q      Do you know -- do you have
13   personal knowledge about whether persons of
14   color attend private schools in the district?
15          A      Oh.
16                 They send their school to
17   public and private.
18          Q      Do you know a person by the
19   name of Emilia White?
20          A      Yes, I do.
21          Q      Under what circumstances do you
22   know Emilia White?
23          A      A member of the community.
24          Q      Did Emilia White help with your
25   campaign for school board?
```

Page 85

1              C E R T I F I C A T E

2

3        I, HELEN MITCHELL, a Registered

4   Professional Reporter and Notary Public, do

5   hereby certify:

6        I reported the proceedings in the

7   within-entitled matter, and that the within

8   transcript is a true record of such proceedings.

9        I further certify that I am not related, by

10  blood or marriage, to any of the parties in this

11  matter and that I am in no way interested in the

12  outcome of this matter.

13       IN WITNESS WHEREOF, I have hereunto set my

14  hand this 14th day of November, 2018.

15                   *[signature: Helen Mitchell]*

16                   _____

17                       HELEN MITCHELL, RPR

18

19

20

21

22

23

24

25