# EXHIBIT B

```
                                                          Page 1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     Case No. 7:17-cv-08943
 3   - - - - - - - - - - - - - - - - - - - - -x
 4   NATIONAL ASSOCIATION FOR THE
     ADVANCEMENT OF COLORED PEOPLE, SPRING
 5   VALLEY BRANCH; JULIO CLERVEAUX; CHEVON
     DOS REIS; ERIC GOODWIN; JOSE VITELIO
 6   GREGORIO; DOROTHY MILLER; HILLARY
     MOREAU; and WASHINGTON SANCHEZ,
 7
                              Plaintiffs,
 8
              -against-
 9
     EAST RAMAPO CENTRAL SCHOOL DISTRICT and
10   MARYELLEN ELIA, IN HER CAPACITY AS THE
     COMMISSIONER OF EDUCATION OF THE STATE
11   OF NEW YORK,
12                            Defendants.
13   - - - - - - - - - - - - - - - - - - - - -x
14
                              November 19, 2018
15                            11:00 a.m.
16
17          Deposition of HILLARY MOREAU, taken by
18   attorneys for Defendant East Ramapo Central
19   School District, pursuant to notice, held at the
20   offices of Morgan Lewis & Bockius LLP, 101 Park
21   Avenue, New York, New York, before Helen
22   Mitchell, a Registered Professional Reporter and
23   Notary Public.
                   VERITEXT LEGAL SOLUTIONS
24                    MID-ATLANTIC REGION
                1250 Eye Street NW - Suite 350
25                  Washington, D.C.  20005
```

1          H I L L A R Y    M O R E A U,
2    having been first duly sworn by the Notary
3    Public (Helen Mitchell), was examined and
4    testified as follows:
5    EXAMINATION
6    BY MS. KOLLM:
7           Q      Good morning.  My name is Clara
8    Kollm and I represent the East Ramapo Central
9    School District in this litigation.
10                 Will you please state your full
11   name for the record.
12          A      Hillary Moreau.
13          Q      Is your current address 48
14   Creekside Circle, Spring Valley, New York,
15   10977?
16          A      Yes.
17          Q      Are you represented by counsel
18   today?
19          A      Yes.
20          Q      Is that your lawyer sitting
21   next to you?
22          A      Yes.
23          Q      Have you given testimony in a
24   deposition previously?
25          A      No.

```
 1          Q      And your kids and Mr. Germain's
 2   kids attend school within the district; is that
 3   right?
 4          A      Our kids were of the same age
 5   to go to school, so they were familiar with each
 6   other.
 7          Q      Do your kids attend public
 8   school in the district?
 9          A      No.
10          Q      Have your kids ever attended
11   public school in the district?
12          A      No.
13          Q      How old are your children?
14          A      Twenty-five.
15          Q      Do you have more than one
16   child?
17          A      No.
18          Q      One child who's 25?
19          A      (Nodding)
20          Q      Who never attended school in
21   the East Ramapo Central School District?
22          A      Right.
23          Q      Did your child attend private
24   school at any point?
25          A      She did.
```

```
 1            Q     Was the private school within
 2    the East Ramapo Central School District?
 3            A     One of them.
 4            Q     What was the name of that
 5    school?
 6            A     Saint Joe's Catholic school.
 7            Q     For the record, could you state
 8    your race, please?
 9            A     My race?
10            Q     Yes.
11            A     I'm African American.
12            Q     Is your daughter also African
13    American?
14            A     Yes.
15            Q     Are there other African
16    American students at St. Joe's Catholic school?
17                  MR. PEARCE:  Object to the
18            form.
19            Q     When your daughter attended
20    school at St. Joe's Catholic school, did she
21    attend with other minority classmates?
22            A     So, yes.  There was a mix of
23    races at St. Joe's school.
24            Q     Do you remember when your
25    daughter attended St. Joe's Catholic school?
```

1            C E R T I F I C A T E

3       I, HELEN MITCHELL, a Registered
4  Professional Reporter and Notary Public, do
5  hereby certify:
6       I reported the proceedings in the
7  within-entitled matter, and that the within
8  transcript is a true record of such proceedings.
9       I further certify that I am not related, by
10 blood or marriage, to any of the parties in this
11 matter and that I am in no way interested in the
12 outcome of this matter.
13      IN WITNESS WHEREOF, I have hereunto set my
14 hand this 26th day of November, 2018.

                          _____
                              HELEN MITCHELL, RPR