# EXHIBIT 1

1                    B. CHARLES, JR.
2   UNITED STATES DISTRICT COURT
3   SOUTHERN DISTRICT OF NEW YORK
    -------------------------------------x
4   NATIONAL ASSOCIATION FOR THE
    ADVANCEMENT OF COLORED PEOPLE,
5   SPRING VALLEY BRANCH; JULIO
    CLERVEAUX; CHEVON DOS REIS; ERIC
6   GOODWIN; JOSE VITELIO GREGORIO;
    DOROTHY MILLER; HILLARY MOREAU;
7   and WASHINGTON SANCHEZ,
8                 Plaintiffs,
                                    Civil Action No.
9            vs.                    17 Civ. 8943(CS))JC)
10  EAST RAMAPO CENTRAL SCHOOL
    DISTRICT and MARYELLEN ELIA, IN HER
11  CAPACITY AS THE COMMISSIONER OF
    EDUCATION OF THE STATE OF NEW
12  YORK,
13                Defendant.
    -------------------------------------x
14
15  VIDEOTAPED DEPOSITION OF BERNARD L. CHARLES, JR.
16              New York, New York
17              October 22, 2018
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 149474

1                    B. CHARLES, JR.
2              MR. CRAVENS:  William Cravens from
3      Morgan, Lewis & Bockius for the defendant.
4              THE VIDEOGRAPHER:  Thank you.
5              Will the court reporter please swear    09:58
6      in the witness.
7                         * * *
8   BERNARD L. CHARLES, JR., called as a
9        witness, having been duly sworn by a Notary
10       Public, was examined and testified as         09:58
11       follows:
12  EXAMINATION BY
13  MR. NOVAKOVSKI:
14       Q.    Can you please state your name for the
15  record.                                            09:59
16       A.    Bernard L. Charles, Jr.
17       Q.    And you were just sworn in by the
18  court reporter.  Do you understand that you are
19  now under oath and you must testify truthfully,
20  just as you would in front of a Court?             09:59
21       A.    Yes.
22       Q.    Okay.  And are there any reasons you
23  might be unable to testify truthfully today?
24       A.    No.
25       Q.    Okay.  And have you ever been deposed   09:59

Page 236

1                B. CHARLES, JR.
2  did not share this goal?
3       A.    They discredited my name.
4       Q.    This was --
5       A.    They said things that were not true.    02:36
6  This is their entire slate.
7       Q.    And this is Mr. Forrest, Ms. Tuck and
8  Mr. Clerveaux?
9       A.    That's right. It was a smear campaign
10 that they were trying to -- to bring to the        02:36
11 attention of the people in the community.
12      Q.    Okay. And they -- they individually
13 said these things?
14      A.    Yes.
15      Q.    Do you recall when they said these      02:36
16 things?
17      A.    I don't have dates, but they would say
18 things like, "He's not a member of our
19 community. We won't support him. He's all for
20 the Jews." This was their whole campaign.          02:36
21      Q.    Do you know which one of the three
22 individuals said those specific things?
23      A.    They all did. That was their
24 platform.
25      Q.    And who did they say that to?           02:37

1                 B. CHARLES, JR.
2        A.    They said it to people in the
3   community who got back to me to tell me this is
4   what they're saying about you.
5        Q.    And who are these people that told      02:37
6   you?
7        A.    People in the community.
8        Q.    Can you give me any --
9        A.    People would walk up to me that I
10  didn't even know, saying, "Oh, people are         02:37
11  talking bad about you." I said, "What are they
12  saying?" They're saying, "Oh, you're not part
13  of this community," and I said, "Don't pay it
14  any attention." I said, "You know me. I've
15  lived here all my life. You know the things      02:37
16  that I do. Don't pay it any attention." I
17  said, "They're trying to win a campaign. They
18  can smear my name all day long. My name is
19  stronger than what they got, and you can tell by
20  the votes that my name is stronger than what     02:37
21  they got."
22             So they say whatever they want. It
23  doesn't matter to me. I didn't attack anybody
24  during this campaign, and I didn't need to. I'm
25  running on my good name, and that's it.          02:37

Case 7:17-cv-08943-CS-JCM   Document 410-4   Filed 04/18/19   Page 6 of 7

Page 238

1            B. CHARLES, JR.

2       Q.    Okay.  So people on the streets told
3  you that they were --
4       A.    Yes, this is a very, very racially
5  divided campaign because that's what they turned    02:38
6  it into.  They turned it into a black and white
7  campaign.
8       Q.    And how did -- what do you mean when
9  you stay they're a racially divided campaign?
10      A.    Because this is all about a black and   02:38
11 white campaign.  I'm not considered black, as
12 you can see in your forms, and they are
13 considered the holy grail.
14      Q.    Okay.  Let's take a huge leap forward.
15            You also ran as a candidate in 2016,    02:38
16 right?
17      A.    Yes.
18      Q.    Do you recall when you decided to run
19 for 2016?
20      A.    I decided to run in 2016 right after I  02:38
21 got elected in '13.
22      Q.    So you decided you would -- you
23 were -- you were going to run in 2013?
24      A.    Yes.  I have kids in the district.
25      Q.    Did you need anyone's encouragement at  02:39

1          B. CHARLES, JR.

2

3             CERTIFICATE

4    STATE OF NEW YORK )
                        :  ss
5    COUNTY OF NEW YORK)

6         I, Kathy S. Klepfer, a Registered
7    Merit Reporter and Notary Public within and
8    for the State of New York, do hereby
9    certify:
10        That BERNARD L. CHARLES, JR., the
11   witness whose deposition is herein before
12   set forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by such witness.
15        I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage and that I am in no way
18   interested in the outcome of this matter.
19        In witness whereof, I have hereunto
20   set my hand this 1ST day of November, 2018.
21
22                  _____
                    KATHY S. KLEPFER, RPR, RMR, CRR, CLR
23
24
25