**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE, SPRING
VALLEY BRANCH; JULIO CLERVEAUX; CHEVON
DOS REIS; ERIC GOODWIN; JOSE VITELIO
GREGORIO; DOROTHY MILLER; HILLARY
MOREAU; AND WASHINGTON SANCHEZ,

                 Plaintiffs,

    v.

EAST RAMAPO CENTRAL SCHOOL DISTRICT and
MARYELLEN ELIA, IN HER CAPACITY AS THE
COMMISSIONER OF EDUCATION OF THE STATE OF
NEW YORK,

                 Defendants.

---

17 Civ. 8943 (CS) (JCM)

**[PROPOSED] ORDER**

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the *National Association for the Advancement of Colored People, Spring Valley Branch, et al. v. East Ramapo Central School District, et al.* 17-cv-8943 with Internet connectivity for the duration of the proceedings, set to begin on February 10, 2020 and proceed through February 20, 2020. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and parties *as to whom the Court has entered an order under Standing Order M10-468* on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED this 4th day of February, 2020.

_____
Honorable Cathy Seibel
United States District Judge

**LATHAM&WATKINS**LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

February 4, 2020

<u>**VIA E-MAIL**</u>

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:     *National Association for the Advancement of Colored People, Spring Valley*
         *Branch, et al. v. East Ramapo Central School District, et al.*, No. 17 Civ. 8943

Dear Judge Seibel:

    We represent Plaintiffs in the above-mentioned matter and respectfully request that Your Honor allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom.  The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings.  This will greatly facilitate the effective representation of all parties involved on this matter.  In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

    Subject to your approval, we will retain Courtroom Connect to provide these services.  Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network.  Set up, installation and service fees will be paid for by the parties at no cost to the Court.

    The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed

LATHAM&WATKINS LLP

or compromised. Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel.

Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom.

If Your Honor is agreeable to these arrangements, the parties would most appreciate if you would sign the enclosed order permitting us to proceed. Please let me know if you have any questions. Thank you for your consideration.

Sincerely,

/s/ Claudia T. Salomon
Claudia T. Salomon