UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>                    Plaintiffs,<br><br>         v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT AND MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                    Defendants. | 17 Civ. 8943 (CS) (JCM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION FOR SANCTIONS

PLEASE TAKE NOTICE that upon the annexed Declaration of Claudia T. Salomon, and upon the separately bound Memorandum of Law, dated February 17, 2020, the undersigned, on behalf of Plaintiffs, hereby move this Court before the Honorable Cathy Seibel, United States District Judge, in Courtroom 621 of the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for an order imposing sanctions, pursuant to FED. R. CIV. P. 37 and the Court's inherent authority, against Defendant, the East Ramapo Central School District (the "District"), for spoliation of electronically stored information and failure to comply with this Court's multiple orders compelling document production from non-party members of the District's Board of Education (the "Board"), Mark

1

Berkowitz, Bernard Charles Jr., Joel Freilich, Pierre Germain, Harry Grossman, Jacob Lefkowitz, Yonah Rothman, Yehuda Weissmandl, and Aron Wieder (the "Board Members").

Dated: February 17, 2020
White Plains, New York

Respectfully submitted,

/s/ Claudia T. Salomon
Claudia T. Salomon
Corey A. Calabrese
Claudia.Salomon@lw.com
Corey.Calabrese@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200

Marc Zubick
Russell Mangas *(admitted pro hac vice)*
Marc.Zubick@lw.com
Russell.Mangas@lw.com
Latham & Watkins LLP
330 N. Wabash Avenue
Chicago, IL 60601
Phone: (312) 876-7600

Andrew B. Clubok
Andrew.Clubok@lw.com
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200

Arthur Eisenberg
Perry Grossman
aeisenberg@nyclu.org
pgrossman@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329

*Attorneys for Plaintiffs*