UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>                                        Plaintiffs,<br>     v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                                        Defendants. | 17 Civ. 8943 (CS) (JCM) |

**STATEMENT NOTING THE DEATH OF PLAINTIFF JOSE VITELIO GREGORIO**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiffs notify the Court of the death of Plaintiff Jose Vitelio Gregorio on April 30, 2020.

Dated: May 4, 2020
    New York, New York

Respectfully submitted,

_____
Claudia T. Salomon
Corey A. Calabrese
Claudia.Salomon@lw.com
Corey.Calabrese@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200

Marc Zubick
Russell Mangas *(admitted pro hac vice)*
Marc.Zubick@lw.com
Russell.Mangas@lw.com
Latham & Watkins LLP
330 N. Wabash Avenue
Chicago, IL  60601
Phone:  (312) 876-7600

Andrew B. Clubok
Andrew.Clubok@lw.com
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200

Arthur Eisenberg
Perry Grossman
aeisenberg@nyclu.org
pgrossman@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329

*Attorneys for Plaintiffs*