UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH, et al.,**<br><br>        **Plaintiffs,**<br><br>   v.<br><br>**EAST RAMAPO CENTRAL SCHOOL DISTRICT, et al.,**<br><br>        **Defendants.** | ECF CASE<br><br>Case No. 17 Civ. 8943 (CS)(JCM)<br><br>**DISTRICT JUDGE**<br>**CATHY SEIBEL**<br><br>**MAGISTRATE JUDGE**<br>**JUDITH C. McCARTHY** |

## NOTICE OF APPEAL

Defendant East Ramapo Central School District (the "District"), through counsel, hereby appeals to the U.S. Court of Appeals for the Second Circuit from each and every part of the Decision and Order of the U.S. District Court for the Southern District of New York (Seibel, J.), entered on May 26, 2020 (ECF No. 568).  *See* 28 U.S.C. § 1292(a)(1).

Dated:  May 27, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

s/ David J. Butler
David J. Butler
Randall M. Levine
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
        -and-
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com

1

       randall.levine@morganlewis.com

       William S.D. Cravens
       Clara Kollm
       1111 Pennsylvania Avenue, NW
       Washington, DC 20004
       T: (202) 739-3000
       F: (202) 739-3001
       william.cravens@morganlewis.com
       clara.kollm@morganlewis.com

       *Counsel for Defendant East Ramapo Central School District*