# Morgan Lewis

**David J. Butler**
+1.202.373.6723
david.butler@morganlewis.com

May 28, 2020

**VIA CM/ECF**

Hon. Cathy Seibel, U.S.D.J.
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *NAACP Spring Valley et al. v. ERCSD*, No. 7:17-cv-8943.

Dear Judge Seibel:

      On May 26, 2020, the Court entered an Order enjoining the District's impending June 9, 2020 elections and directing it to propose a remedial plan within 30 days. ECF No. 568. Simultaneously with this letter, the District, through counsel, is filing an Emergency Motion to Stay the Court's May 26, 2020 Order. Pursuant to Section 2.A of the Court's individual rules, the District respectfully provides notice that, due to the short time—approximately two weeks—between the issuance of the Court's Order and the June 9 elections, the District believes that adhering to the Court's operative pre-motion letter and conference requirement would cause undue delay and substantial prejudice to the District's rights. The irreparable harm to the District is further described in the memorandum of law in support of its Motion to Stay.

      Respectfully submitted,

s/ *David J. Butler*
David J. Butler

cc:    All counsel of record (via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC 20004         +1.202.739.3000
United States                +1.202.739.3001