# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH, et al.,**<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**EAST RAMAPO CENTRAL SCHOOL DISTRICT, et al.,**<br><br>　　　　　　　　　**Defendants.** | **ECF CASE**<br><br>**Case No. 17 Civ. 8943 (CS)(JCM)**<br><br>**DISTRICT JUDGE**<br>**CATHY SEIBEL**<br><br>**MAGISTRATE JUDGE**<br>**JUDITH C. McCARTHY** |

## NOTICE OF DEFENDANT EAST RAMAPO CENTRAL SCHOOL DISTRICT'S EMERGENCY MOTION TO STAY DECISION AND ORDER PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62 and Local Rule 7.1, the East Ramapo Central School District (the "District"), through counsel, respectfully moves this Court for an Order staying this Court's Decision and Order issued in this action on May 26, 2020, pending appeal. The grounds for the District's emergency motion to stay are more fully set forth in the accompanying memorandum of law.

\*　　\*　　\*

Dated: May 28, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

s/ David J. Butler
David J. Butler
Randall Levine
101 Park Avenue
New York, NY 10178
T: (212) 309-6000
F: (212) 309-6001
    -and-
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com
randall.levine@morganlewis.com

William Cravens
Clara Kollm
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
william.cravens@morganlewis.com
clara.kollm@morganlewis.com

*Counsel for Defendant East Ramapo Central School District*