UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>                 Plaintiffs,<br><br>      v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>                 Defendants. | 17 Civ. 8943 (CS) (JCM) |

## **DECLARATION OF CLAUDIA T. SALOMON**

CLAUDIA T. SALOMON, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a Partner at the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, co-counsel for Plaintiffs with the New York Civil Liberties Union Foundation in the above-captioned matter. I am a member in good standing of the bar of the State of New York and this Court.

2. I respectfully submit this Declaration in support of Plaintiffs' Opposition to the Defendant East Ramapo Central School District's (the "District") Emergency Motion to Stay Decision and Order Pending Appeal. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the document Board Policy 2351 -- Quorum, downloaded from https://www.ercsd.org/site/handlers/filedownload.ashx?moduleinstanceid=53&dataid=624&FileName=2351---Quorum.pdf.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the trial transcripts for February 27, 2020 and March 24, 2020.


Dated:      May 30, 2020
            New York, New York

                                            /s/ Claudia T. Salomon
                                            Claudia T. Salomon