# EXHIBIT 1

EAST RAMAPO                                                                                           2351

## QUORUM

     Five Board members shall constitute a quorum at any meeting of the Board of Education.  If a quorum is not present within 20 minutes after the time set for the meeting, the members then in attendance may adjourn.  Notice shall be given to all members of the Board of the time and place of the reconvening of the meeting.

Date Adopted:  9/2/03