# Morgan Lewis

**Randall M. Levine**
Partner
+1.202.373.6541
randall.levine@morganlewis.com

June 23, 2020

**VIA CM/ECF**

The Honorable Cathy Seibel, District Judge
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

<u>**Re:**</u>   *NAACP, Spring Valley Branch v. ERCSD*, **No. 17-CV-8943 (CS/JCM)**

Dear Judge Seibel:

Defendant East Ramapo Central School District ("District") has appealed the District Court's May 26, 2020 Decision and Order (ECF No. 568) to the United States Court of Appeals for the Second Circuit. *See* ECF No. 569. The Second Circuit has issued an expedited briefing and argument schedule, and the District's opening brief is due on Thursday, June 25, 2020. We have consulted with the case manager assigned to the appeal by the Second Circuit, who has advised us that the exhibits that were admitted into evidence during the bench trial must be filed on the Court's docket, so that the Second Circuit has access to the full trial record on appeal. For the Court's convenience, we have attached a list of the exhibits that were admitted at trial.

Accordingly, the District respectfully requests that the Court file on the ECF docket the exhibits that were admitted into evidence during the trial.

Sincerely,

*/s/ Randall Mark Levine*

Randall Mark Levine

cc: All Counsel of Record (Via CM/ECF)

**Morgan, Lewis & Bockius** LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004      +1.202.739.3000
United States                           +1.202.739.3001