| Trial Exhibit No. | Date Admitted |
|---|---|
| PX002 | 2/13/2020 |
| PX003 | 2/13/2020 |
| PX004 | 2/13/2020 |
| PX007 | 2/12/2020 |
| PX008 | 2/12/2020 |
| PX009 | 2/12/2020 |
| PX010 | 2/12/2020 |
| PX013 | 2/24/2020 |
| PX017 | 2/12/2020 |
| PX018 | 2/12/2020 |
| PX021 | 2/12/2020 |
| PX024 | 2/12/2020 |
| PX025 | 2/12/2020 |
| PX026 | 2/12/2020 |
| PX027 | 2/12/2020 |
| PX028 | 2/12/2020 |
| PX029 | 2/12/2020 |
| PX030 | 2/12/2020 |
| PX032 | 2/12/2020 |
| PX033 | 2/12/2020 |
| PX034 | 2/12/2020 |
| PX035 | 2/12/2020 |
| PX036 | 2/14/2020 |
| PX037 | 2/12/2020 |
| PX038 | 2/12/2020 |
| PX039 | 2/12/2020 |
| PX040 | 2/19/2020 |
| PX042 | 2/12/2020 |
| PX043 | 2/12/2020 |
| PX044 | 2/12/2020 |
| PX045 | 2/12/2020 |
| PX046 | 2/12/2020 |
| PX047 | 2/12/2020 |
| PX048 | 2/19/2020 |
| PX049 | 2/12/2020 |
| PX050 | 2/12/2020 |
| PX051 | 2/12/2020 |

| Trial Exhibit No. | Date Admitted |
|---|---|
| PX052 | 2/14/2020 |
| PX053 | 2/14/2020 |
| PX054 | 2/14/2020 |
| PX055 | 2/14/2020 |
| PX056 | 2/14/2020 |
| PX058 | 2/12/2020 |
| PX059 | 2/12/2020 |
| PX060 | 2/12/2020 |
| PX061 | 2/12/2020 |
| PX062 | 2/12/2020 |
| PX063 | 2/12/2020 |
| PX064 | 2/12/2020 |
| PX065 | 2/12/2020 |
| PX067 | 2/12/2020 |
| PX068 | 2/12/2020 |
| PX070 | 2/12/2020 |
| PX073 | 2/19/2020 |
| PX074 | 2/20/2020 |
| PX075 | 2/18/2020 |
| PX076 | 2/21/2021 |
| PX077 | 2/14/2020 |
| PX078 | 2/12/2020 |
| PX079 | 2/12/2020 |
| PX080 | 2/18/2020 |
| PX081 | 2/19/2020 |
| PX088 | 2/18/2020 |
| PX092 | 2/19/2020 |
| PX093 | 2/19/2020 |
| PX094 | 2/19/2020 |
| PX095 | 2/19/2020 |
| PX098 | 2/19/2020 |
| PX101 | 2/19/2020 |
| PX102 | 2/12/2020 |
| PX103 | 2/19/2020 |
| PX104 | 2/19/2020 |
| PX105 | 2/19/2020 |
| PX106 | 2/19/2020 |

| Trial Exhibit No. | Date Admitted |
|---|---|
| PX107 | 2/12/2020 |
| PX108 | 2/19/2020 |
| PX109 | 2/19/2020 |
| PX111 | 2/19/2020 |
| PX112 | 2/19/2020 |
| PX115 | Duplicate of DX 55 |
| PX126 | 2/12/2020 |
| PX127 | 2/12/2020 |
| PX128 | 2/12/2020 |
| PX129 | 2/12/2020 |
| PX130 | 2/12/2020 |
| PX132 | 2/21/2020 |
| PX133 | 2/12/2020 |
| PX134 | 2/12/2020 |
| PX135 | 2/12/2020 |
| PX136 | 2/12/2020 |
| PX137 | 2/12/2020 |
| PX140 | 2/20/2020 |
| PX141 | 2/19/2020 |
| PX142 | 2/24/2020 |
| PX143 | 2/19/2020 |
| PX144 | 2/19/2020 |
| PX145 | 2/12/2020 |
| PX146 | 2/18/2020 |
| PX148 | 2/24/2020 |
| PX150 | 2/12/2020 |
| PX151 | 2/12/2020 |
| PX152 | 2/12/2020 |
| PX154 | 2/19/2020 |
| PX155 | 2/19/2020 |
| PX156 | 2/12/2020 |
| PX157 | 2/18/2020 |
| PX158 | 2/12/2020 |
| PX161 | 2/19/2020 |
| PX165 | 2/19/2020 |
| PX167 | 2/19/2020 |

