UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, <br><br> Defendants. | 17 Civ. 8943 (CS) (JCM) |

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that upon the annexed Declaration of Claudia T. Salomon, the annexed Declaration of Corey A. Calabrese, the annexed Declaration of Arthur Eisenberg, the annexed Declaration of Perry Grossman, and the accompanying Memorandum of Law, dated June 25, 2020, the undersigned hereby moves this Court on behalf of Plaintiffs National Association for the Advancement of Colored People, Spring Valley Branch, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Jose Vitelio Gregorio, Dorothy Miller, and Hillary Moreau, before the Honorable Cathy Seibel, in Courtroom 621 of the United States District Court for the Southern District of New York, The Hon. Charles F. Brieant Jr. Courthouse, 300 Quarropas St., White Plains, New York, 10601-4150, for an order granting attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54(d) and 52 U.S.C. § 10310(e).

2

Dated:      June 25, 2020
               New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Claudia T. Salomon
Claudia T. Salomon
885 Third Avenue
New York, New York  10022
Phone: (212) 906-1200
claudia.salomon@lw.com

*Attorneys for Plaintiffs*