# EXHIBIT 1.5

## 1.5 Oshry Interpreter

| Date | Vendor | Invoice Number | Amount | |
|---|---|---|---|---|
| 12/13/2018 | Quality Translations | 913 | $ | 591.68 |
| | | | | |
| | | Total: | $ | 591.68 |

Quality Translations LLC
252 West 37th Street
Suite 1202
NY 10018

# Invoice

Phone # 2126317520

| | |
|---|---|
| Invoice #: | 913 |
| Invoice Date: | 12/13/2018 |
| Due Date: | 12/13/2018 |
| Project: | |
| P.O. Number: | QT18-000665 |

**Bill To:**

Latham & Watkins
Natalie L. Sagara
885 Third Avenue
New York, NY 10022-4834

| Terms |
|---|
| |

| Date | Description | Amount |
|---|---|---|
| 12/3/2018 | Yiddish to English Interpretation<br>$80/hour at 4.5 hours | 360.00 |
| 12/3/2018 | Taxi Reimbursement | 231.68 |

| | |
|---|---|
| Total | $591.68 |
| Payments/Credits | $0.00 |
| Balance Due | $591.68 |

Checks payable to:Quality Translations
252 W37th Street, suite 1202
New York, NY 10018

We hope you enjoyed your ride
this afternoon.



# Total                                    $134.51

| | |
|---|---|
| Trip fare | $134.51 |
| Subtotal | $134.51 |
| Before Taxes | $120.77 |
| Sales Tax (8.875%) | $10.71 |
| NY State Black Car Fund (2.5%) | $3.03 |

Amount Charged

  •••• 8003  |  Switch                    $134.51

2

Affiliated with ELF-NY,LLC (B02878)

Dispatched by Elf (B02878)

To submit a complaint to the NYC TLC, please call 311.

Download PDF
Download link expires 1/3/19

You rode with Amboise

 

4.92 ★ Rating

Top Driver Compliment

"Excellent Service"

How was your ride?

RATE OR TIP →
RATE OR TIP →

License Plate: T690523C

FHV License Number: 5658634

Driver's TLC License Number: 5634907

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX VIP   44.19 mi | 1 h 8 min







Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: f5gw4



**Meaghan Dick**

| | |
|---|---|
| **From:** | Ellie Fernandez |
| **Sent:** | Wednesday, December 12, 2018 5:10 PM |
| **To:** | Meaghan Dick |
| **Subject:** | FW: Your Tuesday evening trip with Uber |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** David Rosenfeld
**Sent:** Wednesday, December 5, 2018 10:16 AM
**To:** Ellie Fernandez <efernandez@qestranslation.com>
**Subject:** Fw: Your Tuesday evening trip with Uber

David Rosenfeld
Director of Operations
Quality EDGAR Solutions
252 W37th Street
New York, NY 10018
direct: (917) 796-3227
main: (212) 631-7591
fax: (212) 671-1360
www.qualityedgar.com

**From:** Uber Receipts <receipts.nyc.suburbs@uber.com>
**Sent:** Tuesday, December 4, 2018 7:43 PM
**To:** David Rosenfeld
**Subject:** Your Tuesday evening trip with Uber

**Uber**

Total: $97.17
Tue, Dec 04, 2018

# Thanks for riding, David

1

We hope you enjoyed your ride
this evening.



# Total                                    $97.17

| | |
|---|---|
| Trip Fare | $74.77 |
| Subtotal | $74.77 |
| Tolls, Surcharges, and Fees ❓ | $22.40 |
| Before Taxes | $92.21 |
| NY State Black Car Fund (2.5%) | $2.32 |
| TNC Assessment Fee (4%) | $2.64 |

Amount Charged

 •••• 8003 | Switch                    $97.17

Download PDF
Download link expires 1/4/19

You rode with Jean

 

4.88 ★ Rating

Top Driver Compliment

"Excellent Service"

How was your ride?



Rasier-NY, LLC (TNC170002)

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX   45.01 mi | 1 h 36 min

06:06pm

400 Rella Blvd, Montebello, NY

07:42pm

████████████████

Brooklyn, NY







## Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: f5gw4



5