UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>       Plaintiffs,<br><br>    v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>       Defendants. | Case No. 17 Civ. 8943 (CS)(JCM) |

**JOINT STIPULATION REGARDING EXHIBITS
ADMITTED INTO EVIDENCE DURING BENCH TRIAL**

WHEREAS, on January 22, February 10–14, 18–21, 24–27, and March 3, 5, and 24, 2020, this Court held a bench trial in the above-captioned action;

WHEREAS, during the bench trial, the Court accepted into evidence certain exhibits, as reflected in the trial transcripts;

WHEREAS, exhibits with the prefix "PX" were listed as trial exhibits by Plaintiffs, and exhibits with the prefix "DX" were listed as trial exhibits by Defendant;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel that:

1

1.      The exhibits enumerated in Attachment A were proffered to and received into evidence, subject to the limitations in the notes column, by the Court during the bench trial in the above-captioned case;

2.      The District Court shall enter Attachment A on the docket, as the agreed upon list of exhibits entered into evidence, subject to the limitations in the notes column, at trial;

3.      The exhibits listed in Attachment A are part of the record on appeal in the above-captioned case.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Dated: July 22, 2020 | Dated: July 22, 2020 |
| **Latham & Watkins LLP** | **Morgan, Lewis & Bockius LLP** |
| s/ *Claudia T. Salomon* | s/ *David J. Butler* |
| Claudia T. Salomon | David J. Butler |
| claudia.salomon@lw.com | Randall Levine |
| Corey Anne Calabrese | William Cravens |
| corey.calabrese@lw.com | Clara Kollm |
| Latham & Watkins LLP | 1111 Pennsylvania Avenue, NW |
| 885 Third Avenue | Washington, DC 20004 |
| New York, NY 10022 | T: (202) 739-3000 |
|  | F: (202) 739-3001 |
| **New York Civil Liberties Union Foundation** | david.butler@morganlewis.com |
|  | randall.levine@morganlewis.com |
| Arthur Eisenberg | william.cravens@morganlewis.com |
| aeisenberg@nyclu.org | clara.kollm@morganlewis.com |
| Perry Grossman |  |
| pgrossman@nyclu.org | *Counsel for Defendant East Ramapo Central School District* |
| New York Civil Liberties Union |  |
| 125 Broad Street |  |
| New York, NY 10004 |  |
| *Counsel for Plaintiffs* |  |