UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX, CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; AND WASHINGTON SANCHEZ,<br><br>           Plaintiffs,<br><br>   v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>           Defendants. | Case No. 17 Civ. 8943 (CS)(JCM) |

## JOINT STIPULATION REGARDING EXHIBITS ADMITTED INTO EVIDENCE DURING BENCH TRIAL

WHEREAS, on January 22, February 10–14, 18–21, 24–27, and March 3, 5, and 24, 2020, this Court held a bench trial in the above-captioned action;

WHEREAS, during the bench trial, the Court accepted into evidence certain exhibits, as reflected in the trial transcripts;

WHEREAS, exhibits with the prefix "PX" were listed as trial exhibits by Plaintiffs, and exhibits with the prefix "DX" were listed as trial exhibits by Defendant;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel that:

1.      The exhibits enumerated in Attachment A were proffered to and received into evidence, subject to the limitations in the notes column, by the Court during the bench trial in the above-captioned case;

2.      The District Court shall enter Attachment A on the docket, as the agreed upon list of exhibits entered into evidence, subject to the limitations in the notes column, at trial;

3.      The exhibits listed in Attachment A are part of the record on appeal in the above-captioned case.


Respectfully submitted,

Dated: July 22, 2020

**Latham & Watkins LLP**

s/ *Claudia T. Salomon*
Claudia T. Salomon
claudia.salomon@lw.com
Corey Anne Calabrese
corey.calabrese@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**New York Civil Liberties Union Foundation**
Arthur Eisenberg
aeisenberg@nyclu.org
Perry Grossman
pgrossman@nyclu.org
New York Civil Liberties Union
125 Broad Street
New York, NY 10004

*Counsel for Plaintiffs*

Respectfully submitted,

Dated: July 22, 2020

**MORGAN, LEWIS & BOCKIUS LLP**

s/ *David J. Butler*
David J. Butler
Randall Levine
William Cravens
Clara Kollm
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com
randall.levine@morganlewis.com
william.cravens@morganlewis.com
clara.kollm@morganlewis.com

*Counsel for Defendant East Ramapo Central School District*


SO ORDERED.

CATHY SEIBEL, U.S.D.J.

7/23/20

2

# Attachment A

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX001 | 1/20/08 Official Election Results | 2/12/2020 | |
| DX002 | 5/19/09 Official Election Results | 2/12/2020 | |
| DX003 | 5/11/10 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX004 | 5/17/11 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX005 | 5/15/12 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX006 | 5/21/13 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX007 | 5/20/14 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX008 | 5/19/15 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX009 | 5/17/16 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX010 | 5/16/17 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX011 | 5/15/18 Annual Budget & Trustee Vote Official Results | 2/12/2020 | |
| DX012 | 5/21/19 Annual Budget & Trustee Vote Official Results, accessed December 2, 2019 | 2/12/2020 | |
| DX013 | Report of Dr. John Alford, PhD, with Table Errata re: Tables 3 & 6 | 2/12/2020 | |
| DX014 | 1/24/17 A New Beginning: A Report on the East Ramapo Central School District | 2/12/2020 | |
| DX015 | "Register to Vote," ERCSD website, downloaded March 4, 2019 https://www.ercsd.org/Page/287 | 2/12/2020 | |
| DX016 | "Board of Education," ERCSD website, downloaded March 4, 2019, https://www.ercsd.org/domain/14 20 | 2/12/2020 | |
| DX017 | "Running for Board of Education," ERCSD website, downloaded March 4, 2019, https://ercsd.org/Page/290 | 2/12/2020 | |
| DX018 | "Board Members," ERCSD website, downloaded March 4, 2019, https://ercsd.org/Page/90 | 2/12/2020 | |
| DX018A | ERCSD website printout, current list of board members. | 2/24/2020 | |
| DX020 | 12/10/09 Minutes of Meeting of December 10, 2009, East Ramapo Stakeholders | 2/12/2020 | |
| DX021 | 3/2/10 Minutes of Meeting of March 2, 2010, East Ramapo Stakeholders | 2/12/2020 | |
| DX022 | Board Member Elections | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX023 | 2/14/13 Email from Steve White to denisekronstadt@gmail.com | 2/12/2020 | |
| DX024 | 2/10/17 Email from Steve White to Oscar Cohen | 2/12/2020 | |
| DX025 | 10/8/12 Email from Steve White to Peggy Hatton, with attachment | 2/12/2020 | |
| DX026 | 2011 Candidate Flyer from East Ramapo Stakeholders | 2/12/2020 | |
| DX027 | 1/12/16 mail from Steve White to poweroften@npogroups.org | 2/12/2020 | |
| DX028 | 12/18/15 Email from Steve White to several, with attachment (2016 Candidate Questionnaire.docx) | 2/12/2020 | |
| DX029 | 2016 Candidate Questionnaires | 2/12/2020 | |
| DX030 | 2/9/16 Email from Steve White to several others | 2/12/2020 | |
| DX031 | 2/4/18 Email from Steve White to Steve White re: candidate questionnaire | 2/12/2020 | |
| DX032 | East Ramapo Coming Together website article "Our Goals," accessed February 7, 2018 | 2/12/2020 | |
| DX033 | 12/14/12 Letter to Dr. Klein from Charles A. Szuberla | 2/12/2020 | |
| DX034 | 11/17/14 "East Ramapo: A School District in Crisis," by Hank Greenberg | 2/12/2020 | |
