# Morgan Lewis

**David J. Butler**
+1.202.373.6723
david.butler@morganlewis.com

July 27, 2020

**VIA CM/ECF**

Honorable Cathy Seibel
United States District Judge
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *NAACP, Spring Valley Brach v. ERCSD*, No. 17-cv-8943.

Dear Judge Seibel:

Pursuant to the Stipulated Protective Order (ECF No. 64), the East Ramapo Central School District ("the District"), through counsel requests the Court's leave to file under seal Exhibit B to the Declaration of David J. Butler In Support of the District's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs. The District does not believe that Exhibit B contains information warranting the highly confidential designation, but respectfully requests that it be kept and maintained under seal because of Plaintiffs' confidentiality designation.

Respectfully submitted,

*/s/ David J. Butler*
David J. Butler

cc:   All counsel of record (via ECF)