UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
N.A.A.C.P., Spring Valley Branch, et al.,

                        Plaintiff(s),

           v.

East Ramapo Central School District,
                        Defendant(s).
-----------------------------------------------------------X

**AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

7:17-CV-08943 (CS)

The above entitled action is referred to the Hon. Judith C. McCarthy, United States Magistrate Judge, for the following purposes(s):

| | |
|---|---|
| ____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositve pre-trial motions and settlement) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ SOCIAL SECURITY |
| __X__ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation) | ____ SETTLEMENT |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)* <u>Discovery Disputes</u> | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial) |
| | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF _____ |
| ____ JURY SELECTION | |
| ____ HABEAS CORPUS | |

Dated: July 29, 2020
       White Plains, New York

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.
This referral is in regard to Plaintiffs' Motion for Fees (Doc # 598)