# LATHAM & WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 15, 2020

**VIA ECF**

Hon. Cathy Seibel
United States District Judge
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *National Association for the Advancement of Colored People, Spring Valley Branch et al v. East Ramapo Central School District et al,* 7:17-cv-08943 (CS)(JCM)

Dear Judge Seibel:

    I am writing the Court to respectfully request that I be relieved as counsel for Plaintiffs National Association for the Advancement of Colored People, Spring Valley Branch, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Jose Vitelio Gregorio, Dorothy Miller, and Hillary Moreau ("Plaintiffs") in the above-referenced matter. I have previously appeared and represented Plaintiffs in this matter on behalf of Latham & Watkins LLP – along with my colleagues Serrin Turner, Andrew Clubok, Corey Calabrese, Elizabeth Parvis, Russell Mangas, Thomas Pearce, Claudia Salomon, Nicole Scully, Abhinaya Swaminathan, Elizabeth Sahner, and Andrej Novakovski. My last day at Latham & Watkins LLP is October 15, 2020. Following my departure from Latham & Watkins LLP, Mr. Turner, Mr. Clubok, Ms. Calabrese, Ms. Parvis, Mr. Mangas, Mr. Pearce, Ms. Salomon, Ms. Scully, Ms. Swaminathan, Ms. Sahner, and Mr. Novakovski – all of Latham & Watkins LLP – will continue to act as counsel for Plaintiffs. As Latham & Watkins LLP will continue to represent Plaintiffs, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including Plaintiffs). In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Plaintiffs and that the official court docket be amended to reflect this change.

                    Respectfully submitted,

                    /s/ Rakim E. Johnson
                    Rakim E. Johnson
                    LATHAM & WATKINS LLP

Cc: All Counsel of Record (via ECF)

The Clerk of Court is respectfully directed to terminate Mr. Johnson as counsel for Plaintiffs.

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

10/16/20