# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: (212) 906-1200  Fax: (212) 751-4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

December 21, 2020

**VIA ECF**

Hon. Cathy Seibel
United States District Court
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *National Association for the Advancement of Colored People, Spring Valley Branch et al. v. East Ramapo Central School District et al.,* 7:17-cv-08943 (CS) (JCM)

Dear Judge Seibel:

      I am writing respectfully to request that I be relieved as counsel for Plaintiffs National Association for the Advancement of Colored People, Spring Valley Branch, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Dorothy Miller, and Hillary Moreau ("Plaintiffs") in the above-referenced matter.

      I have previously appeared and represented Plaintiffs in this matter, on behalf of Latham & Watkins LLP – along with my colleagues, Marc Zubick, Serrin Turner, Andrew Clubok, Corey Calabrese, Elizabeth Parvis, Russell Mangas, Thomas Pearce, Nicole Scully, Abhinaya Swaminathan, Elizabeth Sahner, and Andrej Novakovski. My last day at Latham & Watkins LLP will be December 31, 2020. Following my departure from Latham & Watkins LLP, Mr. Zubick, Mr. Turner, Mr. Clubok, Ms. Calabrese, Ms. Parvis, Mr. Mangas, Mr. Pearce, Ms. Scully, Ms. Swaminathan, Ms. Sahner, and Mr. Novakovski – all of Latham & Watkins LLP – will continue to act as counsel for Plaintiffs. As Latham & Watkins LLP will continue to represent Plaintiffs, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including Plaintiffs). In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Plaintiffs and that the official court docket be amended to reflect this change.

LATHAM&WATKINS LLP

Thank you for your attention to this request.

                                      Respectfully submitted,

                                      /s/ Claudia T. Salomon
                                      Claudia T. Salomon

cc:  All Counsel of Record