UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH, et al.,**<br><br>      **Plaintiffs,**<br><br>    v.<br><br>**EAST RAMAPO CENTRAL SCHOOL DISTRICT, et al.,**<br><br>      **Defendants.** | ECF CASE<br><br>Case No. 7:17 Civ. 8943 (CS)(JCM)<br><br>DISTRICT JUDGE<br>CATHY SEIBEL<br><br>MAGISTRATE JUDGE<br>JUDITH C. McCARTHY |

**NOTICE OF RULE 72(a) OBJECTION TO MAGISTRATE JUDGE MCCARTHY'S
DECEMBER 29, 2020 REPORT AND RECOMMENDATION**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 72(a), Defendant East Ramapo Central School District ("District"), through counsel, objects to Judge McCarthy's December 29, 2020 Report and Recommendation (ECF No. 671) awarding attorneys' fees and costs to Plaintiffs' counsel. For the reasons set forth in the accompanying memorandum of law, the District hereby moves this Court to amend Judge McCarthy's Report and Recommendation by exercising its discretion to either decline to issue a fee award or to issue a nominal award. In the alternative, the District requests that this Court amend Judge McCarthy's Report and Recommendation by removing certain non-compensable costs, reducing the award to $3,983,947.49.

| | |
|---|---|
| Dated:  January 12, 2021 | Respectfully submitted,<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>s/ David J. Butler<br>David J. Butler<br>Randall M. Levine<br>101 Park Avenue<br>New York, NY 10178 |

1

T: (212) 309-6000
F: (212) 309-6001
    -and-
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
david.butler@morganlewis.com
randall.levine@morganlewis.com

William S.D. Cravens
Clara Kollm
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
william.cravens@morganlewis.com
clara.kollm@morganlewis.com

*Counsel for Defendant East Ramapo Central School District*