UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>Defendants. | 17 Civ. 8943 (CS) (JCM) |

### DECLARATION OF COREY A. CALABRESE IN SUPPORT OF PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE MCCARTHY DATED DECEMBER 29, 2020 CONCERNING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Corey A. Calabrese, declare as follows:

1. I am an associate of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, co-counsel for Plaintiffs with the New York Civil Liberties Union Foundation in the above-captioned matter. I am a member in good standing of the bar of the State of New York and this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Objection to the Report and Recommendation of Magistrate Judge McCarthy dated December 29, 2020 concerning Plaintiffs' Motion for Attorneys' Fees and Costs. I have personal knowledge of the facts and circumstances set forth herein.

3.        Attached as **Exhibit A** is a true and correct copy of the transcript of proceedings held before Magistrate Judge Judith C. McCarthy on September 20, 2018.

4.        Attached as **Exhibit B** is a true and correct copy of an email dated March 20, 2019 from Adam Adler to Plaintiffs' counsel.

Dated: January 12, 2021                                     Respectfully submitted,

                                                                             /s/ Corey A. Calabrese
                                                                             Corey A. Calabrese