# EXHIBIT B

| | |
|---|---|
| **From:** | adam.adler@morganlewis.com |
| **Sent:** | Wednesday, March 20, 2019 10:41 AM |
| **To:** | Johnson, Rakim (NY); clara.kollm@morganlewis.com; Randall.levine@morganlewis.com; david.butler@morganlewis.com; william.cravens@morganlewis.com; adam.wingard@morganlewis.com; #C-M NYCLU - EAST RAMAPO VOTING RIGHTS - LW TEAM; Salomon, Claudia (NY); Faris, Michael (CH); Hegt, Jason (NY); Clubok, Andrew (DC); kjason@nyclu.org; pgrossman@nyclu.org; aeisenberg@nyclu.org; scoyle@nyclu.org |
| **Subject:** | NAACP v. ERCSD Production |

**You have received 1 secure file from adam.adler@morganlewis.com.**
Use the secure link below to download.
Dear Counsel,

Please see the attached production from the Montesa discovery record. Note that the Bates numbers are non-consecutive because the files retain their original Montesa Bates numbers.

The password for the production is n=bach!Gi2

Thanks,
Adam

**Secure File Downloads:**
Available until: **19 April 2019**
Click link to download:
   **VOL02.zip**
   193.29 MB
**\*\*\* Do not delete this email message prior to taking appropriate action. \*\*\***

You have received attachment link(s) within this email from Morgan, Lewis & Bockius LLP. **You must use the link(s) above to download the file(s): .**

Secured by <u>Accellion</u>

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.