

DATA.NY.GOV OPEN NY CATALOG DEVELOPERS HELP ABOUT Sign In

# attorney lookup new york

View Data Visualize Export API •••

View based on NYS Attorney Registrations

COMMUNITY Transparency

The data included here is the information in the NYS Attorney Registration Database that is deemed public information pursuant to 22 NYCRR 118.

**Updated** October 18, 2020

**Data Provided by** NYS Unified Court System

Cited in NAACP v East Ramapo Cent Sch Distr 17Civ8943 Decided 12/09/20
Archived on 1/4/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## About this Dataset

Updated

**October 18, 2020**

**Data Last Updated** October 18, 2020

**Metadata Last Updated** August 8, 2018

**Date Created** December 18, 2014

Views **206K**

Downloads **32.3K**

**Data Provided by** NYS Unified Court System

**Dataset Owner** jlsweat

Contact Dataset Owner

### Dataset Summary

| | |
|---|---|
| Organization | NYS Office of Court Administration |
| Time Period | Data derived from most recent biennial registrations filed by NYS Attorneys |
| Posting Frequency | Quarterly |
| Data Frequency | |
| Dataset Owner | NYS Unified Court System |
| Contact Information | attyreg@nycourts.gov |
| Coverage | All registered attorneys admitted in NYS, whether they are resident or non-resident, active or retired, or practicing law in NY or anywhere else. |
| Granularity | |
| Units | |

## Additional Resources

| | |
|---|---|
| See Also | www.nycourts.gov/attorneys |
| See Also | |
| See Also | |
| See Also | |
| See Also | |
| See Also | |
| See Also | |
| See Also | |
| See Also | |
| See Also | |

Show More

## What's in this Dataset?

Rows: 383K
Columns: 18

## Columns in this Dataset

| Column Name | Description | Type |
|---|---|---|
| Last Name | The attorney's last name | T |

| Column Name | Description | Type | |
|---|---|---|---|
| First Name | The attorney's first name | T | ⌄ |
| Middle Name | The attorney's middle name; blank if no mid… | T | ⌄ |
| Status | The registration status of the attorney; valid… | T | ⌄ |
| Registration Number | 7-digit number unique to each attorney | # | ⌄ |
| Company Name | The attorney's office name | T | ⌄ |
| Street 1 | Street address line 1 of the office address | T | ⌄ |

Show All (18)

## Table Preview

[View Data] [Create Visualization]

| Last ↑ | First … | Midd… | Status | Regis… | Com… | Stree… | Stree… | City |
|---|---|---|---|---|---|---|---|---|
| AAB | RAYMOND | J. | Currently … | 1190404 | RAYMON… | 61 Broad… | | New York |
| AACH | LAUREN | ILYSE | Currently … | 4897088 | | | | |
| AAKER | JOSEPH | WALTER | Currently … | 4616132 | Polsinelli | 900 W 48… | | Kansas City |
| AALTO | CHARLES | SKIRM | Deceased | 1083229 | | | | |
| AALTONEN | ANNE | MARIE | Currently … | 5219852 | MUFG | 1251 Ave… | | New York |
| AANA | MARIAME | M. | Currently … | 5154646 | | P.O. BOX … | | HOUSTON |
| AANDAHL | SOREN | WALLACE | Currently … | 4829883 | | | | |
| AARON | DEBRA | M. | Currently … | 1036938 | | 341 E 21S… | | NEW YORK |
| AARON | ARTHUR | S. | Deceased | 1162874 | | | | |
| AARON | ROGER | S. | Deceased | 1180751 | | | | |
| AARON | PHILIP | IRWIN | Currently … | 1212687 | PHILIP IR… | 24 South … | | Roslyn |
| AARON | BARRY | LAWRENCE | Due to re… | 1301621 | Law Offic… | 1035 Pea… | | Boulder |
| AARON | JEFFREY | IAN | Currently … | 1448257 | | 233 E 69T… | | NEW YORK |
| AARON | SHERRY | ELLEN | Currently … | 1472067 | | | | |

Cited in NAACP v East Ramapo Cent Sch Dist 17-Civ-8943 Decided 12/29/20 Archived on 1/4/21 This document is protected by copyright. Further reproduction is prohibited without permission.

< Previous    Next >                Showing Rows 1 to 14 out of 382,981



Terms of Service    Privacy    Accessibility    Give Feedback



Cited in NAACP v East Ramapo Cent Sch Distr
17Civ8943 Decided 12/29/20
Archived on 1/4/21
This document is protected by copyright.
Further reproduction is prohibited without permission.