885 3rd Ave, New York, NY 10022 to 300 Quarropas Street, White Plains, NY

Drive 24.7 miles, 45 min



Map data ©2021 Google    2 mi

🚗 **via Bronx River Pkwy** — **45 min** / 24.7 miles
Fastest route now due to traffic conditions
⚠ This route has tolls.

🚗 **via I-87 N and Bronx River Pkwy** — 46 min / 24.5 miles

🚆 ⚠ 9:54 AM—10:59 AM    1 hr 5 min
 ›   ›  Harlem › 

## Explore 300 Quarropas St

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    Ⓟ Parking Lots    ⋯ More

Cited in NAACP v East Ramapo Cent Sch Dist
17Civ8943 Decided 12/29/20
Archived on 1/4/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in NAACP v East Ramapo Cent Sch Distr
17Civ8943 Decided 12/29/20
Archived on 1/4/21
This document is protected by copyright.
Further reproduction is prohibited without permission.