Case 7:17-cv-08943-CS-JCM Document 684 Filed 03/08/21 Page 1 of 1
Case 7:17-cv-08943-CS-JCM Document 781-1 03/08/2021 Page 1 of 1
N.Y.S.D. Case # 17-cv-8943(CS)

# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand twenty-one.

Before:  Rosemary S. Pooler,
 Peter W. Hall,
 Denny Chin,
  *Circuit Judges*,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 08 2021

Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, Jose Vitelio Gregorio, Dorothy Miller, Hillary Moreau, National Association for the Advancement of Colored People, Spring Valley Branch,

 Plaintiffs - Appellees,

v.

East Ramapo Central School District,

 Defendant - Appellant.

**JUDGMENT**

Docket No. 20-1668

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/08/2021