UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH; JULIO CLERVEAUX; CHEVON DOS REIS; ERIC GOODWIN; JOSE VITELIO GREGORIO; DOROTHY MILLER; HILLARY MOREAU; and WASHINGTON SANCHEZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT and MARYELLEN ELIA, IN HER CAPACITY AS THE COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK,<br><br>      Defendants. | 17 Civ. 8943 (CS) (JCM)<br><br>**[PROPOSED] JUDGMENT** |

  WHEREAS, the above-captioned matter, having come before trial, and this Court having found for Plaintiffs and having found that Plaintiffs are entitled to a fee award under 52 U.S.C. § 10310(e), and having awarded Plaintiffs attorneys' fees and costs, including expert fees;

  WHEREAS, Plaintiffs filed Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 598, the District filed a Memorandum of Law in Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 631, and Plaintiffs filed a Reply Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 649;

  WHEREAS, Magistrate Judge McCarthy issued a Report and Recommendation (the "R&R"), ECF No. 671;

  WHEREAS, Plaintiffs filed Plaintiffs' Objection to Magistrate Judge McCarthy's R&R, ECF No. 674, the District filed the District's Objection to the R&R, ECF No. 676, and Plaintiffs and the District had the opportunity to respond to the other's objections, ECF Nos. 681 and 682;

WHEREAS, this Court held a hearing on March 5, 2021 in which all parties were represented by counsel and provided an opportunity to be heard;

WHEREAS, this Court delivered its decision on the fee dispute between the parties during the March 5, 2021 hearing;

WHEREAS, this Court, having considered all of the above submissions and the R&R, has adopted certain findings in the R&R and overruled and modified certain other findings in the R&R consistent with the law and for the reasons stated during the March 5, 2021 hearing;

WHEREAS, this Court found that Plaintiffs are entitled to a fee award of $3,902,452 on account of the work of Latham & Watkins LLP, $924,826.04 on account of the work of the New York Civil Liberties Union, $192,463.92 in expert witness fees, and $426,398.03 in costs, for a total fee award of $5,446,139.99;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

**1.** Judgment is hereby entered in favor of Plaintiffs for a fee award in the amount of $5,446,139.99 plus daily interest following March __, 2021, at the prevailing statutory post-judgment interest rate pursuant to 28 U.S.C. 1961.

**Dated:** White Plains, New York
_____, 2021

_____

Hon. Cathy Seibel, U.S.D.J.