

## Agenda Item Details

| | |
|---|---|
| Meeting | Jul 06, 2021 - Regular Meeting of the Board of Education |
| Category | D. Action Items |
| Subject | 11. Payment of Judgment in NAACP v. ERCSD Case No. 7:17-cv-08943-CS-JCM |
| Type | Action |
| Recommended Action | Motion to adopt the following resolution: (Attachment S) |

WHEREAS, Plaintiffs the National Association for the Advancement of Colored People, Spring Valley Branch, Julio Clerveaux, Chevon Dos Reis, Eric Goodwin, the late Jose Vitelio Gregorio, Dorothy Miller, and Hillary Moreau, sued the East Ramapo Central School District ("the District") under Section 2 of the federal Voting Rights Act, in the case of National Association for the Advancement of Colored People, Spring Valley Branch, et. al. v. the East Ramapo Central School District, et. al., Case No. 7:17-cv-08943-CS-JCM; and,

WHEREAS, on May 25, 2020, the Court ruled in favor of Plaintiffs and held the at-large method of conducting elections required by New York state law violated Section 2 of the Voting Rights Act; and,

WHEREAS, on March 30, 2021, the Court entered final judgment for the Plaintiffs and against the District; and,

WHEREAS, the Court's final judgement awarded Plaintiffs a monetary award of attorneys fees to be paid by the District in the amount of $5,446,139.99, plus daily statutory interest, broken down as $3,902,452 for the work of Plaintiffs' counsel Latham & Watkins LLP, $924,826.04 for the work of Plaintiffs' counsel the New York Civil Liberties Union, $192,463.92 for expert witness fees, and $426,398.03 for incidental litigation expenses;

WHEREAS, the Court's final judgment orders the District shall "pay the award plus accrued interest to Plaintiffs on or before October 15, 2021"; and,

WHEREAS, the pro rata share of the total $5,446,139.99 award for each individual plaintiff equals $778,019.99 per plaintiff, plus daily interest;

NOW, THEREFORE, THE BOARD OF EDUCATION HEREBY RESOLVES AS FOLLOWS:

1. The Superintendent or his designee is authorized to disburse the amount of $5,446,139.99, plus appropriate statutory interest, to pay the judgment entered in the case of National Association for the Advancement of Colored People, Spring Valley Branch, et. al. v. the East Ramapo Central School District, et. al., Case No. 7:17-cv-08943-CS-JCM;

2. The judgment shall be disbursed to each plaintiff in accordance with the Court order, pro rata, as follows:

    a. $778,019.99, plus daily interest, to the NAACP of Spring Valley;

    b. $778,019.99, plus daily interest, to Mr. Julio Clerveaux;

    c. $778,019.99, plus daily interest, to Ms. Chevon Dos Reis;

    d. $778,019.99, plus daily interest, to Mr. Eric Goodwin;

    e. $778,019.99, plus daily interest, to the estate of the late Mr. Jose Vitelio Gregorio;

    f. $778,019.99, plus daily interest, to Ms. Dorothy Miller; and,

    g. $778,019.99, plus daily interest, to Ms. Hillary Moreau.

Funds appropriated in the District's budget for mandatory education services for public and private school students shall not be used to pay the judgment or otherwise be affected by payment of the judgment in any way;

[Attachment S - Federal Court 0694 2021.03.30 Judgment.pdf (138 KB)]