**Levine, Randall Mark**

| | |
|---|---|
| **From:** | Levine, Randall Mark |
| **Sent:** | Friday, March 19, 2021 4:03 PM |
| **To:** | Russell.Mangas@lw.com |
| **Cc:** | Butler, David J.; Kollm, Clara; Andrew.Clubok@lw.com; Corey.Calabrese@lw.com; Andrej.Novakovski@lw.com; Jordan.Gratch@lw.com; Cravens, William S.D. |
| **Subject:** | RE: NAACP v ERCSD |

Russ:

The District doesn't disagree with the amount of the revised award set out in your letter.   We are currently working with the client on a payment plan to propose for your consideration that we hope will minimize the negative financial impact of the judgment on the District's operations.  We'll get back to you next week as soon as we can with some proposed language for a joint order.  ==The District also wants to know how it is supposed to go about making the payment to each of the plaintiffs when the time comes.==

Randall Mark Levine
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.373.6541 | Main: +1.202.739.3000 | Mobile: +1.202.352.7474
randall.levine@morganlewis.com<mailto:randall.levine@morganlewis.com>   |
www.morganlewis.com<http://www.morganlewis.com/>
Assistant: Tamika C. Jones | +1.202.739.5216 | tamika.jones@morganlewis.com <mailto:tamika.jones@morganlewis.com>
[COVID-19 Resources and Updates HK]<https://www.morganlewis.com/topics/navigating-the-next>

From: Russell.Mangas@lw.com <Russell.Mangas@lw.com>
Sent: Friday, March 12, 2021 5:46 PM
To: Levine, Randall Mark <randall.levine@morganlewis.com>
Cc: Butler, David J. <david.butler@morganlewis.com>; Kollm, Clara <clara.kollm@morganlewis.com>; Andrew.Clubok@lw.com; Corey.Calabrese@lw.com; Andrej.Novakovski@lw.com; Jordan.Gratch@lw.com; Russell.Mangas@lw.com
Subject: NAACP v ERCSD

[EXTERNAL EMAIL]
Randy,

Please see attached.

Thanks,

Russell Mangas

LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.876.7697
Fax: +1.312.993.9767
Email: russell.mangas@lw.com<mailto://russell.mangas@lw.com>
https://www.lw.com<https://urldefense.com/v3/__https:/www.lw.com__;!!DuJIhUBmA6S-!X052-dUz1SgBOPfUUGqw0QV5vq3wcOuNqmPydpsCBwGNxyRcOow5syaVQmH94ZgPaDBT1UE$>

_____

1

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com<http://www.lw.com>.