UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, SPRING VALLEY BRANCH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | ECF CASE<br><br>Case No. 7:17-cv-08943<br><br>DISTRICT JUDGE<br>CATHY SEIBEL |

### [~~PROPOSED~~] [~~REVISED~~] AMENDED REMEDIAL ORDER

WHEREAS, on October 14, 2020, this Court entered a Remedial Order based upon population data collected during the 2010 census;

WHEREAS, in August 2021, the U.S. Census Bureau released population data from the 2020 decennial census;

WHEREAS, the 2020 decennial census data revealed certain population shifts within the East Ramapo Central School District that affect the total population of the wards delineated in the Remedial Order;

WHEREAS, when the ward boundaries from the Remedial Order are evaluated with the data from the 2020 decennial census, imbalances exist to the extent that maintaining those boundaries likely would violate the Constitution's one-person, one-vote requirement;

WHEREAS, at the time of the Court's October 14, 2020 Remedial Order, the Total Deviation from Ideal, or TDI,[1] was 5.45%, but with the 2020 decennial census data the TDI for the same boundaries has jumped to 32.76%;

WHEREAS, a TDI of 32.76% far exceeds the prima facie maximum allowable deviation threshold of 10%;

WHEREAS, counsel for the District and counsel for Plaintiffs have conferred and agreed on certain changes to the existing ward boundaries to account for the demographic shifts revealed by the 2020 census data;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Beginning with the trustee election to be held on May 17, 2022, the East Ramapo Central School District ("District") is **ORDERED** to implement the ward boundaries below and attached in Exhibit 1:

---

[1] TDI measures the degree to which all nine wards are substantially equal in total population.



2.      It is **FURTHER ORDERED** that, the October 14, 2020 Remedial Order remains in full force and effect to the extent it is not inconsistent with the updated ward boundaries ordered herein.

SO ORDERED this 22nd day of February 2022.

_Cathy Seibel_
Hon. Cathy Seibel, U.S.D.J.

3