| Trial Exhibit No. | Date Admitted |
|---|---|
| PX168 | 2/19/2020 |
| PX169 | 2/18/2020 |
| PX170 | 2/18/2020 |
| PX172 | 2/19/2020 |
| PX173 | 2/12/2020 |
| PX174 | 2/12/2020 |
| PX179 | 2/12/2020 |
| PX180 | 2/12/2020 |
| PX182 | 2/12/2020 |
| PX183 | 2/11/2020 |
| PX184 | 2/12/2020 |
| PX185 | 2/12/2020 |
| PX186 | 2/19/2020 |
| PX187 | 2/19/2020 |
| PX188 | 2/19/2020 |
| PX189 | 2/19/2020 |
| PX195 | 2/12/2020 |
| PX196 | 2/12/2020 |
| PX197 | 2/12/2020 |
| PX198 | 2/12/2020 |
| PX199 | 2/12/2020 |
| PX200 | 2/12/2020 |
| PX201 | 2/12/2020 |
| PX203 | 2/25/2020 |
| PX204 | 2/12/2020 |
| PX205 | 2/12/2020 |
| PX206 | 2/12/2020 |
| PX207 | 2/12/2020 |
| PX208 | 2/12/2020 |
| PX209 | 2/12/2020 |
| PX210 | 2/18/2020 |
| PX211 | 2/18/2020 |
| PX212 | 2/18/2020 |
| PX213 | 2/18/2020 |
| PX214 | 2/18/2020 |
| PX216 | 2/18/2020 |
| PX217 | 2/18/2020 |

| Trial Exhibit No. | Date Admitted | Trial Exhibit No. | Date Admitted |
|---|---|---|---|
| PX218 | 2/18/2020 | PX263 | 2/19/2020 |
| PX219 | 2/12/2020 | PX264 | 2/13/2020 |
| PX220 | 2/12/2020 | PX266 | 2/12/2020 |
| PX222 | 2/19/2020 | PX267 | 2/12/2020 |
| PX223 | 2/25/2020 | PX268 | 2/12/2020 |
| PX224 | 2/18/2020 | PX269 | 2/11/2020 |
| PX225 | 2/19/2020 | PX270 | 2/11/2020 |
| PX226 | 2/19/2020 | PX271 | 2/12/2020 |
| PX227 | 2/19/2020 | PX273 | 2/24/2020 |
| PX228 | 2/19/2020 | PX274 | 2/11/2020 |
| PX229 | 2/18/2020 | PX276 | 2/18/2020 |
| PX230 | 2/18/2020 | PX278 | 2/25/2020 |
| PX231 | 2/18/2020 | PX279 | 2/25/2020 |
| PX232 | 2/18/2020 | PX280 | 2/25/2020 |
| PX234 | 2/12/2020 | PX281 | 2/25/2020 |
| | | PX282 | 2/25/2020 |
| PX235 | 2/12/2020 | PX283 | 2/25/2020 |
| PX238 | 2/12/2020 | PX286 | 2/19/2020 |
| PX239 | 2/12/2020 | PX288 | 2/25/2020 |
| PX240 | 2/12/2020 | PX289 | 2/25/2020 |
| PX241 | 2/12/2020 | PX 291 | 2/24/2020 |
| PX242 | 2/11/2020 | PX 292 | 2/24/2020 |
| PX243 | 2/11/2020 | PX 293 | 2/24/2020 |
| PX244 | 2/11/2020 | PX 294 | 2/24/2020 |
| PX245 | 2/25/2020 | PX 295 | 2/24/2020 |
| PX246 | 2/25/2020 | PX300 | 2/25/2020 |
| PX247 | 2/25/2020 | PX301 | 2/25/2020 |
| PX248 | 2/25/2020 | PX302 | 2/21/2020 |
| PX249 | 2/25/2020 | PX303 | 2/21/2020 |
| PX250 | 2/25/2020 | PX304 | 2/25/2020 |
| PX251 | 2/12/2020 | PX305 | 2/21/2020 |
| PX252 | 2/18/2020 | PX311 | 2/25/2020 |
| PX253 | 2/12/2020 | PX312 | 2/25/2020 |
| PX257 | 2/19/2020 | PX313 | 2/25/2020 |
| PX258 | 2/19/2020 | PX314 | 2/24/2020 |
| PX259 | 2/20/2020 | PX315 | 2/24/2020 |
| PX262 | 2/19/2020 | PX316 | 2/24/2020 |