| DX035 | Opportunity Deferred: A Report on the East Ramapo Central School District, by Dennis Walcott | 2/12/2020 | |
| DX036 | Continuing Progress: A Report on the East Ramapo Central School District | 2/12/2020 | |
| DX037 | South East Ramapo Taxpayer Association flyer for the 2008 election | 2/12/2020 | |
| DX040 | 2009 Sample Ballot | 2/12/2020 | |
| DX041 | 2012 Sample Ballot | 2/12/2020 | |
| DX042 | 2013 Sample Ballot | 2/12/2020 | |
| DX043 | 2014 Sample Ballot | 2/12/2020 | |
| DX044 | 5/8/15 Email from Cathy Russell to Steve White, with attachment ("ERCSD 2015 sample ballot – 05-08-15.pdf") | 2/12/2020 | |
| DX045 | 5/13/16 Email from Steve White to several, with attachment ("2016 sample ballot.pdf") | 2/12/2020 | |
| DX046 | 5/12/17 Email from Steve White to Alexandra Manigo, Chevon Dos Reis, Eric Goodwin, and Andrew Mandel, with attachment ("sample ballot 2017 copy.jpg") | 2/12/2020 | |
| DX047 | 2018 Sample Ballot | 2/12/2020 | |
| DX048 | 12/28/16 E-mail and attachment from S. White to Oscar Cohen, Subject: Emailing: Long Term issues | 2/25/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX049* | 10/14/14 E-mail from S. White to S. Venugopal, Subject: more info | 2/25/2020 | Only pages Bates stamped SW-0000044193 and SW-0000044194 admitted (Trial Tr. 2078:19-22). |
| DX050 | 2/23/15 Email and attachments from S. White to N. Morales, Subject: platform and more | 2/12/2020 | |
| DX051 | 3/11/13 Email from S. White to Power of Ten, Subject: Power of Ten Update | 2/12/2020 | |
| DX053 | 2/13/17 E-mail and attachment from S. White to A. Mandel & M. Pessin, Subject: Feb 16 agenda | 2/12/2020 | |
| DX055 | 12/17/15 East Ramapo Board member writes open letter to School Monitor Dennis Walcott, The Rockland County Times (accessed November 13, 2018) | 2/12/2020 | |
| DX059 | Declaration of Dr. Matthew A. Barreto, with attachment (Preliminary Expert Report of Matthew A. Barreto, PhD &Loren Collingwood, PhD), with any disclosed materials, appendices, exhibits, and data | 2/12/2020 | |
| DX060 | Declaration of Loren Collingwood accompanying the Preliminary Expert Report of Matthew A. Barreto, PhD. & Loren Collingwood, PhD, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX061 | 2/19/18 Declaration of Dr. John Alford in Support of Defendant East Ramapo Central School District's Opposition to Motion for Preliminary Injunction, dated February 19, 2018, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX062 | 3/28/18 Affidavit of Direct Examination of Dr. John Alford, dated March 28, 2018, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX063 | 9/14/18 Expert Report of William S. Cooper, dated September 14, 2018, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX064 | 9/26/18 Materials considered by Drs. Collingwood and Barreto, disclosed on September 26, 2018 | 2/12/2020 | |
| DX065 | 9/28/18 Replication materials associated with Drs. Collingwood and Barreto Expert Reports and disclosed on September 28, 2018 | 2/12/2020 | |
| DX066 | 9/14/18 Expert Report of Matthew A. Barreto, PhD. & Loren Collingwood, PhD., dated September 14, 2018, with exhibits, replication materials, appendixes, with any disclosed materials, exhibits, and data; and errata dated October 13, 2018 | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX067 | 10/26/18 Expert Report of Dr. John Alford, dated October 26, 2018, with any disclosed materials, exhibits, data, replication materials, and errata (dated February 8, 2019) | 2/12/2020 | |
| DX068 | 11/16/18 Expert Rebuttal Report of Matthew A. Barreto, PhD & Loren Collingwood PhD, dated November 16, 2018, with any disclosed materials, exhibits, appendices, data, replication materials, and errata | 2/12/2020 | |
| DX069 | 12/7/18 Sur-Rebuttal Report of Dr. John Alford, dated December 7, 2018, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX070 | 12/7/18 Declaration of Dr. Peter A. Morrison, dated December 7, 2018, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX071 | 12/8/17 Report of William Cooper, dated December 8, 2017, with any disclosed materials, exhibits, and data | 2/12/2020 | |
| DX073 | Power of Ten, "Facts About East Ramapo," including each nested webpage | 2/12/2020 | |
| DX074-003 | 1/4/12 Power of Ten Article, "1-4-12" | 2/25/2020 | |
| DX074-008 | 4/2/12 Power of Ten Article, "4-2-12" | 2/25/2020 | |
| DX074-013 | 5/10/12 Power of Ten Article, "5-10-12" | 2/25/2020 | |
| DX074-028 | 5/2/13 Power of Ten Article, "Reminder: Court Day Today" | 2/25/2020 | |
| DX074-031 | 5/12/13 Power of Ten Article, "Special Ed Parents: Important Meeting Monday May 13; NAACP Forum Reports" | 2/25/2020 | |
| DX074-059 | 5/19/15 Power of Ten Article, "Today: Vote! Rally in New City!" | 2/25/2020 | |
| DX074-077 | 5/16/16 Power of Ten Article, "Vote Tuesday" | 2/25/2020 | |
| DX074-085 | 3/3/17 Power of Ten Article, "Our 2017 Candidates" | 2/25/2020 | |
| DX074-086 | 3/8/17 Power of Ten Article, "Standing UP!" | 2/25/2020 | |
| DX074-100 | 3/11/18 Power of Ten Article, "Our 2018 Candidates" | 2/25/2020 | |
| DX074-117 | 4/28/19 Power of Ten Article, "Meet the Candidates" | 2/25/2020 | |
| DX074-120 | 5/16/19 Power of Ten Article, "Join Us Saturday!" | 2/25/2020 | |
| DX075 | Power of Ten "The TLDR" | 2/12/2020 | |