| Trial Exhibit No. | Date Admitted |
|---|---|
| PX323 | 3/3/2020 |
| PX324 | 2/25/2020 |
| PX325 | 2/25/2020 |
| PX326 | 2/25/2020 |
| PX327 | 2/25/2020 |
| PX328 | 2/25/2020 |
| PX329 | 2/25/2020 |
| PX330 | 3/3/2020 |
| PX332 | 2/25/2020 |
| PX333 | 2/25/2020 |
| PX334 | 2/25/2020 |
| PX335 | 2/25/2020 |
| PX336 | 2/25/2020 |
| PX337 | 2/25/2020 |
| PX338 | 2/25/2020 |
| PX339 | 2/25/2020 (updated 3/5/2020) |
| PX340 | 2/25/2020 |
| PX341 | 2/26/2020 |
| PX342 | 2/25/2020 |
| PX343 | 2/25/2020 |
| PX347 | 2/26/2020 |
| PX352 | 2/26/2020 |
| PX353 | 2/26/2020 |
| PX354 | 2/26/2020 |
| PX355 | 2/26/2020 |
| PX360 | 3/3/2020 |
| PX361 | 3/3/2020 |
| PX362 | 3/3/2020 |
| PX363 | 3/3/2020 |
| PX364 | 3/5/2020 |
| PX367 | 3/5/2020 |
| PX368 | 3/5/2020 |
| PX369 | 3/5/2020 |
| PX370 | 3/5/2020 |
| PX371 | 3/5/2020 |
| PX372 | 3/5/2020 |
| PX373 | 3/5/2020 |