5

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX076 | NYSED Archive of East Ramapo CSD (Spring Valley) Reports, including each hyperlinked report filterable data, accessed December 2, 2019 | 2/12/2020 | |
| DX077 | NYSED East Ramapo CSD (Spring Valley) At a Glance webpage, including each hyperlinked report and filterable data, accessed December 2, 2019 | 2/12/2020 | |
| DX078 | NYSED Enrollment data, Report Cards, Graduation Rates, Teach Evaluations, 3-8 Assessments, and Pathways Database for 1999–2019, including each hyperlinked report and filterable data, accessed December 2, 2019 | 2/12/2020 | |
| DX084 | The Education Crises for Children of Color Where Cultures and Values Conflict | 2/12/2020 | |
| DX085* | 3/8/12 Letter to Commissioner King from Hazel Dukes | 2/25/2020 | Accepted not for truth but for the fact it was said (Trial Tr 1953:8-9). |
| DX086 | 1/7/13 Letter to Ms. Dukes from Dr. Oscar Cohen | 2/12/2020 | |
| DX088 | 11/21/17 Letter from Oscar Cohen, Ed. D. | 2/12/2020 | |
| DX090 | 1/15/13 Think Tank Meeting | 2/12/2020 | |
| DX091 | NAACP Spring Valley Branch Official Correspondence | 2/12/2020 | |
| DX092 | 10/27/15 Letter from Timothy C. J. Blanchard to Willie Trotman | 2/12/2020 | |
| DX093 | 12/8/14 Email from Peggy Hatton to rocknet@npogroups.org | 2/12/2020 | |
| DX094 | 12/12/12 Email from Peggy Hatton to Steve White and others | 2/12/2020 | |
| DX095 | 12/10/09 East Ramapo Stakeholders Meeting Minutes | 2/12/2020 | |
| DX096 | 5/23/13 Letter to the Editor: Hatton Not Happy With E. Ramapo Vote, dated May 23, 2013, accessed September 26, 2018 | 2/12/2020 | |
| DX097 | 4/10/14 Email from Peggy Hatton to Robert Forrest and Antonio Luciano | 2/12/2020 | |
| DX099 | 3/2017 M.V. Hood III et al., From Legal Theory to Practical Application: A How-to for Performing Vote Dilution Analyses, Social Science Quarterly | 2/12/2020 | |
| DX100 | 10/2008 Marc N. Elliott et al., A New Method for Estimating Race/Ethnicity and Associated Disparities Where Administrative Records Lack Self-Reported Race/Ethnicity, Health Services Research | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX101 | 2009 Marc N. Elliott et al., Using the Census Bureau's Surname List to Improve Estimates of Race/Ethnicity and Associated Disparities, Health Services & Outcome Research Methodology | 2/12/2020 | |
| DX157A | Polling Place Summary created by Mr. Cooper provided to Dr. Cole | 2/14/2020 | |
| DX158 | Barreto/Alford CVAP Comparison Slides | 2/21/2020 | |
| DX159 | Slides used with Mr. Cooper | 2/21/2020 | |
| DX160* | Catalist excerpt (names listed as black/Hispanic/unknown) | 2/21/2020 | Received as a list of selected names, not a summary of names (Trial Tr. 1593:13-14). |
| DX162 | Excerpt from Alford Report | 2/21/2020 | |
| DX171* | Lohud video clip re Dr. Klein comments | 2/20/2020 | Received for fact they were said, not offered for truth (Trial Tr. 1336:19-20). |
| DX172* | Declaration of Trial Testimony of Aron Wieder | 2/19/2020 | Partially admitted consistent with rulings at Jan. 30, 2020 Hr'g Tr. 16:13-18 and Trial Tr. 1149:3-8. |
| DX173* | Declaration of Trial Testimony of Dr. Deborah Wortham | 2/27/2020 | Partially admitted consistent with rulings at Jan. 30, 2020 Hr'g Tr. 16:19-17:3. |
| DX174* | Declaration of Trial Testimony of Harry Grossman | 2/20/2020 | Partially admitted consistent with rulings at Jan. 30, 2020 Hr'g Tr. 11:21-13:25. |
| DX175* | Declaration of Trial Testimony of Pierre Germain | 2/19/2020 | Partially admitted consistent with rulings at Jan 30, 2020 Hr'g Tr. 10:23-11:20. |
| DX176* | Declaration of Trial Testimony of Yehuda Weissmandl | 2/26/2020 | Partially admitted consistent with rulings at Jan. 30, 2020 Hr'g Tr. 14:16-16:12. |
| DX177* | Declaration of Trial Testimony of Yonah Rothman | 2/20/2020 | Partially admitted consistent with rulings at Jan. 30, 2020 Hr'g Tr. 14:1-15. |
| DX180* | 8/20/14 ERCSD Hearing video | 2/20/2020 | Received for fact they were said, not offered for truth (Trial Tr. 1336:19-20). |
| DX190* | 3/20/13 Letter from O. Cohen to D. Brooks in re to column | 2/25/2020 | Partially admitted to the extent witness agrees to it (Trial Tr. 1954:25-1955:8; 1957:7-24). |
| DX193 | 11/12/14 Email from O. Cohen to S. White, "RE: Magazine improved" | 2/25/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX197 | 11/12/14 Email from S. White to O. Cohen, "Magazine improved" | 2/25/2020 | |
| DX199 | Slide re "Public School" Slate | 2/25/2020 | |
| DX200 | 1/31/13 Email from S. White to S. White re "Meeting Feb 7" | 2/25/2020 | |
| DX206 | Bernard L. Fraga, "Candidates or Districts? Reevaluating the Role of Race in Voter Turnout" | 2/26/2020 | |
| DX209 | Summer 2014 CFPB Report, "Using publicly available information to proxy for unidentified race and ethnicity: a methodology and assessment" | 2/26/2020 | |
| DX210 | Catalist datasheet sorted by last name and address | 2/26/2020 | |
| DX211 | Catalist datasheet sorted by last name and address - race mismatches | 2/26/2020 | |
| DX212 | 2010 Census Surname List - Unsorted Excerpt - Goldmunzer Row | 2/26/2020 | |
| DX213 | Catalist Datasheet - Goldmunzer Detail 1 | 2/26/2020 | |
| DX214 | Catalist Datasheet - Goldmunzer Detail 2 - Mismatches | 2/26/2020 | |
| DX215 | Map: New Square boundaries | 2/26/2020 | |
| DX217* | 12/10/19 Letter from D. Wortham to L. Reynolds (Comptroller) | 2/27/2020 | Only Section II of letter on pages 2-4 admitted (Trial Tr. 2457:5-12). |
| DX218 | Map: Goldmunzer address | 2/26/2020 | |
| DX219 | 8/16/17 Latham & Watkins engagement letter to S. White | 2/25/2020 | |
| DX228 | Matthew Barreto et al., "Estimating Candidate Support in Voting Rights Act Cases: Comparing Iterative EI and EI-RxC Methods" | 2/26/2020 | |
| DX229 | Slides re Dr. Alford Direct Examination | 2/27/2020 | |