| Trial Exhibit No. | Date Admitted |
|---|---|
| PX374 | 3/5/2020 |

| Trial Exhibit No. | Date Admitted | Trial Exhibit No. | Date Admitted |
|---|---|---|---|
| DX001 | 2/12/2020 | DX040 | 2/12/2020 |
| DX002 | 2/12/2020 | DX041 | 2/12/2020 |
| DX003 | 2/12/2020 | DX042 | 2/12/2020 |
| DX004 | 2/12/2020 | DX043 | 2/12/2020 |
| DX005 | 2/12/2020 | DX044 | 2/12/2020 |
| DX006 | 2/12/2020 | DX045 | 2/12/2020 |
| DX007 | 2/12/2020 | DX046 | 2/12/2020 |
| DX008 | 2/12/2020 | DX047 | 2/12/2020 |
| DX009 | 2/12/2020 | DX048 | 2/25/2020 |
| DX010 | 2/12/2020 | DX049 | 2/25/2020 |
| DX011 | 2/12/2020 | DX050 | 2/12/2020 |
| DX012 | 2/12/2020 | DX051 | 2/12/2020 |
| DX013 | 2/12/2020 | DX053 | 2/12/2020 |
| DX014 | 2/12/2020 | DX055 | 2/12/2020 |
| DX015 | 2/12/2020 | DX059 | 2/12/2020 |
| DX016 | 2/12/2020 | DX060 | 2/12/2020 |
| DX017 | 2/12/2020 | DX061 | 2/12/2020 |
| DX018 | 2/12/2020 | DX062 | 2/12/2020 |
| DX18A | 2/24/2020 | DX063 | 2/12/2020 |
| DX020 | 2/12/2020 | DX064 | 2/12/2020 |
| DX021 | 2/12/2020 | DX065 | 2/12/2020 |
| DX022 | 2/12/2020 | DX066 | 2/12/2020 |
| DX023 | 2/12/2020 | DX067 | 2/12/2020 |
| DX024 | 2/12/2020 | DX068 | 2/12/2020 |
| DX025 | 2/12/2020 | DX069 | 2/12/2020 |
| DX026 | 2/12/2020 | DX070 | 2/12/2020 |
| DX027 | 2/12/2020 | DX071 | 2/12/2020 |
| DX028 | 2/12/2020 | DX073 | 2/12/2020 |
| DX029 | 2/12/2020 | DX074-3 | 2/25/2020 |
| DX030 | 2/12/2020 | DX074-8 | 2/25/2020 |
| DX031 | 2/12/2020 | DX074-13 | 2/25/2020 |
| DX032 | 2/12/2020 | DX074-28 | 2/25/2020 |
| DX033 | 2/12/2020 | DX074-31 | 2/25/2020 |
| DX034 | 2/12/2020 | DX074-59 | 2/25/2020 |
| DX035 | 2/12/2020 | DX074-77 | 2/25/2020 |
| DX036 | 2/12/2020 | DX074-85 | 2/25/2020 |
| DX037 | 2/12/2020 | DX074-86 | 2/25/2020 |

| Trial Exhibit No. | Date Admitted |
|-------------------|---------------|
| DX074-100 | 2/25/2020 |
| DX074-117 | 2/25/2020 |
| DX074-120 | 2/25/2020 |
| DX075 | 2/12/2020 |
| DX076 | 2/12/2020 |
| DX077 | 2/12/2020 |
| DX078 | 2/12/2020 |
| DX084 | 2/12/2020 |
| DX085 | 2/25/2020 |
| DX086 | 2/12/2020 |
| DX088 | 2/12/2020 |
| DX090 | 2/12/2020 |
| DX091 | 2/12/2020 |
| DX092 | 2/12/2020 |
| DX093 | 2/12/2020 |
| DX094 | 2/12/2020 |
| DX095 | 2/12/2020 |
| DX096 | 2/12/2020 |
| DX097 | 2/12/2020 |
| DX099 | 2/12/2020 |
| DX100 | 2/12/2020 |
| DX101 | 2/12/2020 |
| DX157A | 2/14/2020 |
| DX158 | 2/21/2020 |
| DX159 | 2/21/2020 |
| DX160 | 2/21/2020 |
| DX162 | 2/21/2020 |
| DX171 | 2/20/2020 |
| DX172 | 2/26/2020 |
| DX173 | 2/27/2020 |
| DX174 | 2/26/2020 |
| DX175 | 2/26/2020 |
| DX176 | 2/26/2020 |
| DX177 | 2/26/2020 |
| DX180 | 2/20/2020 |
| DX193 | 2/25/2020 |
| DX197 | 2/25/2020 |

| Trial Exhibit No. | Date Admitted |
|-------------------|---------------|
| DX199 | 2/25/2020 |
| DX200 | 2/25/2020 |
| DX206 | 2/26/2020 |
| DX209 | 2/26/2020 |
| DX210 | 2/26/2020 |
| DX211 | 2/26/2020 |
| DX212 | 2/26/2020 |
| DX213 | 2/26/2020 |
| DX214 | 2/26/2020 |
| DX215 | 2/26/2020 |
| DX217 | 2/27/2020 |
| DX218 | 2/26/2020 |
| DX219 | 2/25/2020 |
| DX228 | 2/26/2020 |
| DX229 | 2/27/2020 |
| DX232 | 3/3/2020 |
| DX233 | 3/3/2020 |
| DX236 | 3/5/2020 |
| DX251 | 2/26/2020 |
| DX252 | 2/26/2020 |
| DX253 | 3/3/2020 |