| DX232* | Facebook chat between Sabrina Charles-Pierre, Harry Grossman, and Robert Ward Kurkela | 3/3/2020 | Only page Bates stamped CHARLES-PIERRE0496 admitted (Trial Tr. 2680:24-2681:6). |
| DX233* | WhatsApp chats of Sabrina Charles-Pierre w/ Harry Grossman, Yehuda Weissmandl, and group chats with ERCSD board and others. | 3/3/2020 | Only pages Bates stamped CHARLES-PIERRE1044 and CHARLES-PIERRE1079 admitted (Trial Tr. 2680:24-2681:6). |
| DX236* | Gary King, "A Solution to the Ecological Inference Problem," 1997 | 3/5/2020 | Stipulated that document was published in 1997 (Trial Tr. 2748:12-18). |
| DX251* | Declaration of Trial Testimony of Bernard Charles, Jr. | 2/26/2020 | Admitted consistent with rulings at Trial Tr. 1780:20-1782:11. |
| DX252 | Declaration of Trial Testimony of Catherine Russell | 2/26/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| DX253 | Declaration of Trial testimony of Sabrina Charles-Pierre | 3/3/2020 | |
| PX002 | 6/10/13 Email from O. Castor to M. Murphy re "school conditions" w/ picture attachments | 2/13/2020 | |
| PX003 | 4/5/13 Email from O. Castor to S. Rivera re "information about East Ramapo school district" w/ attachments | 2/13/2020 | |
| PX004 | 6/10/13 Email from O. Castor to W. Trotman re "ER high schools" w/ attachments | 2/13/2020 | |
| PX007 | 5/16/13 B. Charles Expenditure Statement 2013 | 2/12/2020 | |
| PX008 | 6/11/13 B. Charles Expenditure Statement 2013 | 2/12/2020 | |
| PX009 | 4/22/13 B. Charles Nominating Petition 2013 | 2/12/2020 | |
| PX010 | 4/18/16 B. Charles Nominating Petition 2016 | 2/12/2020 | |
| PX013 | 10/14/15 Email from H. Grossman to B. Charles re: "Regarding tonight's board meeting (10/13/15)" | 2/24/2020 | |
| PX017 | 3/13/13 Letter from C. Russell to B. Charles re Charles appointed to fill vacant seat | 2/12/2020 | |
| PX018 | 8/30/16 Statement of Y. Weissmandl re Recent Events | 2/12/2020 | |
| PX021 | C. Dos Reis and K. Cancio Candidate Questionnaire | 2/12/2020 | |
| PX024 | 4/7/17 Email from strong-east-ramapo-volunteers@googlegroups.com to A. Mandel re "Door-to-Door This Weekend" and attachment "favorite_signs.pdf" | 2/12/2020 | |
| PX025 | 4/17/17 Strong East Ramapo: Press Release - Parents File Candidacy for East Ramapo School Board, Dos Reis, Goodwin and Manigo Seek to Ensure All Children Have a Voice | 2/12/2020 | |
| PX026 | StrongER East Ramapo Board Election Door Hanger for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX027 | StrongER East Ramapo Board Election Flyers for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX028 | StrongER East Ramapo School Board Election Flyers for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX029 | StrongER East Ramapo School Board Election Mailing for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX030 | 5/21/13 Annual Budget & Trustee Vote Official Results 2013 | 2/12/2020 | |
| PX032 | 4/22/13 E. Clerveaux Expenditure and Contribution Statement 2013 | 2/12/2020 | |
| PX033 | 6/10/13 E. Clerveaux Expenditure and Contribution Statement 2013 | 2/12/2020 | |
| PX034 | 4/22/13 E. Clerveaux Nominating Petition 2013 | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX035 | 5/16/13 R. Forrest Expenditure and Contribution Statement 2013, M. Tuck Expenditure and Contribution Statement 2013, E. Clerveaux Expenditure and Contribution Statement 2013 | 2/12/2020 | |
| PX036 | 7/3/13 "VIDEO: East Ramapo district school board lawyer Christopher Kirby launches into profanity-laced tirade at parents," New York Daily News, by David Knowles, available at https://www.nydailynews.com/news/national/video-school-board-lawyer-flips-parents-article-1.1389526?barcprox=true Embedded videos available at https://www.youtube.com/watch?v=x1P-BWF5X4s,https://www.youtube.com/watch?v=qsOcR2 mYKq0 | 2/14/2020 | |
| PX037 | 9/16/15 engageny PowerPoint Presentation East Ramapo: Update from the State Monitors, available at https://www.regents.nysed.gov/common/regents/files/meetings/Sep%202015/EastRamapoReportfromStateMonitors.pdf | 2/12/2020 | |
| PX038 | 4/18/16 J. Fields Nominating Petition 2016 | 2/12/2020 | |
| PX039 | 2/24/11 Letter from A. Wieder to W. Trotman re W. Trotman's 2/16/2011 letter | 2/12/2020 | |
| PX040* | 2/1/16 Letter from W. Trotman to D. Wortham and Y. Weissmandl re repairing Ramapo High School roof | 2/19/2020 | Admitted not for truth but for fact it was said and brought to the Board's attention (Trial Tr. 1272:4-10, 1313:2-6). |
| PX042 | 3/30/16 The Power of Ten #Women4ALL Post, https://poweroften.us/2499-2/ | 2/12/2020 | |
| PX043 | 1/31/17 The Power of Ten Call for Candidates Post, https://poweroften.us/call- for-candidates/ | 2/12/2020 | |
| PX044 | 5/16/16 The Power of Ten Vote Tuesday Post, https://poweroften.us/vote-tuesday/ | 2/12/2020 | |
| PX045 | 5/17/16 Annual Budget & Trustee Vote Official Results 2016 | 2/12/2020 | |
| PX046 | 5/16/17 Annual Budget & Trustee Vote Official Results 2017 | 2/12/2020 | |
| PX047 | 2/14/17 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX048* | 4/15/11 Letter from W. Trotman to A. Wieder re response to 4/5/2011 letter | 2/19/2020 | Admitted not for truth but for fact it was said (Trial Tr. 1271:9-11). |
| PX049 | 5/16/17 J. Freilich Expenditure and Contribution Statement 2017 | 2/12/2020 | |
| PX050 | 4/13/17 J. Freilich Nominating Petition 2017 | 2/12/2020 | |
| PX051 | 4/17/17 J. Freilich Nominating Petition 2017 | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX052 | 5/11/17 SERTA 2017 Community Connections Campaign Advertisement (Freilich Dep. Ex. 5) | 2/14/2020 | |
| PX053 | 5/11/17 SERTA 2017 Community Connections Campaign Advertisement (Freilich Dep. Ex. 6) | 2/14/2020 | |
| PX054 | 5/4/17 SERTA 2017 Community Connections Campaign Advertisement (Freilich Dep. Ex. 7) | 2/14/2020 | |
| PX055 | 5/11/17 SERTA 2017 Community Connections Campaign Advertisement (Freilich Dep. Ex. 8) | 2/14/2020 | |
| PX056 | 5/4/17 SERTA 2017 Community Connections Campaign Advertisement (Freilich Dep. Ex. 9) | 2/14/2020 | |
| PX058 | 6/11/13 P. Germain Expenditure and Contribution Statement 2013 | 2/12/2020 | |
| PX059 | 4/22/13 P. Germain Nominating Petition 2013 | 2/12/2020 | |
| PX060 | 4/18/16 P. Germain Nominating Petition 2016 | 2/12/2020 | |
| PX061 | 5/16/17 Email from strong-east-ramapo-volunteers@googlegroups.com to A. Mandel re "THIS IS IT: Election Day" | 2/12/2020 | |
| PX062 | 5/8/17 E. Goodwin ERCSD Board Campaign Speech | 2/12/2020 | |
| PX063 | 5/12/17 E. Goodwin Expenditure and Contribution Statement 2017 | 2/12/2020 | |
| PX064 | 4/17/17 E. Goodwin Nominating Petition 2017 | 2/12/2020 | |
| PX065 | 3/20/17 Email from A. Mandel to A. Manigo, C. Dos Reis, E. Goodwin, and A. Manigo re "captains for each of you to call" | 2/12/2020 | |
| PX067 | StrongER East Ramapo Board Election Door Hanger for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX068 | StrongER East Ramapo Board Election Door Hanger for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX070 | StrongER East Ramapo School Board Election Mailing for Manigo, Goodwin, Dos Reis | 2/12/2020 | |
| PX073 | 7/18/16 Email from Y. Weissmandl to J. Lefkowitz, M. Hopstein, H. Grossman, Y. Rothman re "reminder - Board vacancy" | 2/19/2020 | |
| PX074 | 12/20/15 Excerpt of a WhatsApp communication between H. Grossman and S. Glick | 2/20/2020 | |
| PX075 | 3/18/15 Excerpt of a WhatsApp communication between H. Grossman and Y. Weissmandl | 2/20/2020 | |
| PX076 | 11/9/15 Excerpt of a WhatsApp communication between H. Grossman, D. Wanounou, Y Rothman, M. Becker, C. Saperstein and others | 2/21/2021 | |
| PX077 | 2/14/17 Excerpt of WhatsApp communication between H. Grossman and J. Freilich | 2/14/2020 | |
| PX078 | 4/17/14 H. Grossman Nominating Petition 2014 | 2/12/2020 | |
| PX079 | 4/13/17 H. Grossman Nominating Petition 2017 | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX080* | Excerpt of a WhatsApp communication including J. Petlin, H. Grossman, H. Horowitz, Y. Weissmandl, C. Saperstein, A. Kraus, D. Rakover, R. Feiner, S. Glick, M. Becker and others | 2/18/2020 | Only pages PX080_001, -279, -427, -738-39, -758-61, -772-75, -801, -1260-61, -1306, -1451-53, -1532, -1552, -1646-47 admitted consistent with rulings at Trial Tr. 995:12-997:17, 1072:16-1074:7, 1080:15-1083:23, 1135:14-1137:20, 1394:20-1396:6, 1399:16-1403:10, 1465:10-18, 1465:24-1467:13, 1467:15-1471:24, 1472:8-1474:22, 1474:25-1476:8, 1486:23-1488:15, 1513:7-21, 1526:4-1529:9, 2607:4-2612:22, 2614:13-2617:17, 2620:14-2624:14, 2627:24-2644:10, 2646:2-2648:21, 2654:17-2658:8. |
| PX081 | 12/3/15 Excerpt of a Facebook Messenger communication between H. Grossman and S. Charles-Pierre | 2/21/2020 | |
| PX088* | 1/19/16 Excerpt of a WhatsApp communication between H. Grossman and H. Horowitz | 2/18/2020 | Admitted consistent with rulings at Trial Tr. 956:10-16; 999:18-25, 1437:7-10. |
| PX092* | 11/17/17 Letter from W. Trotman to C. Szuberla re assistance | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1272:4-10, 1311:4-1312:23. |
| PX093* | 2/5/18 Letter from W. Trotman to C. Szuberla re objectives combatting racial discrimination and segregation | 2/19/2020 | Admitted not for truth but for the fact that the information was conveyed to the board (Court characterized this as a 'letter to the board' but they were only copied) (Trial Tr. 1273:7-9). |
| PX094* | 10/30/17 Letter from W. Trotman to C. Szuberla, Pro. J. Sipple re Monitors Report | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1272:4-10, 1311:4-1312:23. |
| PX095* | 6/25/17 Letter from W. Trotman to C. Szuberla, Pro. Sipple re Board Members' attitudes | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1272:4-10, 1311:4-1312:23. |
| PX098* | 2/28/17 Letter from W. Trotman to Commissioner Elia re concerns discussed at meeting | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1275:2-12. |
| PX101* | 9/17/15 Letter from W. Trotman to D. Walcott of NYS Education Dept. re dysfunctional nature of ERCSD governance | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1274:22-25. |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX102 | 11/23/15 Letter from W. Trotman to D. Walcott of NYS Education Dept. re state- appointed monitor | 2/12/2020 | |
| PX103 | 2/20/13 Letter from W. Trotman to Dr. Klein re budget cuts | 2/19/2020 | |
| PX104 | 3/11/15 Letter from W. Trotman to Dr. Klein re Spanish language interpreters at board meetings | 2/19/2020 | |
| PX105* | 8/7/17 Letter from W. Trotman to Dr. Wortham re meeting summary | 2/19/2020 | Admitted for the fact that it was said (Trial Tr. 1313:19-1314:7). |
| PX106* | 4/25/17 Memorandum from W. Trotman to Dr. Wortham, C. Szuberla, Prof. J. Sipple re meeting summary | 2/19/2020 | Last bullet on pg. 1, Item D, admitted for truth (Trial Tr. 1312:9-23). |
| PX107 | 4/29/16 Letter from W. Trotman to Gov. Cuomo re bill support | 2/12/2020 | |
| PX108* | 10/25/14 Letter from W. Trotman to U.S. Dept. of Education re discriminatory act by Superintendent J. Klein | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1271:12-14. |
| PX109* | 10/10/16 Letter from W. Trotman to Y. Weissmandl re cultural training diversity | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1272:4-10, 1311:4-1312:23. |
| PX111* | 6/24/16 Letter from W. Trotman to Y. Weissmandl re testing school's water | 2/19/2020 | Admitted not for truth but for fact it was said (1272:4-10). |
| PX126 | 5/19/15 Y. Rothman Expenditure and Contribution Statement 2015 | 2/12/2020 | |
| PX127 | 6/15/12 Y. Rothman Expenditure Statement 2012 | 2/12/2020 | |
| PX128 | 4/16/12 Y. Rothman Nominating Petition 2012 | 2/12/2020 | |
| PX129 | 4/20/15 Y. Rothman Nominating Petition 2015 | 2/12/2020 | |
| PX130 | 6/12/13 M. Corado's Expenditure and Contribution Statement 2013 | 2/12/2020 | |
| PX132 | 7/18/16 Email from C. Russell to B. Charles, J. Lefkowitz, D. Wortham, H. Grossman, M. Hopstein, S. Charles-Pierre,Y. Weissmandl, Y. Rothman, P. Germain re "reminder - Board vacancy" attaching letters/resumes | 2/21/2020 | |
| PX133 | 7/14/16 ERCSD Board Organization Meeting Minutes | 2/12/2020 | |
| PX134 | 7/14/16 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX135 | 8/2/16 ERCSD Board Special Meeting Minutes | 2/12/2020 | |
| PX136 | 7/26/16 ERCSD Board Special Meeting Minutes | 2/12/2020 | |
| PX137 | 5/24/17 H. Grossman's Expenditure and Contribution Statement 2017 | 2/12/2020 | |
| PX140* | 4/1/13 Letter from C. Williams-Pulakos to D. Schwartz re Albert D'Agostino | 2/20/2020 | Accepted not for truth but for fact that it was said (Trial Tr. 1301:4-1302:7). |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX141 | 1/21/13 Letter from S. Price to C. Russell re resignation from Board | 2/19/2020 | |
| PX142 | 1/21/13 Letter from S. Young-Mercer to C. Russell re resignation from Board | 2/24/2020 | |
| PX143* | 1/26/17 Letter from W. Trotman to Y. Weissmandl re proposed redistricting of polling sites | 2/19/2020 | Admitted consistent with rulings at Trial Tr. 1275:2-12. |
| PX144 | 2/7/17 Letter from Y. Weissmandl to W. Trotman re proposed redistricting of polling sites | 2/19/2020 | |
| PX145 | 6/27/17 M. Berkowitz's Expenditure Statement 2017 | 2/12/2020 | |
| PX146 | 1/9/17 Memo re Redistricting of school poll locations | 2/18/2020 | |
| PX148 | 1/9/18 School Election Re-districting Project Board Presentation | 2/24/2020 | |
| PX150 | 9/2/03 East Ramapo Board of Education Board Member Oath of Office 2122 Policy | 2/12/2020 | |
| PX151 | 9/2/03 East Ramapo Board Reorganizational Meeting 2210 Policy | 2/12/2020 | |
| PX152 | 11/17/14 East Ramapo: A School District in Crisis by H. Greenberg | 2/12/2020 | |
| PX154* | 3/23/11 Letter from W. Trotman to A. Wieder re Wieder's 2/24/2011 letter | 2/19/2020 | Only second part of letter regarding moving parent participation to the end received for truth (Trial Tr. 1311:23-1312:3). |
| PX155* | 11/9/10 NAACP v ERCSD OCR Complaint and Exhibits | 2/19/2020 | Admitted for the fact that it was said (Trial Tr. 1313:7-10). |
| PX156 | 12/1/15 Opportunity Deferred: A Report on the East Ramapo Central School District by D. Walcott, M. George-Fields, and J. Sipple | 2/12/2020 | |
| PX157 | 10/27/15 U.S. DOE Office of Civil Rights' Letter to W. Trotman | 2/18/2020 | |
| PX158 | 5/19/15 Annual Budget & Trustee Vote Official Results 2015 | 2/12/2020 | |
| PX161 | 10/15/15 Email from H. Grossman to P. Germain re: Regarding tonight's board meeting (10/13/15) | 2/19/2020 | |
| PX165 | 7/30/15 Email from Y. Weissmandl to A. Mandel re "Board vacancy" | 2/19/2020 | |
| PX167 | Letter from J. Chajmovicz to Board of Education re board vacancy | 2/19/2020 | |
| PX168 | 6/13/16 Letter from J. Fields to Y. Weissmandl re consideration for vacant board seat attaching resume | 2/19/2020 | |
| PX169 | 11/26/14 Letter from J. King to Y. Weissmandl re appointment of Henry Greenberg as Fiscal Monitor | 2/18/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX170 | 4/21/17 Letter from M. Elia to Y. Weissmandl re 2017-18 proposed budget | 2/18/2020 | |
| PX172 | 2/14/14 Letter from W. Trotman to Y. Weissmandl re appointment of Harry Grossman | 2/19/2020 | |
| PX173 | 4/18/11 Y. Weissmandl Nominating Petition 2011 | 2/12/2020 | |
| PX174 | 4/18/16 Y. Weissmandl Nominating Petition 2016 | 2/12/2020 | |
| PX179 | CV of Dr. Loren Collingwood | 2/12/2020 | |
| PX180 | CV of Dr. Matthew Barreto | 2/12/2020 | |
| PX182 | 2/11/19 Document titled "BISGvsCVAP_2015" attached to District's Feb. 11, 2019 Letter | 2/12/2020 | |
| PX183 | 2/11/19 Document titled "BISGvsCVAP_2015_2017" attached to District's Feb. 11, 2019 Letter | 2/11/2020 | |
| PX184 | 4/22/10 East Ramapo Central School District Staff Newsletter Chalk Talk - Board Adopts the 2010-2011 Budget | 2/12/2020 | |
| PX185 | 4/1/09 Education Matters Newsletter Vol VIII No 8 | 2/12/2020 | |
| PX186 | 5/14/08 Email from A. Wieder to J. Grossman re "(No Subject)" | 2/19/2020 | |
| PX187* | 5/14/08 Email from J. Grossman to undisclosed recipients re "Upcoming School Board Elections" | 2/19/2020 | Admitted not for truth but for fact that statements were made (Trial Tr. 1167:21-25). |
| PX188 | 5/18/08 Email from M. Horowitz to A. Wieder re "FW: Phone calls" with attachment "instruction for east ramapo.docx" | 2/19/2020 | |
| PX189 | 5/11/07 Email from M. Horowitz to A. Wieder re "Things for today" | 2/19/2020 | |
| PX195 | 11/18/09 ERCSD Audit Committee and Regular Meeting Minutes | 2/12/2020 | |
| PX196 | 7/1/09 ERCSD Board Organization Meeting Minutes | 2/12/2020 | |
| PX197 | 7/24/12 ERCSD Board Public Hearing, Meeting of the Audit Committee, and Regular Meeting Minutes | 2/12/2020 | |
| PX198 | 7/28/10 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX199 | 5/25/11 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX200 | 4/19/10 ERCSD Board Special Meeting Minutes | 2/12/2020 | |
| PX201 | 4/1/09 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX203 | 7/19/16 Letter from M. Elia to East Ramapo Community re $3 million state funding grant to the District | 2/25/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX204 | NYSED East Ramapo CSD (Spring Valley) Data, available at https://data.nysed.gov/profile.php?instid=80 0000039112 | 2/12/2020 | |
| PX205 | NYSED Data for NonPublic Enrollment by Race/Ethnicity, available at http://www.p12.nysed.gov/irs/statistics/non public/home.html | 2/12/2020 | |
| PX206 | 1/24/17 A New Beginning: A Report on the East Ramapo Central School District by C. Szuberla and J. Sipple | 2/12/2020 | |
| PX207 | 10/1/17 Balanced Budget: A Report on the East Ramapo Central School District by C. Szuberla and J. Sipple | 2/12/2020 | |
| PX208 | 12/1/18 Continuing Progress: A Report on the East Ramapo Central School District by C. Szuberla and J. Sipple | 2/12/2020 | |
| PX209 | 9/2/03 East Ramapo Board of Education Board Member Qualifications 2121 Policy | 2/12/2020 | |
| PX210 | 6/10/14 Letter from J. King to J. Klein re appointing fiscal monitor | 2/18/2020 | |
| PX211 | NYSED, Notice to the East Ramapo Central School District Community Regarding the Result of a Finding of Continuing Noncompliance | 2/18/2020 | |
| PX212 | 6/6/11 NYSED Commissioner's Decision No. 16,239 | 2/18/2020 | |
| PX213 | 11/17/14 NYSED November 17, 2014 meeting of the NYS Board of Regents Transcript | 2/18/2020 | |
| PX214 | 11/1/19 Office of New York State Comptroller, Report of Examination: East Ramapo Central School District Nonpublic School Transportation, available at https://osc.state.ny.us/localgov/audits/scho ols/2019/east-ramapo-2019-107.pdf | 2/18/2020 | |
| PX216 | 11/17/14 Video of NYSED November 17, 2014 meeting of the NYS Board of Regents, Hank Greenberg Presentation, available at https://www.regents.nysed.gov/video/board-regents-meeting-november-17-2014-hank-greenburg-presentation | 2/18/2020 | |
| PX217 | 2/25/15 NYSED's Office of Bilingual Education and World Languages Monitoring Report | 2/18/2020 | |
| PX218 | Community Connections Advertisements, including Translation and Certificate of Accuracy | 2/19/2020 | |
| PX219 | 5/18/08 Email from A. Wieder to J. Wolfset re (no subject) | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX220 | 3/1/12 Education Matters Newsletter Vol XI No VI | 2/12/2020 | |
| PX222 | 12/4/14 Letter from W. Trotman to J. Klein re Spanish interpreter at Dec 2, 2014 board meeting | 2/19/2020 | |
| PX223 | 12/12/16 Letter from W. Trotman to C. Szuberla re requests for information regarding cultural diversity training of board members | 2/25/2020 | |
| PX224 | 7/13/15 Letter from C. Szuberla to the P-12 Education Committee regarding the District | 2/18/2020 | |
| PX225 | 3/23/11 Letter from W. Trotman to N. Rothschild re efforts to bring unity in ERCSD | 2/19/2020 | |
| PX226* | 4/18/11 Letter from W. Trotman to A. Wieder re District Budget Vote and Election | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1274:16-21. |
| PX227* | 8/7/15 Letter from W. Trotman to P. Modica and M. Schwab re effigy in blackface | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1275:14-16. |
| PX228* | 4/25/17 Letter from W. Trotman to D. Wortham, C. Szuberla, and J. Sipple re April 6, 2017 meeting summary | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1274:8-15. |
| PX229 | 7/1/13 Office of NYS Comptroller East Ramapo Central School District Financial Condition Report of Examination July 1, 2009 - February 1, 2013, available at https://www.ercsd.org/site/handlers/filedownload.ashx?moduleinstanceid=272&dataid=3000&FileName=East-Ramapo-CSD-- OSC-Report-of-Examinations---07-01-09- through-02-01-13.pdf | 2/18/2020 | |
| PX230 | 12/13/10 Letter from Office of the State Comptroller to I. Oustacher and Board Members re school audit | 2/18/2020 | |
| PX231 | 8/1/11 NYS Office of the Comptroller East Ramapo Central School District Internal Controls Over Selected Financial Activities Report of Examination July 1, 2008 - April 13, 2010, available at https://www.ercsd.org/site/handlers/filedownload.ashx?moduleinstanceid=279&dataid=3059&FileName=East-Ramapo-CSD-NYS-Comptrollers-Audit--08-26-11.pdf | 2/18/2020 | |
| PX232 | 9/8/15 Voluntary Resolution Agreement between the District and the U.S. DOE OCR regarding the District's corrective action plan | 2/18/2020 | |
| PX234 | 5/17/11 Annual Budget & Trustee Vote Official Results 2011 | 2/12/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX235 | 5/15/18 Annual Budget & Trustee Vote Official Results 2018 | 2/12/2020 | |
| PX238 | 4/1/10 Education Matters Newsletter Vol IX No 6 | 2/12/2020 | |
| PX239 | 5/1/11 Education Matters Newsletter Vol X No 7 | 2/12/2020 | |
| PX240 | 4/1/13 Education Matters Newsletter Vol XIII No VII | 2/12/2020 | |
| PX241 | 5/1/13 Education Matters Newsletter Vol XIII No VIII | 2/12/2020 | |
| PX242 | 9/14/18 Expert Report of Matthew A. Barreto, PhD & Loren Collingwood PhD, with any disclosed materials, exhibits, appendices, data, replication materials, and errata | 2/11/2020 | |
| PX243 | 11/16/18 Expert Rebuttal Report of Matthew A. Barreto, PhD & Loren Collingwood PhD, dated November 16, 2018, with any disclosed materials, exhibits, appendices, data, replication materials, and errata | 2/11/2020 | |
| PX244 | 9/14/18 Expert Report of William S. Cooper, dated September 14, 2018, with any disclosed materials, exhibits, appendices, data, replication materials, and errata | 2/11/2020 | |
| PX245 | 8/29/18 Letter to Latham & Watkins from Catalist re New York Civil Liberties Union, et al. v. East Ramapo Central School District | 2/25/2020 | |
| PX246 | Report by Yair Ghitza | 2/25/2020 | |
| PX247 | Columnar document marked by deponent A through I ERCSD 2017 Board Member Elections.xlsx | 2/25/2020 | |
| PX248 | Columnar document listing SD Poll, Name, Street Address, etc. July 2017 (affidavit voters) | 2/25/2020 | |
| PX249 | Columnar document listing SD Poll Name, Street Address, etc. July 2017 | 2/25/2020 | |
| PX250 | Columnar document labeled by deponent A through T | 2/25/2020 | |
| PX251 | 12/14/11 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX252 | 9/2/03 East Ramapo Board of Education School Attorney 2270 Policy | 2/18/2020 | |
| PX253 | 3/17/10 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX257* | 10/31/18 District Rule 30(b)(6) Deposition Transcript reflecting designations, counter-designations, and objections for both parties | 2/19/2020 | Plaintiffs' designations admitted except for lines 221:25-222:4 and 258:20-25 (Trial Tr. 1104:12-24). |
| PX258 | 2/20/19 Yair Ghitza Deposition Transcript reflecting designations, counter- designations, and objections for both parties | 2/19/2020 | |

18

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX259 | East Ramapo Central School District Board of Education website, available at https://www.ercsd.org/domain/1420 | 2/20/2020 | |
| PX262* | 4/16/19 Letter from W. Trotman to H. Grossman and D. Wortham re District's transportation proposal | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1272:23-1273:3. |
| PX263* | 12/20/19 Letter from W. Trotman to Comptroller T. DiNapoli re November 2019 Report of Examination 2019M-107, "East Ramapo Central School District Nonpublic School Transportation" | 2/19/2020 | Admitted consistent with ruling at Trial Tr. 1273:9-16. |
| PX264 | 5/28/13 Email from O. Castor to W. Trotman re "Emailing ersc REPORT CARD– double column-3.pdf" with attachment | 2/13/2020 | |
| PX266 | 1/8/19 Joint Stipulation Regarding the Authenticity and Admissibility of Reports by Monitors Appointed by the New York State Commissioner of Education and Exhibits | 2/12/2020 | |
| PX267 | 2/25/09 ERCSD Board Regular Meeting Minutes | 2/12/2020 | |
| PX268 | 7/2/13 ERCSD Board Organization Meeting Minutes | 2/12/2020 | |
| PX269 | 3/17/16 Kosuke Imai, et al., Improving Ecological Inference by Predicting Individual Ethnicity from Voter Registration Records (2016) | 2/11/2020 | |
| PX270 | 2018 Census Maps, based on data available at https://www.census.gov/programs-surveys/sis/activities/geography/race-and-ethnicity-.html and https://www.census.gov/programs-surveys/geography/data/interactive- maps.html, presented using Social Explorer (https://www.socialexplorer.com/a9676d97 4c/explore) | 2/11/2020 | |
| PX271 | 1988 Davidson, C., & Fraga, L. (1988). Slating Groups as Parties in a "Nonpartisan" Setting. The Western Political Quarterly, 41(2), 373-390 | 2/12/2020 | |
| PX273 | 2/6/20 Bernard Charles, Jr. Press Release | 2/24/2020 | |
| PX274 | Allen Fremont et al., "When Race/Ethnicity Data Are Lacking" | 2/11/2020 | |
| PX276* | 3/16/18 New York Times Article, "Rabbi Mordechai Hager, Leader of Large Hasidic Sect, Dies at 95" | 2/18/2020 | Not received for truth, but for context of comments in PX80 (Trial Tr. 1076:20-23). |
| PX278* | 1/13/20 Affidavit Constituting the Direct Testimony of Olivia Castor on Behalf of Plaintiffs | 2/13/2020 | Partially admitted consistent with rulings at Trial Tr. 328:15-330:24, 592:6-7. |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX279* | 1/13/20 Affidavit Constituting the Direct Testimony of Chevon Dos Reis on Behalf of Plaintiffs | 2/13/2020 | Partially admitted consistent with rulings at Trial Tr. 646:8-647:2. |
| PX280* | 1/13/20 Affidavit Constituting the Direct Testimony of Julio Clerveaux on Behalf of Plaintiffs | 2/14/2020 | Partially admitted consistent with rulings at Trial Tr. 689:9-24, 698:12-21. |
| PX281* | 1/13/20 Affidavit Constituting the Direct Testimony of Eric Goodwin on Behalf of Plaintiffs | 2/14/2020 | Partially admitted consistent with rulings at Trial Tr. 779:2-19. |
| PX282* | 1/13/20 Affidavit Constituting the Direct Testimony of Dorothy Miller on Behalf of Plaintiffs | 2/14/2020 | Partially admitted consistent with rulings at Trial Tr. 817:14-818:21, 826:6-25. |
| PX283* | 1/13/20 Affidavit Constituting the Direct Testimony of Jean Fields on Behalf of Plaintiffs | 2/14/2020 | Partially admitted consistent with rulings at Trial Tr. 858:7-860:11, 871:5-22. |
| PX286* | 1/9/20 Stephen Price Affidavit of Direct Testimony | 2/19/2020 | Partially admitted consistent with withdrawals and rulings at Trial Tr. 330:25-333:9. |
| PX288* | 1/13/20 Affidavit Constituting the Direct Testimony of Willie Trotman on Behalf of Plaintiffs | 2/19/2020 | Partially admitted consistent with rulings at Trial Tr. 1270:1-1275:18; 1311:4-1314:7. |
| PX289 | 12/19/12 Letter from J. DeLorenzo to J. Klein | 2/25/2020 | |
| PX291 | Slides re Winning Candidates | 2/24/2020 | |
| PX292 | 11/21/17 Board Minutes of Regular Meeting | 2/24/2020 | |
| PX293 | 3/27/18 Board Minutes of Regular Meeting | 2/24/2020 | |
| PX294 | 2/11/14 Open Letter from Calherbe Monel to Yehuda Weissmandl | 2/24/2020 | |
| PX295 | 3/4/14 Board Minutes of Regular Meeting | 2/24/2020 | |
| PX300 | U.S. Census Bureau data - Hispanic or Latino, and Not Hispanic or Latino by Race | 2/25/2020 | |
| PX301 | U.S. Census Bureau data - Hispanic or Latino, and Not Hispanic or Latino by Race | 2/25/2020 | |
| PX302* | Excerpt of Catalist Datasheet - Individuals with the surname "Rubin" | 2/21/2020 | Received with the understanding that it is a selection of names, not a summary (Trial Tr. 1688:9-25). |
| PX303 | Excerpt of Catalist Datasheet - Individuals with the surname "Cohen" | 2/21/2020 | |
| PX304 | Catalist datasheet - individuals named Braun | 2/25/2020 | |
| PX305 | Slides re Barreto Direct Testimony | 2/21/2020 | |
| PX311 | Slides - William Cooper - Redistricting and Demographics | 2/25/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX312 | Slides - William Cooper - Redistricting and Demographics | 2/25/2020 | |
| PX314 | 4/18/19 Petition for Nomination of Joselito Cintron to School Board | 2/24/2020 | |
| PX315 | ERCSD voter rolls | 2/24/2020 | |
| PX316 | Expenditure and Contribution Statement for Candidate Jose Cintron | 2/24/2020 | |
| PX323 | Excel spreadsheet listing polling places. | 3/3/2020 | |
| PX324 | ERCSD List of Voters / Polling Places | 2/25/2020 | |
| PX325 | 11/26/14 Letter from J. King to D. Carlucci re Greenberg Report | 2/25/2020 | |
| PX326 | 4/7/17 Email from C. Russell to O. Cohen, "Re: Foil Request Spring Valley NAACP" | 2/25/2020 | |
| PX327* | 9/23/14 Letter from H. Greenberg to J. Klein re Response to Cohen and Trotman Letter | 2/25/2020 | Received not for truth but for fact it was said (Trial Tr. 1925:17-24). |
| PX328* | 9/4/14 Letter from O. Cohen and W. Trotman to J,. Klein re Klein's 8/19/14 statement on immigrant influx | 2/25/2020 | Received not for truth but for fact it was said (Trial Tr. 1925:17-24). |
| PX329* | 9/15/14 Letter from J. Klein to O. Cohen and W. Trotman | 2/25/2020 | Received not for truth but for fact it was said (Trial Tr. 1925:17-24). |
| PX330 | Map re 2019 Joselito Cintron petition | 3/3/2020 | |
| PX332 | 7/26/16 Minutes of Special Meeting | 2/25/2020 | |
| PX333 | 5/17/16 Minutes of Regular Meeting | 2/25/2020 | |
| PX334 | 6/7/16 Minutes of Regular Meeting | 2/25/2020 | |
| PX335 | 6/21/16 Board Minutes of Regular Meeting | 2/25/2020 | |
| PX336 | 6/28/16 Minutes of Special Meeting | 2/25/2020 | |
| PX337 | 7/14/16 Board Minutes of Organization Meeting | 2/25/2020 | |
| PX338 | 7/14/16 Board Minutes of Regular Meeting | 2/25/2020 | |
| PX339* | Deposition Excerpts from Plaintiffs' Video Clips | 2/25/2020 | Defendant permitted to object post-trial on basis of question as to impeachment (Trial Tr. 1990:6-1991:25). |
| PX340 | Excerpts of PX80 Used at Trial | 2/25/2020 | |
| PX341 | Direct Testimony of Jennifer Felder | 2/26/2020 | |
| PX342* | Affidavit Constituting Direct Testimony of Oscar Cohen on Behalf of Plaintiffs | 2/25/2020 | Partially admitted consistent with rulings at Trial Tr. 1899:3-1900:16. |
| PX343* | Affidavit Constituting Direct Testimony of Suzanne Young-Mercer on Behalf of Plaintiffs | 2/24/2020 | Partially admitted consistent with rulings at Trial Tr. 1869:13-1871:7 and withdrawals at Trial Tr. 1873:15-1874:4. |
| PX347 | Chart showing votes for candidates by precinct and race | 2/26/2020 | |

| Trial Exhibit No. | Description | Date Admitted | *Notes |
|---|---|---|---|
| PX352 | 1/25/16 Power of Ten Article, "Time to Start Thinking About May" | 2/26/2020 | |
| PX353 | 1/31/17 Power of Ten Article, "Call for Candidates" | 2/26/2020 | |
| PX354 | 1/25/18 Power of Ten Article, "Your Signature of Support" | 2/26/2020 | |
| PX355 | 3/11/19 Power of Ten Article, "One Million Views!" | 2/26/2020 | |
| PX360* | 5/2/17 Andrew Mandel Facebook post | 3/3/2020 | Received not for truth but for the fact the statement was posted publicly (Trial Tr. 2627:14-22). |
| PX361 | 5/5/17 Email from S. Charles-Pierre to A. Manigo | 3/3/2020 | |
| PX362 | 5/5/17 Email from S. Charles-Pierre to A. Manigo | 3/3/2020 | |
| PX363 | 5/5/17 Email from S. Charles-Pierre to A. Manigo | 3/3/2020 | |
| PX364 | B. Grofman and M. Barreto, "A Reply to Zax's (2002) Critique of Grofman and Migalski (1988): Double-Equation Approaches to Ecological Inference Wh…" | 3/5/2020 | |
| PX367 | B. Fraga, "Candidates or Districts? Reevaluating the Role of Race in Voter Turnout" | 3/5/2020 | |
| PX368 | R. Enos, "What the Demolition of Public Housing Teaches Us about the Impact of Racial Threat on Political Behavior" | 3/5/2020 | |
| PX369 | B. Fraga, "The Turnout Gap: Race, Ethnicity, and Political Inequality in a Diversifying America" | 3/5/2020 | |
| PX370 | J. Grumbach, "Race and Representation in Campaign Finance" | 3/5/2020 | |
| PX371 | M. Barreto, L. Collingwood, et al., "Estimating Candidate Support in Voting Rights Act Cases: Comparing Iterative EI and EI-RxC Methods" | 3/5/2020 | |
| PX372 | NYSED Nonpublic Enrollment Data | 3/5/2020 | |
| PX373 | M. Barreto Rebuttal Examination Slides | 3/5/2020 | |
| PX374 | Excel file, "ny2017race_output_withprecinct" | 3/5/2020 | |